UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS INSTITUTE OF TECHNOLOGY and REPLIGEN CORPORATION,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>IMCLONE SYSTEMS, INC.,<br><br>　　　　Defendant. | Civil Action No.: 04-10884-RGS |

## PLAINTIFFS' DISCLOSURE STATEMENT

## PURSUANT TO RULE 7.1 OF THE FED. R. CIV. P.

Plaintiffs Massachusetts Institute of Technology and Repligen Corporation by their attorneys, Fish & Richardson P.C., disclose that:

　　　1.　　Plaintiff Massachusetts Institute of Technology is a nongovernmental corporate party in the above-captioned action. There are no parent corporations for Massachusetts Institute of Technology. There are no publicly held corporations that own stock of Massachusetts Institute of Technology; and

　　　2.　　Plaintiff Repligen Corporation is a nongovernmental corporate party in the above-captioned action. There are no parent corporations for Repligen Corporation. There are no publicly held corporations that own 10% or more of the stock of Repligen Corporation.

Dated: May 12, 2004

FISH & RICHARDSON P.C.

*Gregory A. Madera*
Gregory A. Madera (BBO #313,020)
FISH & RICHARDSON P.C.
225 Franklin Street
Boston, MA 02110-2804
Telephone: (617) 542-5070
Facsimile: (617) 542-8906

<u>Of Counsel</u>:

Jonathan E. Singer
Michael J. Kane
Chad A. Hanson
FISH & RICHARDSON P.C., P.A.
3300 Dain Rauscher Plaza
60 South Sixth Street
Minneapolis, Minnesota 55402
Telephone: (612) 335-5070

Juanita Brooks
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, CA 92130
Telephone: (858) 678-5070

Attorneys for Plaintiffs
Massachusetts Institute of Technology and
Repligen Corporation

20859756.doc