UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS INSTITUTE OF TECHNOLOGY and REPLIGEN CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>IMCLONE SYSTEMS, INC.,<br><br>Defendant. | FILING FEE PAID:<br>RECEIPT # 55929<br>AMOUNT $ 50.00<br>BY DPTY CLK mcK<br>DATE 5/17/04<br><br>Civil Action No. 04-10884-RGS |

## MOTION FOR ADMISSION PRO HAC VICE

The undersigned attorney hereby moves for the admission of Chad A. Hanson to appear on behalf of plaintiffs, Massachusetts Institute of Technology and Repligen Corporation, in this case. Attached to this motion is a Certificate of Good Standing issued on behalf of Mr. Hanson. Mr. Hanson is familiar with the substantive issues presented in the case, and meets the requirements for admission to this Court under Local Rule 83.5.3, as set forth in the attached Certificate of Good Standing.

Dated: May 13, 2004

*/s/ Gregory A. Madera*
Gregory A. Madera (BBO #313,020)
FISH & RICHARDSON P.C.
225 Franklin Street
Boston, MA 02110-2804
Telephone: (617) 542-5070
Facsimile: (617) 542-8906

Of Counsel:

Jonathan E. Singer
Michael J. Kane
Chad A. Hanson
FISH & RICHARDSON P.C., P.A.
3300 Dain Rauscher Plaza
60 South Sixth Street
Minneapolis, Minnesota 55402
Telephone: (612) 335-5070

Attorneys for Plaintiffs
Massachusetts Institute of Technology and
Repligen Corporation

20859789.doc

May 11, 2004 AO 136 (Rev. 9/98) Certificate of Good Standing

# UNITED STATES DISTRICT COURT

### District of Minnesota

**CERTIFICATE OF
GOOD STANDING**

I, Richard D. Sletten, Clerk of this Court, certify that

Chad A. Hanson, Bar # 285924, was duly admitted

to practice in this Court on November 12, 1998, and is in

good standing as a member of the Bar of this Court.

Dated at Minneapolis, Minnesota, on May 11, 2004.


RICHARD D. SLETTEN, CLERK


(By)_____
Deborah D. Bell, Deputy Clerk

Form Modified 12/30/03