IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| MASSACHUSETTS INSTITUTE OF TECHNOLOGY and REPLIGEN CORPORATION, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No. 04-10884-RGS |
| v. | ) ) | |
| IMCLONE SYSTEMS, INC., | ) ) | |
| Defendant. | ) ) | |

**MOTION FOR EXTENSION OF TIME TO ANSWER, MOVE,
OR OTHERWISE RESPOND TO THE COMPLAINT (ASSENTED-TO)**

Defendant ImClone Systems, Inc. ("ImClone") files this assented-to motion for the Court to extend until July 1, 2004 the date by which ImClone is required to answer, move, or otherwise respond to the Complaint. Counsel for Plaintiffs have assented to this extension of time.

This is the first extension of time filed in this action.

WHEREFORE, ImClone respectfully requests that the Court extend until July 1, 2004 the date by which it is required to answer, move, or otherwise respond to the Complaint.

Dated: June 2, 2004

Respectfully submitted,
IMCLONE SYSTEMS, INC.
By its Attorneys,

/S/ Steven M. Bauer
Steven M. Bauer (BBO #542531)
Jeremy P. Oczek (BBO #647509)
PROSKAUER ROSE, LLP
One International Place
Boston, MA  02110-2600
Tel: (617) 956-9600
Fax: (617) 956-9899

-2-

Of Counsel:
Richard L. DeLucia
Michael D. Loughnane
KENYON & KENYON
One Broadway
New York, NY 10004-1050
Tel: (212) 425-7200
Fax: (212) 425-5288

Attorneys for Defendant
ImClone Systems, Inc.