UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
-------------------------------------------------------------------X
MASSACHUSETTS INSTITUTE OF
TECHNOLOGY, **ET ANO**,
        Plaintiff(s),        Case No. 04 10884

-against-

IMCLONE SYSTEMS, INC.,        **AFFIDAVIT OF SERVICE**
        Defendant(s).
-------------------------------------------------------------------X

STATE OF NEW YORK  )
        :
COUNTY OF NEW YORK  )

    LAWRENCE AZARELO, being duly sworn, deposes and says that he is an agent of METRO LEGAL SERVICES, is over the age of eighteen years and is not a party to the action.

    That on the 12th day of May, 2004, at approximately 11:10 a.m., deponent served a true copy of the **SUMMONS IN A CIVIL CASE and COMPLAINT** upon Imclone Systems, Inc. at 180 Varick Street, New York, New York by personally delivering and leaving the same with Elizabeth Farrell, Associate Director, who is authorized by appointment to accept service.

    Elizabeth Farrell is a white female, approximately 40 years of age, is approximately 5 feet and 6 inches tall, weighs approximately 140 pounds, with short light brown hair, light eyes and was wearing glasses.

Sworn to before me this
12th day of May, 2004

        LAWRENCE AZARELO # 1159869

NOTARY PUBLIC
Michael Keating
Notary Public, State of New York
Reg. No. 01-KE-4851559
Qualified in Queens County
Certificate Filed in New York County
Commission Expires February 3, 2006

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE
2004 JUN -2  A 11: 14
U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| MASSACHUSETTS INSTITUTE OF TECHNOLOGY and REPLIGEN CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>IMCLONE SYSTEMS, INC.,<br><br>Defendant. | SUMMONS IN A CIVIL CASE<br><br>Case Number:<br><br>04 10884 RGS |

TO:  IMCLONE SYSTEMS, INC.
     180 Varick Street
     New York, NY

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

   Gregory A. Madera   (BBO #313,020)
   Fish & Richardson P.C.
   225 Franklin Street
   Boston, MA  02110-2804
   Telephone:  (617) 542-5070

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS                                MAY 04 2004
_____                             _____
Clerk                                       Date

_____
(By) Deputy Clerk

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE: May 12, 2004 |
| NAME OF SERVER (PRINT)    Lawrence Azarelo | TITLE: Process server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with who the summons and complaint were left:

☐ Return unexecuted:

☒ Other (specify): by serving Elizabeth Farrell, Associate Director of Legal Affairs, at 180 Varick Street, New York, New York

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL: | SERVICES: | TOTAL: |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service of Service Fees is true and correct.

Executed on:  May 12, 2004
                     Date

*Signature of Server*    Lawrence Azarelo

*Address of Server*

---

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Civil Procedures.