**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

_____
)
MASSACHUSETTS INSTITUTE OF                    )
TECHNOLOGY and                                )
REPLIGEN CORPORATION,                         )
                                              )
                    Plaintiffs,               )
                                              )     Civil Action No. 04-10884-RGS
v.                                            )
                                              )
IMCLONE SYSTEMS, INC.,                        )
                                              )
                    Defendant.                )
_____)

## IMCLONE SYSTEMS, INC.'S DISCLOSURE STATEMENT

In accordance with Federal Rule of Civil Procedure 7.1 and Local Rule 7.3, defendant

ImClone Systems, Inc. ("ImClone") states as follows:

1.    ImClone is a non-governmental corporate party in the above-captioned action.

2.    ImClone has no parent corporation.

3.    Bristol Myers Squibb Biologics Company, which is a wholly owned subsidiary of

Bristol Meyers Squibb Company, owns more that 10% of ImClone's stock.

Respectfully submitted,

IMCLONE SYSTEMS, INC.
By its Attorneys,

/s/ Jeremy P. Oczek
_____
Steven M. Bauer (BBO #542531)
Jeremy P. Oczek (BBO #647509)
PROSKAUER ROSE LLP
One International Place
Boston, MA  02110-2600
Tel: (617) 956-9600
Fax: (617) 956-9899

Dated:  July 1, 2004

<div style="margin-left: 40%;">

Of Counsel:
Richard L. DeLucia
George E. Badenoch
Michael D. Loughnane
Anthony Giaccio
KENYON & KENYON
One Broadway
New York, NY  10004-1050
Tel: (212) 425-7200
Fax: (212) 425-5288

Attorneys for Defendant
ImClone Systems, Inc.

</div>