IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
                                                      )
MASSACHUSETTS INSTITUTE OF       )
TECHNOLOGY and                              )
REPLIGEN CORPORATION,                )
                                                      )
         Plaintiffs,                               )
                                                      )   Civil Action No. 04-10884-RGS
v.                                                   )
                                                      )
IMCLONE SYSTEMS, INC.,                  )
                                                      )
         Defendant.                              )
_____)

### MOTION FOR ADMISSION *PRO HAC VICE* FOR
### RICHARD L. DELUCIA, GEORGE E. BADENOCH,
### MICHAEL D. LOUGHNANE, AND ANTHONY GIACCIO
### TO APPEAR ON BEHALF OF DEFENDANT IMCLONE SYSTEMS, INC.

      Pursuant to Local Rule 83.5.3, the undersigned counsel hereby moves for the admission *pro hac vice* of Richard L. DeLucia, George E. Badenoch, Michael D. Loughnane, and Anthony Giaccio, attorneys with the law firm Kenyon & Kenyon, to appear on behalf of defendant ImClone Systems, Inc. ("ImClone") in the above-captioned matter.

      As set forth in the attached certifications, Messrs. DeLucia, Badenoch, Loughnane, and Giaccio are members in good standing in every jurisdiction where they have been admitted to practice; there are no disciplinary proceedings pending against them as members of the bar in any jurisdiction; and Messrs. DeLucia, Badenoch, Loughnane, and Giaccio are familiar with the Local Rules of the United States District Court for the District of Massachusetts.

      WHEREFORE, it is respectfully requested that Messrs. DeLucia, Badenoch, Loughnane, and Giaccio be admitted *pro hac vice* to appear on behalf of ImClone in this action.

-2-

>Respectfully submitted,
>IMCLONE SYSTEMS, INC.
>By its Attorneys,
>
>/s/ Steven M. Bauer
>_____
>Steven M. Bauer (BBO #542531)
>Jeremy P. Oczek (BBO #647509)
>PROSKAUER ROSE LLP
>One International Place
>Boston, MA  02110-2600
>Tel: (617) 956-9600
>Fax: (617) 956-9899

Dated:  July 1, 2004