IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|   |   |   |
|---|---|---|
| MASSACHUSETTS INSTITUTE OF TECHNOLOGY and REPLIGEN CORPORATION, </br></br>Plaintiffs, </br></br>v. </br></br>IMCLONE SYSTEMS, INC., </br></br>Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 04-10884-RGS |

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5.3(b), I, Richard L. DeLucia, Esquire, hereby certify that (1) I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice (State of New York; Commonwealth of Virginia; U.S. District Courts for the Eastern District of New York, Southern District of New York, Eastern District of Virginia, and Western District of Wisconsin; and U.S. Court of Appeals for the Federal Circuit); (2) there are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction; and (3) I am familiar with the Local Rules of the U.S. District Court for the District of Massachusetts.

Richard L. DeLucia
KENYON & KENYON
One Broadway
New York, NY 10004-1050
Tel: (212) 425-7200
Fax: (212) 425-5288

Dated: June 30, 2004

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS INSTITUTE OF TECHNOLOGY and REPLIGEN CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>IMCLONE SYSTEMS, INC.,<br><br>Defendant. | Civil Action No. 04-10884-RGS |

**CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

Pursuant to Local Rule 83.5.3(b), I, George E. Badenoch, Esquire, hereby certify that (1) I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice (State of New York; U.S. District Courts for the Southern and Eastern Districts of New York, and Eastern District of Michigan; U.S. Court of Appeals for the Second, Eighth, and Federal Circuits; and the United States Supreme Court); (2) there are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction; and (3) I am familiar with the Local Rules of the U.S. District Court for the District of Massachusetts.

George E. Badenoch
KENYON & KENYON
One Broadway
New York, NY 10004-1050
Tel: (212) 425-7200
Fax: (212) 425-5288

Dated: June 30, 2004

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

MASSACHUSETTS INSTITUTE OF
TECHNOLOGY and
REPLIGEN CORPORATION,

    Plaintiffs,

v.

IMCLONE SYSTEMS, INC.,

    Defendant.

Civil Action No. 04-10884-RGS

### CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5.3(b), I, Michael D. Loughnane, Esquire, hereby certify that (1) I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice (State of New Jersey; State of New York; and U.S. Court of Appeals for the Federal Circuit); (2) there are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction; and (3) I am familiar with the Local Rules of the U.S. District Court for the District of Massachusetts.

*[signature]*
Michael D. Loughnane
KENYON & KENYON
One Broadway
New York, NY 10004-1050
Tel: (212) 425-7200
Fax: (212) 425-5288

Dated: June 30, 2004

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| MASSACHUSETTS INSTITUTE OF TECHNOLOGY and REPLIGEN CORPORATION, <br><br> Plaintiffs, <br><br> v. <br><br> IMCLONE SYSTEMS, INC., <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 04-10884-RGS |

**CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

Pursuant to Local Rule 83.5.3(b), I, Anthony Giaccio, Esquire, hereby certify that (1) I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice (State of New York and U.S. District Courts for the Southern and Eastern District of New York); (2) there are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction; and (3) I am familiar with the Local Rules of the U.S. District Court for the District of Massachusetts.

_____
Anthony Giaccio
KENYON & KENYON
One Broadway
New York, NY 10004-1050
Tel: (212) 425-7200
Fax: (212) 425-5288

Dated: June 30, 2004