UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS INSTITUTE OF TECHNOLOGY and REPLIGEN CORPORATION,<br><br>        Plaintiffs,<br><br>    v.<br><br>IMCLONE SYSTEMS, INC.,<br><br>        Defendant. | Civil Action No.: 04-10884-RGS |

### REPLY TO DEFENDANT'S COUNTERCLAIM

Plaintiffs Massachusetts Institute of Technology and Repligen Corporation, by their attorneys, Fish & Richardson P.C., reply to the Counterclaims of Defendant ImClone Systems, Inc. Except as expressly admitted below, Plaintiffs deny each and every allegation in Defendant's Counterclaim. Specifically, Plaintiffs reply as follows:

### Counterclaims

45.    No responsive pleading is necessary to this paragraph.

### The Parties

46.    Upon information and belief, Plaintiffs admit the allegations of paragraph 46.

47.    Admitted.

48.    Admitted.

### Jurisdiction and Venue

49.    Plaintiffs admit that Defendant's Counterclaims purport to arise under the Declaratory Judgment Act, 28 U.S.C. §§ 2201 and 2202, and the Patent Laws of the United States, 35 U.S.C. § 1 *et seq.* However, Plaintiffs deny that Defendant is entitled to any relief.

50.   Plaintiffs admit that an actual and justiciable controversy concerning the '281 patent exists between the parties.

51.   Plaintiffs admit that this Court has subject matter jurisdiction over Defendant's Counterclaims.

52.   Plaintiffs admit they are subject to personal jurisdiction in this Court with respect to Defendant's Counterclaims.

53.   Plaintiffs admit that venue is proper in this judicial district.

## COUNT I
### (Declaratory Judgment of Noninfringement)

54.   Denied.

## COUNT II
### (Declaratory Judgment of Invalidity)

55.   Denied.

## COUNT III
### (Declaratory Judgment of Unenforceability)

56.   Plaintiffs deny all the allegations of paragraphs 41-44 of Defendant's Answer, which Defendant has repeated and realleged in paragraph 56.

57.   Denied.

**WHEREFORE**, Plaintiffs pray that this Court:

A.   Dismiss Defendant's Counterclaims in their entirety with prejudice;

B.   Enter judgment that Defendant is not entitled to any of the relief requested in the Answer and Counterclaims;

C.   Enter judgment in favor of Plaintiffs and against Defendant on all claims;

D.   Award Plaintiffs their damages resulting from Defendant's patent infringement pursuant to 35 U.S.C. § 284;

  E. Find that Defendant's infringement has been willful and increase the damages awarded to Plaintiffs to three times the amount assessed, pursuant to 35 U.S.C. § 284;

  F. Award Plaintiffs their prejudgment interest on their damages and their costs, pursuant to 35 U.S.C. § 284;

  G. Find that this is an exceptional case under 35 U.S.C. § 285 and award Plaintiffs their reasonable attorney fees, expenses, and costs; and

  H. Award Plaintiffs any such other and further relief as the Court may deem just and proper.

<u>JURY TRIAL DEMAND</u>

  Plaintiffs requested a trial by jury on all claims asserted in the Complaint that are triable to a jury. Plaintiffs also request a trial by jury on claims raised in Defendant's Counterclaims that are properly tried to a jury.

|  |  |
|---|---|
|  | FISH & RICHARDSON P.C. |
| Dated: July 28, 2004 | s/Gregory A. Madera |
|  | Gregory A. Madera (BBO #313,020) |
|  | FISH & RICHARDSON P.C. |
|  | 225 Franklin Street |
|  | Boston, MA  02110-2804 |
|  | Telephone:  (617) 542-5070 |
|  | Facsimile:  (617) 542-8906 |

<u>Of Counsel</u>:
Jonathan E. Singer
Michael J. Kane
Chad A. Hanson
FISH & RICHARDSON P.C,. P.A.
3300 Dain Rauscher Plaza
60 South Sixth Street
Minneapolis, Minnesota 55402
Telephone:  (612) 335-5070

Juanita Brooks
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, CA 92130
Telephone:  (858) 678-5070

Attorneys for Plaintiffs
Massachusetts Institute of Technology and
Repligen Corporation