IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
MASSACHUSETTS INSTITUTE OF            )
TECHNOLOGY and                        )
REPLIGEN CORPORATION,                 )
                                      )
             Plaintiffs,              )
                                      )   Civil Action No. 04-10884-RGS
v.                                    )
                                      )
IMCLONE SYSTEMS, INC.,                )
                                      )
             Defendant.               )
_____

**MOTION FOR LEAVE OF COURT TO WITHDRAW APPEARANCE**

Pursuant to Local Rule 83.5.2(c), the undersigned, Steven M. Bauer, of Proskauer Rose LLP, hereby requests leave of Court to withdraw as counsel of record for defendant ImClone Systems, Inc. in the above-captioned case. The grounds in support of this Motion are as follows:

1. Mark W. Batten, of Proskauer Rose LLP, has recently filed an appearance on behalf of ImClone in this case.

2. ImClone does not object to this Motion.

3. Plaintiffs do not object to this Motion.

Accordingly, the following attorneys should be listed as counsel of record for defendant ImClone in this case:

| | |
|---|---|
| Mark W. Batten (BBO #566211) | Richard L. DeLucia (pro hac vice) |
| Jeremy P. Oczek (BBO #647509) | George E. Badenoch (pro hac vice) |
| PROSKAUER ROSE LLP | Michael D. Loughnane (pro hac vice) |
| One International Place | Anthony Giaccio (pro hac vice) |
| Boston, MA  02110-2600 | KENYON & KENYON |
| Tel: (617) 526-9600 | One Broadway |
| Fax: (617) 526-9899 | New York, NY  10004-1050 |
| | Tel: (212) 425-7200 |
| | Fax: (212) 425-5288 |

WHEREFORE, it is respectfully requested that the Court grant leave for Steven M. Bauer to withdraw as counsel of record for ImClone in the above-captioned case.

Respectfully submitted,

/s/ Steven M. Bauer
Steven M. Bauer (BBO #542531)
PROSKAUER ROSE LLP
One International Place
Boston, MA 02110-2600
Tel: (617) 526-9600
Fax: (617) 526-9899

Dated: August 5, 2004

### Certificate of Service

I hereby certify that on August 5, 2004, a true and correct copy of the foregoing document was served upon counsel of record by use of the Court's ECF system.

/s/ Steven M. Bauer
Steven M. Bauer (BBO #542531)
PROSKAUER ROSE LLP
One International Place
Boston, MA 02110
Tel: (617) 526-9600
Fax: (617) 526-9899