UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MASSACHUSETTS INSTITUTE OF
TECHNOLOGY and REPLIGEN
CORPORATION,

    Plaintiffs,

v.

IMCLONE SYSTEMS, INC.,

    Defendant.

Civil Action No. 04-10884-RGS

### CERTIFICATION OF PLAINTIFFS PURSUANT TO LOCAL RULE 16.1(D)(3)

1. Plaintiffs have conferred with counsel with a view to establishing a budget for the cost of conducting the full course - and various alternative courses – of the subject litigation.

2. Plaintiffs have conferred with counsel to consider the resolution of the subject litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

                                            Respectfully submitted,

Dated: August 4, 2004

                                            _____
                                            Gregory A. Madera (BBO #313,020)
                                            FISH & RICHARDSON P.C.
                                            225 Franklin Street
                                            Boston, MA 02110-2804
                                            Telephone: (617) 542-5070
                                            Facsimile: (617) 542-8906

                          Of Counsel:

                          Jonathan E. Singer
                          Michael J. Kane
                          Chad A. Hanson
                          FISH & RICHARDSON P.C., P.A.
                          3300 Dain Rauscher Plaza
                          60 South Sixth Street
                          Minneapolis, Minnesota 55402
                          Telephone: (612) 335-5070

                          Attorneys for Plaintiffs
                          Massachusetts Institute of Technology and
                          Repligen Corporation
                          Attorneys for Plaintiffs
                          REPLIGEN CORPORATION

August **4**, 2004                 _____
                          Dan Witt, Ph.D.
                          VP Business Development
                          REPLIGEN CORPORATION
                          41 Seyon Street, Bldg. #1
                          Waltham, MA 02453
                          Telephone: 781-250-0111

August ____, 2004               _____
                          Karin K. Rivard
                          Assistant Director and Counsel
                          MASSACHUSETTS INSTITUTE OF
                          TECHNOLOGY
                          Five Cambridge Center, Kendall Square
                          Cambridge, MA 02142
                          Telephone: 617-253-6966

## CERTIFICATE OF SERVICE

    I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail/hand on August ____, 2004.

                                          _____

60235712.doc

Of Counsel:

Jonathan E. Singer
Michael J. Kane
Chad A. Hanson
FISH & RICHARDSON P.C., P.A.
3300 Dain Rauscher Plaza
60 South Sixth Street
Minneapolis, Minnesota 55402
Telephone: (612) 335-5070

Attorneys for Plaintiffs
Massachusetts Institute of Technology and
Repligen Corporation
Attorneys for Plaintiffs
REPLIGEN CORPORATION

August ___, 2004

_____
Dan Witt, Ph.D.
VP Business Development
REPLIGEN CORPORATION
41 Seyon Street, Bldg. #1
Waltham, MA 02453
Telephone: 781-250-0111

August  4 , 2004

_____
Karin K. Rivard
Assistant Director and Counsel
Technology Licensing Office
MASSACHUSETTS INSTITUTE OF
TECHNOLOGY
Five Cambridge Center, Kendall Square
Cambridge, MA 02142
Telephone: 617-253-6966

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail/hand on August ___, 2004.

_____

2

60235712.doc