IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
                                    )
MASSACHUSETTS INSTITUTE OF          )
TECHNOLOGY and                      )
REPLIGEN CORPORATION,               )
                                    )
            Plaintiffs,             )
                                    )   Civil Action No. 04-10884-RGS
v.                                  )
                                    )
IMCLONE SYSTEMS, INC.,              )
                                    )
            Defendant.              )
_____)


**DEFENDANT'S CERTIFICATION PURSUANT TO LOCAL RULE 16.1(D)(3)**

## EXHIBIT B

### Defendant's Certification Pursuant To Local Rule 16.1(D)(3)

The undersigned counsel and authorized party representative of Defendant ImClone Systems, Inc. hereby certify that they have conferred: (a) with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – of the litigation; and (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

_____
Thomas Gallagher, Esq.
Vice President
ImClone Systems

Dated: August 6, 2004

_____
Michael Loughnane
KENYON & KENYON
Attorneys for Defendant
ImClone Systems, Inc.

Dated: August 6, 2004

## Certificate of Service

    I hereby certify that on August 6, 2004, a true and correct copy of the foregoing document was served upon opposing counsel by use of the Court's ECF system.

    /s/ Jeremy P. Oczek
Jeremy P. Oczek (BBO #647509)
PROSKAUER ROSE LLP
One International Place
Boston, MA  02110
Tel: (617) 526-9600
Fax: (617) 526-9899