UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-10884-RGS

MASSACHUSETTS INSTITUTE OF TECHNOLOGY and
REPLIGEN CORPORATION

v.

IMCLONE SYSTEMS, INC.

DISCOVERY ORDER

August 10, 2004

STEARNS, D.J.

Discovery will proceed as follows:

Motions to add parties or amend the pleadings will be filed by September 15, 2004.

On or before October 1, 2004, plaintiffs will identify those claims of the patient they believe are infringed; identify with specificity where each element of the asserted claims of the '281 patent is to be found in the accused "device"; provide a concise description of the information on which they relied in advancing each infringement contention; and rank the infringement claims in their order of importance.

All factual discovery will be completed by May 31, 2005.

Expert witnesses will be identified and Rule 26 reports served on or before July 31, 2005.  Rebuttal experts will be designated and Rule 26 reports served on or before August 31, 2005.  Expert depositions will be completed by October 31, 2005.

Dispositive motions will be filed by November 30, 2005. Responses will be due 21 days thereafter. The court will accept one sur-reply from each side not to exceed 10 pages and to be filed within 10 days of the responses.

SO ORDERED.

/s/ Richard G. Stearns

_____
UNITED STATES DISTRICT JUDGE