UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS



| | |
|---|---|
| MASSACHUSETTS INSTITUTE OF TECHNOLOGY and REPLIGEN CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>IMCLONE SYSTEMS, INC.,<br><br>Defendant. | Civil Action No. 04-10884-RGS |

### ASSENTED TO MOTION FOR ADMISSION PRO HAC VICE AND RULE 7.1 CERTIFICATE

The undersigned attorney, a member in good standing of the bar of this Court, hereby moves for the admission of Irene E. Hudson to appear on behalf of plaintiffs, Massachusetts Institute of Technology and Repligen Corporation pro hac vice in the above matter.

As grounds for this motion, the undersigned states that attorney Irene E. Hudson is familiar with the substantive issues presented in the case and meets the requirements for admission under Local Rule 83.5.3., as set forth in the Declaration of Irene E. Hudson submitted with this motion.

Counsel for Massachusetts Institute of Technology and Repligen Corporation have conferred with counsel for Defendants pursuant to Local Rule 7.1 and counsel for Defendants have assented to this motion.

Dated: November 2, 2004

_____
Gregory A. Madera (BBO #313,020)
FISH & RICHARDSON P.C.
225 Franklin Street
Boston, MA 02110-2804
Telephone: (617) 542-5070
Facsimile: (617) 542-8906

Of Counsel:

Jonathan E. Singer
Michael J. Kane
Chad A. Hanson
FISH & RICHARDSON P.C., P.A.
3300 Dain Rauscher Plaza
60 South Sixth Street
Minneapolis, Minnesota 55402
Telephone: (612) 335-5070

Attorneys for Plaintiffs
Massachusetts Institute of Technology and
Repligen Corporation
Attorneys for Plaintiffs
REPLIGEN CORPORATION

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by hand delivery to Mark W. Batten and Federal Express to Michael Loughnane, postage prepaid on this ___ day of November, 2004.

_____

20948099.doc