UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS INSTITUTE OF TECHNOLOGY and REPLIGEN CORPORATION,<br><br>                    Plaintiffs,<br><br>     v.<br><br>IMCLONE SYSTEMS INC.,<br><br>                    Defendant. | Civil Action No. 04 10884 RGS |

**DEFENDANT IMCLONE'S MOTION
FOR A PROTECTIVE ORDER GOVERNING:
(1) THE TIMING OF THE DEPOSITION OF DR. IRVING FEIT, ESQ.
AND (2) ITS RELATED DECISION ON WHETHER TO WAIVE PRIVILEGE**

ImClone Systems Incorporated ("ImClone") hereby moves for a protective order under Fed. R. Civ. P. 26(c) governing discovery concerning the *subpoenaed* deposition of Dr. Irving Feit, Esq. by plaintiffs Massachusetts Institute of Technology ("MIT") and Repligen Corporation ("Repligen"). In support of this motion, ImClone submits its corresponding Memorandum of Law with attached exhibits.

Specifically, ImClone requests an order from the Court establishing dates certain for: (1) ImClone to make its decision on whether to waive privilege over Dr. Feit's legal opinions on the patent-in-suit and, if it waives privilege, produce those opinions to plaintiffs, which date shall be no later than four weeks before the close of fact discovery; and (2) the deposition of Dr. Feit to be held, which date shall be no later than two weeks after that waiver decision has been made.

ImClone has attached a Proposed Order to the instant motion embodying the requested relief.

Respectfully submitted,

IMCLONE SYSTEMS, INC.
By its Attorneys,

Dated: December 6, 2004

/s/ Jeremy P. Oczek
Mark W. Batten (BBO #566211)
Jeremy P. Oczek (BBO #647509)
PROSKAUER ROSE LLP
One International Place
Boston, MA 02110-2600
Tel: (617) 526-9600
Fax: (617) 526-9899

Richard L. DeLucia
George E. Badenoch
Michael D. Loughnane
Anthony Giaccio
KENYON & KENYON
One Broadway
New York, NY 10004-1050
Tel: (212) 425-7200
Fax: (212) 425-5288

Attorneys for Defendant
ImClone Systems, Inc.

### Certification of Counsel

Counsel for Defendant, pursuant to Local Rules 7.1(a) and 37.1, conferred with counsel for Plaintiffs and attempted in good faith to resolve or narrow the issues presented by this motion (*see* Defendant's Memorandum of Law in Support of Its Motion for a Protective Order, pgs. 3-4).

/s/ Jeremy P. Oczek
Jeremy P. Oczek

**Certificate Of Service**

    I hereby certify that on December 6, 2004, true and correct copies of the foregoing motion and corresponding exhibit were served on counsel of record by use of the Court's ECF system.

                                          /s/ Jeremy P. Oczek
                                          Jeremy P. Oczek