**UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| MASSACHUSETTS INSTITUTE OF TECHNOLOGY and REPLIGEN CORPORATION,<br><br>　　　　　　　　Plaintiffs,<br><br>　　　v.<br><br>IMCLONE SYSTEMS INC.,<br><br>　　　　　　　　Defendant. | Civil Action No. 04 10884 RGS |

**[PROPOSED] ORDER**

Having considered the briefing from both sides regarding ImClone Systems Incorporated's ("ImClone's") motion for a protective order under Fed. R. Civ. P. 26(c) governing discovery concerning the *subpoenaed* deposition of Dr. Irving Feit, Esq. by plaintiffs Massachusetts Institute of Technology ("MIT") and Repligen Corporation ("Repligen"), it is hereby ordered that: (1) ImClone shall have until the date that is four weeks prior to the close of fact discovery in this case to make its decision on whether to waive privilege over Dr. Feit's legal opinions on the patent-in-suit and, if it waives privilege, produce those opinions to plaintiffs; and (2) the deposition of Dr. Feit shall be held no later than two weeks after that waiver decision has been made by ImClone.

SO ORDERED:　　　　　　　　　　　　　　　_____
DATED:　　　　　　　　　　　　　　　　　United States District Judge