UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MASSACHUSETTS INSTITUTE OF
TECHNOLOGY and REPLIGEN
CORPORATION,

          Plaintiffs,

    v.

IMCLONE SYSTEMS INC.,

          Defendant.

Civil Action No. 04 10884 RGS

**APPENDIX OF EXHIBITS FOR
DEFENDANT IMCLONE'S MEMORANDUM OF LAW IN SUPPORT
OF ITS MOTION FOR A PROTECTIVE ORDER GOVERNING:
(1) THE TIMING OF THE DEPOSITION OF DR. IRVING FEIT, ESQ.
AND (2) ITS RELATED DECISION ON WHETHER TO WAIVE PRIVILEGE**

| **Exhibit** | **Description** |
| --- | --- |
| Ex. 1 | *In re '639 Patent Litigation*, 1999 WL 528806 at *3 (D. Mass. 1999) |
| Ex. 2 | *Flex Prods. Inc. v. BASF Corp.*, 47 U.S.P.Q.2d 1380, 1382 (E.D. Mich. 1998) |
| Ex. 3 | *Valois of America, Inc. v. Risdon Corp.*, 1998 WL 1661397 at *4 (D. Conn. Dec. 18, 1998) |
| Ex. 4 | *See, e.g.*, *B. Braun Medical Inc. v. Abbott Labs.*, No. 93-3883, 1994 U.S. Dist. LEXIS 12104 (E.D. Pa. Aug. 24,1994) |
| Ex. 5 | *Sage Prods. Inc. v. Devon Indus. Inc*., 1994 WL 791601, *2 (C.D. Cal. 1994) |
| Ex. 6 | *In re Recombinant DNA Tech. and Contract Lit*., 30 U.S.P.Q.2d 1881, 1900-1901 (S.D. Ind. 1994) |
| Ex. 7 | *United States Gypsum Co. v. National Gypsum Co*., No. 89 C 7533, 1994 WL 74989, *2 (N.D. Ill. Mar. 10, 1994) |

2

| **Exhibit** | **Description** |
| --- | --- |
| Ex. 8 | *Scientific-Atlanta, Inc. v. General Instrument Corp.*, 1993 WL 56790, *2 (D. Md. 1993) |
| Ex. 9 | *Avia Group Int'l v. Nike Inc.*, 22 U.S.P.Q.2d 1475, 1477-1478 (D. Ore. 1991) |
| Ex. 10 | *Lockwood v. American Airlines* No. 91-1640-E (CM), 1992 U.S. Dist. LEXIS 22077, at *6 (S.D. Ca. Oct. 27, 1992) |
| Ex. 11 | *Gillette Co. v. S.C. Johnson & Son Inc.*, 15 U.S.P.Q. 2d 1795, 1799 (D. Mass. 1990) |