UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MASSACHUSETTS INSTITUTE OF
TECHNOLOGY and REPLIGEN
CORPORATION,

      Plaintiffs,

v.

IMCLONE SYSTEMS, INC.,

      Defendant.

Civil Action No. 04-10884-RGS

## PLAINTIFFS' ASSENTED-TO MOTIONS FOR EXTENSION OF TIME TO OPPOSE DEFENDANT'S MOTION FOR PROTECTIVE ORDER AND TO IMPOUND

Plaintiffs Massachusetts Institute of Technology and Repligen Corporation ("Plaintiffs") hereby move, with the assent of Defendant ImClone Systems, Inc. ("ImClone"), to extend the deadline for Plaintiffs to respond to ImClone's Motion for Protective Order until December 29, 2004. The response is presently due December 20, 2004. Plaintiffs respectfully request that the Court grant this assented-to motion for extension.

Plaintiffs also hereby move, again with the assent of ImClone, to file the following document under seal:

- Plaintiffs' Combined Opposition to ImClone's Motion for Protective Order and Motion to Compel Production of Opinions and Testimony; and

- Declaration in Support of Plaintiffs' Combined Opposition to ImClone's Motion for Protective Order and Motion to Compel Production of Opinions and Testimony.

Plaintiffs request permission to file this declaration under seal because it contains information designated by ImClone as "Confidential" and/or "Restricted Confidential" under that Stipulated Protective Order that the parties have agreed to in this case. In accordance with Local Rule 7.2, Plaintiffs propose that this material should be impounded until the final resolution of this

litigation between the parties, at which time it will be retrieved by Plaintiffs. Plaintiffs respectfully request that the Court grant this assented-to motion to file the above-described documents under seal.

### Certification Pursuant to Local Rule 7.1(a)(2)

Undersigned counsel certifies that, before filing this Motion, counsel for the parties have conferred in a telephone conference December 17, 2004, regarding the subject of this Motion. As a result of that conference, counsel for ImClone has advised that ImClone assents to this Motion.

Dated: December 20, 2004

/s/ Gregory C. McL[signature]
Gregory A. Madera (BBO #313,020)
FISH & RICHARDSON P.C.
225 Franklin Street
Boston, MA 02110-2804
Telephone: (617) 542-5070
Facsimile: (617) 542-8906

Of Counsel:

Jonathan E. Singer
Michael J. Kane
Chad A. Hanson
FISH & RICHARDSON P.C., P.A.
3300 Dain Rauscher Plaza
60 South Sixth Street
Minneapolis, MN 55402
Telephone: (612) 335-5070
Facsimile: (612) 288-9696

Juanita R. Brooks
W. Chad Shear
FISH & RICHARDSON P.C., P.A.
12390 El Camino Real
San Diego. CA 92130
Telephone: (858) 678-5070
Facsimile: (858) 678-5099
Attorneys for Plaintiffs
MASSACHUSETTS INSTITUTE OF
TECHNOLOGY AND REPLIGEN
CORPORATION

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail/hand on this 20th day of December, 2004.

_____
Gregory A. Madera

60265267.doc