UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-10884-RGS

MASSACHUSETTS INSTITUTE OF TECHNOLOGY and
REPLIGEN CORPORATION

v.

IMCLONE SYSTEMS, INC.

ORDER

January 7, 2005

STEARNS, D.J.

On December 6, 2004, defendant filed a motion for a protective order governing the deposition of Dr. Irving Feit, Esq. The motion is <u>ALLOWED</u> in part. Plaintiff may depose Dr. Feit in the normal course. Defendant has until April 29, 2005, to decide whether to waive attorney-client privilege with respect to Dr. Feit. If the privilege is waived, a second deposition will be convened forthwith.

                    SO ORDERED.

                    /s/ Richard G. Stearns

                    _____
                    UNITED STATES DISTRICT JUDGE