UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 MAR 17 P 1:59

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| Massachusetts Institute of Technology and Repligen Corporation,<br><br>                                Plaintiff,<br><br>v.<br><br>ImClone Systems, Inc.,<br><br>                                Defendant. | Civil Action No. 04-10884-RGS |

## **STIPULATION AND [PROPOSED] ORDER AMENDING PROTECTIVE ORDER**

By their undersigned counsel, the parties to this action agree on the following. During this action, the parties may seek information from persons or entities that are not parties to this action (a "Third Party") that the Third Party may regard as being "CONFIDENTIAL" or "RESTRICTED CONFIDENTIAL" (as those terms are defined in the Stipulated Protective Order dated December 23, 2004 (Docket no. 22)). There is a need for a mechanism to govern the production and use of such Third Party information, but The Stipulated Protective Order dated December 23, 2004 ("the Stipulated Protective Order") does not presently contain any such mechanism. Amending the protective order to include the two provisions shown below will protect such Third Party information. Therefore, the parties respectfully request that the Court order that:

      1.      The Stipulated Protective Order in this action shall be applicable to and govern all discovery, including testimony, documents, and tangible things, produced by any Third Party to any party in this action, provided that the Third Party producing such discovery agrees to the below terms.

-2-

2.    Any Third Party that produces documents or things, or provides testimony, or has any other discovery taken of it in this action may designate such discovery information as "CONFIDENTIAL" or "RESTRICTED CONFIDENTIAL" under the Stipulated Protective Order (as those terms are defined therein and pursuant to the procedures and conditions described therein) and the parties shall treat that discovery information in the same manner as if it were so designated and produced by a party to this action, provided that, before such Third Party produces its discovery information to any party in this action, the Third Party receives a copy of the Stipulated Protective Order and the instant Order amending it and agrees to produce its discovery information pursuant to the terms of both.

3.    Nothing in the Stipulated Protective Order or the instant Order amending it shall entitle any Third Party that produces discovery information to any party to this action to receive any discovery information designated by a party to this action as "CONFIDENTIAL" or "RESTRICTED CONFIDENTIAL", unless such Third Party qualifies to receive such information under the appropriate provisions of the Stipulated Protective Order (e.g., paragraphs 4, 6 and 7).

**AGREED:**

Dated: March 1/, 2005

    PROSKAUER ROSE LLP

By: _____
    Mark W. Batten (BBO #566211)
    Jeremy P. Oczek (BBO #647509)
    One International Place
    Boston, MA 02110-2600
    Telephone: (617) 526-9600
    Facsimile: (617) 526-9899

Dated: March 17, 2005

    FISH & RICHARDSON PC.

By: _____
    Gregory A. Madera (BBO #313020)
    225 Franklin Street
    Boston, MA 02110-2804
    Telephone: (617) 542-5070
    Facsimile: (617) 542-8906

Of Counsel:

KENYON & KENYON
Richard L. DeLucia
George E. Badenoch
Michael D. Loughnane
Anthony Giaccio
One Broadway
New York, NY 10004
Telephone: (212) 425-7200
Facsimile: (212) 425-5288

Attorneys for Defendant
ImClone Systems, Inc.

Of Counsel:

Jonathan E. Singer
Michael J. Kane
Chad A. Hanson
3300 Dain Rauscher Plaza
Minneapolis, MN 55402
Telephone: (612) 335-5070
Facsimile: (612) 288-9696

Juanita Brooks
12390 El Camino Real
San Diego, CA 92130
Telephone: (858) 678-5070
Facsimile: (858) 678-5099

Attorneys for Plaintiffs
Massachusetts Institute of
Technology and Repligen
Corporation

**SO ORDERED:**

Dated: March 29, 2005
Boston, Massachusetts

/S/ RICHARD G. STEARNS
United States District Judge

-3-