UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS INSTITUTE OF TECHNOLOGY and REPLIGEN CORPORATION,<br><br>   Plaintiffs,<br><br> v.<br><br>IMCLONE SYSTEMS, INC.,<br><br>   Defendant. | Civil Action No. 04-10884-RGS |

**COMBINED MASSACHUSETTS INSTITUTE OF TECHNOLOGY AND REPLIGEN CORPORATION'S NOTICE OF FIRST MOTION, FIRST MOTION TO COMPEL DISCOVERY FROM IMCLONE,
AND
REQUEST FOR ORAL ARGUMENT**

Please take notice that for the reasons detailed in the accompanying Memorandum of Reasons Supporting Massachusetts Institute of Technology and Repligen Corporation's First Motion to Compel Discovery from ImClone, Plaintiffs MIT and Repligen move the Court as follows:

(1) Grant Plaintiffs' REQUEST FOR ORAL ARGUMENT;

(2) Order ImClone to immediately produce all nonprivileged documents that are responsive to MIT and Repligen's document request numbers 40, 51, 53-56, 58-63, and 65-68 and to certify to the Court that all responsive documents have been produced;

(3) Order ImClone to completely state the basis of its prior-art-based-invalidity contentions by explaining the factual basis for each of its contentions with a claim chart that

    (a) compares each piece of prior art with each claim of the '281 patent on a claim-by-claim, limitation-by-limitation, and element-by-element basis, including in the claim chart references (for each piece of prior art relied on) to each pertinent page, paragraph, and line;

    (b) specifically identifies and explains any motivation to combine any two or more pieces of prior art, including in the claim chart references (for each piece of prior art relied on) to each pertinent page, paragraph, and line;

    (c) specifically identifies and explains any reasonable expectation of success expected by skilled artisans that would have combined any two or more pieces of prior art, including in the claim chart references (for each piece of prior art relied on) to each pertinent page, paragraph, and line; and

    (d) otherwise complies fully with sections (a), (b) and (c) of interrogatory number two;

(4) Order ImClone to completely explain in detail each of its other invalidity contentions;

(5) In compliance with Rules 7.1(a)(2) and 37.1(b) of the Local Rules of the United States District Court for the District of Massachusetts, Plaintiffs make this motion after having conferred with counsel for Defendant ImClone via telephone during business hours on numerous occasions between December 7, 2004 and March 15, 2005 as detailed in the accompanying memorandum of reasons. Plaintiffs' counsel met in a good faith effort to attempt to resolve or narrow the issues presented by this motion. The parties were unable to resolve or narrow the disputes presented in this motion. Should ImClone comply by providing the information requested in this

motion before the hearing on this matter, Plaintiffs will modify this motion to compel accordingly.

Dated: April 1, 2005	/s/ Gregory A. Madera
	Gregory A. Madera (BBO #313,020)
	FISH & RICHARDSON P.C.
	225 Franklin Street
	Boston, MA 02110-2804
	Telephone: (617) 542-5070
	Facsimile: (617) 542-8906

	Of Counsel:

	Jonathan E. Singer
	Michael J. Kane
	Chad A. Hanson
	FISH & RICHARDSON P.C., P.A.
	3300 Dain Rauscher Plaza
	60 South Sixth Street
	Minneapolis, MN 55402
	Telephone: (612) 335-5070
	Facsimile: (612) 288-9696

	Juanita R. Brooks
	FISH & RICHARDSON P.C., P.A.
	12390 El Camino Real
	San Diego. CA 92130
	Telephone: (858) 678-5070
	Facsimile: (858) 678-5099
	Attorneys for Plaintiffs
	MASSACHUSETTS INSTITUTE OF
	TECHNOLOGY AND REPLIGEN
	CORPORATION

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served by hand or electronically upon the attorney of record for each other party on April 1, 2005.

	/s/ Gregory A. Madera
	Gregory A. Madera

60283167.doc