UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS INSTITUTE OF TECHNOLOGY and REPLIGEN CORPORATION,<br><br>    Plaintiffs,<br><br>    v.<br><br>IMCLONE SYSTEMS, INC.,<br><br>    Defendant. | Civil Action No. 04-10884-RGS |

### DECLARATION OF CHAD A. HANSON IN SUPPORT OF MASSACHUSETTS INSTITUTE OF TECHNOLOGY AND REPLIGEN CORPORATION'S FIRST MOTION TO COMPEL DISCOVERY FROM IMCLONE

I, Chad A. Hanson, declare and state as follows:

1.  I am an attorney in the law firm of Fish & Richardson P.C., P.A. and I am counsel for plaintiffs, Massachusetts Institute of Technology and Repligen Corporation in the above-captioned matter.

2.  Attached as Exhibit A is a true and correct copy of excerpts from Plaintiff's First Set of Requests for Production of Documents and Things dated July 22, 2004.

3.  Attached as Exhibit B is a true and correct copy of excerpts from ImClone Systems Inc.'s Objections and Responses to Plaintiffs' First Set of Requests for Documents and Things dated September 23, 2004.

4.  Attached as Exhibit C is a true and correct copy of a letter to Michael Loughnane from Michael Kane dated November 5, 2004.

5.  Attached as Exhibit D is a true and correct copy of a letter to Michael Kane from Anthony Giaccio dated December 10, 2004.

6.  Attached as Exhibit E is an ImClone press release dated January 26, 2005.

7. Attached as Exhibit F is a true and correct copy of a letter to Michael Loughnane from Chad Hanson dated February 25, 2005.

8. Attached as Exhibit G is a true and correct copy of a letter to Anthony Giaccio from Chad Hanson dated March 11, 2005.

9. Attached as Exhibit H is a true and correct copy of a letter to Michael Kane from Anthony Giaccio dated March 16, 2005.

10. Attached as Exhibit I is a true and correct copy of a letter to Irene Hudson from Mark Rouvalis dated March 18, 2005.

11. Attached as Exhibit J is a true and correct copy of a letter to Irene Hudson from Betsy Tsai dated March 25, 2005.

12. Attached as Exhibit K is a true and correct copy of an excerpt from the '281 patent term extension application to extend the term until May 5, 2009.

13. Attached as Exhibit L is a true and correct copy of excerpts from Plaintiffs' First Set of Interrogatories dated July 22, 2004.

14. Attached as Exhibit M is a true and correct copy of excerpts from ImClone Systems Inc.'s Objections and Responses to Plaintiffs' First Set of Interrogatories dated September 23, 2004.

15. Attached as Exhibit N is a true and correct copy of excerpts from ImClone Systems Inc.'s Second Supplemental Objections and Responses to Plaintiffs' First Set of Interrogatories dated March 16, 2005.

16. Additional discovery conferences followed. On March 3, 2005, MIT and Repligen learned that ImClone had yet to begin gathering financial and other damages-related documents.

17. During the December 2004 discovery conference, ImClone represented its document production was underway.

18.     During a discovery conference on March 3, ImClone confessed it had yet to begin gathering financial and other damages-related documents. ImClone's counsel also asked for an extension for its production date because their "contact" at ImClone was away from work.

19.     On March 25, 2005, ImClone produced only the prosecution files for a patent unrelated to this motion, copies of certain license agreements, and one letter.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 1, 2005                              /s/ Chad A. Hanson
                                                  Chad A. Hanson

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served by hand or electronically upon the attorney of record for each other party on April 1, 2005.

                                                  /s/ Chad A. Hanson
                                                  Chad A. Hanson

60284192.doc