UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS INSTITUTE OF TECHNOLOGY and REPLIGEN CORPORATION,<br><br>       Plaintiffs,<br><br>   v.<br><br>IMCLONE SYSTEMS, INC.,<br><br>       Defendant. | Civil Action No. 04-10884-RGS |

**PLAINTIFFS' COMBINED NOTICE OF SECOND MOTION AND SECOND MOTION TO COMPEL DISCOVERY FROM IMCLONE**

**PLEASE TAKE NOTICE** that for the reasons detailed in the accompanying Memorandum of Reasons Supporting Plaintiffs' Second Motion to Compel Discovery and Declaration of William R. Woodford In Support of Plaintiffs' Second Motion to Compel Discovery, Plaintiffs Massachusetts Institute of Technology and Repligen Corporation move the Court to Order ImClone Systems, Inc. to completely and fully state the basis of its contentions, that Plaintiffs' claims are barred by the doctrine of laches and the doctrine of estoppel as requested in Plaintiffs' First Set of Interrogatories, Interrogatory Nos. 3 and 4, and as set forth LR 26.5(c)(8) and described in the accompanying Memorandum.

**REQUEST FOR ORAL ARGUMENT**

Plaintiffs Massachusetts Institute of Technology and Repligen Corporation hereby request oral argument on Plaintiffs' Second Motion to Compel Discovery From ImClone.

**LR 7.1(a)(2) and 37.1(b) CERTIFICATION**

Pursuant to LR 7.1(a)(2) and 37.1(b), Plaintiffs certify that the parties have made a good faith effort through telephonic conferences and written correspondence, as detailed in the accompanying Memorandum, to resolve and narrow the dispute presented in this motion and have been unable to resolve the matters set forth herein. Should ImClone provide the information requested in this motion before a hearing or decision on this matter, Plaintiffs will modify this motion to compel accordingly.

| | |
|---|---|
| Dated: April 8, 2005 |    /s/ Gregory A. Madera<br>Gregory A. Madera (BBO #313,020)<br>FISH & RICHARDSON P.C.<br>225 Franklin Street<br>Boston, MA  02110-2804<br>Telephone:  (617) 542-5070<br>Facsimile:  (617) 542-8906 |

Of Counsel:

Jonathan E. Singer
Michael J. Kane
Chad A. Hanson
FISH & RICHARDSON P.C., P.A.
3300 Dain Rauscher Plaza
60 South Sixth Street
Minneapolis, Minnesota 55402
Telephone:  (612) 335-5070

Attorneys for Plaintiffs
Massachusetts Institute of Technology and
Repligen Corporation

CERTIFICATE OF SERVICE

    I hereby certify that a true copy of PLAINTIFFS' COMBINED NOTICE OF SECOND MOTION AND SECOND MOTION TO COMPEL DISCOVERY FROM IMCLONE, MEMORANDUM OF REASONS IN SUPPORT OF PLAINTIFFS' SECOND MOTION TO COMPEL DISCOVERY FROM IMCLONE, and DECLARATION OF WILLIAM R. WOODFORD IN SUPPORT OF PLAINTIFFS' SECOND MOTION TO COMPEL DISCOVERY FROM IMCLONE were served via first class mail on the attorneys of record for ImClone Systems, Inc., Mark W. Batten and Richard L. DeLucia, postage prepaid on this 8th day of April, 2005.

                                                   /s/ Gregory A. Madera

60287389.doc