UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MASSACHUSETTS INSTITUTE OF
TECHNOLOGY and REPLIGEN
CORPORATION,

       Plaintiffs,

v.

IMCLONE SYSTEMS, INC.,

       Defendant.

Civil Action No. 04-10884-RGS

## DECLARATION OF WILLIAM R. WOODFORD IN SUPPORT OF PLAINTIFFS' SECOND MOTION TO COMPEL DISCOVERY FROM IMCLONE

I, William R. Woodford, declare and state as follows:

1.     I am an attorney in the law firm of Fish & Richardson P.C., P.A. and I am counsel for Plaintiffs Massachusetts Institute of Technology and Repligen Corporation.

2.     Attached as **Exhibit A** is a true and correct copy of excerpts from Plaintiffs' First Set of Interrogatories dated July 22, 2004.

3.     Attached as **Exhibit B** is a true and correct copy of excerpts from ImClone Systems, Inc.'s Objections and Responses to Plaintiffs' First Set of Interrogatories dated September 23, 2004.

4.     Attached as **Exhibit C** is a true and correct copy of a letter to Michael J. Kane from Anthony Giaccio dated December 10, 2004.

5.     Attached as **Exhibit D** is a true and correct copy of a letter to Michael D. Loughnane from Chad A. Hanson dated February 25, 2005.

6.     Attached as **Exhibit E** is a true and correct copy of a letter to Anthony Giaccio from Chad A. Hanson dated March 11, 2005.

7.    Attached as **Exhibit F** is a true and correct copy of excerpts from ImClone

Systems, Inc.'s Second Supplemental Objections and Responses to Plaintiffs' First Set of

Interrogatories dated March 16, 2005.

8.    Attached as **Exhibit G** is a true and correct copy of a letter to Anthony Giaccio

from Chad A. Hanson dated March 28, 2005.


I declare under penalty of perjury under the laws of the United States of America that the

foregoing is true and correct.

Dated:  April 8, 2005

_____

William R. Woodford

60287901.doc

2