UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS INSTITUTE OF TECHNOLOGY and REPLIGEN CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>IMCLONE SYSTEMS, INC.,<br><br>Defendant. | Civil Action No. 04-10884-RGS |

## ASSENTED TO MOTION FOR ADMISSION PRO HAC VICE AND RULE 7.1 CERTIFICATE

The undersigned attorney, a member in good standing of the bar of this Court, hereby moves for the admission of William R. Woodford to appear on behalf of plaintiffs, Massachusetts Institute of Technology and Repligen Corporation pro hac vice in the above matter.

As grounds for this motion, the undersigned states that attorney William R. Woodford is familiar with the substantive issues presented in the case and meets the requirements for admission under Local Rule 83.5.3., as set forth in the Declaration of William R. Woodford submitted with this motion.

4. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

5. I designate Gregory A. Madera, of the law firm of Fish & Richardson P.C., 225 Franklin Street, Boston, Massachusetts 02110-2804, telephone number (617) 542-5070, who is a member of the bar of this Court, and maintains an office in this District for the practice of law, as the attorney with whom the Court and opposing counsel may readily communicate regarding the conduct of this case, and upon whom papers may be served.

6. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: April 4, 2005

_____
William R. Woodford

60286683.doc

Counsel for Massachusetts Institute of Technology and Repligen Corporation have conferred with counsel for Defendants pursuant to Local Rule 7.1 and counsel for Defendants have assented to this motion.

Dated: April 7th, 2005

*[signature]*
Gregory A. Madera (BBO #313,020)
FISH & RICHARDSON P.C.
225 Franklin Street
Boston, MA 02110-2804
Telephone: (617) 542-5070
Facsimile: (617) 542-8906

Of Counsel:

Jonathan E. Singer
Michael J. Kane
Chad A. Hanson
FISH & RICHARDSON P.C., P.A.
3300 Dain Rauscher Plaza
60 South Sixth Street
Minneapolis, Minnesota 55402
Telephone: (612) 335-5070

Attorneys for Plaintiffs
Massachusetts Institute of Technology and
Repligen Corporation
Attorneys for Plaintiffs
REPLIGEN CORPORATION

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by hand delivery to Mark W. Batten and Federal Express to Michael Loughnane, postage prepaid on this 7th day of April, 2005.

*[signature]*

60286682.doc

UNITED STATES DISTRICT COURT FILED
DISTRICT OF MASSACHUSETTS CLERKS OFFICE

| | |
|---|---|
| MASSACHUSETTS INSTITUTE OF TECHNOLOGY and REPLIGEN CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>IMCLONE SYSTEMS, INC.,<br><br>Defendant. | 2005 APR -7  A II: 4 ¦<br><br>U.S. DISTRICT COURT<br>DISTRICT OF MASS<br><br>Civil Action No. 04-10884-RGS |

### DECLARATION OF WILLIAM R. WOODFORD
### PURSUANT TO LOCAL RULE 83.5.3

I, William R. Woodford, declare and state as follows:

1.  I am an associate in the law firm of Fish & Richardson P.C., P.A., 60 South Sixth Street, Suite 3300, Minneapolis, MN 55402. I am counsel for plaintiffs, Massachusetts Institute of Technology and Repligen Corporation. I submit this certificate pursuant to Local Rule 83.5.3(b) in support of a motion that I be permitted to appear on behalf of plaintiffs in the above-captioned action.

2.  I certify that I am now a member in good standing of the following State and/or Federal Bar Associations:

    - Minnesota Supreme Court, admitted October 25, 2002;
    - USDC-Minnesota, admitted November 22, 2002;
    - USDC-Western District of Wisconsin, admitted February 28, 2003;
    - Federal Circuit Court of Appeals, admitted January 6, 2004; and
    - U.S. Court of Appeals – 8th Circuit, admitted January 16, 2004

3.  There are no disciplinary proceedings pending against me as a member of the Bar in any jurisdiction.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS CLERK'S OFFICE

| | |
|---|---|
| MASSACHUSETTS INSTITUTE OF TECHNOLOGY and REPLIGEN CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>IMCLONE SYSTEMS, INC.,<br><br>Defendant. | 2005 APR -7 A II: 4<br><br>U.S. DISTRICT COURT<br>DISTRICT OF MASS.<br><br>Civil Action No. 04-10884-RGS |

## DECLARATION OF WILLIAM R. WOODFORD
### PURSUANT TO LOCAL RULE 83.5.3

I, William R. Woodford, declare and state as follows:

1. I am an associate in the law firm of Fish & Richardson P.C., P.A., 60 South Sixth Street, Suite 3300, Minneapolis, MN 55402. I am counsel for plaintiffs, Massachusetts Institute of Technology and Repligen Corporation. I submit this certificate pursuant to Local Rule 83.5.3(b) in support of a motion that I be permitted to appear on behalf of plaintiffs in the above-captioned action.

2. I certify that I am now a member in good standing of the following State and/or Federal Bar Associations:

- Minnesota Supreme Court, admitted October 25, 2002;
- USDC-Minnesota, admitted November 22, 2002;
- USDC-Western District of Wisconsin, admitted February 28, 2003;
- Federal Circuit Court of Appeals, admitted January 6, 2004; and
- U.S. Court of Appeals – 8th Circuit, admitted January 16, 2004

3. There are no disciplinary proceedings pending against me as a member of the Bar in any jurisdiction.

Counsel for Massachusetts Institute of Technology and Repligen Corporation have conferred with counsel for Defendants pursuant to Local Rule 7.1 and counsel for Defendants have assented to this motion.

Dated: April 7th, 2005

/s/ Gregory A. Madera
Gregory A. Madera (BBO #313,020)
FISH & RICHARDSON P.C.
225 Franklin Street
Boston, MA 02110-2804
Telephone: (617) 542-5070
Facsimile: (617) 542-8906

Of Counsel:

Jonathan E. Singer
Michael J. Kane
Chad A. Hanson
FISH & RICHARDSON P.C., P.A.
3300 Dain Rauscher Plaza
60 South Sixth Street
Minneapolis, Minnesota 55402
Telephone: (612) 335-5070

Attorneys for Plaintiffs
Massachusetts Institute of Technology and
Repligen Corporation
Attorneys for Plaintiffs
REPLIGEN CORPORATION

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by hand delivery to Mark W. Batten and Federal Express to Michael Loughnane, postage prepaid on this 7th day of April, 2005.

/s/ Gregory C. Madera

60286682.doc

2

4.  I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

5.  I designate Gregory A. Madera, of the law firm of Fish & Richardson P.C., 225 Franklin Street, Boston, Massachusetts 02110-2804, telephone number (617) 542-5070, who is a member of the bar of this Court, and maintains an office in this District for the practice of law, as the attorney with whom the Court and opposing counsel may readily communicate regarding the conduct of this case, and upon whom papers may be served.

6.  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: April 4, 2005

William R. Woodford

60286683.doc

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS INSTITUTE OF TECHNOLOGY and REPLIGEN CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>IMCLONE SYSTEMS, INC.,<br><br>Defendant. | Civil Action No. 04-10884-RGS |

### ASSENTED TO MOTION FOR ADMISSION PRO HAC VICE AND RULE 7.1 CERTIFICATE

The undersigned attorney, a member in good standing of the bar of this Court, hereby moves for the admission of William R. Woodford to appear on behalf of plaintiffs, Massachusetts Institute of Technology and Repligen Corporation pro hac vice in the above matter.

As grounds for this motion, the undersigned states that attorney William R. Woodford is familiar with the substantive issues presented in the case and meets the requirements for admission under Local Rule 83.5.3., as set forth in the Declaration of William R. Woodford submitted with this motion.