UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MASSACHUSETTS INSTITUTE OF
TECHNOLOGY and REPLIGEN
CORPORATION,

      Plaintiffs,

v.

IMCLONE SYSTEMS, INC.,

      Defendant.

Civil Action No. 04-10884-RGS

## PLAINTIFFS' ASSENTED-TO MOTION TO IMPOUND

Plaintiffs Massachusetts Institute of Technology and Repligen Corporation ("Plaintiffs") hereby move to file the following documents under seal:

1. Memorandum of Reasons in Support of Plaintiffs' Third Motion to Compel Discovery from ImClone; and

2. Declaration of William R. Woodford in Support of Plaintiffs' Third Motion to Compel Discovery from ImClone.

Plaintiffs request permission to file this declaration under seal because it contains information designated by ImClone as "Confidential" and/or "Restricted Confidential" under that Stipulated Protective Order. In accordance with Local Rule 7.2, Plaintiffs propose that this material should be impounded until the final resolution of this litigation between the parties, at which time it will be retrieved by Plaintiffs. Plaintiffs respectfully request that the Court grant this assented-to motion to file the above-described documents under seal.

### Certification Pursuant to Local Rule 7.1(a)(2)

Undersigned counsel certifies that, before filing this Motion, counsel for the parties have conferred in a telephone conference April 12, 2005, regarding the subject of this Motion. As a result of that conference, counsel for ImClone has advised that ImClone assents to this Motion.

| | |
|---|---|
| Dated: April 12, 2005 | /s/ Michael J. Kane<br>Gregory A. Madera (BBO #313,020)<br>FISH & RICHARDSON P.C.<br>225 Franklin Street<br>Boston, MA  02110-2804<br>Telephone:  (617) 542-5070<br>Facsimile:  (617) 542-8906<br><br>Of Counsel:<br><br>Jonathan E. Singer<br>Michael J. Kane<br>Chad A. Hanson<br>FISH & RICHARDSON P.C., P.A.<br>3300 Dain Rauscher Plaza<br>60 South Sixth Street<br>Minneapolis, MN 55402<br>Telephone:  (612) 335-5070<br>Facsimile:  (612) 288-9696<br><br>Juanita R. Brooks<br>W. Chad Shear<br>FISH & RICHARDSON P.C., P.A.<br>12390 El Camino Real<br>San Diego. CA  92130<br>Telephone:  (858) 678-5070<br>Facsimile:  (858) 678-5099<br>Attorneys for Plaintiffs<br>MASSACHUSETTS INSTITUTE OF TECHNOLOGY AND REPLIGEN CORPORATION |

60288454.doc