**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| MASSACHUSETTS INSTITUTE OF TECHNOLOGY and REPLIGEN CORPORATION, <br><br> Plaintiffs, <br><br> v. <br><br> IMCLONE SYSTEMS, INC., <br><br> Defendant. | ) ) ) ) ) ) ) Civil Action No. 04-10884-RGS ) ) ) ) ) ) |

**ASSENTED-TO MOTION FOR ADMISSION**
***PRO HAC VICE* FOR PAUL M. RICHTER, JR. TO APPEAR**
**ON BEHALF OF DEFENDANT IMCLONE SYSTEMS, INC.**

Pursuant to Local Rule 83.5.3, the undersigned counsel hereby moves for the admission *pro hac vice* of Paul M. Richter, Jr., an attorney with the law firm Kenyon & Kenyon, to appear on behalf of defendant ImClone Systems, Inc. ("ImClone") in the above-captioned matter.

As set forth in the attached certification, Attorney Richter is a member in good standing in every jurisdiction where he has been admitted to practice; there are no disciplinary proceedings pending against him as a member of the bar in any jurisdiction; and he is familiar with the Local Rules of the U.S. District Court for the District of Massachusetts.

Counsel for Plaintiffs have assented to this motion.

WHEREFORE, it is respectfully requested that Attorney Richter be admitted *pro hac vice* to appear on behalf of Defendant ImClone in this action.

-2-

                                            Respectfully submitted,

                                            IMCLONE SYSTEMS, INC.

                                            By its Attorneys,

                                            /s/ Jeremy P. Oczek
                                            Mark W. Batten (BBO #566211)
                                            Jeremy P. Oczek (BBO #647509)
                                            PROSKAUER ROSE LLP
                                            One International Place
                                            Boston, MA 02110
                                            Tel: (617) 526-9600
                                            Fax: (617) 526-9899

Dated:  April 15, 2005

## Certificate Of Service

    I hereby certify that on April 15, 2005, a true and correct copy of the foregoing document was served on counsel of record by use of the Court's ECF system.

                                            /s/ Jeremy P. Oczek
                                            Jeremy P. Oczek