IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS INSTITUTE OF TECHNOLOGY and REPLIGEN CORPORATION,<br><br>          Plaintiffs,<br><br>v.<br><br>IMCLONE SYSTEMS, INC.,<br><br>          Defendant. | Civil Action No. 04-10884-RGS |

**CERTIFICATION OF PAUL M. RICHTER, JR. FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Rule 83.5.3(b), I, Paul M. Richter, Jr., Esq., a member of the law firm of Kenyon & Kenyon, hereby certify that: (1) I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice (the States of Massachusetts and New York; the District of Columbia; the U.S. District Courts for the Eastern District of New York, Southern District of New York, and Northern District of New York; and the U.S. Court of Appeals for the Federal Circuit); (2) there are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction; and (3) I am familiar with the Local Rules of the U.S. District Court for the District of Massachusetts.

*/s/ Paul M. Richter*
Paul M. Richter, Jr.
KENYON & KENYON
One Broadway
New York, NY  10004-1050
Tel: (212) 425-7200
Fax: (212) 425-5288

Dated:  April 14, 2005