# **EXHIBIT C**



**KENYON & KENYON**
Intellectual Property Law

Anthony Giaccio
Direct 212.908.6419
agiaccio@kenyon.com

One Broadway
New York, NY 10004-1050
212.425.7200
Fax 212.425.5288

April 7, 2005 (Third Letter)

**By Facsimile**

Michael J. Kane, Esq.
Fish & Richardson P.C., P.A.
3300 Dain Rauscher Plaza
60 South Sixth Street
Minneapolis, Minnesota 55402

   Re: **RepliGen and MIT v. ImClone Systems, Inc.**

Dear Mike:

  We are surprised that you filed a motion to compel on April 1, 2005.

  Concerning your demand for ImClone to completely state the basis of its invalidity contentions, you allege we conferred on March 15, 2005 on this issue. However, on March 16, 2005 we provided you with ImClone's Second Supplemental Objections and Responses to Plaintiffs' First Set of Interrogatories. On March 28, 2005, you sent us a letter outlining your concerns about ImClone's interrogatory responses including prior art based invalidity contentions (Interrogatory No. 2) and stating that unless you receive complete answers by **April 4, 2005** you were going to move to compel. Instead, you filed this motion to compel on April 1, 2005 without conferring and without even giving us the opportunity to respond to your March 28, 2005 letter.

  Your motion to compel completely ignores our December 7, 2004 conference wherein you specified your objection to ImClone's Interrogatories as not compliant with the Local Rules because we did not specify document numbers in our response. Although it was our position that document numbers were not required we agreed to supplement our responses to include references to document numbers.

  Concerning your demand for ImClone to produce all non-privileged documents responsive to Plaintiffs' document request numbers 40, 51, 53-56, 58-63, and 65-68, your motion to compel completely ignores the agreements reached to produce the remaining relevant documents and includes requests for documents that you dropped long ago.

  During our conference on March 15, 2005 and as specified in our letter to Chad Hanson on March 18, 2005, which does not appear as an attachment to Chad's Declaration, we agreed to produce relevant documents.

Michael J. Kane, Esq.
April 7, 2005 (Third Letter)
Page 2



Further, your motion to compel is precisely the kind of improper use of discovery that the Court was concerned about when it ordered Plaintiffs to disclose which claims were allegedly infringed. After Plaintiffs' First Set of Document Requests (July 22, 2004) and after ImClone's Objections and Responses (September 23, 2004), Plaintiffs dropped all allegations of infringement by ImClone of all of the method of manufacture claims for the patent-in-suit (i.e., claims 1-9 of U.S. Patent No. 4,666,281) when it filed Plaintiffs' Claim Infringement Disclosure (October 1, 2004). As such, none of Plaintiffs' document requests directed to the method of manufacture (such as Request Nos. 40, 51, 53, and 54) and batch records, which are records of the method of manufacture, are relevant to any issue in this case.

Regarding damages documents, your motion to compel ignores our prior agreement that ImClone will produce a summary document of C225 made for sale in the U.S. and sold in the U.S. during the life of the '281 patent. By now demanding production of documents beyond what was agreed upon in the past, you have plainly evidenced that your motion and activities leading up to that motion were not a good faith effort by you to attempt to resolve or narrow the issues.

For all of the above reasons, we find that your motion was improper and not soundly based. We urge you to withdraw it immediately. If you do not, we will seek appropriate relief from the Court.

Very truly yours,

Anthony Giaccio

cc:  Mark W. Batten (Proskauer Rose)

```
*************** -COMM. JOURNAL- ********************** DATE APR-07-2005 ***** TIME 18:39 ********

    MODE = BATCH TRANSMISSION            START=APR-07 18:36    END=APR-07 18:39

       FILE NO.=052

STN   COMM.      STATION NAME/EMAIL ADDRESS/TELEPHONE NO.   PAGES      DURATION
NO.

001   B-OK       ʙ0176#11245#97#16179569899                 003/003    BATCH



                                                      -KENYON & KENYON            -

***** UF-8000 ********************* -2124256231    - ***** -    2124256231- *********
```



One Broadway
New York, NY 10004-1050
212.425.7200
Fax 212.425.5288

### Fax Transmission

| From: | **Anthony Giaccio** | Date | April 7, 2005 (Third Letter) |
| Direct Dial: | 212.908.6419 | Fax: | 212.425.5288 |
| Client/Matter: | 11245.97 | Total number of pages: (including cover) | 3 |

*Please deliver to:*

| Name | Company | Fax | Phone |
|---|---|---|---|
| Michael J. Kane | Fish & Richardson | 612-288-9696 | 612-335-5070 |
| Mark W. Batten | Proskauer Rose | 617-956-9899 | 617-956-9600 |

Comments:

[X] Original will not follow  [ ] Original will follow by  [ ] Regular Mail  [ ] Overnight Delivery  [ ] Hand Delivery

The information contained in this facsimile transmission, including any attachments, is subject to the attorney-client privilege, the attorney work product privilege or is confidential information intended only for the use of the named recipient. If the reader of this Notice is not the intended recipient, or the employee or agent responsible for delivering this transmission to the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this transmission in error, please notify us immediately by telephone, so that we may arrange for its return or destruction at our cost. Thank you.

```
************* -COMM. JOURNAL- ********************* DATE APR-07-2005 ***** TIME 18:41 ********

MODE = MEMORY TRANSMISSION                START=APR-07 18:36      END=APR-07 18:41

    FILE NO.=051

STN   COMM.    STATION NAME/EMAIL ADDRESS/TELEPHONE NO.    PAGES        DURATION
NO.

001    OK      ☎0176#11245#97#16122889696                  003/003      00:00:50


                                                    -KENYON & KENYON              -

***** UF-8000 ********************** -2124256231   - ***** -     2124256231- *********
```



**KENYON & KENYON**
Intellectual Property Law

One Broadway
New York, NY 10004-1050
212.425.7200
Fax 212.425.5288

## Fax Transmission

| | | | |
|---|---|---|---|
| From: | **Anthony Giaccio** | Date | April 7, 2005 (Third Letter) |
| Direct Dial: | 212.908.6419 | Fax: | 212.425.5288 |
| Client/Matter: | 11245.97 | Total number of pages: (including cover) | 3 |

*Please deliver to:*

| Name | Company | Fax | Phone |
|---|---|---|---|
| **Michael J. Kane** | **Fish & Richardson** | 612-288-9696 | 612-335-5070 |
| **Mark W. Batten** | **Proskauer Rose** | 617-956-9899 | 617-956-9600 |

Comments:

[X] Original will not follow  [ ] Original will follow by  [ ] Regular Mail  [ ] Overnight Delivery  [ ] Hand Delivery

The information contained in this facsimile transmission, including any attachments, is subject to the attorney-client privilege, the attorney work product privilege, or is confidential information intended only for the use of the named recipient. If the reader of this Notice is not the intended recipient or the employee or agent responsible for delivering this transmission to the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this transmission in error, please notify us immediately by telephone, so that we may arrange for its return or destruction at our cost. Thank you.



One Broadway
New York, NY 10004-1050
212.425.7200
Fax 212.425.5288

## Fax Transmission

| | | | |
|---|---|---|---|
| From: | **Anthony Giaccio** | Date | April 7, 2005 (Third Letter) |
| Direct Dial: | 212.908.6419 | Fax: | 212.425.5288 |
| Client/Matter: | 11245.97 | Total number of pages: (including cover) | 3 |

*Please deliver to*:

| Name | Company | Fax | Phone |
|---|---|---|---|
| **Michael J. Kane** | **Fish & Richardson** | **612-288-9696** | **612-335-5070** |
| **Mark W. Batten** | **Proskauer Rose** | **617-956-9899** | **617-956-9600** |

Comments:

[X] Original will not follow  [ ] Original will follow by  [ ] Regular Mail  [ ] Overnight Delivery  [ ] Hand Delivery

The information contained in this facsimile transmission, including any attachments, is subject to the attorney-client privilege, the attorney work product privilege or is confidential information intended only for the use of the named recipient. If the reader of this Notice is not the intended recipient or the employee or agent responsible for delivering this transmission to the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this transmission in error, please notify us immediately by telephone, so that we may arrange for its return or destruction at our cost. Thank you.

New York   Washington, DC   Silicon Valley   **www.kenyon.com**