# **EXHIBIT E**



**KENYON & KENYON**
Intellectual Property Law

Paul M. Richter, Jr.
Direct 212.908.6121
prichter@kenyon.com

One Broadway
New York, NY 10004-1007
212.425.7200
Fax 212.425.5288

March 18, 2005

*Via Facsimile (612) 288-9696*
Chad A. Hanson
Fish & Richardson P.C., P.A.
3300 Dain Rauscher Plaza
60 South Street Minneapolis, Minnesota
55402

Re: *RepliGen and MIT v. ImClone Systems, Inc.*
USDC-D. Mass. (Boston) -Civil Action No. 04-108884-RGS

Dear Chad:

I received a letter dated March 15 that I think you intended for me. It took a little while to reach my attention since, while the address header has my name on it, your letter starts "Dear Anthony" and, on the facsimile cover page, it references a litigation (Cargill v. Dow Agrosciences) of which I know nothing about. Nevertheless, I assume you intended this letter to reach me, so I am now responding to it.

As mentioned in our last conference call, ImClone has gathered additional documents and is now processing them for production in this case. These documents are not ready for production today, however, which is the deadline you seek to impose in your March 15 letter. Instead, we expect to produce our documents to you next week.

Finally, please note that your letter is so vague in its attempt to summarize our last conference call that it is impossible to respond specifically to it in most respects (*e.g.*, you seek confirmation that we will produce "all documents concerning . . . C225 damages information" – I do not even understand what that phrase means, much less can I confirm that we agreed to produce all such documents). In any case, the documents to be produced are the ones we agreed to produce in our last conference call.

Very truly yours,

Paul M. Richter, Jr.

New York   Washington, DC   Silicon Valley   www.kenyon.com

```
************  -COMM. JOURNAL-  ************* DATE MAR-18-2005  ** TIME 15:06 ********

            MODE = MEMORY TRANSMISSION            START=MAR-18 15:04    END=MAR-18 15:06

                FILE NO.=104

     STN   COMM.   ONE-TOUCH/   STATION NAME/EMAIL ADDRESS/TELEPHONE NO.    PAGES       DURATION
     NO.           ABBR NO.

     001   OK      g            7164#11245#97#16122889696                   002/002     00:00:48
```

                                                            -KENYON & KENYON     -

************************************ -KENYON & KENYON - ****** -                - ********



One Broadway
New York, NY 10004-1050
212.425.7200
Fax 212.425.5288

# Fax Transmission

| From: | **Paul M. Richter** | Date: | March 18, 2005 |
| Direct Dial: | 212.908.6121 | Fax: | 212.425.5288 |
| Client/Matter: | 11245.97 | Total number of pages: (including cover) | 2 |

*Please deliver to:*

| Name | Company | Fax | Phone |
|---|---|---|---|
| Chad A. Hanson, Esq. | Fish & Richardson P.C., P.A. | 612 288 9696 | |

Message:

☒ Original will not follow  ☐ Original will follow by  ☐ Regular Mail  ☐ Overnight Delivery  ☐ Hand Delivery

The information contained in this facsimile transmission, including any attachments, is subject to the attorney-client privilege, the attorney work product privilege or is confidential information intended only for the use of the named recipient. If the reader of this Notice is not the intended recipient or the employee or agent responsible for delivering this transmission to the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this transmission in error, please notify us immediately by telephone, so that we may arrange for its return or destruction at our cost. Thank you.

New York   Washington, DC   Silicon Valley   www.kenyon.com