UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS INSTITUTE OF TECHNOLOGY and REPLIGEN CORPORATION,<br><br>      Plaintiffs,<br><br>  v.<br><br>IMCLONE SYSTEMS, INC.,<br><br>      Defendant. | Civil Action No. 04-10884-RGS<br><br>**ORAL ARGUMENT REQUESTED** |

## IMCLONE'S FIRST MOTION TO COMPEL PRODUCTION OF DOCUMENT(S)

Defendant ImClone Systems, Inc. ("ImClone") hereby moves this Court to compel Plaintiffs RepliGen Corporation ("Repligen") and Massachusetts Institute of Technology ("MIT") to immediately produce a complete, un-redacted copy of the license agreement between MIT and Repligen dated May 4, 2004. In support of the motion, ImClone is submitting herewith its accompanying Memorandum of Law.[1]

ImClone has attached a Proposed Order to this motion embodying the requested relief.

Pursuant to Local Rules 7.1(a) and 37.1, and as set forth in its Memorandum of Law, counsel for ImClone conferred with counsel for Plaintiffs and attempted in good faith to resolve or narrow the issues presented by the present motion, but was unable to do so.

---

[1] ImClone is filing a separate motion to file one of the exhibits to its Memorandum of Law under seal, because this exhibit was been designated by Plaintiffs as confidential under the Stipulated Protective Order (D.I. 22) entered in this case.

WHEREFORE, ImClone moves this Court for an Order:

(1) Requiring Plaintiffs RepliGen Corporation and Massachusetts Institute of Technology to immediately produce a complete, un-redacted copy of the license MIT granted Repligen under U.S. Patent No. 4,663,281;

(2) Providing such further and other relief as this Court deems just and proper.

## REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(D), ImClone hereby requests that this Court set this motion for oral argument. ImClone believes that oral argument would assist the Court in considering the motion. ImClone respectfully requests that the motion be set for hearing as soon as practicable.

Dated: April 22, 2005

Respectfully submitted,

IMCLONE SYSTEMS, INC.

By its Attorneys,

/s/ Jeremy P. Oczek
Mark W. Batten (BBO #566211)
Jeremy P. Oczek (BBO #647509)
PROSKAUER ROSE LLP
One International Place
Boston, MA 02110-2600
Tel: (617) 526-9600
Fax: (617) 526-9899

Richard L. DeLucia
George E. Badenoch
Michael D. Loughnane
Paul M. Richter, Jr.
Anthony Giaccio
KENYON & KENYON
One Broadway
New York, NY 10004-1050
Tel: (212) 425-7200
Fax: (212) 425-5288

-3-

**Certificate Of Service**

    I hereby certify that on April 22, 2005, a true and correct copy of the foregoing document was served on counsel for Plaintiffs by use of the Court's ECF system.

                                         /s/ Jeremy P. Oczek  
                                         Jeremy P. Oczek

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS INSTITUTE OF TECHNOLOGY and REPLIGEN CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>IMCLONE SYSTEMS, INC.,<br><br>Defendant. | Civil Action No. 04-10884-RGS |

**[PROPOSED] ORDER**

Having considered the briefing from both sides regarding ImClone's First Motion to Compel Production of Document(s), it is hereby ordered that:

(1) ImClone's Motion is GRANTED; and

(2) Plaintiffs RepliGen Corporation ("Repligen") and Massachusetts Institute of Technology ("MIT") must immediately produce a complete, un-redacted copy of the license MIT granted Repligen under U.S. Patent No. 4,663,281.

SO ORDERED:    _____
DATED:                                    U.S.D.J.