# EXHIBIT 2



**Anthony Giaccio**
Direct 212.908.6419
Agiaccio@kenyon.com

One Broadway
New York, NY 10004-1050
212.425.7200
Fax 212.425.5288

November 4, 2004

**VIA FACSIMILE**
Michael J. Kane, Esq.
Fish & Richardson P.C., P.A.
3300 Dain Rauscher Plaza
60 South Sixth Street
Minneapolis, Minnesota 55402

<u>**Re: MIT and REPLIGEN Corp. v. ImClone Systems, Inc.**</u>

Dear Mr. Kane:

In response to your e-mail of November 4, 2004, we responded to your request for a discovery conference on November 2, 2004. As indicated in Mike Loughnane's e-mail of November 2, 2004, it would be most productive for you to identify the specific requests that you believe have not been properly addressed and why in advance of such a conference.

Moreover, Repligen and MIT never responded to ImClone's First Set of Requests for Documents and Things and never responded to ImClone's First Set of Interrogatories. We assume that Repligen and MIT have waived all objections to ImClone's discovery requests pursuant to Local Rules 33.1 (c)(1) and 34.1(c)(1).

We would like to confer with you regarding your specific concerns and the deficiencies in Repligen's and MIT's document production. Since Mike Loughnane will be out of the country on business all of next week, please let us know your availability to confer by telephone on Tuesday, November 16, 2004 at 10:00 am. Your statement that a conference must occur no later than November 9, 2004 is wholly inaccurate. According to Local Rules 37.1(a) and (b), your filing any discovery motion prior to November 16, 2004 would be premature.

Regarding the deposition of Dr. Irving Feit at our office on November 23, 2004, what are your concerns about changing the location of the deposition? We will send you a privilege log by November 16, 2004.

Very truly yours,

Anthony Giaccio

cc:    Mark W. Batten (Proskauer Rose)