

# DOCUMENT TO BE

# FILED UNDER SEAL