# EXHIBIT 11

# FISH & RICHARDSON P.C., P.A.

3300 Dain Rauscher Plaza
60 South Sixth Street
Minneapolis, Minnesota
55402

Frederick P. Fish
1855-1930

W.K. Richardson
1859-1951

Telephone
612 335-5070

Facsimile
612 288-9696

Web Site
www.fr.com

March 18, 2005

**VIA FACSIMILE**

Paul Richter, Esq.
Kenyon & Kenyon
One Broadway
New York, NY 10004



AUSTIN
BOSTON
DALLAS
DELAWARE
NEW YORK
SAN DIEGO
SILICON VALLEY
TWIN CITIES
WASHINGTON, DC

Re:  Repligen and MIT v. ImClone Systems, Inc.
     USDC-D. Mass. (Boston) - Civil Action No. 04-10884-RGS

Dear Paul:

We have reconsidered ImClone's request for an unredacted copy of the 2004 License Agreement between MIT and Repligen. As you know, ImClone asked for this document with respect to Repligen's standing in the suit. As we have discussed, the document produced provides all of the information necessary to evaluate Repligen's standing. We have told you that the redacted portion of the document is not relevant.

In fact, the redacted portion of the document relates only to the fee arrangement for this litigation between MIT, Repligen, and Fish & Richardson. The details of the fee arrangement are not relevant to any claim or defense in this patent case. If you disagree, please explain. Otherwise, we do not plan to produce an unredacted version of the document.

Very truly yours,

Michael J. Kane

MJK/jel

60283568.doc