# EXHIBIT 13

1

```
 1                  UNITED STATES DISTRICT COURT
                      DISTRICT OF MASSACHUSETTS
 2                       NO. 04 10884 RGS

 3

 4
           _____
 5         MASSACHUSETTS INSTITUTE OF     )
           TECHNOLOGY and REPLIGEN        )
 6         CORPORATION,                   )
                   Plaintiffs,            )
 7                                        )
                   vs.                    )
 8                                        )
           IMCLONE SYSTEMS, INC.,         )
 9               Defendant.               )
           _____)
10

11

12

13                   VIDEOTAPED DEPOSITION of DR.

14     DANIEL P. WITT, called as a witness by and on

15     behalf of the Defendant, pursuant to the applicable

16     provisions of the Federal Rules of Civil Procedure,

17     before P. Jodi Ohnemus, Notary Public, Certified

18     Shorthand Reporter, Certified Realtime Reporter,

19     and Registered Merit Reporter, within and for the

20     Commonwealth of Massachusetts, at the offices of

21     Fish & Richardson, P.C., P.A., 225 Franklin Street,

22     Boston, Massachusetts, on Wednesday, 13 April,

23     2005, commencing at 9:24 a.m.

24

25
```

2

```
 1   APPEARANCES:

 2

 3                    FISH & RICHARDSON, P.C., P.A.

 4                    BY:  Jonathan E. Singer, Esq.

 5                    3300 Dain Rauscher Plaza

 6                    60 South Sixth Street

 7                    Minneapolis, MN  55402

 8                    612 335-5070

 9                    Singer@fr.com

10                    For the Plaintiffs

11

12

13                    KENYON & KENYON

14                    BY:  Michael D. Loughnane, Esq.

15                         -and-

16                    Michel P. O'Hara, Esq.

17                    One Broadway

18                    New York, NY  10004-1050

19                    212 425-7200

20                    Mloughnane@kenyon.com

21                    Mohara@kenyon.com

22                    for the Defendant

23   ALSO PRESENT:

24                    George Dobrentey, Videographer

25
```

46

1    A.    Page 9 or Page 8?

2         Q.       I think we were turning to 9 at

3    that point.  And there's only one paragraph on Page

4    9.  Do you see that?

5    A.    Yes.

6         Q.       Take a few seconds and read

7    through that.  I'll have some follow-up questions

8    on that.

9    A.    (Witness reviews document.)  Yes.

10        Q.       Now, you've seen the -- you see

11   the section on 9 called "Redacted," right?

12   A.    I see that.

13        Q.       Do you have an understanding of

14   what type of information is contained there?

15   A.    No, I don't.

16             MR. SINGER:  And I want to caution

17   the witness there that we have redacted that based

18   on privilege grounds, so please don't reveal, to

19   the extent the testimony calls for it.

20             MR. LOUGHNANE:  I don't think it's

21   correct, but that's all right.  I don't think you

22   did redact it on privilege grounds -- at least not

23   according to Michael Kane.

24             MR. SINGER:  Okay.  Well, the

25   witness doesn't have an understanding anyway, so

1   it's irrelevant.

2        Q.       Turn to the last page of the

3   document.

4    A.    I'm sorry.  What Bates number?

5        Q.       The very last page.  It's Bates

6   1425.  Do you know what Appendix B is?

7    A.    I have no idea.

8        Q.       Have you -- you've seen the

9   completed document, have you not?

10   A.    Not recently, but yes.

11       Q.       Okay.  What is your understanding

12  of how any -- how any potential settlement or award

13  that might come out of the current litigation will

14  be allocated?

15   A.    I don't recall what the terms are.

16       Q.       Do you recall which parties will

17  share in any award or settlement?

18   A.    I certainly know some of the parties that

19  share.  I don't know that I know all of them.

20       Q.       Okay.  Which parties are you aware

21  of that will share in the award or settlement?

22   A.    Repligen, MIT, and Fish & Richardson.

23       Q.       Any others that come to mind?

24   A.    It's conceivable the inventors may.  I

25  don't know.

48

```
 1         Q.        Do you know if the inventors'

 2   names are on Page 9 of Exhibit 2?

 3     A.    Page 9?  I have no idea.

 4         Q.        Uhm.  How about Abbott, will they

 5   share in any award or judgment?

 6     A.    I don't believe so.

 7         Q.        Why not?

 8     A.    I don't know how to answer that question.

 9         Q.        Your recollection is Abbott is not

10   identified as a company who would share in any

11   recovery running from this lawsuit?

12     A.    I don't recall that they are.

13         Q.        Have you had any discussions with

14   anyone from Abbott -- by "Abbott" I mean the Abbott

15   Laboratories -- concerning this litigation?

16     A.    At any time?

17         Q.        Since the litigation -- well,

18   let's say since 2004.

19     A.    I may have.

20         Q.        Who at Abbott might have you

21   spoken to?

22     A.    At a certain point in time I did have a

23   discussion with someone in business development at

24   Abbott.  I don't remember his name.

25         Q.        And this is in 2004?
```

49

```
 1    A.     That's probably right.

 2           Q.        And concerning the 281 patent?

 3    A.     I don't recall that that was a subject of

 4    the discussion, but it may have been.

 5           Q.        Did you discuss -- who was that

 6    person, by the way?

 7    A.     I don't remember his name.

 8           Q.        He was in business development?

 9    A.     That's what I recall.

10           Q.        Who at -- who at Abbott, if any,

11    people have you spoken to over the course of the

12    last eight years -- since you rejoined Repligen?

13    A.     With regard to any subject?

14           Q.        With regard -- yes, with regard to

15    any subject.

16    A.     I -- I'm not sure I can really do a very

17    good job of answering that.  I've had discussions

18    on and off with Abbott over the last eight years on

19    multiple subjects.

20           Q.        Okay.  Let's limit it to the

21    subject of the 281 patent -- the technology in the

22    281 patent.

23                     THE WITNESS:  I'm sorry.  Can you

24    read the question back now, it's --

25           Q.        I'll restate it.  Who at Abbott
```