## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS INSTITUTE OF TECHNOLOGY and REPLIGEN CORPORATION,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>IMCLONE SYSTEMS, INC.,<br><br>　　　　　　　Defendant. | Civil Action No. 04-10884-RGS |

## ASSENTED-TO MOTION TO FILE DOCUMENT UNDER SEAL

Pursuant to Local Rule 7.2, Defendant ImClone Systems, Inc. ("ImClone") hereby moves, with the assent of Plaintiffs Massachusetts Institute of Technology and RepliGen Corp. ("Plaintiffs"), to file the following document under seal:

- **Exhibit 7 to ImClone's Memorandum of Law in Support of Its First Motion to Compel Production of Document(s).**

ImClone respectfully requests permission to file this document under seal because it has been designated by the Plaintiffs as confidential under the Stipulated Protective Order entered in this case. In accordance with Local Rule 7.2, ImClone requests that this document should be impounded until the final resolution of this litigation between the parties, at which time it will be retrieved by ImClone.

WHEREFORE, it is respectfully requested that the Court grant this assented-to motion to file the above-described document under seal.

### Certification Pursuant to Local Rule 7.1(A)(2)

Undersigned counsel certifies that, before filing this motion, counsel for the parties have conferred by e-mail correspondence on April 20-22, 2005, regarding the subject of this motion. As a result, counsel for Plaintiffs has advised that Plaintiffs assent to this motion.

Dated:  April 22, 2005

Respectfully submitted,

IMCLONE SYSTEMS, INC.

By its Attorneys,

/s/ Jeremy P. Oczek
Mark W. Batten (BBO #566211)
Jeremy P. Oczek (BBO #647509)
PROSKAUER ROSE LLP
One International Place
Boston, MA  02110-2600
Tel: (617) 526-9600
Fax: (617) 526-9899

Richard L. DeLucia
George E. Badenoch
Michael D. Loughnane
Paul M. Richter, Jr.
Anthony Giaccio
KENYON & KENYON
One Broadway
New York, NY  10004-1050
Tel: (212) 425-7200
Fax: (212) 425-5288

### Certificate Of Service

I hereby certify that on April 22, 2005, a true and correct copy of the foregoing document was served on counsel for Plaintiffs by use of the Court's ECF system.

/s/ Jeremy P. Oczek
Jeremy P. Oczek