UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS INSTITUTE OF TECHNOLOGY and REPLIGEN CORPORATION,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>IMCLONE SYSTEMS, INC.,<br><br>　　　　Defendant. | Civil Action No. 04-10884-RGS |

**PLAINTIFFS' COMBINED NOTICE OF THIRD MOTION AND THIRD MOTION TO COMPEL DISCOVERY FROM IMCLONE**

**PLEASE TAKE NOTICE** that for the reasons detailed in the accompanying Memorandum of Reasons In Support of Plaintiffs' Third Motion to Compel Discovery From ImClone and Declaration of William R. Woodford In Support of Plaintiffs' Third Motion to Compel Discovery From ImClone, Plaintiffs Massachusetts Institute of Technology and Repligen Corporation move the Court to order the production of documents corresponding to entries 8, 9, 13, 23, 24, 77, 79, 82, 92, 94, 100, 119, 121, 123, 126, 127, 132, and 133 of ImClone Systems, Inc.'s March 4, 2005 privilege log attached herewith as Exhibit E to the Woodford Declaration.

**REQUEST FOR ORAL ARGUMENT**

Plaintiffs Massachusetts Institute of Technology and Repligen Corporation hereby request oral argument on Plaintiffs' Third Motion to Compel Discovery From ImClone.

## LR 7.1(a)(2) and 37.1(b) CERTIFICATION

Pursuant to LR 7.1(a)(2) and 37.1(b), Plaintiffs certify that the parties have made a good faith effort through telephonic conferences and written correspondence, as detailed in the accompanying Memorandum, to resolve and narrow the dispute presented in this motion and have been unable to resolve the matters set forth herein. Should ImClone produce the documents requested in this motion before a hearing or decision on this matter, Plaintiffs will modify this motion to compel accordingly.

| | |
|---|---|
| Dated: April 14, 2005 | _____<br>Gregory A. Madera (BBO #313,020)<br>FISH & RICHARDSON P.C.<br>225 Franklin Street<br>Boston, MA 02110-2804<br>Telephone: (617) 542-5070<br>Facsimile: (617) 542-8906 |

Of Counsel:

Jonathan E. Singer
Michael J. Kane
Chad A. Hanson
William R. Woodford
FISH & RICHARDSON P.C., P.A.
3300 Dain Rauscher Plaza
60 South Sixth Street
Minneapolis, Minnesota 55402
Telephone: (612) 335-5070

Attorneys for Plaintiffs
Massachusetts Institute of Technology and
Repligen Corporation

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of PLAINTIFFS' COMBINED NOTICE OF THIRD MOTION AND THIRD MOTION TO COMPEL DISCOVERY FROM IMCLONE, MEMORANDUM OF REASONS IN SUPPORT OF PLAINTIFFS' THIRD MOTION TO COMPEL DISCOVERY FROM IMCLONE, and DECLARATION OF WILLIAM R. WOODFORD IN SUPPORT OF PLAINTIFFS' THIRD MOTION TO COMPEL DISCOVERY FROM IMCLONE were served via Fedex/Hand on the attorneys of record for ImClone Systems, Inc., Mark W. Batten and Richard L. DeLucia, postage prepaid on this 19th day of April, 2005.

_____
Karen Longval

60287388.doc