UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS INSTITUTE OF TECHNOLOGY and REPLIGEN CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>IMCLONE SYSTEMS, INC.,<br><br>Defendant. | Civil Action No. 04-10884-RGS |

**PLAINTIFFS' MOTION FOR LEAVE TO FILE REPLY MEMORANDUM OF REASONS SUPPORTING MIT AND REPLIGEN'S FIRST MOTION TO COMPEL DISCOVERY FROM IMCLONE**

Pursuant to Local Rule 7.1(b)(3), Plaintiffs MIT and Repligen (collectively "Plaintiffs") bring this motion for leave to file a short reply memorandum in support of their First Motion to Compel Discovery from ImClone.

Plaintiffs seek leave to file a reply brief because ImClone has made several blatantly false statements in its opposition papers. Those statements include:

**(1) ImClone's claim that it is "not withholding any non-privileged responsive documents."** (ImClone Br. at 1.) Plaintiffs have learned this statement to be false through the recent discovery of a number of unproduced ImClone sales and licensing documents located in the files of subpoenaed third parties. Indeed, Plaintiffs have obtained a handful of ImClone-generated "royalty reports" on the accused product from third parties, and despite ImClone's representations, those royalty reports have *never* been produced by ImClone itself.

**(2) ImClone's claim that it will "make available for copying the underlying sales information" to Plaintiffs.** (ImClone Br. at 5.) Despite ImClone's unequivocal promise to

make a number of requested damages documents available for inspection (a promise that, if fulfilled, would narrow the issues before the Court), ImClone has not followed through. When Plaintiffs asked ImClone earlier this week to provide a proposed date for an inspection of the documents referenced on Page 5 of ImClone's brief, ImClone still could not do so.

**(3) ImClone's claim that the information sought by Plaintiffs' Interrogatory No. 2 was provided "in text format and in the identified and produced documents specified in ImClone's response."** (ImClone Br. at 6). Despite ImClone's claim, the referenced interrogatory answer does not provide the basis for a number of defenses raised by ImClone in this litigation, including ImClone's written description and enablement defenses. The only produced documents referenced by ImClone in its interrogatory answer are the publicly-available patents that apparently form the basis for ImClone's obviousness defense.

Counsel for Plaintiffs informed ImClone that Plaintiffs would be seeking to file this motion for leave to file a reply brief, and not surprisingly, ImClone refused to assent to Plaintiffs' motion. Given that ImClone has failed to back up a number of specific representations made in an effort to oppose Plaintiffs' motion, the only fair conclusion that can be drawn is that ImClone does not want to have to further explain its behavior to this Court. As such, Plaintiffs respectfully request leave to file a short reply brief discussing the issues referenced above.

## Certification Pursuant to Local Rule 7.1(a)(2)

Undersigned counsel certifies that, before filing this Motion, counsel for the parties conferred by telephone and e-mail on April 28, 2005 regarding the subject of this Motion. ImClone has advised Plaintiffs that it will not assent to this Motion.

| | |
|---|---|
| Dated:  April 29, 2005 | /s/ Gregory A. Madera_____ |
| | Gregory A. Madera (BBO #313,020) |
| | FISH & RICHARDSON P.C. |
| | 225 Franklin Street |
| | Boston, MA  02110-2804 |
| | Telephone:  (617) 542-5070 |
| | Facsimile:  (617) 542-8906 |
| | |
| | Jonathan E. Singer |
| | Michael J. Kane |
| | Chad A. Hanson |
| | William R. Woodford |
| | FISH & RICHARDSON P.C., P.A. |
| | 3300 Dain Rauscher Plaza |
| | 60 South Sixth Street |
| | Minneapolis, MN 55402 |
| | Telephone:  (612) 335-5070 |
| | Facsimile:  (612) 288-9696 |
| | |
| | Juanita R. Brooks |
| | FISH & RICHARDSON P.C. |
| | 12390 El Camino Real |
| | San Diego. CA  92130 |
| | Telephone:  (858) 678-5070 |
| | Facsimile:  (858) 678-509 |
| | |
| | Attorneys for Plaintiffs |
| | MASSACHUSETTS INSTITUTE OF TECHNOLOGY AND REPLIGEN CORPORATION |

CERTIFICATE OF SERVICE

I hereby certify that a true copy of PLAINTIFFS' MOTION FOR LEAVE TO FILE REPLY MEMORANDUM OF REASONS SUPPORTING MIT AND REPLIGEN'S FIRST MOTION TO COMPEL DISCOVERY FROM IMCLONE was served on attorneys for Defendant by hand on Mark W. Batten, Esq., Proskauer Rose LLP, One International Place, Boston, MA  02110 and by first class mail, postage prepaid on Richard L. DeLucia, Esq.,Kenyon & Kenyon, One Broadway, New York, NY 10004 on April 29, 2005.

_____

60291517.doc