# **EXHIBIT A**

# FISH & RICHARDSON P.C., P.A.

Frederick P. Fish
1855-1930

W.K. Richardson
1859-1951

3300 Dain Rauscher Plaza
60 South Sixth Street
Minneapolis, Minnesota
55402

Telephone
612 335-5070

Facsimile
612 288-9696

Web Site
www.fr.com

BOSTON
DALLAS
DELAWARE
NEW YORK
SAN DIEGO
SILICON VALLEY
TWIN CITIES
WASHINGTON, DC

March 25, 2005

**Via Facsimile 212-425-5288**
Anthony Giaccio, Esq.
Kenyon & Kenyon
One Broadway
New York, New York 10004-1050
Facsimile: (212) 425-5288

Re: *Repligen and MIT v. ImClone Systems, Inc.*
USDC-D. Mass. (Boston) - Civil Action No. 04-10884-RGS

Dear Anthony:

We have received and reviewed ImClone's updated privilege log. ImClone asserts that several documents are privileged, when, in fact, no basis for the asserted privilege exists.

First, for a number of privilege log entries the basis of the claimed privilege has been changed from attorney work product to the attorney-client privilege. The documents identified for several of these entries, however, cannot satisfy the requirements for attorney-client privilege because the document was not a "communication." The privilege log entries that fall into this category include: 6, 8, 9, 11, 13, 22-24, 26, 27, 44, 45, 47, 63, 64, 66, 77-79, 89, 92, 94, 100, 110, 117, 118, 123, 125-127, 129, 131, and 135.

In addition, the privilege log wrongly claims that a number of documents sent to third parties are protected under the attorney-client privilege. The privilege log entries that fall into this category include: 42, 43, 59, 121, 132, and 133.

Furthermore, the privilege log wrongly asserts that a number of documents are protected under the attorney-client privilege when the log fails to indicate that an attorney either sent or received the document. The privilege log entries that fall into this category include: 82, 89, 111, 121, 132, and 133.

For the privilege log entries above, we ask that you produce the corresponding documents by Wednesday, March 30, 2005 for use at the deposition of John Landes. If you fail to produce these documents at that time, please be prepared to meet and confer at the deposition so that MIT and Repligen can move forward with a motion to compel.

FISH & RICHARDSON P.C., P.A

Anthony Giaccio, Esq.
March 25, 2005
Page 2

Finally, we noticed that ImClone is no longer asserting that the documents corresponding to entries 30 and 91 in the initial log are privileged. Additionally, the basis for privilege for entry number 122 on the updated log is blank. We ask that you also produce these documents for use at the deposition of John Landes.

Very truly yours,

Michael J. Kane

MJK/cjs

60285318.doc

# FISH & RICHARDSON P.C., P.A.

3300 Dain Rauscher Plaza
60 South Sixth Street
Minneapolis, Minnesota
55402

Telephone
612 335-5070

Facsimile
612 288-9696

Web Site
www.fr.com

Date  March 25, 2005

To  Anthony Giaccio
Kenyon & Kenyon
One Broadway
New York, NY 10004-1050
Telephone: (212) 425-7200

Facsimile number  00231-00253531 / (212) 425-5288

From  Michael J. Kane

Re  Repligen and MIT v. ImClone Systems, Inc.
Our Ref.: 00231-002LL1

Number of pages
including this page  3

Message

NOTE: This facsimile is intended for the addressee only and may contain privileged or confidential information. If you have received this facsimile in error, please immediately call us collect at 612 335-5070 to arrange for its return. Thank you.