# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS INSTITUTE OF TECHNOLOGY and REPLIGEN CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>IMCLONE SYSTEMS, INC.,<br><br>Defendant. | Civil Action No. 04-10884-RGS |

## DECLARATION OF KARIN RIVARD IN SUPPORT OF PLAINTIFFS' RESPONSE TO IMCLONE'S FIRST MOTION TO COMPEL PRODUCTION OF DOCUMENTS

I, Karin Rivard, declare and state as follows:

1. I am the Assistant Director and Counsel at the Technology License Office at Massachusetts Institute of Technology ("MIT"), and I participated in the negotiation of the Exclusive Patent License Agreement ("the Agreement") between Repligen and MIT.

2. I have reviewed Section 7.5 of the Agreement, entitled "Recovery," and that provision of the Agreement contains no discussion about how the inventors of United States Patent No. 4,663,281 are to be compensated upon the conclusion of this action.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


Dated:  May 6, 2005              /s/ Karin Rivard
                                 Karin Rivard