## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS INSTITUTE OF TECHNOLOGY and REPLIGEN CORPORATION,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>IMCLONE SYSTEMS, INC.,<br><br>　　　　　Defendant. | Civil Action No. 04-10884-RGS |

### DECLARATION OF DANIEL WITT IN SUPPORT OF PLAINTIFFS' RESPONSE TO IMCLONE'S FIRST MOTION TO COMPEL PRODUCTION OF DOCUMENTS

I, Daniel Witt, declare and state as follows:

1. I am the Vice President of Business Development for Plaintiff Repligen Corporation, and I participated in the negotiation of the Exclusive Patent License Agreement ("the Agreement") between Repligen and the Massachusetts Institute of Technology ("MIT").

2. I have reviewed Section 7.5 of the Agreement, entitled "Recovery," and that provision of the Agreement contains no discussion about how the inventors of United States Patent No. 4,663,281 are to be compensated upon the conclusion of this action.

　　　I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: May 5, 2005                                    /s/ Daniel Witt
                                                      Daniel Witt