

**KENYON & KENYON**
Intellectual Property Law

Anthony Giaccio
Direct 212.908.6419
agiaccio@kenyon.com

One Broadway
New York, NY 10004-1007
212.425.7200
Fax 212.425.5288

May 9, 2005

Honorable Richard G. Stearns
United States District Court Judge
United States District Court for the District of Massachusetts
One Courthouse Way, Suite 7-130
Boston, MA 02210

Re: Massachusetts Institute of Technology and Repligen Corporation v.
    ImClone Systems, Inc., Civ. Action No. 04-10884 (RGS)

Dear Judge Stearns:

On May 3, 2005, Defendant ImClone Systems, Inc. ("ImClone") filed Defendant's Opposition to Plaintiffs' Third Motion to Compel Discovery. ImClone asked the Court to deny Plaintiffs' Third Motion to Compel in its entirety based, in part, on ImClone's belief that Plaintiffs failed to comply with the conference requirements of Local Rules 7.1(a)(2) and 37.1(b). Accordingly, ImClone requested its reasonable attorneys' fees in opposing that motion.

After the Opposition was filed, Plaintiffs' counsel notified us that they did not receive our facsimile transmission of our letter attached as an Exhibit to that paper, namely an April 1, 2005 letter from Anthony Giaccio to Chad Hanson (which was attached to the Opposition as Exhibit B). After looking into this question, we have determined that Plaintiffs' counsel is correct. Our facsimile cover sheet for the April 1 letter shows that while the transmission was successful to Mark Batten, local counsel for ImClone in Boston, it did not reach Mr. Hanson of Plaintiffs. We have attached to this letter a copy of the cover sheets for the April 1 letter. Unfortunately, this inadvertent clerical error did not come to our attention until after we filed our Opposition paper.

We apologize to the Court and opposing counsel for this clerical error. Since ImClone's request for attorneys' fees was partially based on what we perceived as a failure by Plaintiffs' counsel to confer with us after getting our April 1 letter (which we now know they did not receive), we hereby respectfully withdraw ImClone's request for those attorneys fees. However, we continue to stand firmly behind the substance of our Opposition paper and maintain the privilege of each document challenged by Plaintiffs in their motion.

Respectfully submitted,

Anthony Giaccio

Attachments
cc: Counsel for Plaintiffs

```
*************** -COMM. JOURNAL- ******************* DATE APR-01-2005 ****** TIME 17:38 **********

    MODE = MEMORY TRANSMISSION          START=APR-01 17:26    END=APR-01 17:38
    FILE NO.=265
STN   COMM.   ONE-TOUCH/   STATION NAME/EMAIL ADDRESS/TELEPHONE NO.   PAGES    DURATION
NO.           ABBR NO.
001    634       ≡         2845#11245#97#16122889696                  000/009  00:00:00

                                                   -KENYON & KENYON               -
*********************************** -KENYON & KENYON - ******  -         - ***********
```



**KENYON & KENYON**
Intellectual Property Law

One Broadway
New York, NY 10004-1050
212.425.7200
Fax 212.425.5288

### Fax Transmission

From: **Anthony Giaccio**      Date: April 1, 2005

Direct Dial: 212.908.6419      Fax: 212.425.5288

Client/Matter: 11245.97        Total number of pages: 9
                               (including cover)

*Please deliver to:*

| Name | Company | Fax | Phone |
|---|---|---|---|
| Michael J. Kane | Fish & Richardson | 612-288-9696 | 612-335-5070 |
| Mark W. Batten | Proskauer Rose | 617-956-9899 | 617-956-9600 |

Comments:

[X] Original will not follow  [ ] Original will follow by  [ ] Regular Mail  [ ] Overnight Delivery  [ ] Hand Delivery

The information contained in this facsimile transmission, including any attachments, is subject to the attorney-client privilege, the attorney work product privilege or is confidential information intended only for the use of the named recipient. If the reader of this Notice is not the intended recipient or the employee or agent responsible for delivering this transmission to the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this transmission in error, please notify us immediately by telephone, so that we may arrange for its return or destruction at our cost. Thank you.

```
************ -COMM. JOURNAL- ******************  DATE APR-01-2005 ******  TIME 17:33 *********

        MODE = MEMORY TRANSMISSION            START=APR-01 17:28    END=APR-01 17:33

        FILE NO.=266

   STN    COMM.   ONE-TOUCH/    STATION NAME/EMAIL ADDRESS/TELEPHONE NO.    PAGES    DURATION
   NO.            ABBR NO.

   001    OK      *             2845#11245#97#16179569899                   009/009  00:04:03

                                                               -KENYON & KENYON

*************************************************  -KENYON & KENYON - *****  -            - **********
```



**KENYON & KENYON**
Intellectual Property Law

One Broadway
New York, NY 10004-1050
212.425.7200
Fax 212.425.5288

## Fax Transmission

| From: | Anthony Giaccio | Date | April 1, 2005 |
|---|---|---|---|
| Direct Dial: | 212.908.6419 | Fax: | 212.425.5288 |
| Client/Matter: | 11245.97 | Total number of pages: (including cover) | 9 |

*Please deliver to:*

| Name | Company | Fax | Phone |
|---|---|---|---|
| Michael J. Kane | Fish & Richardson | 612-288-9696 | 612-335-5070 |
| Mark W. Batten | Proskauer Rose | 617-956-9899 | 617-956-9600 |

Comments:

[X] Original will not follow   [ ] Original will follow by   [ ] Regular Mail   [ ] Overnight Delivery   [ ] Hand Delivery

The information contained in this facsimile transmission, including any attachments, is subject to the attorney-client privilege, the attorney work product privilege or is confidential information intended only for the use of the named recipient. If the reader of this Notice is not the intended recipient or the employee or agent responsible for delivering this transmission to the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this transmission in error, please notify us immediately by telephone, so that we may arrange for its return or destruction at our cost. Thank you.