

**Intellectual Property Law**

Anthony Giaccio
Direct 212.908.6419
agiaccio@kenyon.com

One Broadway
New York, NY 10004-1007
212.425.7200
Fax 212.425.5288

May 9, 2005 (Second Letter)

Honorable Richard G. Stearns
United States District Court Judge
United States District Court for the District of Massachusetts
One Courthouse Way, Suite 7-130
Boston, MA 02210

Re: Massachusetts Institute of Technology and Repligen Corporation v.
ImClone Systems, Inc., Civ. Action No. 04-10884 (RGS)

Dear Judge Stearns:

After we filed our letter of earlier today, Plaintiffs' counsel notified us that they informed us by e-mail on April 26th that they had not received our letter of April 1, 2005, which was before our Opposition paper that was filed on May 3rd. In their e-mail of April 26th, Plaintiffs stated that they had not received the April 1st letter, and we provided Plaintiffs with a copy of that letter for the first time on April 26th. We inadvertently overlooked that April 26th e-mail from Plaintiffs' counsel, both before filing our Opposition paper and before filing our letter to the Court of earlier today.

We apologize again to the Court and opposing counsel for the clerical error and oversight.

Respectfully submitted,

Anthony Giaccio

cc:   Counsel for Plaintiffs