UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS INSTITUTE OF TECHNOLOGY and REPLIGEN CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>IMCLONE SYSTEMS, INC.,<br><br>Defendant. | Civil Action No. 04-10884-RGS |

## PLAINTIFFS' ASSENTED-TO MOTION TO IMPOUND

Plaintiffs Massachusetts Institute of Technology and Repligen Corporation ("Plaintiffs") hereby move to file the following documents under seal:

1. Memorandum of Reasons in support of Plaintiffs' Motion for Leave to Take the Deposition of Prisoner Samuel Waksal; and

2. Declaration of William R. Woodford in Support of Plaintiffs' Motion for Leave to Take the Deposition of Prisoner Samuel Waksal.

Plaintiffs request permission to file this under seal because it contains information designated by ImClone as "Confidential" and/or "Restricted Confidential" under that Stipulated Protective Order. In accordance with Local Rule 7.2, Plaintiffs propose that this material should be impounded until the final resolution of this litigation between the parties, at which time it will be retrieved by Plaintiffs. Plaintiffs respectfully request that the Court grant Plaintiffs' motion to file the above-described documents under seal.

## LR 7.1(a)(2) CERTIFICATION

Undersigned counsel certifies that, before filing this Motion, counsel for the parties have conferred via telephone conferences and e-mail regarding the subject of this Motion. As a result of that conference, counsel for ImClone has advised that ImClone assents to this Motion.

Dated: May 17, 2005

_____
William R. Woodford (*pro hac vice*)
3300 Dain Rauscher Plaza
60 South Sixth Street
Minneapolis, MN 55402
Telephone: (612) 335-5070
Facsimile: (612) 288-9696

*Of Counsel*:

| | | |
|---|---|---|
| Gregory A. Madera | Jonathan E. Singer | Juanita Brooks |
| FISH & RICHARDSON P.C. | Michael J. Kane | FISH & RICHARDSON P.C. |
| 225 Franklin Street | Chad A. Hanson | 12390 El Camino Real |
| Boston, MA 02110-2804 | FISH & RICHARDSON P.C., P.A. | San Diego, CA 92130 |
| Telephone: (617) 542-5070 | 3300 Dain Rauscher Plaza | Telephone: (858) 678-5070 |
| Facsimile: (617) 542-8906 | 60 South Sixth Street | |
| | Minneapolis, Minnesota 55402 | |
| | Telephone: (612) 335-5070 | |
| | Facsimile: (612) 288-9696 | |

*Attorneys for Plaintiffs*
*Massachusetts Institute of Technology &*
*Repligen Corporation*


### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail/hand on May 17, 2005.
FedEx

_____
Karen A. Corgnal

60294576.doc