UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS INSTITUTE OF TECHNOLOGY and REPLIGEN CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>IMCLONE SYSTEMS, INC.,<br><br>Defendant. | Civil Action No. 04-10884-RGS |

**PLAINTIFFS' COMBINED NOTICE OF MOTION AND MOTION FOR LEAVE TO TAKE THE DEPOSITION OF PRISONER SAMUEL WAKSAL**

**PLEASE TAKE NOTICE** that for the reasons detailed in the accompanying Memorandum of Reasons In Support of Plaintiffs' Motion for Leave to Take the Deposition of Prisoner Samuel Waksal and Declaration of William R. Woodford filed herewith in support of Plaintiffs' Motion, Plaintiffs Massachusetts Institute of Technology and Repligen Corporation move the Court for an Order allowing Plaintiffs to conduct a deposition upon oral examination of Samuel Waksal at the Otisville Federal Correctional Institution in Otisville, New York at a time deemed suitable by the Court and the relevant prison authorities.

## REQUEST FOR ORAL ARGUMENT

Plaintiffs Massachusetts Institute of Technology and Repligen Corporation hereby request oral argument on Plaintiffs' Motion for Leave to Take the Deposition of Prisoner Samuel Waksal.

## LR 7.1(a)(2) CERTIFICATION

Pursuant to LR 7.1(a)(2), Plaintiffs certify that the parties have made a good faith effort through telephonic conferences and written correspondence, as detailed in the accompanying Memorandum, to resolve and narrow the dispute presented in this motion and have been unable to resolve the matters set forth herein.

Dated: May 17, 2005

FISH & RICHARDSON P.C., P.A.

William R. Woodford (*pro hac vice*)
3300 Dain Rauscher Plaza
60 South Sixth Street
Minneapolis, MN 55402
Telephone: (612) 335-5070
Facsimile: (612) 288-9696

*Of Counsel*:

| | | |
|---|---|---|
| Gregory A. Madera | Jonathan E. Singer | Juanita Brooks |
| FISH & RICHARDSON P.C. | Michael J. Kane | FISH & RICHARDSON P.C. |
| 225 Franklin Street | Chad A. Hanson | 12390 El Camino Real |
| Boston, MA 02110-2804 | FISH & RICHARDSON P.C., P.A. | San Diego, CA 92130 |
| Telephone: (617) 542-5070 | 3300 Dain Rauscher Plaza | Telephone: (858) 678-5070 |
| Facsimile: (617) 542-8906 | 60 South Sixth Street | |
| | Minneapolis, Minnesota 55402 | |
| | Telephone: (612) 335-5070 | |
| | Facsimile: (612) 288-9696 | |

*Attorneys for Plaintiffs*
*Massachusetts Institute of Technology &*
*Repligen Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by ~~mail~~/hand on May 17, 2005.

FedEx

Karen A. Carzaval

60294424.doc

2