UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MASSACHUSETTS INSTITUTE OF
TECHNOLOGY and REPLIGEN
CORPORATION,

        Plaintiffs,

v.

IMCLONE SYSTEMS, INC.,

        Defendant.

Civil Action No. 04-10884-RGS

## STIPULATION AND [PROPOSED] ORDER AMENDING COURT'S DISCOVERY ORDER OF AUGUST 10, 2004

The parties hereby stipulate, agree and request that the Court enter an order modifying the dates set forth in this Court's August 10, 2004 Discovery Order as follows. None of the proposed modifications affect either the dispositive motion date or the trial date.

1. The parties will be allowed to serve additional interrogatories up the 25-interrogatory limit through May 31, 2005;

2. The parties will be allowed to serve 25 requests for admission per side through May 31, 2005;

3. The parties will not be allowed to serve additional document requests. Plaintiffs will provide a substantive response to ImClone's Third Set of Document Requests.

4. The parties will be allowed to notice and take additional fact depositions through July 31, 2005, and Plaintiffs will not object if the deposition of Dr. Tonegawa takes place after that date;

5.  The deadline for submission of expert reports on which the parties bear the burden of proof is September 7, 2005; provided Dr. Tonegawa is produced for deposition no later than August 9, 2005,

6.  The deadline for submission of rebuttal expert reports is October 3, 2005; and

7.  All of the remaining deadlines set forth in the August 10, 2004 Discovery Order will remain in place.

Dated: May 26, 2005

**PROSKAUER ROSE LLP**

_____
Mark W. Batten (BBO #566211)
Jeremy P. Oczek (BBO #647509)
One International Place
Boston, MA 02110-2600
Telephone: (617) 956-9600
Facsimile: (617) 956-9899

**KENYON & KENYON**
Paul M. Richter, Jr.
Richard L. DeLucia
George E. Badenoch
Michael D. Loughnane
Anthony Giaccio
One Broadway
New York, NY 10004
Telephone: (212) 425-7200
Facsimile: (212) 425-5288

Attorneys for Defendant
ImClone Systems, Inc.

Dated: May 26, 2005

**FISH & RICHARDSON P.C., P.A.**

_____
Jonathan E. Singer
Michael J. Kane
Chad A. Hanson
60 South Sixth Street, Suite 3300
Minneapolis, MN 55402
Telephone: (612) 335-5070
Facsimile: (612) 288-9696

Gregory A. Madera (BBO #313020)
225 Franklin Street
Boston, MA 02110-2804
Telephone: (617) 542-5070
Facsimile: (617) 542-8906

Juanita Brooks
12390 El Camino Real
San Diego, CA 92130
Telephone: (858) 678-5070
Facsimile: (858) 678-5099

Attorneys for Plaintiffs
Massachusetts Institute of Technology
and Repligen Corporation

**SO ORDERED:**

Dated: _____, 2005

_____
Richard G. Stearns
United States District Judge