UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS INSTITUTE OF TECHNOLOGY and REPLIGEN CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>IMCLONE SYSTEMS INC.,<br><br>Defendant. | Civil Action No. 04 10884 RGS |

**ASSENTED-TO MOTION FOR EXTENSION OF TIME
FOR DEFENDANT TO RESPOND TO PLAINTIFFS' MOTION FOR
LEAVE TO TAKE THE DEPOSITION OF PRISONER SAMUEL WAKSAL**

Defendant ImClone Systems, Inc. ("ImClone") hereby files this assented-to motion for a three (3) day extension of time by which ImClone is to respond to Plaintiffs' Motion For Leave To Take The Deposition Of Prisoner Samuel Waksal (D.I. 46). With the granting of this motion, ImClone's response will be due by June 3, 2005.

Counsel for Plaintiffs have assented to this extension of time.

Pursuant to Fed. R. Civ. P. 6(b), this Court may, in its discretion, enlarge time periods prescribed by the rules. This motion for extension of time is not interposed for purposes of delay, and no prejudice will result from granting this motion.

WHEREFORE, ImClone respectfully requests that the Court allow it a three (3) day extension of time, until June 3, 2005, by which ImClone may respond to the above-referenced motion.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | IMCLONE SYSTEMS INC. |
|  | By its Attorneys, |
| Dated: May 31, 2005 | /s/ Jeremy P. Oczek<br>Mark W. Batten (BBO #566211)<br>Jeremy P. Oczek (BBO #647509)<br>PROSKAUER ROSE LLP<br>One International Place<br>Boston, MA  02110-2600<br>Tel: (617) 526-9600<br>Fax: (617) 526-9899 |
|  | Richard L. DeLucia<br>George E. Badenoch<br>Michael D. Loughnane<br>Paul M. Richter, Jr.<br>Anthony Giaccio<br>KENYON & KENYON<br>One Broadway<br>New York, NY  10004-1050<br>Tel: (212) 425-7200<br>Fax: (212) 425-5288 |

**Certificate Of Service**

I hereby certify that on May 31, 2005, a true and correct copy of the foregoing document was served on counsel for Plaintiffs by use of the Court's ECF system.

/s/ Jeremy P. Oczek
Jeremy P. Oczek