## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS INSTITUTE OF TECHNOLOGY and REPLIGEN CORPORATION,<br><br>                      Plaintiffs,<br><br>      v.<br><br>IMCLONE SYSTEMS INC.,<br><br>                      Defendant. | Civil Action No. 04 10884 RGS |

### DEFENDANT'S MOTION FOR LEAVE TO FILE ITS SECOND AMENDED ANSWER

Defendant ImClone Systems Inc. ("ImClone") hereby moves this Court pursuant to Fed. R. Civ. P. 15(a) to grant leave for ImClone to file its Second Amended Answer. ImClone seeks to add an affirmative defense and counterclaim alleging that the patent-in-suit is unenforceable due to inequitable conduct which occurred during its prosecution in the U.S. Patent Office.

In support of this motion, ImClone is filing herewith its Memorandum of Law in Support of Its Motion for Leave to File Its Second Amended Answer.[1] ImClone's proposed Second Amended Answer is attached to its Memorandum of Law as Exhibit A.

WHEREFORE, ImClone moves this Court for an Order:

(1)    Allowing ImClone leave to file its Second Amended Answer; and

(2)    Providing such further and other relief as this Court deems just and proper.

---

[1] ImClone is filing its Memorandum of Law under seal because it contains information designated by Plaintiffs as confidential under the Stipulated Protective Order entered in this case.

### Certification Pursuant to Local Rule 7.1(A)(2)

As set forth in Defendant's Memorandum of Law in Support of Its Motion for Leave to File Its Second Amended Answer, counsel for ImClone conferred with counsel for Plaintiffs and attempted in good faith to resolve or narrow the issues presented by the present motion, but were unable to do so.

Dated:  June 1, 2005                              Respectfully submitted,

IMCLONE SYSTEMS, INC.

By its Attorneys,

_____
Mark W. Batten (BBO #566211)
Jeremy P. Oczek (BBO #647509)
PROSKAUER ROSE LLP
One International Place
Boston, MA  02110-2600
Tel: (617) 526-9600
Fax: (617) 526-9899

Richard L. DeLucia
George E. Badenoch
Michael D. Loughnane
Paul M. Richter, Jr.
Anthony Giaccio
KENYON & KENYON
One Broadway
New York, NY  10004-1050
Tel: (212) 425-7200
Fax: (212) 425-5288

### Certificate Of Service

I hereby certify that on June 1, 2005, a true and correct copy of the foregoing document was served on counsel for Plaintiffs by use of the Court's ECF system.

_____
Jeremy P. Oczek