**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| MASSACHUSETTS INSTITUTE OF TECHNOLOGY and REPLIGEN CORPORATION,<br><br>    Plaintiffs,<br><br>  v.<br><br>IMCLONE SYSTEMS INC.,<br><br>    Defendant. | Civil Action No. 04 10884 RGS |

**[PROPOSED] ORDER**

  Having considered the briefing from both sides regarding Defendant's Motion for Leave to File its Second Amended Answer, and good cause appearing, it is hereby ordered by the Court that Defendant's Motion is GRANTED.

SO ORDERED:
DATED:                   U.S.D.J.