**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| MASSACHUSETTS INSTITUTE OF TECHNOLOGY and REPLIGEN CORPORATION,<br><br>                           Plaintiffs,<br><br>      v.<br><br>IMCLONE SYSTEMS INC.,<br><br>                           Defendant. | Civil Action No. 04 10884 RGS |

**ASSENTED-TO MOTION TO FILE UNDER SEAL**
**DEFENDANT'S MEMORANDUM OF LAW IN SUPPORT OF**
**ITS MOTION FOR LEAVE TO FILE ITS SECOND AMENDED ANSWER**

Pursuant to Local Rule 7.2, Defendant ImClone Systems, Inc. ("ImClone") hereby moves, with the assent of Plaintiffs, to file the following documents under seal:

- **Defendant's Memorandum of Law in Support of Its Motion for Leave to File Its Second Amended Answer, with Exhibits A-J.**

ImClone respectfully requests permission to file these documents under seal because they contain information that has been designated by the Plaintiffs as confidential under the Stipulated Protective Order entered in this case. In accordance with the Local Rules, ImClone respectfully requests that these documents should be impounded until the final resolution of this litigation between the parties, at which time they will be retrieved by ImClone.

WHEREFORE, it is respectfully requested that the Court grant this assented-to motion to file the above-described documents under seal.

### Certification Pursuant to Local Rule 7.1(A)(2)

      Undersigned counsel certifies that, before filing this motion, counsel for the parties have conferred regarding the subject of this motion, and counsel for Plaintiffs notified counsel for ImClone that they would assent to this motion.

Dated:  June 1, 2005                                  Respectfully submitted,

                                                IMCLONE SYSTEMS, INC.

                                                By its Attorneys,

_____
Mark W. Batten (BBO #566211)
Jeremy P. Oczek (BBO #647509)
PROSKAUER ROSE LLP
One International Place
Boston, MA  02110-2600
Tel: (617) 526-9600
Fax: (617) 526-9899

Richard L. DeLucia
George E. Badenoch
Michael D. Loughnane
Paul M. Richter, Jr.
Anthony Giaccio
KENYON & KENYON
One Broadway
New York, NY  10004-1050
Tel: (212) 425-7200
Fax: (212) 425-5288

### Certificate Of Service

      I hereby certify that on June 1, 2005, a true and correct copy of the foregoing document was served on counsel for Plaintiffs by use of the Court's ECF system.

_____
Jeremy P. Oczek