# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS INSTITUTE OF TECHNOLOGY and REPLIGEN CORPORATION,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>IMCLONE SYSTEMS, INC.,<br><br>　　　　　Defendant. | Civil Action No. 04-10884-RGS |

### ASSENTED-TO MOTION FOR AN EXTENSION OF TIME FOR PLAINTIFFS TO RESPOND TO DEFENDANT'S MOTION FOR LEAVE TO FILE ITS SECOND AMENDED ANSWER

Plaintiffs Massachusetts Institute of Technology and Repligen Corporation hereby move, with the assent of Defendant ImClone Systems, Inc., to extend the deadline for Plaintiffs to respond to ImClone's Motion for Leave to File its Second Amended Answer (Docket #52) until June 22, 2005. Plaintiffs' response is presently due June 15, 2005.

Pursuant to Fed. R. Civ. P. 6(b), this Court may, in its discretion, enlarge time periods prescribed by the rules. This motion for extension of time is not interposed for purposes of delay, and no prejudice will result from granting this motion.

WHEREFORE, Plaintiffs respectfully request that the Court grant this assented-to motion for extension of time, until June 22, 2005, by which Plaintiffs may respond to the above-referenced motion.

Dated: June 13, 2005                                   FISH & RICHARDSON P.C., P.A.

/s/ William R. Woodford
William R. Woodford (*pro hac vice*)
3300 Dain Rauscher Plaza
60 South Sixth Street
Minneapolis, MN 55402
Telephone: (612) 335-5070
Facsimile: (612) 288-9696

*Of Counsel*:

| | | |
|---|---|---|
| Gregory A. Madera | Jonathan E. Singer | Juanita Brooks |
| FISH & RICHARDSON P.C. | Michael J. Kane | FISH & RICHARDSON P.C. |
| 225 Franklin Street | John C. Adkisson | 12390 El Camino Real |
| Boston, MA 02110-2804 | Chad A. Hanson | San Diego, CA 92130 |
| Telephone: (617) 542-5070 | FISH & RICHARDSON P.C., P.A. | Telephone: (858) 678-5070 |
| Facsimile: (617) 542-8906 | 3300 Dain Rauscher Plaza | |
| | 60 South Sixth Street | |
| | Minneapolis, Minnesota 55402 | |
| | Telephone: (612) 335-5070 | |
| | Facsimile: (612) 288-9696 | |

*Attorneys for Plaintiffs*
*Massachusetts Institute of Technology &*
*Repligen Corporation*

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorneys of record for Defendant on June 13, 2005 by use of the Court's ECF System.

/s/ William R. Woodford

60299918.doc