## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

MASSACHUSETTS INSTITUTE OF
TECHNOLOGY and REPLIGEN
CORPORATION,

        Plaintiffs,

    v.

IMCLONE SYSTEMS, INC.,

        Defendant.

Civil Action No. 04-10884-RGS

### DECLARATION OF MICHAEL J. KANE IN SUPPORT OF
### PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION FOR LEAVE
### TO FILE ITS SECOND AMENDED ANSWER

I, Michael J. Kane, declare and state as follows:

1.     I am an attorney in the law firm of Fish & Richardson P.C., P.A. and I am counsel for Plaintiffs Massachusetts Institute of Technology and Repligen Corporation.

2.     Attached hereto as **Exhibit A** is a true and correct copy of United States Patent 4,663,281 issued to Stephen D. Gillies and Susumu Tonegawa.

3.     Attached hereto as **Exhibit B** is a true and correct copy of a publication titled "A Tissue-Specific Transcription Enhancer Is Located in the Major Intron of a Rearranged Immunoglobulin Heavy Chain Gene" authored by Stephen D. Gillies, Sherie L. Morrison, Vernon T. Oi, and Susumu Tonegawa published in *Cell*, Volume 33 Number 3, July 1993.

4.     Attached hereto as **Exhibit C** is a true and correct copy of excerpts from the prosecution history of United States Patent 4,663,281.

5.     Attached hereto as **Exhibit D** is a true and correct copy of excerpts from the Fifth Edition of the Manual of Patent Examining Procedure (MPEP) dated August 1983.

6.      Attached hereto as **Exhibit E** is a true and correct copy of excerpts from ImClone Systems, Inc.'s Second Supplemental Objections and Responses to Plaintiffs' First Set of Interrogatories dated March 16, 2005.

7.      Shortly after ImClone's informal request for a deposition date, counsel for Plaintiffs MIT and Repligen immediately attempted to contact Dr. Tonegawa about his availability for a deposition.  However, because Dr. Tonegawa was traveling outside of the country during the month of March, we were unable to reach him.

8.      In early April, shortly after he returned from his travels, we finally contacted Dr. Tonegawa about his availability for a deposition.  During the last week of April, Dr. Tonegawa informed me through his personal lawyer that he was heavily involved in grant proposals for the National Institute of Health, which his laboratory relies on heavily to fund its research.  Dr. Tonegawa's attorney indicated that the grant writing process would not be complete until the end of June and that Dr. Tonegawa had scheduled travel for most of July.  Consequently, I was told the earliest available dates for Dr. Tonegawa's deposition were in late July or early August.  I passed this information along to defense counsel after I received it.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


Dated:  June 22, 2005                    /s/ Michael J. Kane
                                         Michael J. Kane
                                         FISH & RICHARDSON P.C., P.A.
                                         3300 Dain Rauscher Plaza
                                         60 South Sixth Street
                                         Minneapolis, MN 55402


60300993.doc