# EXHIBIT C



**UNITED STATES DEPARTMENT OF COMMERCE**
**Patent and Trademark Office**
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| SERIAL NUMBER | FILING DATE | FIRST NAMED APPLICANT | ATTORNEY DOCKET NO. |
|---|---|---|---|
| 06/592,231 | 03/22/84 | GILLIES                          S | DBH-466 |

LAHIVE AND COCKFIELD
60 STATE STREET
BOSTON, MA 02109

MAYS, T

| EXAMINER |
|---|
| ART UNIT | PAPER NUMBER |
| 127 | 3 |

DATE MAILED: 01/22/85

This is a communication from the examiner in charge of your application.

COMMISSIONER OF PATENTS AND TRADEMARKS

[X] This application has been examined    [ ] Responsive to communication filed on _____    [ ] This action is made final.

A shortened statutory period for response to this action is set to expire _3_ month(s), _____ days from the date of this letter.
Failure to respond within the period for response will cause the application to become abandoned.    35 U.S.C. 133

**Part I    THE FOLLOWING ATTACHMENT(S) ARE PART OF THIS ACTION:**

1. [X] Notice of References Cited by Examiner, PTO-892.    2. [ ] Notice re Patent Drawing, PTO-948.
3. [X] Notice of Art Cited by Applicant, PTO-1449.    4. [ ] Notice of Informal Patent Application, Form PTO-152.
5. [X] Information on How to Effect Drawing Changes, PTO-1474.    6. [ ] _____

**Part II    SUMMARY OF ACTION**

1. [X] Claims _1-28_ are pending in the application.

   Of the above, claims _26_ are withdrawn from consideration.

2. [ ] Claims _____ have been cancelled.

3. [ ] Claims _____ are allowed.

4. [X] Claims _1-25, 27 + 28_ are rejected.

5. [ ] Claims _____ are objected to.

6. [ ] Claims _____ are subject to restriction or election requirement.

7. [ ] This application has been filed with informal drawings which are acceptable for examination purposes until such time as allowable subject matter is indicated.

8. [ ] Allowable subject matter having been indicated, formal drawings are required in response to this Office action.

9. [ ] The corrected or substitute drawings have been received on _____. These drawings are [ ] acceptable; [ ] not acceptable (see explanation).

10. [ ] The [ ] proposed drawing correction and/or the [ ] proposed additional or substitute sheet(s) of drawings, filed on _____ has (have) been [ ] approved by the examiner. [ ] disapproved by the examiner (see explanation).

11. [ ] The proposed drawing correction, filed _____, has been [ ] approved. [ ] disapproved (see explanation). However, the Patent and Trademark Office no longer makes drawing changes. It is now applicant's responsibility to ensure that the drawings are corrected. Corrections MUST be effected in accordance with the instructions set forth on the attached letter "INFORMATION ON HOW TO EFFECT DRAWING CHANGES", PTO-1474.

12. [ ] Acknowledgment is made of the claim for priority under 35 U.S.C. 119. The certified copy has [ ] been received [ ] not been received [ ] been filed in parent application, serial no. _____; filed on _____

13. [ ] Since this application appears to be in condition for allowance except for formal matters, prosecution as to the merits is closed in accordance with the practice under Ex parte Quayle, 1935 C.D. 11; 453 O.G. 213.

14. [ ] Other

PTOL-326 (Rev. 7 - 82)    EXAMINER'S ACTION

MIT000073

Serial No.   592231                          -2-

Art Unit    127


    Restriction to one of the following inventions is

required under 35 U.S.C. 121:

    I.  Claims 1-25, 27 and 28, drawn to a process for

the production of a proteinaceous material by the trans-

formation of a eucaryotic cell with a recombinant DNA

cloning vector that includes enhancer elements and the

vector therefore, classified in Class 435, subclasses

68, 240 and 317.

    II.  Claim 26, drawn to protenaceous material,

classified in Class 260, subclass 112R.

    The inventions are distinct, each from the other,

because of the following reasons:

    Inventions of Group I and of Group II are related

as process of making and product made.

    The inventions are distinct if either (1) the pro-
cess as claimed can be used to make another and
materially different product, or (2) the product as
claimed can be made by another and materially different
process.   MPEP 806.05(f).

    In this case, the product as claimed can be made by

a materially different process such as a fractionation

and extraction from the original source.

    Because these inventions are distinct for the

reasons given above and have acquired a separate status

in the art as shown by their different classification

and the search required for Group I is not required for

Group II restriction for examination purposes as indi-

cated is proper.

MIT000074

Serial No.   592231                           -3-

Art Unit     127

During a telephone conversation with Mr. David J.
Powsner, 31868 on 10-25-85 a provisional election was
made with traverse to prosecute the invention of Group
I, claims 1-25, 27 and 28.  Affirmation of this election
must be made by applicant in responding to this Office
action.  Claim 26 stands withdrawn from further con-
sideration by the examiner as being drawn to a none-
lected invention.  See 37 CFR 1.142(b).

Applicant is reminded that upon the cancellation of
claims to a non-elected invention, the inventorship must
be amended in compliance with 37 CFR 1.48(b) if one or
more of the currently named inventors is no longer an
inventor of at least one claim remaining in the applica-
tion.  Any amendment of inventorship must be accompanied
by a diligently-filed petition under 37 CFR 1.48(b) and
by the fee required under 37 CFR 1.17(h).

The disclosure is objected to because of the
following informalities:

The discription on page 11 of figure 8 is unclear.
Does applicant mean that cells transfected with plasmid
ppL$\gamma$ 2b-tk (line 2) and cells transfected wtih plasmid
ppL$\gamma$ 2b X$2/_{X3}$ tk (lane 3) are mouse Ltk cells as stated
on page 26?

Explanation and appropriate correction of the
disclosure is required.

Serial No.   592231                          -4-

Art Unit    127

        Claims 1-25, 27 and 28 are rejected under 35 U.S.C.

112, first paragraph, as the disclosure is enabling only

for claims limited to information or data for the

enhancer element mapped between the VDJ and C$\gamma$2b exons

in mouse DNA and disclosed on pages 18 through 29 of the

specification.  The lack of homology and applicants' own

admission of tissue spejcificity would (e.g. page 13 and

Example III) not enable the isolation and cloning of any

other enhancer elements.  See MPEP 706.03(n) and

706.03(z).

        Claim 6 is rejected under 35 U.S.C. 112, first

paragraph, as the disclosure is enabling only for claims

limited to the creation and use of the Vectors

exemplified.  In view of the delicate and unpredictable

nature of the biochemical and genetic actions involved and

applicant's failure to exemplify integration of the

cloning vectors into the host chromosome, there is no

enablement for the claimed procedure.  See MPEP

706.03(n) and 706.03(z).

        Claim 1 is rejected under 35 U.S.C. 112, second

paragraph, as being indefinite for failing to par-

ticularly point out and distinctly claim the subject

matter which applicant regards as the invention.  The

comma after "competent" appears to be misplaced.

        The following is a quotation of the appropriate
paragraphs of 35 U.S.C. 102 that form the basis for the
rejections under this section made in this Office
action:

Serial No.   592231                          -5-

Art Unit    127

A person shall be entitled to a patent unless-

(a) the invention was known or used by others in
this country, or patented or described in a printed
publication in this or a foreign country, before
the invention thereof by the applicant for patent.

Claims 1-5, 7-9, 11-17, 19-21, 23-25, 27 and 28 are
rejected under 35 U.S.C. 102 a as being anticipated by
deVilliers et al who teach the use of a transfection process
with a recombinant DNA cloning vector containing
enhancer DNA sequences from polyama virus for the pro-
duction of a protein (hemoglobin β-1) in a eucaryotic
cell (see pp. 6252-6254.)  With regard to claims 5 and
23 it is considered that the transfomed cell is
inherently stable absent evidence to the contrary.  With
regard to claims 9, 19 and 24, it is pointed out that
deVilliers et al present a DNA sequence containing a
TATA region which is a portion of the instant sequence
(bp 746-749) of figure 10.

Claims 1,3-5, 7-9, 11, 12, 14-16, 19, 20, 23-25, 27
and 28 are rejected under 35 U.S.C. 102 a as being anti-
cipated by Laimins et al who teach the use of a trans-
fection process with a recombinant DNA cloning vector
containing enhancer DNA sequences from murine sarcoma
virus for the production of T antigen as well as
chloramphenicol acetyl transferase protein in a
eucaryotic cell (see pp.  6453-6456.)  With regard to
claims 5 and 23, it is considered that the transformed

MIT000077

Serial No.   592231                              -6-

Art Unit     127


cell is inherently stable absent evidence to the
contrary.  With regard to claims 9, 19, and 24, it is
pointed out that Laimins et al present a DNA sequence
containing a TATA region which is a portion of the
instant sequence (bp 746-749) of figure 10.

Claims 1, 2, 3-5, 7-9, 11, 12, 14, 15, 19, 20,
23-25, 27 and 28 are rejected under 35 U.S.C. 102 a as
being anticipated by Levinson et al who teach the use of
a transfection process using enhancer DNA sequences from
SV40 virus to produce hepatitis B antigen in a
eucaryotic cell (see pp 7-9).  With regard to claims 5
and 23, it is considered that the transformed cell is
inherently stable.  With regard to claims 9, 19 and 24,
it is pointed out that Levinson et al present a DNA
sequence containing a TATA region which is a portion of
the instant sequence (bp 746-749) of figure 10.

Claims 1-5, 7-25, 27 and 28 are rejected under 35
U.S.C. 102 e as being anticipated by Vande Woude et al
who teach the use of a transformation process using
enhancer sequences of the LTR sequence from murine sar-
coma virus for the production of "any gene" in a
eucaryotic cell (See column 7, line 20 to column 11,
line 64.)  With regard to claims 5 and 23, it is con-
sidered that the transformed cell is inherently stable.
With regard to claims 9, 19 and 24 it is pointed out
that Vande Woude et al present a DNA sequence containing

MIT000078

Serial No.   592231                            -7-

Art Unit    127

a TATA region (inherent in the LTR sequence) which is a

portion of the instant seqences (bp 746-749) of figure

10.

   The following is a quotation of 35 U.S.C. 103 which
forms the basis for all obviousness rejections set forth
in this Office action:

   A patent may not be obtained though the invention
   is not identically disclosed or described as set
   forth in section 102 of this title, if the dif-
   ferences between the subject matter sought to be
   patented and the prior art are such that the sub-
   ject matter as a whole would have been obvious at
   the time the invention was made to a person having
   ordinary skill in the art to which said subject
   matter pertains.  Patentability shall not be nega-
   tived by the manner in which the invention was
   made.

   Subject matter developed by another person, which
   qualifies as prior art only under subsection (f)
   and (g) of section 102 of this title, shall not
   preclude patentability under this section where the
   subject matter and the claimed invention were, at
   the time the invention was made, owned by the same
   person or subject to an obligation of assignment to
   the same person.

   Claim 6 is rejected under 35 U.S.C. 103 as being

unpatentable over either deVilliers et al or Vande Woude

et al taken in view of Krueger et al or Bentvelzen.

Each of deVilliers and Vande Woude teaches the claimed

process but does not teach the intergration of the recom-

binant DNA into the host chromosomal DNA of the cell

line.  The use of bacteriophage mu as a recombinant DNA

cloning vector which integrates into the host chromosome

is well known in the art (Krueger et al.). Also the

ability of animal tumor viruses (e.g. SV40) to

MIT000079

Serial No.   592231                    -8-

Art Unit     127


integrate into the host chromosome is well known in the

art (Bentvelzen.)  It would be obvious to use the mu or

SV40 vector of the secondary references to cause the

integration of genes of primary references into the

host chromosome.

    Applicant has failed to explain the relevance of

the prior art submitted under the terms of MPEP 609.

Accordingly, the lined through references have not been

considered.

    Any inquiry concerning this communication should be
directed to Tom D. Mays at telephone number
703-557-3920.

Mays:tgh

A/C 703

557-3920

11-9-85:retyped:11-15-85


ALVIN E. TANENHOLTZ
PRIMARY EXAMINER
ART UNIT 127

MIT000080

TO SEPARATE, HOLD TOP AND BOTTOM EDGES, SNAP–APART AND DISCARD CARBON

| FORM PTO-892<br>(REV. 3–78) | U.S. DEPARTMENT OF COMMERCE<br>PATENT AND TRADEMARK OFFICE | SERIAL NO.<br>*06/592,231* | GROUP ART UNIT<br>*127* | ATTACHMENT<br>TO<br>PAPER<br>NUMBER | *3* |
|---|---|---|---|---|---|
| | NOTICE OF REFERENCES CITED | APPLICANT(S)<br>*Gillies & Tsunegava* | | | |

### U.S. PATENT DOCUMENTS

| * | | DOCUMENT NO. | DATE | NAME | CLASS | SUB-CLASS | FILING DATE IF APPROPRIATE |
|---|---|---|---|---|---|---|---|
| A | | *4 4 0 5 7 1 2* | *9-20-83* | *Vande Wonde et al* | *435* | *5* | *7.1-81* |
| B | | | | | | | |
| C | | | | | | | |
| D | | | | | | | |
| E | | | | | | | |
| F | | | | | | | |
| G | | | | | | | |
| H | | | | | | | |
| I | | | | | | | |
| J | | | | | | | |
| K | | | | | | | |

### FOREIGN PATENT DOCUMENTS

| * | | DOCUMENT NO. | DATE | COUNTRY | NAME | CLASS | SUB-CLASS | PERTINENT |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | SHTS. DWG. / PP. SPEC. |
| L | | *2 1 0 5 3 4 4* | *3-23-83* | *UK* | *Levinson et al* | *C12N* | *15/00* | |
| M | | | | | | | | |
| N | | | | | | | | |
| O | | | | | | | | |
| P | | | | | | | | |
| Q | | | | | | | | |

### OTHER REFERENCES (Including Author, Title, Date, Pertinent Pages, Etc.)

| | |
|---|---|
| R | *Laimins et al.    P.N.A.S.   79:6453-6457 (NOV) 82.* |
| S | *Krueger et al.  Meth. Enz.  Vol. 100: 501-503, 1983* |
| T | *P. Berttveler.  Ann. Rev. Gen. 16:273-279, 1982.* |
| U | *de Villiers et al.  Nucl. Ac. Res. 9: 6251-6264, 1981* |

| EXAMINER<br>*T. Mays* | DATE<br>*10-30-85* |
|---|---|

\* A copy of this reference is not being furnished with this office action.
(See Manual of Patent Examining Procedure, section 707.05 (a).)

MIT000081

Sheet 1 of 3

| FORM PTO-1449 (REV. 7-80) | U.S. DEPARTMENT OF COMMERCE PATENT AND TRADEMARK OFFICE | ATTY. DOCKET NO. DBH-466 | SERIAL NO. 592,231 |
|---|---|---|---|

**LIST OF PRIOR ART CITED BY APPLICANT**
*(Use several sheets if necessary)*

APPLICANT Gillies and Tonegawa

FILING DATE March 3, 1984    GROUP 174

### U.S. PATENT DOCUMENTS

| *EXAMINER INITIAL | | DOCUMENT NUMBER | DATE | NAME | CLASS | SUBCLASS | FILING DATE IF APPROPRIATE |
|---|---|---|---|---|---|---|---|
| | AA | 4349629 | 9/82 | Carey et al | 435 | 172 | |
| | AB | 4371625 | 2/83 | Tiollais | 435 | 317 | |
| | AC | 4374927 | 2/83 | Sninsky et al | 435 | 68 | |
| | AD | 4399216 | 8/83 | Axel et al | 435 | 6 | |
| | AE | 4418149 | 11/83 | Ptashne et al | 435 | 253 | |
| | AF | | | | | | |
| | AG | | | | | | |
| | AH | | | | | | |
| | AI | | | | | | |
| | AJ | | | | | | |
| | AK | | | | | | |

### FOREIGN PATENT DOCUMENTS

| | | DOCUMENT NUMBER | DATE | COUNTRY | CLASS | SUBCLASS | TRANSLATION YES | NO |
|---|---|---|---|---|---|---|---|---|
| | AL | 0011562 | 5/80 | EPO | C12N | 15/00 | | X |
| | AM | 0052002 | 5/82 | EPO | C12N | 15/00 | | X |
| | AN | 0064681 | 11/82 | EPO | C12N | 15/00 | | X |
| | AO | 0067540 | 12/82 | EPO | C12N | 15/00 | | X |
| | AP | 0072925 | 3/83 | EPO | C12N | 15/00 | | X |

**OTHER PRIOR ART** (Including Author, Title, Date, Pertinent Pages, Etc.)

| | | |
|---|---|---|
| ノ゚ᴍ | AR | de Villers and Schaffner, "A small segment of polyoma virus DNA enhances the expression of a cloned B-globin gene over a distance of 1400 base pairs," Necleic Acids Research v. 9 No. 23 p. 6251 (1981) |
| ノ゚ᴍ | AS | Conrad and Botchan,"Isolation and Characterization of Human DNA Fragments with Nucleotide Sequence Homologies with the Simian Virus 40 Regulatory Region," Molecular and Cellular Biol. v. 2 No. 8 pp. 949-965 (1982) |
| ノ゚ᴍ | AT | Weiher et al "Multiple Point Mutations Affecting the Simian Virus 40 Enhancer," Science v. 219 pp. 626-631 (1983) |

EXAMINER    DATE CONSIDERED 10-16-85

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

USCOMM-DC 80-3985

MIT000082

Sheet 2 of 3

| FORM PTO-1449<br>(REV. 7-80) | U.S. DEPARTMENT OF COMMERCE<br>PATENT AND TRADEMARK OFFICE | ATTY. DOCKET NO.<br>DBH-466 | SERIAL NO.<br>592,231 |
|---|---|---|---|

**LIST OF PRIOR ART CITED BY APPLICANT**
*(Use several sheets if necessary)*

| APPLICANT | Gillies and Tonegawa | |
|---|---|---|
| FILING DATE<br>March 3, 1984 | GROUP<br>174 | |

## U.S. PATENT DOCUMENTS

| *EXAMINER INITIAL | | DOCUMENT NUMBER | DATE | NAME | CLASS | SUBCLASS | FILING DATE IF APPROPRIATE |
|---|---|---|---|---|---|---|---|
| | AA | | | | | | |
| | AB | | | | | | |
| | AC | | | | | | |
| | AD | | | | | | |
| | AE | | | | | | |
| | AF | | | | | | |
| | AG | | | | | | |
| | AH | | | | | | |
| | AI | | | | | | |
| | AJ | | | | | | |
| | AK | | | | | | |

## FOREIGN PATENT DOCUMENTS

| | | DOCUMENT NUMBER | DATE | COUNTRY | CLASS | SUBCLASS | TRANSLATION YES | NO |
|---|---|---|---|---|---|---|---|---|
| | AL | 0076037 | 4/83 | EPO | C12N | 15/00 | | X |
| | AM | 0077689 | 4/83 | EPO | C12N | 15/00 | | X |
| | AN | 8102425 | 9/81 | PCT | C12N | 5/00 | | X |
| | AO | 8200158 | 1/82 | PCT | C12N | 5/00 | | X |
| | AP | 8300702 | 3/83 | PCT | C12N | 21/00 | | X |

### OTHER PRIOR ART (Including Author, Title, Date, Pertinent Pages, Etc.)

| | | |
|---|---|---|
| ᠠᡃᡅᡄ | AR | Banerji et al. "A Lymphocyte - Specific Cellular Enhancer is Located Downstream of the Joining Region in Immunoglobin Heavy Chain Genes," Cell v. 33 p. 729-740 (1983) |
| ᠠᡃᡅᡄ | AS | Boss, "Enhancer Elements in Immunoglobulin Genes," Nature v. 303 pp. 281-282 (1983) |
| | | Gillies et al "A Tissue - Specific Transcription Enahncer Element is Located in the Major Intron of a Rearranged Immunoglobin Heavy Chain Gene," Cell v. 33 pp. 717-728 (1983) |
| ᠠᡃᡅᡄ | AT | Marx, "Immunoglobulin Genes Have Enhancers," Science v. 221 pp. 735-737 (1983) |

| EXAMINER | DATE CONSIDERED |
|---|---|
| ᠠᡃᡅᡄ | 10-16-85 |

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance **and** not considered. Include copy of this form with next communication to applicant.

U.S. COMM.-DC 80-3985

Sheet __3__ of __3__

| FORM PTO-1449 (REV. 7-80) | U.S. DEPARTMENT OF COMMERCE PATENT AND TRADEMARK OFFICE | ATTY. DOCKET NO. DBH-466 | SERIAL NO. 592,231 |
| --- | --- | --- | --- |
| **LIST OF PRIOR ART CITED BY APPLICANT** *(Use several sheets if necessary)* | | APPLICANT Gillies and Tonegawa | |
| | | FILING DATE March 3, 1984 | GROUP 174 |

### U.S. PATENT DOCUMENTS

| *EXAMINER INITIAL | | DOCUMENT NUMBER | DATE | NAME | CLASS | SUBCLASS | FILING DATE IF APPROPRIATE |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | AA | | | | | | |
| | AB | | | | | | |
| | AC | | | | | | |
| | AD | | | | | | |
| | AE | | | | | | |
| | AF | | | | | | |
| | AG | | | | | | |
| | AH | | | | | | |
| | AI | | | | | | |
| | AJ | | | | | | |
| | AK | | | | | | |

### FOREIGN PATENT DOCUMENTS

| | | DOCUMENT NUMBER | DATE | COUNTRY | CLASS | SUBCLASS | TRANSLATION YES | NO |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| X | AL | 2100738 | 1/83 | United Kingdom | C12N | 15/00 | | X |
| | AM | | | | | | | |
| | AN | | | | | | | |
| | AO | | | | | | | |
| | AP | | | | | | | |

### OTHER PRIOR ART *(Including Author, Title, Date, Pertinent Pages, Etc.)*

| | | |
| --- | --- | --- |
| 7m | AR | Banerji et al "Expression of a B-Globin Gene is Enhanced by Remore SV40 DNA sequences" Cell v. 27 pp. 299-308 (1981) |
| 7m | AS | Moreau et al "The SV40 72 base repair repeat has a striking effect on gene expression both in SV40 and other chimeric recombinants." Nucleic Acids Research v. 9 No. 22 pp. 6047- (1981) |
| | AT | |

| EXAMINER 7. Mrye | DATE CONSIDERED 10-16-85 |
| --- | --- |

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance **and** not considered. Include copy of this form with next communication to applicant.

USCOMM-DC 80-3905

MIT000084