UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MASSACHUSETTS INSTITUTE OF
TECHNOLOGY and REPLIGEN
CORPORATION,

          Plaintiffs,

v.

IMCLONE SYSTEMS INC.,

          Defendant.

Civil Action No. 04-10884-RGS

**NOTICE OF APPEARANCE OF COUNSEL**

Pursuant to Local Rule 83.5.2(a), please enter the appearance of Anthony J. Fitzpatrick of Duane Morris LLP on behalf of the defendant ImClone Systems Inc. in the above-referenced case.

Dated: July 8, 2005

Respectfully submitted,

/s/ Anthony J. Fitzpatrick
Michael R. Gottfried (BBO # 542156)
Anthony J. Fitzpatrick (BBO # 564324)
DUANE MORRIS LLP
470 Atlantic Avenue, Suite 500
Boston, MA 02210
617-289-9200

BOS\133825.1