<u>UNITED STATES DISTRICT COURT</u>
DISTRICT OF MASSACHUSETTS

MASSACHUSETTS INSTITUTE OF
TECHNOLOGY and REPLIGEN
CORPORATION,

            Plaintiffs,

v.

IMCLONE SYSTEMS INC.,

           Defendant.

Civil Action No. 04-10884-RGS

<u>NOTICE OF APPEARANCE OF COUNSEL</u>

Pursuant to Local Rule 83.5.2(a), please enter the appearance of Michael R. Gottfried of Duane Morris LLP on behalf of the defendant ImClone Systems Inc. in the above-referenced case.

Dated: July 8, 2005

Respectfully submitted,

/s/ Michael R. Gottfried
Michael R. Gottfried (BBO # 542156)
Anthony J. Fitzpatrick (BBO # 564324)
DUANE MORRIS LLP
470 Atlantic Avenue, Suite 500
Boston, MA 02210
617-289-9200

BOS\133828.1