UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS INSTITUTE OF TECHNOLOGY and REPLIGEN CORPORATION,<br><br>                      Plaintiffs,<br><br>      v.<br><br>IMCLONE SYSTEMS INC.,<br><br>                      Defendant. | Civil Action No. 04 10884 RGS |

## NOTICE OF WITHDRAWAL OF COUNSEL

Pursuant to Local Rule 83.5.2(c), please withdraw the appearances of Mark W. Batten and Jeremy P. Oczek of Proskauer Rose LLP on behalf of the Defendant ImClone Systems Inc. in the above-referenced case. Withdrawal is permissible without leave of Court, because: this notice is preceded by the notice of appearance of other counsel; there are no motions pending before the court; no trial date has been set; and no hearings or conferences are scheduled, and no reports, oral or written, are due.

Dated: July 8, 2005

Respectfully submitted,

By Counsel,

/s/ Jeremy P. Oczek
Mark W. Batten (BBO #566211)
Jeremy P. Oczek (BBO #647509)
PROSKAUER ROSE LLP
One International Place
Boston, MA 02110-2600
Tel: (617) 526-9600
Fax: (617) 526-9899

2

**Certificate Of Service**

    I hereby certify that on July 8, 2005, a true and correct copy of the foregoing document was served on counsel of record by use of the Court's ECF system.

                                        /s/ Jeremy P. Oczek
                                        Jeremy P. Oczek