UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS INSTITUTE OF TECHNOLOGY and REPLIGEN CORPORATION,<br><br>          Plaintiffs,<br><br>     v.<br><br>IMCLONE SYSTEMS INC.,<br><br>          Defendant. | Civil Action No. 04 10884 RGS |

**DEFENDANT'S MOTION FOR RECONSIDERATION OF ORDER DENYING LEAVE TO FILE SECOND AMENDED ANSWER**

For the reasons detailed in the accompanying Memorandum of Law in Support of Defendant's Motion for Reconsideration, ImClone Systems, Inc. moves this Court pursuant to Fed. R. Civ. P. 60(b) to reconsider its order dated June 29th denying ImClone's motion for leave to file a second amended answer.

**REQUEST FOR ORAL ARGUMENT**

Pursuant to Local Rule 7.1(D), the defendant respectfully requests oral argument on this motion.

BOS\134274.1

## LOCAL RULE 7.1 CERTIFICATION

Pursuant to Local Rule 7.1, the undersigned counsel for Defendant certifies that he confered with counsel for Plaintiffs in a good faith attempt to resolve or narrow the issue presented in this motion.

Respectfully submitted,

IMCLONE SYSTEMS, INC.
By its Attorneys,

Michael R. Gottfried, BBO 542156
Anthony J. Fitzpatrick, BBO 564324
DUANE MORRIS LLP
470 Atlantic Avenue, Suite 500
Boston, MA 02210
Tel: (617) 289-9200
Fax: (617) 289-9201

Richard L. DeLucia
Michael D. Loughnane
Paul M. Richter, Jr.
Anthony Giaccio
KENYON & KENYON
One Broadway
New York, NY 10004-1050
Tel: (212) 425-7200
Fax: (212) 425-5288

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS INSTITUTE OF TECHNOLOGY and REPLIGEN CORPORATION,<br><br>           Plaintiffs,<br><br>      v.<br><br>IMCLONE SYSTEMS INC.,<br><br>           Defendant. | Civil Action No. 04 10884 RGS |

**CERTIFICATE OF SERVICE**

   I, Anthony J. Fitzpatrick, hereby certify that on July 14, 2005, I caused copies of the following documents:

   1. Unopposed Motion to Leave to File Defendant's Reconsideration Papers Under Seal;

   2. Defendant's Motion For Reconsideration Of Order Denying Leave To File Second Amended Answer;

   3. Defendant's Memorandum in Support of Its Motion for Reconsideration **(FILED UNDER SEAL);**

   4. Declaration of A. Anthony Pfeffer in Support of Defendant's Motion for Reconsideration **(FILED UNDER SEAL).**

to be served upon the following counsel of record in the manner indicated below:

BOS\134299.1

| | |
|---|---|
| **VIA FIRST CLASS MAIL, POSTAGE PRE-PAID TO:** | **VIA HAND DELIVERY TO:** |

Chad A. Hanson
Jonathan E. Singer
Michael J. Kane
William R. Woodford
Fish & Richardson P.C.
3300 Dain Rauscher Plaza
60 South Sixth Street
Minneapolis, MN 55402

Gregory A. Madera
Fish & Richardson P.C.
2255 Franklin Street
Boston, MA 02110-2804

**VIA FIRST CLASS MAIL, POSTAGE PRE-PAID TO:**

Irene E. Hudson
Fish & Richardson P.C.
153 East 53rd Street
New York, NY 10022-4611

_/s/ Anthony J. Fitzpatrick_
Anthony J. Fitzpatrick, BBO # 564324
DUANE MORRIS LLP
470 Atlantic Avenue, Suite 500
Boston, MA 02210-2205
(617) 289-9200

2

BOS\134299.1