UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS INSTITUTE OF TECHNOLOGY and REPLIGEN CORPORATION,<br><br>    Plaintiffs,<br><br>    v.<br><br>IMCLONE SYSTEMS, INC.,<br><br>    Defendant. | Civil Action No. 04-10884-RGS |

**DECLARATION OF WILLIAM R. WOODFORD IN
SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT'S
MOTION FOR RECONSIDERATION**

I, William R. Woodford, declare and state as follows:

1.      I am an attorney in the law firm of Fish & Richardson P.C., P.A. and I am counsel for Plaintiffs Massachusetts Institute of Technology and Repligen Corporation.

2.      Attached hereto as **Exhibit A** is a true and correct copy of excerpts from the transcript of Edmund Pitcher's deposition, which was conducted on Wednesday, June 8, 2005.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: July 28, 2005                          /s/ William R. Woodford
                                                              William R. Woodford

60307310.doc