UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS INSTITUTE OF TECHNOLOGY and REPLIGEN CORPORATION,<br><br>    Plaintiffs,<br><br>    v.<br><br>IMCLONE SYSTEMS, INC.,<br><br>    Defendant. | Civil Action No. 04-10884-RGS |

**PLAINTIFF'S COMBINED NOTICE OF FOURTH MOTION AND FOURTH MOTION TO COMPEL DISCOVERY FROM IMCLONE**

PLEASE TAKE NOTICE that for the reasons detailed in the accompanying Memorandum of Reasons in Support of Plaintiffs' Fourth Motion to Compel Discovery from ImClone and Declaration of Michael J. Kane, Plaintiffs Massachusetts Institute of Technology and Repligen Corporation move the Court to order Defendant ImClone Systems, Inc. to comply with Rule 30(b)(6) of the Federal Rules of Civil Procedure and designate one or more witnesses for examination on subject matters described in Topics 2, 12, and 14-17 identified in Plaintiffs' July 1, 2005 Amended Notice of Rule 30(b)(6) Deposition of ImClone Systems, Inc. (attached hereto as Exhibit A to the Kane Declaration) and further clarified in an August 2, 2005 letter from Plaintiffs counsel to Defense counsel (attached as Exhibit C to the Kane Declaration).

**REQUEST FOR ORAL ARGUMENT**

Plaintiffs hereby request oral argument on Plaintiffs' Fourth Motion to Compel Discovery from ImClone.

## LR 7.1(a)(2) & 37.1(b) CERTIFICATION

Pursuant to LR 7.1(a)(2) and 37.1(b), Plaintiffs certify that the parties have made a good faith effort through telephonic conference and written correspondence, as detailed in the accompanying Memorandum, to resolve and narrow the dispute presented in this Motion, and have been unable to resolve the matters set forth herein. Should ImClone designate one or more witnesses for examination on one or more subject matters described in topics 2, 12, and 14-17 before a hearing or decision on this matter, Plaintiffs will modify this Motion accordingly.

Dated: August 10, 2005

s/Michael J. Kane
Michael J. Kane (*pro hac vice*)
3300 Dain Rauscher Plaza
60 South Sixth Street
Minneapolis, MN 55402
Telephone: (612) 335-5070
Facsimile: (612) 288-9696

*Of Counsel*:

| | | |
|---|---|---|
| Gregory A. Madera | Jonathan E. Singer | Juanita Brooks |
| FISH & RICHARDSON P.C. | John C. Adkisson | FISH & RICHARDSON P.C. |
| 225 Franklin Street | Chad A. Hanson | 12390 El Camino Real |
| Boston, MA 02110-2804 | William R. Woodford | San Diego, CA 92130 |
| Telephone: (617) 542-5070 | FISH & RICHARDSON P.C., P.A. | Telephone: (858) 678-5070 |
| Facsimile: (617) 542-8906 | 3300 Dain Rauscher Plaza | |
| | 60 South Sixth Street | |
| | Minneapolis, Minnesota 55402 | |
| | Telephone: (612) 335-5070 | |
| | Facsimile: (612) 288-9696 | |

*Attorneys for Plaintiffs Massachusetts Institute of Technology & Repligen Corporation*

50291955.doc