UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS INSTITUTE OF TECHNOLOGY and REPLIGEN CORPORATION,<br><br>    Plaintiffs,<br><br>    v.<br><br>IMCLONE SYSTEMS, INC.,<br><br>    Defendant. | Civil Action No. 04-10884-RGS |

**DECLARATION OF MICHAEL J. KANE IN
SUPPORT OF PLAINTIFFS' FOURTH MOTION TO COMPEL**

I, Michael J. Kane, declare and state as follows:

1.     I am an attorney in the law firm of Fish & Richardson P.C., P.A. and I am counsel for Plaintiffs Massachusetts Institute of Technology and Repligen Corporation.

2.     Attached hereto as **Exhibit A** is a true and correct copy of Plaintiffs' Amended Notice of Rule 30(b)(6) Deposition of ImClone Systems, Inc dated July 1, 2005.

3.     Attached hereto as **Exhibit B** is a true and correct copy of ImClone Systems, Inc.'s Objections to Plaintiffs' 30(b)(6) Deposition Notice dated July 20, 2005.

4.     After receiving ImClone's objections to Plaintiffs' Rule 30(b)(6) notice, counsel for the parties conducted a telephonic meet and confer on July 27, 2005 to discuss ImClone's objections. Present on the call were John C. Adkisson, William R. Woodford, and myself on behalf of Plaintiffs and Michael Loughnane, Paul Richter Jr., Antony Pfeffer, and Anthony Giaccio on behalf of ImClone.

5. During the July 27 call, ImClone agreed to provide a witness for topics 4 and 7-10, but maintained ImClone's objection to providing a witness for topics 2-3 and 11-18. ImClone's counsel later agreed to provide a witness on topic 18.

6. Also during the call, Plaintiffs' counsel agreed to clarify the scope of a few topics (8-10 and 16) that ImClone's counsel claimed were too broad. In addition, with respect to ImClone's objections to topics 15 and 17, Plaintiffs' counsel asked ImClone to stipulate that its defense to willful infringement is limited to the advice of counsel defense it raised in an April 29, 2005 letter to Plaintiffs' counsel. Counsel for ImClone refused.

7. On August 2, 2005, counsel for Plaintiffs wrote a letter to defense counsel to confirm ImClone's agreement to provide testimony on topics 4 and 8-10 of the notice and asked defense counsel to identify the witnesses that would be testifying on these topics as soon as possible. The letter also provided clarification as to the scope of topics 8-10 and 16. A true and correct copy of the August 2, 2005 letter to defense counsel is attached hereto as **Exhibit C**.

8. Attached hereto as **Exhibit D** is a true and correct copy of ImClone Systems, Inc.'s Amended Notice of Rule 30(b)(6) Deposition of MIT dated July 15, 2005.

9. Attached hereto as **Exhibit E** is a true and correct copy of ImClone Systems, Inc.'s Amended Notice of Rule 30(b)(6) Deposition of Repligen Corporation dated July 15, 2005.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: August 10, 2005         s/Michael J. Kane
                               Michael J. Kane

60308905.doc