UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MASSACHUSETTS INSTITUTE OF
TECHNOLOGY and REPLIGEN
CORPORATION,

          Plaintiffs,

v.

IMCLONE SYSTEMS INC.,

          Defendant.

Civil Action No. 04 10884 RGS

*Allowed. R/S. Stearns DJ 8-17-05.*

### UNOPPOSED MOTION FOR LEAVE TO FILE DEFENDANT'S MOTION FOR SUMMARY JUDGMENT PAPERS UNDER SEAL

Pursuant to Local Rule 7.2, Defendant ImClone Systems, Inc. ("ImClone") hereby moves, without objection from Plaintiffs Massachusetts Institute of Technology and RepliGen Corp. ("Plaintiffs"), for leave to file the following documents under seal:

A.    CONCISE STATEMENT OF FACTS AS TO WHICH IMCLONE CONTENDS THERE IS NO GENUINE ISSUE PURSUANT TO LOCAL RULE 56.1

B.    DEFENDANT'S MEMORANDUM OF LAW IN SUPPORT OF IMCLONE'S MOTION FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT DUE TO PATENT EXHAUSTION

C.    DECLARATION OF A. ANTONY PFEFFER IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

ImClone respectfully requests permission to file these documents under seal because they contain information that has been designated by the Parties as confidential under the Stipulated Protective Order entered in this case. In accordance with Local Rule 7.2, ImClone requests that these documents should be impounded until the final resolution of this litigation between the parties, at which time they will be retrieved by ImClone.

BOS\135790.1

WHEREFORE, it is respectfully requested that the Court grant this unopposed motion for leave to file the above-described documents under seal.

### Certification Pursuant to Local Rule 7.1(A)(2)

Undersigned counsel certifies that, before filing this motion, counsel for the parties conferred on August 15, 2005, regarding the subject of this motion. As a result, counsel for Plaintiffs has advised that Plaintiffs do not object to this motion.

Dated: August 16, 2005

Respectfully submitted,

IMCLONE SYSTEMS, INC.

By its Attorneys,

_____
Michael R. Gottfried (BBO# 542156)
Anthony J. Fitzpatrick (BBO# 564324)
Christopher S. Kroon (BBO# 660286)
DUANE MORRIS LLP
470 Atlantic Avenue, Suite 500
Boston, Massachusetts 02110
Tel: (617) 289-9200
Fax: (617) 289-9201

Richard L. DeLucia
George E. Badenoch
Michael D. Loughnane
Paul M. Richter, Jr.
Anthony Giaccio
KENYON & KENYON
One Broadway
New York, NY 10004-1050
Tel: (212) 425-7200
Fax: (212) 425-5288