UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MASSACHUSETTS INSTITUTE OF
TECHNOLOGY and REPLIGEN
CORPORATION,

        Plaintiffs,

v.

IMCLONE SYSTEMS INC.,

        Defendant.

Civil Action No. 04 10884 RGS

## DECLARATION OF MICHEL P. O'HARA IN SUPPORT OF IMCLONE'S OPPOSITION TO PLAINTIFFS' FOURTH MOTION TO COMPEL DISCOVERY FROM IMCLONE

I, Michel P. O'Hara, declare and state as follows:

1. I am an attorney at law of the State of New York and an associate at Kenyon & Kenyon, counsel for Defendant ImClone Systems, Inc.

2. Attached as **Exhibit A** is a true and correct copy of ImClone's 30(b)(6) Notice of RepliGen.

3. Attached as **Exhibit B** is a true and correct copy of RepliGen's Objections to ImClone's 30(b)(6) Notice of RepliGen.

4. Attached as **Exhibit C** is a true and correct copy of ImClone's Amended 30(b)(6) Notice of MIT.

5. Attached as **Exhibit D** is a true and correct copy of MIT's Objections to ImClone's Amended 30(b)(6) Notice of MIT.

6. Attached as **Exhibit E** is a true and correct copy of ImClone's Objections to Plaintiffs' Amended 30(b)(6) Notice of ImClone.

7. Attached as **Exhibit F** is a true and correct copy of ImClone's Responses to ImClone's Supplemental Responses to Interrogatories.

8. Attached as **Exhibit G** is a true and correct copy of a letter from William Woodford to Michael Loughnane dated August 2, 2005.

9. Attached as **Exhibit H** is a true and correct copy of a Plaintiffs' Memorandum In Support of It's Third Motion to Compel Discovery from ImClone.

10. Attached as **Exhibit I** is a true and correct copy of ImClone's Memorandum in Opposition to Plaintiffs' Third Motion to Compel Discovery from ImClone.

I declare that under penalty of perjury that the foregoing is true and correct.

Dated: August 24, 2005                             /s/ Michel P. O'Hara
                                                   Michel P. O'Hara