

**Phillip K. Lum**
Direct 212.558.8055
PLum@kenyon.com

One Broadway
New York, NY 10004-1050
212.425.7200
Fax 212.425.5288

June 29, 2005

**By Facsimile,612.288.9696**
**Confirmation by First Class Mail**

Michael J. Kane, Esq.
Fish & Richardson P.C., P.A.
3300 Dain Rauscher Plaza
60 South Sixth Street
Minneapolis, MN  55402

Re:    MIT and Repligen Corp. v. ImClone Systems, Inc.
       <u>Case No. 04-CV-1088</u>

Dear Mr. Kane:

Enclosed please find ImClone System Inc.'s Supplemental Responses to Interrogatories.

Very truly yours,

Phillip K. Lum

cc:    Anthony Giaccio, Esq. (w/o enclosures)

## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

MASSACHUSETTS INSTITUTE OF
TECHNOLOGY and REPLIGEN
CORPORATION,

                Plaintiffs,

    v.

IMCLONE SYSTEMS INC.,

                Defendant.

Civil Action No. 04 10884 RGS

**RESTRICTED - CONFIDENTIAL**

### IMCLONE SYSTEMS INC.'S SUPPLEMENTAL RESPONSES TO
### INTERROGATORIES

Pursuant to Rule 33 of the Federal Rules of Civil Procedure, Defendant ImClone

Systems Incorporated ("ImClone") hereby submits the following supplemental responses

and objections to Plaintiffs' Massachusetts Institute of Technology ("MIT") and Repligen

Corporation ("Repligen") prior interrogatories.

### GENERAL OBJECTIONS

ImClone repeats and incorporates by reference each and every objection raised in

ImClone's General Objections and Comments in response to MIT and Repligen's First

and Second Set of Interrogatories.

## SPECIFIC OBJECTIONS AND RESPONSES TO INTERROGATORIES

### INTERROGATORY NO. 1:

State the basis for the your contention that ImClone has not infringed, induced the infringement of, or contributed to the infringement of the `281 patent, include in the answer (a) an identification of each limitation, or part thereof, of each claim that ImClone alleges is absent from the methods practiced, and/or the materials used, by ImClone to manufacture C225 or Erbitux, and (b) the claim construction and basis for the claim construction upon which ImClone relied for its contention that ImClone has not infringed the `281 patent.

### RESPONSE TO INTERROGATORY NO. 1

ImClone objects to this Interrogatory to the extent that it calls for information that is protected by the attorney client privilege and/or work product doctrine. ImClone further objects to this interrogatory as premature in that the Court, in its August 10th Order, has required, *inter alia,* plaintiffs to identify the patent claims it asserted against ImClone; to identify where each element of the claim is found in ImClone's product; to provide a description of the information on which plaintiffs relied on in each infringement contention, and to rank the infringement claims in their order of importance. ImClone will supplement this response after plaintiffs have complied with the Court's August 10th Order.

## SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 1

ImClone continues to object to this Interrogatory to the extent that it calls for information that is protected by the attorney client privilege and/or work product doctrine. ImClone further objects to this Interrogatory as premature because Plaintiffs have not provided a clear disclosure of the basis of infringement of any of the claims of the '281 patent and Plaintiffs have not produced allegedly supporting information identified in Plaintiffs' Claim Infringement Disclosure and discovery is ongoing. Consequently, ImClone reserves the right to modify and supplement this supplemental response to Interrogatory No. 1.

In response to part (a) of Interrogatory No. 1, according to Plaintiffs' Claim Infringement Disclosure of October 1, 2004, Plaintiffs are not asserting, *inter alia*, infringement of any of the method claims (claims 1-9) of the '281 patent. Specifically, Plaintiffs only allege infringement of two groups of claims of the '281 patent, claims 10-13, 15, and 17 and claims 18-22, none of which are claims covering the methods practiced, and/or the materials used, by ImClone to manufacture ImClone's C225 antibody, known as Erbitux® (cetuximab).

None of the asserted claims of the '281 patent are infringed literally or under the doctrine of equivalents because they each recite at least one element which, as properly construed, is not found in ImClone's C225 antibody, *i.e.* Erbitux® (cetuximab), or the cell line that ImClone is using to make ImClone's C225 antibody, nor any equivalents thereof.

Independent claim 10, as properly construed, is not infringed by ImClone's C225 cell line, either literally or under the doctrine of equivalents, because ImClone's C225 cell line, *inter alia,* does not include "a vector for transfecting a mammalian cell." The portion of the genome of the DNA in ImClone's cell line that Plaintiffs contend is a vector for transfecting a mammalian cell line is stably integrated into the genome of the cell and is not used for transfecting the cell it is in or any other cell. Further, ImClone's cell line does not contain any equivalent of a vector for transfecting a mammalian cell line. Documents which support our conclusion include the '281 patent, its prosecution history, and I05279-I05298.

Independent claim 18 is not infringed by ImClone's cell line for making C225 antibody because ImClone's cell line, *inter alia*, does not include a "mammalian cell transformant." Based on the prosecution history, specification and claim language of the '281 patent, a mammalian cell transformant is a cell that contains recombinant DNA that is maintained in an extrachromosomal state, *i.e.*, not integrated into the chromosomal DNA of the cell.

During prosecution of the patent application that issued as the '281 patent, the Examiner rejected claims drawn to cover the integration of recombinant DNA into the chromosomal DNA of a cell line as unpatentable because the patent application did not provide an adequate description to enable a person of skill in the art at the time the patent application was filed to integrate recombinant DNA into the chromosomal DNA of a cell line. In response, the applicant cancelled the relevant claim and surrendered that subject matter. *See* prosecution history of the '281 patent. If a mammalian cell transformant is construed to cover a cell having recombinant DNA integrated into the chromosomal

DNA of cell line, then a claim drawn to such a mammalian cell transformant would be invalid as lacking adequate written description and/or enabling disclosure. Further, there is no infringement under the doctrine of equivalents because ImClone's cell line does not contain any equivalent of a mammalian cell transformant. Further, there is no infringement under the doctrine of equivalents because prosecution history estoppel does not permit infringement by equivalents of subject matter that was surrendered during prosecution. Documents which support our conclusions include the '281 patent, its prosecution history, and I05279-I05298.

As there is no direct infringement of any of the claims asserted by Plaintiffs, there can be no infringement by inducement or contributory infringement. Since significant limitations are missing from the independent claims being asserted, all of the dependent claims are likewise not infringed.

Also, there is no infringement of any patent rights under the '281 patent because Damon Biotech (predecessor or RepliGen) sold the C225 antibody and C225 cell line to NCI under contract and without any reservation of patent rights. As such, any and all patent rights were exhausted upon the delivery of the C225 antibody and C225 cell line to NCI in payment therefore. [I0427-I04295, I05063-I05082, and I05112-I05122]. Plaintiffs have already been compensated by NCI for the C225 antibody and cell line that it delivered to NCI under contract, and any patent rights under the '281 patent allegedly covering either the C225 antibody or the C225 cell line were exhausted. [I05296-I05315]. NCI contracted with Damon Biotech pursuant to NCI's prior agreement with the University of California, under which the University of California retained ownership of the 225 antibody and its derivatives, including chimerized antibody and cell lines.

After NCI received the C225 antibody and cell line that it purchased under contract with Damon Biotech, NCI transferred the materials to ImClone at the request of the University of California. The University of California licensed ImClone to make, use and sell the 225 antibody and it derivatives, including chimerized antibody and cell lines. [I04287, I04271-I04274, I04392-I04409, and I04232-I04238].

Also, to the extent Plaintiffs are alleging infringement of the '281 patent based on ImClone's making or using Erbitux® (cetuximab) for clinical research and trials, such acts do not constitute infringement under 35 U.S.C. 271(e).

## SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 1

In addition to the reasons set forth above, ImClone contends that in addition to the bases of exhaustion discussed above, any '281 patent rights that MIT or any of its licensees (including Repligen) had in the C225 cell line were also separately exhausted when the NCI (which had since 1984 a written license from MIT that included the rights to make, use and sell anything covered by the '281 patent) then sold the C225 cell line to ImClone around 1993 pursuant to a written clinical trials agreement.

In addition, Plaintiffs have provided no evidence that ImClone has made use of the cellular enhancer element (or an equivalent thereof), required by all of the asserted claims.

## INTERROGATORY NO. 2:

State the basis for your contention that each of the claims of the '281 patent is invalid for failure to comply with one or more of the requirements of 35 U.S.C. § 101 *et seq.*, include in the answer for each claim (a) the identity of each specific statutory

provision (*e.g.*, 35 U.S.C. §§ 101, 102, 103, or 112) that has not been complied with; (b) a claim chart comparing on a limitation-by-limitation basis each claim to any element found in any allegedly invalidating prior art, and (c) the motivation-to-combine and the reasonable expectation-of-success for any combinations of prior art under 35 U.S.C. § 103.

## RESPONSE TO INTERROGATORY NO. 2

ImClone objects to this Interrogatory as over broad and unduly burdensome and not reasonably calculated to lead to the discovery of admissible evidence. ImClone also objects to the Interrogatory to the extent that it seeks information protected by the attorney client privilege and/or work product doctrine. ImClone further objects to this Interrogatory to the extent it calls for legal conclusions and ImClone's legal contentions. ImClone further objects to this Interrogatory as premature in that discovery has just begun and the plaintiff has failed to identify any claims in the '281 patent that it asserts is infringed by ImClone as required by the Court's August 10th Order. Subject to and without waiving these objections, ImClone answers as follows: All claims in the '281 patent are invalid under 35 U.S.C. 103 for obviousness in view of deVilliers et al., Nuc. Acids Res. 9(23), 6251-6264 (1981) and Alt et al., Nature 296, 325-331 (1982). Each and every element of the claims of the '281 patent are provided by the references. deVilliers et al. teaches processes, vectors, and cell lines that use an enhancer element to increase production of a proteinaceous substance. Alt et al. provides an endogenous tissue specific cellular DNA element that increases production of an endogenous proteinaceous substance. Alt et al. provides the motivation to combine the references because it discloses that deletions of a regulatory element between VDJ and Cμ exons of

a cell line expressing immunoglobulin heavy chain are correlated with decreased heavy chain production. Alt *et al.* teaches one of skill in the art to look at cells of a specific tissue type for a DNA element that controls expression of a proteinaceous substance that is expressed that tissue type. In addition, all claims in the '281 patent directed to mammalian host cell lines in which cloning vectors are integrated into the host chromosome are invalid under 35 U.S.C. § 112, first paragraph for insufficient written description and enablement. ImClone reserves the right to supplement this response after plaintiffs have complied with the Court's August 10th Order.

## SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 2

ImClone objects to this Interrogatory as over broad and unduly burdensome and not reasonably calculated to lead to the discovery of admissible evidence. ImClone also objects to the Interrogatory to the extent that it seeks information protected by the attorney client privilege and/or work product doctrine. ImClone further objects to this Interrogatory to the extent it calls for legal conclusions and ImClone's legal contentions. ImClone further objects to this Interrogatory as premature in that discovery has just begun and the plaintiff has failed to identify any claims in the '281 patent that it asserts is infringed by ImClone as required by the Court's August 10th Order. Subject to and without waiving these objections, ImClone answers as follows: All claims in the '281 patent are invalid under 35 U.S.C. 103 for obviousness in view of deVilliers et al., Nuc. Acids Res. 9(23), 6251-6264 (1981) and Alt et al., Nature 296, 325-331 (1982). Each and every element of the claims of the '281 patent are provided by the references. deVilliers et al. teaches processes, vectors, and cell lines that use an enhancer element to

increase production of a proteinaceous substance. Alt et al. provides an endogenous tissue specific cellular DNA element that increases production of an endogenous proteinaceous substance. Alt et al. provides the motivation to combine the references because it discloses that deletions of a regulatory element between VDJ and Cμ exons of a cell line expressing immunoglobulin heavy chain are correlated with decreased heavy chain production. Alt *et al.* teaches one of skill in the art to look at cells of a specific tissue type for a DNA element that controls expression of a proteinaceous substance that is expressed that tissue type. In addition, all claims in the '281 patent directed to mammalian host cell lines in which cloning vectors are integrated into the host chromosome are invalid under 35 U.S.C. § 112, first paragraph for insufficient written description and enablement. ImClone reserves the right to supplement this response after plaintiffs have complied with the Court's August 10th Order. Documents which support our conclusion include the '281 patent, the '281 prosecution file history and cited prior art therein, and documents I02926-I02933 and I03732-I03739.

## SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 2

In addition to the reasons set forth above, the asserted claims of the '281 patent are invalid for at least the following reasons. As fact discovery proceeds (for example, neither named inventor has been deposed yet) and expert discovery ensues, ImClone reserves its rights to update this interrogatory response, including through the submission of an expert report on patent invalidity.

The asserted claims of the '281 patent are invalid under 35 U.S.C. § 102 as anticipated by Oi et al., Proc. Natl. Acad. Sci. USA, 80: 825-829 (1983). A claim chart

outlining how each element of each asserted claim is met by the Oi et al. reference is

provided below:

| Claim Elements | Oi et. al., Proc. Natl. Acad. Sci. USA 80: 825-829 (1983) |
|---|---|
| 10. A vector for transfecting a mammalian cell | Abstract; Figure 1; p. 825, col. 2, 3rd full paragraph, through p. 826, col. 2, 1st full paragraph. |
| derived from a selected tissue type | Abstract; p. 825, col. 2, 2nd full paragraph. |
| to produce a cell line which secretes a proteinaceous material, | Abstract; Figure 3; p. 827, col. 2, 1st full paragraph, through p. 828, 1st full paragraph spanning col. 1-2. |
| said vector comprising an exon encoding said proteinaceous material or a precursor thereof and a promoter sequence, and recombined therewith, | Figure 1; p. 825, col. 2, 3rd full paragraph. |
| tissue specific mammalian cellular enhancer element | Abstract; p. 827, col. 2, 1st full paragraph, through p. 828, 1st full paragraph spanning col. 1-2; p. 829, col. 1, 3rd full paragraph. |
| at a site within an active region of said vector sufficiently close to said transcription unit to enhance production of mRNA independent of its orientation and position within said active region, | Abstract; Figure 3 and 4; p. 827, col. 2, 1st full paragraph, through p. 828, 1st full paragraph spanning col. 1-2. |
| said tissue specific cellular enhancer element, when present in the endogenous genome of a cell from said selected tissue type, being operable naturally to increase production of an endogenous proteinaceous substance. | Abstract; Figure 3 and 4; p. 825, col. 1, 1st full paragraph; p. 827, col. 2, 1st full paragraph, through p. 828, 1st full paragraph spanning col. 1-2; p. 829, col. 1, 3rd full paragraph. |
| 11. The vector of claim 10 wherein said enhancer element, | Figure 1 |
| when present in the endogenous genome of a cell from said selected tissue type, functions to enhance the production of a proteinaceous substance selected from the group consisting of albumin, globulins, fibrinogen, and hormones. | Abstract; Figure 3 and 4; ; p. 825, col. 1, 1st full paragraph; p. 827, col. 2, 1st full paragraph, through p. 828, col. 2, 1st full paragraph spanning col. 1-2. |
| 12. The vector of claim 10 further comprising expressable DNA which corresponds to a gene coding for a selectable marker. | Abstract; Figure 1; p. 825, col. 2, 3rd full paragraph. |
| 13. The vector of claim 10 comprising a member selected from the group consisting of plasmids and viruses. | Figure 1; p. 825, col. 2, 3rd full paragraph. |
| 15. The vector of claim 10 wherein said enhancer element, | Figure 1. |
| when present in the endogenous genome of a lymphoid cell, is operative naturally to enhance production of immunoglobulin. | Abstract; Figure 3 and 4; p. 825, col. 1, 1st full paragraph; p. 827, col. 2, 1st full paragraph, through p. 828, 1st full paragraph spanning col. 1-2 |
| 17. The vector of claim 10 wherein said enhancer element comprises at least a portion of the nucleotide sequences set forth in FIG. 10. | Figure 1. |
| 18. A mammalian cell transformant for producing a proteinaceous material, said transformant comprising a genetically modified cell | Abstract; p. 825, col. 2, 4th full paragraph through p. 826, col. 2, 1st full paragraph. |
| derived from a selected mammalian tissue type | P. 825, col. 2, 2nd full paragraph. |
| containing a transfected DNA comprising: | P. 826, col. 2, 4th full paragraph, through p. 827, col. 1, 2nd full paragraph; Figure 2. |
| a transcription unit comprising an exon encoding said proteinaceous material or a precursor thereof and a promoter sequence; and, recombined therewith, | Figure 1. |
| tissue specific a mammalian cellular enhancer element | Abstract; p. 827, col. 2, 1st full paragraph, through p. 828, 1st full paragraph spanning col. 1-2; p. 829, col. 1, 3rd full paragraph. |
| at a site within an active region of said DNA sufficiently close to said transcription unit to enhance production of mRNA independent of orientation and position within said active region, | Abstract; Figure 3 and 4; p. 827, col. 2, 1st full paragraph, through p. 828, 1st full paragraph spanning col. 1-2. |

RESTRICTED - CONFIDENTIAL           11

| Claim Elements | Oi et. al., Proc. Natl. Acad. Sci. USA 80: 825-829 (1983) |
|---|---|
| said tissue specific cellular enhancer element, when present in the endogenous genome of a cell from said selected tissue type, being operative naturally to enhance production of an endogenous proteinaceous substance. | Abstract; Figure 3 and 4; p. 825, col. 1, 1st full paragraph; p. 827, col. 2, 1st full paragraph, through p. 828, 1st full paragraph spanning col. 1-2; p. 829, col. 1, 3rd paragraph. |
| 19. The transformant of claim 18 wherein said enhancer element, when present in the endogenous genome of a cell from said selected tissue type, functions to enhance the production of a proteinaceous substance selected from the group consisting of albumin, globulins, fibrinogen, and hormones. | Abstract; Figure 3 and 4; ; p. 825, col. 1, 1st full paragraph; p. 827, col. 2, 1st full paragraph, through p. 828, 1st full paragraph spanning col. 1-2. |
| 20. The transformant of claim 18, wherein said genetically modified cell is a lymphoid cell and said enhancer element, when present in the endogenous genome of a lymphoid cell, enhances the production of an immunoglobulin. | Abstract; Figure 3 and 4; p. 825, col. 1, 1st full paragraph; p. 827, col. 2, 1st full paragraph, through p. 828, 1st full paragraph spanning col. 1-2. |
| 21. The transformant of claim 18 comprising a stably transformed cell. | P. 826, 4th full paragraph, through p. 827, col. 1, 2nd full paragraph; p. 827, col. 2, 1st full paragraph. |
| 22. The transformant of claim 20 wherein said enhancer element comprises at least a portion of the nucleotide sequences set forth in FIG. 10. | Figure 1. |

Further, the asserted claims of the '281 patent are invalid under 35 U.S.C. § 103 as obvious in light of the combination of Oi et al., Proc. Natl. Acad. Sci. USA, 80: 825-829 (1983), standing alone, or in combination with one or both of deVilliers et al., Nuc. Acids Res. 9:6251-64 (1981) and/or Alt et al., Nature 296:325-32 (1982),.  Details regarding how the teachings of these references render the asserted claims invalid is provided below.  As set forth above, it is ImClone's contention that the Oi et al. reference anticipates each of the asserted claims and would render them obvious by itself, as well. The below chart sets forth obviousness of the asserted claims over combinations of the above references.

| Claim Elements | deVilliers et al., Nuc. Acids Res. 9:6251-64 (1981) | Alt et al., Nature 296:325-32 (1982) | Oi et al., Proc. Natl. Acad. Sci. USA, 80: 825-829 (1983) | Combination of References |
|---|---|---|---|---|
| 10. A vector for transfecting a mammalian cell derived from a selected tissue type to produce a cell line which secretes a proteinaceous material, | Abstract; p. 6252, 2nd full paragraph, through p. 6254, 1st full paragraph. | | Abstract; Figure 1; p. 825, col. 2, 2nd full paragraph, through p. 826, col. 2, 1st full paragraph. Abstract; Figure 3; p. 827, col. 2, 1st full paragraph, through p. 828, 1st full paragraph spanning col. 1-2. | DeVilliers teaches that the use of a polyoma virus enhancer element in expression vectors results in enhanced expression of the rabbit ß-globin gene. Alt teaches that sequences in the $J_H$-Cµ intron of an immunoglobulin heavy chain gene are important for gene expression. Oi teaches that sequences in the immunoglobulin light chain gene enhance tissue specific expression of the immunoglobulin light chain. DeVilliers teaches that enhancer sequences, in general, can be used successfully in the construction of vectors for the expression of cloned eukaryotic DNA *in vivo*( p. 6252, 1st paragraph). Therefore, one skilled in the art would have been motivated to use the sequences of Alt and Oi, in the construction of vectors for tissue specific expression of immunoglobulins. |
| said vector comprising an exon encoding said proteinaceous material or a precursor thereof and a promoter sequence, and recombined therewith, | Abstract; p. 6252, 2nd full paragraph, through p.6254, 1st full paragraph. | | Figure 1; p. 825, col. 2, 3rd full paragraph. | |
| tissue specific mammalian cellular enhancer element | P. 6258, 1st full paragraph; p. 6259, 1st paragraph teach an enhancer element. | P. 330, col. 2, 2nd full paragraph. | Abstract; p. 827, col. 2, 1st full paragraph, through p. 828, 1st full paragraph spanning col. 1-2; p. 829, col. 1, 3rd full paragraph. | |

RESTRICTED - CONFIDENTIAL

13

| Claim Elements | deVilliers et al., Nuc. Acids Res. 9:6251-64 (1981) | Alt et al., Nature 296:325-32 (1982) | Oi et al., Proc. Natl. Acad. Sci. USA, 80: 825-829 (1983) | Combination of References |
|---|---|---|---|---|
| at a site within an active region of said vector sufficiently close to said transcription unit to enhance production of mRNA independent of its orientation and position within said active region, | Abstract; p. 6252, 2nd full paragraph, through p.6254, 1st full paragraph. | | Abstract; Figure 3 and 4; p. 827, col. 2, 1st full paragraph, through p. 828, 1st full paragraph spanning col. 1-2. | |
| said tissue specific cellular enhancer element, when present in the endogenous genome of a cell from said selected tissue type, being operable naturally to increase production of an endogenous proteinaceous substance. | | P. 330, col. 2, 2nd full paragraph. | Abstract; Figure 3 and 4; p. 825, col. 1, 1st full paragraph; p. 827, col. 2, 1st full paragraph, through p. 828, 1st full paragraph spanning col. 1-2; p. 829, col. 1, 3rd paragraph. | |
| 11. The vector of claim 10 wherein said enhancer element, when present in the endogenous genome of a cell from said selected tissue type, functions to enhance the production of a proteinaceous substance selected from the group consisting of albumin, globulins, fibrinogen and hormones. | | P. 330, col. 2, 2nd full paragraph. | Abstract; Figure 3 and 4; , p. 825, col. 1, 1st full paragraph; p. 827, col. 2, 1st full paragraph, through p. 828, 1st full paragraph spanning col. 1-2. | DeVilliers teaches that the use of a polyoma virus enhancer element in expression vectors results in enhanced expression of the rabbit β-globin gene. Alt teaches that sequences in the $J_H$-Cμ intron of an immunoglobulin heavy chain gene are important for gene expression. Oi teaches that sequences in the immunoglobulin light chain gene enhance tissue specific expression of the immunoglobulin light chains. DeVilliers teaches that enhancer sequences, in general, can be used successfully in the construction of vectors for the expression of cloned eukaryotic DNA *in vivo* ( p. 6252, 1st paragraph). Therefore, one skilled in the art would have been motivated to use the sequences of Alt and Oi, in the construction of vectors for tissue specific expression of globulins. |

14

RESTRICTED - CONFIDENTIAL

| Claim Elements | deVilliers et al., Nuc. Acids Res. 9:6251-64 (1981) | Alt et al, Nature 296:325-32 (1982) | Oi et al, Proc. Natl. Acad. Sci. USA, 80: 825-829 (1983) | Combination of References |
|---|---|---|---|---|
| 12. The vector of claim 10 further comprising expressable DNA which corresponds to a gene coding for a selectable marker. | | | Abstract; Figure 1; p. 825, col. 2, 3rd full paragraph. | DeVilliers teaches that the use of a polyoma virus enhancer element in expression vectors results in enhanced expression of the rabbit ß-globin gene. Alt teaches that sequences in the J$_H$-Cμ intron of an immunoglobulin heavy chain gene are important for gene expression. Oi teaches that sequences in the immunoglobulin light chain gene enhance tissue specific expression of the immunoglobulin light chains. Oi further teaches vectors containing a selectable marker gene. DeVilliers teaches that enhancer sequences, in general, can be used successfully in the construction of vectors for the expression of cloned eukaryotic DNA *in vivo*( p. 6252, 1st paragraph). One skilled in the art would have been motivated to use the sequences of Alt and Oi, in the construction of vectors for tissue specific expression of immunoglobulins and to further include a selectable marker gene to select for transformed cells. |
| 13. The vector of claim 10 comprising a member selected from the group consisting of plasmids and viruses. | Abstract; p. 6252, 2nd full paragraph, through p.6254, 1st full paragraph. | | Figure 1; p. 825, col. 2, 3rd full paragraph. | DeVilliers teaches that the use of a polyoma enhancer element in expression *plasmid* vectors results in enhanced expression of the rabbit ß-globin gene. Alt teaches that sequences in the J$_H$-Cμ intron of an immunoglobulin heavy chain gene are important for gene expression. Oi teaches that *plasmid* vectors sequences in the immunoglobulin light chain gene enhance tissue specific expression of the immunoglobulin light chains. DeVilliers teaches that enhancer sequences, in general, can be used successfully in the construction of *plasmid* vectors for the expression of cloned eukaryotic DNA *in vivo* (p. 6252, 1st paragraph). One skilled in the art would have been motivated to use the sequences of Alt and Oi, in the construction of *plasmid* vectors for tissue specific expression of immunoglobulins. |

15

RESTRICTED - CONFIDENTIAL

| Claim Elements | deVilliers et al., Nuc. Acids Res. 9:6251-64 (1981) | Alt et al., Nature 296:325-32 (1982) | Oi et al., Proc. Natl. Acad. Sci. USA, 80: 825-829 (1983) | Combination of References |
|---|---|---|---|---|
| 15. The vector of claim 10 wherein said enhancer element, when present in the endogenous genome of a lymphoid cell, is operative naturally to enhance production of immunoglobulin. | | P. 330, col. 2, 2nd full paragraph. | Abstract; Figure 3 and 4; p. 825, col. 1, 1st full paragraph; p. 827, col. 2, 1st full paragraph, through p. 828, 1st full paragraph spanning col. 1-2 | DeVilliers teaches that the use of a polyoma enhancer element in expression plasmid vectors results in enhanced expression of the rabbit β-globin gene. Alt teaches that sequences in the JH-Cμ intron of an immunoglobulin heavy chain gene are important for gene expression. Oi teaches that sequences in the immunoglobulin light chain gene enhance tissue specific expression of the immunoglobulin light chains. DeVilliers teaches that enhancer sequences, in general, can be used successfully in the construction of plasmid vectors for the expression of cloned eukaryotic DNA *in vivo* (p. 6252, 1st paragraph). One skilled in the art would have been motivated to use the sequences of Alt and Oi, in the construction of plasmid vectors for tissue specific expression of immunoglobulins. |
| 17. The vector of claim 10 wherein said enhancer element comprises at least a portion of the nucleotide sequences set forth in FIG. 10. | | P. 330, col. 2, 2nd full paragraph. | Figure 1. | DeVilliers teaches that the use of a polyoma enhancer element in expression plasmid vectors results in enhanced expression of the rabbit β-globin gene. Alt teaches that sequences in the JH-Cμ intron of an immunoglobulin heavy chain gene are important for gene expression. Oi teaches that sequences in the immunoglobulin light chain gene enhance tissue specific expression of the immunoglobulin light chains. DeVilliers teaches that enhancer sequences can be used successfully in the construction of plasmid vectors for the expression of cloned eukaryotic DNA *in vivo*. One skilled in the art would have been motivated to use the sequences of Alt in the construction of plasmid vectors for tissue specific expression of immunoglobulins. |
| 18. A mammalian cell transformant for producing a proteinaceous material, said transformant comprising a genetically modified cell | Abstract; p. 6252, 2nd full paragraph, through p.6254, 1st full paragraph. | | Abstract, p. 825, col. 2, 4th full paragraph through p. 826, col. 2, 1st full paragraph. | DeVilliers teaches that the use of a polyoma virus enhancer element in expression vectors results in enhanced expression of the rabbit β-globin gene. Alt teaches that sequences in the JH-Cμ intron of an immunoglobulin heavy chain gene are important for gene expression. Oi teaches that sequences in the immunoglobulin light chain gene enhance tissue specific expression of the immunoglobulin light chain. DeVilliers |
| derived from a selected mammalian tissue type | | | P. 825, col. 2, 2nd full paragraph. | |

16

RESTRICTED - CONFIDENTIAL.

| Claim Elements | deVilliers et al., Nuc. Acids Res. 9:6251-64 (1981) | Alt et al., Nature 296:325-32 (1982) | Oi et al., Proc. Natl. Acad. Sci. USA, 80: 825-829 (1983) | Combination of References |
|---|---|---|---|---|
| containing a transfected DNA comprising: | Abstract; p. 6252, 2nd full paragraph, through p.6254, 1st full paragraph. | | P. 826, col. 2, 4th full paragraph, through p. 827, col. 1, 2nd full paragraph; Figure 2. | teaches that enhancer sequences, in general, can be used successfully in the construction of vectors for the expression of cloned eukaryotic DNA *in vivo* (p. 6252, 1st paragraph). Therefore, one skilled in the art would have been motivated to use the sequences of Alt and Oi, in the construction of vectors for tissue specific expression of immunoglobulins. |
| a transcription unit comprising an exon encoding said proteinaceous material or a precursor thereof and a promoter sequence; and, recombined therewith, tissue specific a mammalian cellular enhancer | Abstract; p. 6252, 2nd full paragraph, through p.6254, 1st full paragraph. | | Figure 1. | |
| | P. 6258, 1st paragraph, through p. 6259, 1st paragraph teaches enhancer elements | P. 330, col. 2, 2nd full paragraph. | Abstract; p. 827, col. 2, 1st full paragraph, through p. 828, 1st full paragraph spanning col. 1-2; p. 829, col. 1, 3rd full paragraph. | |
| at a site within an active region of said DNA sufficiently close to said transcription unit to enhance production of mRNA independent of orientation and position within said active region, | Abstract; p. 6252, 2nd full paragraph, through p.6254, 1st full paragraph. | | Abstract; Figure 3 and 4; p. 827, col. 2, 1st full paragraph, through p. 828, 1st full paragraph spanning col. 1-2. | |

17

RESTRICTED - CONFIDENTIAL

| Claim Elements | deVilliers et al., Nuc. Acids Res. 9:6251-64 (1981) | Alt et al., Nature 296:325-32 (1982) | Oi et al., Proc. Natl. Acad. Sci. USA, 80: 825-829 (1983) | Combination of References |
|---|---|---|---|---|
| said tissue specific cellular enhancer element, when present in the endogenous genome of a cell from said selected tissue type, being operative naturally to enhance production of an endogenous proteinaceous substance. | | P. 330, col. 2, 2nd full paragraph. | Abstract; Figure 3 and 4; p. 825, col. 1, 1st full paragraph; p. 827, col. 2, 1st full paragraph, through p. 828, 1st full paragraph spanning col. 1-2; p. 829, col. 1, 3rd paragraph. | |
| 19. The transformant of claim 18 wherein said enhancer element, when present in the endogenous genome of a cell from said selected tissue type, functions to enhance the production of a proteinaceous substance selected from the group consisting of albumin, globulins, fibrinogen, and hormones. | | P. 330, col. 2, 2nd full paragraph. | Abstract; Figure 3 and 4; p. 825, col. 1, 1st full paragraph; p. 827, col. 2, 1st full paragraph, through p. 828, 1st full paragraph spanning col. 1-2. | DeVilliers teaches that the use of a polyoma virus enhancer element in expression vectors results in enhanced expression of the rabbit β-globin gene. Alt teaches that sequences in the J$_H$-Cμ intron of an immunoglobulin heavy chain gene are important for gene expression. Oi teaches that sequences in the immunoglobulin light chain gene enhance tissue specific expression of the immunoglobulin light chains. DeVilliers teaches that enhancer sequences, in general, can be used successfully in the construction of vectors for the expression of cloned eukaryotic DNA *in vivo* (p. 6252, 1st paragraph). Therefore, one skilled in the art would have been motivated to use the sequences of Alt and Oi, in the construction of vectors for tissue specific expression of globulins. |

18

RESTRICTED - CONFIDENTIAL

| Claim Elements | deVilliers et al., Nuc. Acids Res. 9:6251-64 (1981) | Alt et al., Nature 296:325-32 (1982) | Oi et al., Proc. Natl. Acad. Sci. USA, 80: 825-829 (1983) | Combination of References |
|---|---|---|---|---|
| 20. The transformant of claim 18 wherein said genetically modified cell is a lymphoid cell and said enhancer element, when present in the endogenous genome of a lymphoid cell, enhances the production of an immunoglobulin. | | P. 330, col. 2, 2nd full paragraph. | Abstract; Figure 3 and 4; p. 825, col. 1, 1st full paragraph; p. 827, col. 2, 1st full paragraph, through p. 828, 1st full paragraph spanning col. 1-2. | DeVilliers teaches that the use of a polyoma enhancer element in expression plasmid vectors results in enhanced expression of the rabbit β-globin gene. Alt teaches that sequences in the J$_H$-Cµ intron of an immunoglobulin heavy chain gene are important for gene expression. Oi teaches that sequences in the immunoglobulin light chain gene enhance tissue specific expression of the immunoglobulin light chains. DeVilliers teaches that enhancer sequences, in general, can be used successfully in the construction of plasmid vectors for the expression of cloned eukaryotic DNA *in vivo* (p. 6252, 1st paragraph). One skilled in the art would have been motivated to use the sequences of Alt and Oi, in the construction of plasmid vectors for tissue specific expression of immunoglobulins. |
| 21. The transformant of claim 18 comprising a stably transformed cell. | | | P. 826, 4th full paragraph, through p. 827, col. 1, 2nd full paragraph; p. 827, col. 2, 1st full paragraph. | DeVilliers teaches that the use of a polyoma enhancer element in expression vectors results in enhanced expression of the rabbit β-globin gene. Alt teaches that sequences in the J$_H$-Cµ intron of an immunoglobulin heavy chain gene are important for gene expression. Oi teaches that sequences in the immunoglobulin light chain gene enhance tissue specific expression of the immunoglobulin light chains. Oi further teaches vectors containing a selectable marker gene and that such vectors may be used to obtain stably transformed cells. DeVilliers teaches that enhancer sequences, in general, can be used successfully in the construction of vectors for the expression of cloned eukaryotic DNA *in vivo* (p. 6252, 1st paragraph). One skilled in the art would have been motivated to use the sequences of Alt and Oi, in the construction of vectors for tissue specific expression of immunoglobulins, and to further include a selectable marker gene to select for stably transformed cells. |

19

RESTRICTED - CONFIDENTIAL

| Claim Elements | deVilliers et al., Nuc. Acids Res. 9:6251-64 (1981) | Alt et al., Nature 296:325-32 (1982) | Oi et al., Proc. Natl. Acad. Sci. USA, 80: 825-829 (1983) | Combination of References |
|---|---|---|---|---|
| 22. The transformant of claim 20 wherein said enhancer element comprises at least a portion of the nucleotide sequences set forth in FIG. 10. | | P. 330, col. 2, 2nd full paragraph. | Figure 1. | DeVilliers teaches that the use of a polyoma enhancer element in expression plasmid vectors results in enhanced expression of the rabbit β-globin gene. Alt teaches that sequences in the $J_H$-Cμ intron of an immunoglobulin heavy chain gene are important for gene expression. Oi teaches that sequences in the immunoglobulin light chain gene enhance tissue specific expression of the immunoglobulin light chains. DeVilliers teaches that enhancer sequences can be used successfully in the construction of plasmid vectors for the expression of cloned eukaryotic DNA *in vivo*. One skilled in the art would have been motivated to use the sequences of Alt in the construction of plasmid vectors for tissue specific expression of immunoglobulins. |

20

RESTRICTED - CONFIDENTIAL

In addition, claims 10-13, 15, and 17-22 are invalid for failure to meet the written description requirement of 35 U.S.C. § 112, first paragraph. The specification does not provide adequate *written description* of the invention in such full, clear, concise and exact terms to enable any person skilled in the art to carry out the invention. More specifically, for example:

a.      Claims 10-13, 15 and 17 all require a "tissue specific mammalian cellular enhancer element". The specification only discusses one such element, yet the claim is directed to all tissue specific mammalian cellular elements.

b.      Claims 10-13, 15, and 17 are directed to all tissue types, despite the fact that the specification only discusses an enhancer element for only one tissue type.

c.      Claims 10, 12, 13, 15 and 17 are directed to enhancer elements that enhance expression of any proteinaceous substances, yet the specification only discusses one proteinaceous element.

d.      Claim 11 limits the expressed proteinaceous substance to four different classes of protein, yet the specification only discusses one protein.

e.      Claims 10-13, 15 and 17 all claim all enhancer elements, regardless of their actual nucleotide sequence. No information regarding the enhancer element is provided other than its functional characteristics.

f.      Claim 17 is directed to all enhancer elements which happen to contain any "portion of the nucleotide sequences" in Figure 10. Figure 10 is stated in the patent specification to possibly contain an enhancer element, but it is not identified where in the 997-nucleotide long sequence the enhancer element is located. Accordingly, the claim is

invalid for lack of written description as there is no identification of which portions of Figure 10 are part of the alleged invention and which are not.

g.    Claim 12 is directed to all genes encoding for selectable markers, however the specification only discusses two selectable marker genes.

h.    Claim 13 is directed to all vectors which are plasmids or viruses. However, the specification only discusses two vectors, both of which are plasmid vectors (pSV2gpt and pSER).

i.    Claim 15 is directed to all enhancers which are "operative naturally to enhance production of immunoglobulin", however the specification only discusses one enhancer which functions to only produce one particular heavy chain immunoglobulin.

j.    Claims 18-22 all require a "tissue specific mammalian cellular enhancer element". The specification only discusses one such element, yet the claim is directed to all tissue specific mammalian cellular elements.

k.    Claims 18, 19, 21, and 22 are directed to all tissue types, despite the fact that the specification only discusses an enhancer element for one tissue type.

l.    Claims 18 and 20-22 are directed to enhancer elements that enhance expression of any proteinaceous substances, yet the specification only discusses one proteinaceous element.

m.    Claim 19 limits the expressed proteinaceous substance to four different classes of protein, yet the specification only discusses one protein.

n.    Claims 18-22 all claim all enhancer elements, regardless of their actual nucleotide sequence. No information regarding the enhancer element is provided other than its functional characteristics.

o.    Claim 22 is directed to all enhancer elements which happen to contain any "portion of the nucleotide sequences" in Figure 10. Figure 10 is stated in the patent specification to possibly contain an enhancer element, but it is not identified where in the 997-nucleotide long sequence the enhancer element is located. Accordingly, the claim is invalid for lack of written description as there is no identification of which portions of Figure 10 are part of the alleged invention and which are not.

p.    Claim 20 is directed to all enhancers which are "operative naturally to enhance production of immunoglobulin", however the specification only discusses one enhancer which functions to only produce one particular heavy chain immunoglobulin.

Claims 10-13, 15, and 17-22 also are invalid for failure to meet the enablement requirements of 35 U.S.C. § 112, first paragraph. The specification does not provide adequate written description of the invention in such full, clear, concise and exact terms to *enable* any person skilled in the art to carry out the invention. More specifically, for example:

i.    Claims 10-13, 15 and 17 all require a "tissue specific mammalian cellular enhancer element". The specification only discusses one such element, yet the claim is directed to all tissue specific mammalian cellular elements. Accordingly, one of ordinary skill in the art is not provided with sufficient information to practice the full scope of these claims without undue experimentation.

ii.    Claims 10-13, 15, and 17 are directed to all tissue types, despite the fact that the specification only discusses an enhancer element for one tissue type. Accordingly, one of ordinary skill in the art is not provided with sufficient information to practice the full scope of these claims without undue experimentation.