UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS INSTITUTE OF TECHNOLOGY and REPLIGEN CORPORATION,<br><br>       Plaintiffs,<br><br>  v.<br><br>IMCLONE SYSTEMS, INC.,<br><br>       Defendant. | Civil Action No. 04-10884-RGS |

**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR MODIFICATION AND ENFORCEMENT OF THE PROTECTIVE ORDER**

**PLEASE TAKE NOTICE** that for the reasons detailed in the accompanying Memorandum of Reasons In Support of Plaintiffs' Motion for Modification and Enforcement of the Protective Order and Declarations of Michael J. Kane, Fred Nemeth, and Karin Rivard, Plaintiffs Massachusetts Institute of Technology and Repligen Corporation move the Court to modify the Protective Order to allow Mr. Fred Nemeth and Ms. Karin Rivard access to ImClone's discovery production in its entirety, including material designated as RESTRICTED CONFIDENTIAL.  Plaintiffs further move the Court to order ImClone to redesignate production documents, deposition transcripts, and discovery responses in accordance with the Protective Order and limit the designation "RESTRICTED CONFIDENTIAL" to documents and information that constitute "proprietary technical information, financial data, business plans and marketing information" within 10 days of issuance of the Order.

## REQUEST FOR ORAL ARGUMENT

Plaintiffs Massachusetts Institute of Technology and Repligen Corporation hereby request oral argument on Plaintiffs' Third Motion to Compel Discovery From ImClone.

## LR 7.1(a)(2) and 37.1(b) CERTIFICATION

Pursuant to LR 7.1(a)(2) and 37.1(b), Plaintiffs certify that the parties have made a good faith effort through telephonic conferences and written correspondence, as detailed in the accompanying Memorandum, to resolve and narrow the dispute presented in this motion and have been unable to resolve the matters set forth herein.

Dated: September 2, 2005

/s/ Michael J. Kane
Michael J. Kane (*pro hac vice*)
3300 Dain Rauscher Plaza
60 South Sixth Street
Minneapolis, MN 55402
Telephone: (612) 335-5070
Facsimile: (612) 288-9696

*Of Counsel*:

| | | |
|---|---|---|
| Gregory A. Madera | Jonathan E. Singer | Juanita Brooks |
| FISH & RICHARDSON P.C. | John C. Adkisson | FISH & RICHARDSON P.C. |
| 225 Franklin Street | Chad A. Hanson | 12390 El Camino Real |
| Boston, MA 02110-2804 | William R. Woodford | San Diego, CA 92130 |
| Telephone: (617) 542-5070 | FISH & RICHARDSON P.C., P.A. | Telephone: (858) 678-5070 |
| Facsimile: (617) 542-8906 | 3300 Dain Rauscher Plaza | |
| | 60 South Sixth Street | |
| | Minneapolis, Minnesota 55402 | |
| | Telephone: (612) 335-5070 | |
| | Facsimile: (612) 288-9696 | |

*Attorneys for Plaintiffs Massachusetts Institute of Technology & Repligen Corporation*

60311893.1.doc