UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS INSTITUTE OF TECHNOLOGY and REPLIGEN CORPORATION,<br><br>        Plaintiffs,<br><br>   v.<br><br>IMCLONE SYSTEMS, INC.,<br><br>        Defendant. | Civil Action No. 04-10884-RGS |

**DECLARATION OF MICHAEL J. KANE IN SUPPORT OF PLAINTIFFS' MOTION FOR MODIFICATION AND ENFORCEMENT OF THE PROTECTIVE ORDER**

I, Michael J. Kane, declare and state as follows:

1. I am an attorney in the law firm of Fish & Richardson P.C., P.A. and I am counsel for Plaintiffs Massachusetts Institute of Technology and Repligen Corporation.

2. In October 2004, the parties negotiated the terms of a Protective Order that was ultimately adopted by the Court in this case. As a compromise, and with the belief and understanding that ImClone would designate its documents in good faith, Plaintiffs agreed to ImClone's proposal that the RESTRICTED CONFIDENTIAL designation only be reserved for proprietary technical information, financial data, business plans and marketing information. Attached hereto as Exhibit A is a true and correct copy of an email from Michael Kane to Michael Loughnane dated October 26, 2004 regarding the negotiation of the Protective Order.

3. Attached hereto as Exhibit B is a true and correct copy of the Stipulated Protective Order and Order Thereon, dated December 10, 2004.

4.	Counsel for the parties conducted a meet and confer on July 27, 2005. Present on the call were John Adkisson, William Woodford, and myself on behalf of Plaintiffs and Mike Loughnane, Paul Richter Jr., Antony Pfeffer, and Anthony Giaccio on behalf of ImClone. To avoid filing discovery motions at this very late stage of the case and in an effort efficiently resolve the dispute between the parties, counsel for Plaintiffs suggested that the parties allow a two in-house counsel for each side access to the other side's discovery production in its entirety. At that time, counsel for ImClone stated that they would consult with their client and get back to Plaintiffs' counsel.

5.	Attached hereto as Exhibit C is a true and correct copy of an email string between John Adkisson to Antony Pfeffer, dated August 12, 2005 that followed up on the July 27, 2005 meet and confer.

6.	Attached hereto as Exhibit D is a true and correct copy of an email string between William Woodford and Antony Pfeffer, dated August 25, 2005 through August 29, 2005.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:  September 2, 2005		/s/ Michael J. Kane
			Michael J. Kane

Kane Decl.doc

2