A

| From: | Michael Kane |
| --- | --- |
| Sent: | Tuesday, October 26, 2004 10:13 AM |
| To: | 'Loughnane, Michael' |
| Subject: | RE: PROTECTIVE ORDER |

Mike,

Thank you for the draft order. In general, we can agree to a two-tier system with some modifications. First, in-house persons with access to CONFIDENTIAL information under 4(g) should be required to execute an ACKNOWLEDGEMENT. Second, we should include a description of documents that will be designated RESTRICTED CONFIDENTIAL. Otherwise, the tendency is to mark everything RESTRICTED CONFIDENTIAL effectively resulting in a one-tier system. In our previous converstations regarding the need for a RESTRICTED CONFIDENTIAL designation, you stated that ImClone was concerned about secret manufacturing processes and did not want MIT or Repligen people to see information relating to those processes. As we discussed, this concern might be minimized or eliminated if ImClone is willing to enter into a stipulation that all of the C225 produced by ImClone was produced using the cell line obtained from NCI. As you pointed out, this could also reduce the discovery burden on ImClone. We should discuss ImClone's position on such a stipulation.

Also, please let me know when you are available to meet and confer regarding ImClone's discovery responses pursuant to LR 37.1(a). At a minimum, ImClone needs to supplement its responses to Interogatory Nos. 1 and 9. Also, ImClone's document production is clearly deficient. For example, ImClone has not produced its agreements with BMS, Merck, or Lonza. Similarly, ImClone has not produced any information relating to patent applications. It appears many other categories of documents have not been produced and no privilege log has been provided. Please give me times when you are available for a discovery conference.

Michael J. Kane
Intellectual Property Attorney
~ Fish & Richardson P.C., P.A.    www.fr.com
3300 Dain Rauscher Plaza          tel (612)337-2502
60 South Sixth Street             fax (612)288-9696
Minneapolis, Minnesota 55402      kane@fr.com

This e-mail message is intended for the sole use of the intended recipient(s) and may contain information that is confidential, privileged and/or attorneys' work product. Any review or distribution by any other person is prohibited. If you are not an intended recipient, please immediately contact the sender and delete all copies.