UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS INSTITUTE OF TECHNOLOGY and REPLIGEN CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>IMCLONE SYSTEMS, INC.,<br><br>Defendant. | Civil Action No. 04-10884-RGS |

**DECLARATION OF FRED H. NEMETH IN SUPPORT OF PLAINTIFFS' MOTION FOR MODIFICATION AND ENFORCEMENT OF THE PROTECTIVE ORDER**

I, Fred H. Nemeth, declare and state as follows:

1. I am the Associate General Counsel for Repligen Corporation ("Repligen"). I am admitted to practice before, and am a member in good standing of, the bars of the Commonwealths of Massachusetts and Pennsylvania. I am also admitted to practice before the following federal courts: First Circuit Court of Appeals, Third Circuit Court of Appeals, District of Massachusetts, and Eastern District of Pennsylvania.

2. In my capacity as Associate General Counsel for Repligen, I regularly serve as litigation counsel and assist the Company in overseeing litigation activities. In this regard, I am frequently responsible for developing Repligen's litigation and settlement strategy, retaining and managing outside counsel, and supervising litigation activities.

3. I am also required to assess the strength of Repligen's position in litigation, and to use that assessment to provide legal advice to Repligen management. In performing these duties, it is important for me to understand the positions being advocated by parties adverse to Repligen, to understand the products or processes that Repligen has accused of infringing Repligen's

patents or other intellectual property rights, and to understand the damages information and positions advocated by Repligen's litigation opponents. Such information is necessary not only to formulate Repligen's litigation strategies and tactics, but also to develop Repligen's settlement position and to advise Repligen management as to litigation risks and settlement opportunities.

4.  I have been involved in managing the above-captioned litigation between Plaintiffs and ImClone Systems, Inc. ("ImClone") on behalf of Repligen. However, my ability to manage this litigation, and to advise Repligen management as to Repligen's litigation and settlement position, have been impaired by my inability to see both technical and financial information that ImClone has over-designated as "RESTRICTED CONFIDENTIAL."

5.  In order to discharge my legal duties to represent Repligen, I request access to Restricted Confidential information under the terms of the Protective Order entered in the above-captioned litigation.

6.  I have never violated a Protective Order, nor have I ever even been accused of violating a Protective Order.

7.  In my capacity as Associate General Counsel for Repligen, I have not been, and will not be, involved in research and development, product pricing, sales, marketing, or setting competitive strategies. In addition, I have not been, and will not be, involved in preparing or prosecuting patent applications on behalf of Repligen. My duties and responsibilities with respect to Repligen are limited to providing legal advice, including litigation and dispute risk management, contract drafting and review. I have not, and will not, perform any business functions for the Company.

8.  Part of my responsibilities include keeping Repligen management apprised of developments in litigation involving Repligen, including this case. I examine the merits of cases

involving Repligen, evaluate the services being provided to Repligen by outside counsel, and provide legal advice concerning Repligen-related litigation to Repligen management. Once again, my lack of access to information that ImClone has designated as "RESTRICTED CONFIDENTIAL" has hindered my abilities to provide legal advice regarding this case. If, for example, an offer were to be made to settle this case, I would be expected to make a recommendation on whether to accept that offer to senior Repligen executives, and I would find it extremely difficult to do so without more information about ImClone's infringing inventory and sales than I currently possess.

    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: August 25, 2005

_____
Fred H. Nemeth