UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS INSTITUTE OF TECHNOLOGY and REPLIGEN CORPORATION,<br><br>   Plaintiffs,<br><br>  v.<br><br>IMCLONE SYSTEMS, INC.,<br><br>   Defendant. | Civil Action No. 04-10884-RGS |

**PLAINTIFFS' ASSENTED-TO MOTION FOR AN EXTENSION OF TIME TO RESPOND TO IMCLONE'S MOTION FOR SUMMARY JUDGMENT**

  Plaintiffs Massachusetts Institute of Technology and Repligen Corporation hereby move, with the assent of Defendant ImClone Systems, Inc., to extend the deadline for Plaintiffs to respond to ImClone's Motion for Summary Judgment of Non-Infringement Due to Patent Exhaustion (Docket #73) until September 14, 2005.  Plaintiffs' response is presently due September 7, 2005.

  Pursuant to Fed. R. Civ. P. 6(b), this Court may, in its discretion, enlarge time periods prescribed by the rules.  This motion for extension of time is not interposed for purposes of delay, and no prejudice will result from granting this motion.

  WHEREFORE, Plaintiffs respectfully request that the Court grant this assented-to motion for extension of time, until September 14, 2005, by which Plaintiffs may respond to the above-referenced motion.

Dated: September 2, 2005               FISH & RICHARDSON P.C., P.A.

/s/ Michael J. Kane
Michael J. Kane (*pro hac vice*)
3300 Dain Rauscher Plaza
60 South Sixth Street
Minneapolis, MN 55402
Telephone: (612) 335-5070
Facsimile: (612) 288-9696

*Of Counsel*:

| Gregory A. Madera | Jonathan E. Singer | Juanita Brooks |
|---|---|---|
| FISH & RICHARDSON P.C. | Chad A. Hanson | FISH & RICHARDSON P.C. |
| 225 Franklin Street | William R. Woodford | 12390 El Camino Real |
| Boston, MA 02110-2804 | FISH & RICHARDSON P.C., P.A. | San Diego, CA 92130 |
| Telephone: (617) 542-5070 | 3300 Dain Rauscher Plaza | Telephone: (858) 678-5070 |
| Facsimile: (617) 542-8906 | 60 South Sixth Street | |
| | Minneapolis, Minnesota 55402 | |
| | Telephone: (612) 335-5070 | |
| | Facsimile: (612) 288-9696 | |

*Attorneys for Plaintiffs Massachusetts Institute of Technology & Repligen Corporation*

60313102.doc