UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS INSTITUTE OF TECHNOLOGY and REPLIGEN CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>IMCLONE SYSTEMS, INC.,<br><br>Defendant. | Civil Action No. 04-10884-RGS |

**PLAINTIFFS' SUMMARY JUDGMENT MOTION ON
THE ISSUE OF PATENT EXHAUSTION**

**PLEASE TAKE NOTICE** that for the reasons detailed in the accompanying Memorandum in Opposition to ImClone's Motion for Summary Judgment and in Support of Plaintiffs' Cross-Motion for Summary Judgment that Plaintiffs' Patent Rights Have Not Been Exhausted and accompanying Declarations of William R. Woodford, Karen Hersey and Howard W. Bremer, Plaintiffs Massachusetts Institute of Technology and Repligen Corporation hereby move the Court to:  (1) enter summary judgment in favor of Plaintiffs that Plaintiffs' rights in United States Patent No. 4,663,281 have not been exhausted; and (2) deny Defendant ImClone Systems, Inc.'s Motion for Summary Judgment of Noninfringement due to Patent Exhaustion.

**REQUEST FOR ORAL ARGUMENT**

Plaintiffs Massachusetts Institute of Technology and Repligen Corporation hereby request oral argument on Plaintiffs' Cross-Motion for Summary Judgment that Plaintiffs' Patent Rights Have Not Been Exhausted and ImClone's Motion for Summary Judgment of Noninfringement due to Patent Exhaustion.

## LR 7.1(a)(2) and 37.1(b) CERTIFICATION

Pursuant to LR 7.1(a)(2) and 37.1(b), Plaintiffs certify that the parties have made a good faith effort to resolve and narrow the dispute presented in this motion and have been unable to resolve the matters set forth herein.

Dated:  September 14, 2005                              FISH & RICHARDSON P.C., P.A.


s/ William R. Woodford
William R. Woodford (*pro hac vice*)
3300 Dain Rauscher Plaza
60 South Sixth Street
Minneapolis, MN 55402
Telephone:  (612) 335-5070
Facsimile:  (612) 288-9696

*Of Counsel*:

| Gregory A. Madera | Jonathan E. Singer | Juanita Brooks |
| FISH & RICHARDSON P.C. | Michael J. Kane | FISH & RICHARDSON P.C. |
| 225 Franklin Street | Chad A. Hanson | 12390 El Camino Real |
| Boston, MA 02110-2804 | FISH & RICHARDSON P.C., P.A. | San Diego, CA 92130 |
| Telephone:  (617) 542-5070 | 3300 Dain Rauscher Plaza | Telephone:  (858) 678-5070 |
| Facsimile:  (617) 542-8906 | 60 South Sixth Street | |
|  | Minneapolis, Minnesota 55402 | |
|  | Telephone:  (612) 335-5070 | |
|  | Facsimile:  (612) 288-9696 | |

*Attorneys for Plaintiffs Massachusetts Institute of Technology & Repligen Corporation*

60314390.doc