# Ex. A

### RESUME

| | |
|---|---|
| **Name:** | Howard W. Bremer |
| **Business Address:** | WISCONSIN ALUMNI RESEARCH FOUNDATION |
| | 614 Walnut Street, Madison, WI 53705 |
| | Tel: 608-263-2831 |
| **Home Address:** | 1106 Brookwood Road, Madison, WI 53711 |
| | Tel: 608-271-4638 |

**Education:**

| | |
|---|---|
| B.S., Chemical Engineering, University of Wisconsin | -1944 |
| L.L.B., University of Wisconsin | -1949 |

**Admissions to Practice:**

| | |
|---|---|
| State Bar of Wisconsin | -1949 |
| U.S. Patent and Trademark Office | -1954 |
| Supreme Court of the United States | -1957 |
| Court of Appeals for the Federal Circuit (formerly Court of Customs and Patent Appeals) | -1959 |
| District Court (So. Dist. of Ohio) | -1960 |

**Military:**

| | |
|---|---|
| U.S. Navy | -1944-46 |

**Employment:**

| | |
|---|---|
| Patent Attorney, The Procter & Gamble Co. | -1949-60 |
| Patent Counsel, Wisconsin Alumni Research Foundation | -1960-88 |
| Consultant | -1988- |

### Professional Memberships and Activities:

Patent, Trademark & Copyright Section, State Bar of Wisconsin

| | |
|---|---|
| Secretary | -1965-66 |
| Vice Chairman | -1966-67 |
| Chairman | -1967-68 and 1979-80 |
| Council Member | -1977-79 |

Wisconsin Intellectual Property Law Association

| | |
|---|---|
| Council Member | -1981-82 |
| Bd. of Directors | -1981-83 |
| President Elect | -1988-89 |
| President | -1989-90 |
| Bd. of Directors | -1990-91 |

Council on Governmental Relations (COGR)

| | |
|---|---|
| Patent, Trademark & Copyright Committee | -1975-85 |
| COGR Intellectual Property Advisory Group | -1987-90 |
| Member - Grants and Contracts Policies Committee | -1990-93 |

Association of University Technology Managers (AUTM) formerly Society of University Patent Administrator (SUPA)

| | |
|---|---|
| Trustee | -1977-78 |
| President | -1978-80 |
| Trustee | -1980-82 |
| Trustee | -1985-87 |
| Committee Chairs  - | Public Affairs Past Presidents |
| Editorial Advisory Board - | AUTM Journal |

International Advisory Board Member - Industry and Higher Education (Periodical) London, U.K.

Advisory Panel Member - Office of Technology Assessment - Assessment of commercial development of biotechnology:

November 8, 1981 - September 30, 1982
October 1, 1982 - August 31, 1983

Alternate Member, Advisory Commission on Patent Law Reform:

March 1991 - August 1992

American Bar Association

| | |
|---|---|
| Chairman - | Special Committee on University Intellectual Property Law ABA Years 1993/94, 1994/95 |
| Chairman - | Committee on Government Relations to Patents ABA Year 1995/96, 1996/97 |
| Chairman - | Committee on Cooperation with Foreign Patent Office ABA Year 1997/98, 1998/99 |
| Chairman- | Committee on Inventors ABA Year 1999-2000, 2000-2001 |

American Intellectual Property Law Association

| | |
|---|---|
| Chairman - | University Relations Committee 1996/97, 1997/98, 1998/99 |

2

**Awards/Recognitions:**

Bayh-Dole Award 1980 (AUTM)

Honorary Recognition Award – University of Wisconsin, College of Agricultural
  and Life Sciences, 2000

Five yearly scholarships offered by the Association of University Technology
Managers (AUTM) entitled the "Howard W. Bremer Scholarship" to attend the
Annual Meeting of the organization.

**Papers Presented:**

Testimony at ERDA Hearing, Germantown, Maryland - November 18-19, 1975.

Statement on Behalf of the American Council on Education Before the Subcommittee
on Banking, Currency and Housing - June 1976.

Statement on Behalf of the National Association of College and University Business
Officers Before the National Commission for the Protection of Human Subjects of
Biomedical and Behavioral Research - December 11, 1976.

Property Rights and the Development of Medical Technology - Report
Prepared for the Committee on Technology and Health Care, National Academy of
Science - August 1977.

University Technology Transfer - Publish and Perish - Presented at Patent Policy
Symposium of the American Chemical Society, Anaheim, California,
March 13-14, 1978.

University Policies to Promote Invention Transfer - Conference on Development of
Therapeutic Agents Found With Government Support - National Institute of General
Medical Sciences of the National Institutes of Health, Bethesda, Maryland,
May 31, 1978.

Institutional Patent Agreements for Universities - Statement Before the Monopoly and
Anticompetitive Activities Subcommittee Senate Small Business Committee,
June 20, 1978.

Public Patents - Public Benefit - Synonyms or Antonyms? - Wisconsin State Bar
Mid-Winter Meeting, Pfister Hotel, Milwaukee, Wisconsin - January 26, 1979.

*Academia - A Prospective Business Partner - Talk given at Eastern Regional Meeting on the Licensing Executives Society - April 27, 1979.*

*Statement on University and Small Business Patent Procedures Act, S. 414 before the Subcommittee on the Constitution, Committee on the Judiciary - June 6, 1979.*

*Statement on University and Small Business Patent Procedures Act, H.R. 2414, and Other Proposed Innovation-And Patent-Related Legislation before the Subcommittee on Courts, Civil Liberties and the Administration of Justice of the Committee on the Judiciary - April 17, 1980.*

*Patent Policies for Government-Supported Research - Seminar on Comparative Studies of Policies and Practices for Basic and Applied Science in Japan and the United States, Honolulu, Hawaii - August 24, 1981.*

*Technology Transfer and PL 96-517 - Energy Bureau Inc. Conference on Genetic Engineering in Food and Agriculture - December 6, 1982.*

*Research Applications and Technology Transfer - Talk given at Industry/ University/Government Laboratory Research Corporation for Economics Growth Workshop - November 30, 1984.*

*Commentary on Rosenzweig Paper entitled "Research as Intellectual Property: Influences Within the University" - Published in Science, Technology, Human Values, Vol. 10, Issue 2, Spring 1985, No. 51.*

*"University Technology Transfer: Where have we been? Where are we going?" - Published in <u>Journal of the Association of University Technology Managers,</u> Vol. 1, No. 1 - Spring 1989.*

*"Trends in Intellectual Property Law", Howard W. Bremer, Kathleen R. Terry, and Warren D. Woessner.  <u>Journal of the Association of University Technology Managers,</u> Vol. II, 1990.*

*"The Impediments to Technology Transfer from the Higher Education Sector.  The Education and Training Requirements for their Removal".  <u>World Patent Information,</u> Vol. 12, No. 3, 1990 (a joint periodical of the Commission of the European communities and the World Intellectual Property Organization).  Maxwell Online Inc. at Pergamon Press plc.*

*Statement on H.R. 1613, To Authorize Appropriations for the Patent and Trademark Office before the Subcommittee on Intellectual Property and Judicial Administration of The Committee on the Judiciary - May 8, 1991.*

*Statement on S.2605 and H.R. 4978, "Patent System Harmonization Act of 1992," April 30, 1992 before a joint hearing of the Subcommittee on Patents, Copyright and Trademark of the Committee on the Judiciary, U.S. Senate and the Subcommittee on Intellectual Property and Judicial Administration of the Committee on the Judiciary, U.S. House of Representatives.*

*"Prior User Rights - Con" International Town Meeting on Harmonization of Patent Laws, The John Marshall Law School, Center for Intellectual Property Law, May 7-8, 1992, Chicago, Illinois*

*Testimony on the Effectiveness of the Bayh-Dole Act - Journal of the Association of University Technology Managers, Volume V, pp. 27-35, 1993. (Presented on behalf of the Council on Governmental Relations at hearings of the Department of Commerce, October 25, 1993.*

*Testimony on the Bayh-Dole Act: A Review of Patent Issues in Federally Funded Research before the Subcommittee on Patents, Copyrights and Trademarks, Committee on the Judiciary United States Senate on April 19, 1994. (Presented on behalf of the Association of University Technology Managers and Council on Governmental Relations.)*

*"Do the Results of University Research Benefit National Industries—in the United States" a paper given at Patinnova '94. Proceedings of the Third European Congress on Innovation, Management and Patents, 2-4 June 1994, Copenhagen Denmark.*

*History of Laws and Regulations Affecting the Transfer of Intellectual Property", Association of University Technology Managers, AUTM Manual, Volume III, Chapter 2, 1995. (Revision 2001)*

*Technology Transfer from Universities in the United States—Presented to Japanese Patent Office, February 1999—to be published in Patent Studies No. 28, Journal of the Japan Patent Office, September 1999.*

*"The Autonomous University"—Presented at the Capstone Symposium for the Centennial Celebration of Graduate Education, Research and Creative Activity. University of Nebraska, Lincoln, Nebraska, April 13, 2000. ("The Kept University vs. The Autonomous*

*University and Trends in Funding and Graduate Education"*)

*"The First Two Decades of the Bayh-Dole Act as Public Policy".  Presentation to the National Association of State Universities and Land Grant Colleges, November 11, 2001, Washington, D.C.  Available on the NASULGC website:  www.NASULG.org*

*"What do we Gain and What do we Lose with Patent Harmonization? A University Perspective".  Presentations at nationwide seminar by University of Washington School of Law – Center for Advanced Study & Research on Intellectual Property, December 10, 2001, New York; December 12, 2001, Chicago; December 14, 2001, Berkeley, California. (posted on AUTM and CASRIP websites:  www.autm.org and www.law.washington.edu/CASRIP.*

*"Technology Transfer – the American Way" Presentation at International Licensing Seminar 2003, Tokyo, Japan, January 28, 2003*

*"Managing legal issues and litigation in academic patenting" – Presentation at High level Seminar on Intellectual Property Rights Issues Related to Public Research Institutions, Beijing, China   April 22-23, 2004*

*"University Technology Transfer in the United States – A Learning Experience" – presentation at the International Symposium on University Technology Transfer and Entrepreneurial Activities.  Tokyo Medical and Dental Universities, Tokyo, Japan, February 10, 2005*

### PRIOR SERVICE AS EXPERT WITNESS

A.    To Deposition Stage Only

1.    _Marquip Inc. v. Fosber America Inc._, District Court, Western District of Wisconsin, Case No. 96-C-726-S. Deposition: 14 February 1997, Madison, Wisconsin.

2.    _NTL Processing Inc. v. Medical College of Wisconsin_, Case No. 92-CV-796. Circuit Court, Waukesha, Wisconsin. Deposition: 20 July 1997, Madison, Wisconsin.

3.    _Picker International, Inc. v. Mayo Foundation, et al._, Case No. 1:95 CV 2028 U.S. District court, Northern District of Ohio Deposition: 22 May 1998, Milwaukee, Wisconsin.

4.    _Pavel Sebor, an individual, v. Dieter J. Rief, D/B/A Rief Designs_, an individual. Case No.: CI 92-6128 Circuit Court of the Ninth Judicial Circuit, in and for Orange County, Florida. Deposition:  5 December 1998, Orlando, Florida.

5.    _The Regents of the University of California, v. Genentech, Inc._  Case No: C-90-2232 CAL U.S. District court, Northern District of California.  Deposition: February 11, 1998, Chicago, IL: October 15, 1999, San Francisco, CA.

6.    _Dhuler et al v. MCNC, Wood et al v. MCNC_ Civil Action No. 00-CVS-1233, Civil Action No. 00-CVS-12334, State of North Carolina, County of Wake, General Court of Justice Superior Court Division, Deposition:  January 17, 2002.

7.    _Bayer AG and Bayer Corp. v. Housey Pharmaceuticals, Inc._  Civil Action No. 01-148-SLR U.S. District Court for the District of Delaware – Deposition July 24, 2002.  Chicago, IL.

8.    _Proneuron v. the Regnents of the University of California_, Superior Court of the State of California, county of San Diego, Case No. GIC 769430, February 26, 2003.

B.    At trial

1.    _Orion Corporation v. BioTie Therapies_ Markka Jalkanen and Sirpa Jalkanen. District Court of Helsinki, Helsinki, Finland.  January 24, 2002.

2.    _NOMOS Corporation, Inc. v. ZMED, Inc._  U.S. District court, District of Massachusetts, Boston, Massachusetts.  Civil Action No. 01-CV-10765 MEL. October 1, 2002.  Deposition taken September 30, 2002.

BIOGRAPHICAL SKETCH
Of
**Howard W. Bremer**

Howard Bremer holds degrees in Chemical Engineering and Law from the University of Wisconsin-Madison.  He has been admitted to membership in the bars of the United States Supreme Court, the Court of Appeals for the Federal Circuit, the District Court for the Southern District of Ohio, and the State of Wisconsin.  He has also been admitted to practice before the Patent and Trademark Office.  He has been active in the Patent Law Section of the State Bar of Wisconsin, serving as its Chairman on two separate occasions and has been President of the Wisconsin Intellectual Property Law Association.  He has also been and continues to be active in the Association of University Technology Managers (AUTM) having served both as its President and several times as a Trustee of the Association. He has also served as Chairman of various committees in both the American Bar Association – Section on Intellectual Property Law and the American Intellectual Property Law Association.  He has engaged in legislative activities involving intellectual property matters, offering testimony in hearings before numerous Congressional committees and Federal agencies and served on the National Advisory Commission on Patent Law Reform.  He served as a member of the Patent Division of the Procter and Gamble Company for 12 years and then as Patent Counsel for the Wisconsin Alumni Research Foundation for 28 years.  He currently functions as a consultant in patent, licensing and technology transfer matters.