# Ex. A

**Karen Hersey, LL.B.**
**Attorney-at-Law**
**Principal, Partneringworks, Inc.**

**Education**:  Goucher College, BA
Boston University School of Law, LL.B.

**Current Professional Activities**:
- Principal, Partneringworks, Inc. . . . "consulting to universities and industry ………. on technology transfer"
- Visiting Professor of Law, Franklin Pierce Law Center

**Previous Professional History**: (1980-2002)

- Senior Counsel for Intellectual Property, Massachusetts Institute of Technology and MIT/Lincoln Laboratory
- Director, Office of Technology Administration, North Carolina State University
- Staff Counsel, Office of Sponsored Programs, Massachusetts Institute of Technology
- Technology Licensing Officer, Massachusetts Institute of Technology

**Other Professional Activities:**

- Electronic Licensing Trainer, Association of Research Libraries
- Consultant, DOD Government-Industry Advisory Committee on Rights in Technical Data and Computer Software

**National Professional Association Offices Held:**

Association of University Technology Managers: Treasurer 1990-1994; Vice President, External Relations 1995-1997; Instructor, AUTM Basic and Advanced Licensing Courses; President-Elect, 1997-1998, President, 1998, Immediate Past-President, 1999

Council on Governmental Relations: Technology Transfer and Research Ethics Committee, 1993 –1996, 1999-2002; Board of Directors, 1999-2002.

National Cancer Policy Board, Institute of Medicine 2002-2005

**Bar Memberships**: Member, Massachusetts and North Carolina Bars

**Publications**:

EDUCOM Bulletin, Summer, 1985
"A University Dilemma: The Use of Third Party-Owned Software"

AUTM Journal, Vol. II, 1990
"Conflict of Interest: A University Perspective"

Copyright, Public Policy and the Scholarly Community, Association of Research Libraries, 1995
"Coping with Copyright and Beyond: New Challenges as the Library Goes Digital"

Licensing Electronic Resources, Association of Research Libraries, 1997

Industry and Higher Education Journal , Vol. 13, No. 6 (Dec. 1999)
"M.I.T. as Catalyst for High-Technology Start-up Companies"

**Karen Hersey, LL.B.**
**Principal, Partneringworks, Inc.**

Karen Hersey has recently retired as senior counsel for intellectual property at the Massachusetts Institute of Technology in Cambridge, Massachusetts. While senior counsel at M.I.T., she directed an office of three intellectual property attorneys advising M.I.T. faculty, research scientists and students on matters relating to patents, copyrights, computer software and technology transfer. Ms. Hersey represented M.I.T.'s interests on intellectual property matters with U.S. government agencies and advised the Institute on appropriate positions for non-profit organizations with respect to various tax-related and regulatory matters. She actively contributed to developing university response strategy on intellectual property-related federal legislation and regulations. Ms. Hersey's office provided all electronic license legal review, negotiation and approval for in-coming software and electronic resource purchases as well as providing counsel on the legal issues arising as a result of M.I.T. maintaining a complex web of world-wide computer networks. The office actively supported M.I.T. departments and faculty developing educational materials for electronic distribution, including distance education, through the negotiation of licensing agreements with educational materials distributors. The office also conducted in-house seminars on the application of copyright law to the activities of the academic community.

Ms. Hersey joined M.I.T. as a technology licensing attorney in 1980, just as technology transfer was becoming an important activity for American research universities. In addition to licensing M.I.T.'s patented technology to both U.S. and foreign companies, she had primary responsibility for M.I.T.'s early efforts to commercially license its computer-related technologies. In 1987, Ms. Hersey left M.I.T. to take up the directorship of technology licensing at North Carolina State University in Raleigh. While with North Carolina State, Ms. Hersey expanded the licensing activity of the University, developed educational materials for faculty on patenting and licensing and took a leading role in starting a high-tech small business incubator for the Research Triangle Area, including serving on its Board of Trustees.

In 1990, Ms. Hersey returned to M.I.T. as principal legal advisor on intellectual property matters and policy for M.I.T. and Lincoln Laboratory (M.I.T.'s government-owned, contractor-operated federal laboratory).

In 1992, Ms. Hersey was named as the academic community's representative to a Congressionally-mandated Department of Defense Government-Industry Advisory Committee to study and recommend changes in the Department of Defense Procurement Regulations in the areas of technical data and computer software. The recommendations of that Committee to place more control of proprietary data and computer software in the hands of the contractor-developers became final regulations in June, 1995.

Ms. Hersey holds a bachelor's degree from Goucher College in Towson, Maryland and a law degree from Boston University. While at Boston University, she was a member of the Boston University Law Review. She is a member of the Massachusetts and North Carolina Bars.

An active member of the university technology transfer community, she has chaired and participated in numerous workshops and seminars on technology transfer practice and copyright in association with many national and international organizations. She has served as President of the Association of University Technology Managers and a Director and Chair of the Technology Transfer and Research Ethics Committee of the Council on Governmental Relations.

In addition to extensive lecturing on issues related to the commercialization of university technology, Ms. Hersey works on selected projects with universities, foundations and private sector companies through her company, Partneringworks, Inc. She also teaches courses in nonprofit technology transfer, university knowledge asset management and copyright at Franklin Pierce Law Center in Concord, NH, where she is a Visiting Professor of Law.