UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MASSACHUSETTS INSTITUTE OF
TECHNOLOGY and REPLIGEN
CORPORATION,

             Plaintiffs,

    v.

IMCLONE SYSTEMS INC.,

             Defendant.

Civil Action No. 04 10884 RGS

## IMCLONE'S OPPOSITION TO PLAINTIFFS' MOTION TO FILE COMBINED MEMORANDUM IN OPPOSITION TO IMCLONE'S MOTION FOR SUMMARY JUDGMENT AND IN SUPPORT OF PLAINTIFF'S CROSS-MOTION FOR SUMMARY JUDGMENT

ImClone opposes Plaintiffs' motion to expand the Court's limit on opposition briefs from 20 to 51 pages (36 for the instant brief and 15 for their proposed reply). Despite Plaintiffs' captioning their brief as a Combined Memorandum, upon review it is simply an opposition to ImClone's concise 16 page brief in support of ImClone's motion for summary judgment. Plaintiffs' motion is not only an attempt to radically circumvent this Court's requirement for conciseness in summary judgment motions, which will unnecessarily burden the Court, but is clearly calculated to give Plaintiffs the last brief on ImClone's summary judgment motion.

During the Local Rule 7.1 conference, ImClone's counsel expressed its concern that the near doubling of the page limit proposed by Plaintiffs' counsel was "excessive and unnecessary" in view of ImClones's 16 page memorandum, and that it reserved the right to oppose Plaintiffs' motion once it had seen Plaintiffs' memorandum. A review of Plaintiffs' memorandum reveals

BOS\137392.1

that Plaintiffs' memorandum, indeed, addresses the exact same issues that ImClone addresses in its motion for summary judgment, and that there was no attempt by Plaintiffs to be concise. In fact, Plaintiffs spend 18 pages addressing factual background alone.

ImClone strongly believes that Plaintiffs' attempt to label what is clearly an opposition brief as a combined memorandum is nothing more than a tactic to greatly expand the page limits for briefing on this matter and to afford Plaintiffs the unfair advantage of ultimately submitting the last brief on ImClone's motion for summary judgment. Accordingly, ImClone opposes Plaintiffs' motion.

Dated: September 15, 2005

Respectfully submitted,

IMCLONE SYSTEMS, INC.

By its Attorneys,

/s/ Michael R. Gottfried
Michael R. Gottfried (BBO# 542156)
Anthony J. Fitzpatrick (BBO# 564324)
Christopher S. Kroon (BBO# 660286)
DUANE MORRIS LLP
470 Atlantic Avenue, Suite 500
Boston, Massachusetts 02110
Tel: (617) 289-9200
Fax: (617) 289-9201

Richard L. DeLucia
George E. Badenoch
Michael D. Loughnane
Paul M. Richter, Jr.
Anthony Giaccio
KENYON & KENYON
One Broadway
New York, NY 10004-1050
Tel: (212) 425-7200
Fax: (212) 425-5288

BOS\137392.1