UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MASSACHUSETTS INSTITUTE OF
TECHNOLOGY and REPLIGEN
CORPORATION,

           Plaintiffs,

v.

IMCLONE SYSTEMS INC.,

           Defendant.

Civil Action No. 04 10884 RGS

**DECLARATION OF ANTHONY GIACCIO IN SUPPORT OF
DEFENDANT'S OPPOSITION TO PLAINTIFFS' MOTION FOR
MODIFICATION AND ENFORCEMENT OF THE PROTECTIVE ORDER**

I, Anthony Giaccio, declare and state as follows:

    1. I am an attorney at law of the State of New York and an associate at Kenyon & Kenyon, counsel for Defendant ImClone Systems, Inc.

    2. Attached as **Exhibit A** is a true and correct copy of a December 20, 2004 Stipulated Protective Order.

    3. Attached as **Exhibit B** is a true and correct copy of a August 26, 2005 Letter from Angela S. Chianelli to Michael D. Loughnane.

    4. Attached as **Exhibit C** is a true and correct copy of a September 2, 2005 Declaration of Michael J. Kane in Support of Plaintiffs' Motion for Modification and Enforcement of the Protective Order.

    5. Attached as **Exhibit D** is a true and correct copy of an Email exchange from August 1 to August 15, 2005 between Antony Pfeffer and William Woodford et al.

    6. Attached as **Exhibit E** is a true and correct copy of an Email exchange from August 25, to August 29, 2005 between Antony Pfeffer and William Woodford et al.

    7. Attached as **Exhibit F** is a true and correct copy of a September 9, 2005 Letter from Antony Pfeffer to William Woodford.

      8.  Attached as **Exhibit G** is a true and correct copy of a September 15, 2005 Letter from Antony Pfeffer to William Woodford.

      9.  Attached as **Exhibit H** is a true and correct copy of a September 16, 2005 Email from Antony Pfeffer to William Woodford.

      10. Attached as **Exhibit I** is a true and correct copy of *ALLEGHENY LUDLUM CORPORATION v. NIPPON STEEL CORPORATION, et al, 1990 U.S. Dist. LEXIS 867 (E.D.PA*. January 25, 1990)

I declare that under penalty of perjury that the foregoing is true and correct.

Dated: September 16, 2005              /s/ Anthony Giaccio
                                                                      Anthony Giaccio