# EXHIBIT B

Case 1:04-cv-10884-RGS    Document 95-3    Filed 09/16/2005    Page 1 of 2

# FISH & RICHARDSON P.C., P.A.

Frederick P. Fish
1855-1930

W.K. Richardson
1859-1951

3300 Dain Rauscher Plaza
60 South Sixth Street
Minneapolis, Minnesota
55402

Telephone
612 335-5070

Facsimile
612 288-9696

Web Site
www.fr.com

**VIA FEDERAL EXPRESS**

August 26, 2005

Michael D. Loughnane, Esq.
Kenyon & Kenyon
One Broadway
New York, NY 10004

Re:  Repligen and MIT v. ImClone Systems, Inc.
     USDC-D. Mass. (Boston) - Civil Action No. 04-10884-RGS

Dear Mr. Loughnane:

Enclosed for production please find MIT000759 - MIT001425, REP000001 - REP001675 and REP002259 - REP004410. These documents were produced before the protective order was finalized and, as agreed, were all designated "Confidential – Outside Counsel Only." Now that the protective order is in place, the documents have been redesignated in accordance with the protective order.

Very truly yours,

Angela S. Chianelli
Litigation Case Manager

AUSTIN
BOSTON
DALLAS
DELAWARE
NEW YORK
SAN DIEGO
SILICON VALLEY
TWIN CITIES
WASHINGTON, DC

60312057.doc