



A. Antony Pfeffer
Direct 212.908.6375
apfeffer@kenyon.com

One Broadway
New York, NY 10004-1050
212.425.7200
Fax 212.425.5288

September 9, 2005

**By Facsimile 612-288-9696**

William Woodford, Esq.
Fish & Richardson P.C., P.A.
3300 Dain Rauscher Plaza
60 South Sixth Street
Minneapolis, MN  55402

Re:    MIT and Repligen Corp. v. ImClone Systems, Inc.
       Case No. 04-CV-1088

Dear Bill:

As we had stated we would, we have reviewed ImClone's production.  At this time we are making the following redesigations of documents:

### Bates Ranges redesignated as "Confidential"

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 4831 | to | 4833 | 9967 | to | 10030 | 28648 | to | 28660 |
| 7286 | to | 7305 | 10033 | to | 10156 | 28989 | to | 29302 |
| 7415 | to | 7468 | 10536 | to | 11110 | 29312 | to | 29337 |
| 7508 | to | 7570 | 11117 | to | 11271 | 29347 | to | 30754 |
| 9031 | to | 9805 | 11273 | to | 11707 | 31090 | to | 32151 |
| 9812 | to | 9865 | 11713 | to | 11810 | 32152 | to | 32254 |
| 9869 | to | 9870 | 11814 | to | 11884 | 32259 | to | 32290 |
| 9874 | to | 9885 | 24356 | to | 25084 | 32293 | to | 32326 |
| 9888 | to | 9899 | 26429 | to | 27292 | 32331 | to | 32345 |
| 9902 | to | 9912 | 27946 | to | 28265 | 32402 | to | 32409 |
| 9915 | to | 9964 | 28266 | to | 28377 | 32638 | to | 32800 |

William Woodford, Esq.
September 9, 2005
Page 2

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 32859 | to | 33011 | 43089 | to | 43226 | 46553 | to | 46628 |
| 33084 | to | 33166 | 43274 | to | 43332 | 46687 | to | 47314 |
| 33426 | to | 33505 | 43355 | to | 43357 | 47373 | to | 47455 |
| 41364 | to | 42224 | 43470 | to | 43851 | 47494 | to | 47507 |
| 42306 | to | 42387 | 43862 | to | 43986 | 48300 | to | 48344 |
| 42797 | to | 42809 | 44477 | to | 44903 | 49089 | to | 49127 |
| 43034 | to | 43070 | 46416 | to | 46421 | | | |

### Bates Ranges dedesignated

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 4258 | to | 4270 | 7321 | to | 7408 | 33167 | to | 33425 |
| 4446 | to | 4449 | 7998 | to | 8010 | 42240 | to | 42289 |
| 4452 | to | 4453 | 8687 | to | 8706 | 42388 | to | 42796 |
| 4655 | to | 4662 | 25112 | to | 26428 | 42810 | to | 43033 |
| 4819 | to | 4824 | 27293 | to | 27945 | 43259 | to | 43273 |
| 4828 | to | 4830 | 28378 | to | 28647 | 43361 | to | 43364 |
| 5006 | to | 5006 | 28661 | to | 28988 | 43987 | to | 44444 |
| 5021 | to | 5027 | 29303 | to | 29311 | 44904 | to | 46266 |
| 5149 | to | 5159 | 29338 | to | 29346 | 47718 | to | 48228 |
| 5330 | to | 5331 | 30755 | to | 31089 | 48345 | to | 49088 |
| 5357 | to | 5358 | 32392 | to | 32401 | 49149 | to | 49160 |
| 6865 | to | 6884 | 32463 | to | 32637 | 49194 | to | 49370 |
| 7258 | to | 7264 | 32801 | to | 32858 | | | |
| 7311 | to | 7319 | 33012 | to | 33083 | | | |

William Woodford, Esq.
September 9, 2005
Page 3

The documents identified above as dedesignated can be treated as if they had not been marked as "Confidential" or "Strictly Confidential."

We are still in the process of reviewing the deposition transcripts and will provide any redesignations at that time. With respect to your request to show the transcript of Harlan Waksal's deposition and the exhibits, we are willing to allow you to show those documents to Mr. Nemeth and Ms. Rivard upon entry of an appropriate undertaking that they will treat these documents in confidence.

Very truly yours,
KENYON & KENYON

A. Antony Pfeffer



KENYON
&
KENYON
Intellectual Property Law

One Broadway
New York, NY 10004-1007
212.425.7200
Fax 212.425.5288

## Fax Transmission

| From: | **A. Antony Pfeffer** | Date: | September 9, 2005 |
| Direct Dial: | 212.908.6375 | Fax: | 212.425.5288 |
| Client/Matter: | 11245/97 | | |

Total number of pages:    4
(including cover)

*Please deliver to:*

| Name | Company | Fax |
|------|---------|-----|
| **William Woodford** | **Fish & Richardson P.C.** | **612-288-9696** |

Message:

☒ Original will not follow   ☐ Original will follow by   ☐ Regular Mail   ☐ Overnight Delivery   ☐ Hand Delivery

The information contained in this facsimile transmission, including any attachments, is subject to the attorney-client privilege, the attorney work product privilege or is confidential information intended only for the use of the named recipient. If the reader of this Notice is not the intended recipient or the employee or agent responsible for delivering this transmission to the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this transmission in error, please notify us immediately by telephone, so that we may arrange for its return or destruction at our cost. Thank you.

New York   Washington, DC   Silicon Valley   www.kenyon.com

```
**************** -COMM. JOURNAL- ********************* DATE SEP-09-2005 ***** TIME 12:00 ********

    MODE = MEMORY TRANSMISSION              START=SEP-09 11:56    END=SEP-09 12:00

    FILE NO.=582

    STN   COMM.   ONE-TOUCH/   STATION NAME/EMAIL ADDRESS/TELEPHONE NO.    PAGES    DURATION
    NO.           ABBR NO.

    001   OK      *            5801#11245#97#16122889696#                  004/004  00:01:15


                                                    -KENYON & KENYON           -
    *********************************** -KENYON & KENYON - ***** -             - ********
```



**KENYON & KENYON**
Intellectual Property Law

One Broadway
New York, NY 10004-1007
212.425.7200
Fax 212.425.6288

## Fax Transmission

| From: | A. Antony Pfeffer | Date: | September 9, 2005 |
| Direct Dial: | 212.908.6375 | Fax: | 212.425.5288 |
| Client/Matter: | 11245/97 | Total number of pages: (including cover) | 4 |

*Please deliver to:*

| Name | Company | Fax |
|------|---------|-----|
| William Woodford | Fish & Richardson P.C. | 612-288-9696 |

Message:

☒ Original will not follow  ☐ Original will follow by  ☐ Regular Mail  ☐ Overnight Delivery  ☐ Hand Delivery

The information contained in this facsimile transmission, including any attachments, is subject to the attorney-client privilege, the attorney work product privilege or is confidential information intended only for the use of the named recipient. If the reader of this Notice is not the intended recipient or the employee or agent responsible for delivering this transmission to the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this transmission in error, please notify us immediately by telephone, so that we may arrange for its return or destruction at our cost. Thank you.

New York   Washington, DC   Silicon Valley   www.kenyon.com