# EXHIBIT G



**KENYON & KENYON**
Intellectual Property Law

A. Antony Pfeffer
Direct 212.908.6375
apfeffer@kenyon.com

One Broadway
New York, NY 10004-1050
212.425.7200
Fax 212.425.5288

September 15, 2005

**By Facsimile 612-288-9696**

William Woodford, Esq.
Fish & Richardson P.C., P.A.
3300 Dain Rauscher Plaza
60 South Sixth Street
Minneapolis, MN 55402

Re: MIT and Repligen Corp. v. ImClone Systems, Inc.,
Case No. 04-CV-1088

Dear Bill:

As we had previously promised, we have reviewed ImClone's deposition confidentiality designations. The pages of the deposition transcripts of the individuals specified below are hereby designated Confidential, the remainder remain Restricted Confidential:

William Dlouhy: pages 1-2, 5-6, 14-21, 291-293

Sam Waksal: pages 1-31, 146-173

John Gilly: pages 1-2, 6-26, 31-46, 51-52, 58-60, 66, 74, 84, 145-147

Irv Feit: pages 1-3, 9-25, 34, 148-149

John Landes: pages 1-4, 8-45, 129-132

Dale Ludwig: pages 1-2, 5-18, 121-123

Michael Howerton: pages 1-2, 6-14, 35-46, 280-282

Harlan Waksal: pages 1-3, 7-32, 41-45, 51-53, 214-217

As we have stated repeatedly, if there are any specific Restricted Confidential documents, or information, that you would like to communicate to specific individuals (such as Mr. Nemeth or Ms. Rivard) let us know and we will consider such requests on a one-by-one basis. As you are aware we have agreed to many such specific requests that you have made.

Very truly yours,
KENYON & KENYON

A. Antony Pfeffer

New York   Washington, DC   Silicon Valley   www.kenyon.com



One Broadway
New York, NY 10004-1007
212.425.7200
Fax 212.425.5288

# Fax Transmission

| | | | |
|---|---|---|---|
| From: | **A. Antony Pfeffer** | Date: | September 15, 2005 |
| Direct Dial: | 212.908.6375 | Fax: | 212.425.5288 |
| Client/Matter: | 11245/97 | Total number of pages: (including cover) | 2 |

*Please deliver to:*

| Name | Company | Fax |
|---|---|---|
| **William Woodford** | **Fish & Richardson P.C.** | **612-288-9696** |

Message:

[X] Original will not follow  [ ] Original will follow by  [ ] Regular Mail  [ ] Overnight Delivery  [ ] Hand Delivery

The information contained in this facsimile transmission, including any attachments, is subject to the attorney-client privilege, the attorney work product privilege or is confidential information intended only for the use of the named recipient. If the reader of this Notice is not the intended recipient or the employee or agent responsible for delivering this transmission to the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this transmission in error, please notify us immediately by telephone, so that we may arrange for its return or destruction at our cost. Thank you.

New York    Washington, DC    Silicon Valley    www.kenyon.com

```
******** -COMM. JOURNAL- ************ DATE SEP-15-2005 ***** TIME 14:57 ********

    MODE = MEMORY TRANSMISSION        START=SEP-15 14:56    END=SEP-15 14:57
    FILE NO.=593

STN   COMM.   ONE-TOUCH/   STATION NAME/EMAIL ADDRESS/TELEPHONE NO.   PAGES   DURATION
NO.           ABBR NO.

001   OK      8            9161228896964                              002/002  00:00:42


                                                          -KENYON & KENYON          -
******************************** -KENYON & KENYON - *****  -              - ********
```



**KENYON & KENYON**
Intellectual Property Law

One Broadway
New York, NY 10004-1007
212.425.7200
Fax 212.425.5288

## Fax Transmission

| | | | |
|---|---|---|---|
| From: | A. Antony Pfeffer | Date: | September 15, 2005 |
| Direct Dial: | 212.908.6375 | Fax: | 212.425.5288 |
| Client/Matter: | 11245/97 | Total number of pages: (including cover) | 2 |

*Please deliver to:*

| Name | Company | Fax |
|---|---|---|
| William Woodford | Fish & Richardson P.C. | 612-288-9696 |

Message:

☒ Original will not follow  ☐ Original will follow by  ☐ Regular Mail  ☐ Overnight Delivery  ☐ Hand Delivery

The information contained in this facsimile transmission, including any attachments, is subject to the attorney-client privilege, the attorney work product privilege or is confidential information intended only for the use of the named recipient. If the reader of this Notice is not the intended recipient or the employee or agent responsible for delivering this transmission to the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this transmission in error, please notify us immediately by telephone, so that we may arrange for its return or destruction at our cost. Thank you.

New York   Washington, DC   Silicon Valley   www.kenyon.com

# Freedman, Joel S.

| | |
|---|---|
| **From:** | Martin, Anthony D. |
| **Sent:** | Friday, September 16, 2005 4:54 PM |
| **To:** | Freedman, Joel S. |
| **Cc:** | Blakslee, Dana C.; 'tinman7631@comcast.net' |
| **Subject:** | Denise Smith/Estate of Tom Hughes, #U1565.00001 |
| **Importance:** | High |

Joel, I would appreciate your immediate help in drafting a very sensitive eviction notice for Denise Smith, our above client who is the Temporary (soon to be Permanent) Administratrix With The Will Annexed of the above Estate. George Williams, who is being copied on this email, is the consultant to Denise and manager of the real estate properties of the Estate.

Here are the details.

1.   The property is a two unit residence at 248 Hampstead Street, Methuen MA 01844.

2.   The tenants at will are Ms. Shirley Smith in the upstairs unit who pays $450 per month; and her daughter, Ms. Bonnie Trask and her husband, Dennis, in the downstairs unit who pay $500 per month.

3.   Apparently the house is in very bad shape. The tenants have complained about a leaky roof. The appraiser for the Estate who inspected the property recently considered it uninhabitable. There is some risk of a major structural failing and potential injury to the tenants.

4.   We need to get the tenants to leave right away. I am aware of the normal 30 day notice requirement for tenants at will but the circumstances now are such that we should get them out as soon as possible.

5.   We obviously do not want to put the Estate at risk, however, or give the tenants opportunities to ask for money. I suppose if the law of tenants at will does give them a right to the 30 day notice, we could talk to George about giving them a moving expense allowance to induce them to leave right away.

6.   If you need more details, George is available by cell phone at 603-765-1312. He may not have seen this email before you call, so introduce yourself as Dana's real estate partner.

Thanks very much for all your immediate help with this. Let me know if you need any further information that I might be able to supply. Best regards, Tony

Anthony D. Martin
Duane Morris LLP
470 Atlantic Avenue
Suite 500
Boston, MA  02210
617-289-9224
Fax:  617-289-9201

*To the extent that this communication contains any tax advice, as required by United States Treasury Regulations, you should be aware that it is not intended to be used, and it cannot be used, for the purpose of avoiding penalties under United States federal tax laws.*