# EXHIBIT H

Case 1:04-cv-10884-RGS   Document 95-9   Filed 09/16/2005   Page 1 of 2

**From:** Pfeffer, Antony [APfeffer@kenyon.com]
**Sent:** Friday, September 16, 2005 4:55 PM
**To:** William Woodford
**Subject:** Confidentiality Designation of Discovery Responses.

Bill,

As we had said previously that we would, we have rereviewed ImClone's discovery responses. We believe that with respect to ImClone information, our interrogatory responses and our responses to requests for admission can be treated as Confidential. Obviously, any documents referenced in these responses retains its confidentiality/restricted confidentiality status. Please confirm for us whether or not you believe that there is any Restricted Confidential or Confidential information of either MIT or Repligen in ImClone's discovery responses.

Antony