UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS INSTITUTE OF TECHNOLOGY and REPLIGEN CORPORATION,<br><br>              Plaintiffs,<br><br>     v.<br><br>IMCLONE SYSTEMS INC.,<br><br>              Defendant. | Civil Action No. 04 10884 RGS |

**IMCLONE'S ASSENTED-TO MOTION FOR AN EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' COMBINED OPPOSITION AND CROSS-MOTION FOR SUMMARY JUDGMENT**

Defendant ImClone Systems, Inc. hereby moves, with the assent of Plaintiffs' MIT and Repligen, to extend the deadline for ImClone to respond to both Plaintiffs' Cross-Motion for Summary Judgment and Reply to Plaintiffs' Opposition to ImClone's Motion for Summary Judgment until October 12, 2005. ImClone's reply to Plaintiffs' opposition is currently due on September 28, 2005, and ImClone's opposition to Plaintiffs' cross-motion is currently due on October 5, 2005.

Pursuant to Fed. R. Civ. P. 6(b), this Court may, in its discretion, enlarge time periods prescribed by the rules. This motion for an extension of time is not interposed for purposes of delay, and no prejudice will result from granting this motion. At this time Plaintiffs' motion seeking leave to file a consolidated opposition and cross-motion of 37 pages, which was opposed by ImClone, has not been resolved. Without resolution of this issue it is difficult for ImClone to generate its response and reply.

2

      Wherefore, ImClone respectfully requests that the Court grant this assented-to motion for an extension of time for both the reply and the opposition papers, until October 12, 2005.

                                                Respectfully submitted,

                                                IMCLONE SYSTEMS, INC.
                                                By its Attorneys,

Dated: September 26, 2005          /s/ Michael R. Gottfried
                                                Michael R. Gottfried (BBO#542156)
                                                Anthony J. Fitzpatrick (BBO#564324)
                                                Christopher S. Kroon (BBO#660286)
                                                DUANE MORRIS LLP
                                                470 Atlantic Avenue, Suite 500
                                                Boston, MA 02110
                                                Tel: (617) 289-9200
                                                Fax: (617) 289-9201

                                                Richard L. DeLucia
                                                George E. Badenoch
                                                Michael D. Loughnane
                                                Paul M. Richter, Jr.
                                                Anthony Giaccio
                                                KENYON & KENYON
                                                One Broadway
                                                New York, NY 10004-1050
                                                Tel: (212) 425-7200
                                                Fax: (212) 425-5288

                                                Attorneys for Defendant
                                                ImClone Systems, Inc.