UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS INSTITUTE OF TECHNOLOGY and REPLIGEN CORPORATION,<br><br>          Plaintiffs,<br><br>   v.<br><br>IMCLONE SYSTEMS INC.,<br><br>          Defendant. | Civil Action No. 04 10884 RGS |

## JOINT MOTION FOR AN EXTENSION OF TIME FOR FILING OF RESPONSIVE PAPERS RELATED TO PENDING SUMMARY JUDGMENT MOTIONS

Plaintiffs' MIT and Repligen and Defendant ImClone Systems, Inc. hereby jointly move to extend the deadline for ImClone to respond to both Plaintiffs' Cross-Motion for Summary Judgment and Reply to Plaintiffs' Opposition to ImClone's Motion for Summary Judgment and for Plaintiffs' to File a Reply to ImClone's Opposition to Plaintiffs' Cross-Motion for Summary Judgment. The parties jointly move for ImClone's reply to Plaintiffs' opposition/cross-motion to be due on October 19, 2005, and for Plaintiffs' responsive papers to be due on November 9, 2005.

Pursuant to Fed. R. Civ. P. 6(b), this Court may, in its discretion, enlarge time periods prescribed by the rules. This motion for an extension of time is not interposed for purposes of delay, and no prejudice will result from granting this motion.

Wherefore, Plaintiffs and ImClone respectfully request that the Court grant this joint motion for an extension of time for the responsive papers to October 19, 2005 for ImClone's paper and November 9, 2005 for Plaintiffs' paper.

Respectfully submitted,

IMCLONE SYSTEMS, INC.
By its Attorneys,

Dated: October 12, 2005

/s/ Michael R. Gottfried
Michael R. Gottfried (BBO#542156)
Anthony J. Fitzpatrick (BBO#564324)
Christopher S. Kroon (BBO#660286)
DUANE MORRIS LLP
470 Atlantic Avenue, Suite 500
Boston, MA 02110
Tel: (617) 289-9200
Fax: (617) 289-9201

Richard L. DeLucia
George E. Badenoch
Michael D. Loughnane
Paul M. Richter, Jr.
Anthony Giaccio
KENYON & KENYON
One Broadway
New York, NY 10004-1050
Tel: (212) 425-7200
Fax: (212) 425-5288

*Attorneys for Defendant
ImClone Systems, Inc.*

**Filed Jointly By:**

/s/ William R. Woodford
William R. Woodford (*pro hac vice*)
3300 Dain Rauscher Plaza
60 South Sixth Street
Minneapolis, MN 55402
Tel: (612) 335-5070
Fax: (612) 288-9696

*Of Counsel*:
Gregory A. Madera, Esq.
Fish & Richardson, P.C.
225 Franklin Street
Boston, MA 02110-2804
Tel: (617) 542-5070

Jonathan E. Singer, Esq.
Michael J. Kane, Esq.
Chad A. Hanson, Esq.
Fish & Richardson, P.C.
3300 Dain Rauscher Plaza
60 South Street
Minneapolis, MN 55402
Tel: (612) 335-5070

Juanita Brooks
Fish and Richardson, P.C.
12390 El Camino Real
San Diego, CA 92130
Tel: (858) 678-5070

*Attorneys for Plaintiffs Massachusetts Institute of Technology & Repligen Corporation*