UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-10884- RGS

MASSACHUSETTS INSTITUTE OF TECHNOLOGY
and REPLIGEN CORPORATION

v.

IMCLONE SYSTEMS, INC.

ORDER ON MOTION TO
MODIFY PROTECTIVE ORDER

October 14, 2005

STEARNS, D.J.

The court finds the request to modify the Protective Order to permit attorneys Nemeth and Rivard (as well as two in-house counsel designated by ImClone) access to material designated as RESTRICTED CONFIDENTIAL to be reasonable and conducive to the efficient progress of the litigation.[1] The request is therefore ALLOWED. The court accepts ImClone's representation that it has completed the redesignation of discovery previously produced under the Protective Order and therefore deems the request that this process be expedited as MOOT.

                                                        SO ORDERED.

                                                        /s/ Richard G. Stearns

                                                        _____
                                                        UNITED STATES DISTRICT JUDGE

---

[1] As officers of the court, in-house counsel who are permitted access to RESTRICTED CONFIDENTIAL information are expected to abide fully by the intent, purpose, and letter of the Protective Order.