UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-10884- RGS

MASSACHUSETTS INSTITUTE OF TECHNOLOGY
and REPLIGEN CORPORATION

v.

IMCLONE SYSTEMS, INC.

ORDER ON PLAINTIFFS' FOURTH
MOTION TO COMPEL

October 14, 2005

STEARNS, D.J.

With respect to Topic 2, <u>ALLOWED,</u> the deposition, however, to be limited to communications regarding the acquisition of the 225 Cell Line. As to topic 12, <u>DENIED</u>. As to Topic 14, <u>ALLOWED</u>. As to Topic 15 and Topic 17, <u>ALLOWED</u>. As to Topic 16, <u>DENIED</u>.

SO ORDERED.

/s/ Richard G. Stearns

_____
UNITED STATES DISTRICT JUDGE