UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 SEP 29 P 2: 22

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| MASSACHUSETTS INSTITUTE OF TECHNOLOGY and REPLIGEN CORPORATION, <br><br> Plaintiffs, <br><br> v. <br><br> IMCLONE SYSTEMS, INC., <br><br> Defendant. | Civil Action No. 04-10884-RGS |

**ASSENTED TO MOTION FOR ADMISSION PRO HAC VICE
AND RULE 7.1 CERTIFICATE**

The undersigned attorney, a member in good standing of the bar of this Court, hereby moves for the admission of John C. Adkisson to appear on behalf of plaintiffs, Massachusetts Institute of Technology and Repligen Corporation pro hac vice in the above matter.

As grounds for this motion, the undersigned states that attorney John C. Adkisson is familiar with the substantive issues presented in the case and meets the requirements for admission under Local Rule 83.5.3., as set forth in the Declaration of John C. Adkisson submitted with this motion.

Counsel for Massachusetts Institute of Technology and Repligen Corporation have conferred with counsel for Defendants pursuant to Local Rule 7.1 and counsel for Defendants have assented to this motion.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 SEP 29 P 2: 22

U.S. DISTRICT COURT
DISTRICT OF MASS.

MASSACHUSETTS INSTITUTE OF
TECHNOLOGY and REPLIGEN
CORPORATION,

    Plaintiffs,

v.

IMCLONE SYSTEMS, INC.,

    Defendant.

Civil Action No. 04-10884-RGS

**DECLARATION OF JOHN C. ADKISSON
PURSUANT TO LOCAL RULE 83.5.3**

I, John C. Adkisson, declare and state as follows:

1. I am a partner in the law firm of Fish & Richardson P.C., P.A., 60 South Sixth Street, Suite 3300, Minneapolis, MN 55402. I am counsel for plaintiffs, Massachusetts Institute of Technology and Repligen Corporation. I submit this certificate pursuant to Local Rule 83.5.3(b) in support of a motion that I be permitted to appear on behalf of plaintiffs in the above-captioned action.

2. I certify that I am now a member in good standing of the following State and/or Federal Bar Associations:

- Minnesota Supreme Court, admitted October 25, 1996;
- United States District Court, District of Minnesota, admitted December 6, 1996;
- Wisconsin Supreme Court, admitted July 10, 1997; and
- United States Court of Appeals for the Federal Circuit, admitted 1998.

3. There are no disciplinary proceedings pending against me as a member of the Bar in any jurisdiction.

4. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

5. I designate Gregory A. Madera, of the law firm of Fish & Richardson P.C., 225 Franklin Street, Boston, Massachusetts 02110-2804, telephone number (617) 542-5070, who is a member of the bar of this Court, and maintains an office in this District for the practice of law, as the attorney with whom the Court and opposing counsel may readily communicate regarding the conduct of this case, and upon whom papers may be served.

6. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: September 16, 2005

_____
John C. Adkisson

60314941.doc

2