UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MASSACHUSETTS INSTITUTE OF
TECHNOLOGY and REPLIGEN
CORPORATION,

    Plaintiffs,

v.

IMCLONE SYSTEMS, INC.,

    Defendant.

Civil Action No. 04-10884-RGS

**PLAINTIFFS' ASSENTED-TO MOTION FOR AN EXTENSION OF TIME TO FILE REPLY BRIEF IN SUPPORT OF PLAINTIFF'S CROSS-MOTION FOR SUMMARY JUDGMENT**

    Plaintiffs Massachusetts Institute of Technology and Repligen Corporation hereby move, with the assent of Defendant ImClone Systems, Inc., to extend the deadline for Plaintiffs to submit a reply brief in support of Plaintiffs' Cross-Motion for Summary Judgment (Docket #87) until November 21, 2005. Plaintiffs' response is presently due November 9, 2005.

    Pursuant to Fed. R. Civ. P. 6(b), this Court may, in its discretion, enlarge time periods prescribed by the rules. This motion for extension of time is not interposed for purposes of delay, and no prejudice will result from granting this motion.

    WHEREFORE, Plaintiffs respectfully request that the Court grant this assented-to motion for extension of time, until November 21, 2005, by which Plaintiffs may respond to the above-referenced motion.



Dated: November 9, 2005

FISH & RICHARDSON P.C., P.A.

s/ Michael J. Kane
Michael J. Kane (*pro hac vice*)
3300 Dain Rauscher Plaza
60 South Sixth Street
Minneapolis, MN 55402
Telephone: (612) 335-5070
Facsimile: (612) 288-9696

*Of Counsel*:

| | | |
|---|---|---|
| Gregory A. Madera | Jonathan E. Singer | Juanita Brooks |
| FISH & RICHARDSON P.C. | John C. Adkisson | FISH & RICHARDSON P.C. |
| 225 Franklin Street | William R. Woodford | 12390 El Camino Real |
| Boston, MA 02110-2804 | FISH & RICHARDSON P.C., P.A. | San Diego, CA 92130 |
| Telephone: (617) 542-5070 | 3300 Dain Rauscher Plaza | Telephone: (858) 678-5070 |
| Facsimile: (617) 542-8906 | 60 South Sixth Street | |
| | Minneapolis, Minnesota 55402 | |
| | Telephone: (612) 335-5070 | |
| | Facsimile: (612) 288-9696 | |

*Attorneys for Plaintiffs Massachusetts Institute of Technology & Repligen Corporation*