UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS INSTITUTE OF TECHNOLOGY and REPLIGEN CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>IMCLONE SYSTEMS, INC.,<br><br>Defendant. | Civil Action No. 04-10884-RGS |

## MOTION TO WITHDRAW APPEARANCE
## OF FORMER ASSOCIATE OF FISH & RICHARDSON P.C., P.A.

Fish & Richardson P.C., P.A., counsel for Plaintiffs Massachusetts Institute of Technology and Repligen Corporation ("Plaintiffs"), respectfully requests that its former associate, Chad A. Hanson, be formally withdrawn from this matter.

1.  Gregory A. Madera, Jonathan Singer, Michael J. Kane, John C. Adkisson, William R. Woodford and Juanita R. Brooks continue to represent Plaintiffs in this matter.

2.  Mr. Hanson left Fish & Richardson P.C., P.A. in October, 2005, and at that time ceased his involvement in this matter and his representation of Plaintiffs.

WHEREFORE, Fish & Richardson P.C., P.A. respectfully requests that Mr. Hanson be withdrawn from this matter.

Dated:  November 11, 2005

/s/ Michael J. Kane
Michael J. Kane (*pro hac vice*)
3300 Dain Rauscher Plaza
60 South Sixth Street
Minneapolis, MN 55402
Telephone:  (612) 335-5070
Facsimile:  (612) 288-9696

*Of Counsel*:

| | | |
|---|---|---|
| Gregory A. Madera | Jonathan E. Singer | Juanita Brooks |
| FISH & RICHARDSON P.C. | Michael J. Kane | FISH & RICHARDSON P.C. |
| 225 Franklin Street | William R. Woodford | 12390 El Camino Real |
| Boston, MA 02110-2804 | FISH & RICHARDSON P.C., P.A. | San Diego, CA 92130 |
| Telephone: (617) 542-5070 | 3300 Dain Rauscher Plaza | Telephone: (858) 678-5070 |
| Facsimile: (617) 542-8906 | 60 South Sixth Street | |
| | Minneapolis, Minnesota 55402 | |
| | Telephone: (612) 335-5070 | |
| | Facsimile: (612) 288-9696 | |

*Attorneys for Plaintiffs Massachusetts Institute of Technology & Repligen Corporation*

CERTIFICATE OF SERVICE

    I hereby certify that a true copy of the above document was served upon counsel of record by use of the Court's ECF system on November 11, 2005.

                                                    /s/ Michael J. Kane
                                                    Michael J. Kane

60323685.doc