## UNITED STATES DISTRICT COURT

## DISTRICT OF MASSACHUSETTS

**MASSACHUSETTS INSTITUTE OF TECHNOLOGY**

     **V.**               **CIVIL ACTION NO. 04-10884-RGS**

**IMCLONE SYSTEMS**

# NOTICE OF HEARING ON MOTIONS

**STEARNS, DJ.**            **NOVEMBER 21, 2005**

     **A HEARING ON CROSS-MOTIONS FOR SUMMARY JUDGMENT (NOS. 73 AND 87) IN THE ABOVE-CAPTIONED ACTION IS HEREBY SCHEDULED FOR:**

            **THURSDAY, FEBRUARY 2, 2006 AT 2:30 P.M.**

**BEFORE THE HONORABLE RICHARD G. STEARNS, UNITED STATES DISTRICT JUDGE, COURTROOM #21, 7TH FLOOR, JOHN JOSEPH MOAKLEY UNITED STATES COURTHOUSE, BOSTON, MA.**

     **SO ORDERED.**

                     **RICHARD G. STEARNS**
                     **UNITED STATES DISTRICT JUDGE**

        **BY:**

                     **/s/ Mary H. Johnson**
                      **Deputy Clerk**