**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

MASSACHUSETTS INSTITUTE OF
TECHNOLOGY and REPLIGEN
CORPORATION,

        Plaintiffs,

    v.

IMCLONE SYSTEMS, INC.,

        Defendant.

Civil Action No. 04-10884-RGS

---

**CONFIRMATORY DECLARATION OF WILLIAM R. WOODFORD IN
OPPOSITION TO IMCLONE'S SUMMARY JUDGMENT MOTION AND
IN SUPPORT OF PLAINTIFFS' SUMMARY JUDGMENT MOTION ON THE
ISSUE OF PATENT EXHAUSTION**

---

    I, William R. Woodford, declare and state as follows:

    1.    I am an attorney in the law firm Fish & Richardson P.C., P.A., and I am counsel for Plaintiffs Massachusetts Institute of Technology and Repligen Corporation.

    2.    Upon review of the DECLARATION OF WILLIAM R. WOODFORD IN OPPOSITION TO IMCLONE'S SUMMARY JUDGMENT MOTION AND IN SUPPORT OF PLAINTIFFS' SUMMARY JUDGMENT MOTION ON THE ISSUE OF PATENT EXHAUSTION signed September 13, 2005 and the SUPPLEMENTAL DECLARATION OF WILLIAM R. WOODFORD IN SUPPORT OF PLAINTIFFS' SUMMARY JUDGMENT MOTION ON THE ISSUE OF PATENT EXHAUSTION signed November 18, 2005, I noticed that the language required by 28 U.S.C. § 1746 was not included in either document due to an inadvertent typographical error.

3.      By this declaration, I hereby verify that the statements contained in the Declarations referenced above are true and correct under the penalty of perjury under the laws of the United States.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:  November 30, 2005                          /s/William R. Woodford
                                                                    William R. Woodford


60327059.doc