UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS INSTITUTE OF TECHNOLOGY and REPLIGEN CORPORATION,<br><br>    Plaintiffs,<br><br>    v.<br><br>IMCLONE SYSTEMS, INC.,<br><br>    Defendant. | Civil Action No. 04-10884-RGS |

**DECLARATION OF MICHAEL J. KANE IN SUPPORT OF PLAINTIFFS' MOTION TO SET FEBRUARY 10, 2006 AS THE DATE FOR COMPLETION OF EXPERT DEPOSITIONS**

I, Michael J. Kane, declare and state as follows:

1.   I am an attorney in the law firm of Fish & Richardson P.C., P.A. and I am counsel for Plaintiffs Massachusetts Institute of Technology and Repligen Corporation.

2.   Attached hereto as Exhibit A is a true and correct copy of Judge Stearns' Electronic Order dated June 3, 2005.

3.   Attached hereto as Exhibit B is a true and correct copy of Judge Stearns' Electronic Order dated July 1, 2005.

4.   Attached hereto as Exhibit C is a true and correct copy of Judge Stearns' Order On Plaintiffs' Fourth Motion to Compel dated October 14, 2005.

5.   Attached hereto as Exhibit D is a true and correct copy of an E-mail from John Adkisson to Paul Richter, et al. dated July 12, 2005.

6.   Attached hereto as Exhibit E is a true and correct copy of an E-mail from John Adkisson to Michael Loughnane, et al. dated July 22, 2005.

7. Attached hereto as Exhibit F is a true and correct copy of an E-mail from Michael Kane to Paul Richter dated August 3, 2005.

8. Attached hereto as Exhibit G is a true and correct copy of an E-mail from Anthony Gaccio to Michael Kane dated August 8, 2005.

9. Attached hereto as Exhibit H is a true and correct copy of an E-mail from Michael Loughnane to Michael Kane dated August 12, 2005.

10. Attached hereto as Exhibit I is a true and correct copy of an E-mail from Michael Kane to Michael Loughnane dated September 12, 2005.

11. Attached hereto as Exhibit J is a true and correct copy of an E-mail from Michael Kane to Paul Richter dated September 19, 2005.

12. Attached hereto as Exhibit K is a true and correct copy of a letter from John Adkisson to A. Antony Pfeffer dated October 12, 2005.

13. Attached hereto as Exhibit L is a true and correct copy of an E-mail from John Adkisson to A. Antony Pfeffer, et al. dated October 18, 2005.

14. Attached hereto as Exhibit M is a true and correct copy of an E-mail from John adkisson to Michael Loughnane dated October 27, 2005.

15. Attached hereto as Exhibit N is a true and correct copy of an E-mail from John Adkisson to Michael Loughnane dated November 2, 2005.

16. Attached hereto as Exhibit O is a true and correct copy of an E-mail from John Adkisson to Michael Loughnane dated November 4, 2005.

17. Attached hereto as Exhibit P is a true and correct copy of an E-mail from Michael Kane to Paul Richter dated December 13, 2005.

18.     Attached hereto as Exhibit Q is a true and correct copy of an E-mail from Michael Kane to Paul Richter dated December 14, 2005.

19.     Attached hereto as Exhibit R is a true and correct copy of a letter from Michael Loughnane to John Adkisson dated December 19, 2005.

20.     Attached hereto as Exhibit S is a true and correct copy of an E-mail from Michael Kane to Paul Richter, et al. dated January 4, 2006.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: January 5, 2006                    /s/ Michael J. Kane
                                          Michael J. Kane

60333382.doc