A

**Janice Lindstedt**

**From:** ECFnotice@mad.uscourts.gov
**Sent:** Friday, June 03, 2005 2:59 PM
**To:** CourtCopy@mad.uscourts.gov
**Subject:** Activity in Case 1:04-cv-10884-RGS Massachusetts Institute of Technology et al v. Imclone Systems, Incorporated "Order on Motion to Compel"

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.**

## United States District Court

### District of Massachusetts

Notice of Electronic Filing

The following transaction was received from Flaherty, Elaine entered on 6/3/2005 at 3:58 PM EDT and filed on 6/3/2005

**Case Name:**   Massachusetts Institute of Technology et al v. Imclone Systems, Incorporated
**Case Number:** 1:04-cv-10884
**Filer:**
**Document Number:**

**Docket Text:**
Judge Richard G. Stearns : Electronic ORDER entered granting in part and denying in part [27]RE: #27 "Allowed with the exceptions of Requests 51 and 53 through 56." Motion to Compel, granting [29] Motion to Compel RE: #29, "Allowed. ImClone's response is insufficient to satisfy the specific requirements of the Local Rules." (Flaherty, Elaine)

The following document(s) are associated with this transaction:

**1:04-cv-10884 Notice will be electronically mailed to:**

Mark W. Batten     mbatten@proskauer.com

Anthony Giaccio    agiaccio@kenyon.com

Chad A. Hanson     hanson@fr.com

Michael J. Kane    kane@fr.com, lindstedt@fr.com

Gregory A. Madera  madera@fr.com, longval@fr.com

Jeremy P. Oczek    joczek@proskauer.com, hmorgan@proskauer.com

Jonathan E. Singer singer@fr.com, skarboe@fr.com

1/5/2006

William R Woodford     woodford@fr.com

**1:04-cv-10884 Notice will not be electronically mailed to:**

George E. Badenoch
Kenyon & Kenyon
One Broadway
New York, NY 10004

Richard L. DeLucia
Kenyon & Kenyon
One Broadway
New York, NY 10004

Chad A. Hanson
Fish & Richardson
3300 Dain Rauscher Plaza
60 South Sixth Street
Minneapolis, MN 55402

Irene E. Hudson
Fish & Richardson
153 East 53rd Street
New York, NY 10022-4611

Michael D. Loughnane
Kenyon & Kenyon
One Broadway
New York, NY 10004

Paul M. Richter , Jr
Kenyon & Kenyon
One Broadway
New York, NY 10004-1050

1/5/2006