B

## Janice Lindstedt

| | |
|---|---|
| **From:** | ECFnotice@mad.uscourts.gov |
| **Sent:** | Friday, July 01, 2005 8:55 AM |
| **To:** | CourtCopy@mad.uscourts.gov |
| **Subject:** | Activity in Case 1:04-cv-10884-RGS Massachusetts Institute of Technology et al v. Imclone Systems, Incorporated "Order on Motion to Compel" |

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.**

### United States District Court

### District of Massachusetts

Notice of Electronic Filing

The following transaction was received from Flaherty, Elaine entered on 7/1/2005 at 9:55 AM EDT and filed on 7/1/2005

**Case Name:**       Massachusetts Institute of Technology et al v. Imclone Systems, Incorporated

**Case Number:**       1:04-cv-10884

**Filer:**

**Document Number:**

**Docket Text:**
Judge Richard G. Stearns : Electronic ORDER entered denying [36] Motion to Compel, re: #36, "Denied. The court is unpersuaded that the redacted material is of any relevance to the case." denying [39] Motion to Compel re: #39 "Denied, except as to document #82." (Flaherty, Elaine)

The following document(s) are associated with this transaction:

### 1:04-cv-10884 Notice will be electronically mailed to:

Mark W. Batten    mbatten@proskauer.com

Anthony Giaccio    agiaccio@kenyon.com

Chad A. Hanson    hanson@fr.com

Michael J. Kane    kane@fr.com, lindstedt@fr.com

Gregory A. Madera    madera@fr.com, longval@fr.com

Jeremy P. Oczek    joczek@proskauer.com, hmorgan@proskauer.com

Jonathan E. Singer    singer@fr.com, skarboe@fr.com

William R Woodford    woodford@fr.com

7/1/2005

**1:04-cv-10884 Notice will not be electronically mailed to:**

George E. Badenoch
Kenyon & Kenyon
One Broadway
New York, NY 10004

Richard L. DeLucia
Kenyon & Kenyon
One Broadway
New York, NY 10004

Chad A. Hanson
Fish & Richardson
3300 Dain Rauscher Plaza
60 South Sixth Street
Minneapolis, MN 55402

Irene E. Hudson
Fish & Richardson
153 East 53rd Street
New York, NY 10022-4611

Michael D. Loughnane
Kenyon & Kenyon
One Broadway
New York, NY 10004

Paul M. Richter , Jr
Kenyon & Kenyon
One Broadway
New York, NY 10004-1050

7/1/2005