C

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-10884- RGS

MASSACHUSETTS INSTITUTE OF TECHNOLOGY
and REPLIGEN CORPORATION

v.

IMCLONE SYSTEMS, INC.

ORDER ON PLAINTIFFS' FOURTH
MOTION TO COMPEL

October 14, 2005

STEARNS, D.J.

With respect to Topic 2, ALLOWED, the deposition, however, to be limited to communications regarding the acquisition of the 225 Cell Line. As to topic 12, DENIED. As to Topic 14, ALLOWED. As to Topic 15 and Topic 17, ALLOWED. As to Topic 16, DENIED.

SO ORDERED.

/s/ Richard G. Stearns

_____
UNITED STATES DISTRICT JUDGE