# D

From: John Adkisson
Sent: Tuesday, July 12, 2005 6:04 PM
To: 'Richter, Paul'; Loughnane, Michael; OHara, Michel; Giaccio, Anthony
Cc: William Woodford; Michael Kane
Subject: Repligen/ImClone: Deposition Dates

Mike and Paul:

This will confirm our conversation with respect to the deposition dates you offered:

Wednesday, July 20 -- resumption of Landes (subject to confirmation) Thursday, July 21 -- Dlouhy (includes 30(b)(6) topics) (confirmed) Week of July 25 -- Gallagher (subject to confirmation)

We are still waiting for dates for the resumption of the Feit deposition, as well as a date in July for Mr. Howerton. With respect to our outstanding 30(b)(6) notice, you told me that you suspected that the witnesses identified above would cover all outstanding topics. As you have requested from us, please provide us with a list indicating which witnesses will cover which topics sufficiently in advance of the individual depositions so that we can adequately prepare. As you have noted with respect to Mr. Gillies, the inclusion of 30(b)(6) topics in conjunction with an individual deposition may well result in us needing more than one day with the witness, so the sooner you provide us that information, the better.

With respect to our witnesses, Ms. Nelson is available for the resumption of the 30(b)(6) notice of MIT on July 28. We still owe you (1) a date for the Repligen 30(b)(6) deposition; and (2) a date for Alice Gast. We will attempt to provide those to you in the next couple of days, as well as a list outlining which remaining MIT 30(b)(6) topics will be covered by Mr. Gillies, and which topics will be covered by Ms. Nelson.

Finally, with respect to Ms. Weidemier, I will communicate the points you raised with the rest of our team, and we should be able to let you know by the end of the week whether we will proceed with her deposition on July 29.

JCA

1