# E

Case 1:04-cv-10884-RGS   Document 113-6   Filed 01/05/2006   Page 1 of 3

From: John Adkisson
Sent: Friday, July 22, 2005 3:31 PM
To: 'Loughnane, Michael'; 'Richter, Paul'; Giaccio, Anthony; OHara, Michel
Cc: William Woodford; Michael Kane; Chad Hanson
Subject: Repligen/ImClone: Deposition Scheduling

Mike and Paul:

Further to our meet and confer on Wednesday, we can offer the following additional deposition dates, both to be held at our office in Boston:

Jean Weidemier: Tuesday, August 2 @ 1 p.m.
Repligen 30(b)(6): Thursday, August 11 @ 9:30 a.m.

Please note that Ms. Weidemier is leaving late the week of August 1 for vacation, so the date offered is her last date available until late August. She remains available for deposition on the date noticed in her subpoena, July 29.

I will send you the topics on which Ms. Nelsen is testifying as part of the 7/28 30(b)(6) deposition of MIT on Monday.

We still owe you a date for Ms. Gast; I hope to be able to forward you a date for her deposition early next week.

1

Please provide us with dates for Mr. Gallagher and the resumption of Mr. Feit as soon as possible, and please confirm that Mr. Howerton's deposition is proceeding on 8/5. Thanks.

JCA