# F

**From:** Michael Kane
**Sent:** Wednesday, August 03, 2005 5:04 PM
**To:** 'Richter, Paul'
**Cc:** John Adkisson; Chad Hanson; Loughnane, Michael; Pfeffer, Antony; Giaccio, Anthony; OHara, Michel; npapastavros@nixonpeabody.com; jkravitz@nixonpeabody.com
**Subject:** RE: Notebooks; Dr. Gillies; Dr. Tonegawa; and Sam Waksal

Dear Paul,

In light of recent events, we will not respond to all the self-serving statements in the various emails. You should not assume, however, that our silence is an agreement with the statements contained in any email. Instead, we would like to move forward on a reasonable basis for all parties and finish discovery.

Dr. Tonegawa is unavailable at this time so we have no information regarding his schedule and availability. We hope to have some idea by the end of the week, but may not know until Monday.

With respect to Dr. Gillies, we assume you will review and assess the notebook pages produced by Nixon Peabody and let us know to what extent you need to question Dr. Gillies regarding the materials. We will consider any request made for further deposition and respond accordingly. If Dr. Gillies is produced for further deposition, we will attempt to coordinate his schedule with Dr. Tonegawa's schedule.

We are still waiting for dates on Feit, Landes, and now Gallagher. Please let us know when we can expect to hear from you about their availability. As we are doing for Gillies and Tonegawa, we assume you will attempt to coordinate schedules so we can finish these depositions in an efficient manner.

Mike