G

From: Giaccio, Anthony <AGiaccio@kenyon.com>
To: Michael Kane <kane@fr.com>
CC: John Adkisson <Adkisson@fr.com>; William Woodford <woodford@fr.com>; Loughnane, Michael <MLoughnane@kenyon.com>; Richter, Paul <PRichter@kenyon.com>; OHara, Michel <MOHara@kenyon.com>; Pfeffer, Antony <APfeffer@kenyon.com>
Sent: Mon Aug 08 17:55:47 2005
Subject: MIT and Repligen v. ImClone

Hi Mike,

John Landes is available on August 17th, and, due to continuing jury duty obligations and travel schedule, Irv Feit is available on August 24th.

Thanks.

Anthony


Anthony Giaccio
KENYON & KENYON
One Broadway
New York, NY 10004
t- (212) 908-6419
f- (212) 425-5288
e- agiaccio@kenyon.com <blocked::mailto:agiaccio@kenyon.com>

This message, including any attachments, may contain confidential, attorney-client privileged, attorney work product, or business confidential information, and is only for the use of the intended recipient(s). Any review, use or distribution by others is prohibited. If you are not the intended recipient, please contact the sender and delete all copies.