# H

**From:** Loughnane, Michael [mailto:MLoughnane@kenyon.com]
**Sent:** Friday, August 12, 2005 12:07 PM
**To:** Michael Kane
**Cc:** Kravitz, Jason; Richter, Paul; Pfeffer, Antony; Giaccio, Anthony; OHara, Michel
**Subject:** Deposition Schedule

Mike,
This is to confirm that the deposition of Steve Gillies will go forward on Aug 17th.
Also, we are working on producing either John Landes or ImClone's 30b6 witness on August 19th. We will let you know on Monday.

Mike