I

Case 1:04-cv-10884-RGS   Document 113-10   Filed 01/05/2006   Page 1 of 2

**From:** Michael Kane
**Sent:** Monday, September 12, 2005 9:06 AM
**To:** 'MLoughnane@kenyon.com'
**Cc:** Repligen-ImClone-USPTO
**Subject:** Gallagher Depo

Mike,

I got your message regarding Mr. Gallagher. We were originally told he would be available last week. On Friday you offered him for a single day this week. Unfortunately, I think our schedules are booked for this week. Please let us know his availability for next week. Also, when will Mr. Feit and Mr. Landes be available?

Michael J. Kane

This e-mail message is intended for the sole use of the intended recipient(s) and may contain information that is confidential, privileged and/or attorneys' work product. Any review or distribution by any other person is prohibited. If you are not an intended recipient, please immediately contact the sender and delete all copies.