J

From: Michael Kane
Sent: Monday, September 19, 2005 4:43 PM
To: Richter, Paul
Cc: John Adkisson; William Woodford
Subject: Schedule

Paul,

To follow-up on our conversation today, we agreed that opening expert reports will not be exchanged on 9/21. As you and I discussed, our team did not have a proposal for how to adjust the expert discovery schedule. In light of Mr. Gallagher's availability on 9/27 (subject to confirmation), you and I discussed exchanging opening reports on 10/4, reply reports on 11/1, and concluding expert discovery by 11/30. You indicated that you would discuss these dates with your team and get back to me.

Please let me know as soon as possible if those dates are agreeable. Also, please confirm Mr. Gallagher's availability for 9/27. Finally, please let us know when Mr. Feit and Mr. Landes are available to conclude their depositions.

Thanks.

Michael J. Kane
Intellectual Property Attorney
~ Fish & Richardson P.C., P.A. www.fr.com
3300 Dain Rauscher Plaza        tel (612)337-2502
60 South Sixth Street           fax (612)288-9696
Minneapolis, Minnesota 55402    kane@fr.com

This e-mail message is intended for the sole use of the intended recipient(s) and may contain information that is confidential, privileged and/or attorneys' work product. Any review or distribution by any other person is prohibited. If you are not an intended recipient, please immediately contact the sender and delete all copies.