L

From: John Adkisson
Sent: Tuesday, October 18, 2005 1:13 PM
To: Pfeffer, Antony; 'Richter, Paul'; Loughnane, Michael
Cc: Michael Kane; William Woodford; Chad Hanson
Subject: Repligen/ImClone: Deposition Dates

Gentlemen:

We are still waiting on deposition dates for Messrs. Feit and Landes. Please let us know when we can take those depositions.

Additionally, per Judge Stearns' October 14 Order, we need to schedule depositions for Topic Nos. 2, 14, 15 and 17 of our 30(b)(6) notice. We need to take these depositions shortly, and well in advance of the existing November 30 deadline for dispositive motions. Please let us know when your witness(es) will be available.

Regards,
John

1