M

...

**From:** John Adkisson
**Sent:** Thursday, October 27, 2005 4:39 PM
**To:** 'Loughnane, Michael'
**Cc:** Pfeffer, Antony; Richter, Paul; Michael Kane; William Woodford
**Subject:** RE: Repligen/ImClone

Mike:

Please let me know as soon as you can regarding deposition dates. We obviously need time to accomodate our schedules, line up court reporters, etc., so the more lead time, the better. We still also need dates for Feit and Landes, who we have been asking for for months, and for which ImClone is under an extant Court order to produce for deposition. (See 1/7/05 Order).

With respect to Topic 1, that topic requested information regarding ImClone's "acquisition and use" of the C225 cell line. As limited by Judge Stearns, Topic No. 2 requests information regarding ImClone's communications with NCI and NIH about its acquisition of the cell line. For this topic, we expect that the witness will be knowledgeable about all communications with NCI and NIH regarding ImClone's acquisition of the C225 cell line, and this topic is not limited to the time of the acquisition.

I will also note that, in ImClone's August 24 brief on this issue, ImClone indicated to the Court that if this topic were limited as Judge Stearns has now limited it, "there would be no motion on this topic -- ImClone would have designated a witness." ImClone Br. at 6.

In any event, if you now do not intend to comply with Judge Stearns' Order, we need to know as soon as possible. Also, as we have discussed, if you schedule the deposition for the week of November 7, we will expect that you will agree to a brief extension of time for us to incorporate this testimony into our reply brief on this issue.

I look forward to hearing from you soon.

JCA