# N

**From:** John Adkisson
**Sent:** Wednesday, November 02, 2005 8:34 PM
**To:** 'Loughnane, Michael'
**Cc:** 'Richter, Paul'; 'Pfeffer, Antony'; Michael Kane; William Woodford
**Subject:** RE: Repligen/Imclone

Mike:

We're still waiting on a 30(b)(6) deposition date, as well as Feit and Landes. Please advise on Thursday. Thanks.

JCA