O

**From:** John Adkisson
**Sent:** Friday, November 04, 2005 1:59 PM
**To:** 'Loughnane, Michael'
**Cc:** Richter, Paul; Pfeffer, Antony; William Woodford; Michael Kane
**Subject:** RE: Repligen/Imclone

Mike:

We will begin Mr. Gallagher's deposition at 9:30 a.m. on Friday 11/11, and unless I hear otherwise, I will assume he is ImClone's designee on all of the Topics ordered produced by Judge Stearns on October 14 and will be prepared to testify as to all of those topics.

We still need dates for Feit and Landes. Where do we stand on that?

JCA