P

**From:** Michael Kane [mailto:kane@fr.com]
**Sent:** Tuesday, December 13, 2005 9:52 AM
**To:** Richter, Paul
**Subject:** RE: Expert Reports and Landes/Feit Depositions

Paul,

As you know, we have been asking to complete the depositions of Mr. Feit and Mr. Landes for many months. When we talked last, you indicated that you had only recently found out that you were responsible for getting these depositions scheduled as a result of John Adkisson's letter of November 29, 2005. As you stated below, you promised to get dates as soon as possible. For whatever reason, we still do not have dates. Unfortunately, the continued failure to provide these witnesses leaves us no choice but to seek relief from the Court. We plan to file a motion as soon as possible and to seek our fees for the motion.

Mike