Q

**From:** Michael Kane
**Sent:** Wednesday, December 14, 2005 1:02 PM
**To:** 'Richter, Paul'; John Adkisson
**Cc:** Loughnane, Michael; Pfeffer, Antony
**Subject:** RE: Expert Reports and Landes/Feit Depositions

Paul,

Thank you for your response. We will take Mr. Landes' deposition on January 11 and Dr. Feit's deposition on January 12 at your offices.

With the relatively short timeframe for expert depositions and the upcoming holidays, it makes sense that we also lock in dates for expert depositions very soon. We have requested dates in January when our experts would be available and ask that you do the same. We should exchange those dates no later than this Friday. After we see the dates, we can decide whether to file a stipulation to adjust the Court's pretrial order.

Mike