R



Intellectual Property Law

**Michael D. Loughnane**
Direct 212.908.6225
mloughnane@kenyon.com

One Broadway
New York, NY 10004-1007
212.425.7200
Fax 212.425.5288

December 19, 2005

**By Facsimile  612-288-9696**

John Adkisson, Esq.
Fish & Richardson P.C., P.A.
3300 Dain Rauscher Plaza
60 South Sixth Street
Minneapolis, MN 55402

     Re: MIT and Repligen Corp. v. ImClone Systems, Inc.
       <u>Case No. 04-CV-1088</u>

Dear John:

   ImClone is planning to file a motion to strike those portions of Dr. Struhl's December 12, 2005 rebuttal expert report on invalidity that refer to testing allegedly performed by Dr. Gillies, as this data had not been produced during fact discovery and was not presented in Dr. Struhl's October 14 report on infringement. As you are well aware, ImClone repeatedly sought discovery on any such testing and was informed throughout discovery that such information either did not exist, or that Plaintiffs would be asserting privilege with respect to any such testing. Accordingly, this alleged data can not be relied upon by Plaintiffs for any purpose.

   ImClone is also planning to move to strike the "rebuttal" expert report of Howard Bremer in its entirety. This report is untimely -- it does not rebut anything included in ImClone's opening expert reports -- and should have been served on October 14, 2005, if at all. In addition, this report is not an "expert" report, but a legal opinion offered by another lawyer retained by Plaintiffs' counsel.

   Please let us know when this week Plaintiffs are available to discuss these issues so that they may be resolved, or at least narrowed, prior to our filing of these motions. If we do not hear from you by Wednesday, Dec. 21, 2005, we will assume that you disagree with our positions on these two reports and that we can proceed with our motions.

        Very truly yours,

        *Michael Loughnane*

        Michael D. Loughnane

New York    Washington, DC    Silicon Valley    www.kenyon.com



One Broadway
New York, NY 10004-1050
212.425.7200
Fax 212.425.5288

**Intellectual Property Law**

## Fax Transmission

From:  **Michael D. Loughnane**       Date:   December 19, 2005

Direct Dial:  212.908.6225       Fax:   212.425.5288

Client/Matter: 11245-97       Total number of pages:
                              (including cover)

*Please deliver to:*

| Name | Company | Fax |
|------|---------|-----|
| **John Adkisson, Esq.** | **Fish and Richardson** | **612-288-9696** |

Comments:

NY01 497678 v 1

9 O₁

**IF ANY PAGES WERE NOT RECEIVED OR ARE ILLEGIBLE, PLEASE CALL Cynthia @ (212) 908-6059 AS SOON AS POSSIBLE**

The information contained in this facsimile transmission, including any attachments, is subject to the attorney-client privilege, the attorney work product privilege or is confidential information intended only for the use of the named recipient. If the reader of this Notice is not the intended recipient or the employee or agent responsible for delivering this transmission to the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this transmission in error, please notify us immediately by telephone, so that we may arrange for its return or destruction at our cost. Thank you.

New York    Washington, DC    Silicon Valley