S

| | |
|---|---|
| **From:** | Michael Kane |
| **Sent:** | Wednesday, January 04, 2006 2:01 PM |
| **To:** | 'Richter, Paul'; Loughnane, Michael; Pfeffer, Antony |
| **Cc:** | William Woodford; John Adkisson |
| **Subject:** | Depositions |

Gentlemen:

We will take the deposition of Mr. Stewart on January 31. Please confirm that this deposition will be at your offices in New York. Also, we are still waiting for dates for Dr. Aaronson.

Mike

1