UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MASSACHUSETTS INSTITUTE OF
TECHNOLOGY and REPLIGEN
CORPORATION,

        Plaintiffs,

v.

IMCLONE SYSTEMS INC.,

        Defendant.

Civil Action No. 04 10884 RGS

### ASSENTED-TO MOTION FOR LEAVE TO FILE IMCLONE'S MOTION TO EXCLUDE REFERENCE AT TRIAL TO TESTING PERFORMED BY DR. GILLIES AND TO STRIKE TESTIMONY OF DR. STRUHL REGARDING TEST DATA UNTIMELY DISCLOSED BY PLAINTIFFS AND RELATED PAPERS UNDER SEAL

Pursuant to Local Rule 7.2, Defendant ImClone Systems, Inc. ("ImClone") hereby moves, with the assent of Plaintiffs Massachusetts Institute of Technology and RepliGen Corp. ("Plaintiffs"), for leave to file the following documents under seal:

    A.    ImClone's Motion To Exclude Reference At Trial To Testing Performed By Dr. Gillies And To Strike Testimony Of Dr. Struhl Regarding Test Data Untimely Disclosed By Plaintiffs; and

    B.    Declaration of A. Antony Pfeffer In Support Of ImClone's Motion To Strike, with Exhibits A-M.

ImClone respectfully requests permission to file these documents under seal because they contain information that has been designated by the Parties as confidential under the Stipulated Protective Order entered in this case. In accordance with Local Rule 7.2, ImClone requests that these documents should be impounded until the final resolution of this litigation between the parties, at which time they will be retrieved by ImClone.

BOS\143018.1

WHEREFORE, it is respectfully requested that the Court grant this unopposed motion for leave to file the above-described documents under seal.

**Certification Pursuant to Local Rule 7.1(A)(2)**

Undersigned counsel certifies that, before filing this motion, counsel for the parties have conferred by e-mail on January 6, 2006, regarding the subject of this motion. As a result, counsel for Plaintiffs has advised that Plaintiffs assent to this motion.

Dated: January 6, 2006

Respectfully submitted,

IMCLONE SYSTEMS, INC.

By its Attorneys,

Michael R. Gottfried (BBO# 542156)
Anthony J. Fitzpatrick (BBO# 564324)
Christopher S. Kroon (BBO# 660286)
DUANE MORRIS LLP
470 Atlantic Avenue, Suite 500
Boston, Massachusetts 02110
Tel: (617) 289-9200
Fax: (617) 289-9201

Richard L. DeLucia
George E. Badenoch
Michael D. Loughnane
Paul M. Richter, Jr.
Anthony Giaccio
KENYON & KENYON
One Broadway
New York, NY 10004-1050
Tel: (212) 425-7200
Fax: (212) 425-5288

BOS\143018.1