UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS INSTITUTE OF TECHNOLOGY and REPLIGEN CORPORATION,<br><br>        Plaintiffs,<br><br>    v.<br><br>IMCLONE SYSTEMS, INC.,<br><br>        Defendant. | Civil Action No. 04-10884-RGS |

## ASSENTED-TO MOTION TO FILE UNDER SEAL

Pursuant to Local Rule 7.2, Plaintiffs Massachusetts Institute of Technology and Repligen Corporation hereby move, with the assent of Defendant ImClone Systems, Inc., to file the following documents under seal:

> **Plaintiffs' Opposition to ImClone's Motion to Exclude Reference at Trial to Testing Performed by Dr. Gillies and to Strike Testimony of Dr. Struhl Regarding Test Data Purportedly Untimely Disclosed by Plaintiffs**
>
> **Declaration of Michael J. Kane in Opposition to ImClone's Motion to Exclude Reference at Trial to Testing Performed by Dr. Gillies and to Strike Testimony of Dr. Struhl Regarding Test Data Purportedly Untimely Disclosed by Plaintiffs**

Plaintiffs respectfully request permission to file these documents under seal because they contain documents and information that has been designated as confidential under the Stipulated Protective Order entered in this case. In accordance with Local Rule 7.2, Plaintiffs request that these documents should be impounded until the final resolution of this litigation between the parties, at which time they will be retrieved by Plaintiffs.

WHEREFORE, it is respectfully requested that the Court grant this assented-to motion to file the above-described documents under seal.

**Certification Pursuant to Local Rule 7.1(A)(2)**

Undersigned counsel certifies that, before filing this motion, counsel for the parties have conferred by e-mail correspondence regarding the subject of this motion.  As a result, counsel for ImClone has advised that ImClone assents to this motion.

| | |
|---|---|
| Dated:  January 20, 2006 | /s/ Michael J. Kane<br>Michael J. Kane (*pro hac vice*)<br>3300 Dain Rauscher Plaza<br>60 South Sixth Street<br>Minneapolis, MN 55402<br>Telephone:  (612) 335-5070<br>Facsimile:  (612) 288-9696 |

*Of Counsel*:

| | | |
|---|---|---|
| Gregory A. Madera<br>FISH & RICHARDSON P.C.<br>225 Franklin Street<br>Boston, MA 02110-2804<br>Telephone:  (617) 542-5070<br>Facsimile:  (617) 542-8906 | Jonathan E. Singer<br>John C. Adkisson<br>William R. Woodford<br>FISH & RICHARDSON P.C., P.A.<br>3300 Dain Rauscher Plaza<br>60 South Sixth Street<br>Minneapolis, Minnesota 55402<br>Telephone:  (612) 335-5070<br>Facsimile:  (612) 288-9696 | Juanita Brooks<br>FISH & RICHARDSON P.C.<br>12390 El Camino Real<br>San Diego, CA 92130<br>Telephone:  (858) 678-5070 |

***Attorneys for Plaintiffs Massachusetts Institute of Technology & Repligen Corporation***

60335910.doc