UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS INSTITUTE OF TECHNOLOGY and REPLIGEN CORPORATION,<br><br>                Plaintiffs,<br><br>    v.<br><br>IMCLONE SYSTEMS INC.,<br><br>                Defendant. | Civil Action No. 04 10884 RGS |

**STIPULATION**

Massachusetts Institute of Technology and Repligen Corporation (jointly "Plaintiffs") and ImClone Systems, Inc. ("ImClone") hereby stipulate and agree as follows:

The depositions of Dr. Kevin Struhl and Dr. Stuart Aaronson will be completed by April 15, 2006. The purpose for this extension of time from March 1, 2006 to April 15, 2006 is solely due to issues regarding the scheduling of these depositions.

In order to maintain the status quo, neither party shall conduct additional testing or submit further expert reports pursuant to Rule 26 related to patent invalidity or infringement that will be relied upon at trial without leave of the Court.

However, notwithstanding the foregoing, ImClone's expert, Dr. Stuart Aaronson may rebut Dr. Gillies' test results included in Dr. Struhl's rebuttal expert report, through any appropriate means (including testing and/or a supplemental expert report) following the conclusion of the deposition of Dr. Gillies (or the Court's grant of Plaintiff's to-be-filed motion for a protective order related to the deposition of Dr. Gillies).

DM1\563468.1

| For Plaintiffs MIT and Repligen Corp., | | Dated: March 1, 2006 |
|---|---|---|

/s/ Michael J. Kane, Esquire
Michael J. Kane (*pro hac vice*)
FISH & RICHARDSON, P.C.
3300 Dain Rauscher Plaza
60 South Sixth Street
Minneapolis, MN 55402
Tel: (612) 335-5070
Fax: (612) 288-9696

*Of Counsel:*

| | | |
|---|---|---|
| Gergory A,. Madera | Jonathan E. Singer | Juanita Brooks |
| Fish & Richardson P.C. | John C. Adkisson | Fish & Richardson P.C. |
| 225 Franklin Street | William R. Woodford | 12391 El Camino Real |
| Boston, MA 02110-2804 | Fish & Richardson. P.C. | San Diego, CA 92130 |
| Tel: 617-542-5070 | 330 Dain Rauscher Plaza | Tel: (858) 678-5070 |
| Fax: 617-542-8906 | 60 South Sixth Street | |
| | Minneapolis, Minnesota 55402 | |
| | Tel: 612-335-5070 | |
| | Fax: 612-288-9696 | |

For Defendant ImClone Systems, Inc.                                                    Dated: March 1, 2006

| | |
|---|---|
| /s/ Michael R. Gottfried | Richard L. DeLucia |
| Michael R. Gottfried (BBO#542156) | George E. Badenoch |
| Anthony J. Fitzpatrick (BBO#564324) | Michael D. Loughnane |
| Christopher S. Kroon (BBO#660286) | Paul M. Richter, Jr. |
| DUANE MORRIS LLP | Anthony Giaccio |
| 470 Atlantic Avenue, Suite 500 | KENYON & KENYON |
| Boston, MA  02110 | One Broadway |
| Tel: (617) 289-9200 | New York, NY  10004-1050 |
| Fax: (617) 289-9201 | Tel: (212) 425-7200 |
| | Fax: (212) 425-5288 |

**SO ORDERED:**

_____
U.S.D.J.

DATED:

## CERTIFICATE OF SERVICE

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent by first class mail to those indicated as non-registered participants on March 1, 2006

                                              /s/ Michael R. Gottfried