UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS INSTITUTE OF TECHNOLOGY and REPLIGEN CORPORATION,<br><br>       Plaintiffs,<br><br>  v.<br><br>IMCLONE SYSTEMS, INC.,<br><br>       Defendant. | Civil Action No. 04-10884-RGS |

## MOTION TO FILE UNDER SEAL

Pursuant to Local Rule 7.2, Plaintiffs Massachusetts Institute of Technology and Repligen Corporation hereby move to file the following documents under seal:

**Plaintiffs' Emergency Motion for Sanctions and to Stop ImClone's Ongoing Efforts to Suppress Evidence and Memorandum in Support Thereof**

**Declaration of Michael J. Kane in Support of Plaintiffs' Emergency Motion for Sanctions and to Stop ImClone's Ongoing Efforts to Suppress Evidence**

Plaintiffs respectfully request permission to file these documents under seal because they contain documents and information that has been designated as Restricted Confidential under the Stipulated Protective Order entered in this case. In accordance with Local Rule 7.2, Plaintiffs request that these documents should be impounded until the final resolution of this litigation between the parties, at which time they will be retrieved by Plaintiffs.

WHEREFORE, it is respectfully requested that the Court grant this motion to file the above-described documents under seal.

**Certification Pursuant to Local Rule 7.1(A)(2)**

Undersigned counsel certifies that, before filing this motion, counsel for the parties have conferred by e-mail correspondence regarding the subject of this motion. The parties were unable to reach an agreement.

Dated:  March 16, 2006

/s/ Michael J. Kane
Michael J. Kane (*pro hac vice*)
3300 Dain Rauscher Plaza
60 South Sixth Street
Minneapolis, MN 55402
Telephone:  (612) 335-5070
Facsimile:  (612) 288-9696

*Of Counsel*:

| | | |
|---|---|---|
| Gregory A. Madera | Jonathan E. Singer | Juanita Brooks |
| FISH & RICHARDSON P.C. | John C. Adkisson | FISH & RICHARDSON P.C. |
| 225 Franklin Street | William R. Woodford | 12390 El Camino Real |
| Boston, MA 02110-2804 | FISH & RICHARDSON P.C., P.A. | San Diego, CA 92130 |
| Telephone:  (617) 542-5070 | 3300 Dain Rauscher Plaza | Telephone:  (858) 678-5070 |
| Facsimile:  (617) 542-8906 | 60 South Sixth Street | |
| | Minneapolis, Minnesota 55402 | |
| | Telephone:  (612) 335-5070 | |
| | Facsimile:  (612) 288-9696 | |

*Attorneys for Plaintiffs Massachusetts Institute of Technology & Repligen Corporation*

mot  to file under seal (2).doc