UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS INSTITUTE OF TECHNOLOGY and REPLIGEN CORPORATION,<br><br>                Plaintiffs,<br><br>v.<br><br>IMCLONE SYSTEMS INC.,<br><br>                Defendant. | Civil Action No. 04 10884 RGS |

**DEFENDANT'S OPPOSITION TO MOTION TO FILE UNDER SEAL**

Defendant's respectfully oppose Plaintiffs' "Motion to File Under Seal" dated March 16, 2006. In its underlying motion, Plaintiffs' make unsubstantiated allegations that ImClone violated the Protective Order in this case by inquiring of ImClone's business partner Merck KGaA regarding activities of a Merck KGaA subsidiary.

Plaintiffs' motions is further based on the actions of Merck KGaA's counsel of which ImClone has no knowledge. Plaintiffs' restricted confidential designation of its brief and supporting documents will prejudice ImClone in its ability to fully investigate and respond to these baseless allegations. Their only basis for this designation appears to be the inclusion of excerpts of a deposition transcript that was improperly designated "restricted confidential" as it contains no confidential information of Plaintiffs.

To address Plaintiffs' motion, ImClone needs to discuss the facts underlying Plaintiffs' motion with those alleged to be participating in the alleged actions, namely Merck KGaA,

Merck KGaA's counsel, and counsel for an officer of a Merck KGaA subsidiary. Further, to the extent that there is any confidential information involved in this motion it would appear to be the confidential information of Merck KGaA. By filing this motion under seal, Plaintiffs are preventing ImClone from investigating the allegations which are leveled by Plaintiffs seeking sanctions against ImClone and preventing Merck KGaA and its counsel from learning of the allegations that Plaintiffs are leveling at Merck KGaA.

ImClone respectfully requests that the Court deny Plaintiffs' motion absent Plaintiffs' identification of what specific information in their papers are confidential, an explanation of how that information is confidential, and an identification of whose confidential information it is.

Dated: March 17, 2006

Respectfully submitted,

IMCLONE SYSTEMS, INC.

By its Attorneys,

_____
Michael R. Gottfried (BBO# 542156)
Anthony J. Fitzpatrick (BBO# 564324)
Christopher S. Kroon (BBO# 660286)
DUANE MORRIS LLP
470 Atlantic Avenue, Suite 500
Boston, Massachusetts 02110
Tel: (617) 289-9200
Fax: (617) 289-9201

Richard L. DeLucia
Michael D. Loughnane
Paul M. Richter, Jr.
Anthony Giaccio
KENYON & KENYON
One Broadway
New York, NY 10004-1050
Tel: (212) 425-7200
Fax: (212) 425-5288