UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS INSTITUTE OF TECHNOLOGY and REPLIGEN CORPORATION,<br><br>    Plaintiffs,<br><br>  v.<br><br>IMCLONE SYSTEMS INC.,<br><br>    Defendant. | Civil Action No. 04 10884 RGS |

## CERTIFICATE OF SERVICE

I, Michael R. Gottfried, hereby certify that on March 17, 2006, I caused copies of Defendant's Opposition To Motion To File Under Seal to be served upon the following counsel of record in the manner indicated below:

**VIA COURT ELECTRONIC FILING NOTIFICATION:**

Chad A. Hanson
Jonathan E. Singer
Michael J. Kane
William R. Woodford
Fish & Richardson P.C.
3300 Dain Rauscher Plaza
60 South Sixth Street
Minneapolis, MN 55402

Gregory A. Madera
Fish & Richardson P.C.
225 Franklin Street
Boston, MA 02110-2804

**VIA FIRST CLASS MAIL, POSTAGE PRE-PAID TO:**

Irene E. Hudson
Fish & Richardson P.C.
153 East 53rd Street
New York, NY 10022-4611

    /s/ Michael R. Gottfried
Michael R. Gottfried, BBO# 542156
DUANE MORRIS LLP
470 Atlantic Avenue, Suite 500
Boston, MA 02210-2205
(617) 289-9200

DM2\670190.1