UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MASSACHUSETTS INSTITUTE OF
TECHNOLOGY and REPLIGEN
CORPORATION,

        Plaintiffs,

v.

IMCLONE SYSTEMS INC.,

        Defendant.

Civil Action No. 04 10884 RGS

**UNOPPOSED MOTION FOR LEAVE TO FILE DEFENDANT'S OPPOSITION TO PLAINTIFFS' MOTION FOR SANCTIONS AND RELATED PAPERS UNDER SEAL**

Pursuant to Local Rule 7.2, Defendant ImClone Systems, Inc. ("ImClone") hereby moves, with the assent of Plaintiffs Massachusetts Institute of Technology and RepliGen Corp. ("Plaintiffs"), for leave to file the following documents under seal:

A.     Defendant's Opposition to Plaintiffs' Motion for Sanctions;

B.     Declaration of A. Antony Pfeffer in Support of Defendant's Opposition to Plaintiffs' Motion for Sanctions, with Exhibits; and

B.     Declaration of Thomas Gallagher in Support of Defendant's Opposition to Plaintiffs' Motion for Sanctions, with Exhibits.

ImClone respectfully requests permission to file these documents under seal because they contain information that has been designated by the Parties as confidential under the Stipulated Protective Order entered in this case. In accordance with Local Rule 7.2, ImClone requests that these documents should be impounded until the final resolution of this litigation between the parties, at which time they will be retrieved by ImClone.

DM1\620455.1

WHEREFORE, it is respectfully requested that the Court grant this unopposed motion for leave to file the above-described documents under seal.

### Certification Pursuant to Local Rule 7.1(A)(2)

Undersigned counsel certifies that, before filing this motion, counsel for the parties have conferred by e-mail on March 30, 2006, regarding the subject of this motion and attempted in good faith to resolve or narrow the issues. Counsel for the Plaintiffs has indicated that they do not oppose this motion.

Dated: March 30, 2006

Respectfully submitted,

IMCLONE SYSTEMS, INC.

By its Attorneys,

/s/ Michael R. Gottfried
Michael R. Gottfried (BBO# 542156)
Anthony J. Fitzpatrick (BBO# 564324)
Christopher S. Kroon (BBO# 660286)
DUANE MORRIS LLP
470 Atlantic Avenue, Suite 500
Boston, Massachusetts 02110
Tel: (617) 289-9200
Fax: (617) 289-9201

Richard L. DeLucia
George E. Badenoch
Michael D. Loughnane
Paul M. Richter, Jr.
Anthony Giaccio
KENYON & KENYON
One Broadway
New York, NY 10004-1050
Tel: (212) 425-7200
Fax: (212) 425-5288

## CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non registered participants on March 30, 2006.

/s/ Michael R. Gottfried
Michael R. Gottfried