UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS INSTITUTE OF TECHNOLOGY and REPLIGEN CORPORATION,<br><br>               Plaintiffs,<br><br>    v.<br><br>IMCLONE SYSTEMS INC.,<br><br>               Defendant. | Civil Action No. 04 10884 RGS |

**MOTION FOR LEAVE TO FILE OVER LENGTH BRIEF IN OPPOSITION TO THE PLAINTIFFS' MOTION FOR SANCTIONS**

Defendant, Imclone Systems, Inc. ("Imclone") respectfully moves this court for leave to file a 25 page Opposition to the Plaintiffs' Motion for Sanctions.

As grounds for this Motion, Imclone asserts that Plaintiffs' filed a 23 page moving brief. Imclone has made a good-faith attempt to address all of the factual and legal bases for its Opposition within the 20-page limit set by Local Rule 7.1(b)(4). Nonetheless, Imclone required an additional four and a half pages to respond to the Plaintiffs' oversized moving brief.

WHEREFORE, Imclone respectfully moves this Court for leave to file this over length Brief in Opposition to the Plaintiffs' Motion for Sanctions.

DM1\620477.1

### Certification Pursuant to Local Rule 7.1(A)(2)

Undersigned counsel certifies that, before filing this motion, counsel for the parties have conferred by e-mail on March 30, 2006, regarding the subject of this motion and attempted in good faith to resolve or narrow the issues. Counsel for Plaintiffs' consent to the filing of a brief of 23 pages.

Dated: March 30, 2006

Respectfully submitted,

IMCLONE SYSTEMS, INC.

By its Attorneys,

/s/ Michael R. Gottfried
Michael R. Gottfried (BBO# 542156)
Anthony J. Fitzpatrick (BBO# 564324)
Christopher S. Kroon (BBO# 660286)
DUANE MORRIS LLP
470 Atlantic Avenue, Suite 500
Boston, Massachusetts 02110
Tel: (617) 289-9200
Fax: (617) 289-9201

Richard L. DeLucia
George E. Badenoch
Michael D. Loughnane
Paul M. Richter, Jr.
Anthony Giaccio
KENYON & KENYON
One Broadway
New York, NY 10004-1050
Tel: (212) 425-7200
Fax: (212) 425-5288

DM1\620477.1

## CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non registered participants on March 30, 2006.

/s/ Michael R. Gottfried
Michael R. Gottfried