UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MASSACHUSETTS INSTITUTE OF
TECHNOLOGY and REPLIGEN
CORPORATION,

          Plaintiffs,

v.

IMCLONE SYSTEMS INC.,

          Defendant.

Civil Action No. 04 10884 RGS

## UNOPPOSED MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL

Pursuant to Local Rule 7.2, Defendant ImClone Systems, Inc. ("ImClone") hereby moves, with the assent of Plaintiffs Massachusetts Institute of Technology and RepliGen Corp. ("Plaintiffs"), for leave to file the following documents under seal:

A.    Exhibit A to Imclone's Opposition to Plaintiffs' Motion for Leave to File a Reply in Support of Its Motion for Sanctions and Contingent Cross-Motion for Leave to File a Surreply; and

B.    Exhibit B to Imclone's Opposition to Plaintiffs' Motion for Leave to File a Reply in Support of Its Motion for Sanctions and Contingent Cross-Motion for Leave to File a Surreply.

ImClone respectfully requests permission to file these documents under seal because they contain information that has been designated by the Parties as confidential under the Stipulated Protective Order entered in this case. In accordance with Local Rule 7.2, ImClone requests that these documents should be impounded until the final resolution of this litigation between the parties, at which time they will be retrieved by ImClone.

WHEREFORE, it is respectfully requested that the Court grant this unopposed motion for leave to file the above-described documents under seal.

### Certification Pursuant to Local Rule 7.1(A)(2)

Undersigned counsel certifies that, before filing this motion, counsel for the parties have conferred by e-mail on April 13, 2006, regarding the subject of this motion and attempted in good faith to resolve or narrow the issues. Counsel for the Plaintiffs has indicated that they do not oppose this motion.

Dated: April 13, 2006

Respectfully submitted,

IMCLONE SYSTEMS, INC.

By its Attorneys,

/s/ Michael R. Gottfried
Michael R. Gottfried (BBO# 542156)
Anthony J. Fitzpatrick (BBO# 564324)
Christopher S. Kroon (BBO# 660286)
DUANE MORRIS LLP
470 Atlantic Avenue, Suite 500
Boston, Massachusetts 02110
Tel: (617) 289-9200
Fax: (617) 289-9201

Richard L. DeLucia
George E. Badenoch
Michael D. Loughnane
Paul M. Richter, Jr.
Anthony Giaccio
KENYON & KENYON
One Broadway
New York, NY 10004-1050
Tel: (212) 425-7200
Fax: (212) 425-5288

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing document was filed electronically through the court's ECF system and will also be served on the parties this 13th day of April in the following manner:

VIA HAND-DELIVERY TO:

Gregory A. Madera, Esq.
Fish & Richardson, P.C.
225 Franklin Street
Boston, MA 02110-2804

VIA FEDERAL EXPRESS/OVERNIGHT DELIVERY TO:

Jonathan E. Singer, Esquire
Michael J. Kane, Esquire
William R. Woodford, Esquire
Fish & Richardson, P.C.
3300 Dain Rauscher Plaza
60 South Sixth Street
Minneapolis, MN 55402

Irene E. Hudson, Esq.
Fish & Richardson, P.C.
153 53rd Street
New York, NY 10022-4611

/s/ Michael R. Gottfried
Michael R. Gottfried

DM1\625757.1