UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS INSTITUTE OF TECHNOLOGY and REPLIGEN CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>IMCLONE SYSTEMS INC.,<br><br>Defendant. | Civil Action No. 04 10884 RGS |

**IMCLONE'S OPPOSITION TO PLAINTIFFS' MOTION FOR LEAVE TO FILE A REPLY IN SUPPORT OF ITS MOTION FOR SANCTIONS AND CONTINGENT CROSS-MOTION FOR LEAVE TO FILE A SURREPLY**

Defendant ImClone respectfully opposes "Plaintiffs' Motion for Leave to File a Reply in Support of Its Emergency Motion For Sanctions and to Stop ImClone's Ongoing Efforts to Suppress Evidence" dated April 7, 2006. Plaintiffs' filed their original "emergency" motion on March 16, 2006, which ImClone timely opposed on March 30, 2006. More than a week later, Plaintiffs' filed a motion seeking a "reply" in support of its "emergency" motion. Plaintiffs' reply merely repeats old allegations against ImClone, fails to address the evidentiary shortcomings of the original motion, and finally mischaracterizes the factual record in a last-ditch attempt to support their motion for sanctions and draconian relief. If the Court decides to grant Plaintiffs' motion for leave to file a reply, ImClone moves the Court for leave to file the responsive surreply attached hereto as Exhibit A, together with supporting Supplemental Declaration of A. Antony Pfeffer attached as Exhibit B. This surreply would be necessary to

address certain allegations not raised in support of plaintiff's motion in their opening papers, and to briefly address the numerous continuing inadequacies of plaintiffs' arguments. Given the severity of the relief that plaintiffs are seeking, this surreply is necessary if plaintiffs' motion for leave to file their reply paper is granted.

Dated: April 13, 2006

Respectfully submitted,

IMCLONE SYSTEMS, INC.

By its Attorneys,

/s/ Michael R. Gottfried
Michael R. Gottfried (BBO# 542156)
Anthony J. Fitzpatrick (BBO# 564324)
Christopher S. Kroon (BBO# 660286)
DUANE MORRIS LLP
470 Atlantic Avenue, Suite 500
Boston, Massachusetts 02110
Tel: (617) 289-9200
Fax: (617) 289-9201

Richard L. DeLucia
George E. Badenoch
Michael D. Loughnane
Paul M. Richter, Jr.
Anthony Giaccio
KENYON & KENYON
One Broadway
New York, NY 10004-1050
Tel: (212) 425-7200
Fax: (212) 425-5288

## **CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the foregoing document was filed electronically through the court's ECF system and was served on the parties this 13th day of April in the following manner:

VIA HAND-DELIVERY TO:

Gregory A. Madera, Esq.
Fish & Richardson, P.C.
225 Franklin Street
Boston, MA 02110-2804

VIA FEDERAL EXPRESS/OVERNIGHT DELIVERY TO:

Jonathan E. Singer, Esquire
Michael J. Kane, Esquire
William R. Woodford, Esquire
Fish & Richardson, P.C.
3300 Dain Rauscher Plaza
60 South Sixth Street
Minneapolis, MN 55402

Irene E. Hudson, Esq.
Fish & Richardson, P.C.
153 53rd Street
New York, NY 10022-4611

/s/ Michael R. Gottfried
Michael R. Gottfried