UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MASSACHUSETTS INSTITUTE OF
TECHNOLOGY and REPLIGEN
CORPORATION,

             Plaintiffs,

    v.

IMCLONE SYSTEMS INC.,

             Defendant.

Civil Action No. 04 10884 RGS

**FILED UNDER SEAL**

**EXHIBIT A
TO IMCLONE'S OPPOSITION TO PLAINTIFFS' MOTION FOR LEAVE TO
FILE A REPLY IN SUPPORT OF ITS MOTION FOR SANCTIONS AND
CONTINGENT CROSS-MOTION FOR LEAVE TO FILE A SURREPLY**

The enclosed documents are being filed under seal in accordance with Imclone's Motion For Leave To File Documents Under Seal, electronically filed on April 13, 2006.

DM1\625794.1