UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS INSTITUTE OF TECHNOLOGY and REPLIGEN CORPORATION,<br><br>　　　　　　　Plaintiffs,<br><br>　　　v.<br><br>IMCLONE SYSTEMS INC.,<br><br>　　　　　　　Defendant. | Civil Action No. 04 10884 RGS<br><br>**FILED UNDER SEAL** |

**EXHIBIT B
TO IMCLONE'S OPPOSITION TO PLAINTIFFS' MOTION FOR LEAVE TO
FILE A REPLY IN SUPPORT OF ITS MOTION FOR SANCTIONS AND
CONTINGENT CROSS-MOTION FOR LEAVE TO FILE A SURREPLY**

The enclosed documents are being filed under seal in accordance with Imclone's Motion For Leave To File Documents Under Seal, electronically filed on April 13, 2006.

DM1\625794.1