UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS INSTITUTE OF TECHNOLOGY and REPLIGEN CORPORATION,<br><br>                Plaintiffs,<br><br>v.<br><br>IMCLONE SYSTEMS INC.,<br><br>                Defendant. | Civil Action No. 04 10884 RGS |

**RULE 7.1 CERTIFICATION WITH RESPECT TO IMCLONE'S OPPOSITION TO PLAINTIFFS' MOTION FOR LEAVE TO FILE A REPLY IN SUPPORT OF ITS MOTION FOR SANCTIONS AND CONTINGENT CROSS-MOTION FOR LEAVE TO FILE A SURREPLY**

      Undersigned counsel certifies that, before filing this motion, counsel for the parties have conferred by email on April 13, 2006, regarding the subject of this motion and attempted in good faith to resolve or narrow the issues. Counsel for the Plaintiffs have indicated that they will not assent to this motion.

Dated: April 13, 2006

Respectfully submitted,

IMCLONE SYSTEMS, INC.

By its Attorneys,

/s/ Michael R. Gottfried
Michael R. Gottfried (BBO# 542156)
Anthony J. Fitzpatrick (BBO# 564324)
Christopher S. Kroon (BBO# 660286)
DUANE MORRIS LLP
470 Atlantic Avenue, Suite 500
Boston, Massachusetts 02110
Tel: (617) 289-9200

DM1\625818.1

          Richard L. DeLucia
          George E. Badenoch
          Michael D. Loughnane
          Paul M. Richter, Jr.
          Anthony Giaccio
          KENYON & KENYON
          One Broadway
          New York, NY 10004-1050
          Tel: (212) 425-7200
          Fax: (212) 425-5288

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing document was filed electronically through the court's ECF system and was served on the parties this 13th day of April in the following manner:

VIA HAND-DELIVERY TO:

Gregory A. Madera, Esq.
Fish & Richardson, P.C.
225 Franklin Street
Boston, MA 02110-2804

VIA FEDERAL EXPRESS/OVERNIGHT DELIVERY TO:

Jonathan E. Singer, Esquire
Michael J. Kane, Esquire
William R. Woodford, Esquire
Fish & Richardson, P.C.
3300 Dain Rauscher Plaza
60 South Sixth Street
Minneapolis, MN 55402

Irene E. Hudson, Esq.
Fish & Richardson, P.C.
153 53rd Street
New York, NY 10022-4611

/s/ Michael R. Gottfried
Michael R. Gottfried