UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MASSACHUSETTS INSTITUTE OF
TECHNOLOGY and REPLIGEN
CORPORATION,

        Plaintiffs,

v.

IMCLONE SYSTEMS INC.,

        Defendant.

Civil Action No. 04 10884 RGS

## MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL

Pursuant to Local Rule 7.2, Defendant ImClone Systems, Inc. ("ImClone") hereby moves for leave to file the following documents under seal:

    A.    Defendant's Motion Requesting The Court To Consider The Video Of Dr. Gillies' Deposition In Connection With The Court's Evaluation Of, And Decision On, Plaintiffs' Sanctions Motion;

    B.    Declaration of Paul M. Richter, Jr. In Support Of Defendant's Motion Requesting The Court To Consider The Video Of Dr. Gillies' Deposition In Connection With The Court's Evaluations Of, And Decision On, Plaintiffs' Sanctions Motion, with attached exhibits, which includes paper and video (in DVD format) copies of Dr. Gillies's February 10, 2006 deposition.

ImClone respectfully requests permission to file these documents under seal because they contain or refer to information that has been designated by Dr. Gillies' private counsel as restricted and confidential under the Stipulated Protective Order entered in this case.

In accordance with Local Rule 7.2, ImClone requests that these documents should be impounded until the final resolution of this litigation between the parties, at which time they will be retrieved by ImClone.

WHEREFORE, it is respectfully requested that the Court grant this motion for leave to file the above-described documents under seal.

Dated: May 10, 2006

Respectfully submitted,

IMCLONE SYSTEMS, INC.
By its Attorneys,

/s/ Anthony J. Fitzpatrick
Michael R. Gottfried (BBO# 542156)
Anthony J. Fitzpatrick (BBO# 564324)
Christopher S. Kroon (BBO# 660286)
DUANE MORRIS LLP
470 Atlantic Avenue, Suite 500
Boston, Massachusetts 02110
Tel: (617) 289-9200
Fax: (617) 289-9201

Richard L. DeLucia
George E. Badenoch
Michael D. Loughnane
Paul M. Richter, Jr.
Anthony Giaccio
KENYON & KENYON
One Broadway
New York, NY 10004-1050
Tel: (212) 425-7200
Fax: (212) 425-5288

DM1\634263.1

## Certification Pursuant to Local Rule 7.1(A)(2)

Pursuant to Local Rule 7.1(A)(2), the undersigned certifies that Defendant's counsel have conferred with Plaintiffs' counsel regarding the issues raised in the foregoing motion, and Plaintiffs' counsel have indicated that they do not oppose the request to file under seal.

/s/ Anthony J. Fitzpatrick
Anthony J. Fitzpatrick

DM1\634263.1

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing document was filed electronically through the court's ECF system and will also be served on the parties this 10th day of May 2006, in the following manner:

VIA FEDERAL EXPRESS/OVERNIGHT DELIVERY TO:

Gregory A. Madera, Esq.
Fish & Richardson, P.C.
225 Franklin Street
Boston, MA 02110-2804

Jonathan E. Singer, Esquire
Michael J. Kane, Esquire
William R. Woodford, Esquire
Fish & Richardson, P.C.
3300 Dain Rauscher Plaza
60 South Sixth Street
Minneapolis, MN 55402

Irene E. Hudson, Esq.
Fish & Richardson, P.C.
153 53rd Street
New York, NY 10022-4611

/s/ Anthony J. Fitzpatrick
Anthony J. Fitzpatrick