UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-CV-10884-RGS

MASSACHUSETTS INSTITUTE OF TECHNOLOGY, et al.

v.

IMCLONE SYSTEMS, INC.

MEMORANDUM AND ORDER ON
MOTION FOR SANCTIONS

July 24, 2006

STEARNS, D.J.

On March 16, 2006, the Massachusetts Institute of Technology (MIT) filed a motion requesting that the court impose sanctions on Imclone's counsel for alleged witness intimidation. On May 5, 2006, the court heard oral argument on the motion. After review of the pleadings, including those filed at or after the hearing, and after consideration of argument of counsel, the court is of the tentative view that the allegations of ethical misconduct are extremely serious and that the conduct of defendant's counsel may have prejudiced the ability of MIT to fully litigate its Complaint. The court is inclined to believe, on the basis of the materials submitted, that sanctions if imposed might include the disqualification of the law firm presently representing Imclone from further participation in the case. The court will, however, consistent with its prior assurances, give counsel the opportunity to show cause why sanctions should not be imposed, or if imposed, why a lesser penalty than disqualification might be adequate.[1]

---

[1]On May 10, 2006, defendant filed a motion asking the court to review the videotape of the deposition in which the intimidation allegedly occurred. The motion will be

The court will convene a hearing at 10:30 a.m. on August 25, 2006, to hear further argument and to receive such evidence as counsel deems necessary.  If counsel wishes to file further briefing, such will be due on or before August 18, 2006.

        SO ORDERED.

        /s/ Richard G. Stearns

        _____
        UNITED STATES DISTRICT JUDGE

---

ALLOWED to the extent that counsel is free to show the relevant portions of the deposition as part of its presentation of evidence at the scheduled hearing.