UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS INSTITUTE OF TECHNOLOGY and REPLIGEN CORPORATION,<br><br>                    Plaintiffs,<br><br>v.<br><br>IMCLONE SYSTEMS INC.,<br><br>                    Defendant. | Civil Action No. 04 10884 RGS |

## DEFENDANT'S MOTION TO CONTINUE AUGUST 25, 2006 HEARING

The Defendant respectfully moves for an Order to continue the evidentiary hearing date set in the Court's July 24, 2006 Order to a date between September 15 and September 29, 2006 and set a schedule for further briefing consistent therewith. This request is being made so that Robert J. Muldoon, Jr., Esq., an expert retained by Defendant, will be available and have adequate time to prepare for that evidentiary hearing.

The Defendant engaged Mr. Muldoon on May 17, 2006 to serve as its expert in this matter. Mr. Muldoon, however, has informed the undersigned counsel for the Defendant that he will be serving as lead trial counsel in a jury trial in the Massachusetts Superior Court Business Litigation Session on August 28, 2006, in the matter of *Chemed Corp. v. PCI Holding Corp., et al., Civil Action No. 04-2354-BLS II*. Trial in that matter was scheduled some months ago, and is expected to take approximately six days to complete. Moreover, immediately thereafter Mr. Muldoon will also be serving as lead trial counsel in a trial scheduled to commence in Suffolk

County Probate Court on September 6, 2006, in the matter of *Rice and Moore v. Bannish et al., Civil Action Nos. 05-E-0106, 05-E-0107*.  Thus, in light of Mr. Muldoon's prior trial commitments in these matters, he will not have adequate time to prepare any pre-hearing declaration by August 18, 2006, or to prepare for a hearing in this matter by August 25, 2006.

The Defendant recognizes the seriousness and importance of the issue identified by the Court, and does not intend to delay these proceedings.  The Defendant respectfully seeks an opportunity to adequately prepare for the hearing.  Given Mr. Muldoon's trial schedule and the volume of materials to be reviewed by him, the Defendant respectfully requests that these deadlines be briefly extended.

In support of this motion, the Defendant attaches the Affidavit of Robert J. Muldoon, Jr., Esq. hereto as Exhibit A.

WHEREFORE, the Defendant respectfully requests that the Court continue the deadlines in the Court's July 24, 2006 Order as set forth above.

Dated: August 1, 2006                             Respectfully submitted,

                                                  IMCLONE SYSTEMS, INC.

                                                  By its Attorneys,

                                                  /s/ Anthony J. Fitzpatrick
                                                  Michael R. Gottfried (BBO# 542156)
                                                  Anthony J. Fitzpatrick (BBO# 564324)
                                                  DUANE MORRIS LLP
                                                  470 Atlantic Avenue, Suite 500
                                                  Boston, Massachusetts 02110
                                                  Tel: (617) 289-9200
                                                  Fax: (617) 289-9201

>Richard L. DeLucia
>Michael D. Loughnane
>Paul M. Richter, Jr.
>Anthony Giaccio
>KENYON & KENYON
>One Broadway
>New York, NY  10004-1050
>Tel: (212) 425-7200
>Fax: (212) 425-5288

### CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7. 1

The undersigned certifies that counsel have conferred and have attempted in good faith to resolve or narrow the issues presented in this motion.  Counsel for the plaintiff indicated that the plaintiff would not assent to the requested continuance.

>/s/ Anthony J. Fitzpatrick
>Anthony J. Fitzpatrick

**CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on August 1, 2006.

      /s/Anthony J. Fitzpatrick
      Anthony J. Fitzpatrick