# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS INSTITUTE OF TECHNOLOGY and REPLIGEN CORPORATION,<br><br>            Plaintiffs,<br><br>    v.<br><br>IMCLONE SYSTEMS INC.,<br><br>            Defendant. | Civil Action No. 04 10884 RGS |

## AFFIDAVIT OF ROBERT J. MULDOON, JR., ESQ.

I, Robert J. Muldoon, Jr., Esq., state as follows:

1. I make this affidavit in support of Defendant's Motion to Continue August 25, 2006 Hearing.

2. I am an attorney admitted to practice before this Court, in good standing, and a partner in the law firm of Sherin and Lodgen, LLP.

3. I was retained on May 17, 2006 by counsel for the Defendant to serve as an expert in the above-captioned case and I have been qualified under the Stipulated Protective Order enter in that case.

4. I am currently serving as lead trial counsel in a jury trial in the Massachusetts Superior Court Business Litigation Session on August 28, 2006, in the matter of *Chemed Corp. v. PCI Holding Corp., et al., Civil Action No. 04-2354-BIS II*. Trial in that matter was scheduled some months ago, and is expected to take approximately six days to complete.

5.  I am also currently serving as lead trial counsel in a trial scheduled to commence in Suffolk Probate Court on September 6, 2006, in the matter of *Rice and Moore v. Bannish et al.*, Civil Action Nos. 05-E-0106, 05-E-0107.

6.  In light of the aforementioned prior trial commitments, I will not have adequate time to prepare any pre-hearing declaration by August 18, 2006, or to prepare for a hearing in this matter by August 25, 2006.

Signed and sworn under the pains and penalties of perjury this 26th day of July, 2006.

/s/ Robert J. Muldoon, Jr.
Robert J. Muldoon, Jr.