## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS INSTITUTE OF TECHNOLOGY and REPLIGEN CORPORATION,<br><br>      Plaintiffs,<br><br>    v.<br><br>IMCLONE SYSTEMS, INC.,<br><br>      Defendant. | Civil Action No. 04-10884-RGS |

### PLAINTIFFS' OPPOSITION TO IMCLONE'S MOTION TO CONTINUE THE AUGUST 25, 2006 HEARING

ImClone asks the Court to delay the August 25 evidentiary hearing on Plaintiffs' emergency motion because its expert is not available and does not have "adequate time" to prepare for the hearing. Neither of these explanations provides a sound basis to delay the hearing.

The Court's July 24 Order invited counsel to present further evidence and argument on Plaintiffs' motion. Nothing in the Order provides for expert testimony and ImClone has provided no explanation as to why it needs an expert. In fact, ImClone does not even explain what specific expert qualifications Mr. Muldoon has with respect to this motion, what the nature of his testimony would be, why the court should hear his testimony, or why this testimony warrants delay. Indeed, the evidence before the Court is straightforward—precisely the type of evidence for which there is no need for expert testimony. And certainly an "expert" providing legal testimony regarding the rules of ethics is wholly unnecessary.

ImClone also fails to explain why its expert will not have adequate time to prepare for the hearing. ImClone states that Mr. Muldoon was retained on May 17, 2006. Three months is

certainly enough time to review the Gillies deposition and the handful of documents and pleadings relevant to Plaintiffs' motion. Moreover, the trials identified by ImClone actually take place after the August 18 deadline for briefs and the August 25 hearing.

For these reasons, Plaintiffs oppose ImClone's motion and ask that the requested evidence and argument be heard on August 25.


Dated: August 2, 2006
/s/ William R. Woodford
William R. Woodford (*pro hac vice*)
FISH & RICHARDSON P.C.
3300 Dain Rauscher Plaza
60 South Sixth Street
Minneapolis, MN 55402
Telephone: (612) 335-5070
Facsimile: (612) 288-9696

*Of Counsel:*

| | | |
|---|---|---|
| Gregory A. Madera | Jonathan E. Singer | Juanita Brooks |
| FISH & RICHARDSON P.C. | Michael J. Kane | FISH & RICHARDSON P.C. |
| 225 Franklin Street | John C. Adkisson | 12390 El Camino Real |
| Boston, MA 02110-2804 | FISH & RICHARDSON P.C. | San Diego, CA 92130 |
| Telephone: (617) 542-5070 | 3300 Dain Rauscher Plaza | Telephone: (858) 678-5070 |
| Facsimile: (617) 542-8906 | 60 South Sixth Street | |
| | Minneapolis, Minnesota 55402 | |
| | Telephone: (612) 335-5070 | |
| | Facsimile: (612) 288-9696 | |

*Attorneys for Plaintiffs Massachusetts Institute of Technology & Repligen Corporation*

60372903.doc