UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS INSTITUTE OF TECHNOLOGY and REPLIGEN CORPORATION,<br><br>                Plaintiffs,<br><br>    v.<br><br>IMCLONE SYSTEMS INC.,<br><br>                Defendant. | Civil Action No. 04 10884 RGS |

**MOTION FOR LEAVE TO FILE IMCLONE'S MOTION TO COMPEL PRODUCTION
OF DOCUMENTS SUBMITTED TO THE COURT IN CONNECTION WITH
PLAINTIFFS' MOTION FOR SANCTIONS
AND RELATED COMMUNICATIONS UNDER SEAL**

Pursuant to Local Rule 7.2, Defendant ImClone Systems, Inc. ("ImClone") hereby moves for leave to file ImClone's Motion To Compel Production Of Documents Submitted To The Court In Connection With Plaintiffs' Motion For Sanctions And Related Communications under seal.

ImClone respectfully requests permission to file this document under seal because it contains information that has been designated by the Parties as confidential under the Stipulated Protective Order enter in this case. In addition, the Motion refers to information submitted in papers that have been previously sealed by the Court. In accordance with Local Rule 7.2, ImClone requests that this document should be impounded until the final resolution of this litigation between the parties, at which time it will be retrieved by ImClone.

DM2\805225.2

WHEREFORE, it is respectfully requested that the Court grant this unopposed motion for leave to file the above-described document under seal.

### Certification Pursuant to Local Rule 7.1(A)(2)

Undersigned counsel certifies that, before filing this motion, counsel for Imclone attempted to confer with the Plaintiffs' counsel by e-mail on September 1, 2006, regarding the subject of this motion. However, Plaintiff's counsel did not respond to said email.

Dated: September 1, 2006

Respectfully submitted,

IMCLONE SYSTEMS, INC.

By its Attorneys,

/s/ Michael R. Gottfried
Michael R. Gottfried (BBO# 542156)
Anthony J. Fitzpatrick (BBO# 564324)
Christopher S. Kroon (BBO# 660286)
DUANE MORRIS LLP
470 Atlantic Avenue, Suite 500
Boston, Massachusetts 02110
Tel: (617) 289-9200
Fax: (617) 289-9201

Richard L. DeLucia
George E. Badenoch
Michael D. Loughnane
Paul M. Richter, Jr.
Anthony Giaccio
KENYON & KENYON
One Broadway
New York, NY 10004-1050
Tel: (212) 425-7200
Fax: (212) 425-5288

DM2\805225.2