UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS INSTITUTE OF TECHNOLOGY and REPLIGEN CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>IMCLONE SYSTEMS INC.,<br><br>Defendant. | Civil Action No. 04-10884-RGS |

## NOTICE OF APPEARANCE ON BEHALF OF KENYON & KENYON

Pursuant to Local Rule 83.5.2, Sara Jane Shanahan of Griesinger, Tighe & Maffei, LLP hereby file this Notice of Appearance on behalf of Kenyon & Kenyon with respect to the plaintiffs' Motion for Sanctions.

Respectfully submitted,

KENYON & KENYON,

By its attorneys,

\_\_/s/_____
Sara Jane Shanahan (BBO#567837)
Griesinger, Tighe & Maffei, LLP
176 Federal Street
Boston, Massachusetts  02110
(617) 542-9900

Dated:  September 5, 2006