UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS INSTITUTE OF TECHNOLOGY and REPLIGEN CORPORATION,<br><br>                    Plaintiffs,<br><br>         v.<br><br>IMCLONE SYSTEMS INC.,<br><br>                    Defendant. | Civil Action No. 04 10884 RGS |

**ASSENTED-TO MOTION FOR LEAVE TO FILE
KENYON & KENYON, LLP'S MOTION TO COMPEL PRODUCTION OF
DOCUMENTS SUBMITTED TO THE COURT
IN SUPPORT OF PLAINTIFFS' MOTION FOR SANCTIONS UNDER SEAL**

Pursuant to Local Rule 7.2, Kenyon & Kenyon, LLP. ("Kenyon & Kenyon") hereby moves, with the assent of Plaintiffs Massachusetts Institute of Technology and Repligen Corp. ("Plaintiffs"), for leave to file Kenyon & Kenyon's Motion To Compel Production of Documents Submitted to the Court in Connection with Plaintiffs' Motion for Sanctions under seal.

Kenyon & Kenyon respectfully requests permission to file this document under seal because it contains information that has been designated by the Parties as confidential under the Stipulated Protective Order entered in this case.  In addition, the Motion refers to information submitted in papers that have been previously sealed by the Court.  In accordance with Local Rule 7.2, Kenyon & Kenyon requests that this document should be impounded until the final resolution of this litigation between the parties, at which time it will be retrieved by Kenyon & Kenyon.

WHEREFORE, it is respectfully requested that the Court grant this unopposed motion for leave to file the above-described document under seal.

**Certification Pursuant to Local Rule 7.1(A)(2)**

Undersigned counsel certifies that, before filing this motion, counsel for the parties have conferred by e-mails on September 1 and 5, 2006, regarding the subject of this motion. As a result, counsel for Plaintiffs has advised that Plaintiffs assent to this motion.

Dated: September 5, 2006

Respectfully submitted,

KENYON AND KENYON

By its Attorneys,

/s/ Thomas F. Maffei
Thomas F. Maffei (BBO 313220)
Sara Jane Shanahan (BBO 567837)
GRIESINGER, TIGHE & MAFFEI, LLP
176 Federal Street
Boston, Massachusetts 02110-2214
(617) 542-9900

Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on September 5, 2006.

/s/ Thomas F. Maffei
Thomas F. Maffei