UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS INSTITUTE OF TECHNOLOGY and REPLIGEN CORPORATION,<br><br>      Plaintiffs,<br><br>  v.<br><br>IMCLONE SYSTEMS INC.,<br><br>      Defendant. | Civil Action No. 04 10884 RGS |

**SUPPLEMENTAL CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)(2)**

  The Defendant, ImClone System Inc., hereby submits this Supplemental Certification Pursuant to Local Rule 7.1(A)(2) in connection with its Motion for Leave to File ImClone's Motion to Compel Production of Documents Submitted to the Court in Connection with the Plaintiffs' Motion for Sanctions and Related Communications Under Seal, which was previously filed with this Court on September 1, 2006, as document number 146.

  Undersigned counsel certifies that, subsequent to the filing of Defendant's Motion for Leave, he received a response from Plaintiffs' counsel by e-mail on September 5, 2006, indicating that while Plaintiffs oppose the substance of that Motion, they do assent to it being filed under seal.

DM1\684312.1

2

Dated: September 6, 2006

Respectfully submitted,

IMCLONE SYSTEMS, INC.

By its Attorneys,

/s/ Michael R. Gottfried
Michael R. Gottfried (BBO# 542156)
Anthony J. Fitzpatrick (BBO# 564324)
Christopher S. Kroon (BBO# 660286)
DUANE MORRIS LLP
470 Atlantic Avenue, Suite 500
Boston, Massachusetts 02110
Tel: (617) 289-9200
Fax: (617) 289-9201

Richard L. DeLucia
George E. Badenoch
Michael D. Loughnane
Paul M. Richter, Jr.
Anthony Giaccio
KENYON & KENYON
One Broadway
New York, NY 10004-1050
Tel: (212) 425-7200
Fax: (212) 425-5288