UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS INSTITUTE OF TECHNOLOGY and REPLIGEN CORPORATION,<br><br>    Plaintiffs,<br><br>v.<br><br>IMCLONE SYSTEMS INC.,<br><br>    Defendant. | Civil Action No. 04 10884 RGS |

## CERTIFICATE OF SERVICE

Pursuant to the Court's Electronic Order, dated September 7, 2006, granting ImClone's Motion for Leave to File ImClone's Motion to Compel Production of Documents Submitted to the Court in Connection with Plaintiffs' Motion for Sanctions and Related Communications Under Seal, I hereby certify that the following document, being filed under seal of even date herewith:

1.   ImClone's Motion to Compel Production of Email Correspondence Submitted to the Court in Connection with Plaintiffs' Motion for Sanctions and Related Communications

will be served today upon the following counsel of record in the manner indicated below:

**VIA OVERNIGHT FEDERAL EXPRESS:**

Jonathan E. Singer
Michael J. Kane
William R. Woodford
John C. Adkisson
FISH & RICHARDSON P.C.
3300 Dain Rauscher Plaza
60 South Sixth Street
Minneapolis, MN 55402

**VIA HAND DELIVERY TO:**

Gregory A. Madera
FISH & RICHARDSON P.C.
225 Franklin Street
Boston, MA 02110-2804

**VIA OVERNIGHT FEDERAL EXPRESS:**

Irene E. Hudson
FISH & RICHARDSON P.C.
153 East 53rd Street
New York, NY 10022-4611


/s/  Michael R. Gottfried
     Michael R. Gottfried

DM1\684921.1