UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MASSACHUSETTS INSTITUTE OF
TECHNOLOGY and REPLIGEN
CORPORATION,

              Plaintiffs,

v.

IMCLONE SYSTEMS INC.,

              Defendant.

Civil Action No. 04-10884-RGS

## CERTIFICATE OF SERVICE

      Pursuant to the Court's Electronic Order, dated September 7, 2006, granting Kenyon & Kenyon's Motion for Leave to file Kenyon & Kenyon's Motion to Compel Production of Documents Submitted to the Court in Support of Plaintiffs' Motion for Sanctions Under Seal, I hereby certify that the following document, being filed under seal of even date herewith:

    1.    Kenyon & Kenyon's Motion to Compel Production of Documents Submitted to the Court in Support of Plaintiffs' Motion for Sanctions,

will be served today upon the following counsel of record in the manner indicated below:

**VIA OVERNIGHT DELIVERY**

Jonathan E. Singer
Michael J. Kane
William R. Woodford
John C. Adkisson
FISH & RICHARDSON P.C.
3300 Dain Rauscher Plaza
60 South Sixth Street
Minneapolis, MN  55402

Irene E. Hudson
FISH & RICHARDSON P.C.
153 East 53rd Street
New York, NY  10022-4611

**VIA HAND DELIVERY TO:**

Gregory A. Madera
FISH & RICHARDSON P.C.
225 Franklin Street
Boston, MA  02110-2804

Michael R. Gottfried
Anthony J. Fitzpatrick
Christopher S. Kroon
DUANE MORRIS LLP
470 Atlantic Avenue, Suite 500
Boston, MA  02110

              /s/ Thomas F. Maffei
                  Thomas F. Maffei