**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| MASSACHUSETTS INSTITUTE OF TECHNOLOGY and REPLIGEN CORPORATION,<br><br>      Plaintiffs,<br><br>  v.<br><br>IMCLONE SYSTEMS INC.,<br><br>      Defendant. | Civil Action No. 04 10884 RGS |

**ASSENTED-TO MOTION OF IMCLONE SYSTEMS, INC. AND KENYON & KENYON LLP TO FILE THEIR PRE-HEARING MEMORANDUM IN OPPOSITION TO THE IMPOSITION OF SANCTIONS UNDER SEAL**

Pursuant to Local Rule 7.2, Defendants ImClone Systems, Inc. ("ImClone") and Kenyon & Kenyon LLP ("Kenyon") hereby respectfully move, with the assent of plaintiffs Massachusetts Institute of Technology and Repligen Corp. ("plaintiffs"), for leave to file their pre-hearing Memorandum in Opposition to the Imposition of Sanctions under seal.

ImClone and Kenyon respectfully request permission to file this document under seal because it contains information that has been designated by the parties as confidential under the Stipulated Protective Order enter in this case. In addition, the memorandum refers to information submitted in papers that have been previously sealed by the Court. In accordance with Local Rule 7.2, ImClone and Kenyon request that this document should be impounded until the final resolution of this litigation between the parties, at which time it will be retrieved by ImClone.

DM2\815384.1

WHEREFORE, it is respectfully requested that the Court grant this assented-to motion for leave to file the above-described document under seal.

### Certification Pursuant to Local Rule 7.1(A)(2)

Undersigned counsel certifies that, before filing this motion, counsel for the parties have conferred by e-mail on September 18, 2006, regarding the subject of this motion.  As a result, counsel for plaintiffs has advised that plaintiffs assent to this motion.

Respectfully submitted,

| IMCLONE SYSTEMS, INC. | KENYON AND KENYON LLP |
|---|---|
| By its Attorneys, | By its Attorneys, |
| /s/ Michael R. Gottfried<br>Michael R. Gottfried (BBO # 542156)<br>Anthony J. Fitzpatrick (BBO # 564324)<br>Christopher S. Kroon (BBO # 660286)<br>DUANE MORRIS LLP<br>470 Atlantic Avenue, Suite 500<br>Boston, Massachusetts 02210<br>(617) 289-9200 | /s/ Thomas F. Maffei<br>Thomas F. Maffei P.C. (BBO # 13220)<br>Sara Jane Shanahan (BBO # 567837)<br>GRIESINGER, TIGHE & MAFFEI, LLP<br>176 Federal Street<br>Boston, Massachusetts 02110<br>(617) 542-9900 |

Richard L. DeLucia
Michael D. Loughnane
Paul M. Richter, Jr.
Anthony Giaccio
KENYON & KENYON
One Broadway
New York, NY  10004-1050
(212) 425-7200
September 18, 2006

3

**CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on September 18, 2006.

      /s/ Michael R. Gottfried
      Michael R. Gottfried (BBO# 542156)

DM2\815384.1