UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS INSTITUTE OF TECHNOLOGY and REPLIGEN CORPORATION,<br><br>     Plaintiffs,<br><br>  v.<br><br>IMCLONE SYSTEMS INC.,<br><br>     Defendant. | Civil Action No. 04 10884 RGS |

**MOTION OF IMCLONE SYSTEMS, INC. AND KENYON & KENYON LLP:**

**(A) FOR LEAVE TO FILE JOINT REPLY TO PLAINTIFFS' COMBINED OPPOSITION TO MOTIONS TO COMPEL PRODUCTION OF EMAIL CORRESPONDENCE SUBMITTED TO THE COURT IN CONNECTION WITH PLAINTIFFS' MOTION FOR SANCTIONS; AND**

<u>**(B) TO IMPOUND SAID REPLY**</u>

Pursuant to Local Rule 7.1(B)(3), Defendants ImClone Systems, Inc. ("ImClone") and Kenyon & Kenyon LLP ("Kenyon") hereby respectfully move for leave to file a short joint reply To Plaintiffs' Combined Opposition To Motions To Compel Production Of Email Correspondence Submitted To The Court In Connection With Plaintiffs' Motion For Sanctions. In addition, because of the reply refers to information designated as confidential under the Stipulated Protective Order, ImClone and Kenyon hereby move, pursuant to Local Rule 7.2, for leave to file the reply under seal. As grounds for this request, ImClone and Kenyon state as follows:

On September 7, 2006, ImClone and Kenyon filed (under seal) separate Motions to Compel the production of the two e-mail communications submitted to the Court at the May 4, 2006 hearing (and all documents related to the subject matter of those communications) [D.E. 152 and 155, respectively].

In response, on September 14, 2006, plaintiffs filed a Combined Opposition to ImClone's and Kenyon's Motions To Compel [D.E. 154]. The plaintiffs argue, incorrectly, that no privilege has been waived as to the documents at issue because they were submitted to the Court *in camera*. However, the cases cited by the plaintiffs to support their position are factually distinct from the case at hand and are largely irrelevant to the ideas they are cited for. In those cases, the documents were submitted *in camera* to determine *whether* they were privileged, or *whether* a disqualifying conflict of interest existed. They were not submitted, as they were in this case, to review the substantive content of the documents. ImClone and Kenyon now seek leave to file a joint reply to plaintiffs' Opposition to address assertions of fact and inferences of law contained in plaintiffs' Opposition.

In addition, ImClone and Kenyon respectfully request permission to file the joint reply brief under seal, because it contains information that has been designated by the parties as confidential under the Stipulated Protective Order enter in this case. Moreover, the joint reply refers to information submitted in papers that have been previously sealed by the Court. Thus, in accordance with Local Rule 7.2, ImClone requests that this document should be impounded until the final resolution of this litigation between the parties, at which time it will be retrieved by ImClone.

DM2\815241.1

WHEREFORE, it is respectfully requested that the Court grant this motion for leave to file the above-described Joint Reply of ImClone Systems, Inc. and Kenyon & Kenyon LLP. It is further respectfully requested that the Court allow this Reply to be filed under seal.

Respectfully submitted,

| | |
|---|---|
| IMCLONE SYSTEMS, INC. | KENYON AND KENYON LLP |
| By its Attorneys, | By its Attorneys, |
| /s/ Michael R. Gottfried | /s/ Thomas F. Maffei |
| Michael R. Gottfried (BBO # 542156) | Thomas F. Maffei P.C. (BBO # 13220) |
| Anthony J. Fitzpatrick (BBO # 564324) | Sara Jane Shanahan (BBO # 567837) |
| Christopher S. Kroon (BBO # 660286) | GRIESINGER, TIGHE & MAFFEI, LLP |
| DUANE MORRIS LLP | 176 Federal Street |
| 470 Atlantic Avenue, Suite 500 | Boston, Massachusetts 02110 |
| Boston, Massachusetts 02210 | (617) 542-9900 |
| (617) 289-9200 | |

Richard L. DeLucia
Michael D. Loughnane
Paul M. Richter, Jr.
Anthony Giaccio
KENYON & KENYON
One Broadway
New York, NY  10004-1050
(212) 425-7200
September 18, 2006

**Certification Pursuant to Local Rule 7.1(A)(2)**

Undersigned counsel certifies that, before filing this motion, counsel for Imclone conferred with the plaintiffs' counsel by e-mail on September 18, 2006, regarding the subject of this motion. Plaintiffs' counsel indicated that they will not assent to the motion.

/s/ Michael R. Gottfried
Michael R. Gottfried (BBO# 542156)

4

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on September 18, 2006.

/s/ Michael R. Gottfried
Michael R. Gottfried (BBO# 542156)