UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS INSTITUTE OF TECHNOLOGY and REPLIGEN CORPORATION,<br><br>     Plaintiffs,<br><br>  v.<br><br>IMCLONE SYSTEMS INC.,<br><br>     Defendant. | Civil Action No. 04 10884 RGS |

**ASSENTED-TO JOINT MOTION OF KENYON & KENYON LLP AND IMCLONE SYSTEMS INC. FOR LEAVE TO FILE AN OVER-LENGTH MEMORANDUM IN OPPOSITION TO THE IMPOSITION OF SANCTIONS**

  Defendants Kenyon & Kenyon ("Kenyon") and ImClone Systems, Inc. ("ImClone") respectfully move this Court for leave to file a 25 page joint Memorandum in Opposition to the Imposition of Sanctions (to be filed under seal).

  Kenyon and ImClone have made a good-faith attempt to address all of the factual and legal bases for their joint Opposition within the 20-page limit set by Local rule 7.1(b)(4). Because this matter is serious and complex, Kenyon and ImClone respectfully submit that exceeding the page limit by an additional five (5) pages is reasonable under the circumstances.

  WHEREFORE, Kenyon and ImClone respectfully move this Court for leave to file this over-length Memorandum in Opposition to the Imposition of Sanctions.

DM1\690293.1

**Certification Pursuant to Local Rule 7.1(A)(2)**

Undersigned counsel certifies that, before filing this motion, counsel for the parties have conferred by e-mail on September 19, 2006, regarding the subject of this motion. As a result, counsel for plaintiffs has advised that plaintiffs assent to this motion.

Respectfully submitted,

| | |
|---|---|
| IMCLONE SYSTEMS, INC. | KENYON AND KENYON LLP |
| By its Attorneys, | By its Attorneys, |
| /s/ Michael R. Gottfried | /s/ Thomas F. Maffei |
| Michael R. Gottfried (BBO # 542156) | Thomas F. Maffei P.C. (BBO # 13220) |
| Anthony J. Fitzpatrick (BBO # 564324) | Sara Jane Shanahan (BBO # 567837) |
| Christopher S. Kroon (BBO # 660286) | GRIESINGER, TIGHE & MAFFEI, LLP |
| DUANE MORRIS LLP | 176 Federal Street |
| 470 Atlantic Avenue, Suite 500 | Boston, Massachusetts 02110 |
| Boston, Massachusetts 02210 | (617) 542-9900 |
| (617) 289-9200 | |

Richard L. DeLucia
Michael D. Loughnane
Paul M. Richter, Jr.
Anthony Giaccio
KENYON & KENYON
One Broadway
New York, NY  10004-1050
(212) 425-7200

September 19, 2006

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on September 19, 2006.

/s/ Michael R. Gottfried
Michael R. Gottfried (BBO# 542156)