UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MASSACHUSETTS INSTITUTE OF
TECHNOLOGY and REPLIGEN
CORPORATION,

          Plaintiffs,

v.

IMCLONE SYSTEMS INC.,

          Defendant.

Civil Action No. 04 10884 RGS

## CERTIFICATE OF SERVICE

Pursuant to Kenyon & Kenyon and ImClone's Motion for Leave to File their Pre-Hearing Memorandum in Opposition to the Imposition of Sanctions Under Seal, filed as document number 156 on September 18, 2006, I hereby certify that the following document, being filed under seal of even date herewith:

1. Kenyon & Kenyon LLP and ImClone System Inc.'s Memorandum in Opposition to The Imposition of Sanctions

will be served this 19th day of September, 2006, upon the following counsel of record in the manner indicated below:

**VIA OVERNIGHT FEDERAL EXPRESS:**

Jonathan E. Singer
Michael J. Kane
William R. Woodford
John C. Adkisson
FISH & RICHARDSON P.C.
3300 Dain Rauscher Plaza
60 South Sixth Street
Minneapolis, MN 55402

**VIA HAND DELIVERY TO:**

Gregory A. Madera
FISH & RICHARDSON P.C.
225 Franklin Street
Boston, MA 02110-2804

**VIA OVERNIGHT FEDERAL EXPRESS:**

Irene E. Hudson
FISH & RICHARDSON P.C.
153 East 53rd Street
New York, NY 10022-4611

       /s/ Michael R. Gottfried
           Michael R. Gottfried