UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS INSTITUTE OF TECHNOLOGY and REPLIGEN CORPORATION,<br><br>                    Plaintiffs,<br><br>        v.<br><br>IMCLONE SYSTEMS INC.,<br><br>                    Defendant. | Civil Action No. 04 10884 RGS |

## CORRECTED CERTIFICATE OF SERVICE

   Pursuant to the Court's Electronic Order, dated September 20, 2006, allowing Kenyon & Kenyon and ImClone's Motion for Leave to (A) File Joint Reply to Plaintiffs' Combined Opposition to Motions to Compel Production of Email Correspondence Submitted to the Court in Connection with Plaintiff's Motion for Sanctions; and (B) to Impound Said Reply(document number 157), I hereby certify that the following document, being filed under seal of even date herewith:

   1.   Joint Reply of Kenyon & Kenyon LLP and ImClone Systems Inc. to Plaintiffs' Combined Opposition to Motions to Compel Production of Email Correspondence Submitted to the Court in Connection with Plaintiffs' Motion for Sanctions

will be served this 20th day of September, 2006, upon the following counsel of record in the manner indicated below:

DM1\690903.2

2

| VIA OVERNIGHT FEDERAL EXPRESS: | VIA HAND DELIVERY TO: |
|---|---|
| Jonathan E. Singer<br>Michael J. Kane<br>William R. Woodford<br>John C. Adkisson<br>FISH & RICHARDSON P.C.<br>3300 Dain Rauscher Plaza<br>60 South Sixth Street<br>Minneapolis, MN 55402 | Gregory A. Madera<br>FISH & RICHARDSON P.C.<br>225 Franklin Street<br>Boston, MA 02110-2804<br><br>**VIA OVERNIGHT FEDERAL EXPRESS:**<br><br>Irene E. Hudson<br>FISH & RICHARDSON P.C.<br>153 East 53rd Street<br>New York, NY 10022-4611 |

/s/  Anthony Fitzpatrick
    Anthony Fitzpatrick

DM1\690903.2