UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS INSTITUTE OF TECHNOLOGY and REPLIGEN CORPORATION,<br><br>                      Plaintiffs,<br><br>    v.<br><br>IMCLONE SYSTEMS INC.,<br><br>                      Defendant. | Civil Action No. 04 10884 RGS |

**UNOPPOSED MOTION OF IMCLONE SYSTEMS INC. AND KENYON & KENYON LLP TO FILE THEIR POST-HEARING MEMORANDUM IN OPPOSITION TO THE IMPOSITION OF SANCTIONS UNDER SEAL**

Pursuant to Local Rule 7.2, ImClone Systems Inc. ("ImClone") and Kenyon & Kenyon LLP ("Kenyon") hereby respectfully move for leave to file their post-hearing Memorandum in Opposition to the Imposition of Sanctions under seal.

ImClone and Kenyon respectfully request permission to file this document (which is due on October 10, 2006, per the Court's Order) under seal because it contains references to exhibits impounded at the September 26, 2006 evidentiary hearing (Exhibits A, D, E, F). In addition, this document references testimony and information that has been designated by the parties as confidential under the Stipulated Protective Order entered in this case. Finally, the memorandum refers to information submitted in papers that have been previously sealed by the Court. In accordance with Local Rule 7.2, ImClone and Kenyon request that this document be impounded until the final resolution of this litigation between the parties, at which time it will be retrieved by ImClone.

WHEREFORE, it is respectfully requested that the Court grant this unopposed motion for leave to file the above-described document under seal.

**Certification Pursuant to Local Rule 7.1(A)(2)**

Undersigned counsel certify that, before filing this motion, counsel for the parties conferred by e-mail on October 4, 2006, regarding the subject of this motion. As a result, counsel for plaintiffs has advised that plaintiffs do not oppose this motion.

Respectfully submitted,

| IMCLONE SYSTEMS, INC. | KENYON AND KENYON LLP |
|---|---|
| By its Attorneys, | By its Attorneys, |
| /s/ Michael R. Gottfried | /s/ Sara Jane Shanahan |
| Michael R. Gottfried (BBO # 542156) | Thomas F. Maffei P.C. (BBO # 13220) |
| Anthony J. Fitzpatrick (BBO # 564324) | Sara Jane Shanahan (BBO # 567837) |
| Christopher S. Kroon (BBO # 660286) | GRIESINGER, TIGHE & MAFFEI, LLP |
| DUANE MORRIS LLP | 176 Federal Street |
| 470 Atlantic Avenue, Suite 500 | Boston, Massachusetts 02110 |
| Boston, Massachusetts 02210 | (617) 542-9900 |
| (617) 289-9200 | |

Richard L. DeLucia
Michael D. Loughnane
Paul M. Richter, Jr.
Anthony Giaccio
KENYON & KENYON
One Broadway
New York, NY  10004-1050
(212) 425-7200

October 5, 2006

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on October 5, 2006.

/s/ Michael R. Gottfried
Michael R. Gottfried (BBO# 542156)