UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

MASSACHUSETTS INSTITUTE OF
TECHNOLOGY and REPLIGEN
CORPORATION,

                Plaintiffs,

v.

IMCLONE SYSTEMS INC.,

                Defendant.

Civil Action No. 04 10884 RGS

## CERTIFICATE OF SERVICE

Pursuant to the Court's October 10, 2006 Electronic Order granting Kenyon & Kenyon and ImClone's Unopposed Motion for Leave to File their Post-Hearing Memorandum in Opposition to the Imposition of Sanctions Under Seal (document number 164), I hereby certify that the following document, being filed under seal of even date herewith:

1. Kenyon & Kenyon LLP and ImClone System Inc.'s Post-Hearing Memorandum in Opposition to the Motion for Sanctions

will be served this 10th day of October, 2006, upon the following counsel of record in the manner indicated below:

**VIA OVERNIGHT FEDERAL EXPRESS:**

Jonathan E. Singer
Michael J. Kane
William R. Woodford
John C. Adkisson
FISH & RICHARDSON P.C.
3300 Dain Rauscher Plaza
60 South Sixth Street
Minneapolis, MN 55402

**VIA HAND DELIVERY TO:**

Gregory A. Madera
FISH & RICHARDSON P.C.
225 Franklin Street
Boston, MA 02110-2804

**VIA OVERNIGHT FEDERAL EXPRESS:**

Irene E. Hudson
FISH & RICHARDSON P.C.
153 East 53rd Street
New York, NY 10022-4611

                /s/ Michael R. Gottfried
                    Michael R. Gottfried

DM1\697748.1