UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS INSTITUTE OF TECHNOLOGY and REPLIGEN CORPORATION,<br><br>    Plaintiffs,<br><br>v.<br><br>IMCLONE SYSTEMS, INC.,<br><br>    Defendant. | Civil Action No. 04-10884-RGS |

**ASSENTED-TO MOTION TO FILE DOCUMENTS UNDER SEAL**

Pursuant to Local Rule 7.2, Plaintiffs Massachusetts Institute of Technology and Repligen Corporation hereby move, with the assent of Kenyon & Kenyon LLP and Defendant ImClone Systems, Inc., to file the following documents under seal:

- **Plaintiffs' Response to ImClone's and Kenyon & Kenyon LLP's Post-Hearing Memorandum on Plaintiffs' Motion for Sanctions**

- **Declaration of Michael J. Kane in Support of Plaintiffs' Response to Imclone's and Kenyon & Kenyon LLP's Post-Hearing Memorandum on Plaintiffs' Motion for Sanctions**

Plaintiffs respectfully request permission to file these documents under seal because they contain information that has been designated confidential under the Stipulated Protective Order entered in this case. In accordance with Local Rule 7.2, Plaintiffs request that these documents should be impounded until the final resolution of this litigation between the parties, at which time they will be retrieved by Plaintiffs.

WHEREFORE, it is respectfully requested that the Court grant this motion to file the above-described documents under seal.

**Certification Pursuant to Local Rule 7.1(A)(2)**

Undersigned counsel certifies that, before filing this motion, counsel for the parties have conferred by e-mail correspondence regarding the subject of this motion. As a result, counsel for both Kenyon & Kenyon LLP and ImClone Systems, Inc. have advised us that their clients assent to this motion.

Dated: October 20, 2006

/s/William R. Woodford
William R. Woodford (*pro hac vice*)
FISH & RICHARDSON P.C.
3300 Dain Rauscher Plaza
60 South Sixth Street
Minneapolis, MN 55402
Telephone: (612) 335-5070
Facsimile: (612) 288-9696

*Of Counsel*:

| | | |
|---|---|---|
| Gregory A. Madera | Jonathan E. Singer | Juanita Brooks |
| FISH & RICHARDSON P.C. | Michael J. Kane | FISH & RICHARDSON P.C. |
| 225 Franklin Street | John C. Adkisson | 12390 El Camino Real |
| Boston, MA 02110-2804 | FISH & RICHARDSON P.C. | San Diego, CA 92130 |
| Telephone: (617) 542-5070 | 3300 Dain Rauscher Plaza | Telephone: (858) 678-5070 |
| Facsimile: (617) 542-8906 | 60 South Sixth Street | |
| | Minneapolis, Minnesota 55402 | |
| | Telephone: (612) 335-5070 | |
| | Facsimile: (612) 288-9696 | |

*Attorneys for Plaintiffs Massachusetts Institute of Technology & Repligen Corporation*

60389691.doc