# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS INSTITUTE OF TECHNOLOGY and REPLIGEN CORPORATION,<br><br>    Plaintiffs,<br><br>v.<br><br>IMCLONE SYSTEMS INC.,<br><br>    Defendant. | Civil Action No. 04 10884 RGS |

## UNOPPOSED MOTION OF KENYON AND KENYON LLP AND IMCLONE SYSTEMS INC. TO FILE
## A REPLY TO PLAINTIFFS' POST-HEARING MEMORANDUM

Pursuant to Local Rule 7.1(B)(3), Kenyon & Kenyon LLP and Imclone Systems Inc. hereby respectfully request that the Court permit them to file the Reply to Plaintiffs' Post-Hearing Memorandum that is attached hereto as Exhibit A. As grounds for this motion, Kenyon and ImClone state that they wish to address: (1) their discovery, in light of plaintiffs' filings of October 20, 2006, that they honestly, but mistakenly, believed that Jason Kravitz, counsel for Dr. Stephen Gillies, was present at the September 26, 2006 hearing and, based upon this mistaken belief, made that representation in their opening post-hearing brief to the Court; and (2) the new factual allegations set forth in Mr. Kane's October 20, 2006 Declaration regarding his October 16, 2006 conversation with Mr. Kravitz.

**Local Rule 7.1(A)(2) Certification**

Pursuant to Local Rule 7.1(A)(2), I, Sara Jane Shanahan, certify that on this 23rd day of October, 2006, I conferred via email with William Woodford, counsel for plaintiffs, and that Mr. Woodford stated that plaintiffs would not oppose Kenyon and ImClone's Motion to file a Reply to Plaintiffs' Post-Hearing Memorandum.

        Respectfully submitted,

        KENYON & KENYON LLP

        By its attorneys,

        /s/ Thomas F. Maffei P.C.
        Thomas F. Maffei P.C. (BBO#13220)
        Sara Jane Shanahan (BBO#567837)
        GRIESINGER, TIGHE & MAFFEI, LLP
        176 Federal Street
        Boston, Massachusetts 02110-2214
        (617) 542-9900

        IMCLONE SYSTEMS INC.

        By its attorneys,

        /s/ Michael R. Gottfried
        Michael R. Gottfried (BBO#542156)
        Anthony J. Fitzpatrick (BBO#564324)
        Christopher S. Kroon (BBO#660286)
        DUANE MORRIS LLP
        470 Atlantic Avenue, Suite 500
        Boston, Massachusetts 02110
        (617) 289-9200

        Richard L. DeLucia
        George E. Badenoch
        Michael D. Loughnane
        Paul M. Richter, Jr.
        Anthony Giaccio
        KENYON & KENYON LLP
        One Broadway
        New York, NY 10004-1050
        (212) 425-7200

Dated: October 23, 2006

CERTIFICATE OF SERVICE

      I hereby certify that this document and the attached Exhibit A, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants as of October 23, 2006.

      /s/ Sara Jane Shanahan
      Sara Jane Shanahan (BBO #567837)