# FISH & RICHARDSON P.C.

225 Franklin Street
Boston, Massachusetts
02110-2804

Telephone
617 542-5070

Facsimile
617 542-8906

Web Site
www.fr.com

Frederick P. Fish
1855-1930

W.K. Richardson
1859-1951

April 27, 2007

**By Hand Delivery**

Chambers of the Honorable Richard G. Stearns
United States District Court
  For the District of Massachusetts
One Courthouse Way
Boston, MA 02210

Re:   Repligen and MIT v. ImClone Systems, Inc.
      Civil Action No. 04-10884-RGS

Dear Judge Stearns:

I am counsel for Plaintiffs in the above-captioned case. Discovery in this matter concluded in April, 2006, and the Court issued its summary judgment ruling in July, 2006. We respectfully request a status conference at the Court's convenience so the Court might advise us with respect to setting a trial schedule in this matter.

Very truly yours,

Gregory A. Madera

ATLANTA
AUSTIN
BOSTON
DALLAS
DELAWARE
NEW YORK
SAN DIEGO
SILICON VALLEY
TWIN CITIES
WASHINGTON, DC

21624623.doc