# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS INSTITUTE OF TECHNOLOGY and REPLIGEN CORPORATION,<br><br>    Plaintiffs,<br><br>  v.<br><br>IMCLONE SYSTEMS INC.,<br><br>    Defendant. | Civil Action No. 04 10884 RGS |

## MOTION FOR ADMISSION PRO HAC VICE FOR DEFENDANTS

  Defendant, ImClone Systems Inc., respectfully requests, under LR 83.5.3(b), that this Court admit *pro hac vice* James H. Wallace, Jr., Robert J. Scheffel and Kevin P. Anderson of the Washington D.C. firm Wiley Rein LLP.

  ImClone submits the Certificates of James H. Wallace, Jr., Robert J. Scheffel and Kevin P. Anderson in support of this Motion (attached hereto as exhibits A, B and C). As stated in the accompanying Certificates, they are in good standing in every jurisdiction in which they have been admitted, have no disciplinary proceedings pending against them, and are familiar with the Local Rules of this Court.

  WHEREFORE, it is respectfully requested that James H. Wallace, Jr., Robert J. Scheffel and Kevin P. Anderson be admitted to the bar of this Court *pro hac vice*.

**CERTIFICATE PURSUANT TO LOCAL RULE 7.1**

I certify that counsel for the defendant attempted to confer in good faith with counsel for the plaintiff in an effort to resolve or narrow the issues presented by this motion and the defendant did not receive a response prior to the time of filing.

Dated: June 1, 2007

                                        Respectfully Submitted,

                                        IMCLONE SYSTEMS, INC.
                                        By its Attorneys,

                                        /s/ Michael R. Gottfried
                                        Michael R. Gottfried (BBO # 542156)
                                        Anthony J. Fitzpatrick (BBO # 564324)
                                        Christopher S. Kroon (BBO # 660286)
                                        DUANE MORRIS LLP
                                        470 Atlantic Avenue, Suite 500
                                        Boston, Massachusetts 02210
                                        Tel: 857-488-4200
                                        Fax: 857-488-4201


**CERTIFICATE OF SERVICE**

I hereby certify that this document, filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of electronic filing and paper copies will be sent to those indicated as non-registered participants on June 1, 2007.

                                        /s/ Michael R. Gottfried