# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS INSTITUTE OF TECHNOLOGY and REPLIGEN CORPORATION,<br><br>         Plaintiffs<br><br>    v.<br><br>IMCLONE SYSTEMS, INC.,<br><br>         Defendants. | Civil Action No.:  04-10884-RGS |

**CERTIFICATION FOR ADMISSION TO PRACTICE BEFORE
THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF
MASSACHUSETTS PURSUANT TO LOCAL RULE 83.5.3**

I, James H. Wallace, Jr., certify as follows:

1. I am a member of the law firm Wiley Rein LLP, and maintain my principal office in the firm's Washington, D.C. office, which is located at 1776 K Street, NW, Washington, D.C. 20006, telephone number 202-719-7000.

2. I am a member in good standing of the Bar of the District of Columbia and am a member of the bar in good standing in every jurisdiction in which I have been admitted.

3. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

4. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

5. I seek to be admitted *pro hac vice* for defendant, ImClone Systems, Inc.

I certify the foregoing is true and correct.

Dated:  June 1, 2007             */s/ James H. Wallace, Jr.*
                                                James H. Wallace, Jr.

2