UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS INSTITUTE OF TECHNOLOGY and REPLIGEN CORPORATION,<br><br>      Plaintiffs,<br><br>    v.<br><br>IMCLONE SYSTEMS, INC.,<br><br>      Defendant. | Civil Action No. 04-10884-RGS |

## PLAINTIFFS' RESPONSE TO MOTION PRO HAC VICE

Plaintiffs have no objection to the admission pro hac vice of Messrs. Wallace, Scheffel and Anderson and the participation of their firm Wiley Rein LLP as counsel to Defendant Imclone in this matter.  Plaintiffs respectfully note that they have recently requested that a trial date be set in this matter at the Court's earliest convenience, and assume that entry of new counsel will not prejudice that request or otherwise cause delay.

The pro hac vice motion filed by Imclone's local counsel certified that they had "attempted to confer in good faith with counsel for plaintiffs in an effort to resolve or narrow the issues presented by this motion and the defendant did not receive a response prior to the time of filing".  We note that the motion was electronically filed less than two hours after local counsel forwarded an email seeking concurrence and without a courtesy call or waiting for a response.  Upon receiving the email, it was incumbent upon counsel for plaintiffs to notify their clients of the motion and to check if there were any ethical conflicts or other matters that needed to be addressed before consenting thereto.  We have now had an opportunity to do that and are filing this consent accordingly.

Our practice is to have open lines of communication with opposing counsel, particularly in compliance with the dictates of Local Rule 7.1, and we did not want to leave the court with the mistaken impression otherwise.

Dated: June 6, 2007            /s/ Gregory A. Madera
                                          Gregory A. Madera (BBO #313,020)
                                          FISH & RICHARDSON P.C.
                                          225 Franklin Street
                                          Boston, MA 02110-2804
                                          Telephone: (617) 542-5070
                                          Facsimile: (617) 542-8906

                                          Jonathan E. Singer
                                          Michael J. Kane
                                          John C. Adkisson
                                          William R. Woodford
                                          FISH & RICHARDSON P.C.
                                          3300 Dain Rauscher Plaza
                                          60 South Sixth Street
                                          Minneapolis, MN 55402
                                          Telephone: (612) 335-5070
                                          Facsimile: (612) 288-9696

                                          Juanita R. Brooks
                                          FISH & RICHARDSON P.C.
                                          12390 El Camino Real
                                          San Diego. CA 92130
                                          Telephone: (858) 678-5070
                                          Facsimile: (858) 678-509
                                          Attorneys for Plaintiffs
                                          MASSACHUSETTS INSTITUTE OF
                                          TECHNOLOGY AND REPLIGEN
                                          CORPORATION

CERTIFICATE OF SERVICE

    I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on this 6th day of June, 2007.

                                                /s/ Gregory A. Madera
                                                Gregory A. Madera

21656553.doc