# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS INSTITUTE OF TECHNOLOGY and REPLIGEN CORPORATION,<br><br>        Plaintiffs,<br><br>v.<br><br>IMCLONE SYSTEMS INC.,<br><br>        Defendant. | Civil Action No. 04 10884 RGS |

## MOTION OF IMCLONE SYSTEMS INC. FOR LEAVE TO COMMUNICATE WITH MERCK KGaA

Pursuant to the Court's June 8, 2007 Order [Docket No. 173], ImClone Systems Inc. ("ImClone") hereby respectfully requests leave to send the letter attached hereto as Exhibit A to Merck KGaA ("Merck"), with a copy to Dr. Gillies' counsel, Jason Kravitz, in order to affirmatively request that Merck permit and encourage Dr. Gillies to fully cooperate with plaintiffs and their counsel in this case. As grounds for this motion, ImClone states that:

1) The Court has ordered that ImClone may not communicate with Dr. Gillies and/or Merck regarding any matter involving this lawsuit without prior permission of the Court. Thus, ImClone is filing this motion to seek leave of Court to send the letter attached hereto as Exhibit A.

2) ImClone wishes to make clear that it has no objection to Dr. Gillies' cooperation with plaintiffs and their counsel in this case and, indeed, wishes to affirmatively request that Merck permit and encourage Dr. Gillies to engage in such conduct.

  3) Counsel for Merck, William Golden, testified that Merck has no objection to Dr. Gillies' participation in this matter so long as his personal attorney Mr. Kravitz is present.  <u>See</u> testimony of Mr. Golden at the September 26, 2006 hearing, transcript page 25, ll. 3-23 (Question by Thomas Maffei: "So based on what you told Mr. Kane, as far as you were concerned, Mr. Kane and his firm and the plaintiffs could deal with Dr. Gillies so long as Jason Kravitz was present?"  Answer by Mr. Golden: "That's correct." ).  ImClone is hopeful that if permitted to send the attached letter, the result will be that Dr. Gillies will fully cooperate with plaintiffs and their counsel in this case.

  4) ImClone has forwarded a copy of the attached draft letter to counsel for Massachusetts Institute of Technology and Repligen Corporation pursuant to Local Rule 7.1 and they have indicated that they "take no position on ImClone's proposed filing.  We understand from the Court's order that this is a matter between ImClone and the Court's enforcement of its order."

  WHEREFORE, ImClone respectfully requests that the Court grant ImClone leave to send the letter attached hereto as Exhibit A to Merck, with a copy to Dr. Gillies' counsel, Jason Kravitz.

            Respectfully submitted,

            IMCLONE SYSTEMS, INC.

            By its Attorneys,

            <u>/s/ Michael R. Gottfried</u>
            Michael R. Gottfried (BBO # 542156)
            Anthony J. Fitzpatrick (BBO # 564324)
            Christopher S. Kroon (BBO # 660286)
            DUANE MORRIS LLP
            470 Atlantic Avenue, Suite 500
            Boston, Massachusetts 02210
            (857) 488-4200

                                      James H. Wallace, Jr. *(admitted pro hac vice)*
                                      Robert J. Scheffel *(admitted pro hac vice)*
                                      Kevin P. Anderson *(admitted pro hac vice)*
                                      Wiley Rein LLP
                                      1776 K Street NW
                                      Washington, DC 20006
                                      (202) 719-7000

                                      Richard L. DeLucia *(admitted pro hac vice)*
                                      KENYON & KENYON
                                      One Broadway
                                      New York, NY  10004-1050
                                      (212) 425-7200

June 15, 2007

## CERTIFICATE PURSUANT TO LOCAL RULE 7.1

ImClone has forwarded a copy of the attached draft letter to counsel for Massachusetts Institute of Technology and Repligen Corporation pursuant to Local Rule 7.1 and they have indicated that they "take no position on ImClone's proposed filing.  We understand from the Court's order that this is a matter between ImClone and the Court's enforcement of its order."

                                      /s/ Michael R. Gottfried
                                      Michael R. Gottfried

## CERTIFICATE OF SERVICE

I, Christopher S. Kroon, Esquire, hereby certify that this document filed through the ECF system will be sent electronically in accordance with the District of Massachusetts electronic filing procedures to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on June 15, 2007.

                                      /s/ Christopher S. Kroon
                                       Christopher S. Kroon