UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS INSTITUTE OF TECHNOLOGY and REPLIGEN CORPORATION,<br><br>        Plaintiffs,<br><br>        v.<br><br>IMCLONE SYSTEMS INC.,<br><br>        Defendant. | Civil Action No. 04 10884 RGS |

**MOTION OF IMCLONE SYSTEMS INC. FOR LEAVE TO
COMMUNICATE WITH MERCK KGaA**

# EXHIBIT A

**DRAFT**

<u>VIA FACSIMILE AND FIRST CLASS MAIL</u>

Tilman Schmidt-Lorenz
Vice President & General Counsel
Corporate Legal & Intellectual Property
Merck KGaA
Frankfurter Strasse 250
D-64293 Darmstadt, Germany

  Re: **MIT and Repligen v. ImClone Systems Incorporated**

Dear Tilman:

  As you may be aware there has been an issue raised by MIT and Repligen (together, "MIT") regarding the lack of cooperation by Dr. Stephen Gillies of EMD Lexigen in the above-referenced litigation. Also, relating to this issue, it has been found by the Court that certain deposition questions by the attorney from Kenyon & Kenyon then representing ImClone to Dr. Gillies and by two emails from Tom Gallagher to Merck "prejudiced MIT's ability to prosecute the litigation by depriving it of the cooperation of [Dr. Gillies]."

  ImClone wishes to take this opportunity to request that Merck assure Dr. Gillies that any cooperation with, or testimony on behalf of, MIT will in no way adversely affect his career at Merck and that Dr. Gillies should base his decisions regarding participation in the above-referenced litigation accordingly. Likewise, ImClone requests that Merck provide copies of the "proprietary" test data at issue to Dr. Gillies and MIT for purposes of this litigation.

  If there is anything that ImClone can do to assist in this regard, please do not hesitate to call on us.

           Very truly yours,


           Daniel J. O'Connor
           Senior Vice President,
           General Counsel

cc: Jason C. Kravitz, Esq. – Nixon Peabody LLP
   Jens Eckhardt, Legal Counsel – Merck KGaA
   William R. Golden, Jr., Esq. – Kelley Drye & Warren LLP
   Chad A. Hanson, Esq. – Fish & Richardson PC