**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| MASSACHUSETTS INSTITUTE OF TECHNOLOGY and REPLIGEN CORPORATION,<br><br>        Plaintiffs,<br><br>    v.<br><br>IMCLONE SYSTEMS, INC.,<br><br>        Defendant. | Civil Action No. 04-10884-RGS |

**ASSENTED-TO MOTION TO FILE DOCUMENTS UNDER SEAL**

Pursuant to Local Rule 7.2, Plaintiffs Massachusetts Institute of Technology and Repligen Corporation hereby move, with the assent of Defendant ImClone Systems, Inc., to file the following documents under seal:

- **Declaration of Gregory A. Madera in Support of Plaintiffs' Statement of Attorneys Fees and Costs**

Plaintiffs respectfully request permission to file this document under seal because it contains documents and information that have been designated as confidential under the Stipulated Protective Order entered in this case.  In accordance with Local Rule 7.2, Plaintiffs request that these documents should be impounded until the final resolution of this litigation between the parties, at which time they will be retrieved by Plaintiffs.

WHEREFORE, it is respectfully requested that the Court grant this assented-to motion to file the above-described documents under seal.

2

**Certification Pursuant to Local Rule 7.1(A)(2)**

Undersigned counsel certifies that, before filing this motion, counsel for the parties have conferred by e-mail correspondence regarding the subject of this motion.  As a result, counsel for ImClone has advised that ImClone assents to this motion.

| | |
|---|---|
| Dated: July 29, 2007 | /s/Gregory A. Madera |
| | Gregory A. Madera |
| | FISH & RICHARDSON P.C. |
| | 225 Franklin Street |
| | Boston, MA 02110-2804 |
| | Telephone:  (617) 542-5070 |
| | Facsimile:  (617) 542-8906 |

*Of Counsel*:

Jonathan E. Singer
Michael J. Kane
John C. Adkisson
William R. Woodford
FISH & RICHARDSON P.C., P.A.
3300 Dain Rauscher Plaza
60 South Sixth Street
Minneapolis, Minnesota 55402
Telephone:  (612) 335-5070
Facsimile:  (612) 288-9696

Juanita Brooks
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, CA 92130
Telephone:  (858) 678-5070


CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on this 29th day of June, 2007.

/s/ Gregory A. Madera
Gregory A. Madera

21674805.doc