## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS INSTITUTE OF TECHNOLOGY and REPLIGEN CORPORATION,<br><br>    Plaintiffs,<br><br>    v.<br><br>IMCLONE SYSTEMS, INC.,<br><br>    Defendant. | Civil Action No. 04-10884-RGS |

### PLAINTIFFS' STATEMENT OF ATTORNEY FEES AND COSTS INCURRED IN PROSECUTING PLAINTIFFS' MOTION FOR SANCTIONS

On June 8, 2007, the Court issued an Order that granted Plaintiffs' motion for sanctions against ImClone and required that ImClone reimburse Plaintiffs for the reasonable costs and attorney fees they incurred in prosecuting the motion. Plaintiffs respectfully submit the following statement of attorney fees and costs incurred in prosecuting its motion for sanctions:

| | |
|---|---|
| Attorney Fees to Prosecute Motion | $ 365,340 |
| Costs | 14,869 |
| **Total Fees and Costs** | **$ 380,209** |

To support its statement of fees and costs, Plaintiffs submit the Declaration of Gregory A. Madera, which includes supporting information and documentation for the requested fee assessment.

Dated: June 29, 2007

/s/Gregory A. Madera
Gregory A. Madera
FISH & RICHARDSON P.C.
225 Franklin Street
Boston, MA 02110-2804
Telephone: (617) 542-5070
Facsimile: (617) 542-8906

*Of Counsel*:

| | |
|---|---|
| Jonathan E. Singer | Juanita Brooks |
| Michael J. Kane | FISH & RICHARDSON P.C. |
| John C. Adkisson | 12390 El Camino Real |
| William R. Woodford | San Diego, CA 92130 |
| FISH & RICHARDSON P.C. | Telephone: (858) 678-5070 |
| 3300 Dain Rauscher Plaza | |
| 60 South Sixth Street | |
| Minneapolis, Minnesota 55402 | |
| Telephone: (612) 335-5070 | |

60436263.doc