UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-10884-RGS

MASSACHUSETTS INSTITUTE OF TECHNOLOGY and
REPLIGEN CORPORATION

v.

IMCLONE SYSTEMS, INC.

ORDER

July 6, 2007

STEARNS, D.J.

On June 29, 2007, plaintiffs filed a statement of attorneys' fees and costs incurred in prosecuting the motion for sanctions. Although plaintiffs have submitted billing statements which identify the number of hours billed and the attorneys' rates per hour, the statements have been redacted to such an extent that it is impossible for the court to determine what work was actually performed in relation to each time entry. While the court is mindful of the need to protect the attorney-client privilege and work product, it is also cognizant of the fact that plaintiffs' submission does not provide sufficient information for the defendant (or the court) to reasonably respond. Accordingly, plaintiffs shall file a revised statement that provides specific time entry detail, redacted only where necessary to protect privileged information.

SO ORDERED.

/s/ Richard G. Stearns

_____
UNITED STATES DISTRICT JUDGE