UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MASSACHUSETTS INSTITUTE OF
TECHNOLOGY and REPLIGEN
CORPORATION,

      Plaintiffs,

  v.

IMCLONE SYSTEMS, INC.,

      Defendant.

Civil Action No. 04-10884-RGS

## NOTICE OF MANUAL FILING

Notice is hereby given that the following document has been manually filed with the Court under seal: Supplemental Declaration of Gregory A. Madera in Support of Plaintiffs' Statement of Attorneys Fees and Costs,

Dated: July 11, 2007

/s/ Gregory A. Madera
Gregory A. Madera (BBO #313,020)
FISH & RICHARDSON P.C.
225 Franklin Street
Boston, MA 02110-2804
Telephone: (617) 542-5070
Facsimile: (617) 542-8906

*Of Counsel*:

Jonathan E. Singer
Michael J. Kane
John C. Adkisson
William R. Woodford
FISH & RICHARDSON P.C., P.A.
3300 Dain Rauscher Plaza
60 South Sixth Street
Minneapolis, Minnesota 55402
Telephone: (612) 335-5070
Facsimile: (612) 288-9696

Juanita Brooks
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, CA 92130
Telephone: (858) 678-5070

CERTIFICATE OF SERVICE

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on this 11th day of July, 2007.

      /s/ Gregory A. Madera
      Gregory A. Madera

21684254.doc