UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS INSTITUTE OF TECHNOLOGY and REPLIGEN CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>IMCLONE SYSTEMS, INC.,<br><br>Defendant. | Civil Action No. 04-10884-RGS |

**DECLARATION OF JUANITA R. BROOKS IN SUPPORT OF PLAINTIFFS' OPPOSITION TO IMCLONE'S MOTION FOR A *MARKMAN* HEARING AND FOR CONTINUANCE OF THE TRIAL DATE**

I, Juanita R. Brooks, hereby declare as follows:

1. I am a principal of the law firm Fish & Richardson, P.C., counsel of record for Plaintiffs Massachusetts Institute of Technology ("MIT") and Repligen Corporation ("Repligen") in the above-captioned matter.

2. I am lead trial counsel for MIT and Repligen in this matter.

3. I am also lead trial counsel for Fresenius Medical Care Holdings, Inc. and Fresenius USA, Inc. in a matter pending in the Northern District of California, Oakland Division (*Fresenius Medical Care Holdings, Inc. et al. v. Baxter International, Inc. et al.*, Case No. C 03-01431 SBA (EDL)), which is set for trial on October 22, 2007, with a pretrial conference on October 16, 2007.

4. In addition, I am lead trial counsel for Tyco Healthcare Group LP in a matter pending in the District of Delaware (*Becton, Dickinson & Co. v. Tyco Healthcare Group LP*, C.A. No. 02-1694 GMS), which is set for trial on November 27, 2007, with a pretrial conference on November 1, 2007.

I declare under penalty of perjury under the laws of the United States that the foregoing is

true and correct and that this Declaration was executed this 9th day of July, 2007, in San Diego, California.

_____
Juanita R. Brooks

10752545.doc

## CERTIFICATE OF SERVICE

    I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on this [Click here type Day] day of [Click here type Month and Year].

                                                                                              [Click **here** and type name]

10752545.doc