**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

MASSACHUSETTS INSTITUTE OF
TECHNOLOGY and REPLIGEN
CORPORATION,

      Plaintiffs,

v.

IMCLONE SYSTEMS, INC.,

      Defendant.

Civil Action No. 04-10884-RGS

---

**DECLARATION OF LITA NELSEN IN SUPPORT OF PLAINTIFFS' OPPOSITION TO IMCLONE'S MOTION FOR A *MARKMAN* HEARING AND FOR CONTINUANCE OF THE TRIAL DATE**

---

I, Lita Nelsen, hereby declare as follows:

1. I am Director, Technology Licensing Office at the Massachusetts Institute of Technology.

2. I am on the Organizing Committee and have been involved extensively in the planning for the first Oxford Conference on Innovation and Technology Transfer for Global Health: Bridging the Gap in Global Health Innovation—From Needs to Access, scheduled for September 9-13, 2007. The conference will be hosted by the Said Business School of the University of Oxford in the United Kingdom. A copy of the announcement for this conference is attached as Exhibit A.

3. In addition to my role on the Organizing Committee, I was scheduled to be a moderator at the conference.

4. After receiving the a copy of the Court's order setting the trial in this matter for September 10, I rearranged my schedule and arranged for others to cover my responsibilities at the conference so that I could be available to testify at the trial.

I declare under penalty of perjury under the laws of the United States that the foregoing is

true and correct and that this Declaration was executed this 11 day of July, 2007, in Cambridge, Massachusetts.

_____
Lita Nelsen