UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS INSTITUTE OF TECHNOLOGY and REPLIGEN CORPORATION,<br><br>  Plaintiffs,<br><br>  v.<br><br>IMCLONE SYSTEMS, INC.,<br><br>  Defendant. | Civil Action No. 04-10884-RGS |

**IMCLONE'S ASSENTED-TO MOTION FOR AN EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' REVISED STATEMENT OF ATTORNEYS' FEES AND COSTS**

Defendant ImClone Systems, Inc. hereby moves, with the assent of Plaintiffs MIT and Repligen, to extend the deadline for ImClone to respond to Plaintiffs' revised statement of attorneys' fees and costs until July, 18, 2007.

Plaintiffs filed a statement of attorneys' fees and costs on June 29, 2007. Currently, Defendant's response is due on July 13, 2007. On July 6, 2007, the Court ordered Plaintiffs to submit "a revised statement that provides specific time entry detail, redacted only where necessary to protect privileged information."

Pursuant to Fed. R. Civ. P. 6(b), this Court may, in its discretion, enlarge time periods prescribed by the rules. This motion for an extension of time is not interposed for purposes of delay, and no prejudice will result from granting this motion. Defendant seeks only seven (7) days from the date of submission of the revised statement, so as to allow sufficient time to review the revised statement and respond accordingly. Without this extension, Defendant would have less than two days to review and respond to Plaintiffs' revised submission.

Wherefore, Defendant respectfully requests that the Court grant this assented-to-motion for an extension of time for is response until July 18, 2007.

                                            Respectfully submitted,

                                            IMCLONE SYSTEMS, INC.
                                            By its Attorneys,

Dated: July 11, 2007                  /s/ Michael R. Gottfried
                                            Michael R. Gottfried (BBO#542156)
                                            Anthony J. Fitzpatrick (BBO#564324)
                                            Christopher S. Kroon (BBO#660286)
                                            DUANE MORRIS LLP
                                            470 Atlantic Avenue, Suite 500
                                            Boston, MA 02110
                                            Tel: (617) 289-9200
                                            Fax: (617) 289-9201

                                            Of Counsel:

                                            James H. Wallace, Jr.
                                            Robert J. Scheffel
                                            Kevin P. Anderson
                                            WILEY REIN LLP
                                            1776 K Street, NW
                                            Washington, DC 20006
                                            Tel:  (202) 719-7240
                                            Fax:  (202) 719-7049


                                            Attorneys for Defendant
                                            ImClone Systems, Inc.

```
```

## CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on this 11th day of July, 2007.

/s/ Michael R. Gottfried  
Michael R. Gottfried