**UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| MASSACHUSETTS INSTITUTE OF TECHNOLOGY and REPLIGEN CORPORATION,<br><br>        Plaintiffs,<br><br>  v.<br><br>IMCLONE SYSTEMS, INC.,<br><br>        Defendant. | Civil Action No. 04-10884-RGS |

**EXHIBIT A TO DECLARATION OF LITA L. NELSEN IN SUPPORT OF PLAINTIFFS' OPPOSITION TO IMCLONE'S MOTION FOR A *MARKMAN* HEARING AND FOR CONTINUANCE OF THE TRIAL DATE**

# EXHIBIT A

Case 1:04-cv-10884-RGS    Document 186    Filed 07/12/2007    Page 2 of 6

# Event

# Oxford Conference on Innovation and Technology Transfer for Global Health

Bridging the Gap in Global Health Innovation — From Needs to Access

## September 9-13 2007

### Event details

The first Oxford Conference on Innovation and Technology Transfer for Global Health will address the challenge of **Bridging the Gap in Global Health Innovation — From Needs to Access,** examining emerging international systems of innovation and their implications for the management of technology transfer for global health. The conference will bring together researchers, practitioners, and policymakers from diverse backgrounds to share strategies and practical experience in promoting affordable access and adoption of health and agricultural interventions for impoverished societies. Descriptive case studies of effective practice will be featured, including public-private partnerships at the local and international level. Topics will address critical pathways to global access including: intellectual property management; market sizing and economics; manufacturing and supply; distribution systems; pricing and financing mechanisms; marketing; social entrepreneurship; leadership strengthening and capacity building; post-launch considerations; and public policy considerations.

The number of participants will be limited. The Organising Committee will examine applications and pursue a selection process, designed to ensure an appropriate mix of disciplines, areas of expertise, and backgrounds. It is anticipated that a limited number of travel awards will be available for participants from low and middle-income countries, in recognition of the late Sanjaya Lall, a pioneering scholar in development economics at Oxford.

Following are summaries of conference sessions. An agenda will be posted when available

### Dimensions of the Challenges
• This session will examine selected issues with respect to burden of disease, gender, prevention, malnutrition, global systems, challenges to science, and the role of

universities. It will also look at the needs for capacity building and leadership strengthening in developing countries. Specific issues to examine would include epidemic surveillance stratagems to allow timely manufacturing scale up and dealing with drug vaccine exhaustion in the case of pandemics.

**Strategies for Securing Availability and Access to Health Innovations**
•This session will examine a number of case studies of how public and private sector organisations based in both industrial and developing economies have succeeded in enhancing access.

**The interface of Science, Technology Transfer and Access**
•This session will consider new ways of managing the flow of technology from the lab to those in need in developing countries. It will address topics such as genomics, diagnostics, nanotechnology, and new strategies of public and private sector organisations including biotechnology companies.

**Partnerships in Promoting Innovation and Managing Risk**
•This session will provide an in depth view of how partnerships are being used to promote innovation and access. It will consider developments in Innovative Developing Countries, Product Development Partnerships (PDPs), international biomedical and agricultural research centres, universities and foundations. The session will also look at regulatory issues in developed and developing countries

**Innovative Financing Schemes for Technology Transfer**
•This session will examine the lessons learned from new efforts to understand the economics of health and agriculture R&D, as well as distribution systems. It will look at topics such as the operation of the Global Alliance for Vaccines and Immunization, the Global Fund, Advance Market Commitments, developing country innovation schemes, social entrepreneurship and social marketing, and how private companies are re-evaluating social needs and profits.

**Managing Intellectual Property for Health and Agricultural Innovation**
•This session will update participants on the most recent developments with respect to intellectual property. Topics to be examined will include the impact of TRIPS, the identification of best practices for IP management, how PDPs are using IP, and other issues.

**Conference Information**

The Conference will be held at the Saïd Business School in Oxford . Accommodations

and meals will be provided mainly at Oriel College of the University of Oxford. If there is an overflow, other sites will be used.

*Participation in this conference is by invitation. Non-invited individuals wishing to participate in the conference should submit the application form providing information about their professional interests and why it will beneficial to participate in the conference.* **Click here** *to download an application form (240kb MS Word file) which should be submitted by e-mail to Ms. Junko Chapman (junko.chapman@mihr.org).*

Once participation has been approved, individuals will register for the Conference. Information on registration will be provided along with approval for participation.

The fee for participation is £425 on-site and £235 off-site. The on-site fee will include accommodations for 4 nights (Sunday 9 September through Wednesday 13 September) and meals (Sunday night through Thursday lunch). The off site fee will provide only for meals. All participants are expected to take all provided meals on site with the other participants.

All participants are expected to stay for at least two full days of the Conference. There will be no reduction in fees for participants staying less than the full length of the conference.

Administrative questions should be addressed to Ms. Chapman.

**Organising Committee**

Richard Mahoney, Co-Chair
Pediatric Dengue Vaccine Initiative
Seoul, Korea

Colin Mayer, Co-Chair
Saïd Business School
University of Oxford

Jose Miguel Flores, Vice-Chair
University of Concepcion
Chile

Linda Brown
Department of Agriculture
Western Kentucky University

Bowling Green, Kentucky

Tony Bunn
South African Medical Research Council
Cape Town, South Africa

Dianna Derhak
DNA International Consultancy
Washington DC, USA and
Kyiv, Ukraine

Robert Eiss
Centre for the Management of Intellectual Property in Health Research and Development
Oxford

Andrew Farlow
Saïd Business School
University of Oxford

John Kilama
Global Bioscience Development institute
Wilmington, Delaware

Carlos Morel
Oswaldo Cruz Foundation (FIOCRUZ)
Ministry of Health of Brazil
Rio de Janeiro, Brazil

Lita Nelsen
Massachusetts Institute of Technology
Cambridge, Massachusetts

Gill Samuels
Bioscience Futures Forum, UK

K. Satyanarayana
Indian Council for Medical Research
New Delhi, India

Peter Ndumbe

University of Yaounde
Cameroon

**Venue**

Saïd Business School
September 9-13, 2007

**Speaker**

Featured speakers include:

Gail Cassell, Eli Lilly

Chris Hentschel, Medicines for Malaria Venture

Harold Jaffe, University of Oxford

Adel Mahmoud, Princeton University

Mary Moran, The George Institute

OK Pannenborg, World bank

Gita Ramjee, South Africa Medical Research Council

Jerald Sadoff, Aeras Global TB Vaccine Foundation

Kulvinder Singh Saini, Ranbaxy, India

Barbara Timmermann, University of Arizona

Jose Villar, University of Oxford

**Registration details**

Click here to register for the conference.

Click here to reserve accommodation.

© 2005 SAID BUSINESS SCHOOL UNIVERSITY OF OXFORD