# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS INSTITUTE OF TECHNOLOGY and REPLIGEN CORPORATION,<br><br>   Plaintiffs,<br><br>   v.<br><br>IMCLONE SYSTEMS INC.,<br><br>   Defendant. | Civil Action No.: 04-10884-RGS |

## DEFENDANT IMCLONE'S MOTION FOR LEAVE TO FILE REPLY TO PLAINTIFFS' OPPOSITION TO IMCLONE'S MOTION AND MEMORANDUM OF LAW FOR A *MARKMAN* HEARING AND FOR A BRIEF CONTINUANCE OF THE TRIAL DATE

Defendant ImClone Systems Inc. ("ImClone") hereby moves for leave to file the short reply, attached hereto as Exhibit A, to Plaintiffs' Opposition to ImClone's Motion and Memorandum of Law for a *Markman* Hearing and For a Brief Continuance of the Trial Date. ImClone hereby respectfully submits its Reply in order to assist the Court in resolution of the pending motion.

Respectfully submitted,

IMCLONE SYSTEMS, INC.

By its Attorneys,

/s/ Anthony J. Fitzpatrick
Michael R. Gottfried (BBO # 542156)
Anthony J. Fitzpatrick (BBO # 564324)
Christopher S. Kroon (BBO # 660286)
DUANE MORRIS LLP
470 Atlantic Avenue, Suite 500
Boston, Massachusetts 02210
(857) 488-4200

DM2\1203391.1

James H. Wallace, Jr. *(admitted pro hac vice)*
Robert J. Scheffel *(admitted pro hac vice)*
Kevin P. Anderson *(admitted pro hac vice)*
Wiley Rein LLP
1776 K Street NW
Washington, DC 20006
(202) 719-7000

Richard L. DeLucia *(admitted pro hac vice)*
KENYON & KENYON
One Broadway
New York, NY 10004-1050
(212) 425-7200

July 12, 2007


**CERTIFICATION PURSUANT TO L.R. 7.1(a)**

The undersigned counsel for ImClone certifies that he spoke with counsel for the plaintiffs, attorney Gregory Madera of Fish & Richardson, P.C. in Boston, to confer regarding this motion. Attorney Madera indicated that he would first have to consult with other members of his firm and his clients regarding this motion before providing their position. Rather than delay filing this motion for leave, ImClone has decided to file it so that the Court may have the benefit of ImClone's Reply Brief should it so choose in this matter.

/s/Anthony J. Fitzpatrick
Anthony J. Fitzpatrick

**CERTIFICATE OF SERVICE**

    I, Anthony J. Fitzpatrick, Esquire, hereby certify that this document filed through the ECF system will be sent electronically in accordance with the District of Massachusetts electronic filing procedures to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on July 12, 2007.

                                                  /s/Anthony J. Fitzpatrick
                                                  Anthony J. Fitzpatrick