UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS


CIVIL ACTION NO. 04-10884-RGS


MASSACHUSETTS INSTITUTE OF TECHNOLOGY and
REPLIGEN CORPORATION

v.

IMCLONE SYSTEMS, INC.


ORDER ON DEFENDANT'S MOTION
FOR A MARKMAN HEARING AND FOR A
CONTINUANCE OF TRIAL DATE

July 12, 2007

STEARNS, D.J.

On July 2, 2007, defendant ImClone Systems, Inc. (ImClone) filed a motion for a Markman hearing and for a brief continuance of the trial date, currently set for September 10, 2007. ImClone argues that a continuance is warranted because its technical expert, Stuart A. Aaronson, M.D. (Aaronson), has a previous commitment to present his work at a symposium in Russia during the first week of the trial. He is tentatively scheduled to return to the United States on September 14, 2007. In addition, ImClone states that its Massachusetts counsel have previously scheduled trials in this district that impact their ability to be present at the trial of this matter. Plaintiffs Massachusetts Institute of Technology (MIT) and Repligen Corp. (Repligen) oppose the motion. They argue that it is not vital for Dr. Aaronson to be present for the early days of trial, as he has the ability to read daily copy of the trial transcript and/or to view video testimony for those days in which he will be absent. Moreover, they argue, the attendance of ImClone's local counsel is not

essential for trial.

The request for a continuance of the trial date will be DENIED. However, the court agrees with ImClone on the issue of a Markman hearing. According to ImClone, claim construction is essential only as to a few terms at most. ImClone has identified the term "tissue specific" to be of particular importance. The parties shall, on or before July 16, 2007, file a statement identifying with specificity, and ranking in order of importance, each additional term for which they consider construction to be essential. Briefs on claim construction shall be submitted by noon on Monday, July 23, 2007. The Markman hearing will be held at 3:00 P.M. on Thursday, July 26, 2007, in Courtroom 2 of the United States Courthouse in Springfield, Massachusetts. The parties may file reply briefs on the day of the hearing.

SO ORDERED.

/s/ Richard G. Stearns

_____
UNITED STATES DISTRICT JUDGE