# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

MASSACHUSETTS INSTITUTE OF
TECHNOLOGY and REPLIGEN
CORPORATION,

      Plaintiffs,

      v.

IMCLONE SYSTEMS INC.,

      Defendant.

Civil Action No.: 04-10884-RGS

**DEFENDANT IMCLONE'S STATEMENT IDENTIFYING WITH SPECIFICITY AND RANKING IN ORDER OF IMPORTANCE EACH CLAIM TERM REQUIRING THE COURT'S CONSTRUCTION**

In response to the Court's July 12, 2007 Order, defendant, ImClone Systems Inc. ("ImClone"), respectfully submits that the following claim terms require the Court's construction as part of the *Markman* hearing scheduled for Thursday, July 26, 2007 at 3:00 P.M.[1] Each claim term requiring the Court's construction is listed in order of importance in the chart below (the first term being the most important) along with the claim numbers of the '281 patent in which the term is found.

| CLAIM TERM | CLAIMS OF THE '281 PATENT IN WHICH THE TERM IS FOUND |
|---|---|
| "tissue specific" | All asserted claims (claims 10-13, 15, 17-22) |
| "enhancer element . . . sufficiently close to said transcription unit to enhance production of mRNA independent of its orientation and position" | All asserted claims (claims 10-13, 15, 17-22) |
| "vector" | Claims 10-13, 15, 17 |
| "at least a portion of" | Claims 17, 22 |
| "recombined therewith" | All asserted claims (Claims 10-13, 15, 17-22) |

---

[1] Counsel for ImClone contacted Plaintiffs' counsel on July 16 to discuss filing a joint statement. Plaintiffs' counsel informed ImClone's counsel that it believed both parties should submit their own statements.

Dated: July 16, 2007

*/s/ Anthony J. Fitzpatrick*
Michael R. Gottfried (BBO # 542156)
Anthony J. Fitzpatrick (BBO # 564324)
Christopher S. Kroon (BBO # 660286)
DUANE MORRIS LLP
470 Atlantic Avenue, Suite 500
Boston, MA 02210
Phone: 857.488.4200
Fax: 857.488.4201

James H. Wallace, Jr. *(pro hac vice)*
Robert J. Scheffel *(pro hac vice)*
Kevin P. Anderson *(pro hac vice)*
WILEY REIN LLP
1776 K Street, NW
Washington DC  20006
Phone: 202.719.7240
Fax: 202.719.7049


**CERTIFICATE OF SERVICE**

I hereby certify that this document, filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of electronic filing and paper copies will be sent to those indicated as non-registered participants.

*/s/ Anthony J. Fitzpatrick*
Anthony J. Fitzpatrick