# EXHIBIT A

United States District Court
District of Massachusetts

|   |   |
|---|---|
| BRINE, INC., ) | ) |
| Plaintiff, ) | ) |
| ) | Civil Action No. |
| v. ) | 99-40167-NMG |
| ) | |
| STX, L.L.C., ) | ) |
| Defendant. ) | ) |

**ORDER**

GORTON, J.

On March 31, 2005, this Court entered an Order holding the defendant, STX, L.L.C. ("STX"), in contempt for continuing to infringe U.S. Patent No. 5,935,026 after the issuance of a permanent injunction. As a sanction and to compensate the plaintiff, Brine, Inc. ("Brine"), the Court awarded Brine its costs and attorneys' fees incurred in pursuing the motion for contempt and the gross profits of STX from sales of the offending product. At the Court's direction, the parties submitted affidavits detailing those fees, costs and profits. On June 23, 2005, a hearing was held before this Court and the parties were afforded an opportunity to address further the calculation of the appropriate sanction.

Having considered the parties' pleadings and oral arguments, the Court concludes that a sanction in the amount of $400,000 is

appropriate. Of that amount, $257,500 is attributed to STX's gross profits from sales of the offending lacrosse stick and $142,500 is attributed to Brine's costs and attorneys' fees in connection with the contempt proceeding. Accordingly, STX shall pay to Brine Four Hundred Thousand Dollars ($400,000) as a sanction and to compensate Brine for the continued patent infringement found to have occurred.

**So ordered.**

/s/ Nathaniel M. Gorton
Nathaniel M. Gorton
United States District Judge

Dated June 23, 2005