UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS INSTITUTE OF TECHNOLOGY and REPLIGEN CORPORATION,<br><br>            Plaintiffs,<br><br>    v.<br><br>IMCLONE SYSTEMS INC.,<br><br>            Defendant. | Civil Action No. 04 10884 RGS |

**STATUS MEMORANDUM OF IMCLONE SYSTEMS INC.**

Pursuant to the Court's June 26, 2007 Order [*see* Electronic Order between Docket Nos. 175 and 177], on June 26, 2007, counsel for ImClone Systems Inc. ("ImClone") sent the letter attached hereto as Exhibit A to Merck KGaA ("Merck"), with a copy to Dr. Gillies' counsel, Jason Kravitz. ImClone hereby respectfully submits this Status Memorandum in order that the Court be kept apprised of all communications between Merck and ImClone.

On July 10, 2007, counsel for Merck, William R. Golden, Jr., mailed the letter attached hereto as Exhibit B in response to ImClone's June 26, 2007 letter with a copy to Mr. Kravitz. In light of Merck's statement that "Merck recognizes and respects Dr. Gillies' duty to cooperate with MIT and encourages him to do so" and further that "Merck supports the Court and the parties in their search for the truth in this litigation, and will continue to urge Dr. Gillies, through his counsel, to cooperate in this endeavor," ImClone respectfully requests that the Court permit it to make inquiry of Mr. Kravitz as to whether there are any continuing impediments to Dr. Gillies' cooperation with the Plaintiffs in this litigation in order that ImClone may further evaluate if any additional remedial actions may be proper or necessary.

Respectfully Submitted,<br>
IMCLONE SYSTEMS, INC.<br>
By Its Attorneys,

Dated: July 17, 2007

*/s/ Anthony J. Fitzpatrick*
Michael R. Gottfried (BBO # 542156)
Anthony J. Fitzpatrick (BBO # 564324)
Christopher S. Kroon (BBO # 660286)
DUANE MORRIS LLP
470 Atlantic Avenue, Suite 500
Boston, MA 02210
Phone: 857.488.4200
Fax: 857.488.4201

James H. Wallace, Jr. *(pro hac vice)*
Robert J. Scheffel *(pro hac vice)*
Kevin P. Anderson *(pro hac vice)*
WILEY REIN LLP
1776 K Street, NW
Washington DC  20006
Phone: 202.719.7240
Fax: 202.719.7049

**CERTIFICATE OF SERVICE**

　　I hereby certify that this document, filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of electronic filing and paper copies will be sent to those indicated as non-registered participants.

*/s/ Anthony J. Fitzpatrick*
Anthony J. Fitzpatrick

2