# Fish & Richardson p.c.

Frederick P. Fish
1855-1930

W.K. Richardson
1859-1951

~

atlanta
austin
boston
dallas
delaware
new york
san diego
silicon valley
twin cities
washington, dc

12390 El Camino Real
San Diego, California
92130

Telephone
858 678-5070

Facsimile
858 678-5099

Web Site
www.fr.com

July 19, 2007

Chambers of the Honorable Richard G. Stearns
United States District Court
 for the District of Massachusetts
John Joseph Moakley United States Courthouse
One Courthouse Way
Boston, MA  02210

Re:    Repligen and MIT v. ImClone Systems, Inc.
       Civil Action No. 04-10884-RGS

Dear Honorable Judge Stearns:

Pursuant to the Court's order, we are writing to inform the Court that earlier this week, counsel for Dr. Gillies, Jason Kravitz, agreed to accept service of a trial subpoena for Dr. Gillies.  Mr. Kravitz also informed counsel that Dr. Gillies would meet with counsel for MIT and Repligen in the days immediately before trial.

Very truly yours,

/s/ Gregory A. Madera

Gregory A. Madera (BBO #313,020)

cc:    Jason C. Kravitz, Esq.
       Michael R. Gottfried, Esq.
       James H. Wallace, Jr., Esq.

21691941.doc