UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS


CIVIL ACTION NO. 04-10884-RGS


MASSACHUSETTS INSTITUTE OF TECHNOLOGY and
REPLIGEN CORPORATION

v.

IMCLONE SYSTEMS, INC.


ORDER

July 19, 2007


STEARNS, D.J.

On July 17, 2007, ImClone Systems, Inc. (ImClone) filed a status memorandum in which it reported on its counsel's communications with counsel for Merck KgaA.  ImClone additionally requests leave to inquire of Jason Kravitz, counsel for Dr. Gillies, as to whether there are any remaining impediments to Dr. Gillie's cooperation with plaintiffs.  ImClone's request will be ALLOWED.

SO ORDERED.

/s/ Richard G. Stearns
_____
UNITED STATES DISTRICT JUDGE