**UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| MASSACHUSETTS INSTITUTE OF TECHNOLOGY, and REPLIGEN CORPORATION, <br><br>                         Plaintiffs, <br><br>      v. <br><br>IMCLONE SYSTEMS INC.. <br><br>                        Defendant. | Civil Action No.  04 10884 (RGS) |

## KENYON & KENYON'S MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

Pursuant to Local Civil Rule 83.5.2(c), Kenyon & Kenyon LLP ("Kenyon") and the individual attorneys from Kenyon who have appeared herein respectfully request that the Court grant them leave to withdraw as counsel for defendant ImClone Systems Incorporated ("ImClone").

Kenyon has notified ImClone of its intention to seek leave to withdraw and ImClone does not object to Kenyon's withdrawal from this case.  Kenyon has also served this motion for leave on counsel of record to the other parties herein.

On June 4, 2007, new counsel for ImClone sought leave to appear herein, which was granted on June 8, 2007.

**Certification Pursuant to Local Rule 7.1(A)(2)**

Undersigned counsel certifies that, before filing this motion, counsel for Kenyon conferred with counsel for ImClone regarding this motion.  In addition, on July 18, 2007, counsel for Kenyon sent a copy of this motion to counsel for the plaintiffs via e-mail, asked if the plaintiffs have any objection to the motion, and attempted in good faith to confer regarding this motion.  Counsel for the plaintiffs have not responded to counsel for Kenyon's email as of the time of this filing on July 20, 2007.

Respectfully submitted,

KENYON & KENYON LLP

By its attorneys,

/s/ Thomas F. Maffei P.C.
Thomas F. Maffei P.C. (BBO#13220)
Sara Jane Shanahan (BBO#567837)
GRIESINGER, TIGHE & MAFFEI, LLP
176 Federal Street
Boston, Massachusetts 02110-2214
(617) 542-9900

Richard L. DeLucia
George E. Badenoch
Michael D. Loughnane
Paul M. Richter, Jr.
KENYON & KENYON LLP
One Broadway
New York, NY  10004-1050
(212) 425-7200

Dated:  July 20, 2007