UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS INSTITUTE OF TECHNOLOGY and REPLIGEN CORPORATION,<br><br>                Plaintiffs,<br><br>      v.<br><br>IMCLONE SYSTEMS INC.,<br><br>                Defendant. | Civil Action No. 04 10884 RGS |

**ASSENTED-TO MOTION OF IMCLONE SYSTEMS, INC. FOR LEAVE TO FILE EXHIBITS TO THEIR CLAIM CONSTRUCTION MEMORANDUM UNDER SEAL**

Pursuant to Local Rule 7.2, Defendant ImClone Systems, Inc. ("ImClone") hereby respectfully moves, with the assent of plaintiffs Massachusetts Institute of Technology and Repligen Corporation ("Plaintiffs"), for leave to file certain exhibits to ImClone's Claim Construction Memorandum under seal.

In particular, ImClone respectfully requests leave to file the following exhibits under seal:

1. Declaration of Stuart A. Aaronson, M.D. and Exhibit A attached thereto.

2. Exhibit H to the Declaration of Robert J. Scheffel - true and correct copies of excerpts taken from the July 29, 2005 deposition of Dr. Gillies.

3. Exhibit I to the Declaration of Robert J. Scheffel - true and correct copy of the December 12, 2005 Rebuttal Expert Report of Dr. Kevin Struhl Re: Validity of United States Patent Number 4,663,281.

4. Exhibit J to the Declaration of Robert J. Scheffel - true and correct copy of the October 14, 2005 Expert Report of Stuart A. Aaronson, M.D (without exhibits).

     5.    Exhibit K to the Declaration of Robert J. Scheffel - true and correct copies of excerpts taken from the April 5, 2006 Deposition of Dr. Struhl.

     6.    Exhibit Q to the Declaration of Robert J. Scheffel - true and correct copies of excerpts taken from the August 31, 2005 Deposition of Dr. Tonegawa.

In support of this motion, ImClone respectfully submits that these exhibits contain information that has been designated by the parties as confidential under the Stipulated Protective Order enter in this case. In addition, these exhibits refer to information submitted in papers that have been previously sealed by the Court. In accordance with Local Rule 7.2, ImClone requests that these exhibits should be impounded until the final resolution of this litigation between the parties, at which time it will be retrieved by ImClone.

WHEREFORE, it is respectfully requested that the Court grant this assented-to motion for leave to file the above-described exhibits under seal.

## Certification Pursuant to Local Rule 7.1(A)(2)

Undersigned counsel certifies that, before filing this motion, counsel for the parties conferred regarding the subject of this motion. As a result, counsel for Plaintiffs has advised that Plaintiffs assent to this motion.

Respectfully Submitted,

IMCLONE SYSTEMS, INC.

By Its Attorneys,

Dated: July 23, 2007

/s/ Michael R. Gottfried
Michael R. Gottfried (BBO #542156)
Anthony J. Fitzpatrick (BBO #564324)
Christopher S. Kroon (BBO #660286)
DUANE MORRIS LLP
470 Atlantic Avenue, Suite 500
Boston, MA 02210
Phone: 857.488.4200
Fax: 857.488.4201

James H. Wallace, Jr. *(pro hac vice)*
Robert J. Scheffel *(pro hac vice)*
Kevin P. Anderson *(pro hac vice)*
WILEY REIN LLP
1776 K Street, NW
Washington, DC  20006
Phone: 202.719.7240
Fax: 202.719.7049

.

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on July 23, 2007.

/s/ Michael R. Gottfried
Michael R. Gottfried (BBO# 542156)