UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS INSTITUTE OF TECHNOLOGY and REPLIGEN CORPORATION,<br><br>               Plaintiffs,<br><br>    v.<br><br>IMCLONE SYSTEMS INC.,<br><br>               Defendant. | Civil Action No. 04 10884 RGS |

**ASSENTED-TO MOTION OF IMCLONE SYSTEMS INC. FOR LEAVE TO FILE AN OVER-LENGTH CLAIM CONSTRUCTION MEMORANDUM**

Defendant ImClone Systems, Inc. ("ImClone") respectfully moves this Court for leave to file a 24 page Claim Construction Memorandum (to be filed under seal).

ImClone has made a good-faith attempt to address all of the factual and legal bases for their proposed claim construction within the 20-page limit set by Local rule 7.1(b)(4). Because this matter is serious and complex, ImClone respectfully submits that exceeding the page limit by an additional four (4) pages is reasonable under the circumstances.

WHEREFORE, ImClone respectfully moves this Court for leave to file this over-length Claim Construction Memorandum.

**Certification Pursuant to Local Rule 7.1(A)(2)**

Undersigned counsel certifies that, before filing this motion, counsel for the parties have conferred by telephone on July 23, 2007, regarding the subject of this motion. As a result, counsel for plaintiffs has advised that plaintiffs assent to this motion.

Dated: July 23, 2007

Respectfully Submitted,

IMCLONE SYSTEMS, INC.

By Its Attorneys,

/s/ Michael R. Gottfried
Michael R. Gottfried (BBO #542156)
Anthony J. Fitzpatrick (BBO #564324)
Christopher S. Kroon (BBO #660286)
DUANE MORRIS LLP
470 Atlantic Avenue, Suite 500
Boston, MA 02210
Phone: 857.488.4200
Fax: 857.488.4201

James H. Wallace, Jr. *(pro hac vice)*
Robert J. Scheffel *(pro hac vice)*
Kevin P. Anderson *(pro hac vice)*
WILEY REIN LLP
1776 K Street, NW
Washington, DC  20006
Phone: 202.719.7240
Fax: 202.719.7049

.

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on July 23, 2007.

/s/ Michael R. Gottfried
Michael R. Gottfried (BBO# 542156)