# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS INSTITUTE OF TECHNOLOGY and REPLIGEN CORPORATION,<br><br>        Plaintiffs,<br><br>    v.<br><br>IMCLONE SYSTEMS, INC.,<br><br>        Defendant. | Civil Action No. 04-10884-RGS |

## ASSENTED-TO MOTION TO FILE DOCUMENT UNDER SEAL

Pursuant to Local Rule 7.2, Plaintiffs Massachusetts Institute of Technology and Repligen Corporation hereby move, with the assent of Defendant ImClone Systems, Inc., to file the following documents under seal:

- **PLAINTIFFS' OPENING CLAIM CONSTRUCTION BRIEF**

- **EXHIBITS B, C & D TO THE DECLARATION OF MICHAEL J. KANE IN SUPPORT OF PLAINTIFFS' OPENING CLAIM CONSTRUCTION BRIEF**

Plaintiffs respectfully request permission to file these documents under seal because they either were designated confidential or incorporate testimony or statements that were designated confidential under the Stipulated Protective Order entered in this case. In accordance with Local Rule 7.2, Plaintiffs request that this document should be impounded until the final resolution of this litigation between the parties, at which time they will be retrieved by Plaintiffs.

WHEREFORE, it is respectfully requested that the Court grant this motion to file the above-described document under seal.

**Certification Pursuant to Local Rule 7.1(A)(2)**

Undersigned counsel certifies that, before filing this motion, counsel for the parties have conferred by e-mail correspondence regarding the subject of this motion. As a result, counsel for ImClone has advised that ImClone assents to this motion.

Dated: July 23, 2007                    /s/Michael J. Kane
                                        Michael J. Kane (*pro hac vice*)
                                        FISH & RICHARDSON P.C.
                                        3300 Dain Rauscher Plaza
                                        60 South Sixth Street
                                        Minneapolis, MN 55402
                                        Telephone: (612) 335-5070
                                        Facsimile: (612) 288-9696

*Of Counsel*:

| Gregory A. Madera | Jonathan E. Singer | Juanita Brooks |
|---|---|---|
| FISH & RICHARDSON P.C. | John C. Adkisson | FISH & RICHARDSON P.C. |
| 225 Franklin Street | William R. Woodford | 12390 El Camino Real |
| Boston, MA 02110-2804 | FISH & RICHARDSON P.C. | San Diego, CA 92130 |
| Telephone: (617) 542-5070 | 3300 Dain Rauscher Plaza | Telephone: (858) 678-5070 |
| Facsimile: (617) 542-8906 | 60 South Sixth Street | |
| | Minneapolis, Minnesota 55402 | |
| | Telephone: (612) 335-5070 | |
| | Facsimile: (612) 288-9696 | |

*Attorneys for Plaintiffs Massachusetts Institute of Technology & Repligen Corporation*

CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on this 23rd day of July, 2007.

                                                       /s/Michael J. Kane
                                                       Michael J. Kane

60442008.doc