# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS INSTITUTE OF TECHNOLOGY and REPLIGEN CORPORATION,<br><br>         Plaintiffs,<br><br>         v.<br><br>IMCLONE SYSTEMS, INC.,<br><br>         Defendant. | Civil Action No. 04-10884-RGS |

## DECLARATION OF MICHAEL J. KANE IN SUPPORT OF PLAINTIFFS' OPENING CLAIM CONSTRUCTION BRIEF

I, Michael J. Kane, declare and state as follows:

1. I am a Principal in the law firm of Fish & Richardson P.C. and I am counsel for Plaintiffs Massachusetts Institute of Technology and Repligen Corporation.

2. Attached hereto as <u>Exhibit A</u> is a true and correct copy of U.S. Patent number 4,663,281.

3. Attached hereto as <u>Exhibit B</u> is a true and correct copy of excerpts of the confidential Rebuttal Expert Report of Stuart A. Aaronson, M.D. dated December 12, 2005. Because of the confidentiality designation, this exhibit is being filed under seal.

4. Attached hereto as <u>Exhibit C</u> is a true and correct copy of excerpts from the confidential deposition of Stephen D. Gillies dated July 29, 2005. Because of the confidentiality designation, this exhibit is being filed under seal.

5. Attached hereto as <u>Exhibit D</u> is a true and correct copy of excerpts from the confidential deposition of Susumu Tonegawa dated August 31, 2005. Because of the confidentiality designation, this exhibit is being filed under seal.

6. Attached hereto as <u>Exhibit E</u> is a true and correct copy of excerpts from the Expert Report of Stuart A. Aaronson, M.D. dated October 14, 2005.

7. Attached hereto as <u>Exhibit F</u> is a true and correct copy of excerpts from the AMERICAN HERITAGE DICTIONARY OF THE ENGLISH LANGUAGE (1981).

8. Attached hereto as <u>Exhibit G</u> is a true and correct copy of Gillies, et al., Tissue-specific Enhancer in the Major Intron of an Immunoglobulin Heavy-chain Gene, *Current Communications in Molecular Biology*, Cold Spring Harbor Laboratory (1983).

9. Attached hereto as <u>Exhibit H</u> is a true and correct copy of Gilies, et al., *A Tissue-specific Transcription Enhancer is Located in the Major Intron of a Rearranged Immunoglobulin Heavy-chain Gene,* CELL, 33:717-728 (July 1983).

10. Attached hereto as <u>Exhibit I</u> is a true and correct copy of Boss, *Enhancer Elements in Immunoglobulin Genes*, NATURE, 303:281-82 (May 1983).

11. Attached hereto as <u>Exhibit J</u> is a true and correct copy of excerpts from the Rebuttal Expert Report of Dr. Kevin Struhl re Validity of United States Patent Number 4,663,821 dated December 12, 2005.

12. Attached hereto as <u>Exhibit K</u> is a true and correct copy of Ciliberto et al., *Cell-Specific Expression of a Transfected Human $\alpha_1$ –Antitrypsin Gene*, CELL, 41:531-540 (1985).

13. Attached hereto as <u>Exhibit L</u> is a true and correct copy of excerpts from the prosecution history of United States patent number 4,663,281.

14. Attached hereto as <u>Exhibit M</u> is a true and correct copy of an exhibit to the Rule 131 Declaration submitted to the Patent Office during the prosecution of United States patent number 4,663,281.

3

15.   Attached hereto as <u>Exhibit N</u> is a true and correct copy of excerpts from the DICTIONARY OF BIOCHEMISTRY & MOLECULAR BIOLOGY (2d ed. 1989)

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:  July 23, 2007                                    /s/Michael J. Kane
                                                         Michael J. Kane

## CERTIFICATE OF SERVICE

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on this 23rd day of July, 2007.

      /s/Michael J. Kane
      Michael J. Kane

60441738.doc