# EXHIBIT F

# THE AMERICAN HERITAGE
# DICTIONARY
## OF THE ENGLISH LANGUAGE

REF.
PE1625
.A512
1981

Words that are believed to be registered trademarks have been checked with authoritative sources. No investigation has been made of common-law trademark rights in any word, because such investigation is impracticable. Words that are known to have current registrations are shown with an initial capital and are also identified as trademarks. The inclusion of any word in this Dictionary is not, however, an expression of the publishers' opinion as to whether or not it is subject to proprietary rights. Indeed, no definition in this Dictionary is to be regarded as affecting the validity of any trademark.

© 1969, 1970, 1971, 1973, 1975, 1976, 1978, 1979, 1980, 1981 by Houghton Mifflin Company
All correspondence and inquiries should be directed to
Reference Division, Houghton Mifflin Company
One Beacon Street, Boston, Massachusetts 02108

All rights reserved under Bern and Pan-American Copyright Conventions

ISBN: 0-395-20360-0 (new college edition; thumb-indexed)
　　　 0-395-20359-7 (new college edition; plain edges)
　　　 0-395-24575-3 (high-school edition)
　　　 0-395-09066-0 (larger-format edition)

Library of Congress Catalog Card Number 76-86995

Manufactured in the United States of America

Computer-composed by Inforonics, Inc.
in Maynard, Massachusetts


HUMANITIES
MASS INST TECH
MAR 2 5 1986
LIBRARIES


Portugal

entrance of a building. [Italian, from Latin *porticus*, porch, from *porta*, a gate. See per-² in Appendix.*] —**por′ti·coed′** *adj.*
**por·tière, por·tiere** (pôr-tyâr′, pōr-) *n.* A heavy curtain hung across a doorway. [French *portière*, from *porte*, door, from Old French, gate, PORT.]
**por·tion** (pôr′shən, pōr′-) *n.* 1. A section or quantity within a larger thing; a part of a whole: "*Important portions of the surface are green.*" (Isaac Asimov). 2. A part separated from a whole. 3. A part that is allotted to a person or group, such as: a. The amount of food, or the amount of a specific dish, served to one person at a meal; helping. b. The part of an estate received by an heir. 4. A woman's dowry. 5. The part of human destiny allotted to a person or group; one's lot or fate: "*all liars will have their portion in the lake burning with fire and brimstone*" (Charlotte Brontë). —*tr.v.* **portioned, -tioning, -tions.** 1. To divide into parts or shares for distribution; parcel. Usually used with *out.* 2. To provide with a share, inheritance, or dowry. [Middle English, from Old French, from Latin *portiō*. See pere- in Appendix.*] —**por′tion·a·ble** *adj.* —**por′tion·er** *n.* —**por′tion·less** *adj.*
**Port·land** (pôrt′lənd, pōrt′-). 1. A seaport city in southwestern Maine, on Casco Bay. Population, 64,000. 2. An industrial city and river port in northwestern Oregon on the Willamette River, 12 miles southeast of its confluence with the Columbia River at Vancouver, Washington. Population, 375,000.
**Portland cement.** A hydraulic cement made by heating a mixture of limestone and clay, containing oxides of calcium, aluminum, iron, and silicon, in a kiln and pulverizing the resultant clinker. [The concrete resembles *Portland stone*, limestone quarried at *Portland*, England.]
**Port Lou·is** (lōō′ĭs, lōō′ē, lōō-ē′). The capital city and principal seaport of Mauritius. Population, 131,000.
**port·ly** (pôrt′lē, pōrt′-) *adj.* **-lier, -liest.** 1. Comfortably stout; corpulent. 2. *Archaic.* Stately; majestic; imposing. —See Synonyms at **fat.** [From PORT (bearing).] —**port′li·ness** *n.*
**Port Lyau·tey** (lyō-tā′). A river port in northwestern Morocco, about 30 miles northeast of Rabat. Population, 87,000.
**port·man·teau** (pôrt-mǎn′tō, pôrt-, pōrt-mǎn-tō′, pōrt′-) *n., pl.* **-teaus** or **-teaux** (-tōz). *Chiefly British.* A large leather suitcase that opens into two hinged compartments. [French *portemanteau*, from Old French, "coat-carrier" : *porter*, to carry, from Latin *portāre* (see per-² in Appendix*) + MANTEAU.]
**portmanteau word.** A word formed by merging the sounds and meanings of two different words; for example, *slithy*, from *lithe* and *slimy*; *chortle*, from *chuckle* and *snort*; a blend. ["You see, it's like a *portmanteau* . . . there are two meanings packed up in one word." (Lewis Carroll).]
**Port Mores·by** (mōrz′bē, môrz′-). The capital of Papua New Guinea, on the southeastern coast of the island of New Guinea. Population, 56,000.
**Pôr·to.** The Portuguese name for **Oporto.**
**Pôr·to A·le·gre** (pôr′tōō ä-lĕg′rē). The capital of the state of Rio Grande do Sul, at the northern end of Lagoa dos Patos in extreme southern Brazil. Population, 933,000.
**port of call.** A port where ships dock in the course of voyages to load or unload cargo, obtain supplies, or undergo repairs.
**port of entry.** *Abbr.* **P.O.E.** A place where travelers or goods may enter or leave a country under official supervision.
**Port-of-Spain** (pôrt′əv-spān′, pōrt′-). Also **Port of Spain.** The capital city and principal port of Trinidad and Tobago, on the northwest coast of Trinidad. Population, 86,000.
**Por·to·lá** (pôr-tō-lä′), **Gaspar de.** 1723?–1784? Spanish army officer and explorer; governor of the Californias (1767–70).
**Por·to-No·vo** (pôr′tō-nō′vō). The capital of Dahomey. Population, 80,000.
**Por·to Ri·co.** The former name for **Puerto Rico.**
**por·trait** (pôr′trĭt, -trāt′, pōr′-) *n.* 1. A painting, photograph, or other likeness of a person, especially one showing the face. 2. A verbal picture or description, especially of a person. 3. Any close likeness of one thing to another: "*Every man's work . . . is always a portrait of himself.*" (Samuel Butler). [French, from Old French, from the past participle of *portraire*, PORTRAY.]
**por·trait·ist** (pôr′trā-tĭst, pōr′-) *n.* A person who makes portraits, especially a painter or photographer.
**por·trai·ture** (pôr′trĭ-chŏŏr′, pōr′-) *n.* 1. The practice or art of making portraits. 2. A portrait. 3. Portraits collectively.
**por·tray** (pôr-trā′, pōr-) *tr.v.* **-trayed, -traying, -trays.** 1. To depict or represent pictorially; make a picture of. 2. To depict or describe in words. 3. To represent dramatically, as on the stage. [Middle English *portraien*, from Old French *portraire*, from Latin *prōtrahere*, to draw forth, reveal (in Medieval Latin, also "to portray") : *prō*-, forth + *trahere*, to draw (see tragh- in Appendix*).] —**por·tray′a·ble** *adj.* —**por·tray′er** *n.*
**por·tray·al** (pôr-trā′əl, pōr-) *n.* 1. The act or process of depicting or portraying. 2. A representation or description.
**por·tress** (pôr′trĭs, pōr′-) *n.* Also **por·ter·ess** (pôr′trĭs, -tər-ĭs, pōr′-). A female doorkeeper or porter, especially in a convent.
**Port Roy·al** (roi′əl). A town and former capital of Jamaica, at the entrance of Kingston Harbor.
**Port Sa·id** (sä-ēd′). A city and principal port of Egypt, at the Mediterranean end of the Suez Canal. Population, 244,000.
**Port Sa·lut** (sə-lōōt′, -lōō′). Also **Port du Sa·lut** (pôr′ dü sȧ-lü′). A semihard fermented French cheese, made originally by Trappist monks.
**Ports·mouth** (pôrts′məth, pōrts′-). 1. A city of southeastern Hampshire, England, on the English Channel 65 miles southwest of London; the chief home port of the Royal Navy. Population, 215,000. 2. A city in southeastern Virginia, on the Elizabeth River opposite Norfolk. Population, 110,000. 3. A city and

seaport of New Hampshire, in the southeast on the Atlantic Population, 20,000.
**Por·tu·gal** (pôr′chə-gəl, pōr′-; Portuguese pôr′tōō-gäl′). *Abbr.* **Pg., Port.** Ancient name Lu·si·ta·ni·a (lōō′sə-tā′nē-ə). A republic of Europe, occupying 34,216 square miles in the western part of the Iberian Peninsula and including Madeira and the Azores. Population, 9,560,000. Capital, Lisbon. [Portuguese, earlier *Portucale*, from Medieval Latin *Portus Cale*, the port of Cale, on the Douro, from Latin *portus*, PORT (harbor).]
**Por·tu·guese** (pôr′chə-gēz′, -gēs′, pōr′-; pôr′chə-gēz′, -gēs′, pōr′-) *adj. Abbr.* **Pg., Port.** Of or pertaining to Portugal, its people, or their language. —*n., pl.* **Portuguese.** *Abbr.* **Pg., Port.** 1. A native or inhabitant of Portugal. 2. The Romance language of Portugal and Brazil.
**Portuguese Congo.** A former name for **Cabinda.**
**Portuguese Guinea.** The former name for **Guinea-Bissau.**
**Portuguese man-of-war.** A complex colonial organism of the genus *Physalia*, of warm seas, having a bluish, bladderlike float from which are suspended numerous long stinging tentacles capable of inflicting severe injury.
**Portuguese Ti·mor** (tē′môr′, tē-môr′). An overseas territory of Portugal, comprising the eastern part of the island of Timor, Oe-Cusse, in the northwest, and several offshore islands (7,387 square miles). Population, 517,000. Capital, Dili.
**Portuguese West Africa.** A former name for **Angola.**
**por·tu·lac·a** (pôr′chə-lăk′ə, pōr′-) *n.* Any plant of the genus *Portulaca*, having fleshy stems and leaves; especially, *P. grandiflora*, cultivated for its showy flowers that open only in sunlight. This species is also called "rose moss." [New Latin, from Latin *portulāca*, purslane, from *portula*, diminutive of *porta*, gate, from the gatelike covering on its capsule. See per-² in Appendix.*]
**pos.** 1. position. 2. positive.
**pose¹** (pōz) *v.* **posed, posing, poses.** —*intr.* 1. To assume or hold a particular position or posture, as in sitting for a portrait. 2. To affect a particular mental attitude. 3. To represent oneself in a given character or as other than what one is: "*America was posing as the champion of legitimacy and order.*" (Henry Adams). —*tr.* 1. To place (a model, for example) in a specific position. 2. To propound or assert: "*Today, man is posing for himself new problems*" (L. and M. Milne). —*n.* 1. A bodily attitude or position, especially one assumed for an artist or photographer. 2. An affected attitude of mind or body: "*Your cynicism is simply a pose.*" (Oscar Wilde). —See Synonyms at **affectation.** [Middle English *posen*, from Old French *poser*, from Late Latin *pausāre*, to cease, which in Vulgar Latin took over the meaning of Latin *pōnere*, to place (past participle *positus*), from Latin *pausa*, a pause, from Greek *pausis*, from *pauein*, to pause. See pauein in Appendix.*]
**pose²** (pōz) *tr.v.* **posed, posing, poses.** To puzzle or confuse with a difficult question or problem. [Short for *appose*, Middle English *apposen, opposen*, to confront with objections, from Old French *opposer*, to OPPOSE.]
**Po·sei·don** (pō-sīd′n) *Greek Mythology.* The god of the waters, earthquakes, and horses; brother of Zeus; identified with the Roman god Neptune. [Latin, from Greek *Poseidōn*.]
**Po·sen.** The German name for **Poznań.**
**pos·er¹** (pō′zər) *n.* One who poses.
**pos·er²** (pō′zər) *n.* A baffling question or problem.
**po·seur** (pō-zœr′) *n.* A person who affects a particular attitude, character, or manner to impress others. [French, from Old French *poser*, POSE.]
**posh** (pŏsh) *adj. Informal.* Smart and fashionable; elegant and luxurious; exclusive. [Possibly an acronym for "port (side) out, starboard home," with reference to accommodations on the shady and hence more expensive side of ships plying between England and India.]
**pos·it** (pŏz′ĭt) *tr.v.* **-ited, -iting, -its.** 1. To place in position. 2. To put forward as a fact or truth; to postulate. —See Synonyms at **presume.** [Latin *pōnere* (past participle *positus*), to place. See position.]
**po·si·tion** (pə-zĭsh′ən) *n. Abbr.* **pos.** 1. A place or location. 2. The right or appropriate place: *The guns were in position.* 3. a. The way in which something is placed. b. The arrangement of bodily parts; posture: *a standing position.* 4. A mental posture; point of view: *the government's position on foreign aid.* 5. A situation or state relative to circumstances: *in a difficult position.* 6. Social standing or status; rank. 7. A post of employment; job. 8. *Sports.* The area for which a particular player is responsible. 9. a. The act or process of positing. b. The principle or proposition posited. —*tr.v.* **positioned, -tioning, -tions.** To place in proper position. [Old French, from Latin *positiō*, from *pōnere* (past participle *positus*), to place. See apo- in Appendix.*] —**po·si′tion·al** *adj.* —**po·si′tion·er** *n.*
**pos·i·tive** (pŏz′ə-tĭv) *adj. Abbr.* **pos.** 1. Characterized by or displaying certainty, acceptance, or affirmation: *a positive answer.* 2. Measured or moving in a direction of increase, progress, or forward motion. 3. Explicitly or openly expressed or laid down: *a positive demand.* 4. Admitting of no doubt; irrefutable. 5. a. Determined or settled in opinion or assertion; confident: *a positive manner.* b. Overconfident; dogmatic. 6. Formally or arbitrarily determined; prescribed. 7. Concerned with practical rather than theoretical matters. 8. Composed of or characterized by the presence of particular qualities or attributes; real. 9. *Philosophy.* Of or pertaining to positivism. 10. Without relation to or comparison with anything else; absolute. 11. *Informal.* Used as an intensifier: *She is a positive angel.* 12. *Mathematics.* Pertaining to or designating: a. A quantity greater

ă pat/ā pay/âr care/ä father/b bib/ch church/d deed/ě pet/ē be/f fife/g gag/h hat/hw which/ĭ pit/ī pie/îr pier/j judge/k kick/l lid
needle/m mum/n no, sudden/ng thing/ŏ pot/ō toe/ô paw/ for/oi noise/ou out/ŏŏ took/ōō boot/p pop/r roar/s sauce/sh ship/dish