# EXHIBIT G



# Current Communications in Molecular Biology



# Enhancers and Eukaryotic Gene Expression

CSH Press

Library Only

QH450
E54
1983
c.2

I 51353



*First Row:* R. Kamen, S. Beckendorf; K. Yamamoto, S. Tonegawa
*Second Row:* D. Hamer; A. Rich, I. Verma, M. Capecchi
*Third Row:* G. Khoury; T. Shenk, A. Nordheim; Y. Gluzman
*Fourth Row:* T. Kadesch, P. Sassone-Corsi, P. Chambon

Case 1:04-cv-10884-RGS    Document 203-8    Filed 07/23/2007    Page 4 of 14



# Current Communications IN MOLECULAR BIOLOGY
Cold Spring Harbor Laboratory / 1983

# Enhancers and Eukaryotic Gene Expression

Edited by

**Yakov Gluzman**
Cold Spring Harbor Laboratory

**Thomas Shenk**
State University of New York, Stony Brook

**Cold Spring Harbor Laboratory**



The Library
P.O. Box 100, Cold Spring Harbor, New York 11724

From _Gift Pub_

Date _8/29/83_

Accession No. _30213_

LIBRARY
BANBURY CONFERENCE CENTER

I 51355

*Titles in*
**Current Communications in Molecular Biology**
**PLANT INFECTIOUS AGENTS**
**ENHANCERS AND EUKARYOTIC GENE EXPRESSION**

**ENHANCERS AND EUKARYOTIC GENE EXPRESSION**

© 1983 by Cold Spring Harbor Laboratory
All rights reserved
International Standard Book Number 0-87969-161-1
Book design by Emily Harste
Printed in the United States of America

**Front cover:** Cloned fragments of MMTV DNA that contain specifically bound glucocorticoid receptor molecules (see Yamamoto et al., this volume). (Electron micrograph provided by B. Edgar and K.R. Yamamoto, University of California, San Francisco.)

**Back cover:** Phenotypic variation in the expression of SV40 and HSV-*tk* marker DNAs cotransfected into Rat-2 tk$^-$ cells. Cotransformation of these two markers results in a low phenotypic expression of SV40 morphological transformation. Insertion of an LTR into the SV40 construction increases the cotransformation index almost to 1. (*Top row, left*) tk$^+$, morphologically transformed cells, T-Ag$^+$; (*right*) tk$^+$, morphologially nontransformed cells, T-Ag$^-$. (*Middle*) tk$^+$, split phenotype (morphologically transformed cells, T-Ag$^+$; morphologically nontransformed cells, T-Ag$^-$). (*Bottom row*) Sectored colony morphology; (*left*) tk$^+$, transformed and nontransformed cell sectors: dark sectors (morphologically transformed), T-Ag$^+$; light sectors (morphologically nontransformed), T-Ag$^-$; (*right*) 10× magnification of left panel (see Lusky et al., this volume). (Photographs provided by M. Kriegler and M. Botchan, Dept. of Molecular Biology, University of California, Berkeley.)

The individual summaries contained herein should not be treated as publications or listed in bibliographies. Information contained herein can be cited as personal communication contingent upon obtaining the consent of the author. The collected work may, however, be cited as a general source of information on this topic.

All Cold Spring Harbor Laboratory publications are available through booksellers or may be ordered directly from Cold Spring Harbor Laboratory, Box 100, Cold Spring Harbor, New York 11724.
SAN 203-6185

I 51356

# Preface

A conference on enhancers and eukaryotic gene expression was held at the Banbury Center of the Cold Spring Harbor Laboratory on April 3-6, 1983. Approximately 40 molecular biologists who have been studying the expression of a variety of eukaryotic genes presented and discussed the most recent advances in this field. The material presented at the conference consisted of two major topics: enhancers and regulated promoters.

Enhancer elements were originally discovered as novel elements contained in the SV40 early promoter. They have received considerable attention because of their ability to increase the transcriptional activity in *cis* of the bona fide SV40 promoter as well as of a variety of heterologous promoters. These elements have now also been found in the long terminal repeats of most retroviruses and polyoma, papilloma, BK, and Ad2 viruses as well as in immunoglobulin genes. Analysis of many inducible promoters has revealed that regulatory sequences are either present in the vicinity of promoters or overlapping them, and in a few cases it has been shown that these sequences act in a manner independent of orientation, a property that is characteristic of enhancer elements.

*Enhancer and Eukaryotic Gene Expression* summarizes the results of this conference in the form of extended abstracts provided by the speakers. These abstracts describe various experimental systems and include the majority of the known enhancers as well as a large number of inducible promoters from virus, yeast, *Drosophila*, mouse, and human origin. The book is intended to provide the interested reader with an overview of current work in this rapidly progressing field.

The support for this meeting was provided by Abbott Laboratories; Applied Molecular Genetics, Inc.; Biogen N.V.; Cetus Corporation; Collaborative Research, Inc; E.I. duPont de Nemours & Co.; Genentech, Inc; Lilly Research Laboratories; Molecular Genetics, Inc.; and Monsanto Company.

We wish to thank James D. Watson, Director of the Cold Spring Harbor Laboratory, for making available the facilities of the Banbury Center, as well as Dr. Mike Shodell and his staff of the Banbury Center and Nancy Ford, Doug Owen, Judy Cuddihy, and the Publications staff for their efforts in making possible a timely publication in a rapidly progressing area.

Yakov Gluzman
*July 1983*

I 51359

# Tissue-specific Enhancer Element in the Major Intron of an Immunoglobulin Heavy-chain Gene

S.D. Gillies,* S.L. Morrison,† V.T. Oi,‡ and S. Tonegawa*

*Center for Cancer Research, Massachusetts Institute of Technology
Cambridge, Massachusetts 02139

†Department of Microbiology, Columbia College of Physicians and Surgeons, New York, New York 10032

‡Department of Genetics and Biochemistry, Stanford University School of Medicine, Stanford, California 94305

Molecular analyses of immunoglobulin (Ig) genes established that an Ig polypeptide chain is encoded in multiple gene segments scattered along a chromosome of the germ-line genome and that these gene segments must be brought together to form a complete gene active in B lymphocytes (for a review, see Tonegawa 1983). This somatic assembly of Ig-gene segments is accomplished by a series of developmentally controlled recombination events that occur during the differentiation of B cells. At least two major physiological significances are attached to these somatic recombination events. The first is to create somatically complete Ig genes with a diverse set of V-region-coding DNA sequences from a limited number of the gene segments carried in the germ-line genome. The second is to activate the pair of rearranged V-region gene segments (one each for light and heavy chains) amid the pool of a few hundred unrearranged V-region gene segments present in the same cell (Mather and Perry 1981). Although the recent analysis of Ig-gene clones provided much information about the somatic origins of antibody diversity, very little is known about the mechanism that links the somatic recombination with the activation of the rearranged V-region gene segments.

Since the rearrangements occur only in the 3' side of the germ-line V-region gene segments, the idea that the sequence alteration in the region upstream of the promoter leads to the gene activation seems to be ruled out. A possible way in which the downstream sequence might confer transcriptional competence to the promoter of the rearranged V-region gene segment is through transcriptional enhance-

I 51484

ment. The observations that the C-region gene segments, in contrast to the V-region gene segments, are transcriptionally active in lymphoid cells may reflect the association of an enhancer with the former gene segments (Kemp et al. 1980; Van Ness et al. 1981).

To test the validity of this hypothesis, we applied the DNA-mediated gene transfer technique to myeloma cells. When myeloma J558L was transfected by a modified protocol for protoplast fusion (Sandri-Goldin et al. 1981) using the pSV-gpt vector (Mulligan and Berg 1980) that carries a functionally rearranged $\gamma_{2b}$ heavy-chain gene (Fig. 1A), a high level of expression of the $\gamma_{2b}$ chain was detected (Fig. 1B, lane 2). The possible role of the sequences in the major intron of this gene in this high-level expression was studied by introducing deletions in the region surrounding the unique *Eco*RI site (Fig. 1A). Although the 180-bp $\Delta 1$ deletion did not affect the $\gamma_{2b}$ expression significantly, the partially overlapping 470-bp $\Delta 2$ deletion reduced it by about 20-fold. This reduction in the level of the $\gamma_{2b}$ expression correlates with the equally drastic reduction in the steady-state level of the $\gamma_{2b}$ mRNA. Moreover, the Southern gel-

Figure 1 (*see facing page*) (*A*) Partial restriction map of plasmid pSV-$\gamma_{2b}$VC. A 9-kb *Bgl*II fragment was inserted into the *Bam*HI site (indicated by Bg/Bm) of plasmid pSV2-gpt. The *Ecogpt* gene (wide stripes) is flanked by SV40 sequences (thin stripes) including the origin (ori) of replication and mRNA start site (arrow). The $\gamma_{2b}$ gene (narrow line) contains VDJ and C$\gamma_{2b}$ exons (solid boxes) and an mRNA start site (arrow) about 30 bp upstream of the VDJ coding sequence (Gillies and Tonegawa 1983). The switch recombination (S) site is also shown. The DNA segments deleted in plasmids pSV-$\gamma_{2b}$3'R$\Delta 1$ and pSV-$\gamma_{2b}$3'R$\Delta 2$ are shown in linear form above the circular map. The sizes of the deletions, as determined by restriction analysis, are indicated. (*B*) Expression of $\gamma_{2b}$ heavy chain in cells transfected with various plasmids derived from pSV-$\gamma_{2b}$VC. Approximately 10 days after transfection, the cells contained in a single well (5–10 independent clones) were harvested and grown in mass culture for analysis of protein synthesis, which was measured by labeling $5 \times 10^5$ cells for 1 hr with [$^{35}$S]methionine (50 $\mu$Ci/ml) and analyzing immunoprecipitated cell extracts by SDS-polyacrylamide gel electrophoresis and fluorography. Cell lines tested were J558L (*lane 1*) and those transfected with plasmid pSV-$\gamma_{2b}$VC (*lane 2*), plasmid pSV-$\gamma_{2b}$VC with *Xba*I$_2$-*Xba*I$_4$ deletion (hereafter referred to as PSV-$\gamma_{2b}\Delta X_{2/4}$) (*lanes 3 and 4*), plasmid pSV-$\gamma_{2b}\Delta X_{2/4}$ with insertion of *Xba*I$_2$-*Xba*I$_3$ fragment (hereafter referred to as X$_{2/3}$) at the intronic *Xba*I site in the rightward (*lanes 5 and 6*) and leftward (*lanes 7 and 8*) orientations, and plasmids pSV-$\gamma_{2b}\Delta X_{2/4}$ with insertion of X$_{2/3}$ fragment at the *Xba*I$_1$ site in the rightward (*lanes 9 and 10*) and leftward (*lanes 11 and 12*) orientations. J558L cells produce an endogenous $\lambda$ light chain that associates with the $\gamma_{2b}$ heavy chain and is immunoprecipitated by the anti-$\gamma$ chain antiserum.

I 51485



A



B

I 51486

blotting analysis of the DNA extracted from the transformed J558L lines revealed that the $\Delta 2$ deletion is associated with about a 20-fold increase in the number of integrated plasmid copies. These results suggest strongly that the sequence removed by the $\Delta 2$ deletion, but not the $\Delta 1$ deletion, is required for the high-level expression of not only the homologous $\gamma_{2b}$ gene, but also the *gpt* gene under the control of the heterologous SV40 promoter. For plasmids with $\Delta 1$ deletion, a low copy number is sufficient for *gpt* transformation because the putative enhancer element can support the high-level *gpt* gene expression. In the absence of this element, namely with $\Delta 2$ deletion, the copy number must be increased by 20-fold to compensate for a 20-fold decrease in the *gpt* expression on a per copy basis. Thus, on a per copy basis, the reduction of the $\gamma_{2b}$ expression by the $\Delta 2$ deletion is about 400-fold (a 20-fold reduction in the expression with 20-fold gene copies).

To test whether the sequences located in the major intron of the $\gamma_{2b}$ gene behave in a manner similar to viral enhancers, we derived a series of plasmids from pSV-$\gamma_{2b}$VC. First, we deleted the sequence flanked by the two *Xba*I sites, $X_2$ and $X_4$, which covers most of the major intron (Fig. 1). We then inserted the 1-kb $XbaI_2$-$XbaI_3(X_{2/3})$ fragment, containing those intron sequences with potential enhancer activity, into either of two sites—the *Xba*I site regenerated by the $X_{2/4}$ deletion or the $XbaI_1$ site—in either of the two orientations. The first insertion site corresponds to the original position of this fragment in the parental plasmid (as part of the VDJ-C$\gamma_{2b}$ intron), and the second site is approximately 1.4 kb upstream of the V-region gene segment. The results of the $\gamma_{2b}$ expression in the J558L myeloma transformed by the various plasmids (Fig. 1B) clearly demonstrate that the sequences in the 1-kb $X_{2/3}$ fragment, presumably that removed by $\Delta 2$ deletion, can sustain the high-level $\gamma_{2b}$ expression independent of its location (i.e., both in the upstream and downstream sites of the V-segment promoter) and independent of its orientation.

The tissue specificity of the enhancer associated with the $\gamma_{2b}$ gene was examined by using mouse fibroblasts (Ltk$^-$ cells) as the host. The rearranged $\gamma_{2b}$ gene is accurately transcribed in these cells, but its mRNA level is at least two orders of magnitude less in Ltk$^-$ cells than in J558L cells per gene copy (Gillies and Tonegawa 1983). Thus, it is likely that the enhancer element described above does not function in nonlymphoid cells. In fact, deletion of the 1-kb $X_{2/3}$ fragment has no effect on the low-level expression of the $\gamma_{2b}$ gene. We further examined the tissue specificity of the heavy-chain enhancer by using a derivative (pSER) of plasmid pSV2-gpt lacking most of the

I 51487

SV40 72-bp repeat sequence. When this plasmid is used to transfect either mouse L cells or J558L myeloma cells, the transformation frequency is lowered by more than 20-fold (from $2 \times 10^{-3}$ to $2 \times 10^{-4}$ in L cells and from $3 \times 10^{-4}$ to $3 \times 10^{-5}$ in J558L myeloma cells. When the 1-kb $X_{2/3}$ fragment containing the Ig enhancer is inserted into the *Eco*RI site of plasmid pSER, the transformation frequency is restored to the level of plasmid pSV2-gpt, but only in myeloma cells and not in L cells. Thus, the enhancing effect on the heterologous SV40 promoter, which controls the *Ecogpt* gene, is also tissue specific. Using this same transformation assay, we have localized the tissue-specific Ig enhancer sequence to the 140-bp *Pvu*II-*Dde*I fragment (Fig. 1A).

Weiher et al. (1983) have suggested that the sequence 5′ GTGG$^{AAA}_{TTT}$G 3′ (where $^A_T$ means either A or T appears at that position) represents a crucial core element common to all of the known viral enhancers. Sequence analysis of the 1-kb $X_{2/3}$ fragment shows that such a sequence is located in the region that is lost by Δ2 deletion but not by Δ1 deletion and is present in the 140-bp *Pvu*II-*Dde*I fragment. In fact, the sequence 5′ GTGGTTT(T)GAA 3′ is present as a closely spaced repeat oriented in the direction of transcription. The first eight nucleotides of this sequence are also found upstream of the tandem repeat but oriented in the opposite direction. Figure 2 shows a comparison of several viral sequences shown to have enhancer activity and the repeat sequences in the $\gamma_{2b}$-gene intron. Also shown are two sequences, present in the Ig light-chain gene introns, that may be part of enhancer elements (V. Oi and S.L. Morrison, unpubl.).

## DISCUSSION

The results outlined here clearly demonstrate that the major intron of the functionally rearranged Ig $\gamma_{2b}$ heavy chain contains an enhancer element that possesses all the properties previously assigned to the viral enhancer elements (Banerji et al. 1981; de Villiers et al. 1981; Levinson et al. 1982). This enhancer element is required for the high level of expression of the $\gamma_{2b}$ chain in the homologous host cells, namely myelomas. The specific location of this enhancer is highly significant for the control of the heavy-chain gene expression in B-lymphocyte development: Although the enhancer element is in the major intron of the $\gamma_{2b}$ gene, it is in fact derived from the sequence between the $J_H$ segments and $C_\mu$ segments (the DNA segments coding for the constant region of the $\mu$-class heavy chain). This is because a functional $\gamma_{2b}$ gene is generated by the additional somatic recombination referred to as switch recombination (Davis

I 51488



Figure 2  A comparison of sequences in the 1-kb $X_{2/3}$ fragment with those of viral enhancer elements. Sequences are aligned at the putative "core" sequences (underlined) (Weiher et al. 1983). The residues that match those in the immunoglobulin heavy-chain sequence are indicated by asterisks. These include either an A or T residue in positions 5–7 of the "core" sequence. In some cases a residue has been displaced to maximize the homology. Numberings of the sequences are according to Van Beveren et al. 1981 (MSV); Griffin et al. 1980 (polyoma); Buchman et al. 1980 (SV40); Max et al. 1981 (Ig C); Bernard and Tonegawa, unpubl. (Ig $C_{\lambda 1}$).

et al. 1980; Kataoka et al. 1980; Maki et al. 1980) from a functionally rearranged $\mu$ gene. Thus, the position of the enhancer is such that it can function on the promoter of not only the rearranged $\mu$ chain gene, which appears first in B lineage cells, but also all other classes of heavy-chain genes, which appear later in B-cell development.

The most interesting property of the immunoglobulin enhancer is its tissue specificity. The Mo-MSV and SV40 viral enhancers have been shown to have a certain degree of host-cell specificity (Laimins et al. 1982). This effect, however, could be explained in terms of species specificity. The immunoglobulin enhancer, on the other hand, functions at a high level in a lymphoid (myeloma) cell type but not at all in another cell type (fibroblast) of the same species. The mechanism of the tissue-specific enhancer is not known, which simply reflects our present ignorance of the mechanism of enhancers

I 51489

in general. Clearly, however, the sequence differences and similarities between the various enhancers strongly suggest that specific regulatory proteins recognize these sites. It is tempting to speculate that the presence or absence of such enhancer-binding proteins determines whether or not an enhancer functions in a given cell type. Furthermore, a particular enhancer-binding protein might recognize many different but related sequences to a greater or lesser extent. In this way it would be possible to activate many individual genes and to express them at different levels. Alternatively, the level of expression of a gene that is controlled by an enhancer may be determined by the distance between this element and the promoter site. It seems likely that some or all of these mechanisms of gene regulation function during the process of cellular differentiation. In this way the expression of multiple genes could be controlled by a relatively small number of regulatory proteins.

## ACKNOWLEDGMENTS

We thank Ms. Lena Angman for excellent technical help and the Eli Lilly Company for supplying mycophenolic acid. S.G. was supported by a postdoctoral fellowship from the Damon Runyon–Walter Winchell Cancer Fund. This work was supported in part by grants from the National Institutes of Health (AI-17879 and CA-14051).

## REFERENCES

Banerji, J., S. Rusconi, and W. Schaffner. 1981. Expression of a $\beta$-globin gene is enhanced by remote SV40 DNA sequences. *Cell* **27**: 299.

Buchman, A.R., L. Burnett, and P. Berg. 1980. The SV40 nucleotide sequence. In *DNA tumor viruses* (ed. J. Tooze), p. 799. Cold Spring Harbor Laboratory, Cold Spring Harbor, New York.

Davis, M.M., K. Calame, P.W. Early, D.L. Livamp, R. Joho, I.L. Weissman, and L. Hood. 1980. Immunoglobulin heavy-chain gene is formed by at least two recombination events. *Nature* **283**: 733.

de Villiers, J., L. Olson, J. Banerji, and W. Schaffner. 1981. A small segment of polyoma virus DNA enhances the expression of a cloned $\beta$-globin gene over a distance of 1400 base pairs. *Nucleic Acids Res.* **9**: 6251.

Gillies, S. and S. Tonegawa. 1983. Expression of cloned immunoglobulin genes introduced into mouse L cells. *Nucleic Acids Res.* (in press).

Griffin, B.E., E. Soeda, B.G. Barrell, and R. Staden. 1980. Sequence and analysis of polyoma virus DNA. In *DNA tumor viruses* (ed. J. Tooze), p. 831. Cold Spring Harbor Laboratory, Cold Spring Harbor, New York.

Kataoka, T., T. Kawakami, N. Takahashi, and T. Honjo. 1980. Rearrangement of immunoglobulin $\gamma_1$-chain gene and mechanism for heavy-chain cross-switch. *Proc. Natl. Acad. Sci.* **77**: 919.

Kemp, D., A. Harris, S. Khoury, T. Adams. 1980. Expression of the immunoglobulin C gene in mouse TB lymphoid myeloid cell line. *Proc. Natl. Acad. Sci.* **77**: 2876.

I 51490

Laimins, L.A., G. Khoury, C. Gorman, B. Howard, and P. Gruss. 1982. Host-specific activation of transcription by tandem repeats from simian virus 40 and Moloney murine sarcoma virus. *Proc. Natl. Acad. Sci.* **79:** 6453.

Levinson, B., G. Khoury, P. Vande Woude, and P. Gruss. 1982. Activation of SV40 genome by 72-base pair tandem repeats of Moloney sarcoma virus. *Nature* **295:** 568.

Maki, R., A. Traunecker, H. Sakano, W. Roeder, and S. Tonegawa. 1980. Exon shuffling generates an immunoglobulin heavy chain gene. *Proc. Natl. Acad. Sci.* **77:** 2138.

Mather, E. and R. Perry. 1981. Transcriptional regulation of immunoglobulin V genes. *Nucleic Acids Res.* **9:** 6855.

Max, E.E., J.V. Miazel, and P. Leder. 1981. The nucleotide sequence of a 5.5 kilobase DNA segment containing the mouse immunoglobulin J and C region genes. *J. Biol. Chem.* **256:** 5116.

Mulligan, R.C. and P. Berg. 1980. Expression of a bacterial gene in mammalian cells. *Science* **209:** 1422.

Sandri-Goldin, R.M., A.L. Goldin, M. Levine, and J.C. Glorioso. 1981. High-frequency transfer of cloned herpes simplex virus type 1 sequences to mammalian cells by protoplast fusion. *Mol. Cell. Biol.* **1:** 743.

Tonegawa, S. 1983. Somatic generation of antibody diversity. *Nature* **302:** 575.

Van Beveren, C., F. van Straaten, J.A. Galleshaw, and I.M. Verma. 1981. Nucleotide sequence of the genome of a murine sarcoma virus. *Cell* **27:** 97.

Van Ness, B.G., M. Weigert, C. Coleclough, E.L. Mather, D.E. Kelley, and R.P. Perry. 1981. Transcription of the unrearranged mouse $C_x$ locus: Sequence of the initiation region and comparison of activity with a rearranged $V_x$–$C_x$ gene. *Cell* **27:** 593.

Weiher, H., M. Konig, and P. Gruss. 1983. Multiple point mutations affecting the simian virus 40 enhancer. *Science* **219:** 626.

I 51491