# EXHIBIT  I

NATURE VOL. 303 26 MAY 1983

— NEWS AND VIEWS —

GeV.

Some interesting extensions have been made to these experiments. One could, for example, enhance the effect of the weak interactions by reducing the 'unwanted' electromagnetic contribution. The strength of the electromagnetic contribution is proportional among other things to the square of the electrical charge of the produced particles, in this case muons. But it is possible instead of studying muon–antimuon production to study quark–antiquark production; because quarks have fractional charges, this reduces the importance of the electromagnetic contribution while the weak contribution stays essentially unaltered. As a result, the weak signal grows relative to the electromagnetic noise. The asymmetry should increase by as much as three times that in the muon-production experiments. The catch is that one cannot detect free quarks — they emerge in clusters, the familiar $\pi$, K or charmed particles. However, if you detect a fast charmed meson you are to a good approximation seeing the effects due to the charmed quark itself. Asymmetries are again observed of the magnitude and character predicted by the theory.

These are beautiful high-precision experiments with large complicated apparatus. They have detected and quantified one of nature's most subtle effects. It will, of course, be most interesting in the coming decades to see what happens when the electrons and positrons annihilate at energies that are high enough to produce the Z physically in the laboratory — by which point the parity-violating weak force and the good old electromagnetic force will be in manifest competition.

I am indebted to Dr R. Marshall (JADE) and Dr D. Saxon (TASSO) for information about the Hamburg experiments and impressing upon me the physical significance of some of these phenomena.  □

*Frank Close is at the Rutherford Appleton Laboratory, Chilton, Didcot, Oxfordshire OX11 0QX.*

### Gene regulation

# Enhancer elements in immunoglobulin genes

*from Michael A. Boss*

EXPERIMENTS designed to explore the control of antibody production have revealed for the first time the existence of enhancer sequences in eukaryotic genes. Enhancers, until now identified only in viruses, are short regulatory sequences that increase the rate of transcription from many eukaryotic promoters, irrespective of their orientation or — within reason — their distance from the promoter[1]. Although the enhancer elements of different viruses all have a similar core element[2], their sequences may otherwise vary considerably. This variation may determine in part the species- and tissue-specificity of the virus, and is of particular interest because it may thus reflect the normal mechanisms of tissue-specific control of gene expression. Such a normal mechanism has now been discovered in the regulation of immunoglobulin genes, and was described by several speakers at a recent meeting[*].

Two neighbouring but independent groups — those of David Baltimore and Susumu Tonegawa, both at MIT — presented important new data on the expression of cloned immunoglobulin genes introduced into myeloma cells. Immunoglobulin gene expression has attracted particular attention because of the unique DNA rearrangements that accompany it. The complete gene for each chain of the immunoglobulin molecule is assembled in the course of lymphocyte differentiation by the translocation of one of several hundred variable-region gene segments (V segments) to the site of the constant-region gene segment (C segment). Each V segment has its own promoter but is transcriptionally silent in its original position. The C segment has a low level of constitutive activity which is increased by the rearrangement that juxtaposes it with a V segment.

The basis of this activation has recently been the focus of even more than usual interest because of suggestions that the same mechanism may account for the activation of the *myc* cellular oncogene, which undergoes aberrant translocation into the immunoglobulin locus in some tumours[3]. Until recently however, attempts to explore the mechanism by transfecting cells with cloned immunoglobulin genes have met with limited success[4]. It now seems possible that this is because the transfection experiments were done with non-lymphoid cells.

C. Queen, now at NCI, and D. Baltimore reported the effects on transcriptional control of alterations *in vitro* to a complete immunoglobulin $\kappa$ light-chain gene. The basic construct consisted of a plasmid containing an intact $\kappa$ gene with a simian virus 40 (SV40) origin of replication and a polyoma early region containing the promoter. When myeloma cells were transfected with the plasmid, transient $\kappa$-gene expression could be demonstrated (by protection of a 5' probe from digestion with $S_1$ nuclease). However, when the 3' part of the gene, including part of the $J_\kappa$–$C_\kappa$ intron and the whole of the $C_\kappa$ segment, was removed and replaced with a SV40 poly(A) site, the remaining $\kappa$ sequence was no longer expressed in myeloma cells.

The part of the $J_\kappa$–$C_\kappa$ intron that had been removed contains a site that in active $\kappa$ genes is hypersensitive to digestion by DNase[5,6]. Such sites are usually found near the transcriptional initiation site at the 5' end of the gene[7] and within enhancer elements (ref. 8 and J. Jongstra and P. Chambon, CNRS). The site in the $\kappa$ intron coincides with a region conserved between mouse and human genes[9] and has sequence homology to the 72-base pair (bp) SV40 enhancer repeat[10]. Queen and Baltimore suggest that this region, which is deleted in their variant $\kappa$ construct, is indeed acting as an enhancer, although it is not yet known whether it operates regardless of orientation and distance from the promoter, and thus has the defining properties of a true enhancer.

S. Gillies, with S. Tonegawa, presented more direct evidence for the presence of an enhancer in the immunoglobulin heavy-chain gene. They transfected myeloma cells with a functionally rearranged $\gamma$2b heavy-chain gene on a pSV2 gpt-based plasmid, and derived from them cell lines expressing $\gamma$2b protein.

A deletion downstream of the *Eco*R1 site in the $J_H$–$C\gamma$2b intron resulted in only a slight reduction in levels of both RNA and protein; but a deletion that spanned the *Eco*R1 site resulted in complete loss of transcription. In further experiments, the DNA surrounding the *Eco*RI site was isolated on a 1-kilobase (kb) *Xba* fragment and reinserted either at its original position but in the opposite orientation, or 0.8 kb upstream of the promoter in both orientations. With all three constructs protein expression was restored to qualitatively similar levels, as shown by immunofluorescence studies. The enhancer element was moreover found to have sequence homology to the core sequence of known enhancer elements. Thus a sequence with all the properties of a true enhancer is located upstream of the immunoglobulin heavy-chain switch region[11]. This is the position of maximum economy, since the sequence need then be present only once for control of all heavy-chain isotypes.

Although enhancers may operate over considerable distances, there must be limits to the range of the immunoglobulin-gene enhancer elements, because only the V segment that has become rearranged to the site of the C segment is activated. The several hundred other V segments upstream of the rearranged segment remain silent[12]. There is in fact suggestive evidence that enhancers function effectively only over short distances[13]: Picard and Schaffner have shown that an immunoglobulin $\lambda$ gene in non-lymphoid cells can be driven by SV40

*The Cetus-UCLA meeting on 'Gene Expression' was held at Park City, Utah on 28 March–2 April 1983.

0028-0836/83/210231-01$01.00

© 1983 Macmillan Journals Ltd

CONFIDENTIAL

I 07467

NATURE VOL 303 26 MAY 1983

NEWS AND VIEWS

enhancer elements only when there is less than 1 kb of 5'-flanking sequence between the cap site and the SV40 repeats.

Tissue-specificity in the action of immunoglobulin gene enhancers may explain some earlier failures of expression in transfected cells. The complete mouse x-gene construct of Queen and Baltimore is expressed only at low levels in mouse 3T3 fibroblasts. Similarly a different mouse x gene was not expressed at all in mouse L cells under the control of its own promoter[12], and a mouse λ gene was expressed incorrectly in mouse fibroblasts and human or monkey cells[13].

There is considerable interest in knowing whether enhancers are common elements in eukaryotic genomes. Human papovavirus BKV 68-bp repeats that have been shown to enhance the chloramphenicol acetyltransferase (CAT) gene in HeLa cells were accordingly used as a probe to screen a human genomic library (N. Rosenthal and G. Khoury, NCI). A unique clone was isolated which had about 100 20-21-bp repeats in tandem, with a 'core' sequence similar to that of the BKV repeats. This human fragment was found to function as a low-level enhancer in the CAT assay (although it is not known whether it has any activity in vivo). It remains to be determined whether the BKV-related and immunoglobulin enhancers are rare elements in eukaryotic genomes, or represent families of related structures with common core elements but different flanking sequences responsible for tissue-specific gene expression of a large number of proteins.

In the meantime, the immunoglobulin gene enhancer has implications for the activation of cellular myc genes translocated to the immunoglobulin heavy-chain locus. In human tumours with such translocations, the c-myc gene seems to be orientated in the opposite transcriptional direction from the immunoglobulin genes. If c-myc activation were due to the immunoglobulin enhancer, clearly the orientation of the oncogene would not matter.     □

Michael A. Boss is at Celltech Ltd, 244–250 Bath Road, Slough SL1 4DY, Berkshire.

1. Yaniv, M. Nature 297, 17 (1982).
2. Weiher, H., Konig, M. & Gruss, P. Science 219, 626 (1983).
3. See Robertson, M. Nature 301, 474 (1983).
4. See Robertson, M. Nature 301, 114 (1983).
5. Storb, U., Wilson, R., Selsing, E. & Walfield, A. Biochemistry 20, 990 (1981).
6. Parslow, T.G. & Granner, D.K. Nature 299, 449 (1982).
7. Elgin, S.C.R. Cell 27, 413 (1981).
8. Saragosti, S., Cereghini, S. & Yaniv, M. J. molec. Biol. 160, 133 (1982).
9. Hieter, P.A., Max, E.E., Seidman, J.G., Maizel, J.V. & Leder, P. Cell 22, 197 (1980).
10. Max, E.E., Maizel, J.V. & Leder, P. J. biol. Chem. 256, 5116 (1981).
11. Sakano, N., Maki, R., Kurosawa, Y., Roeder, W. & Tonegawa, S. Nature 286, 676 (1980).
12. Mather, E.L. & Perry, R.P. Nucleic Acids Res. 9, 6855 (1981).
13. Picard, L. & Schaffner, W. Proc. natn. Acad. Sci. U.S.A. 80, 417 (1983).
14. Falkner, F.G. & Zachau, H.G. Nature 298, 286 (1982).

0028-0836/83/210282-01$01.00

## Space Shuttle

# Spacecraft that glows in the night

*from Michael J. Rycroft*

THE Space Shuttle has very considerable potential for carrying large instruments into space. Many of the instruments will view the Earth, or the cosmos, in the visible and/or infrared (IR) parts of the electromagnetic spectrum. Since optical observations made above the atmosphere are not subject to absorption or scintillation (twinkling), which always limit the quality of observations made from Earth, it is expected that high-quality results should be obtained from the Space Shuttle. However, a recent discovery that the Space Shuttle itself glows may well limit the quality of observations made from this platform in space.

The stunning colour photograph on the front cover of the February 1983 issue of *Geophysical Research Letters* is a night-time view taken from the aft flight-deck window during the third Space Shuttle mission of March 1982. From an altitude of 240 km, the foreground is illuminated by the filament of an electron emitter which is used to investigate the potential of the Shuttle with respect to the potential of the surrounding ionospheric plasma. In the middle distance there is an orange or pinkish glow just off one side of the orbiter's tail, but not off the other. And in the background is seen a greenish band of airglow emitted from the limb of the Earth at an altitude of about 100 km over the southern polar regions, and many stars.

Not only has this glow been noted from the Space Shuttle, it has also been observed from rockets, NASA's Atmospheric Explorer-C and -E satellites, and in the laboratory. For the fourth Shuttle mission, a simple spectrographical experiment was devised to investigate the glow further, using a conventional camera equipped with an objective transmission grating, again viewing from the aft flight-deck window.

Five consecutive papers in *Geophysical Research Letters*[1-2] are devoted to a discussion of the properties, origin and consequences of the spacecraft glow. The glow radiation is emitted over a continuum, and not in discrete spectral lines, in the visible region of the spectrum, and is strongest at the longer wavelengths, particularly beyond 0.63 μm. It is strongest when the Shuttle is at low altitudes and, for altitudes above 160 km, the brightness decreases exponentially with increasing altitude and with a scale height of 35 ± 2 km; this is appropriate to atomic oxygen at a thermospheric temperature ~ 600K. Thus it has been deduced that the glow arises from an interaction between the spacecraft and the ambient atmosphere. The brightness varies with the size of the spacecraft; for the Shuttle it could be as much as ~ 100 kRayleighs.

The crucial property of the glow radiation is that it is strongest in the ram direction, that is in the direction of the spacecraft's velocity vector. Because the spacecraft is moving at a velocity of 8 km s$^{-1}$, it strikes ambient atmospheric oxygen atoms, providing each of them with an energy of $8 \times 10^{-19}$ J, or 5 eV. Not yet investigated for the Shuttle, but observed for other space vehicles, is a small enhancement of radiation in the wake direction, antiparallel to the velocity vector.

The brightness of the glow is enhanced after the operation of the Shuttle's thrusters, small rocket engines which control the vehicle's orientation. As determined from star occultation, the radiation is emitted in a layer 5–10 cm thick just beyond the spacecraft surface. The interpretation is that after catalysis on the surface of the spacecraft, excited (or metastable) molecules are ejected. The dimensions of the glowing layer are consistent with a radiative lifetime of the emitting molecule of about 5 ms. Thus the emitter could be nitrogen dioxide or, more likely, hydroxyl formed by O ($^3$P)* + H$_2$O (adsorbed)→OH + OH, the radiation being vibration-rotation bands in the Meinel system.

The results give cause for alarm. Any earth-viewing remote-sensing experiment, or any astronomical experiment, operating in the visible or IR aboard the Space Shuttle, may be subject to contamination from the Shuttle's glow. The effect places constraints on the viewing geometry of any low-light-level instrument carried aloft by the Space Shuttle. For example, on Spacelab 1, which is due to be launched on 30 September 1983, one experiment consists of an array of imaging spectrometers. Anticipating the effect, the location of this instrument on the payload was planned so that no part of the Shuttle surface was viewed. Operating from the ultraviolet to well into the IR, to 1.2 μm, this instrument is designed to study weak radiation from several atmospheric species. Although the main research programme will not be conducted when the instrument is viewing in the ram direction, a special study of the glow radiation will be conducted over the full wavelength range. Finally, this contaminating effect is worst at sunspot maximum, when the density of the Earth's upper atmosphere is greatest.     □

Michael J. Rycroft is Head of the Atmospheric Sciences Division of the British Antarctic Survey (NERC), Cambridge CB3 0ET.

1. Torr, M.R. Geophys. Res. Lett. 10, 114 (1983).
2. Banks, P.M. et al. Geophys. Res. Lett. 10, 118 (1983).
3. Mende, S.B. et al. Geophys. Res. Lett. 10, 122 (1983).
4. Yee, J.H. & Abreu, V.J. Geophys. Res. Lett. 10, 126 (1983).
5. Slanger, T.G. Geophys. Res. Lett. 10, 130, (1983).

© 1983 Macmillan Journals Ltd

CONFIDENTIAL

I 07468