# EXHIBIT M

EXHIBIT E
1 of 6

Construction of pSV2 x16 ΔP / ΔFD

Ligations

|  | ΔD (1) | ΔFD (2) |
|---|---|---|
| 5X lig | 4 | 4 |
| 7.8Kb Bgl → X₃ | 2 | 0 |
| 6.5 Kb Bgl → X₂ | 0 | 2 |
| 5 Kb X₄ → Bgl II | 5 | 5 |
| H₂O | 9 | 9 |
| Ligase | 0.5 | 0.5 |

Prep. of 5kb fragment

    Xba digest 25 ul pSV2 X16
    Then Bgl II digest

TH000157

Ex-E 296

Construction of pSV2-γ2b 3'ΔFD($x_1$)
and pSV2-γ2b 3'ΔFD($x_2$)

|  | ① | ② | ③ |
|---|---|---|---|
| 2x Sal I | 20 | 20 | 20 |
| pSVγ2b ΔxFD | 15 | 5 | — |
| "   ΔxD | — | — | 5 |
| BSA | 2 | 2 | 2 |
| DTT | 0.5 | 0.5 | 0.5 |
| H$_2$O |  |  |  |
| Xba I | 1 | 3 | 3 |
| H$_2$O | 2 | 11 | 11 |

↓           ↳⎯⎯⎯⎯⏉⎯⎯⎯⎯↲
30 min              1 hr

↓

+ 5 μl dNTPs (1mM)
1 μl Klenow
18° for 30 min

⎯⎯ run on 0.7% gel ⎯⎯

— linear (partial cut)
— supercoil

— plasmid + C$_{γ2b}$
— γC
— 1.2 kb  ⎤ C$_{γ2b}$
— 0.3 kb  ⎦

x54/Bam digest

Ex-E 396

Change in protocol

- Xba partial digest     25 2×Sal
                                  20 ml AcFD DNA (16 ug)
                                  3 ul BSA
                                  1 ul DTT
                                  1 ul Xba I (200)
- EtOH ppt
- Phosphatase
  - suspend in 100 ul CIP buffer
  - heat to 65° for 10'
  - add 2.5 ul CIP
  - 65° for 20 min
  - phenol-chl.-Iso extract
  - EtOH ppt
  - gel purify 4.5 kb linear - elute suspend in 40 ul
- ligate     see

← nicked
← linears
- plasmid + CV
supercoils

×C (VDJ)

Ex-E 4 of 6

Ligation

|  | ④ | ⑤ | ⑥ | ⑦ |
|---|---|---|---|---|
| pSVE-Nsd | 3 | 3 |  |  |
| xba-linear X₁A₁FD | ● | 0 | 2 | 2 |
| filled AI V_H |  | 4 |  |  |
| xba Fnt |  |  | 0 | 5 |
| H₂O | 12 | 8 | 13 | 8 |
| 5X | 4 | 4 | 4 | 4 |
| ligase | 1 | 1 | 1 | 1 |

14° for 4 hr

TH000160

Ex-E 5 of 6



A series

$\gamma_{2b}$
Transcription = (→)
E + Xba in:    Orientation

pSV$\gamma_{2b}\gamma_{2b}3\Delta x$FD      15      X$_{2/4}$       ←
cut with #3            16      X$_{2/4}$       ←
gives 5.3 + 6.5       17      X$_{2/4}$       →
        /    \         18      X$_1$          →
       /      \        19      X$_{2/4}$       →
     X$_1$   X$_{2/4}$  20      X$_1$          ←
   insertion  insertion

plasmids used for J558L TRANSFECTION

|   |   | Colony # |
|---|---|---|
| 1 | pSV-$\gamma_{2b}$ $\Delta$xFD + F | 17 |
| 2 | pSV-$\gamma_{2b}$ $\Delta$xFD + F(R) | 15 |
| 3 | pSV-$\gamma_{2b}$ $\Delta$xFD + F 5'X$_1$ | 18 |
| 4 | pSV-$\gamma_{2b}$ $\Delta$xFD + F 5'X$_1$ (R) | 20 |
| 5 | pSV $\gamma_{2b}$ $\Delta$xFD |   |

TH000161

Ex-E 696

Fusion/Transfection J558L

pSV2-$\gamma_{2b}$ 3'$\Delta\times$FD
"        "   $\Delta\times$FD derivatives

1. 3'$\Delta\times$FD + F
2. 3'$\Delta\times$FD + F(R)
3. 3'$\Delta\times$FD + F 5'$x_1$
4. 3'$\Delta\times$FD + F 5'$x_1$ (R)
5. 3'$\Delta\times$FD

Fused to J558L  $2\times10^6$ cells/fusion

Plating

$10^4$ cells/well    24 wells    0.1ml/well
$2\times10^3$ cells/well    24 wells

48hr later    0.1 ml    MEM-HX Myco(6) added
              — fed every 3 days

Ex-E 696

TH000162