# EXHIBIT N

# DICTIONARY OF BIOCHEMISTRY AND MOLECULAR BIOLOGY

## Second Edition

**J. STENESH**
*Professor of Chemistry*
*Western Michigan University*


WILEY

A WILEY-INTERSCIENCE PUBLICATION
**JOHN WILEY & SONS**
New York  /  Chichester  /  Brisbane  /  Toronto  /  Singapore



QP512
.S73
1989

Copyright © 1989 by John Wiley & Sons, Inc.

All rights reserved. Published simultaneously in Canada.

Reproduction or translation of any part of this work beyond that permitted by Section 107 or 108 of the 1976 United States Copyright Act without the permission of the copyright owner is unlawful. Requests for permission or further information should be addressed to the Permissions Department, John Wiley & Sons, Inc.

*Library of Congress Cataloging in Publication Data:*

Stenesh, J., 1927–
    Dictionary of biochemistry and molecular biology  /  J. Stenesh. —
  2nd ed.
      p.   cm.
    Rev. ed. of: Dictionary of biochemistry, 1975.
    "A Wiley-Interscience publication."
    Bibliography: p.
    ISBN 0-471-84089-0
    1. Biochemistry—Dictionaries.  2. Molecular biology—
  —Dictionaries.  I. Stenesh, J., 1927–  Dictionary of biochemistry.
  II. Title.
  QP512.S73  1989                                                        88-38561
  574.19′2′0321—dc19                                                CIP

Printed in the United States of America

10 9 8 7 6 5 4 3 2



MASS INST TECH / SCIENCE / DEC 2 3 1991 / LIBRARIES

TION SITE. 2. AMINOACYL SITE. 3. RECEPTOR.

**recoil energy** The energy of an atom after ejecting a subatomic particle; typically, the energy of the cation after the atom has lost a high-energy beta particle.

**recombinant** One of the progeny formed as a result of genetic recombination.

**recombinant DNA technology** The techniques by which genetic recombination is carried out in vitro. It entails the breakage and rejoining of DNA molecules from different organisms and the production and isolation of the modified DNA or fragments thereof. Thus, when a human gene, coding for insulin, is inserted into the DNA of a bacterial plasmid and the latter is cloned to produce many identical copies of the inserted gene, the methodology involved is referred to as recombinant DNA technology. The modified plasmid DNA is called a recombinant DNA molecule. Recombinant DNA technology generally involves the following: (a) using restriction enzymes to produce DNA fragments; (b) joining these DNA fragments (passengers) to other DNA molecules (vectors) by various techniques of ligation (splicing); (c) inserting the resultant recombinant DNA molecules into host cells where they self-replicate to produce multiple copies per cell of the inserted DNA fragments (cloning). *Aka* plasmid engineering; gene cloning; DNA cloning. *See also* cloning; genetic engineering; biotechnology; gene therapy.

**recombinant joint** The region of a heteroduplex that represents the linkage between two recombining DNA molecules.

**recombinant RNA technology** The techniques by which RNA molecules, from the same or from different species, are spliced together.

**recombinase** An enzyme functioning in genetic recombination; the recA protein is an example.

**recombination** The production of progeny that derives some of its genes from one parent and some from another, genetically different, parent; as a result, the combination of genes in the progeny is different from that of either of the parents. In higher organisms, recombination occurs by way of independent assortment or crossing over; in lower organisms, it occurs by way of transformation, conjugation, or transduction. *See also* general recombination; site-specific recombination; illegitimate recombination.

**recombination-deficient mutant** A mutant that is unable to produce recombinants. *Abbr* rec$^-$ mutant.

**recombination frequency** *See* frequency of recombination.

**recombinationless mutant** RECOMBINATION-DEFICIENT MUTANT.

**recombination nodule** A protein-containing assembly, occurring at intervals on the synaptonemal complex, that is believed to play a role in crossing over.

**recombination repair** A postreplicative repair mechanism of DNA that involves an exchange of good for bad segments between two damaged, homologous, duplex molecules; the exchange is known as sister-strand exchange. Recombination repair is a dark (requiring no light) repair mechanism that serves to remove and repair lesions containing tymine dimers.

**recombination value** FREQUENCY OF RECOMBINATION.

**recombinogenic** Promoting recombination.

**recommended dietary allowance** A recommended quantity for the daily intake of calories, a food, or a vitamin that has been established by the Food and Nutrition Board of the National Research Council; recommended for a normal individual engaged in average activity and living in a temperate climate. *Abbr* RDA. *Aka* recommended daily allowance.

**recon** The unit of genetic recombination; the smallest section of a chromosome, which may be as small as a single nucleotide, that is capable of recombination and that cannot be divided by recombination.

**reconstitute** To reassemble a particle from its fragments or to reassemble a system from its fractions, as in the assembly of viruses, ribosomes, and protein-synthesizing systems.

**reconstituted ghost** An erythrocyte ghost that has been loaded with specific substances, and the membrane of which has been allowed to shrink back to its normal size and to return to its normal state of permeability.

**recording spectrophotometer** A spectrophotometer with an attached recorder for graphical representation of the data obtained.

**recovery** YIELD (2).

**recovery heat** The heat produced by a muscle that relaxes after a single contraction.

**recovery time** COINCIDENCE TIME.

**recruitment factor** A factor, believed to be involved in the regulation of mRNA translation in sea urchin eggs. *See also* masked mRNA.

**recycling chromatography** A column chromatographic technique in which resolution is improved by passing the column effluent back onto the same column; fractions may be collected and fresh solvent may be added during this process.

**red cell agglutination** HEMAGGLUTINATION.

**red cell lysis** HEMOLYSIS.

**red drop** The decrease in photosynthetic efficiency (the quantum yield) of chloroplasts that occurs at wavelengths longer than 680 nm.

**red muscle** A dark skeletal muscle that has a