UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS INSTITUTE OF TECHNOLOGY and REPLIGEN CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>IMCLONE SYSTEMS INC.,<br><br>Defendant. | Civil Action No.: 04-10884-RGS |

**DECLARATION OF ROBERT J. SCHEFFEL**

I, Robert J. Scheffel, hereby declare as follows:

1. I am an attorney at Wiley Rein LLP, counsel for Defendant ImClone Systems Inc. I am submitting this declaration to authenticate evidence supporting ImClone's claim construction position.

2. Exhibit A is a true and correct copy of United States Patent No. 4,663,281.

3. Exhibit B is a true and correct copy of the May 16, 1986 Amendment and Remarks made by Edmund Pitcher, the patent attorney prosecuting the application leading to the '281 patent.

4. Exhibit C is a true and correct copy of the December 15, 1986 Notice of Allowance of the '281 patent.

5. Exhibit D is a true and correct copy of the November 22, 1985 Office Action issued by the U.S. Patent & Trademark Office during the prosecution of the '281 patent, rejecting the claims initially presented by Dr. Gillies and Dr. Tonegawa.

6. Exhibit E is a true and correct copy of "A Lymphocyte-Specific Cellular Enhancer Is Located Downstream of the Joining Region in Immunoglobulin Heavy Chain

Genes," authored by Julian Banerji, Laura Olson, and Walter Schaffner and appearing in Volume 33, pages 729-740 of *Cell*, published July 1983.

7. Exhibit F is a true and correct copy of the September 29, 1986 Rule 131 Declaration submitted by Dr. Gillies during the prosecution of the '281 patent.

8. Exhibit G is a true and correct copy of "A Tissue-specific Transcription Enhancer Element Is Located in the Major Intron of a Rearranged Immunoglobulin Heavy Chain Gene," authored by Dr. Gillies, Dr. Tonegawa, Sherie L. Morrison, and Vernon T. Oi and appearing in Volume 33, pages 717-728 of *Cell*, published July 1983.

9. Exhibit H are true and correct copies of excerpts taken from the July 29, 2005 deposition of Dr. Gillies. Exhibit H has been filed under seal, as this deposition was previously designated "restricted confidential."

10. Exhibit I is a true and correct copy of the December 12, 2005 Rebuttal Expert Report of Dr. Kevin Struhl Re: Validity of United States Patent Number 4,663,281. Exhibit I has been filed under seal, as Dr. Struhl's report was previously designated "restricted confidential."

11. Exhibit J is a true and correct copy of the October 14, 2005 Expert Report of Stuart A. Aaronson, M.D (without exhibits). Exhibit J has been filed under seal, as Dr. Aaronson's expert report refers to material that was previously designated "restricted confidential."

12. Exhibit K are true and correct copies of excerpts taken from the April 5, 2006 Deposition of Dr. Struhl. Exhibit K has been filed under seal, as Dr. Struhl's deposition was previously designated "restricted confidential."

13. Exhibit L is a true and correct copy of the "A small segment of polyoma virus DNA enhances the expression of a cloned β-globin gene over a distance of 1400 base pairs,"

authored by Jean de Villiers and Walter Schaffner and appearing in Volume 9, Number 23, pages 6251-6264 of Nucleic Acids Research, dated November 5, 1981.

14.     Exhibit M is a true and correct copy of "Isolation and Characterization of Human DNA Fragments with Nucleotide Sequence Homologies with the Simian Virus 40 Regulatory Region," authored by Susan Conrad and Michael Botchan, appearing on pages 949-965 of the August 1982 edition of *Molecular and Cellular Biology*.

15.     Exhibit N is a true and correct copy of the original patent application filed on March 22, 1984 by Dr. Gillies and Dr. Tonegawa.

16.     Exhibit O is a true and correct copy of the November 14, 1986 Interview Summary Record, memorializing the November 6, 1986 interview between Dr. Gillies, his patent attorney, and the Examiner.

17.     Exhibit P is a true and correct copy of the October 8, 1986 Rule 131 Declaration jointly made by Dr. Gillies and Dr. Tonegawa.

18.     Exhibit Q are true and correct copies of excerpts taken from the August 31, 2005 Deposition of Dr. Tonegawa.  Exhibit Q has been filed under seal, as this deposition was previously designated "restricted confidential."


I declare under penalty of perjury that the foregoing is true and correct.  Executed this 23rd day of July 23, 2007.

                                                            /s/ Robert J. Scheffel_____
                                                            Robert J. Scheffel

**CERTIFICATE OF SERVICE**

I hereby certify that this document, filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of electronic filing and paper copies will be sent to those indicated as non-registered participants.

                                              */s/ Anthony J. Fitzpatrick*
                                              Anthony J. Fitzpatrick