# EXHIBIT C

C:\Documents and Settings\vwc145\Desktop\Cover A.pdf.doc

UNITED STATES DEPARTMENT OF COMMERCE
Patent and Trademark Office
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| SERIAL NUMBER | FILING DATE | FIRST NAMED APPLICANT | ATTORNEY DOCKET NO. |
|---|---|---|---|
| 06/592,231 | 03/22/84 | GILLIES S | DBH-466 |

LAHIVE AND COCKFIELD
60 STATE STREET
BOSTON, MA 02109

| EXAMINER |
|---|
| MAYS, T |

| ART UNIT | PAPER NUMBER |
|---|---|
| 127 | 19/10 |

DATE MAILED: 12/15/86

## NOTICE OF ALLOWABILITY

**PART I.**

1. ☐ This communication is responsive to _____.
2. ☒ All the claims being allowable, PROSECUTION ON THE MERITS IS (OR REMAINS) CLOSED in this application. If not included herewith (or previously mailed), a Notice Of Allowance And Issue Fee Due or other appropriate communication will be sent in due course.
3. ☒ The allowed claims are _1-25_.
4. ☐ The drawings filed on _____ are acceptable.
5. ☐ Acknowledgment is made of the claim for priority under 35 U.S.C. 119. The certified copy has [_] been received, [_] not been received, [_] been filed in parent application Serial No. _____, filed on _____.
6. ☒ Note the attached Examiner's Amendment.
7. ☒ Note the attached Examiner Interview Summary Record, PTOL-413.
8. ☐ Note the attached Examiner's Statement of Reasons for Allowance.
9. ☐ Note the attached NOTICE OF REFERENCES CITED, PTO-892.
10. ☐ Note the attached INFORMATION DISCLOSURE CITATION, PTO-1449.

**PART II.**

A SHORTENED STATUTORY PERIOD FOR RESPONSE to comply with the requirements noted below is set to EXPIRE THREE MONTHS FROM THE "DATE MAILED" indicated on this form. Failure to timely comply will result in the ABANDONMENT of this application. Extensions of time may be obtained under the provisions of 37 CFR 1.136(a).

1. ☐ Note the attached EXAMINER'S AMENDMENT or NOTICE OF INFORMAL APPLICATION, PTO-152, which discloses that the oath or declaration is deficient. A SUBSTITUTE OATH OR DECLARATION IS REQUIRED.
2. ☐ APPLICANT MUST MAKE THE DRAWING CHANGES INDICATED BELOW IN THE MANNER SET FORTH ON THE REVERSE SIDE OF THIS PAPER.
   a. ☐ Drawing informalities are indicated on the NOTICE RE PATENT DRAWINGS, PTO-948, attached hereto or to Paper No. _____. CORRECTION IS REQUIRED.
   b. ☐ The proposed drawing correction filed on _____ has been approved by the examiner. CORRECTION IS REQUIRED.
   c. ☐ Approved drawing corrections are described by the examiner in the attached EXAMINER'S AMENDMENT. CORRECTION IS REQUIRED.
   d. ☒ Formal drawings are now REQUIRED.

---

Any response to this letter should include in the upper right hand corner, the following information from the NOTICE OF ALLOWANCE AND ISSUE FEE DUE: ISSUE BATCH NUMBER, DATE OF THE NOTICE OF ALLOWANCE, AND SERIAL NUMBER.

**Attachments:**
✓ Examiner's Amendment
✓ Examiner Interview Summary Record, PTOL-413
__ Reasons for Allowance
__ Notice of References Cited, PTO-892
__ Information Disclosure Citation, PTO-1449
__ Notice of Informal Application, PTO-152
__ Notice re Patent Drawings, PTO-948
__ Listing of Bonded Draftsmen
__ Other

PTOL-37 (REV. 2-85)   USCOMM-DC 85-3744

Serial No. 592231                    -2-

Art Unit 127

    An Examiner's Amendment to the record appears below. Should the changes and/or additions be unacceptable to applicant, an amendment may be filed as provided by 37 CFR 1.312. To ensure consideration of such an amendment, it MUST be submitted no later than the payment of the Issue Fee.

    Amend claims 1, 10, 18, and 24 on lines 4 and 7; 5 and 9; 8 and 11; and 5 and 8 respectively by inserting --tissue specific-- before "cellular enhancer element". Also, amend claim 1 on line 4 by deleting [an] and inserting therefore -a- before "tissue specific".

    Authorization for this Examiner's Amendment was given in a telephone interview with applicant's representative, Mr. Edmund R. Pitcher on November 21, 1986.

*[signature]*

T.Mays/pww

A/C 703

557-5237

11/26/86

THOMAS G. WISEMAN
SUPERVISORY PATENT EXAMINER
ART UNIT 127