# EXHIBIT G

# Part 1 of 2

C:\Documents and Settings\vwc145\Desktop\Cover A.pdf.doc

Cell, Vol. 33, 717–728, July 1983, Copyright © 1983 by MIT

NOTICE: This material may be protected by copyright law (Title 17 U.S. Code)

0092-8674/83/070717-12 $02.00/0

# A Tissue-specific Transcription Enhancer Element Is Located in the Major Intron of a Rearranged Immunoglobulin Heavy Chain Gene

Stephen D. Gillies, Sherie L. Morrison,*
Vernon T. Oi,† and Susumu Tonegawa
Center for Cancer Research
and Department of Biology
Massachusetts Institute of Technology
Cambridge, Massachusetts 02139
*Department of Microbiology
Columbia College of Physicians and Surgeons
New York, New York 10032
†Department of Genetics and Biochemistry
Stanford University School of Medicine
Stanford, California 94305

## Summary

We have studied the DNA sequences required for high level expression of a cloned heavy chain immunoglobulin gene stably introduced into mouse myeloma cells by DNA transfection. We found that DNA sequences derived from the germ line $J_H$–$C_\mu$ region are required for accurate and efficient transcription from a functionally rearranged $V_H$ promoter. Similar to viral transcriptional enhancer elements, these cellular sequences stimulate transcription from either the homologous $V_H$ gene segment promoter or a heterologous SV40 promoter. They are active when placed on the 5' or 3' side of the rearranged $V_H$ gene segment and they function when their orientation is reversed. However, unlike viral enhancers, the Ig gene enhancer appears to act in a tissue-specific manner, since it is active in mouse B cells but not in mouse fibroblasts. The nucleotide sequence of the Ig enhancer region contains repeating elements that closely resemble sequence elements found in many viral enhancers. We discuss the possible role of tissue-specific transcription in cell differentiation and malignant transformation.

## Introduction

Molecular analyses of immunoglobulin (Ig) genes established that an Ig polypeptide chain is encoded in multiple gene segments scattered along a chromosome of the germ line genome and that these gene segments must be brought together to form a complete Ig gene active in B lymphocytes (For a review see Tonegawa, 1983). This somatic assembly of Ig gene segments is achieved by a series of developmentally-controlled recombination events that occur during the differentiation of B cells.

Two types of recombination occur: V–J or V–D–J joining and switch recombination. The V–J and V–D–J joinings are essential for the formation of the DNA sequence coding for the variable (V) region of the light and heavy chain, respectively, while switch recombination replaces the constant (C) region-coding sequence of the heavy chain of one class (usually $\mu$) with another ($\gamma$, $\epsilon$, $\alpha$, etc.). The exact timing of these recombination events in the course of B cell development has not been determined, but both V–J and V–D–J joining occur before the cell encounters antigens.

One of the most important functions of the V–J and V–D–J joinings is to create complete Ig genes with a diverse set of V region-coding DNA sequences from a limited number of the gene segments carried in the germ line genome (Tonegawa, 1983). Another important function of V–J and V–D–J joining events is in the control of the expression of Ig genes during B cell differentiation. On the basis of the fine structural analysis of Ig genes, it is clear that these joining events are prerequisite for the synthesis of a complete Ig chain: there is no evidence that any unrearranged germ line Ig gene segment can directly participate with its coding capacity in the synthesis of a complete, functional Ig chain (Brack et al., 1978; Bernard et al., 1978; Sakano et al., 1979; Max et al., 1979; Early et al., 1980; Sakano et al., 1980). In fact, it has been shown that in a myeloma cell the RNA transcript of an unrearranged $V_\kappa$ segment is no more than 0.1 copy per gene, a level at least four orders of magnitude lower than that of the transcript from the rearranged, expressed $V_\kappa$ segment present in the same cell (Mather and Perry, 1981).

Both the V–J and V–D–J joining events alter the sequence configurations in the 3' region of the germ line V gene segment, but the 5' flanking region of the V gene segment, where the transcription promoter and other controlling elements reside, is unaffected by the rearrangement (Bernard et al., 1978 and Clarke et al., 1982). Although a few nucleotide differences have been found between the germ line and somatic sequences in the 5' flanking region of V gene segments (Sakano et al., 1980), these base substitutions are by-products of the somatic mutation events whose physiological role is to diversify the V-coding sequences (Bernard et al., 1978; Weigert and Riblet, 1976; Selsing and Storb, 1981). These base changes are not systematic and therefore are thought to have no bearing on the control of Ig gene expression (Clarke et al., 1982).

A possible explanation of how the downstream sequence might confer transcriptional competence to the rearranged V gene segment promoter is through transcriptional enhancement. Although the mechanism of this phenomenon is unknown, specific viral DNA sequence elements have been described (Banerji et al., 1981; de Villiers et al., 1981; Levinson et al., 1982) which enhance viral or recombinant cellular gene transcription. Because such enhancer elements can activate transcription from promoters which are located either upstream or downstream, and more than 1 kb away, it is possible that an analogous element might be located near the C gene segment. The observations that the C gene segments, in contrast to the V gene segments, are transcriptionally active in lymphoid cells in the absence of rearrangement support this hypothesis. In this case, promoter-like sequences upstream of the C gene segments are utilized for transcription but the

transcripts are degraded in the nuclei (Kemp et al., 1980; Van Ness et al., 1982).

The recent technical advances for introducing cloned immunoglobulin genes into lymphoid cells (Oi et al., 1983; Rice et al., 1983) have made it possible to study the structure-function relationship between specific DNA sequences and gene expression in these cells. We describe an enhancer element in the major intron of a rearranged $\gamma_{2b}$ heavy chain gene. This sequence is located between the $J_H$ region and the switch-recombination site utilized in myeloma MOPC 141, i.e., it is derived from sequences upstream of the germ line $C_\mu$ gene segment.

## Results

### High Level Expression of the Heavy Chain Gene Introduced into Myeloma Cells

We previously reported that the functionally rearranged immunoglobulin heavy chain ($\gamma_{2b}$) gene from MOPC 141 tumor cells (Sakano et al., 1980) can be accurately expressed at a low level in transfected mouse L cells (Gillies et al., 1983). For the studies presented here, we subcloned the same $\gamma_{2b}$ gene fragment into plasmid pSV2gpt (Mulligan and Berg, 1980), transfected the mouse myeloma line, J558L, and selected for gpt gene activity by resistance to mycophenolic acid. This J558L line has lost the ability to express the endogenous immunoglobulin heavy chain gene but continues to synthesize a $\lambda$ light chain. Furthermore, J558L has been shown to have a relatively high transformation frequency ($>10^{-4}$) when pSV2gpt vectors containing light chain genes are used for transfection (Oi et al., 1983).

Using a modified protocol for protoplast fusion (see Experimental Procedures), we found that plasmid pSV-$\gamma_{2b}$VC (Figure 1) transforms J558L cells at a frequency of greater than $10^{-3}$. This high frequency made it possible to use pools of independently-derived clones of gpt transformants to compare the expression of plasmids containing defined deletions with that of the parental plasmid pSV-$\gamma_{2b}$VC. The advantage of this method is that the resulting cell lines represent several independent integration events (required for transformation), therefore the level of heavy chain gene expression in a given pool should reflect the average level of the individual clones. Thus the possible effect of the site of integration on the expression of the transfected gene is minimized.

Cell lines obtained by transfection with plasmid pSV-$\gamma_{2b}$VC and selection for gpt expression (growth in the presence of mycophenolic acid) were found to express high levels of $\gamma_{2b}$ heavy chain (Figure 2A, lanes 2-5). These levels of expression of the exogenous $\gamma_{2b}$ genes are estimated to be about 20% of that of the endogenous $\gamma_{2b}$ gene in MOPC 141. Apparently, this heavy chain can form an immunoglobulin molecule with the $\lambda$ light chain of myeloma J558L, because the light chain was immunoprecipitated from cell extracts with antiheavy chain antisera and equimolar amounts of heavy and light chain were secreted into the culture medium (Figure 2A, lane 14).

### A Deletion of Part of the Major Intron Abolishes the High Level Expression of the Heavy Chain Gene

Deletion mutants of the parental plasmid were constructed to test whether the removal of specific noncoding DNA sequences would affect the expression of the $\gamma_{2b}$ gene in J558L cells. Because deletions between the VDJ and $C_\mu$ exons of an Abelson murine leukemia virus-transformed cell line have been correlated with decreased heavy chain production (Alt et al., 1982), we constructed mutant plasmids with deletions in this region. Two such plasmids, pSV-$\gamma_{2b}$3'R$\Delta$1 and pSV-$\gamma_{2b}$3'R$\Delta$2 contain overlapping deletions around the unique Eco RI site of the parental plasmid pSV-$\gamma_{2b}$VC (Figure 1). These three plasmids were introduced into J558L myeloma cells and the expression of the $\gamma_{2b}$ heavy chain gene in stably transformed cells was compared.

Cell lines obtained by transfection with plasmid pSV-$\gamma_{2b}$3'R$\Delta$1 synthesized high levels (no less than half of the wild type level) of $\gamma_{2b}$ heavy chain (Figure 2A, lanes 6-9) and secreted immunoglobulin (Figure 2A, lane 15). In contrast, four cell lines obtained by transfection with plasmid pSV-$\gamma_{2b}$3'R$\Delta$2 synthesized only low levels (about 5% of the wild type level) of heavy chain (Figure 2A, lanes 10-13). The same results were obtained when subclones of



Figure 1. Partial Restriction Map of Plasmid pSV-$\gamma_{2b}$VC

A 9 kb Bgl II fragment was inserted into the Bam HI site (indicated by Bg/Bm) of plasmid pSV2gpt. The Ecogpt gene (wide stripes) is flanked by SV40 sequences (thin stripes) including the origin (ori) of replication and mRNA start site (arrow). The $\gamma_{2b}$ gene (narrow line) contains VDJ and C$\gamma_{2b}$ exons (solid boxes) and a mRNA start site (arrow) about 30 bp upstream of the VDJ coding sequence (Gillies and Tonegawa, 1983). The switch recombination (S) site is also shown. The DNA segments deleted in plasmids pSV-$\gamma_{2b}$3'R$\Delta$1 and pSV-$\gamma_{2b}$3'R$\Delta$2 are shown in linear form above the circular map. The sizes of the deletions, as determined by restriction analysis, are indicated. The exact locations of these deletions are shown in Figure 7.

Immunoglobulin Gene Enhancer
719





Figure 2. Expression of $\gamma_{2b}$ Heavy Chain Protein in Transfected Cells

Transfected cell lines were labeled with $^{35}$S-methionine and cell extracts were analyzed as described in Experimental Procedures. Immunoprecipitated proteins were analyzed by SDS-polyacrylamide gel electrophoresis and fluorography. (A) Four transfected lines (pools of individual clones) were analyzed for each plasmid tested. Lane 1: control J558L cells; lanes 2–5: cells transfected with plasmid pSV-$\gamma_{2b}$VC; lanes 6–9: cells transfected with plasmid pSV-$\gamma_{2b}$3'R$\Delta$1; lanes 10–13: cells transfected with plasmid pSV-$\gamma_{2b}$3'R$\Delta$2. Secreted proteins from cells transfected with plasmid pSV-$\gamma_{2b}$VC (lane 14), plasmid pSV-$\gamma_{2b}$3'R$\Delta$1 (lane 15), and plasmid pSV-$\gamma_{2b}$3'R$\Delta$2 (lane 16) were immunoprecipitated and analyzed on the same gel. (B) Cell lines subcloned from the transfected cell lines were tested for $\gamma_{2b}$ heavy chain protein synthesis as in (A). The plasmids used for transfection are indicated below the autoradiogram. Control (C) cell extract is shown in lane 11. The positions of the $\gamma_{2b}$ heavy chain and $\lambda$ light chain (synthesized in J558L cells but not immunoprecipitated in the absence of $\gamma_{2b}$ heavy chain) are indicated.

each pool were tested for $\gamma_{2b}$ heavy chain expression (Figure 2B), although more variation was observed in the level of expression between individual clones. Nonetheless, these results strongly suggest that DNA sequences deleted in plasmid pSV-$\gamma_{2b}$3'R$\Delta$2, but still present in pSV-$\gamma_{2b}$3'R$\Delta$1, are essential for the high level expression of heavy chain genes in myeloma cells.

Figure 3. Northern Gel Blotting Analysis of Transfected Cell RNA

Total cell RNA (10 μg per lane) was electrophoresed on a denaturing agarose gel, transferred to nitrocellulose, and hybridized to nick-translated C$\gamma_{2b}$ probe. RNA (2.5 μg) from MOPC 141 cells (lane 1) and J558L cells (lane 2) were also analyzed. Two cell lines transfected with plasmid pSV-$\gamma_{2b}$VC (lanes 3 and 4), plasmid pSV-$\gamma_{2b}$3'R$\Delta$1 (lanes 5 and 6), and plasmid pSV-$\gamma_{2b}$3'R$\Delta$2 (lanes 7 and 8) are shown. The positions of the secreted (1.7 kb) and membrane forms (3.4 kb) of $\gamma_{2b}$ mRNA are indicated.

## The Reduced Expression of the $\gamma_{2b}$ Gene Is at the Level of RNA

The steady-state level of $\gamma_{2b}$ mRNA in transfected cell lines was analyzed by Northern gel blotting and hybridization with the C$\gamma_{2b}$ probe. It should be noted that the $\gamma_{2b}$ heavy chain gene used in these studies does not contain the exons coding for the membrane form of $\gamma_{2b}$ (Gillies and Tonegawa, 1983) and thus the only species of mRNA expected in transfected cells is the secreted form (1.7 kb).

As seen in Figure 3, cell lines transfected with plasmid pSV-$\gamma_{2b}$VC (lanes 3 and 4) and plasmid pSV-$\gamma_{2b}$3'R$\Delta$1 (lanes 5 and 6) contain high levels of the secreted form of $\gamma_{2b}$ mRNA. The cell lines transfected with plasmid pSV-$\gamma_{2b}$3'R$\Delta$2 (Figure 3, lanes 7 and 8) contained much lower levels of $\gamma_{2b}$ mRNA of the correct size, in agreement with the decreased level of $\gamma_{2b}$ heavy chain protein (Figure 2). The additional RNA bands seen in lanes 7 and 8 (Figure 3) also contain $\gamma_{2b}$ sequences but appear to be read-through products of the Eco$gpt$ gene. Data presented below support this explanation, as opposed to the idea that the intron deletion has a deleterious effect on RNA splicing and results in low levels of translatable $\gamma_{2b}$ mRNA.

Cell
720

**Plasmid Copy Number in Transfected Cell Lines**

DNA from transfected cells was analyzed by Southern gel blotting to determine the plasmid copy number and its possible effect on the level of $\gamma_{2b}$ mRNA. When a pSV2gpt plasmid DNA probe was used for hybridization, a striking difference in plasmid copy number was found (Figure 4). Two prominent bands, corresponding to the two large Hind III fragments (6.2 kb and 5.0 kb) common to all the plasmids, are detected with this probe (seen best in Figure 4, lanes 6 and 7). Clearly, the DNA sequences deleted in plasmid pSV2-$\gamma_{2b}$3'R$\Delta$2 (those required for the high level expression of $\gamma_{2b}$ mRNA) have a dramatic effect on the number of copies of plasmid required for transformation to the $gpt^+$ phenotype. When these sequences are present, as they are in plasmids pSV-$\gamma_{2b}$VC and pSV-$\gamma_{2b}$3'R$\Delta$1, a low copy number is sufficient for gpt transformation (Figure 4, lanes 2-5). In the absence of these sequences, the copy number is increased at least 20-fold (Figure 4, lanes 6 and 7), presumably to compensate for a comparable decrease in gpt mRNA transcription.

Two conclusions can be made from these results: one, the DNA sequences required for the high level expression of $\gamma_{2b}$ mRNA also increase the level of expression from the heterologous SV40 promoter at least 20 times; two, the level of RNA transcribed from the V gene segment promoter is decreased about 400 times per gene copy in the absence of this DNA sequence. This calculation is based on the observed decrease by a factor of 20 in $\gamma_{2b}$ gene expression as a result of the 3'R$\Delta$2 deletion, and the fact that this decreased level is likely the result of the transcription of at least 20 times as many gene copies.

**DNA Sequences Located in the $\gamma_{2b}$ Gene Intron Enhance Expression in an Orientation-independent and a Position-independent Manner**

The DNA sequences defined as viral enhancer elements have been shown to stimulate the transcription of homologous or heterologous promoters either upstream or downstream, and in either orientation with respect to the direction of transcription (Moreau et al 1981; Wasylyk et al, 1983). In order to test whether the sequences located in the major intron of the $\gamma_{2b}$ gene (and all other heavy chain genes) behave similarly, we constructed a plasmid with most of the intron sequences deleted. We then inserted a 1 kb Xba I fragment ($X_{2/3}$) containing those intron sequences with potential enhancer activity into either of two sites in either of the two orientations. The first corresponds to the original position of this fragment in the parental plasmid (as part of the VDJ-C$\gamma_{2b}$ intron) and the second is approximately 1.4 kb upstream (on the 5' side of the V gene segment). Four plasmids were obtained which contained the $X_{2/3}$ fragment in the normal or reversed orientation, either upstream or downstream of the mRNA start site (see Figure 5A).

Cell lines obtained by transfection with the plasmids just described were analyzed for the expression of $\gamma_{2b}$ heavy chain. As seen in Figure 5B, cells transfected with plasmid pSV-$\gamma_{2b}\Delta X_{2/4}$ (with most of the intron deleted) did not



Figure 4. Southern Gel Blotting Analysis of Plasmid DNA Sequences in Transfected Cell Lines

High molecular weight DNA (10 μg per lane) from J558L cells (lane 1), or cell lines transfected with plasmid pSV-$\gamma_{2b}$VC (lanes 2 and 3), plasmid pSV-$\gamma_{2b}$3'R$\Delta$1 (lanes 4 and 5), or plasmid pSV-$\gamma_{2b}$3'R$\Delta$2 (lanes 6 and 7) was digested with Hind III, electrophoresed on a 0.8% agarose gel, transferred to nitrocellulose, and hybridized to nick-translated pSV2gpt DNA. The positions of the two Hind III fragments (6.2 kb and 5.0 kb), common to all the transfected plasmid DNAs (both of which hybridize to the pSV2gpt probe), are indicated.

synthesize significant levels of $\gamma_{2b}$ protein (lanes 3 and 4). The insertion of the $X_{2/3}$ fragment into the intron site (the normal position of this fragment) restored the expression of $\gamma_{2b}$ protein in both the normal (Figure 5B, lanes 5 and 6) or reversed (Figure 5B, lanes 7 and 8) orientations. Similarly, insertion of the same fragment upstream of the V gene segment (on the 5' side of the transcriptional promoter) in either the normal (Figure 5B, lanes 9 and 10) or the reversed (Figure 5B, lanes 11 and 12) orientation also restored the expression of $\gamma_{2b}$ protein to normal levels.

These results clearly demonstrate that the intron sequences deleted in the 3'R$\Delta$2 mutant plasmid have a direct effect on transcription in a manner that is analogous to the viral enhancers. They also show that the enhancer function does not require the expression of these sequences in the $\gamma_{2b}$ gene primary transcript, because movement of the $X_{2/3}$ fragment outside of the transcription unit (i.e., the Xba I$_1$ site) had no effect on its ability to function.

**Tissue Specificity of the Immunoglobulin Enhancer Element**

The rearranged $\gamma_{2b}$ gene used in these studies is also accurately transcribed in mouse fibroblasts (Ltk$^-$ cells)



Figure 5. Enhancement of $\gamma_{2b}$ Gene Expression by a 1 kb Intron Fragment

(A) Restriction map of plasmid pSV-$\gamma_{2b}\Delta X_{2/4}$. This plasmid was constructed from plasmid pSV-$\gamma_{2b}$VC (shown in Figure 1) by removing two Xba I fragments from the $\gamma_{2b}$ gene intron (from the $X_2$ to the $X_4$ sites in Figure 1). Derivatives of plasmid pSV-$\gamma_{2b}\Delta X_{2/4}$, labeled A through D, contain inserts of the 1 kb $X_{2/3}$ fragment in the sites indicated and the orientation (relative to transcription) is shown with an arrow. (B) Expression of $\gamma_{2b}$ heavy chain in cells transfected with the plasmids shown in (A). Analysis was carried out as described in Figure 2. Cell lines tested were J558L (lane 1), and those transfected with plasmid pSV-$\gamma_{2b}$VC (lane 2), plasmid pSV2-$\gamma_{2b}\Delta X_{2/4}$ (lanes 3 and 4), plasmid pSV-$\gamma_{2b}\Delta X_{2/4}$A (lanes 5 and 6), plasmid pSV-$\gamma_{2b}\Delta X_{2/4}$B (lanes 7 and 8), plasmid pSV-$\gamma_{2b}\Delta X_{2/4}$C (lanes 9 and 10), and plasmid pSV-$\gamma_{2b}\Delta X_{2/4}$D (lanes 11 and 12).

cotransfected with the herpes virus tk gene and plasmid ppL$\gamma_{2b}$VC (Gillies and Tonegawa, 1983). The level of $\gamma_{2b}$ gene expression in these cells was found to be proportional to the number of transfected genes, but is at least two orders of magnitude less per gene copy than in myeloma cells. Thus it is likely that the enhancer element, described above, does not function in nonlymphoid cells.

In order to compare the levels of $\gamma_{2b}$ gene expression in fibroblasts, with and without the immunoglobulin enhancer, we first made a deletion mutant, ppL$\gamma_{2b}\Delta X_{2/3}$, lacking these sequences (Figure 6A). We then modified the plasmids so that a high copy number of $\gamma_{2b}$ genes would be integrated into the transfected L cells and increase the expression of the $\gamma_{2b}$ gene to an easily detectable level. This was done by inserting a truncated tk gene (a 2.3 kb Eco RI fragment containing only limited 5′ upstream sequences) into both the wild type and mutant plasmids. Transformation to the $tk^+$ phenotype with this fragment requires the transfer of multiple plasmid copies into cells, thus another gene on the same plasmid would also be present at a high copy number in $tk^+$ transformants (our unpublished results).

Plasmids ppL$\gamma_{2b}$-TK and ppL$\gamma_{2b}\Delta X_{2/3}$-TK were introduced into mouse Ltk$^-$ cells and the $tk^+$ transformants (approximately 50 individual clones) were pooled, grown in mass culture, and tested for the presence of $\gamma_{2b}$ DNA sequences. As seen in Figure 6B, each transfected cell line contained comparable numbers of tandem, head-to-tail oligomers of either plasmid. Control experiments (not shown) indicate that individually cloned cell lines also contain the same number (about 15 copies per cell) of transfected plasmid DNA. Apparently the copy number is determined by the level of expression of the tk gene which,

in this case, has been reduced considerably by the deletion of the upstream sequences. To compensate for the low level of expression, multiple copies of the tk gene are required for tk transformation. This, then, is analogous to the results with pSV2gpt vectors described above.

We compared the expression of the normal and mutant $\gamma_{2b}$ heavy chain genes in these cell lines by Northern gel blotting analysis of total cell RNA. As seen in Figure 6C, the steady-state level of $\gamma_{2b}$ mRNA is not affected by the deletion of the immunoglobulin enhancer. We concluded that the low level expression of the heavy chain gene in L cells is a result of the fact that this enhancer element is functional only in lymphoid cells.

Additional experiments have been carried out to test the tissue specificity of the immunoglobulin enhancer. We constructed a derivative (pSER) of plasmid pSV2gpt lacking most of the SV40 72 bp repeat sequence (see Experimental Procedures). When this plasmid is used to transfect either mouse L cells or J558L myeloma cells, the transformation frequency (relative to that of plasmid pSV2gpt) is lowered by more than a factor of 20 (from $2 \times 10^{-3}$ to $10^{-4}$ in L cells and from $3 \times 10^{-4}$ to $10^{-5}$ in J558L myeloma cells—Table 1). When the 1 kb $X_{2/3}$ fragment containing the immunoglobulin enhancer is inserted into the Eco RI site of plasmid pSER, the transformation frequency is restored to the level of plasmid pSV2gpt, but only in myeloma cells. There is no effect on the transformation frequency of plasmid pSER in L cells (Table 1). Thus the enhancing effect on the heterologous SV40 promoter (which controls the Ecogpt gene) is also tissue-specific.

Using this same transformation assay we tested smaller restriction fragments for enhancer activity. A 140 bp Pvu II–Dde I fragment (see Figure 1), containing some of the



Figure 6. Expression of $\gamma_{2b}$ mRNA in Mouse L Cells Transfected with Plasmids ppL-$\gamma_{2b}$-tk and ppL-$\gamma_{2b}\Delta X_{2/3}$-tk
(A) Restriction map of the plasmids used for transfection. Plasmid ppL-$\gamma_{2b}$-tk was constructed by inserting a 2.3 kb fragment of the herpes virus tk gene into the unique Sal I site of plasmid ppL-$\gamma_{2b}$VC (Gillies and Tonegawa, 1983). The direction of transcription of the tk gene (arrow) is opposite that of the $\gamma_{2b}$ gene. The sequences deleted in plasmid ppL-$\gamma_{2b}\Delta X_{2/3}$-tk are indicated. (B) Southern gel blotting analysis of DNA from L $tk^-$ cells (lane 1), and cells transfected with plasmid ppL-$\gamma_{2b}$-tk (lane 2), or plasmid ppL-$\gamma_{2b}\Delta X_{2/3}$-tk (lane 3). DNA was digested with Hind III and hybridized to nick-translated $\gamma_{2b}$ DNA (the 9 kb Bgl II fragment used for plasmid construction). (C) Northern gel blotting analysis of total cell RNA from MOPC 141 myeloma cells (lane 1), and cells transfected with plasmid ppL-$\gamma_{2b}$-tk (lane 2), or plasmid ppL-$\gamma_{2b}\Delta X_{2/3}$-tk (lane 3). Nick-translated C$\gamma_{2b}$ probe (Gillies and Tonegawa, 1983) was used for hybridization.

sequences deleted in plasmid pSV-$\gamma_{2b}$3'R$\Delta$2, was found to increase the transformation frequency of plasmid pSER by 20-fold in J558L cells but not in mouse L cells (Table 1). Thus we have localized the immunoglobulin enhancer sequence to this portion of the $X_{2/3}$ fragment.

### DNA Sequences in the Heavy Chain Gene Intron Resemble Viral Enhancers

Weiher et al. (1983) have suggested that the sequence 5' GTGG$^{AAA}_{TTT}$G3' (where $^A_T$ means either A or T appears at that position) represents a crucial core element common to all of the known viral enhancers. Sequence analysis of the $X_{2/3}$ fragment (the 1 kb fragment shown to have enhancer activity—Figure 5) shows that such a sequence is located in the region that is deleted in plasmid pSV-$\gamma_{2b}$3'R$\Delta$2 (but not in the 3'R$\Delta$1 mutant) and is present in the 140 bp Pvu II–Dde I fragment. In fact, the sequence 5'GTGGTTT(T)GAA-3' is present as a closely spaced repeat (Figure 7), oriented in the direction of transcription. The first eight nucleotides of this sequence are also found upstream of the tandem repeat, but oriented in the opposite direction.

Figure 8 shows a comparison of several viral sequences shown to have enhancer activity and the repeat sequences

Table 1. Transformation Frequency of pSV2gpt and Derivative Plasmids in J558L Myeloma Cells and L Cells

| Plasmid | Cell Type | |
|---|---|---|
| | J558L | L Cell |
| pSV2gpt | $3 \times 10^{-4}$ | $2 \times 10^{-3}$ |
| pSER | $8 \times 10^{-6}$ | $1 \times 10^{-4}$ |
| pSER-$X_{2/3}$ | $4 \times 10^{-4}$ | $1 \times 10^{-4}$ |
| pSER-$X_{2/3}$(140) | $2 \times 10^{-4}$ | $9 \times 10^{-5}$ |

Cells were transfected by protoplast fusion and plated at $10^4$ cells per well and $2 \times 10^3$ cells per well (J558L) or at $10^4$ and $10^5$ cells per 100 mm dish (L cells). Selective medium containing mycophenolic acid (6 $\mu$g/ml for J558L or 25 $\mu$g/ml for L cells) was added at 48 hr and colonies were counted at 10 days (J558L) or at 14 days (L cells). Derivatives of plasmid pSER were constructed by inserting (blunt-end ligating) either the 1 kb $X_{2/3}$ fragment or a 140 bp Pvu II–Dde I [$X_{2/3}$(140)] fragment (see Figure 1) into the Eco RI site.

in the $\gamma_{2b}$ gene intron. Sequences contained in the Moloney sarcoma virus (MSV) 73 bp repeat sequence appear to be most similar to the immunoglobulin sequence, especially on the 5' side of the first "core" repeat. The "core" sequence of polyoma virus was most similar to the second "core" repeat, as both contain an additional T residue.

Also shown are two sequences, present in the immu-