# EXHIBIT M

# Part 1 of 3

C:\Documents and Settings\vwc145\Desktop\Cover A.pdf.doc

Molecular and Cellular Biology, Aug. 1982, p. 949–965
0270-7306/82/080949-17$02.00/0

Vol. 2, No. 8

NOTICE: This material may be protected by copyright law (Title 17 U.S. Code)

# Isolation and Characterization of Human DNA Fragments with Nucleotide Sequence Homologies with the Simian Virus 40 Regulatory Region

SUSAN E. CONRAD* AND MICHAEL R. BOTCHAN

*Department of Molecular Biology, University of California, Berkeley, California 94720*

Received 8 March 1982/Accepted 27 April 1982

A recombinant library of human DNA sequences was screened with a segment of simian virus 40 (SV40) DNA that spans the viral origin of replication. One hundred and fifty phage were isolated that hybridized to this probe. Restriction enzyme and hybridization analyses indicated that these sequences were partially homologous to one another. Direct DNA sequencing of two such SV40-hybridizing segments indicated that this was not a highly conserved family of sequences, but rather a set of DNA fragments that contained repetitive regions of high guanine plus cytosine content. These sequences were not members of the previously described *Alu* family of repeats and hybridized to SV40 DNA more strongly than do *Alu* family members. Computer analyses showed that the human DNA segments contained multiple homologies with sequences throughout the SV40 origin region, although sequences on the late side of the viral origin contained the strongest cross-hybridizing sequences. Because of the number and complexity of the matches detected, we could not determine unambiguously which of the many possible heteroduplexes between these DNAs was thermodynamically most favored. No hybridization of these human DNA sequences to any other segment of the SV40 genome was detected. In contrast, the human DNA segments isolated cross-hybridized with many sequences within the human genome. We tested for the presence of several functional domains on two of these human DNA fragments. One SV40-hybridizing fragment, SVCR29, contained a sequence which enhanced the efficiency of thymidine kinase transformation in human cells by approximately 20-fold. This effect was seen in an orientation-independent manner when the sequence was present at the 3' end of the chicken thymidine kinase gene. We propose that this segment of DNA contains a sequence analogous to the 72-base-pair repeats of SV40. The existence of such an "activator" element in cellular DNA raises the possibility that families of these sequences may exist in the mammalian genome.

The segment of the simian virus 40 (SV40) genome surrounding the origin of DNA replication is a complex regulatory region. It contains several characteristic features, including three tandem T antigen binding sites, two precise and one imprecise copy of a guanine plus cytosine (G + C)-rich 21-base-pair (bp) repeat, and two copies of a 72-bp repeat (Fig. 1). The specific sequences within this region that are required for various viral functions have been analyzed extensively both in vivo and in vitro. Briefly, most of the T antigen binding sites I and II are required for efficient DNA replication (6, 24, 28). The promoter for early gene transcription seems to lie largely within the third T antigen binding site and the two 21-bp repeats (14, 16, 27, 32). In addition, it has recently been shown that at least one intact copy of a 72-bp repeat is required in vivo (2, 10, 13) but not in vitro (14, 16, 27) for efficient early gene expression. The fact that this sequence can function at a position on the genome other than 5' to the gene indicates that it is not part of the promoter as it is conventionally defined (26; M. Lusky and M. Botchan, unpublished data; M. Fromm and P. Berg, unpublished data).

Upon infection of either permissive or nonpermissive cells with SV40, several changes occur in cell metabolism. These include a stimulation of cell DNA synthesis and an increase in the levels of several intracellular enzymes, such as thymidine kinase (TK) (20, 37). Some evidence suggests that these changes are the direct result of the action of the viral early region. Since T antigen recognizes specific DNA sequences surrounding the SV40 origin of replication (termed the SV40 control region), we reasoned that the protein might induce changes in cell DNA syn-



FIG. 1. Nucleotide sequence of SV40 control region. The sequence shown is that described by Fiers et al. (8). The three T antigen binding sites surround the *BglI* site that defines the viral origin of replication. Also indicated are two perfect and one imperfect 21-bp repeats and the two 72-bp repeats. The *EcoRII* site at nucleotide position +160 defines the right-hand end of the SV40 fragment in the probe pSV03. The *EcoRII* site defining the left-hand end of the *EcoRII*-G fragment is at position −148 on this map.

thesis and gene expression by interacting with specific cellular DNA sequences that have homology to the SV40 control region. In addition, since SV40 and other papovaviruses use primarily the cell's machinery for replication and transcription, and since it is possible that identical enzymes are used for these processes with both the viral and cellular DNA, it was reasonable to propose that the control regions of the viruses would be homologous to cellular sequences with similar functions.

Advances in the sensitivity of screening techniques have now made it possible to look for segments of chromosomal DNA that contain small regions of homology with viral genomes. We therefore screened a library of human DNA sequences with a 311-bp restriction fragment that contains the SV40 control region. One hundred and fifty positive phage were isolated from a screening of approximately $10^6$ recombinants. Two of these were characterized extensively by restriction mapping and DNA sequencing techniques. In addition, we assayed directly for the presence of several functional entities on these sequences and found an "enhancer" activity,

similar to that seen with the SV40 72-bp repeats, on one human DNA fragment.

## MATERIALS AND METHODS

**Screening of λ-human DNA library.** The human library used in these experiments was the *EcoRI* partial library described by Fritsch et al. (9). In the initial screen, approximately $5 \times 10^4$ phage were plated per 150-mm petri dish on the bacterial strain DP50 *supF*. Top agar contained 0.6% Seakem (medium electroendosmosis) agarose for these experiments. After 12 h of incubation, the plates were refrigerated for several hours. Duplicate filters were then taken from each plate and processed by the method of Benton and Davis (3).

The simian library screened was a gift of Sandy Martin, Department of Biochemistry, University of California at Berkeley. It was constructed by partially digesting rhesus monkey (*Maccaca mulatta*) DNA isolated from placental tissue with *EcoRI* and inserting these fragments into the λ vector charon 4A.

**Agarose gel electrophoresis and Southern blotting.** DNAs to be fractionated on gels were digested in the buffers suggested by the supplier. Samples were run on horizontal agarose gels (0.8 to 1.4%) for various lengths of time in 1× E buffer (40 mM Tris (pH 7.8), 4

mM sodi
denature
(34), and
paper in
M sodiur
2 to 4 h
ized for
Denhard
pyrrolide
6× SSC
sodium
The prot
specific
filters w
and 0.5%
followed
were ex
Purific
fragmen
were iso
agarose
the appr
The gel
electrop
horizont
was pas
was rem
with phe
was add
2.5 volu
Small
pended
mixed
bacteria
phage w
and the
carried
lysis oc
SDS mi
were ad
min at 6
was add
0°C. Th
rpm in t
was pre
pellet v
ammon
ethanol
and thi
restrict
DNA
labeled
ends. 1
kinase.
3′ ends
with D
tary str
labeled
$^{32}$P-lab
and wi
DNA f
This w
unlabel
unlabel
in 50 n
threitol
Sequer

mM sodium acetate, 0.4 mM EDTA). The gels were denatured and neutralized by the method of Southern (34), and the DNAs were transferred to nitrocellulose paper in 10× SSC (1× SSC is 0.15 M NaCl and 0.015 M sodium citrate). Filters were air dried and baked for 2 to 4 h in vacuo at 80°C. They were then prehybridized for 2 to 4 h in 10× Denhardt solution (1× Denhardt solution is 0.02% Ficoll, 0.02% polyvinyl pyrrolidone-40, and 0.02% bovine serum albumin) and 6× SSC and hybridized in the same buffer plus 0.5% sodium dodecyl sulfate (SDS) at 68°C for 18 to 24 h. The probes used were labeled by nick translation to a specific activity of $1 \times 10^8$ to $2 \times 10^8$ cpm/μg. The filters were then washed with 2 to 3 changes of 2× SSC and 0.5% SDS at 68°C. In some experiments this was followed by a wash with 0.2× SSC at 68°C. Filters were exposed at −70°C on intensifying screens.

**Purification of restriction fragments.** Restriction fragments needed for subcloning or for specific probes were isolated as follows. Digested DNA was run on an agarose gel and stained with ethidium bromide, and the appropriate fragment was cut out under UV light. The gel slice was put in a dialysis bag filled with electrophoresis buffer, and the bag was placed in a horizontal gel box filled with buffer. Current (~50 mA) was passed through the slice for 1 to 2 h. The buffer was removed from the dialysis bag and extracted twice with phenol and once with ether. After sodium acetate was added to 0.2 M, the DNA was precipitated with 2.5 volumes of ethanol.

**Small-scale (mini) phage DNA preparations.** A resuspended plaque (4 μl; ~$10^6$ to $10^7$ phage per ml) was mixed with 20 μl of an overnight culture of the bacterial strain DP50 supF and 100 μl of medium. The phage were allowed to adsorb for 15 to 30 min at 37°C and then diluted with 2 ml of broth. Incubation was carried out with shaking at 37°C overnight. After cell lysis occurred, one drop of CHCl$_3$ and then 0.4 ml of SDS mix (0.25 M EDTA, 0.5 M Tris (pH 9), 2.5% SDS) were added per tube. This mix was incubated for 30 min at 68°C. A 0.4-ml amount of 8 M potassium acetate was added, and the sample was incubated for 15 min at 0°C. The precipitate was spun out for 15 min at 10,000 rpm in the Sorvall SS34 rotor. The supernatant (500 μl) was precipitated with 1 ml of ethanol. The resulting pellet was suspended completely in 200 μl of 2 M ammonium acetate and then precipitated with 400 μl of ethanol. The second pellet was suspended in buffer, and this DNA could be digested with most of the restriction enzymes.

**DNA sequencing.** Restriction fragments to be end labeled and sequenced contained 5' single-stranded ends. The 5' ends were labeled with polynucleotide kinase by the method of Maxam and Gilbert (21). The 3' ends of molecules were labeled by being repaired with DNA polymerase to sequence the complementary strand. In the latter procedure, the DNA to be labeled was incubated with 2.5 μl of each of the four α-$^{32}$P-labeled dXTPs (2,000 to 3,000 Ci/mmol, 1 mCi/ml) and with the Klenow fragment of *Escherichia coli* DNA polymerase I at room temperature for 15 min. This was followed by a 15-min chase with excess unlabeled dXTPs (1 μl of a 2.5 mM solution of each unlabeled triphosphate). The reaction was carried out in 50 mM Tris (pH 7.5)–10 mM MgSO$_4$–1 mM dithiothreitol and 50 μg of bovine serum albumin per ml. Sequencing reactions on end-labeled DNAs were done by the procedure of Maxam and Gilbert (21). Products were run on 5, 8, or 20% urea-acrylamide gels.

The sequencing strategies employed were as follows. The 320-bp SV40-hybridizing DdeI-HinfI fragment of pSVCR29 (see Fig. 4A) was sequenced on both strands from both the HinfI and DdeI sites. The SV40-hybridizing region of SVCR7 was sequenced in both directions from the TaqI site at nucleotide 33 (see Fig. 7B), the HinfI site at nucleotide 112, and the BamHI site at nucleotide 255. Sequencing was also performed from a HinfI site at approximately nucleotide 505 towards the BamHI site at nucleotide 255.

**DNA transfections.** DNA transfections were done by the procedure of Wigler et al. (39), with the following modifications. DNA-calcium phosphate coprecipitates were formed with 10 μg of mouse LTK$^-$ DNA per ml used as carrier. When 10 μg of plasmid DNA per ml was used, the carrier concentration was lowered so that the quality of the precipitate was similar to that obtained with lower amounts of plasmid DNA. Precipitate (1 ml) was added to the cells in a 100-mm petri dish containing 10 ml of medium, and the dish was left overnight (~16 h) at 37°C. This medium was then removed and replaced with fresh medium. After 24 h the cells were put into selective medium (HAT medium: 15 μg of hypoxanthine, 5 μg of thymidine, and 10 μg of aminopterin per ml). The medium was changed every 3 days for 2 weeks, at which time the TK$^+$ colonies were stained and counted.

## RESULTS

**Isolation of sequences homologous to the control region of SV40.** A recombinant library composed of a partial EcoRI digest of human DNA sequences joined to bacteriophage λ DNA was screened with a radioactive probe by the plaque hybridization technique of Benton and Davis (3). Hybridization was performed under standard aqueous conditions (2× SSC, 68°C wash; see above). The specific probe used, pSV03, is a plasmid that contains three tandem copies of the 311-bp SV40 EcoRII-G fragment which spans the viral origin of replication (19; R. Myers, Ph.D. thesis, University of California, Berkeley, 1982) and contains the T antigen binding sites, the two 21-bp repeats, and all but 17 bp of a single 72-bp repeat (Fig. 1). Autoradiograms of duplicate filters (each filter contained approximately $5 \times 10^4$ plaques) from this original screen are shown in Fig. 2A. The background on these filters is very low, and virtually every spot is present on both filters, indicating that the spots are due to true hybridization. We estimate that there were approximately 1,000 positive plaques among the $10^6$ plaques that were screened. Since $10^6$ plaques represents approximately five genome equivalents of recombinants, these results indicate that there are several hundred (1,000/5 ≈ 200) of these sequences per genome. The strongest positive plaques were picked and rescreened at lower density until a single isolated positive plaque could be picked. In total, 150 hybridizing plaques were isolated.

952 CONRAD AND BOTCHAN							MOL. CELL. BIOL.



FIG. 2. Screening of human and monkey recombinant libraries for sequences homologous to the SV40 control region. Filters were probed with pSV03 labeled by nick translation to a specific activity of $1 \times 10^8$ to $2 \times 10^8$ cpm/μg. (A) Duplicate filters from one plate of the human library. Approximately $5 \times 10^4$ phage were plated on a 150-mm dish. Transfer and hybridization were done as described in the text, and exposure was done for 4 days at −70°C. Virtually every positive plaque is seen on both filters. (B) Equal numbers of phage ($5 \times 10^4$) were plated from the human (left) and simian (right) libraries. Filters were hybridized with pSV03 probe. Approximately equal numbers of positive plaques were seen in both libraries.

During the course of this work, McCutchan and Singer (23) reported the presence of sequences in the simian genome that are homologous to the SV40 control region. In their studies, however, they detected only six such plaques of hybridizing phage in a screen of $2.5 \times 10^5$ recombinants. This result was surprising to us, since we had previously identified several hundred SV40-hybridizing segments in the human genome and assumed that an equivalent number would exist in the simian genome. We therefore compared the number of pSV03-hybridizing phage in the simian and human recombinant libraries. The number of positive plaques was essentially identical when the two libraries were screened in parallel (Fig. 2B). It is important to note that the hybridization and wash conditions were essentially identical in these two studies. McCutchan and Singer washed their filters at 51°C in 0.2× SSC, which is equivalent to 69°C in

VOL. 2, 1

2× SSC
duplex (
and thos
addresse
 Subclo
ing regio
made fi
phage. T
with Ec
bridized
Southerr
14), eac
EcoRI fr
about 1:
DNA (F
λ 7 and :
region fr
to be p
stronges
(Fig. 3A
was cho
that sho
tion to t
 Diges
kb fragn
to pSV0
subclor
pSVCR:
cross-hy
more ex
ern blot
hybridiz
striction
digested
5A, lanε



FIG.
were ma
EcoRI,
hybridiz
(C) the :
left to ri
panel cc

2× SSC for the thermal stability of a DNA duplex (7). The differences between our results and those of McCutchan and Singer are further addressed below.

**Subcloning and mapping of two SV40-hybridizing regions.** Small-scale DNA preparations were made from 36 independent plaque-purified phage. The DNA from each phage was digested with EcoRI and the fragment(s) that cross-hybridized to the SV40 probe was detected by Southern blot analysis. Three phage (λ 6, 7, and 14), each of which contains several inserted EcoRI fragments, shared a common fragment of about 13 kilobases (kb) that hybridized to SV40 DNA (Fig. 3A). The SV40-hybridizing regions of λ 7 and 29 were chosen for further analysis. The region from λ 7 was chosen because it appeared to be present in several phage and had the strongest homology detected to the pSV03 probe (Fig. 3A). The cross-hybridizing region of λ 29 was chosen as being representative of sequences that showed the average amount of hybridization to the pSV03 probe.

Digestion of λ 29 with HindIII gave rise to a 7-kb fragment that contained all of the homology to pSV03. This HindIII fragment (Fig. 4A) was subcloned into pBR322 and designated pSVCR29 (SV40 cross-reacting). To localize the cross-hybridizing segment within this insert more exactly, we subjected it to further Southern blot analysis (Fig. 4A and 5). The SV40-hybridizing region was present on a single restriction fragment when pSVCR29 DNA was digested with either BamHI, PstI, or HinfI (Fig. 5A, lanes 1, 2, 4 and 1', 2', 4'). These results localized the cross-hybridization to a 700-bp fragment flanked by BamHI and HinfI (Fig. 4A), and the HinfI plus PstI and the BamHI plus PstI double digests confirmed this localization (Fig. 5A, 3 and 3' and 6 and 6'). To map the hybridization more precisely, we isolated the hybridizing HinfI fragment, digested it with either DdeI or SmaI, fractionated it on a 5% acrylamide gel, and blotted it. The results (Fig. 5B) localized the hybridization to the 430-bp SmaI-HinfI fragment (lanes 2 and 2') and the 320-bp DdeI-HinfI fragment (lanes 1 and 1').

The cross-hybridizing segment in λ 7 was localized in a similar manner. Digestion of λ 7 DNA with EcoRI plus HindIII produced a 5.5-kb fragment that contained the SV40 cross-hybridization. This fragment (Fig. 4B) was subcloned into pGL102, giving rise to pSVCR7. Digestion of pSVCR7 with TaqI followed by hybridization with SV40 DNA showed that the SV40 homology was limited to a 550-bp TaqI fragment. Digestion with BamHI cut the hybridizing TaqI fragment into two segments. The majority of the hybridization to SV40 was to the right side of the BamHI site shown in Fig. 4B, although a small amount of hybridization was seen to the left side. Hybridization was exclusively to the right of the PstI site shown in Fig. 4B (data not shown).

We localized the region on the SV40 genome that hybridizes to several human cross-hybridizing sequences. λ Phage 7, 12, and 29 DNAs were labeled by nick translation and hybridized to Southern blots of restriction digests of SV40 DNA. The results were identical with all of the



FIG. 3. Hybridization of various probes to random SV40-hybridizing λ clones. Mini phage DNA preparations were made from 20 random SV40-hybridizing phage as described in the text. These DNAs were digested with EcoRI, electrophoresed on three parallel agarose gels, and blotted independently. The three filters were hybridized to the following probes: (A) pSV03, (B) the 550-bp SV40-hybridizing TaqI fragment of pSVCR7, and (C) the 700-bp SV40-hybridizing BamHI-HinfI fragment from pSVCR29. The phage DNAs are as follows (from left to right): 1, 3, 5, 6, 7, 8, 9, 10, 12, 14, 16, 17, 18, 19, 20, 21, 23, 25, 26, 29, 29. The far right-hand lane in each panel contained 0.1 µg of SV40 DNA.