# EXHIBIT M

# Part 2 of 3

C:\Documents and Settings\vwc145\Desktop\Cover A.pdf.doc





A

B

FIG. 4. Restriction maps of the human DNA inserts in pSVCR29 and pSVCR7. Restriction maps were constructed by single and multiple restriction endonuclease digests of the appropriate plasmids. The SV40-hybridizing fragments, identified by hybridization to SV40 probe, are indicated by solid bars beneath the restriction maps. (A) Restriction map of the 7-kb insert in pSVCR29. (B) Restriction map of the 5.5-kb insert in pSVCR7.

probes. When SV40 DNA was digested with *Eco*RII, hybridization was seen exclusively to G fragment, which was the original probe used in the library screening (data not shown). Digestion of SV40 DNA with *Bgl*I plus *Eco*RI generated two fragments, both of which contained a segment of the *Eco*RII-G probe. The vast majority of cross-hybridization was to the smaller fragment, showing that the homology lies to the late side of the origin of replication (Fig. 6). Thus, the region of SV40 that hybridized to these three human DNA sequences was localized to the region between the *Bgl*I site at the origin of replication and the end of the 72-bp repeats (see Fig. 1).

**Characterization of the control region "family" of sequences.** We wished to determine whether the 150 clones isolated from the human library contained members of a highly conserved family of sequences similar to the previously described *Alu* family of repeats. It has previously been reported that *Alu* family members share limited sequence homology with the SV40 origin of replication (15). It was unlikely that the human sequences isolated by hybridization with pSV03 were members of the *Alu* family, since we found that Blur 8 (15), a cloned representative for the *Alu* family that was generously given to us by Prescott Deininger, hybridizes only marginally with an SV40 probe. Furthermore, the human sequences we isolated hybridized at least 10 times more strongly to the SV40 probe than does Blur 8. Of the 36 randomly chosen SV40-hybridizing λ clones described ear-



FIG. 5. Restriction enzyme/blot hybridization analysis of pSVCR29. pSVCR29 DNA was digested with various restriction enzymes, and the products were separated by gel electrophoresis. The DNA was transferred to nitrocellulose paper and hybridized to SV40 DNA labeled to $10^8$ cpm/μg by nick translation. (A) A 1.4% agarose gel of the following digests: 1, purified *Hin*fI-A fragment; 2, *Bam*HI; 3, *Pst*I + *Bam*HI; 4, *Pst*I; 5, *Pst*I + *Hin*dIII; 6, *Pst*I + *Hin*fI. Lanes 1'–6' are autoradiographs of lanes 1–6. (B) The SV40-hybridizing *Hin*fI-A fragment was purified from an agarose gel and redigested with *Dde*I (lanes 1 and 1') or *Sma*I (lanes 2 and 2'). Lanes 1 and 2 are the ethidium bromide-stained gel, and lanes 1' and 2' are the autoradiograms. The *Hin*fI-A fragment used was contaminated with the *Hin*fI-B fragment, giving rise to light bands in the stained photograph. The larger hybridizing fragments in lane 6' are caused by partial digestion products.

lier, 24 were digested with *Eco*RI and fractionated on two parallel agarose gels. The DNAs were transferred to nitrocellulose paper and hybridized with either a pSV03 or Blur 8 probe. Although several of the λ clones contained *Eco*RI fragments that hybridized to both probes, others clearly contained fragments that hybridized strongly to SV40 and not at all to Blur 8 (data not shown). This result shows that the sequences we detected are not merely a subset of the *Alu* family of repeats.

Although the SV40-hybridizing sequences were present on many different *Eco*RI fragments, it was of course possible that there was a small, highly conserved region within these relatively large restriction fragments. To investigate this question further, we made mini-phage DNA preparations from 20 of the randomly chosen cross-hybridizing λ clones, digested them with *Eco*RI, and ran them on three parallel agarose gels. Approximately 0.25 μg of phage DNA was applied to each lane, and an equivalent amount of SV40 DNA was included on each gel as a hybridization marker. The three gels were blotted independently and hybridized to the following probes: (i) pSV03 DNA, (ii) the 550-bp SV40-hybridizing *Taq*I fragment from pSVCR7, and (iii) the 700-bp SV40-hybridizing *Bam*HI-*Hin*fI

Case 1:04-cv-10884-RGS Document 204-12 Filed 07/23/2007 Page 4 of 7

FIG. 6. Localization of cross-hybridizing sequences on the SV40 genome. SV40 DNA was digested with *Eco*RI or *Eco*RI plus *Bgl*I. These digests were run in parallel on three sets of lanes next to plasmid DNA size markers and then transferred to nitrocellulose filters. Each filter was cut into three strips and hybridized to labeled probes from one of the three SV40 cross-hybridizing λ clones, 7, 12, or 29. In each case hybridization was seen primarily to the late side of the *Bgl*I site.

fragment from pSVCR29. The pSV03 probe hybridized to *Eco*RI fragments in the different phage DNAs with different intensities (Fig. 3A). Specifically, it hybridized very strongly to a fragment of about 13 kb in λ phage 6, 7 (marked by a dotted arrow), and 14 and more weakly to fragments in the other DNAs. Hybridization to SV40 DNA is shown in the far right-hand lane. Since there was more of the SV40 DNA on this gel than there was of the 13-kb fragment in λ clones 6, 7, and 14, these results show that the pSV03 probe hybridizes more strongly to these inserts than to SV40 DNA. The pSVCR7 probe (Fig. 3B) also hybridized strongly to the 13-kb fragment in phage 6, 7, and 14, suggesting that these phage share identical inserts. Similarly, the pSVCR29 probe hybridized strongly to itself (Fig. 3C, solid arrow) and weakly to most of the other inserts.

From these results, we conclude that the majority of the sequences that we have isolated are not perfectly homologous over stretches of several hundred base pairs. If they were, the specific probes used would hybridize at equivalent intensities to all cross-hybridizing regions. Ultimately, the most precise way to determine the relatedness of a given set of sequences is to compare their primary structure. To this end, we determined the DNA sequence of the SV40-hybridizing regions in pSVCR7 and pSVCR29 (see below).

**Sequence analysis.** The major SV40-hybridizing regions on pSVCR7 and pSVCR29 were sequenced by the method of Maxam and Gilbert (21). Details of the sequencing strategies are described above and in the legend to Fig. 7. The results of this analysis are shown in Fig. 7. As suggested by the cross-hybridization results, these two sequences were not extensively homologous. They did, however, share the following common features. (i) Both contained extensive regions with a high G + C content. In SVCR29 the G + C content of the entire sequenced region was 77%. In SVCR7 the G + C content of the major cross-hybridizing region between the *Bam*HI site at position 253 and the end of the sequenced region was 66%. (ii) Both contained numerous direct and inverted repeats. This was seen most dramatically in pSVCR7, which contained five tandem copies of a 19-bp repeat (Fig. 8A). This 96-bp stretch had a G + C content of 79%.

The sequenced regions of SVCR7 and SVCR29 were compared to the SV40 control region by the computer program developed by Queen and Korn (30). The two important param-

A SVCR7

```
                      <---TaqI--->
        10         20         30         40         50         60         70         80         90        100
CCTTCCTTTT TCAACTCCTG TGTGTGTGTT TTCGAAAGAC ACCTCAAGTA TCTTTGGAAA GGAGCTGGAT ATAGATAATA AATTGAAAAT CGAACTGAGA
GGAAGGAAAA AGTTGAGGAC ACACACACAA AAGCTTTCTG TGGAGTTCAT AGAAACCTTT CCTCGACCTA TATCTATTAT TTAACTTTTA GCTTGACTCT

    <---HinfI--->
       110        120        130        140        150        160        170        180        190        200
GTTGGTCCGA GAGTCCCTGC CATTCCTGAG GCTAGCCTGT GGGGACACGA GGAAGCATGG AAGATGGACA GCGGTGGTTT TGGTGACAAG GGGATCTTTT
CAACCAGGCT CTCAGGGACG GTAAGGACTC CGATCGGACA CCCCTGTGCT CCTTCGTACC TTCTACCTGT CGCCACCAAA ACCACTGTTC CCCTAGAAAA

                                              <---BamHI--->
       210        220        230        240        250        260        270        280        290        300
CTCTGCAGTC CCACTTTGTT CATCTCTGCT CACTGGGGGA GCCAGGACAC GCGGATCCAG GTTTTCTGAC TCTAGGTCTC AGGCTTTGCT CCATAGCGCC
GAGACGTCAG GGTGAAACAA GTAGAGACGA GTGACCCCCT CGGTCCTGTG CGCCTAGGTC CAAAAGACTG AGATCCAGAG TCCGAAACGA GGTATCGCGG

       310        320        330        340        350        360        370        380        390        300
ACCTGCTGGT GACGGCAATC TGGTGTGGCG GGATGGGCTG GGGGAGGCGG GATGGGCTGG GGGAGGCGGG ATGGGCTGGG GGAGGCGGGA TGGGCTGGGG
TGGACGACCA CTGCCGTTAG ACCACACCGC CCTACCCGAC CCCCTCCGCC CTACCCGACC CCCTCCGCCC TACCCGACCC CCTCCGCCCT ACCCGACCCC

                                                                                          <---HinfI
       410        420        430        440        450        460        470        480        490     497
GAGGCGGGAT GGGCTGGGGG AGGCGGGATG GCGGCTTTGC TCCTAGCATT ACCACTGGGC TCTTTCTGTT TGCTGGGCCA CCAGGTAGGC ACCCAAA
CTCCGCCCTA CCCGACCCCC TCCGCCCTAC CGCCGAAACG AGGATCGTAA TGGTGACCCG AGAAAGACAA ACGACCCGGT GGTCCATCCG TGGGTTT
```

B SVCR29

```
DdeI --->
        10         20         30         40         50         60         70         80         90        100
GGGCAGGTAC CGGGGCTGGA GCCGCGGGGC CAAACTCGCT CCGGACGCGC CTTGGCGGGG GCGCGCGGCT ACGAGTGTGC AGTGCGCGCG CGCGCGGCGA
CCCGTCCATG GCCCCGACCT CGGCGCCCCG GTTTGAGCGA GGCCTGCGCG GAACCGCCCC CGCGCGCCGA TGCTCACACG TCACGCGCGC GCGCGCCGCT

       110        120        130        140        150        160        170        180        190        200
GTGTGTGTGT CCCCGCTTTC CCCTTCCTTC CCCGCCGGTC CTCCGGCCAG ACGGAGCAGC GAGCGGCCAC CAAAGCCCAG CAGCTCCGAG CGGCTCCACT
CACACACACA GGGGCGAAAG GGGAAGGAAG GGGCGGCCAG GAGGCCGGTC TGCCTCGTCG CTCGCCGGTG GTTTCGGGTC GTCGAGGCTC GCCGAGGTGA

       210        220        230        240        250        260        270        280        290        300
GCCGGGCGCA GCCTCGCCGC GGCGCGTTCA GGGGACCGGG AACCGGGGAC CGAGAGGAGC AGCAGCGGCG CCCGCCGGGC TCGGGCGCGG GTTCCCGCTT
CGGCCCGCGT CGGAGCGGCG CCGCGCAAGT CCCCTGGCCC TTGGCCCCTG GCTCTCCTCG TCGTCGCCGC GGGCGGCCCG AGCCCGCGCC CAAGGGCGAA

 <---HinfI
   307
GGTGCGC
CCACGCG
```

FIG. 7. Nucleotide sequence of the SV40-hybridizing regions of SVCR7 and SVCR29. DNA sequences were determined by the method of Maxam and Gilbert (21); see the text. (A) Nucleotide sequence of the SV40-hybridizing region of SVCR7. Sequences were obtained from the following restriction sites: *Taq*I (nucleotide 32), *Hin*fI (nucleotide lll), *Bam*HI (nucleotide 255), and *Hin*fI (nucleotide ~505). The *Bam*HI site at nucleotide 255 is the BamHI site shown at ~1.7 kb in Fig. 4B. The direction(s) of sequencing is indicated by small arrows. The five perfect 19-bp repeats (from nucleotides 327 to 421) are indicated with large arrows. Within these repeats, we have also marked the repeating pentanucleotide GAGGC, which is found in both SV40 and polyoma T antigen binding sites. (B) Nucleotide sequence of the SV40-hybridizing *Dde*I-*Hin*fI fragment of SVCR29. Both strands of DNA were labeled at both the *DdeI* and *Hin*fI ends of the fragment.

eters used in the computer analysis were the minimum percent homology required between two sequences and the probability that a given match would occur at random. A lower limit of 75% homology was required. In addition, an upper limit of $10^{-4}$ was placed on the probability of a given match. Only matches that fulfilled both of these requirements were included in the program report. Given the lengths of the sequences compared, this meant that a total of approximately seven matches would occur if the sequences were completely random. The homologies that we detected are distributed throughout the SV40 control region (Table 1). Several interesting facts are apparent from the data in Table 1. Most of the homology between SVCR7 and SV40 lies in the forward strand of the viral genome, which corresponds to the early coding strand. In addition, most of the homologies were with the 21-bp repeats and the G-rich re-

```
(A)  5' GGCGGGATGGGCTGGGGGA 3'
        CCGCCCTACCCGACCCCCT

                                        6
(B)  SV40 5235 GCCGAGGCG    GCCTCG
               GCCG  GGCGCAGCCTCG
           201                          216

                 1    2   2           1  2         3
           61    ^    ^   ^           ^  ^         ^      109
(C)  SV40        CTGGGGGAGAGGCGGGATGGGCGGGTGGGGCGGGATGG
                                      •    •
     SVCR7       CTGGGGGAGAGGCGGGATGGGCTGGGGGGGCGGGATGG
           338                               V            374
                                             1

               155                       168
(D)  SV40         GGGAGCCTGGGGAC
                        •
     SVCR29       GGGAACC  GGGGAC
               238                       250
```

FIG. 8. Sequence homologies between SV40 and human DNAs. (A) A 19-bp repeat contained in pSVCR7. pSVCR7 contained five tandem copies of this sequence; the entire 96-bp stretch had a G + C content of 79%. (B) Homologous stretch between the SV40 early coding strand and SVCR29. This stretch spans the SV40 origin of replication. (C) Match between SV40 and pSVCR7, which was homologous over 49 bp. The position and number of nucleotides that were looped out to form this heteroduplex are indicated. (D) One of several significant matches between SVCR29 and the 72-bp repeats of the SV40 genome surrounding the *Eco*RII site at nucleotide 161 on SV40 DNA.

gions of the 72-bp repeats of SV40. Altogether, 60% of the matches were with the five 19-bp repeats previously described within SVCR7. The data with SVCR29 were somewhat different. In this case the regions of homology were present with approximately equal frequencies on both strands and throughout the SV40 control region.

TABLE 1. Distribution of SVCR7 and SVCR29 homologous regions on SV40 DNA[a]

| Sequences compared | No. of homologous regions | | | Total matches |
|---|---|---|---|---|
| | T antigen binding sites (nucleotides 5165–40) | 21-bp repeats (nucleotides 40–107) | 72-bp repeats (nucleotides 107–250) | |
| SVCR7 and SV40 forwards | 13 | 30 | 44 | 87 |
| SVCR7 and SV40 backwards | 6 | 3 | 9 | 18 |
| SVCR29 and SV40 forwards | 10 | 12 | 4 | 26 |
| SVCR29 and SV40 backwards | 4 | 3 | 11 | 18 |

[a] The nucleotide sequences of the SV40-hybridizing segments of SVCR7 and SVCR29 were compared to the sequences of the SV40 regulatory region by the computer protocol described in the text. The human sequences were compared to both strands of SV40 DNA; SV40 forwards is the early coding strand and SV40 backwards is the late coding strand.

Many different homologous stretches were detected. An example of a very significant match, between the SV40 early coding strand and SVCR29, is shown in Fig. 8B. This match spans the SV40 origin of replication. Although many similar short regions of homology were found, no extensive stretches of precise homology were detected. Sometimes, however, several short regions of homology could be strung together with intervening loop structures to form heteroduplexes over longer stretches. One such match between SV40 and pSVCR7, which was homologous over 49 bp, is shown in Fig. 8C.

Although this particular match was statistically very significant, with a probability of approximately $10^{-30}$, we could not determine unambiguously which matches were contributing to the stable hybrids we detected. In fact, the 88 matches shown in Table 1 may all be partially responsible for either the initiation or the stability of the hybrids formed.

**Representation of pSVCR7 and pSVCR29 in chromosomal DNA.** We wished to determine the genomic copy number of the human DNA inserts in pSVCR7 and pSVCR29. Human genomic DNAs (10 μg) were digested with either



FIG. 9. Hybridization of pSVCR29 and pSVCR7 probes to total human DNA. DNA from two human cell lines, GM638 and 143 TK⁻, were digested with restriction endonucleases and fractionated on agarose gels. The DNA was transferred to nitrocellulose and hybridized with either pSVCR29 or pSVCR7 probe. Plasmid reconstructions, digested and electrophoresed with 10 μg of *E. coli* carrier DNA, were included as controls. (A) Hybridization of genomic DNAs with pSVCR29 probe. Human genomic DNA was digested with *Hin*dIII. The plasmid reconstruction used was a *Hin*dIII digest of pMLChTK29 DNA. This digest gives rise to two fragments, the 7-kb SVCR29 insert (top band) and the 5.0-kb pMLChTK vector. Approximately 20 pg of plasmid DNA corresponds to a single-copy reconstruction. The two left lanes shown are from an experiment in which the filter was washed in 2× SSC at 68°C after hybridization. The filter containing the remaining five lanes was washed in 0.2× SSC at 68°C. (B) Hybridization of genomic blots with pSVCR7 probe. Genomic DNAs and the plasmid reconstructions were digested with *Eco*RI plus *Hin*dIII. Digestion of plasmid pSVCR7 gives rise to the 5.5-kb SVCR7 insert and the 1.9-kb pGL102 vector bands. Approximately 10 pg of plasmid DNA corresponds to a single-copy reconstruction. Hybridization and wash conditions were as described for panel A.

*Hin*dIII or *Hin*dIII plus *Eco*RI. The digested DNAs were fractionated by electrophoresis through agarose gels, transferred to nitrocellulose, and hybridized with either pSVCR7 or pSVCR29 probes. Hybridization was done under standard conditions of 6× SSC, 68°C. When the filters were washed at normal stringency (2× SSC, 68°C), many different species of human DNA hybridized to both the pSVCR7 and pSVCR29 probes (Fig. 9). In fact, the smear of hybridization was so dark that individual bands were not seen. Washing the filters at higher stringency (0.2× SSC, 68°C) lowered the smear of hybridization, and the cloned restriction fragments were detected within the genomic DNA (Fig. 9). To estimate the copy number of these fragments, plasmid reconstruction digests were made with 10, 50, or 250 pg of plasmid DNA. These corresponded to approximately 1, 5, and 25 copy reconstructions for pSVCR7 and 0.5, 2.5, and 12.5 copy reconstructions for pSVCR29, respectively. The exact copy number of the genomic fragments was difficult to determine because of the remaining smear of hybrid-