# EXHIBIT M

# Part 3 of 3

C:\Documents and Settings\vwc145\Desktop\Cover A.pdf.doc

ization. Our best estimates are that both the 5.5-kb fragment from pSVCR7 and the 7-kb fragment from pSVCR29 are present at 1 to 5 copies per haploid genome. A sequence within both of these inserts, however, clearly hybridized to many other segments of the human genome. In a separate experiment, the 550-bp SV40-hybridizing SVCR7 fragment and the 700-bp pSVCR29 SV40-hybridizing fragment described in the legend to Fig. 3 were hybridized to Benton-Davis screenings of the human library. The high frequency of positive plaques detected suggests that the highly repetitive sequence in these inserts lies within the SV40-hybridizing region. Neither SVCR7 nor SVCR29 fragments hybridize to a cloned Alu family probe.

**Functional analysis of pSVCR7 and pSVCR29.** As was indicated above, the control region of SV40 DNA contains several functional domains, including the origin of DNA replication, the promoters for early and late transcription, and a sequence required in cis for early transcription in vivo but not in vitro. We wanted to determine which, if any, of these functions could be demonstrated on pSVCR7 and pSVCR29. Initially, we attempted to assay directly for the presence of a functional origin of replication on these fragments. Plasmid DNAs were transfected into human and simian cells by the DEAE-dextran technique (22). We then assayed for an accumulation of supercoiled plasmid molecules over a time course of several days by running the DNA from Hirt supernatants on agarose gels and hybridizing them with $^{32}$P-labeled probes. Using this assay, we can easily detect replication of plasmids containing the SV40 origin of replication and A gene. To eliminate any possible inhibitory effects of the plasmid sequences, we excised the SV40-hybridizing fragments from the plasmid vectors before transfection. Using this assay, we were not able to detect newly replicated supercoiled DNA in either human or simian cells. We therefore decided to utilize what we hoped would be an indirect but perhaps more sensitive assay for replication origins.

It has been demonstrated in yeasts that the covalent attachment of a sequence that can serve as an origin of replication (ARS sequence) can enhance the transformation efficiency of a cloned gene many times. This fact led to the development of a protocol that presumably selects for origins of DNA replication (35, 36). Analogous experiments can be performed in mammalian tissue culture cells by utilizing established DNA transfection techniques and selecting for stable transformants which have acquired a purified gene such as the one coding for TK. We reasoned that the stable integration of exogenous DNA might be a rate-limiting step in this process and that the presence of an origin of replication on the cloned DNA might lead to an increased efficiency of transformation to a TK$^+$ phenotype.

The hybridizing 5.5-kb EcoRI plus HindIII fragment of pSVCR7 and the 7-kb HindIII fragment of pSVCR29 were subcloned onto plasmid vectors that contain the chicken TK (ChTK) gene (29). This series of constructions was termed pMLChTK, pMLChTK29, and pMLChTK7. The TK gene used in these studies was present on a 2.2-kb EcoRI-HindIII fragment, with the 5' end of the gene located near the EcoRI site (M. Wigler, personal communication) (Fig. 10A). The 5.5-kb EcoRI-HindIII insert from pSVCR7 was ligated to the 2.2-kb EcoRI-HindIII ChTK fragment, and this mixture was inserted into the EcoRI site of pML2. This construction (Fig. 10B) insured that the SVCR7 sequence would be located at the 3' end of the ChTK gene. The 7-kb human DNA



FIG. 10. Diagrammatic representation of plasmid DNAs used in TK transformation experiments. Molecule segments: ——, 2.8-kb pML2 vector; ----, 2.2-kb ChTK gene; ——, human DNA insert. The direction of transcription of the ChTK gene is indicated by an arrow. The approximate locations of the SV40-hybridizing regions in the SVCR7 and SVCR29 inserts are indicated by solid bars. (A) pMLChTK, (B) pMLChTK7, and (C) pMLChTK29.

HindIII insert of pSVCR29 was inserted into pMLChTK in both orientations at the HindIII site 3' to the ChTK gene (Fig. 10C).

Plasmids containing the ChTK gene with or without a human SV40-hybridizing fragment joined to it were transfected into a variety of TK$^-$ cells by the calcium phosphate-DNA coprecipitation technique, and the efficiencies of transfection were compared. In mouse LTK$^-$ cells, we did not detect any reproducible effect of the SV40-hybridizing fragments. The results were different, however, when human 143TK$^-$ cells were used. pMLChTK7 gave rise to TK$^+$ colonies with approximately the same frequency as the ChTK plasmid alone. With ChTK29, however, an enhancement of approximately 20-fold in the number of TK$^+$ colonies was seen in a total of five separate experiments (Table 2). Since equal microgram amounts of plasmid DNAs were used in most of these experiments, the enhancement ratios were normalized to account for the molecular weight differences between these DNAs. This normalization is valid since the levels of plasmid DNAs used in these experiments were not saturating. The absolute number of transfectants and the enhancement ratio varied significantly from experiment to experiment (Table 2). We believe that this variability is due to subtle differences in factors such as the quality of the calcium phosphate-DNA coprecipitate and the growth rate of the cells. Regardless of these problems, and although the

TABLE 2. Frequency of TK$^+$ transfectants in 143 TK$^-$ cells[a]

| DNA | No. of TK$^+$ colonies (μg of plasmid DNA)[b] in expt: | | | | | | | | | | Enhancement (avg) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | 2 (2) | 3 | | 4 | | 5 | | | | |
| | | | (5) | (10) | (2) | (5) | (1) | (2.5) | (5) | (10) | |
| pMLChTK | 12 (3) | 19 | 1 | 7 | 31 | 33 | 0 | 14 | 2 | 10 | |
| pMLChTK29$_1$ | 30 (5) | 213 | 22 | 68 | 105 | 162 | 9 | 15 | 30 | 87 | |
| pMLChTK29$_2$ | 137 (4.5) | 65 | ND[c] | 58 | 62 | 170 | 13 | 26 | 9 | 82 | |
| pMLChTK7 | | | 3 | 7 | | | 1 | 1 | 3 | 8 | |
| Normalized enhancement ratio[d] | | | | | | | | | | | |
| pMLChTK29$_1$ | 3.6 | 26.9 | 52 | 23 | 8.1 | 11.8 | 21.6 | 2.57 | 36 | 20.88 | 20.65 |
| pMLChTK29$_2$ | 18.27 | 8.1 | ND | 20 | 4.8 | 12.36 | 31.2 | 4.46 | 10.8 | 19.68 | 14.41 |
| pMLChTK7 | | | 6.6 | 2.2 | | | 2.2 | <1 | 3.3 | <1 | 2.72 |

[a] A DNA-calcium phosphate coprecipitate was formed with high-molecular-weight LTK$^-$ DNA used as the carrier. In most experiments the carrier concentration was 10 μg/ml, although when 10 μg of plasmid DNA was included in the precipitation, the carrier concentration was lowered so that the quality of the precipitate was unchanged.

[b] Micrograms of plasmid DNAs added to a 100-mm dish of cells in 1 ml of precipitate. Each number of colonies listed in the table is the total number on duplicate or triplicate plates used for each experiment.

[c] ND, Not determined.

[d] "Normalized" enhancement ratios were calculated by taking into account the molecular weight differences among the plasmid DNAs. Although the standard deviations for the average enhancement ratios given in the table are quite large, we calculated the lower and upper limits, $m_l$ and $m_u$, within which there is a 95% chance that the actual enhancement values lie. These numbers are $10.75 <$ enhancement $< 30.56$ for SVCR29$_1$ and $8.95 <$ enhancement $< 21.9$ for SVCR29$_2$. The equations used to calculate these numbers were:

$$m_l = E(x/y) - \frac{\sigma_{x/y}}{\sqrt{n}} \Phi^{-1}(.975)$$

and

$$m_u = E(x/y) - \frac{\sigma_{x/y}}{\sqrt{n}} \Phi^{-1}(.975)$$

where $m_l$ is the lower enhancement limit, $m_u$ is the upper enhancement limit, $E(x/y)$ is the average enhancement ratio (taken from Table 2), $\sigma_{x/y}$ is the standard deviation of $x/y$, $n$ is the number of events, and $\Phi^{-1}$ is the inverse of the normal density function:

$$\Phi(x) = \int_{-\infty}^{x} \frac{1}{\sqrt{2\pi}} e^{\frac{-u^2}{2}} du$$

enhancement seen varied from very large (50-fold) to small (3-fold), an effect was seen in each experiment. These five experiments used several different plasmid and carrier DNA preparations and were done over a period of approximately 1 year. The orientation of the SVCR29 fragment in these molecules is not important, since pMLChTK29$_1$ and pMLChTK29$_2$, which have opposite orientations, showed approximately the same enhancement. This experiment was repeated in a second human cell line, RDTK$^-$, in which the effect of the SVCR29 sequence was smaller but reproducible.

We have begun to map the sequence on SVCR29 which is responsible for this enhancement of TK transformation. A 1.5-kb Sau3A fragment from the hybridizing region was subcloned into the BamHI site 3' to the ChTK gene on pMLChTK. The left-hand end of this Sau3A fragment is coincidental with the BamHI site at 1 kb (Fig. 4A). The fragment extends to position 2.5 on the same map. This plasmid gave approximately the same enhancement as did the entire SVCR29 sequence when transfected into 143 TK$^-$ cells. We are presently attempting to define the minimum DNA sequence element within SVCR29 required for this effect.

We examined TK$^+$ cell lines resulting from transfection with pMLChTK29 DNA for the presence of unintegrated plasmid DNA. Under conditions in which one copy of plasmid DNA per cell could be detected, we did not see any persisting free supercoiled DNA (data not shown). This suggests that the sequence in SVCR29 is not functioning as a stable origin of replication that can yield free episomal DNA in these cell lines.

## DISCUSSION

A set of human DNA sequences has been identified that hybridizes to a 311-bp region spanning the SV40 origin of replication. Two of these SV40-hybridizing segments of human DNA, SVCR7 and SVCR29, were examined by hybridization and DNA sequencing analyses. Both cross-hybridizing segments contained numerous significant homologies with the SV40 control region, and heteroduplexes with 73% homology could be drawn over regions of up to 49 bp. The thermal stabilities of heteroduplexes between two closely related DNA sequences can be calculated; such calculations do not apply, however, when the possible heteroduplexes contain multiple mismatches and single-stranded loops within a relatively short region. We were therefore unable to determine which of the many possible matches detected gives rise to the stable hybridization observed. As determined by hybridization, pSVCR7 and pSVCR29 are members of a repetitive family since they hybridize to each other and to the same region of the SV40 genome. These sequences are not highly conserved over long regions, however, since they hybridize both to each other and to SV40 with different intensity. In addition, direct DNA sequencing showed no extensive regions of homology between the two human DNA sequences and suggested that what we detected with the pSV03 probe were regions with repeated structures of high G + C content. Queen et al. (31) recently described three sequences from the simian genome that share similar structures. It is of course possible that other sequences within the 150 human DNA segments isolated are more closely related to either pSVCR7 or pSVCR29. In fact, λ SVCR29 contained two different EcoRI fragments that hybridized with equivalent intensity to the 700-bp SVCR29 probe (Fig. 3C). Since there is no EcoRI site within the fragment used as a probe, this indicates that two closely related sequences exist within this λ insert. These two cross-hybridizing sequences within λ SVCR29 are probably not identical because of their differential hybridization to the pSV03 probe (Fig. 3A).

These results raise the question of what is meant by a family of DNA sequences. Conventionally, a family has been defined as a set of cross-hybridizing sequences. In repeated gene families, such as those coding for histones or ribosomal RNAs, this sequence relationship clearly has functional significance. In other repetitive DNA families, such as the human Alu family, it is not known what function(s) the sequences serve. The sequences themselves, however, are highly conserved and can be classified as a family on this basis. Miesfield et al. (25) recently described a highly repeated family of sequences in the human genome. In fact, however, most hybridization within this family is abolished by a high-stringency wash. In our experiments hybrids formed between SV40 and human DNA sequences were resistant to a high-stringency wash, presumably because of the high G + C content of the hybrid. In view of this, it may be prudent to refrain from defining a family of sequences until extensive sequence or functional analyses have been completed.

The probe used in this library screening (pSV03) contained three tandem copies of the SV40 control region. Two different human DNA fragments were identified that hybridize anomalously with this probe. The pSV03 probe hybridized to both SVCR7 and the fragments which span the so-called "switch" region of human immunoglobulin heavy chain genes (33) more intensely than it did with unit-length SV40 DNA (see Fig. 3A). The human immunoglobulin(s) fragments are composed of a repeating set of G

[Left margin fragments from binding: "ize to SV40 con- they with A se- omol- ences h the struc- (31) 1 the .. It is within more R29. erent alent 3C). ment osely isert. hin λ se of SV03 at is iven- et of gene s or iship T re- Alu the Ives, clas- t al. mily fact, mily our and igh- the w of ng a e or ning the )NA ma- rid- hich man nore )NA n(s) )f G"]

+ C-rich pentamers (P. Early and M. Botchan, unpublished data). Similarly, SVCR7 contains five copies of a 19-bp G + C-rich repeat (Fig. 7A). Within this repeat, there are several short clusters of G's. This is also similar to the repeating GGGCGGPuPu sequence found in the SV40 21-bp repeats (see Fig. 1). We hypothesize that the anomalously strong hybridization seen between both human DNAs and pSV03 is due to the G + C-rich, repetitive nature of both the probe and its target. Support for this hypothesis comes from the fact that the SV40 probe, which contains only a single copy of the viral control region, did not hybridize to these human DNAs with the same intensity as did pSV03. These observations may explain the difference in the number of SV40-hybridizing fragments found by us and by McCutchan and Singer (23), since the probe used in their experiments contained only one copy of the SV40 control region.

We have considered two possible explanations for these results. Regions very rich in G + C would form stable short hybrids, and the repeated structure could allow for network formation and therefore amplify the hybridization signal. Alternatively, the repeated nature of these sequences might increase the number of possible nucleation sites and therefore increase the rate of hybridization.

Both pSVCR7 and pSVCR29 share significant sequence homology with three important, known elements in the SV40 control region: the T antigen binding sites, the 21-bp repeats, and the 72-bp repeats. It was therefore of interest to look for functional similarities between the viral and human DNA sequences. Neither SVCR7 nor SVCR29 was positive in a direct replication assay. Both pSVCR7 and pSVCR29 were tested for the ability to bind T antigen. Whereas pSVCR29 was negative in this assay, pSVCR7 was shown to bind T antigen in a sequence-specific manner. In addition, the size of the DNA fragment protected against DNase I hydrolysis by the T antigen was approximately 30 bp, which is similar to the protected fragment seen with SV40 DNA. The presence of four copies of the pentanucleotide GAGGC within the 19-bp repeats of SVCR7 (Fig. 7A) may be important for the T antigen binding, since this sequence is found in both the SV40 and polyoma T antigen binding sites. (R. Myers and S. Conrad, unpublished data).

We also tested SVCR7 and SVCR29 for their ability to enhance the efficiency of TK transformation by DNA transfection techniques. Whereas pSVCR7 showed no activity in this assay, pSVCR29 enhanced the efficiency by approximately 20-fold in human 143 TK$^-$ cells. We are currently attempting to define the mechanism of this enhancement. Our results indicate that the TK DNA does not persist as a plasmid in TK$^+$ transformed cells, suggesting that the enhancement is not due to the presence of an origin of replication on pSVCR29.

We presently favor the explanation that a sequence on SVCR29 is allowing more efficient expression of the TK gene after DNA transfection. It is unlikely that the effect is due to the presence of a promoter on the SVCR29 fragment, since it enhances transformation efficiencies in both orientations and is present 3' to the TK gene in the constructions used here. The entire plasmid vector therefore separates the insert from the 5' end of the gene. Several DNA elements, termed activator or enhancer elements, have recently been described that can effect transcription from various promoters by what appears to be a unique but unknown mechanism. Since the mechanism of enhancement/activation is not understood, the definition of an activator element is dependent upon the assay system used to identify it. For SV40, it was determined that an entire copy of one 72-bp repeat is required for efficient early gene expression in vivo (2, 10, 13) but not in vitro (14, 16, 27). This sequence can be present in either orientation at several sites on the SV40 genome and still functionally manifest its activity. These facts indicate that although it is required for transcription, the sequence is not an integral part of the promoter and has been called an activator. Recently, the presence of a similar functional domain was demonstrated in the polyoma virus genome at a site approximately 300 bp upstream from the start of early transcription (38).

One assay for activator function is to test for the ability of a given sequence to substitute for the SV40 72-bp repeats. Since T antigen is required for viral replication, early gene expression can be tested indirectly by measuring DNA replication of recombinant molecules after their transfection into permissive simian cells. Using this assay, Lusky et al. (unpublished data) found that bovine papilloma virus contains a sequence that can substitute for the SV40 72-bp repeats in a position- and orientation-independent manner. In contrast, Kriegler and Botchan (unpublished data) were unable to detect replication of SV40-murine sarcoma virus long terminal repeat recombinants in either murine or simian cells, although retroviral long terminal repeats are reported to have enhancer activity (4). There may be a very inefficient substitution in this system, however, because Levinson et al. (18) reported that the murine sarcoma virus long terminal repeat can replace the SV40 72-bp repeat in viral DNA and allow for some low-level virus production.

In a second assay system, the activator se-

quences from both SV40 and polyoma virus were shown to activate transcription of the rabbit β globin gene in transient transfection experiments (1, 5). A third type of assay, the one utilized in our experiments, is the enhancement of stable cellular transformation by using purified selectable genes. In fact, the earliest indications of enhancer activity were reported in this context (4, 17). In such experiments, sequences from SV40 (4, 17), retroviral long terminal repeats (4), and bovine papilloma virus (Lusky et al., unpublished data) were shown to enhance the frequency of cellular transformation with various markers. The fact that several sequences which activate transcription in transient assays also enhance TK transformation leads us to speculate that the enhancement of TK transformation is due to an effect on transcription. We can suggest two pathways by which this effect might be mediated. If a certain level of TK expression is necessary for survival in selective medium, the enhancer/activator element might increase the level of expression from the endogenous TK promoter, leading to more cells being viable in the selective medium. Alternatively, the enhancer/activator might affect not the level of transcription, but the ability of the sequences to be expressed at all. In both the SV40 and β globin transient expression assays, virtually no transcription is seen in the absence of the activator element. In the TK transformation assay, $TK^+$ colonies are seen in the absence of an enhancer element, and in transient assays, unintegrated TK plasmids are capable of expression. However, perhaps the cloned element does not contain sufficient information to insure its expression when integrated into an exogenous chromosomal domain. When active, the TK gene may be integrated into the carrier or cellular DNA in a position where it is close enough to an endogenous enhancer to be expressed. The covalent linkage of an enhancer element to the gene in vitro may make the expression of the gene more independent of its position in the chromosome and thus lead to a higher specific transforming efficiency for the construction.

This proposal predicts the existence of enhancer/activator elements in genomic DNA, although the enhancers/activators described to date have been exclusively of viral origin. Recently, however, an indication that such sequences may exist in cellular DNA comes from the work of Grosschedl and Birnstiel, who have presented evidence that a sequence separable from the promoter is necessary for sea urchin histone H2A gene expression (11, 12). We have presented evidence here that pSVCR29 contains a sequence that enhances the efficiency of TK transformation in human cells and which therefore may be analogous to the SV40 72-bp repeats. In fact, several strong regions of homology do exist between SVCR29 and this part of the SV40 genome. Specifically, there are several significant matches surrounding the EcoRII site at nucleotide 161 on SV40 DNA; one such match is shown in Fig. 8D. The 17-bp fragment between this EcoRII site and the end of the 72-bp repeat is important for enhancement/activation, since the SV40 EcoRII-G fragment, which ends at the EcoRII site (Fig. 1), does not activate β globin transcription in transient assays (1) and does not increase the frequency of $TK^+$ colonies in a stable transformation assay (S. Conrad, P. Robbins, and M. Botchan, unpublished data). Of these 17 bp, 9 are involved in the match with SVCR29 shown in Fig. 8D. We are currently attempting to define the precise nucleotide sequences within the SV40-hybridizing region of SVCR29 that are required for activator function to determine whether the sequence homologies referred to above are of functional significance.

It remains to be seen whether enhancer/activator elements are involved in the regulation of gene expression. One model is that groups of genes would be coordinately turned on or shut off by virtue of the state of their activator elements. This would predict the existence of many different classes of activators that respond to different regulatory signals. As discussed previously, many genes are turned on upon infection of cells with SV40. An intriguing possibility is that upon SV40 infection, and possibly as a direct result of the action of T antigen, the state of a class of activator elements is being changed so that transcription is stimulated at specific loci. It may be possible to screen for such a class of activator elements by selecting for sequence homology. We screened a library of human DNA for sequences that are homologous to the SV40 control region. One of the sequences that was isolated, SVCR29, contains a putative enhancer element. We only examined two of the 150 cross-hybridizing sequences for enhancer activity, and therefore do not know if we have enriched for a specific class of activators by this protocol. Although the viral activator elements known to date (i.e., SV40, polyoma virus, retroviruses, bovine papilloma virus) share no extensive sequence homology, these viruses grow in different host systems and respond to different regulatory molecules. Cellular activator elements that respond to the same regulatory mechanisms might share greater sequence homology than do these viral sequences.

ACKNOWLEDGMENTS

We thank Warren Gish for establishing the computer analysis of DNA sequences in this laboratory. The excellent technical assistance of Bernard Danovitch is gratefully acknowledged.

This work was supported by Public Health Service research grant no. Ca-30490 from the National Cancer Institute and by grant no. MV-91 from the American Cancer Society. S.E.C. was supported by fellowship DRG #338-FT of the Damon Runyon-Walter Winchell Cancer Fund.

## LITERATURE CITED

1. Banerji, J., S. Rusconi, and W. Shaffner. 1981. Expression of a β-globin gene is enhanced by remote SV40 DNA sequences. Cell 27:299–308.
2. Benoist, C., and P. Chambon. 1981. In vivo sequence requirements of the SV40 promoter region. Nature (London) 290:304–310.
3. Benton, W. D., and R. W. Davis. 1977. Screening λgt recombinant clones by hybridization to single plaques in situ. Science 196:180–182.
4. Capecchi, M. R. 1980. High efficiency transformation by direct microinjection of DNA into cultured mammalian cells. Cell 22:479–488.
5. de Villiers, J., and W. Shaffner. 1981. A small segment of polyoma virus DNA enhances the expression of a cloned β-globin gene over a distance of 1400 base pairs. Nucleic Acids Res. 9:6251–6264.
6. DiMaio, D., and D. Nathans. 1980. Cold sensitive regulatory mutants of simian virus 40. J. Mol. Biol. 140:129–142.
7. Dove, W. F., and N. Davidson. 1962. Cation effects on the denaturation of DNA. J. Mol. Biol. 5:467–478.
8. Fiers, W. R., R. Contreras, G. Haegeman, R. Rogiers, A. VanderVoorde, H. van Heuverswyn, J. van Herrweghe, G. Volckaertand, and M. Ysebaer. 1978. Complete nucleotide sequence of SV40 DNA. Nature (London) 273:113–120.
9. Fritsch, E., R. Lawn, and T. Maniatis. 1980. Molecular cloning and characterization of the human β-like globin gene cluster. Cell 19:959–972.
10. Ghosh, P. K., and P. Lebowitz. 1981. Simian virus 40 early mRNAs contain multiple 5′ termini upstream and downstream from a Hogness-Goldberg sequence; a shift in 5′ termini during the lytic cycle is mediated by large T antigen. J. Virol. 40:224–240.
11. Grosschedl, R., and M. L. Birnstiel. 1980. Spacer DNA sequences upstream of the TATAAATA sequence are essential for promotion of H2A histone gene transcription in vivo. Proc. Natl. Acad. Sci. U.S.A. 77:7102–7106.
12. Grosschedl, R., and M. L. Birnstiel. 1982. Determination of far upstream sequences required for maximal in vitro transcription of an H2A histone gene. Proc. Natl. Acad. Sci. U.S.A. 79:297–301.
13. Gruss, P., R. Dhar, and G. Khoury. 1981. Simian virus 40 tandem repeated sequences as an element of the early promoter. Proc. Natl. Acad. Sci. U.S.A. 78:943–947.
14. Hansen, U., D. Tenen, D. Livingston, and P. A. Sharp. 1981. T antigen repression of SV40 early transcription from two promoters. Cell 27:603–612.
15. Jelinek, W., T. Toomey, L. Leinland, C. Duncan, P. Biro, P. Choudary, S. Weissman, C. Rubin, C. Houck, P. Deininger, and C. Schmidt. 1980. Ubiquitous, interspersed repeated sequences in mammalian genomes. Proc. Natl. Acad. Sci. U.S.A. 77:1398–1402.
16. Lebowitz, P., and P. K. Ghosh. 1982. Initiation and regulation of simian virus 40 early transcription in vitro. J. Virol. 41:449–461.
17. Lee, F., R. Mulligan, P. Berg, and G. Ringold. 1981. Glucocorticoids regulate expression of dihydrofolate reductase cDNA in mouse mammary tumour virus chimaeric plasmids. Nature (London) 294:228–232.
18. Levinson, B., G. Khoury, G. VandeWoude, and P. Gruss. 1982. Activation of the SV40 genome by the 72 base-pair tandem repeats of Moloney sarcoma virus. Nature (London) 295:568–572.
19. Lusky, M., and M. Botchan. 1981. Inhibition of SV40 replication in simian cells by specific pBR322 DNA sequences. Nature (London) 293:79–81.
20. Martin, R. 1981. The transformation of cell growth and transmogrification of DNA synthesis by simian virus 40. Adv. Cancer Res. 34:1–68.
21. Maxam, A., and W. Gilbert. 1980. Sequencing end-labelled DNA with base-specific chemical cleavages. Methods Enzymol. 65:499–560.
22. McCutchan, J. H., and J. S. Pagano. 1968. Enhancement of the infectivity of simian virus 40 deoxyribonucleic acid with diethylaminoethyl-dextran. J. Natl. Cancer Inst. 41:351–357.
23. McCutchan, T., and M. F. Singer. 1981. DNA sequences similar to those around the simian virus 40 origin of replication are present in the monkey genome. Proc. Natl. Acad. Sci. U.S.A. 78:95–99.
24. McKay, R., and D. DiMaio. 1981. Binding of an SV40 T antigen related protein to the DNA of SV40 regulatory mutants. Nature (London) 289:810–813.
25. Miesfield, R., M. Koystal, and N. Arnheim. 1981. A member of a new repeated sequence family which is conserved throughout eucaryotic evolution is found between the human δ and β globin genes. Nucleic Acids Res. 9:5931–5947.
26. Moreau, P., R. Hen, B. Wasylyk, R. Everett, M. P. Gaub, and P. Chambon. 1981. The SV40 72 base pair repeat has a striking effect on gene expression both in SV40 and other chimeric recombinants. Nucleic Acids Res. 9:6047–6068.
27. Myers, R., D. Rio, A. Robbins, and R. Tjian. 1981. SV40 gene expression is modulated by the cooperative binding of T antigen to DNA. Cell 25:373–384.
28. Myers, R., and R. Tjian. 1980. Construction and analysis of simian virus 40 origins defective in tumor antigen binding and DNA replication. Proc. Natl. Acad. Sci. U.S.A. 77:6491–6495.
29. Perucho, M., D. Hanahan, L. Lipsich, and M. Wigler. 1980. Isolation of the chicken thymidine kinase gene by plasmid rescue. Nature (London) 285:207–210.
30. Queen, C., and L. Korn. 1980. Computer analysis of nucleic acids and proteins. Methods Enzymol. 65:595–609.
31. Queen, C., S. T. Lord, T. F. McCutchan, and M. Singer. 1981. Three segments from the monkey genome that hybridize to simian virus 40 have common structural elements. Mol. Cell. Biol. 1:1061–1068.
32. Rio, D., A. Robbins, R. Myers, and R. Tjian. 1980. Regulation of simian virus 40 early transcription in vitro by a purified tumor antigen. Proc. Natl. Acad. Sci. U.S.A. 77:5706–5710.
33. Sakano, H., R. Maki, Y. Kurosawa, W. Roeder, and S. Tonegawa. 1980. Two types of somatic recombination are required for the generation of complete immunoglobulin heavy chain genes. Nature (London) 286:676–683.
34. Southern, E. 1975. Detection of specific sequences among DNA fragments separated by gel electrophoresis. J. Mol. Biol. 98:503–517.
35. Stinchomb, D. T., K. Struhl, and R. W. Davis. 1979. Isolation and characterization of a yeast chromosomal replicator. Nature (London) 282:39–43.
36. Struhl, K., D. T. Stinchcomb, S. Sherer, and R. W. Davis. 1979. High-frequency transformation of yeast: autonomous replication of hybrid DNA molecules. Proc. Natl. Acad. Sci. U.S.A. 76:1035–1039.
37. Tooze, J. (ed.). 1980. Molecular biology of tumor viruses, 2nd ed., p. 127–130. Cold Spring Harbor Press, Cold Spring Harbor, N.Y.
38. Tyndall, C., G. LaMantia, C. Thacker, J. Favaloro, and R. Kamen. 1981. A region of the polyoma virus genome between the replication origin and late protein coding sequences is required in cis for both early gene expression and viral DNA replication. Nucleic Acids Res. 9:6231–6250.
39. Wigler, M., A. Pellicer, S. Silverstein, and R. Axel. 1978. Biochemical transfer of single copy eucaryotic genes using total cellular DNA as donor. Cell 14:729–731.