# EXHIBIT N

**592231**



EXPRESS MAIL

MAIL ROOM
MAR 22 1984
21
PAT. & TRADE MARK OFF

## LAHIVE & COCKFIELD

COUNSELLORS AT LAW
SIXTY STATE STREET
BOSTON, MASSACHUSETTS 02109
TELEPHONE (617) 227-7400
TELEX 752806
CABLE ADDRESS "L AND C"

JOHN A. LAHIVE, JR.
W. HUGO LIEPMANN
JAMES E. COCKFIELD
NORMAN A. HUBLEY
MARK G. LAPPIN
GARY A. WALPERT
EDMUND R. PITCHER
THOMAS V. SMURZYNSKI

RALPH A. LOREN
MAURA K. MORAN
THOMAS J. ENGELLENNER
WILLIAM A. SCOFIELD, JR.

March 22, 1984

Commissioner of Patents and Trademarks
Box PCT
Washington, D.C.  20231

        Re:  New U.S. Application for "Transcription Enhancer
        Element Gene" - Damon Biotech, Inc. - Our Ref. DBH-466

Sir:

        I am enclosing an executed U.S. application, for filing in
the United States Patent and Trademark Office.

                Very truly yours,

                LAHIVE & COCKFIELD

                Ralph A. Loren, Reg. No. 29,325
                Attorney for Applicants

RAL/fl
Enclosures

        "EXPRESS MAIL" mailing label number B69542175
        Date of Deposit March 22, 1984

        I hereby certify that the attached complete U.S.
application for "Transcription Enhancer Element Gene", filed in the
names of Stephen D. Gillies and Susuma Tonegawa is being deposited
with the United States Postal Service "EXPRESS MAIL Post Office to
Addressee" service under 37 CFR 1.10 on the date indicated above and
is addressed to the Commissioner of Patents and Trademarks,
Washington, D.C.  20231.

                Ralph A. Loren, Esquire

                                        3/22/84
                Reg. No. 29,325

**592231**



Case Docket No. _____DBH-466_____

THE COMMISSIONER OF PATENTS
Washington, D.C. 20231

Sir:

Transmitted herewith for filing is the patent application of

Inventor:  Stephen D. Gillies, Susuma Tonegawa

For:   TRANSCRIPTION ENHANCER ELEMENT GENE

Enclosed are:

[X]  3_____ sheets of drawing. (informal)

[ ]  An assignment of the invention to _____

_____

[ ]  A certified copy of a _____ application.

[ ]  Associate power of attorney.

| CLAIMS AS FILED | | | | |
|---|---|---|---|---|
| (1)<br>FOR | (2)<br>NUMBER FILED | (3)<br>NUMBER EXTRA | (4)<br>RATE | (5)<br>BASIC FEE<br>$300.00 |
| TOTAL<br>CLAIMS | 28 −20= | 8 | x $10 | 80.00 |
| INDEPENDENT<br>CLAIMS | 4 −3= | 1 | x $30 | 30.00 |
| | | | TOTAL FILING<br>FEE ⟶ | $410.00 |

[ ]  Please charge my Deposit Account No. _____ in the amount of
     $_____. A duplicate copy of this sheet is enclosed.

[X]  The Commissioner is hereby authorized to charge any additional fees which may
     be required, or credit any overpayment to Account No. 12-0080_____.
     A duplicate copy of this sheet is enclosed.

[X]  A check in the amount of _$410.00_ to cover the filing fee is enclosed.

LAHIVE & COCKFIELD

_Ralph G. Lore_

60 State Street
Boston, MA  02109
Date:  3/22/84

Ralph A. Loren, Reg. No. 29,325
(617) 227-7400

USCOMM-DC 60806-P70

FORM PO-1082 (1-70)

U. S. GOVERNMENT PRINTING OFFICE : 1970 O - 376-569

BACKGROUND OF THE INVENTION

The U.S. government has rights in this invention by virtue of Grant No. NIH-5-R01-AI17879-02 of the National Institute of Health.

This invention relates to methods of efficiently expressing DNA introduced into eucaryotic cells. More specifically, the invention relates to a method of exploiting the genetic mechanism of certain types of eucaryotic cells to produce relatively large quantities of a protein of interest or its precursor.

The protein production of most animal cells is limited to synthesis of enzymes used by the cell for metabolism and to structural proteins, surface proteins, and numerous proteinaceous materials having specialized functions such as interferons, lymphokines, and hormones. Typically, such cells produce relatively modest amounts of these proteins. Other types of cells in addition are capable of producing and secreting large amounts of proteinaceous material for systemic use in the animal body. Examples of the latter type of cells include cells of the circulatory system which produce globulins and fibrinogen, liver cells which produce serum albumin, and the beta cells of Islets of Langerhans which produce insulin. If the genetic mechanisms responsible for the high level production could be used to produce lymphokines, interferons, antibodies, or other proteinaceous materials of interest, large supplies of valuable proteins could be made available.

-2-

Hybridoma technology in effect harnesses the protein-producing capabilities of a B cell to produce monoclonal antibodies and accordingly achieves this goal to some extent. To produce hybridomas, a lymphoid cell that has been stimulated to produce antibody by _in vivo_ or _in vitro_ immunization is fused with an immortal cell line, for example, a myeloma cell line. The fusion products are grown in a selective medium in which the parental myeloma cannot survive and then screened for a clone which secretes the monoclonal antibody of interest. Using this technique, one may obtain monoclonal antibodies of high affinity for specific antigens. However, no reproducible method has been developed which permits application of the hybridoma technology to the production of non-immunoglobulin proteins. Furthermore, certain types of potentially useful hybridoma cells, e.g., human x human hybridomas, are notoriously difficult to culture.

De Villiers et. al., in Nucleic Acid Research, Volume 9 No. 23, pg. 6251, 1981, disclose work involving the linking of a rabbit hemoglobin gene with a 244 base pair DNA fragment derived from the beginning of the polyoma virus late region. After transfection of such recombinant DNA into mouse 3T6 and human Hela cells, the polyoma sequences were found to strongly enhance the level of correct beta globin gene transcripts over a distance of at least 1400 base pairs. The authors hypothesized that this 244 base pair DNA fragment of viral origin, termed an "enhancer", might be useful as a component of mammalian expression vectors. Conrad et. al., in Molecular and Cellular Biology, pages 949-965, August, 1982, disclose that a recombinant library of human DNA sequences was screened with a segment of simian virus 40 DNA that

-3-

spans the viral origin of replication.  One SV40 hybridized

fragment contained a sequence which increased the efficiency of

thymidine kinase transformation in human cells by approximately

20-fold.  The authors reported that this effect was orientation

independent when the sequence was present at the 3' end of the

chicken thymidine kinase gene and proposed that this segment of

DNA contains a sequence analagous to the 72 bp repeats of SV40.

However, no direct evidence was presented indicating this element

is a transcription enhancer.  For example, the activity seen by

these authors could result from increased integration of the

introduced thymidine kinase gene into the host DNA.  Weiher et.

al., in Science, Volume 219, page 626, February 11, 1983,

disclose that viral enhancers can stimulate transcription from

heterologous promoters and that such enhancers have been found in

papovaviruses and retroviruses, e.g., SV-40, polyoma, Moloney

sarcoma and Bovine papilloma.

-4-

SUMMARY OF THE INVENTION

It has now been discovered that eucaryotic cells which produce large amounts of protein, e.g., immunoglobulin, do so because of an enhancer element present in the natural genome of the protein producing cell in association with the transcription unit encoding the protein. The enhancer element in such cells operates by greatly increasing the transcription rate of the expressed DNA resulting in high mRNA copy numbers. Operability of the eucaryotic transcription enhancers is substantially independent of the orientation of the enhancer element and substantially independent of its position with respect to the transcription unit, provided the enhancer element is located within an "active region" which may span a region up-stream or down-stream of the transcription unit of 1000-10,000 base pairs or more. The cellular transcription enhancers appear to be tissue specific but species nonspecific. They have core sequences in common with viral enhancers.

The invention exploits these discoveries to provide a process for producing a proteinaceous material of interest and transformants which may be cultured to produce such materials. In accordance with the invention, either exogenous or endogenous proteins may be produced, i.e., either proteins not encoded in the natural genome of the host cells, or proteins which are encoded but are not normally expressed by the host cells, or are expressed only at low levels. Broadly, an enhancer element is identified as hereinafter disclosed and excised from the genome of a eucaryotic cell, e.g., an animal cell, and then ligated with

-5-

DNA comprising a transcriptionally competent transcription unit including one or more exons encoding for the proteinaceous material of interest (or its precursor). The resulting recombinant DNA is transfected into a cell line derived from the same tissue type as the cell in which the enhancer is active, and preferably from the same cell type as the cell in which the enhancer is active. Preferably, the recombinant DNA comprising the tissue specific enhancer element ligated to the transcription unit is incorporated into a vector such as a plasmid or a virus which is introduced into the cell line by conventional techniques. Certain of the resulting successful transformants can produce the proteinanceous material of interest (or its precursor) encoded by the transcription unit at levels substantially equal to or approaching the level of expression of the endogenous transcription unit normally associated with the enhancer. Generally, best results are achieved when the transfection results in a stably transformed cell, i.e., one in which the recombinant DNA is integrated into the chromosomal DNA of the cell line or is stably maintained in an extrachromasomal state. Preferred enhancer elements for use in the invention are those which, when present in the endogenous genome of a cell, function to enhance production of a proteinaceous material produced in large quantities, e.g. albumin, globulins, fibrinogen, or hormones.

Novel vectors of the invention for use in transfecting eucaryotic cells derived from a selected tissue comprise a recombinant DNA which includes a transcription unit encoding the proteinaceous material of interest, e.g., a cDNA, and an associated promoter sequence, and another DNA segment containing the

-6-

enhancer element. The enhancer, if located at a site within an active region on the recombinant DNA sufficiently close to the transcription unit, enhances production of mRNA. The enhancer element used in the vector must be operative in a cell from the same tissue type as the cell to be transformed. It is operative to enhance production of the mRNA independent of its orientation and position within the active region.

The novel eucaryotic cell transformants for producing proteinaceous material comprise a cell from a selected tissue, modified by transfection with recombinant DNA comprising the transcription unit and an enhancer element endogenous to and active in the selected tissue.

By following the teachings disclosed herein, one can select a mitotically competent cell line, e.g., a myeloma, hepatoma, or other continuous cell line available from various repositories and/or researchers in recombinant DNA technology, and can transfect the cell line with recombinant DNA including an appropriately positioned enhancer and a transcription unit for the protein of interest. If the selected enhancer normally functions to increase transcription, thereby enabling the cell to produce large quantities of a proteinaceous substance, a temporarily or stably transformed cell line can result which exhibits enhanced transcription of mRNA and efficiently produces valuable proteinaceous products.

Practice of the invention enables the genetic engineer to exploit the prolific protein production ability of certain cells to produce large amounts of a protein of interest in a viable, stable cell culture.

-7-

* Vectors of the invention also include those comprising a restriction site and an enhancer element located sufficiently close to the restriction site so that a transcription unit inserted into the site is expressed at enhanced levels when the recombinant vector is transfected into a cell line derived from the same cell or tissue type in which the enhancer is active. Such "universal vectors" may also include a promoter, e.g., an inducible promoter, upstream ... also include a ... restriction site.

Accordingly it is an object of the invention to provide a generalized method of engineering eucaryotic cells to produce large quantities of proteins. Another object is to provide a novel family of vectors for transfecting eucaryotic cells to produce cultures of transformants having improved protein producing properties. These and other objects and features of the invention will be apparent from the following description and from the drawing.

-8-

BRIEF DESCRIPTION OF THE DRAWINGS

Figure 1 is a partial restriction map of Plasmid pSV-$\gamma$2bVC.  A 9kb Bgl II fragment was inserted into the Bam HI site (indicated by Bg/Bm) of plasmid pSV2gpt.  The Ecogpt gene (wide stripes) is flanked by SV40 sequences (thin stripes) including the origin (ori) of replication and mRNA start site (arrow).  The $\gamma$2b gene (narrow line) contains VDJ and C$\gamma$2b exons (solid boxes) and a mRNA start site (arrow) about 30 bp upstream of the VDJ coding sequence.  The DNA segments deleted in plasmids pSV-$\gamma$2b3'R$\Delta$1 and pSV-$\gamma$2b3'R$\Delta$2 are shown in linear form above the circular map.  The sizes of the deletions, as determined by restriction analysis, are indicated;

Figure 2 is an autoradiogram demonstrating the expression of $\gamma$2b heavy chain protein in transfected cells. Transfected cell lines were labeled with $^{35}$S-methionine and cell extracts were analyzed.  Immunoprecipitated proteins were analyzed by SDS-polyacrylamide gel electrophoresis and fluorography. Four transfected lines (pools of individual clones) were analyzed for each plasmid tested.  Lane 1: control J558L cells; lanes 2-5: cells transfected with plasmid pSV-$\gamma$2bVC; lanes 6-9: cells transfected with plasmid pSV-$\gamma$2b3'R$\Delta$1; lanes 10-13: cells transfected with plasmid pSV-$\gamma$2b3'R$\Delta$2.  Secreted proteins from cells transfected with plasmid pSV-$\gamma$2bVC (lane 14), plasmid pSV-$\gamma$2b3'R$\Delta$1 (lane 15), and plasmid pSV-$\gamma$2b3'R$\Delta$2 (lane 16) were immunoprecipitated and analyzed on the same gel;

Figure 3 is an autoradiogram similar to Figure 2 demonstrating the expression of $\gamma$2b heavy chain protein in

-9-

subclones of the cell pools used to obtain the results of Figure 2. Cell lines subcloned from the transfected cell lines were tested for $\gamma$2b heavy chain protein synthesis as in Figure 1. The plasmids used for transfection are indicated below the autoradiogram. Control (C) cell extract is shown in lane 11. The positions of the $\gamma$2b heavy chain and $\lambda$ light chain (synthesized in J558L cells but not immunoprecipitated in the absence of $\gamma$2b heavy chain) are indicated;

Figure 4 is a restriction map of plasmid pSV- $\gamma$2b.$\Delta$ X$_{2/4}$. This plasmid was constructed from plasmid pSV- $\gamma$2bVC (shown in Figure 1) by removing two Xba I fragments from the $\gamma$2b gene intron (from the X$_2$ to the X$_4$ sites in Figure 1). Derivatives of plasmid pSV- $\gamma$2b$\Delta$X$_{2/4}$, labeled A through D, contain inserts of the 1 kb X$_{2/3}$ fragment in the sites indicated and the orientation (relative to transcription) is shown with an arrow;

Figure 5 is an autoradiogram demonstrating the effect of the presence of an enhancer and its orientation and position in expression of $\gamma$2b heavy chain in cells transfected with the plasmids of Figure 4. Analysis was carried out as described in Figure 2. Cell lines tested were J558L (lane 1), and those transfected with plasmid pSV- $\gamma$2bVC (lane 2), plasmid pSV2- $\gamma$2b$\Delta$ X$_{2/4}$ (lanes 3 and 4), plasmid pSV- $\gamma$2b$\Delta$X$_{2/4}$A (lanes 5 and 6), plasmid pSV- $\gamma$2b$\Delta$ X$_{2/4}$B (lanes 7 and 8), plasmid pSV- $\gamma$2b$\Delta$X$_{2/4}$C, (lanes 9 and 10), and plasmid pSV- $\gamma$2b$\Delta$ X$_{2/4}$D (lanes 11 and 12);

Figure 6 is a restriction map of plasmids ppL 2b-tk and ppL$\gamma$2b$\Delta$X$_{2/3}$-tk. Plasmid ppL $\gamma$2b-tk was constructed by inserting

-10-

a 2.3 kb fragment of the herpes virus tk gene into the unique
Sal I site of plasmid ppL-$\gamma$2bVC. The direction of transcription
of the tk gene (arrow) is opposite that of the $\gamma$2b gene. The
sequences deleted in plasmid ppL-$\gamma$2b $\Delta$ X$_{2/3}$-tk are indicated;

Figure 7 is an autoradiogram illustrating the results
of Southern gel blotting analysis of DNA from L tk- cells (lane
1), and cells transfected with plasmid ppL-$\gamma$2b-tk (lane 2), or
plasmid ppL-$\gamma$2b $\Delta$ X$_{2/3}$-tk (lane 3). DNA was digested with Hind
III and hybridized to nick-translated $\gamma$2b DNA (the 9 kb Bgl II
fragment used for plasmid construction);

Figure 8 illustrates the results of Northern gel
blotting analysis of total cell RNA from MOPC 141 myeloma cells
(lane 1), and *mouse L cells* cells transfected with plasmid ppL$\gamma$2b-tk (lane 2),
or plasmid ppL$\gamma$2b $\Delta$ X$_{2/3}$-tk (lane 3). Nick-translated C$\gamma$2b probe
was used for hybridization;

Figure 9 is a restriction map of plasmid pSER
illustrating the differences between it and its parent plasmid
pSV2 gpt. Note that the segment of SV-40 DNA containing the
viral enhancer element (72 bp repeat) has been deleted to produce
plasmid pSER. The gpt resistant phenotype cannot be expressed in
cells after transfection with plasmid pSER unless a DNA restric-
tion fragment (test DNA), which is capable of functioning as an
enhancer in the cell, is inserted in the EcoRI or other suitable
site on plasmid pSER. This plasmid can thus be used to screen
cellular DNA for enhancer elements. The solid bar represents
sequences derived from plasmid pBR322; thin striped bar sections
represent sequences derived from SV-40; wide striped bar sections
represent gpt coding sequences; and

-11-

Figure 10 is an illustration of the nuclectide sequences of DNA comprising an enhancer element located on a major intron of a $\gamma$2b heavy chain murine gene ($X_{2/3}$ fragment).

-12-

## DESCRIPTION

Methods of identifying and isolating genes encoding proteins of interest, or for constructing such genes, are now well understood and developed. The literature describes numerous methods useful in obtaining genes encoding various interferons, hormones, antibodies, lymphokines, blood clotting factors, enzymes and many other proteins or glycoproteins useful in medical or veterinary science. This invention provides methods of inducing high level expression of such genes in stable, mitotically competent eucaryotic cell cultures.

The concept of the invention is to exploit tissue-type specific or cell-type specific cell enhancers to produce large quantities of valuable proteins in engineered, continuous cell lines. Any cellular enhancer may be recombined with any gene and any suitable promoter for the gene to achieve these results provided the resultant recombinant DNA is transfected into a cell derived from the same tissue type or the same cell type as the cell in which the enhancer is normally active. Thus, the practice of the invention enables expression of a desired DNA encoding a protein of interest at substantially the same high levels as the natural expression of an endogenous gene in cells capable of producing large quantities of protein such as immunoglobulin, fibrinogen, albumin, or hormones.

Useful enhancer elements may be obtained from a genetic library of human, other animal, or other species, or from a cell sample. The enhancer element will typically be found in association with a transcription unit encoding a protein which is

-13-

produced in abundance in a particular cell type.  Thus, the con-
ventional methods used to locate genes encoding particular
materials in natural genomes will be useful in locating func-
tional cellular enhancers.  Useful enhancer sequences may be
located either upstream, downstream, or within a transcription
unit.  The enhancer sequences function to greatly increase
transcription, but only in a specific tissue-type or cell-type;
the enhancer function of the sequences is greatly diminished or
totally absent in other types of cells.  The enhancer sequences
are characterized by substantial insensitivity to changes in
orientation and position relative to the transcription unit, pro-
vided they are located within an "active region".  The active
region may span a length of the DNA 10 thousand or more base
pairs upstream and downstream from the transcription unit.

DNA comprising the enhancer element is ligated to DNA
comprising a transcriptionally competent transcription unit.  The
unit consists of exons encoding the protein of interest, a pro-
moter, and other regulatory sequences.  The enhancer is operative
whether located upstream or downstream from the transcription
unit or in an intron, provided it is within the active region.
However, the level of enhancement may vary somewhat depending on
its position relative to the transcription unit.  Any suitable
promoter may be used, including inducible promoters, e.g., the
~~metalothionine~~ *metallothionein* promoters.

This recombinant DNA is then transfected into a cell
line which is preferably an established, easily-maintained, and
easily grown animal cell line which does not secrete large

-14-

amounts of protein. The cell line and the enhancer element are selected to be as compatible as possible. Since each of the cell enhancers useful in the invention are tissue-type or cell-type specific, they typically do not function, or function only at very low or undetectable levels when transfected into cell lines derived from tissues different from the tissue in which they are normally active. In some cases, the enhancers are cell-type specific and will not function if placed in a different cell-type, even one derived from the same tissue type.

Accordingly, for optimum results the cell line and the enhancer should be matched as closely as possible. For example, an enhancer operative in B lymphocytes or in a hybridoma to increase production of immunoglobulin should be transfected into a lymphoid cell line, preferably an immortal, B lymphocyte-derived cell line, and most preferably into such a cell line which has lost its ability to express endogenous immunoglobulin. An enhancer which normally functions in a liver cell to increase production of albumin should be used in an immortal cell line of hepatic origin, and preferably a cell line derived from a cell which secretes albumin. In these and other situations the resulting transformants can express protein encoded by the recombinant transcription unit at levels approaching the expression of the endogenous protein.

-15-

## Selection of Enhancer

Enhancers active in particular types of eucaryotic cells are present in association with transcription units encoding the various proteins produced by the cells. However, since the entire genome of an individual is present in all of the cells of the individual, enhancers may be derived from any cell of the individual or from a genetic library. Investigation of a number of such cellular enhancers has shown that they have core sequences in common with viral enhancers. Fragments containing enhancer activity which are reduced in size with restriction enzymes lose their enhancer function progressively. Intact enhancer element sequences are often a thousand or more base pairs in length, but residual enhancer activity can often be found in significantly shorter fragments.

A useful approach to identifying and isolating an enhancer useful in a selected cell type, e.g., a lymphoid cell, is to identify the gene for a protein produced in abundance by a lymphoid cell line and to subclone restriction fragments of the gene and its flanking regions into a vector at a location reasonably close to some expressable DNA. The recombinant vectors are then transfected into cells of the selected cell type (here lymphoid cells), and the cells are assayed to determine which if any are producing the protein encoded by the expressable DNA at enhanced levels. Any such recombinant containing the enhancer element may be used as a source of enhancer element for constructing vectors useful in the practice of the invention.

A preferred screening method involves construction of a "test vector". Such a vector imparts a phenotypic charac-

-16-

teristic, e.g., resistance to a cell toxin, necessary for cell
survival in a screening medium only if, before transfection, an
enhancer active in the cell has been recombined in the vector.
Such vectors can be constructed by deleting from a known vector
the viral enhancer sequences normally associated with expression
of the phenotype such that the deletion vector is no longer
effective to impart the phenotype.  Restriction fragments of the
test gene and its flanking region suspected to contain an
enhancer are then inserted into the deletion vector, the recom-
binants are transfected into the cell line, and the cells are
cultured in the presence of the toxin.  In this circumstance,
only clones containing recombinants which include an enhancer
element operative in the cell line will survive.  This results in
a cell culture of cells which must have the phenotype and accor-
dingly must have an enhancer effective in the cells.

        The enhancer is then excised from these recombinant
vectors and recombined with a transcription unit encoding a pro-
tein of interest in the same or a different vector.  Vectors
including an enhancer element may be constructed using conven-
tional techniques.  They may be constructed from phages, animal
or other viruses, or plasmids using conventional restriction
enzymes, ligases, and other methodology.  Vectors and transfec-
tion procedures resulting in stably transform cells are pre-
ferred.  The vectors comprise a DNA segment containing the
enhancer function ligated to a DNA segment including a transcrip-
tion unit, i.e., one or more exons and a promoter.

        Transfection of the vector into the eucaryotic cell
line can result in transformants which produce protein encoded by

-17-

the transcription unit at levels comparable to the production of the endogenous protein naturally occurring in cells.  The vectors may be introduced into cells by conventional techniques, e.g., employing protoplast fusion, agents such as calcium phosphate, or microinjection.

The invention will be further understood from the following nonlimiting examples, for which all of the starting materials are readily available to those skilled in the art from commercial or other sources.

Example 1 – Enhanced Expression of Mouse $\gamma$2b
          Heavy Chain Gene in Mouse Myeloma

An immunoglobulin heavy chain gene fragment approximately 9kb long from a phage clone (M141 - p 21) derived from MOPC-141 mouse tumor cells (Sakano et al., Nature, 286, 676-683, 1980) of lymphoid origin, known to be expressed at low levels in transfected mouse L cells, was subcloned into plasmid pSV2 gpt (Mulligan et. al., Science, 209, 1422-1427, 1980).  This plasmid contains an expressable DNA segment which permits cell growth in the presence of mycophenolic acid when exogeneous xanthine is added to the culture medium.

The recombinant plasmid pSV-$\gamma$2bVC was constructed by inserting a 9 kb Bgl II fragment from phage clone M141-p21 into the unique Bam HI site of plasmid pSV2gpt(RI).  This latter plasmid was constructed by mutating the Eco RI site of plasmid pSV2gpt.  The transcription orientation of the $\gamma$2b gene is opposite that of the gpt gene (see Figure 1).

-18-

Plasmid pSV$\gamma$2bVC was transfected into the mouse myeloma line, J558L, which has lost its ability to express its endogenous heavy chain gene (see Oi et. al., Proc. Nat. Acad. Sci. U.S.A. 80, 825 - 829). The J558L cells were grown in Dulbecco's modified Eagle's medium (MEM) containing 10% fetal calf serum. J558L cells were transfected by a modification of the protoplast fusion technique (Sandri-Goldin et. al., Mol. Cell. Biol. 1, 743, 752, 1981). Approximately 2 X $10^6$ cells (grown to a density of 4 to 6 X $10^5$ cells/ml) were washed once with serum-free MEM, collected by centrifugation (5 min. at 500xg), and suspended by gentle pipetting in the protoplast suspension (approximately 2 X $10^9$ protoplasts in 4 ml). The cell-protoplast suspension was transferred to a 60 mm dish and centrifuged at 1500 g for 7 min. After gentle aspiration of the supernatant, 1.5 ml of 50% polyethylene glycol (PEG-1500, in serum-free MEM and prewarmed to 37°C) was added and the dish was spun at 500xg until 90 sec had elapsed from the time of PEG addition. Cells were resuspended by gently pipetting in two 5 ml washes of prewarmed, serum-free MEM which were added to 15 ml of MEM in a 50 ml centrifuge tube. Following centrifugation at 500xg for 5 min, cells were resuspended in growth medium containing kanamycin (100 $\mu$g/ml) and plated in 96-well dishes at two densities:  1 X $10^4$ cells per well and 2 X $10^3$ cells per well. After 48 hr selective medium containing mycophenolic acid (Oi et. al., <u>supra</u>, 1983) was added so that only successfully transfected cells survived.

Cell lines obtained by transfection with plasmid pSV$\gamma$2bVC and selection for gpt expression (grown in the presence of mycophenolic acid) were found to express high levels of $\gamma$2b

-19-

heavy chain (Figure 2, lanes 2-5). These levels of expression of the exogenous $\gamma$2b genes are estimated to be about 20% of that of the endogenous $\gamma$2b gene in MOPC 141. Apparently, this heavy chain can form an immunoglobulin molecule with the $\lambda$ light chain of myeloma J558L, because the light chain was immunoprecipitated from cell extracts with antiheavy chain antisera and equimolar amounts of heavy and light chain were secreted into the culture medium (Figure 2, lane 14).

Deletion mutants of the parental plasmid were constructed to test whether the removal of specific noncoding DNA sequences would affect the expression of the $\gamma$2b gene in J558L cells. Because deletions between the VDJ and $C_\mu$ exons of an Abelson murine leukemia virus-transformed cell line have been correlated with decreased heavy chain production (Alt et. al., Nature, 296, 325-331, 1982), mutant plasmids were constructed with deletions in this region. Two such plasmids, pSV-$\gamma$2b3'R$\Delta$1 and pSV$\gamma$2b3'R$\Delta$2 contain overlapping deletions around the unique Eco RI site of the parental plasmid pSV-$\gamma$2bVC (Figure 1 and Figure 10).

Plasmids pSV$\gamma$2b3'R$\Delta$1 and pSV$\gamma$2b3'R$\Delta$2 were constructed by digesting Eco RI-cut pSV$\gamma$2bVC DNA with exonuclease Bal 31 (1 U/$\mu$g of DNA) at 23°C for 2 or 4 min and recircularizing the products with T4 DNA ligase. The extent of the deletions were determined by restriction analysis and DNA sequencing. These three plasmids were introduced into J558L myeloma cells and the expression of the $\gamma$2b heavy chain gene in stably transformed cells was compared.

-20-

Cell lines obtained by transfection (as set forth above) with plasmid pSV-$\gamma$2b3'R$\Delta$1 synthesized high levels (no less than half of the wild type level) of $\gamma$2b heavy chain (Figure 2, lanes 6-9) and secreted immunoglobulin (Figure 2, lane 15). In contrast, four cell lines obtained by transfection with plasmid pSV-$\gamma$2b 3'R$\Delta$2 synthesized only low levels (about 5% of the wild type level) of heavy chain (Figure 2, lanes 10-13). The same results were obtained when subclones of each pool were tested for $\gamma$2b heavy chain expression (Figure 3), although more variation was observed in the level of expression between individual clones. Nonetheless, these results demonstrate that DNA sequences deleted in plasmid pSV-$\gamma$2b 3'R$\Delta$2, but still present in pSV-$\gamma$2b 3'R$\Delta$1, (see Fig. 10) are essential for the high level expression of heavy chain genes in myeloma cells.

The DNA sequences defined as viral enhancer elements have been shown to stimulate the transcription of homologous or heterologous promoters either upstream or downstream, and in either orientation with respect to the direction of transcription. In order to test whether the putative enhancer sequences located in the major intron of the $\gamma$2b gene and present in the pSV-$\gamma$2b3'R$\Delta$1 deletion plasmids behave similarly, a plasmid with most of the intron sequences deleted was constructed. A 1 kb Xba I fragment ($X_{2/3}$, see nucleotide sequence, Fig. 10) containing those intron sequences with potential enhancer activity were then inserted into either of two sites and in either of the two orientations. The first corresponds to the original position of this fragment in the parental plasmid (as part of the VDJ-C$\gamma$2b intron) and the second is approximately 1.4 kb upstream (on the

-21-

5' side of the V gene segment). Four plasmids were obtained
which contained the $X_{2/3}$ fragment in the normal or reversed
orientation, either upstream or downstream of the mRNA start site
(see Figure 4).

Plasmid pSV- $\gamma$ 2b Δ $X_{2/4}$ was constructed by first
digesting plasmid pSV $\gamma$ 2bVC DNA with Bgl II and then partially
digesting with Xba I. The 6.5 kb partial digestion product
extending from the unique Bgl II site to the Xba I site $(X_2)$ on
the 3' side of the VDJ exon (clockwise on the map in Figure 1)
and the 5.1 kb complete digestion product extending from the
Bgl II site, counterclockwise to the Xba I site $(X_4)$ on the 5'
side of the C $\gamma$ 2b coding region, were gel purified and ligated.
Derivatives of this plasmid (A-D of Fig. 4) were constructed by
partially digesting with Xba I, treating the DNA with calf
intestine alkaline phosphatase, purifying linear full-length DNA,
and ligating the products with the 1 kb Xba I fragment extending
from the $X_2$ to $X_3$ sites ($X_{2/3}$ fragment in Figure 1). The site of
insertion and the orientation of the $X_{2/3}$ fragment were deter-
mined by restriction analysis.

Cell lines obtained by transfection with the plasmids
just described were analyzed for the expression of $\gamma$ 2b heavy
chain. As indicated in Figure 5, cells transfected with plasmid
pSV-$\gamma$ 2b Δ $X_{2/4}$ (with most of the intron deleted) did not synthe-
size significant levels of $\gamma$ 2b protein (lanes 3 and 4). The
insertion of the $X_{2/3}$ fragment containing the enhancer into the
intron site (the normal position of this fragment) restored the
expression of $\gamma$ 2b protein in both the normal (Figure 5, lanes 5

-22-

and 6) or reversed (Figure 5, lanes 7 and 8) orientations.
Similarly, insertion of the same fragment upstream of the V gene
segment (on the 5' side of the transcriptional promoter) in
either the normal (Figure 5, lanes 9 and 10) or the reversed
(Figure 5, lanes 11 and 12) orientation also restored the
expression of $\gamma$2b protein to normal levels.

These results clearly demonstrate that the intron
sequences deleted in the 3'R$\Delta$2 mutant plasmid have a direct
effect on transcription in a manner that is analogous to the
viral enhancers. They also show that the enhancer function does
not require the expression of these sequences in the $\gamma$ 2b gene
primary transcript, because movement of the $X_{2/3}$ fragment outside
of the transcription unit (i.e., the $X_1$ site) had no effect on
its enhancer activity.

The steady-state level of $\gamma$ 2b mRNA in transfected cell
lines was analyzed by Northern gel blotting and hybridization
with the C $\gamma$2b probe. It should be noted that the $\gamma$2b heavy
chain gene used in this example does not contain the exons coding
for the membrane form of $\gamma$2b and thus the only species of mRNA
expected in transfected cells is the secreted form (1.7 kb).

Cell lines transfected with plasmid pSV-$\gamma$2b VC and
plasmid pSV$\gamma$2b 3'R$\Delta$1 contain high levels of the secreted form of
$\gamma$2b mRNA. The cell lines transfected with plasmid pSV$\gamma$2b3'R$\Delta$2
contained much lower levels of $\gamma$2b mRNA of the correct size, in
agreement with the decreased level of $\gamma$2b heavy chain protein.
Thus, mammalian enhancers function at the level of transcription,
significantly increasing the copy number of mRNA. In this

-23-

experiment, the apparent enhancement of protein production was 20 fold. However, in a separate experiment (see below) it was determined that the enhancer element also increased expression of the gpt gene. This separate enhancement resulted in viable transformants containing the enhancer having a plasmid copy number only 5% that of viable transformants containing no enhancer element. Thus, protein expression was actually enhanced about 400 fold on a per gene copy basis.

Example II - Enhanced Expression of gpt Gene
            in Mouse Myeloma

DNA from J558 cells transfected with pSV-$\gamma$2b VC, pSV$\gamma$2b3'R $\Delta$ 1, and pSV$\gamma$2b3'R $\Delta$ 2 were analyzed by Southern gel blotting to determine the plasmid copy number and its possible effect on the level of $\gamma$2b mRNA. When a pSV2gpt plasmid DNA probe was used for hybridization, a striking difference in plasmid copy number was found. Two prominent bands, corresponding to the two large Hind III fragments (6.2 kb and 5.0 kb) common to all the plasmids, are detected with this probe. The DNA sequences deleted in plasmid pSV-$\gamma$2b3'R $\Delta$ 2 (those required for the high level expression of $\gamma$2b mRNA) also have a dramatic effect on the number of copies of plasmid required for transformation to the gpt+ phenotype. When these sequences are present, as they are in plasmids pSV-$\gamma$2bVC and pSV-$\gamma$2b3'R $\Delta$ 1, a low copy number is sufficient for gpt transformation. In the absence of these sequences, as in pSV-$\gamma$2b3'R $\Delta$ 2, the copy number is increased at least 20-fold, presumably to compensate for a comparable decrease in gpt mRNA transcription.

-24-

The DNA sequences required for the high level expression of $\gamma$2b mRNA therefore also enhance the level of expression from the heterologous SV40 promoter at least 20 times.

Example III - Cellular Enhancer Genes are
                Tissue Specific

The $\gamma$2b gene used in examples I is also accurately transcribed in mouse fibroblasts (Ltk⁻ cells) cotransfected with the herpes virus tk gene (thymidine kinase) and plasmid ppL$\gamma$2b VC. The level of $\gamma$2b gene expression in these cells was found to be proportional to the number of transfected genes, but is at least two orders of magnitude less per gene copy than in the myeloma cells used in the previous examples. Thus it appeared likely that the enhancer element, described above, does not function in nonlymphoid cells.

In order to compare the levels of $\gamma$2b gene expression in fibroblasts, with and without the immunoglobulin enhancer, a deletion mutant, ppL $\gamma$2b $\Delta$ X$_{2/3}$, lacking these sequences was constructed (Figure 6). The plasmids were then modified so that a high copy number of $\gamma$2b genes would be integrated into the transfected L cells and increase the expression of the $\gamma$2b gene to an easily detectable level. This was done by inserting a truncated tk gene (a 2.3 kb Eco RI fragment containing only limited 5' upstream sequences) into both the wild type and mutant plasmids. Transformation to the tk+ phenotype with this fragment requires the transfer of multiple plasmid copies into cells, thus another gene on the same plasmid would also be present at a high copy number in tk transformants.

-25-

Plasmids ppL $\gamma$2b tk and ppL$\gamma$2b$\Delta$X$_{2/3}$ tk were introduced into mouse Ltk$^-$ cells and the tk+ transformants (approximately 50 individual clones) were pooled, grown in mass culture, and tested for the presence of $\gamma$2b DNA sequences. As seen in Figure 7, each transfected cell line contained comparable numbers of tandem, head-to-tail oligomers of either plasmid. Control experiments (not shown) indicate that individually cloned cell lines also contain the same number (about 15 copies per cell) of transfected plasmid DNA. Apparently the copy number is determined by the level of expression of the tk gene which, in this case, has been reduced considerably by the deletion of the upstream sequences. To compensate for the low level of expression, multiple copies of the tk gene are required for tk transformation. This, then, is analogous to the results with pSV2gpt vectors described in Example II.

$\beta$

Comparing the expression of the normal and mutant $\gamma$2b heavy chain genes in these cell lines by Northern gel blotting analysis of total cell RNA, as seen in Figure 8, the steady-state level of $\gamma$2b mRNA is not affected by the deletion of the immunoglbulin enhancer. It was concluded that the low level expression of the heavy chain gene in L cells is a result of the fact that this enhancer element is functional only in lymphoid cells. Additional experiments carried out to test the tissue specificity of the immunoglobulin enhancer confirm this conclusion.

Example IV    Isolation of Enhancer Elements
             From Animal Cell Genomes

A plasmid vector suitable for screening animal DNA restriction fragments for enhancer activity was constructed by

-26-

digesting pSV2gpt DNA with Sph I and Pvu II and removing the 3'
protruding bases with T4 DNA polymerase (O'Farrell, Bethesda
Research Labs Focus 3(3), 1, 1981). Ligation of the blunt ends
produced a modified vector, designated pSER (see Fig. 9), which
no longer included the SV40 enhancer. Plasmid pSV2gpt, when
transfected into either the J558L myeloma or a B lymphoma line
A20-2J, could transform the cells to the gpt+ phenotype whereas
pSER could not. Thus, pSER is dependent on the addition of
enhancer sequences for efficient transformation. By transfecting
pSER constructs comprising inserted putative enhancer sequences,
fragments containing enhancer activity may be isolated.

      For example, to test the possibility that an enhancer
element might be associated with the mouse $E_\mu$ gene, restriction
fragments of the gene and its flanking regions were subcloned
into the EcoRI site of plasmid pSER, and the ability of the
recombinant plasmids to transform the B lymphoma line, A20-2J, to
the gpt+ phenotype was analyzed.

      Only one region out of 28 kb of $E_\mu$ coding and flanking
sequences was found to be positive in this assay - a 4.1 kb Hind
III-EcoRI fragment containing the first $E_\mu$ exon and approximately
2.7 kb of upstream sequence. The site of insertion of this
fragment in plasmid pSER was 2.5 kb away from the SV40 promoter,
and the 4.1 kb fragment worked equally well in both orien-
tations. Furthermore, the fragment could be substituted for the
deleted SV40 enhancer. It was therefore concluded that an
enhancer element was located in this region of the $E_\mu$ gene.

      The fragments tested for enhancing activity in the pSER
assay included three which extend from the 5' end of the 4.1 kb

-27-

fragment (Hind III site) but differ at their 3' ends. Fragments extending either to the BstXI site near the E gene promoter (HX fragment) or to the Bam HI site at about -600 (HB fragment) contain full enhancing activity. The BstXI to EcoRI fragment (XR), containing the first $E_\beta$ gene exon and a portion of the first intron, had no detectable enhancer activity. Two short sequences upstream of the promoter had been identified as conserved elements when compared to the murine $E_\alpha$ and human $DR_\alpha$ 5' flanking regions. Since the HB and HX fragments worked equally well in the enhancer assay, even though these sequences were not contained in the HB fragment, it was concluded that these elements are not necessary for enhancing activity.

Subfragments of the 2.0 kb HB fragment were negative in the pSER assay. These included the fragments produced by cleavage with PvuII (HP and PB) and a fragment spanning the PvuII site. Thus, most of the sequences contained in the 2.0 kb HB fragment are required for enhancing activity.

Next the recombinant plasmids that exhibited enhancer activity in A20-2J cells were tested for enhancing activity in other murine cell types. No enhancer activity was detected when the 4.1 kb or HB fragment recombinants were used to transfect fibroblasts (L cells), indicating that this enhancing activity is also tissue-specific. These same plasmid constructs were also negative in a myeloma cell line (J558L), a lymphoid-derived (Ia-negative) cell type which represents the next step of differentiation after the Ia-positive B cell. In contrast, the pSER recombinant containing the immunoglobulin heavy-chain (IgH)

-28-

enhancer described above was found to be positive in both the B lymphoma (A20-2J) and myeloma lines. This result is not unexpected since both cell types express their functionally rearranged IgH genes.

In order to show that the enhancement of transformation frequencies is correlated with enhancement of transcription, the HB fragment from the $E_{\beta}$ gene was inserted into plasmid pSV-$\gamma$2b $\Delta$ X$_{2/4}$ and the levels of $\gamma$2b mRNA in stably transformed A20-2J or J558L cells was analyzed. The levels of $\gamma$2b mRNA, determined by S1 nuclease protection, were compared in A20-2J and J558L cells transfected with plasmid pSV-$\gamma$2b$\Delta$X$_{2/4}$ containing either no inserted DNA, fragment X$_{2/3}$ (IgH enhancer), or the $E_{\beta}$ HB fragment in either orientation. The results show that J558L cells transfected with the construct containing the IgH enhancer contained high levels of $\gamma$2b mRNA. No $\gamma$2b mRNA could be detected in J558L cells transfected with the constructs containing the $E_{\beta}$ HB fragment in either orientation even with much longer exposures of the autoradiogram. Lower levels of $\gamma$2b mRNA were detected in A20-2J cells transfected with the plasmid construct containing the IgH enhancer fragment. In contrast to the results with J558L cells, A20-2J cells transfected with the $E_{\beta}$ HB fragment constructs contained levels of $\gamma$2b mRNA that were comparable to that seen with the IgH enhancer. These results are in agreement with the data obtained from the pSER transformation assay and confirm that the IgH sequences function as an enhancer in both cell types while the $E_{\beta}$ HB fragment functions as an enhancer in a more specific manner -only in the Ia-postive B lymphoma but not in another lymphoid-derived cell type.

-29-

**DECLARATION AND POWER OF ATTORNEY**
**JOINT INVENTORS**

ATTORNEY'S DOCKET NUMBER (IF ANY)

We the undersigned declare that the information (in items 20) to 206 and 301) below is true, that we believe that we are the original, first, and joint inventors of the invention described and claimed in the attached specification, that as to common subject matter of this application we believe no other United States application(s), if any, described in item 105 below, we do not believe that the same was ever known or used in the United States before our invention thereof or patented or described in any printed publication in any country before our invention thereof or more than one year prior to such earlier application(s), or in public use or on sale in the United States more than one year prior to such earlier application(s), that the said common subject matter has not been patented or made the subject of an inventor's certificate issued before the date of such earlier application(s) in any country foreign to the United States on an application, filed by us or our legal representatives or assigns more than twelve months prior to such earlier application(s) and that no application for patent or inventor's certificate on said common subject matter has been filed by us or our legal representatives or assigns in any country foreign to the United States except those identified in item 600 below, if any; that, as to any subject matter of this application which is not common to any of said earlier application(s) (non-common subject matter), we do not know and do not believe that the same was ever known or used in the United States before our invention thereof or patented or described in any printed publication in any country before our invention thereof or more than one year prior to the date of this application, or in public use or on sale in the United States more than one year prior to the date of this application, and that said non-common subject matter has not been patented or made the subject of an issued inventor's certificate in any country foreign to the United States on an application filed by us or our legal representatives or assigns more than twelve months prior to the date of this application; that we acknowledge our duty to disclose information of which we are aware which is material to the examination of this application, and that no application for patent or inventor's certificate on said non-common subject matter has been filed by us or our legal representatives or assigns in any country foreign to the United States prior to this application except those identified in said item 600, and that we have reviewed and understood the contents of the specification, including the claims as amended by any amendment referred to herein.

FULL NAME OF APPLICANT (INCL. AT LEAST ONE UNABBREVIATED FIRST OR MIDDLE NAME)

| LAST | FIRST | MIDDLE |
|------|-------|--------|
| Gillies | Stephen 40100 | D. |

RESIDENCE:

| CITY | STATE (OR FOREIGN COUNTRY) | COUNTRY OF CITIZENSHIP |
|------|------|------|
| Scituate MA | Massachusetts | U.S.A. |

POST OFFICE ADDRESS:

| STREET ADDRESS | CITY | STATE (OR FOREIGN COUNTRY) | ZIPCODE |
|------|------|------|------|
| 9 Old Driftway | Scituate | Massachusetts | 02066 |

FULL NAME OF APPLICANT (INCL. AT LEAST ONE UNABBREVIATED FIRST OR MIDDLE NAME)

| LAST | FIRST | MIDDLE |
|------|-------|--------|
| Tonegawa | Susumu 40200 | |

RESIDENCE:

| CITY | STATE (OR FOREIGN COUNTRY) | COUNTRY OF CITIZENSHIP |
|------|------|------|
| Chestnut Hill MA | Massachusetts | Japan |

POST OFFICE ADDRESS:

| STREET ADDRESS | CITY | STATE (OR FOREIGN COUNTRY) | ZIPCODE |
|------|------|------|------|
| 44 Broadlawn Park | Chestnut Hill | Massachusetts | 02167 |

FULL NAME OF APPLICANT (INCL. AT LEAST ONE UNABBREVIATED FIRST OR MIDDLE NAME)

| LAST | FIRST | MIDDLE |
|------|-------|--------|
| | | |

RESIDENCE:

| CITY | STATE (OR FOREIGN COUNTRY) | COUNTRY OF CITIZENSHIP |
|------|------|------|
| | | |

POST OFFICE ADDRESS:

| STREET ADDRESS | CITY | STATE (OR FOREIGN COUNTRY) | ZIPCODE |
|------|------|------|------|
| | | | |

LISTING OF APPLICANTS CONTINUED ON PAGE 2 HEREOF:  ☐ YES  ☒ NO

301 TITLE OF INVENTION:
Enhanced Production of Proteinaceous Materials in Eucaryotic Cells

600 Earliest foreign application, if any, filed WITHIN 12 months prior to the U.S. effective filing date of this application, priority of which is claimed under 35 USC 119.  ☐ YES  ☒ NO

| COUNTRY | APP. NO. | DATE OF FOREIGN FILING | CONTINUED ON PAGE 2 HEREOF |
|------|------|------|------|
| | | | ☐ YES  ☐ NO |

105 ☐ Specific reference to our related earlier filed U.S. application(s) of which this application is a ☐ CONTINUATION ☐ CONTINUATION-IN-PART ☐ DIVISION is made on page ........ of the specification for the purpose of receiving benefit of said earlier filing date(s) 35 USC 120.

And we hereby appoint the following as our attorneys with full power of substitution and revocation. to prosecute this application and to transact all business in the Patent and Trademark Office connected therewith.

| NAME | REG. NO. | NAME | REG. NO. |
|------|------|------|------|
| John A. Lahive, Jr. 301 | 19,788 | Gary A. Walpert | 26,098 |
| James E. Cockfield | 19,162 | Edmund R. Pitcher | 27,829 302 |
| W. Hugo Liepmann | 20,407 | Thomas V. Smurzynski | 24,798 |
| Mark G. Lappin | 26,618 | Ralph A. Loren | 29,325 |
| Arthur A. Smith | 24,178 | Thomas J. Engellenner | 28,711 |

SEND CORRESPONDENCE TO: 60 2 STREET 701 CITY AND STATE ZIP CODE TEL. NO.
NAME LAHIVE & COCKFIELD, 60 STATE STREET, BOSTON, MASSACHUSETTS. 02109 (617) 227-7400

We further declare that all statements made herein of our own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code, and that such willful false statements may jeopardize the validity of the application or any patent issuing thereon.

SIGNATURE(S) OF APPLICANT(S)  ☐ HEREON *  ☐ ON PAGE 2 ATTACHED *

| | | DATE OF SIGNATURE |
|------|------|------|
| 101 SDG | Steph. D. Gillies | 3/21/84 |
| 102 ST | Susumu Tonegawa | 3/21/84 |
| 103 | | |

SEE PAGE 2 ATTACHED, SIGNED AND MADE A PART HEREOF:  ☐ YES  ☐ NO
* WHERE USE OF PAGE 2 OF THIS DECLARATION IS NECESSARY, ONLY PAGE 2 IS SIGNED.

# REGULAR UTILITY

Form PTO-436
(Rev. 8/78)

| SERIAL NUMBER (series of 1970) | 592231 | PATENT DATE MAY 05 1987 | PATENT NUMBER | 4663281 |
|---|---|---|---|---|

| SERIES 06/59 | 74 | FILING DATE 03/22/84 | CLASS 435 | SUBCLASS 6-6 | GROUP ART 474 |
|---|---|---|---|---|---|

*4663281*

STEPHEN D. GILLIES, SCITUATE, MA; SUSUMU TONEGAWA, CHESTNUT HILL, MA.

**CONTINUING DATA**********************
VERIFIED
None

**FOREIGN/PCT APPLICATIONS***********
VERIFIED
None

FOREIGN FILING LICENSE GRANTED 04/17/84

| Foreign priority claimed | ☐ yes ☒ no | | AS FILED → | STATE OR COUNTRY MA | SHEETS DRWGS. 3 | TOTAL CLAIMS 28 | INDEP. CLAIMS 4 | FILING FEE RECEIVED $410.00 | ATTORNEY'S DOCKET NO. DBH-466 |
|---|---|---|---|---|---|---|---|---|---|
| 35 USC 119 conditions met | ☐ yes ☐ no | | | | | | | | |
| Verified and Acknowledged | Examiner's Initials | | | | | | | | |

LAUTIVE AND COCKFIELD
50 STATE STREET
BOSTON, MA 02109

Edmund R. Pitcher, Esquire

O.K.

...HANCED PRODUCTION OF PROTEINACEOUS MATERIALS IN ...KYOTIC CELLS

U.S. DEPT. of COMM.-Pat. & TM Office — PTO-436L (rev.

241.98.61
12
7.33.5-5-3

BEST AVAILABLE COPY

| PARTS OF APPLICATION FILED SEPARATELY | | | | | PREPARED FOR ISSUE | |
|---|---|---|---|---|---|---|
| | | | | | Thomas D. Mays | |
| | | | | | (Assistant Examiner) | (Docket Clerk) |
| AT ALLOWANCE | | | | | EXAMINED AND PASSED FOR ISSUE | |
| SHEETS DRWGS. 3 | FIGURES DRWGS. 10 | CLAIMS 25 | CLASS 435 | SUBCLASS 68 | THOMAS G. WISEMAN SUPERVISORY PATENT EXAMINER ART UNIT 127 (Primary Examiner) | 127 (Art Unit) |
| | | | | | Estimate of printed pages | Issue fee due |
| | | | | | Drawings | Spec(s) | |
| | | | RETENTION LABEL | 453 | Notice of allowance and issue fee due (est.) | |
| | | | | | Date mailed | Date paid 1-13-87 |

BEST AVAILABLE COPY

PATENT NUMBER

APPLICATION SERIAL NUMBER
06/592231

APPLICANT'S NAME (PLEASE PRINT)
Gillies et al

IF REISSUE, ORIGINAL PATENT NUMBER

ORIGINAL CLASSIFICATION

| CLASS | SUBCLASS |
|-------|----------|
| 435   | 68       |

CROSS REFERENCE(S)

| CLASS | SUBCLASS<br>(ONE SUBCLASS PER BLOCK) | | |
|-------|------|------|------|
| 435   |      | 377  | 1223 |
| 935   | 36   | 34   |      |
|       |      |      |      |
|       |      |      |      |

INTERNATIONAL CLASSIFICATION (INT. CL. 4)

| C | 1 | 2 | P | 21 | / | 00 |
|---|---|---|---|----|---|----|
| C | 1 | 2 | N | 5  | / | 02 |
| C | 1 | 2 | N | 15 | / | 00 |
| C | 1 | 2 | N | 15 | / | 00 |

| GROUP<br>ART UNIT |
|-------------------|
| 127               |

ASSISTANT EXAMINER (PLEASE STAMP OR PRINT FULL NAME)
Thomas D Mays

PRIMARY EXAMINER (PLEASE STAMP OR PRINT FULL NAME)
THOMAS G. WISEMAN

SUPERVISORY PATENT EXAMINER
ART UNIT 127

ISSUE CLASSIFICATION SLIP

U.S. DEPARTMENT OF COMMERCE
PATENT AND TRADEMARK OFFICE

PTO-270
(10-84)

## SEARCH NOTES



| | Date |
|---|---|
| Computer Search of CAS Dialog (Biosis) (by Author & subject) | 10-17-85 |

**BEST AVAILABLE COPY**

## SEARCHED

| Class | Sub | Date | Exr |
|---|---|---|---|
| 435 | 68 | 10-16-85 | Jm |
| | 70 | 10-78-85 | Jm |
| | 71 | | |
| | 240 | | |
| | 241 | | |
| | 317 | | |
| | 172.1 | | |
| | 172.3 | | |
| 935 | 22 | 10-17-85 | Jm |
| | 23 | | |
| | 24 | | |
| | 26 | | |
| | 32 | 10-18-85 | Jm |
| | 33 | | |
| | 34 | | |
| | 36 | | |
| updated | | 5-28-86 | Jm |
| updated | | Sourk | |
| | | 10-3-86 | Jm |
| updated | | 11-21-86 | Jm |

## PRINT CLAIM(S):

1

## INDEX OF CLAIMS

| Claim Final | Original | 10-18-86 | 10-3-86 | 10-17-86 | 5-28-86 | | | | | | | | Claim Final | Original | Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | ✓ | ✓ | = | | | | | | | | | 26 | 26 | |
| 2 | 2 | ✓ | ✓ | = | | | | | | | | | 27 | 27 | |
| 3 | 3 | ✓ | ✓ | = | | | | | | | | | 28 | 28 | |
| 4 | 4 | ✓ | ✓ | = | | | | | | | | | 29 | | |
| 5 | 5 | ✓ | ✓ | = | | | | | | | | | 30 | | |
| 6 | 6 | ✓ | | | | | | | | | | | 31 | | |
| 7 | 7 | ✓ | | | | | | | | | | | 32 | | |
| 6 | 8 | ✓ | ✓ | = | | | | | | | | | 33 | | |
| 7 | 9 | ✓ | ✓ | = | | | | | | | | | 34 | | |
| 8 | 10 | ✓ | ✓ | = | | | | | | | | | 35 | | |
| 9 | 11 | ✓ | ✓ | = | | | | | | | | | 36 | | |
| 10 | 12 | ✓ | ✓ | = | | | | | | | | | 37 | | |
| 11 | 13 | ✓ | ✓ | = | | | | | | | | | 38 | | |
| 12 | 14 | ✓ | ✓ | = | | | | | | | | | 39 | | |
| 13 | 15 | ✓ | ✓ | = | | | | | | | | | 40 | | |
| 14 | 16 | ✓ | ✓ | = | | | | | | | | | 41 | | |
| 15 | 17 | ✓ | ✓ | = | | | | | | | | | 42 | | |
| 16 | 18 | ✓ | ✓ | = | | | | | | | | | 43 | | |
| 17 | 19 | ✓ | ✓ | = | | | | | | | | | 44 | | |
| 18 | 20 | ✓ | ✓ | = | | | | | | | | | 45 | | |
| 19 | 21 | ✓ | ✓ | = | | | | | | | | | 46 | | |
| 20 | 22 | ✓ | ✓ | = | | | | | | | | | 47 | | |
| 21 | 23 | ✓ | ✓ | = | | | | | | | | | 48 | | |
| 22 | 24 | ✓ | ✓ | = | | | | | | | | | 49 | | |
| 23 | 25 | ✓ | ✓ | = | | | | | | | | | 50 | | |

## INTERFERENCE SEARCHED

| Class | Sub | Date | Exr |
|---|---|---|---|
| 435 | 68, 241 | 11-21-86 | Jm |
| | 317, 172.3 | | |

| SYMBOLS | | STATUS |
|---|---|---|
| ✓ | .................... | Rejected |
| = | .................... | Allowed |
| – (Through numeral) | | Canceled |
| + | .................... | Restriction requirement |
| N | .................... | Nonelected invention or spec |
| I | .................... | Interference |
| A | .................... | Appeal |
| O | .................... | Objected |

| FORM PTO-875 (Rev. 3 83) | U.S. DEPARTMENT OF COMMERCE PATENT AND TRADEMARK OFFICE | SERIAL NO. 592,231 | FILING DATE 03-22-84 |
|---|---|---|---|
| **PATENT APPLICATION FEE DETERMINATION RECORD** | | APPLICANT (FIRST NAMED) *Gillies, et al.* | |

## CLAIMS AS FILED - PART I

| FOR: | NO. FILED | NO. EXTRA | | SMALL ENTITY RATE | FEE | OR | OTHER THAN A SMALL ENTITY RATE | FEE |
|---|---|---|---|---|---|---|---|---|
| BASIC FEE | | | | | $150 | OR | | $300 |
| TOTAL CLAIMS | 28 | −20= | 8 | ×5= | $ | OR | ×10= | $80 |
| INDEP. CLAIMS | 4 | −3= | 1 | ×15= | $ | OR | ×30= | $30 |
| ⊡ MULTIPLE DEPENDENT CLAIM PRESENT | | | | +50= | $ | OR | +100= | $ 0 |
| | | | | TOTAL | $ | OR | TOTAL | $410 |

* If the difference in col. 1 is less than zero, enter "0" in col. 2

## CLAIMS AS AMENDED - PART II

| | (1) CLAIMS REMAINING AFTER AMENDMENT | | (2) HIGHEST NO. PREVIOUSLY PAID FOR | (3) PRESENT EXTRA | SMALL ENTITY RATE | ADDIT. FEE | OR | OTHER THAN A SMALL ENTITY RATE | ADDIT. FEE |
|---|---|---|---|---|---|---|---|---|---|
| **AMENDMENT A** TOTAL | 28 | MINUS | 28 | — | ×5= | $ | OR | ×10= | $ |
| INDEP. | 4 | MINUS | 4 | — | ×15= | $ | | ×30= | $ |
| ⊡ FIRST PRESENTATION OF MULTIPLE DEP. CLAIM | | | | | +50 | $ | | +100 | $ |
| | | | | | TOTAL ADDIT. FEE | $ | OR | TOTAL | $ |

| | (1) CLAIMS REMAINING AFTER AMENDMENT | | HIGHEST NO. PREVIOUSLY PAID FOR | PRESENT EXTRA | RATE | ADDIT. FEE | OR | RATE | ADDIT. FEE |
|---|---|---|---|---|---|---|---|---|---|
| **AMENDMENT B** TOTAL | 27 | MINUS | 28 | — | ×5 | $ | OR | ×10 | $ |
| INDEP. | 4 | MINUS | 4 | — | ×15 | $ | | ×30 | $ |
| ⊡ FIRST PRESENTATION OF MULTIPLE DEP. CLAIM | | | | | +50 | $ | | +100 | $ |
| | | | | | TOTAL ADDIT. FEE | $ | OR | TOTAL | $ |

| | CLAIMS REMAINING AFTER AMENDMENT | | HIGHEST NO. PREVIOUSLY PAID FOR | PRESENT EXTRA | RATE | ADDIT. FEE | OR | RATE | ADDIT. FEE |
|---|---|---|---|---|---|---|---|---|---|
| **MENT C** | | | | | ×5 | | OR | ×10 | $ |



FIG. 1



FIG. 2



FIG. 3

FIG. 4

1  T OF DRAWING AS
ORIGINALLY FILED.





FIG. 5

FIG. 6





FIG. 7

FIG. 8

1  LT OF DRAWING AS
ORIGINALLY FILED.



*FIG. 9*

*FIG. 10*

The invention may be embodied in other specific forms without departing from the spirit and scope thereof.  Other embodiments are within the claims which follow.

What is claimed is:

CLAIMS

1. A process for producing a proteinaceous material in a [~~eucaryotic~~] *mammalian* cell line derived from a selected tissue type comprising the steps of:

combining DNA comprising, *a mammalian, cellular* *a tissue specific* enhancer element with DNA comprising a transcription unit encoding said proteinaceous material or a precursor thereof to produce transcriptionally competent recombinant DNA, said *tissue-cellular* enhancer element, when present in the endogenous genome of a cell from said selected tissue type, being operable naturally to increase the production of an endogenous proteinaceous substance;

transfecting cells of said, [~~eucaryotic~~] *mammalian* cell line with said recombinant DNA; and

culturing said transfected cell line to produce enhanced quantities of said proteinaceous material.

2. The process of claim 1 wherein said enhancer element, when present in the endogenous genome of a cell from said selected tissue type, functions to enhance production of a proteinaceous substance selected from the group consisting of albumin, globulins, fibrinogen, and hormones.

3. The process of claim 1 wherein said combining step includes combining said recombinant DNA with a vector selected from the group consisting of plasmids and viruses.

4. The process of claim 3 wherein said vector further includes expressable DNA which corresponds to a gene coding for a selectable marker.

-31-

5. The process of claim 1 wherein said transfecting and culturing steps result in a stably transformed cell line.

6. The process of claim 1 wherein said transfecting and culturing steps result in incorporation of said recombinant DNA into the chromosomal DNA of said cell line.

7. The process of claim 1 wherein said eucaryotic cell line is an animal cell line.

8. The process of claim 7 wherein said enhancer element, when present in the endogenous genome of a lymphoid ~~animal~~ cell, functions to enhance expression of DNA encoding a globulin.

9. The process of claim 7 wherein said enhancer element comprises at least a portion of the nucleotide sequences set forth in Figure 10 and said ~~animal~~ cell line is a lymphoid cell line.

10. The process of claim 1 wherein said cell line is a myeloma cell line and said enhancer element, when present in the endogenous genome of a lymphoid cell, enhances the production of an immunoglobulin.

11. The process of claim 1 wherein the cell line transfected with said recombinant DNA is derived from the same cell type as the cell in which said enhancer element is active.

12. A vector for transfecting a _mammalian_ ~~eucaryotic~~ cell derived from a selected tissue type to produce a cell line which secretes a proteinaceous material, said vector comprising an exon encoding

-32-

said proteinaceous material or a precursor thereof and a promoter

sequence, and recombined therewith an enhancer element at a site

within an active region of said vector sufficiently close to said

transcription unit to enhance production of mRNA independent of

its orientation and position within said active region, said

enhancer element, when present in the endogenous genome of a cell

from said selected tissue type, being operable naturally to

increase production of an endogenous proteinaceous substance.

13. The vector of claim 10 wherein said enhancer ele-

ment, when present in the endogenous genome of a cell from said

selected tissue type, functions to enhance the production of a

proteinaceous substance selected from the group consisting of

albumin, globulins, fibrinogen, and hormones.

14. The vector of claim 10 further comprising

expressable DNA which corresponds to a gene coding for a selec-

table marker.

15. The vector of claim 10 comprising a member selected

from the group consisting of plasmids and viruses.

16. The vector of claim 10 wherein said enhancer ele-

ment and said transcription unit are derived from different cell

lines.

17. The vector of claim 10 wherein said enhancer ele-

ment, when present in the endogenous genome of a lymphoid cell,

is operative naturally to enhance production of immunoglobulin.

18. The vector of claim 10 wherein said enhancer ele-

ment, when present as part of the endogenous genome of a

-33-

lymophoid cell in an intron of a γ2b heavy chain gene, serves to enhance production of a γ2b heavy chain protein.

*17* 19. The vector of claim 1̶2̶ *10* wherein said enhancer element comprises at least a portion of the nucleotide sequences set forth in Figure 10.

*18* 2̶0̶. A e̶u̶c̶a̶r̶y̶o̶t̶i̶c̶ *mammalian* cell transformant for producing a proteinaceous material, said transformant comprising a genetically modified cell derived from a selected *mammalian* tissue type containing a transfected DNA comprising:

a transcription unit comprising an exon encoding said proteinaceous material or a precursor thereof and a promoter sequence; and, recombined therewith,

*tissue specific mammalian cellular* a̶n̶ enhancer element at a site within an active region of said DNA sufficiently close to said transcription unit to enhance production of mRNA independent of orientation and position within said active region, said *tissue specific cellular* enhancer element, when present in the endogenous genome of a cell from said selected a̶n̶i̶m̶a̶l̶ tissue type, being operative naturally to enhance production of an endogenous proteinaceous substance.

*19* 2̶1̶. The transformant of claim 2̶0̶ *18* wherein said enhancer element, when present in the endogenous genome of a cell from said selected tissue type, functions to enhance the production of a proteinaceous substance selected from the group consisting of albumin, globulins, fibrinogen, and hormones.

*20* 2̶2̶. The transformant of claim 2̶0̶ *18* wherein said genetically modified cell is a lymphoid cell and said enhancer element,

-34-

when present in the endogenous genome of a lymphoid cell, enhan-
ces the production of an immunoglobulin.

*21* ~~25~~.  The transformant of claim ~~20~~ *18* comprising a stably
transformed cell.

*22* ~~24~~.  The transformant of claim ~~22~~ *20* wherein said enhancer
element comprises at least a portion of the nucleotide sequences
set forth in Figure 10.

*23* ~~25~~.  The transformant of claim ~~20~~ *18* comprising a geneti-
cally modified ~~animal~~ cell.

26.  The proteinaceous material produced by the process
of claim 1.

-35-

24 27.    A vector for receiving DNA encoding a proteinaceous
material and for transfecting an eucaryotic cell derived from a selected
tissue type to produce a cell line which produces said proteinaceous
material, said vector comprising a restriction site for receiving a gene
encoding said proteinaceous material and an enhancer element located
within an active region of said vector sufficiently close to said
restriction site to enhance production of mRNA corresponding to a gene
inserted into said restriction site, said enhancer element, when present
in the endogenous genome of a cell from said selected tissue type,  being
operable naturally to increase production of an endogenous proteinaceous
substance.


25 28.    The vector of claim 27 further comprising a promoter
upstream of said restriction site.