# EXHIBIT P

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In the matter of the application of

Stephen D. Gillies et al          Examiner:  Tanenholtz

Serial No.  592,231               Group Art Unit:  127

Filed:  March 22, 1984

For:  ENHANCED PRODUCTION OF
      PROTEINACEOUS MATERIALS IN
      EUCARYOTIC CELLS

               Rule 131 Declaration

Commissioner of Patents and Trademarks
Washington, D.C.  20231

Sir:

    We, Stephen D. Gillies and Susumu Tonegawa, hereby declare as follows:

    We are named as coinventors of the above-referenced application. We are familiar with its specification and claims, and with the disclosure of the Banerji et al paper published in the same volume of Cell as the paper authored by us, and naming other individuals as contributors.

    Prior to the publication of the above-referenced Banerji article cited by the Examiner as a basis for his obviousness rejection of the claims pending in the

above-referenced application, we jointly conceived of the existence of cellular enhancer sequences in mammalian genomes which might explain at least in part the reasons why certain types of mammalian cells exhibit high levels of expression of protein encoded in their genome. We jointly devised a strategy by which such cellular enhancers might be discovered and selected as the focus of our efforts a mouse myeloma cell line designated J558L supplied by Sherie L. Morrison, and Vernon T. Oi.

The nature and results of our experimental work, all of which was conducted in the laboratories of Massachusetts Institute of Technology in Cambridge, Massachusetts, and which resulted in the isolation and exploitation of a mammalian cellular enhancer element to produce a foreign protein in a transformed cell, was disclosed in Cell, V. 33, pgs. 717-728, in July, 1983. The date of receipt of our paper by the Publishers of Cell (May 2, 1983) is one piece of evidence that we were fully in possession of the subject matter thereof before the July 1, 1983 publication of Banerji et al, and, as discussed below, the data in our publication demonstrate that we had actually reduced to practice several embodiments of the invention of claims 1, 12, and 20 before either paper was submitted.

The experimental work conducted in that laboratory, all at a time prior to April 28, 1983, resulted in the discovery of a DNA sequence located in the intron of the rearranged γ2b immunoglobulin gene of the MOPC 141 mouse myeloma cell which constitutes an enhancer element whose enhancing function is tissue specific and independent of its orientation with respect to the expressed gene. This sequence

- 2 -

was demonstrated by us to be the sequence responsible for the observed high level expression of immunoglobulin in the MOPC-141 cells and in J558L transfectants. It was inserted into mouse lymphoid cells and used to enhance expression of a foreign gene. We demonstrated that the enhancer operates at the level of DNA to RNA transcription; we produced vectors comprising the enhancer and a transcriptionally competent gene; we inserted these vectors into cells of the same tissue type from which the enhancer was derived, we produced transformants exhibiting enhanced expression of a protein not normally expressed by the cell, and we produced enhanced levels of the protein.

Copies of notebook pages authored by Dr. Gillies, our Cell paper, and the manuscript submitted to Cell, all of which are authentic and true copies of the originals (except that all dates are deleted from the notebook pages) evidence this work, are attached hereto as exhibits, and are interpreted below. Many of the specific procedures employed in reducing our invention to practice were conducted in the laboratory by Ms. Lena Angman, who is acknowledged in our paper at p. 727, and whose declaration is also being submitted as corroborating evidence. Dr. Takagaki was also present in the laboratory during the course of the work, took part in numerous scheduled discussions concerning its nature and progress, and was informed by us of our results as they were obtained. Dr. Takagaki and Ms. Angman observed the progress of our work first hand, and discussed the work with Dr. Gillies privately from time to time. Dr. Takagaki's declaration is also enclosed. Every date on each of the attached notebook pages is a date preceding April 28, 1983, the date the Banerji paper was received.

- 3 -

That various embodiments of the claimed invention had actually been reduced to practice before April 28, 1983 is evidenced by the attached manuscript (Exhibit M) and notebook pages (Exhibits A-E). The text of the manuscript corresponds identically to the text of our <u>Cell</u> paper. Accordingly, for convenience, references herein to the text of our paper are to the columns and pages of the printed publication resulting from it.

As disclosed in the paper, page 718, column 1, we subcloned the γ2b gene fragment from MOPC 141 into plasmid pSV2gpt and, using a modified protoplast fusion process, transfected J558L mouse myeloma cells. These transformants were found to express high levels of the exogenous γ2b heavy chain protein together with the lamda light chain normally secreted by the cell line. This experiment itself turned out to be an actual reduction to practice of pending method claim 1, vector claim 12, and transformant claim 20, as it resulted in the enhanced production of a proteinaceous material, specifically γ2b heavy chain protein, in a mammalian cell line, the J558L cell line, derived from lymphoid tissue. The construction of the vector involved combining a mammalian, cellular enhancer element, specifically, the heavy chain immunoglobulin enhancer element from MOPC 141 (a cell from the same tissue type as J558L), with DNA comprising a transcription unit encoding a proteinaceous material, here the DNA encoding the γ2b heavy chain gene, to produce transcriptionally competent recombinant DNA, here the plasmid pSV γ2bVC, depicted in Figure 1 of the paper in column 2, page 718 and as Figure 1 of our application.

As we subsequently demonstrated, the enhancer element present in this construct, when present in the endogenous genome of cell MOPC 141 (the selected tissue type, here lymphoid), was operable naturally to increase the production of a protein endogenous to that cell, specifically the γ2b heavy chain. Also, the recombinant DNA fitting the precise description of paragraph 1 of claim 1 was transfected into J558L cells, a mammalian cell line, as required by paragraph 3 of claim 1. Furthermore, as disclosed in the paper, column 1, page 718, the transformants produced enhanced levels of exogenous γ2b protein.

At this time in our work we had not yet demonstrated that the high level expression of the γ2b protein was caused by the existence of a mammalian cellular tissue specific enhancer element present in the γ2b gene fragment that had been incorporated in the plasmid. Accordingly, we next prepared deletion mutants of the parent plasmid as set forth in the paper at page 718, column 2. The deletions were located between the VDJ and C γ2b exons. Two of the deletion mutant plasmids, labelled RΔ1 and RΔ2, contained overlapping deletions around the unique Eco R1 site of the parent plasmid. Cell lines obtained by transfection with the RΔ1 deletion mutant synthesized high levels of γ2b heavy chain mRNA whereas the deletion mutant RΔ2 synthesized only low levels. We therefore concluded that if an enhancer element was present, it was absent from the RΔ2 plasmid but present in the RΔ1 plasmid. This conclusion was based on the data set forth at page 719 of the paper as figures 2 and 3 disclosing the results of electrophoresis of immuno precipitated $S^{35}$ methionine labelled protein produced by the various

- 5 -

transformants (Figure 2) and Northern gel blotting analysis for total cell RNA content. As shown by the data, myeloma cells transformed with the parent γ2bVC plasmid (lanes 2-5) showed high level of expression of γ2b protein; transformants containing the RΔ1 deletion from the RΔ1 vector, (lanes 6-9) also exhibited high levels of γ2b protein expression; whereas transformants containing the RΔ2 deletion mutant vector (lanes 10-13) contained far lower amounts of the γ2b protein. These results were further verified by electrophoresis of proteins produced in cell lines subcloned from the transfected cell line. (See Figure 2B of the paper).

Figure 3 in the paper at page 719, column 2, depicts the results of Northern gel blotting analysis for the total intracellular RNA from MOPC 141 (Lane 1), untransformed J558L cells (Lane 2), J558L cells transfected with parent plasmid pSV γ2bVC (Lanes 3 and 4), J558L cells transfected with deletion mutant RΔ1 (Lanes 5 and 6), and J558L cells transfected with deletion mutant RΔ2, (Lanes 7 and 8). As illustrated, mRNA encoding the protein was present at high levels in MOPC 141, was absent from the untransformed J558L cells and the same cells transfected with the RΔ2 mutant, but present at high levels in the cells transfected with the parent plasmid or the RΔ1 mutant.

These data demonstrate that the 1Kb fragment labelled X2-X3 in Figure 1 at page 718, column 2 of the paper contains a DNA sequence operative to enhanced transcription of the γ2b heavy chain gene when transfected into J558L cells. More specifically, the data demonstrated that the operative sequence in the 1Kb fragment was disposed in the 470 base pairs restricted from the RΔ2 deletion mutant. The complete

- 6 -

sequence of this 1Kb fragment, designated X 2/3 in the paper, is disclosed at page 723 in Figure 7 of our paper, and in Figure 10 in the above-referenced application. As indicated in the legend of Figure 7, the DNA sequencing was carried out according to standard procedures.

That all of the foregoing work was done in the United States by us or under our direction is further evidenced by the attached Exhibits A-E.

Exhibit A consists of pages of a notebook containing data in the handwriting of Stephen Gillies relating to the sequencing of a portion of the X 2/3 fragment. In these notes, the XbaF fragment refers to the fragment identified as X 2/3 in our paper, i.e., the fragment containing the enhancer; XF refer to a plasmid containing the enhancer fragment; 2X Hinc IIRB is a 2X concentrated buffer for restriction digests. HinfI is the restriction site which is present on either side of the majority of the enhancer sequence which was used here for labelling DNAs by filling the sticky ends with radioactive deoxyribonucleotides (Klenow label). As indicated in Exhibit A, the resulting, radiolabelled fragments were "run on 5% gel" indicating that the 220 base pair Hinf-Hinf radioactive fragment was purified by electrophoresis on 5% polyacryamide gel. The bands were eluted by the "crush-soak method" and precipitated with 5 micrograms tRNA, resuspended in 400 microliters TE (Tris-EDTA), 40 microliters 3 molar sodium acetate, and 1 ml ethanol. These were washed 3 times with 70% ethanol and "denatured" (separated into single strands) in 40 microliters 30% DMSO, 1 ml EDTA, BPB (Bromphenol blue), and XC (xylene cyanol). The two single stranded DNAs resulting from the denaturing which were labelled on their 3' ends were then

separated on a gel. The autoradiogram of the 2 strands is shown as bands 1 and 2 on page 2 of Exhibit A. The restriction map set forth near the bottom of page 1 of Exhibit A corresponds to the restriction sites present on the X 2/3 fragment set forth in Figure 10 of this application and Figure 7 of our paper.

The sequence written was read from sequencing gels containing chemically degraded strand 1 and strand 2 DNA. Both strands were read from the two different fragments (which were complementary). Page 3 of Exhibit A shows a portion of the derived sequence of the X 2/3 fragment. It corresponds to bases 362-688 set forth in Figure 7 of our paper and Figure 10 of our application. Page 4 of Exhibit 1 are notes taken by Stephen Gillies on additional sequencing involving other regions of the X 2/3 fragment. The diagram at the top of the page illustrates the $X_{2/3}$ fragment, some of the various ways it was restricted, and the restriction enzymes used in each case. The data below the diagram describe the components of the reaction mixtures used for sequencing. These data demonstrate that the enhancer element had been isolated and sequenced before April 28, 1983.

That the enhancer sequence was operative irrespective of its orientation and position about the gene was determined as disclosed at page 720 of our paper. As therein indicated, we constructed a plasmid with most of the intron sequences deleted, and then inserted the X 2/3 fragment containing those intron sequences with enhancer activity into either of two sites in either of two orientations. Four plasmids were obtained which contained the X 2/3 fragment in the normal or reversed orientation, either upstream or downstream of the mRNA

- 8 -

start site.  Maps of these plasmids are set forth in Figure 5, page 721 of our paper, Figure 4 of the above-referenced application, and on the enclosed new print (Exhibit B) of a slide which we prepared originally and which has been in the possession of Dr. Tonegawa since before April 28, 1983. Compare Part B of the print enclosed to Figure 5A of the paper and Figure 4 of the application.  J558L cells obtained by transfecting these plasmids were analyzed for the expression of γ2b heavy chain as set forth below.  The data in Figure 5B of our paper, page 721, also set forth as Figure 5 in the above-referenced application, and on Exhibit B, demonstrate that the plasmid having most of the intron deleted did not synthesize significant levels of γ2b protein (Lanes 3 and 4) but that the insertion of the X 2/3 fragment containing the enhancer restored the expression in both the normal or reversed orientations either upstream (5') or downstream (3') of the V gene segment.  These data demonstrated that the sequences deleted in the RΔ2 mutant plasmid had a direct orientation independent enhancing effect on transcription.

All of the plasmids containing the X 2/3 fragment described in Figure 5 of the paper, Figure 4 of the application, and at B in Exhibit B, constitute vectors embodying the invention of claim 12.  The resulting transformants embody the invention of claim 20.  The process described constituted an embodiment of the method of claim 1. This work met every limitation of each of these claims, and was completed prior to April 28, 1983.

The tissue specificity of the enhancer element was determined as set forth in our paper beginning at the bottom of the second column of page 720 and extending through the top of

- 9 -

the first column of page 722. As indicated therein, we demonstrated that the enhancer element had greatly reduced activity in fibroblasts (Ltk⁻ cells) as compared with myeloma cells. We also demonstrated that a smaller restriction fragment of $X_{2/3}$, a 140 base pair Pvu II-Dde I fragment containing some of the sequences deleted in plasmid RΔ2, was found to increase the transformation frequency of plasmids pSER by 20-fold in J558L cells but not in mouse L cells.

As further evidence of our actual reduction to practice of the claimed subject matter of the above-referenced application, we attach Exhibit C which comprises two pages of a notebook containing data entered prior to April 28, 1983 in the handwriting of Stephen Gillies. Page 1 of Exhibit C discloses transfection experiments describing in shorthand the fusion of bacteria containing the plasmids having the deletions in the intron between the V region and the γ2b constant region of the rearranged gene discussed above. Short forms used in the notebook which are not present in the paper have the following meaning: MEM-modified Eagles medium, PEG-polyethylene glycol, MEM 10-MEM plus 10% fetal calf serum, H-hypoxanthine, T-thymidine. "Spin method" refers to the fusion method described in our paper, p. 726, col. 2.

Page 2 of Exhibit C is a copy of a page of a notebook setting forth restriction analysis data of 3'Δ clones of plasmid pSVγ2bVC discussed in our paper. 3'Δ refers to deletions that were made by cutting the plasmid with Eco Rl and then treating the DNA with Bal 31 exonuclease. This shortens the DNA progressively. The DNA is then reclosed and analyzed. The size of the deletions roughly are shown by these analyses. The autoradiogram at the bottom of page 2 illustrates

- 10 -

separation of the fragments of the plasmids cut with the various enzymes. For example, lanes 7-10 were cut with Hind III. Smaller fragments run toward the bottom of the autoradiogram. The smaller of the fragments in each lane are progressively smaller with the increasing size of the deletion. These original data relate directly to the production of the deletion mutants described in our paper and discussed above, and to the localization of the sequence having enhancer activity as described therein, in our application, and above.

Exhibit D is a true copy of two pages of a notebook containing entries in the handwriting of Stephen Gillies, illustrating data involved in the S35 labelling experiments discussed above, and comprise a portion of the data demonstrating enhanced levels of protein production with our transformants. See p. 726, bottom column 2 and page 719, Fig. 2, of our paper. The cells were those obtained from transfections with R$\Delta$ deletion mutants described with reference to Exhibit A and are not clones, but rather separate pools of many clones. Those numbered from 1 to 10 are from the undeleted (normal or positive control) vector. Those numbered 11, 12, 13, 14, and 15 represent cells transfected with deletion mutant R$\Delta$1. Cells labelled 21, 22, 23, and 24 are from transfections with deletion mutant plasmid R$\Delta$2. As noted on page 1 of Exhibit D, the cells were incubated in methionine free RPMI with radioactive methionine S35 which was incorporated into the protein ($\gamma$2b heavy chain) which quickly binds with the lamba light chain already being made by the cell. The cells are lysed in the "3X detergent buffer" (a buffer containing 3 detergents) to release their intracellular proteins before they leave the cells. $\gamma$-IgG $F_c$ refers to

an anti-IgG antibody prepared specific for the $F_c$ portion which was used to isolate the γ2b heavy chain and any associated lamba chain. Staph A refers to beads coated with Staph A protein which bind the antibody-antigen complex. The complex is then boiled to release the radiolabelled methionine (in this case γ2b heavy chain combined with the lambda light chain). This protein is then run on a gel under reduced conditions to produce the two major bands seen on the autoradiogram (page 2 of Exhibit D) produced by electrophoresis of the purified products. The autoradiogram corresponds to Figure 2 of the above-referenced application and Figure 2A at column 1, line 719 of our paper.

Exhibit E consists of 6 pages of a notebook containing entries in Stephen Gillies handwriting recorded prior to April 28, 1983 involving data on the construction of an enhancer assay vector. The data comprises notes on the construction of two vectors with unique XbaI sites either upstream or downstream from the γ2b promoter. Linear, full-length molecules were purified and used for insertion of the enhancer fragment as shown on page 4 of Exhibit E. Analysis of the recombinant molecules is shown in the right panel on page 5 of Exhibit E. Also shown is the 4 combinations of enhancer orientation and position used for transfection into J558L along with the control vector (pSVγ2bΔXFD) which had no enhancer.

The foregoing, together with the exhibits, demonstrate that prior to April 28, 1983, we had succeeded in actually reducing to practice in the United States embodiments of independent claims 1, 12, and 20 of our application which responded to the limitations of those claims in every detail.

Furthermore, the identity, function, and exploitation of the enhancer element we discovered was substantially identical to that disclosed in the Banerji et al cited references. It is accordingly our belief that the foregoing demonstrates an actual reduction to practice of the various forms of our claimed invention which was accomplished before publications of the Banerji et al reference.

We further declare that all statements made herein of our own knowledge are true and all statements on information and belief are believed to be true and further that these statements are made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code and that such willful false statements may jeopardize the validity of this application or any patent issuing thereon.

Date: 10/8/86

Susumu Tonegawa

Date: 10/8/86

Stephen D. Gillies

- 13 -