**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| MASSACHUSETTS INSTITUTE OF TECHNOLOGY and REPLIGEN CORPORATION,<br><br>            Plaintiffs,<br><br>        v.<br><br>IMCLONE SYSTEMS INC.,<br><br>            Defendant. | Civil Action No.:  04-10884-RGS |

**NOTICE OF MANUAL FILING**

Notice is hereby given that the following documents have been filed manually with the Court under seal on this 23rd day of July, 2007:

1. Defendant ImClone's Claim Construction Memorandum;

2. Exhibits H, I, J, K and Q to the Declaration Of Robert J. Scheffel; and

3. Declaration of Dr. Stuart A. Aaronson.

                                                                    /s/ Anthony J. Fitzpatrick
                                                                    Anthony J. Fitzpatrick

Dated: July 23, 2007

**CERTIFICATE OF SERVICE**

I hereby certify that this document, filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of electronic filing and paper copies will be sent to those indicated as non-registered participants.

                                                                    /s/ Anthony J. Fitzpatrick
                                                                    Anthony J. Fitzpatrick