UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS INSTITUTE OF TECHNOLOGY and REPLIGEN CORPORATION,<br><br>     Plaintiffs,<br><br>  v.<br><br>IMCLONE SYSTEMS INC.,<br><br>     Defendant. | Civil Action No. 04 10884 RGS |

### ASSENTED-TO MOTION OF IMCLONE SYSTEMS, INC. FOR LEAVE TO FILE THEIR CLAIM CONSTRUCTION REPLY MEMORANDUM UNDER SEAL

Pursuant to Local Rule 7.2, Defendant ImClone Systems, Inc. ("ImClone") hereby respectfully moves, with the assent of plaintiffs Massachusetts Institute of Technology and Repligen Corporation ("Plaintiffs"), for leave to file ImClone's Claim Construction Reply Memorandum under seal.

ImClone respectfully requests permission to file this document under seal because it contains information that has been designated by the parties as confidential under the Stipulated Protective Order enter in this case. In addition, the memorandum refers to information submitted in papers that have been previously sealed by the Court. In accordance with Local Rule 7.2, ImClone requests that this document should be impounded until the final resolution of this litigation between the parties, at which time it will be retrieved by ImClone.

WHEREFORE, it is respectfully requested that the Court grant this assented-to motion for leave to file the above-described document under seal.

DM2\1214219.1

## Certification Pursuant to Local Rule 7.1(A)(2)

Undersigned counsel certifies that, before filing this motion, counsel for the parties conferred regarding the subject of this motion. As a result, counsel for Plaintiffs has advised that Plaintiffs assent to this motion.

Respectfully Submitted,

IMCLONE SYSTEMS, INC.

Dated: July 26, 2007

By Its Attorneys,

/s/ Michael R. Gottfried
Michael R. Gottfried (BBO #542156)
Anthony J. Fitzpatrick (BBO #564324)
Christopher S. Kroon (BBO #660286)
DUANE MORRIS LLP
470 Atlantic Avenue, Suite 500
Boston, MA 02210
Phone: 857.488.4200
Fax: 857.488.4201

James H. Wallace, Jr. *(pro hac vice)*
Robert J. Scheffel *(pro hac vice)*
Kevin P. Anderson *(pro hac vice)*
WILEY REIN LLP
1776 K Street, NW
Washington, DC 20006
Phone: 202.719.7240
Fax: 202.719.7049

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on July 26, 2007.

/s/ Michael R. Gottfried
Michael R. Gottfried (BBO# 542156)