# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS INSTITUTE OF TECHNOLOGY and REPLIGEN CORPORATION,<br><br>    Plaintiffs,<br><br>    v.<br><br>IMCLONE SYSTEMS INC.,<br><br>    Defendant. | Civil Action No.: 04-10884-RGS |

## NOTICE OF MANUAL FILING

Notice is hereby given that Defendant ImClone's Claim Construction Reply Memorandum has been filed manually with the Court under seal on this 26th day of July, 2007.

                                          /s/ Anthony J. Fitzpatrick
                                          Anthony J. Fitzpatrick