UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS INSTITUTE OF TECHNOLOGY and REPLIGEN CORPORATION,<br><br>        Plaintiffs,<br><br>v.<br><br>IMCLONE SYSTEMS INC.,<br><br>        Defendant. | Civil Action No.: 04-10884-RGS |

### DECLARATION OF KEVIN P. ANDERSON

I, Kevin P. Anderson, hereby declare as follows:

1.    I am an attorney at Wiley Rein LLP, counsel for Defendant ImClone Systems Inc. I am submitting this declaration to authenticate evidence supporting ImClone's claim construction position.

2.    Exhibit AA is a true and correct copy of "Localization of a Repressive Sequence Contributing to B-Cell Specificity in the Immunoglobulin Heavy-Chain Enhancer," authored by Judah Weinberger, Parmjit S. Jat, and Phillip A. Sharp, and appearing in Volume 8, Number 2, pages 988-992 of *Molecular and Cellular Biology*, published in February 1988.

3.    Exhibit BB is a true and correct copy of "Immunoglobulin gene expression only in the right cells at the right time," authored by Laurel A. Eckhardt, and appearing in Volume 6, pages 2553-2560 of *The FASEB Journal*, published in May 1992.

4.    Exhibit CC is a true and correct copy of "A developmental-specific factor binds to suppressor sites flanking the immunoglobulin heavy-chain enhancer," authored by Richard H. Scheuermann and Una Chen, and appearing in Volume 3, pages 1255-1266 of *Genes and Development*, published in 1989.

1

5.      Exhibit DD is a true and correct copy of "Mutational Analysis of the Contribution of Sequence Motifs Within the IgH Enhancer to Tissue Specific Transcriptional Activation," authored by J. Perez-Mutul, M. Macchi, and B. Wasylyk, and appearing in Volume 16, Number 13, pages 6085-6096 of *Nucleic Acids Research*, published in 1988.

6.      Exhibit EE is a true and correct copy of "DNA sequences responsible for tissue-specific expression of a chicken crystallin gene in mouse lens cells," authored by Kenji Okazaki, Kunio Yasuda, Hisato Kondoh, and T. S. Okada, and appearing in Volume 4, Number 10, pages 2589-2595 of *The EMBO Journal*, published October 1985. This document was previously produced in this litigation bearing bates numbers I50648-I50656.

7.      Exhibit FF is a true and correct copy of "The lysozyme enhancer: cell-specific activation of the chicken lysozyme gene by a far-upstream DNA element," authored by Manfred Theisen, Aribert Stief, and Albrecht E. Sippel, and appearing in Volume 5, Number 4, pages 719-724 of *The EMBO Journal*, published April 1986. This document was previously produced in this litigation bearing bates numbers I50640-I50647.

8.      Exhibit GG is a true and correct copy of "Cell-specific enhancers in the rat exocrine pancreas," authored by Anne M. Boulet, Christopher R. Irwin, and William J. Rutter, and appearing in Volume 83, pages 3599-3603 of the *Proceedings of the National Academy of the Sciences of the United States of America*, published June 1986. This document was previously produced in this litigation bearing bates numbers I50399-I50404.

9.      Exhibit HH is a true and correct copy of "Cell-Specific Expression of the Rat Insulin Gene: Evidence for Role of Two Distinct 5' Flanking Elements," authored by Thomas Edlund, Michael D. Walker, Phillip J. Barr, and William J. Rutter, and appearing in Volume 230,

Number 4728, pages 912-916 of *Science*, published in November 1985. This document was previously produced in this litigation bearing bates numbers I50804-I50810.

10.     Exhibit II is a true and correct copy of "Detailed Analysis of the Mouse H-2K$^b$ Promoter: Enhancer-like Sequences and Their Role in the Regulation of Class I Gene Expression," authored by Akinori Kimura, Alian Israël, Odile Le Bail, and Philippe Kourilsky, and appearing in Volume 44, pages 261-272 of *Cell*, published January 1986. This document was previously produced in this litigation bearing bates numbers I50479-I50491.

11.     Exhibit JJ is a true and correct copy of "Regulation of Human Interleukin-2 Gene: Functional DNA Sequences in the 5' Flanking Region for the Gene Expression in Activated T Lymphocytes," authored by Takashi Fujita, Hiroshi Subuya, Tetsuo Ohashi, Klyotumi Yamanishi, and Tedatsugu Taniguchi, and appearing in Volume 46, pages 401-407 of *Cell*, published August 1986.

12.     Exhibit KK is a true and correct copy of "A Tissue-Specific Transcription Enhancer from the Drosophila Yolk Protein 1 Gene," authored by Michael J. Garabedian, Barbara M. Shepherd, and Pieter C. Wensink, and appearing in Volume 45, pages 859-867 of *Cell*, published in June 1986. Exhibit D is a true and correct copy of "Cell-Specific Expression of the Rat Insulin Gene: Evidence for Role of Two Distinct 5' Flanking Elements," authored by Thomas Edlund, Michael D. Walker, Phillip J. Barr, and William J. Rutter, and appearing in Volume 230, Number 4728, pages 912-916 of *Science*, published in November 1985. This document was previously produced in this litigation bearing bates numbers I50416-I50425.

13.     Exhibit LL is a true and correct copy of "Cell-Specific Expression of a Transfected Human a-1 Antitrypsin Gene," authored by Gennaro Cillberto, Luciana Dente, and

Riccardo Cortese, and appearing in Volume 41, pages 531-540 of *Cell*, published in June 1985. This document was previously produced in this litigation bearing bates numbers I50405-I50415.

14. Exhibit MM is a true and correct copy of "The immunoglobulin heavy-chain B-lymphocyte enhancer efficiently stimulates transcription in non-lymphoid cells," authored by C. Wasylyk and B. Wasylyk, and appearing in Volume 5, Number 3, pages 553-560 of *The EMBO Journal*, published in 1986. This document was previously produced in this litigation bearing bates numbers I50383-I50392.

I declare under penalty of perjury that the foregoing is true and correct. Executed on July 26, 2007 in Washington, DC.

/s/ Kevin P. Anderson
Kevin P. Anderson