MOLECULAR AND CELLULAR BIOLOGY, Feb. 1988, p. 988–992
0270-7306/88/020988-05$02.00/0
Copyright © 1988, American Society for Microbiology

Vol. 8, No. 2

# Localization of a Repressive Sequence Contributing to B-Cell Specificity in the Immunoglobulin Heavy-Chain Enhancer

JUDAH WEINBERGER,† PARMJIT S. JAT, AND PHILLIP A. SHARP*

Center for Cancer Research and Department of Biology, Massachusetts Institute of Technology,
Cambridge, Massachusetts 02139

Received 16 September 1987/Accepted 23 November 1987

The immunoglobulin heavy-chain enhancer is a cis-acting element which activates transcription of nearby genes only in cells of the lymphoid lineage. To identify the minimal sequences necessary to impart cell type transcriptional specificity, we tested the activity of several deletions and internal mutations in the μ enhancer. Experiments involving measurement of both chloramphenicol acetyltransferase activity and RNA levels indicated the presence of a dominant repressor element within the μ enhancer. This repressive activity was detected in fibroblasts but not in myeloma cells. Removal or disruption of this repressor element revealed the presence of elements within the μ enhancer that activate transcription in fibroblasts. Thus, enhancer tissue specificity is in part due to the composite of both constitutive activation and cell-type-specific repressive activity. The possible biological roles of this phenomenon are discussed.

Transcription of immunoglobulin genes is dependent on at least two distinct cis-acting regions, the promoter and enhancer. Each of these cis-acting elements appears to independently direct tissue-specific transcription of immunoglobulin genes (1, 10, 14). The sequence features imparting cell type specificity to the heavy-chain enhancer have not been well characterized. Previously, Church et al. (6) and Ephrussi et al. (8) defined in vivo several sites within the heavy-chain enhancer occupied by factors in B cells, as judged by the degree of interference with methylation by dimethyl sulfate of guanine bases within these sites. In nonlymphoid cells, however, these sites are not protected from dimethyl sulfate modification and are thus thought to be unoccupied. Subsequent analysis of nuclear extracts from lymphoid and nonlymphoid cell lines has revealed the presence of ubiquitous factors that specifically bind most of the sequences identified as being occupied on lymphoid cells (18, 27, 28, 31, 34). One of the sites in the immunoglobulin heavy-chain enhancer identified by the in vivo methylation studies corresponds to an octamer sequence that is also found in both heavy- and light-chain promoters. A lymphoid-specific factor and a ubiquitous factor bind to this sequence (18, 28, 31). Analyses in vivo of deletions in the octamer region of the enhancer have revealed high levels of lymphoid-specific transcriptional activation, which suggests that additional lymphoid-specific elements must also regulate the activity of the enhancer (1, 10, 14, 20). To analyze the minimal sequences necessary to impart lymphoid transcriptional specificity, we tested the activity of a series of heavy-chain-enhancer mutants. The effects of the mutations on transcription in vivo allowed localization of a transcriptional repressing element to a 23-base-pair (bp) region of the enhancer. This repressive element was active in fibroblasts but not in myeloma cells.

We constructed a series of recombinant plasmids in which the simian virus 40 (SV40) early-region promoter, including three copies of the 21-bp repeats and the 3′-most 20 bp of the SV40 enhancer, was fused to the bacterial chloramphenicol

acetyltransferase (CAT) coding sequence and the SV40 large-T polyadenylation sequences (Fig. 1). Various fragments of the immunoglobulin heavy-chain enhancer were cloned immediately upstream in the polylinker. Because the 220-bp HinfI fragment of the immunoglobulin heavy-chain enhancer region contains all identified in vivo binding sites and mediates high levels of tissue-specific transcriptional enhancement, this fragment was used as the wild-type, positive control. The indicated plasmids were transfected into BALB/c 3T3 fibroblast cell lines and S194 murine myeloma cells. Results consonant with those reported here were also obtained when these plasmids were transfected into NIH 3T3 cells or murine myeloma P3X63Ag8 cells. Relative transcriptional effects were assayed by comparing levels of CAT enzymatic activities in lysates of cells 48 h after transfection. In all fibroblast transfections reported, a cotransfected plasmid, pXGH5 (26), containing a reporter gene encoding growth hormone allowed normalization for transfection efficiency. Transfections of lymphoid cells with this plasmid did not yield growth hormone. Thus, the figures reported for transfection of lymphoid cells reflect the averages for at least three separate transfection experiments.

The ability of the HinfI heavy-chain enhancer fragment to confer B-cell-specific transcriptional activation was assayed by transfection of BALB/c 3T3 fibroblasts or S194 myeloma cells with CAT gene constructs driven either by the enhancerless SV40 promoter alone (SV-Pro) or by the same promoter with the HinfI fragment inserted immediately upstream in either orientation (HH+ or HH−; Table 1). As expected, the HH fragment strongly increased levels of measured CAT activity, and thus transcription, in the myeloma line. A moderate orientation effect was noted. A similar effect has been noted by others (20, 33), particularly when fragments of the immunoglobulin heavy-chain enhancer were placed in a position proximal to various other promoters. In contrast, there was no detectable transcriptional enhancement in fibroblasts; rather, a small, but reproducible, repression of CAT activity was noted.

A series of constructions with deletions in the HinfI immunoglobulin enhancer fragment was prepared to examine whether transcriptional activation could be dissociated from cell type specificity (Fig. 1B). One such construct,

* Corresponding author.
† Present address: Department of Medicine, Columbia University College of Physicians & Surgeons, New York, NY 10032.

VOL. 8, 1988

TABLE 1. Activities of fragments from immuno-
globulin enhancer[a]

| Plasmid | Relative CAT conversion (%) | | |
|---------|-----------------------------|---|---|
| | S194 transient | BALB/c 3T3 transient | BALB/c 3T3 stable |
| SV-Pro | <2 | 9 | 22 |
| HH+ | 68 | 7 | ND[b] |
| HH− | 36 | 5 | 27 |
| HH-Δ | 35 | 37 | 92 |
| PH− | 31 | 46 | 94 |
| HP+[c] | <2 | 9 | ND |

[a] S194 myeloma cells were transfected with 5 µg of each plasmid by the DEAE-dextran method (29). 3T3 cells were transiently transfected with 10 µg of the indicated plasmid, together with 1 µg of a plasmid, pXGH5 (26), expressing human growth hormone from the metallothionein promoter, by the calcium coprecipitation method (13). Growth hormone was assayed in the medium of each dish by radioimmunoassay (26). For the 3T3 stable experiments, 10 µg of the test plasmid and 1 µg of pSV2Neo were cotransfected by calcium coprecipitation. Forty-eight hours after transfection, cells were shifted into 1 mg of G418 per ml. The CAT assay was performed as described previously (12), with a 1-h reaction for 3T3 cells and a 3-h reaction for S194 cells.

[b] ND, Not determined.

[c] The HP fragment contained sequences from the HinfI site to the PstI site.

plasmid PH−, contains the 190-bp PstI-HinfI fragment inserted upstream of the SV40 promoter. The PH fragment represents a deletion of 31 bp from the 5' end of the wild-type enhancer fragment as defined above. Of note, 3T3 cells transfected with plasmid PH− yielded levels of CAT activity five times higher than those observed after transfection with the enhancerless plasmid SV-Pro and nine times higher than those observed with plasmids containing the immunoglobulin wild-type enhancer HH−. This result suggests that cis-acting elements within the immunoglobulin enhancer are able to activate transcription in fibroblasts. Furthermore these cis-acting elements appear to be under

the control of a functionally dominant silencer element located at the 5' end of the enhancer. In contrast, no detectable effect of the putative silencer element was observed in lymphoid cells, since S194 cells transfected with either plasmid PH− or plasmid HH− yielded similar levels of CAT activity.

The 31-bp HinfI-PstI fragment deletion in the PH− construct deletes the E1 site and part of the E2 site, which have been shown in vivo and in vitro to be sites for binding of nuclear proteins (6, 8, 27, 34). Either of these sites or an as yet undetected site within this 31-bp fragment could be responsible for the silencer activity in fibroblasts. To localize the repressive activity, an internal deletion mutant was constructed in which sequences around the PstI site are deleted, including the E2 binding site, but the E1 sequences are left intact (Fig. 1B). A 23-bp deletion was created, centered at the PstI site, and a 10-bp BglII linker sequence was substituted. Sequence analysis confirmed the intact E1 and E2 sequences. When this mutant plasmid, HH-Δ, was introduced into BALB/c 3T3 cells, CAT activity was stimulated fourfold relative to that obtained with the enhancerless plasmid SV-Pro. This suggests that the deletion inactivated the repression activity. In contrast, in lymphoid cells, this plasmid directed levels of CAT activity that were indistinguishable from that obtained with constructs containing the wild-type element. Thus, a cell-type-specific repressive activity is directed by sequences in the identified region, including possibly E2 itself.

In the experiments described above, repression of the constitutive enhancer activity of the immunoglobulin element was assayed in a transient mode. To test whether this repressive activity could also be observed with integrated gene constructs, pools of at least 100 stable clones of 3T3 cells were generated by cotransfection of the indicated CAT plasmids with the pSV2Neo plasmid. The colonies were cultivated for more than 2 weeks in the drug G418 and then pooled (Table 1). Because essentially all cells in a pool



FIG. 1. Plasmid and enhancer constructs. (A) Construction of the SV-Pro plasmid. A fragment with the 5' terminus at the SphI site of the SV40 early promoter and the 3' terminus at the BamHI site of the SV40 early-region polyadenylation sequence was excised from pSV2CAT and cloned into the SphI-HindIII site of pBS (Bluescribe; Vector Cloning Systems). All constructions were carried out by standard techniques (21). (B) Enhancer constructs. The indicated segments of the heavy-chain enhancer were cloned into the SmaI site upstream of the SV40 promoter. Plasmids were named according to the enhancer fragment ends, with + and − referring to the natural and inverted orientations, respectively, of the enhancer with respect to the direction of transcription. HH-Δ is a mutant in which the sequence ATCCAGAACCA GAACACCTGCAG containing the PstI site (which includes the E2 site) was replaced by a BglII linker, GAAGATCTTC. This was accomplished by a partial PstI digestion of the HH− plasmid, followed by digestion with the Klenow fragment of DNA polymerase I and limited mung bean nuclease digestion. The blunt ends were joined with the indicated linkers. E1 to E4 refer to sites occupied in vivo, as defined by methylation protection experiments (6, 8). Octa, Octamer element found in the heavy- and light-chain promoters.

MOL. CELL. BIOL.

contained the indicated CAT plasmid, significantly higher levels of CAT activity were observed in the stable assay than with the transient protocol. Southern blot analysis revealed comparable levels of integrated plasmids in each pool (data not shown). The higher level of basal SV40 promoter transcription should allow easier discrimination of the suppressive effect of the immunoglobulin element. When the intact HinfI enhancer element was appended to the SV40 promoter (HH−), no significant positive or negative effect on transcription was noted. However, deletion of the silencer, as in the PH− construct or the HH-Δ construct, was sufficient to give markedly increased levels of transcription in 3T3 fibroblasts (Table 1).

The CAT assay results were confirmed and extended by analysis of CAT transcripts in the S1 nuclease assay. Cytoplasmic RNA was isolated from pools of stably transfected BALB/c 3T3 cells and annealed to an excess of a uniformly labeled single-stranded DNA probe extending from an internal PvuII site in the CAT coding sequence past the transcriptional start site. The heteroduplexes were digested with S1 nuclease, denatured, and resolved on a sequencing gel (Fig. 2A). A marked stimulation of appropriately initiated CAT

mRNA was effected by introduction of a 23-bp mutation in the HH fragment (HH-Δ). The HinfI wild-type immunoglobulin heavy-chain enhancer fragment (HH) itself had no stimulatory effect on the levels of CAT transcription. A slot blot (Fig. 2B) in which immobilized cytoplasmic RNA was hybridized to a mouse β-actin probe (30) served as a control for comparable amounts of input RNA.

The findings presented demonstrate that the apparent inactivity of the immunoglobulin heavy-chain enhancer in constructs transfected into nonlymphoid cells is in part due to the presence of a dominant negative regulatory element. Sequences necessary for repression in fibroblasts were localized to a 23-bp region at the 5' end of the immunoglobulin heavy-chain enhancer. No effect of this repressor element could be detected in lymphoid cells. Wasylyk and Wasylyk (33) and Kadesch et al. (16) have reported transient-transfection data compatible with these findings. The latter report notes the repressive effect when the enhancer sequence was located 3' to the test gene. Recently, Gerster et al. (9) reported that multimerization of a small fragment from the heavy-chain enhancer which contains the E4 and octamer sites is sufficient to confer B-cell type-specific transcriptional activation. Taken together, the data presented here and in previous reports suggest that the immunoglobulin heavy-chain enhancer may be viewed as being composed of three distinct functional classes of elements: non-cell-type-specific transcriptional activators, lymphoid-specific transcriptional activators, and non-lymphoid-restricted transcriptional silencers. A combination of these activities within a given host cell type determines the net transcriptional effect seen in transfection experiments assaying enhancer activity.

Experiments conducted by several groups have suggested the presence of other repressor elements in the immunoglobulin heavy-chain enhancer region. Borrelli et al. (3) concluded that trans-acting factors exist which mediated repression of heavy-chain enhancer constructs in mouse L cells. The in vivo competition experiments supporting this conclusion used the PstI-EcoRI fragment of the enhancer as a competitor (Fig. 1B; the EcoRI site is 3' to the HH fragment in the μ enhancer). This indicates that a repressive element exists 3' to the one localized here. Taken together with the data for the PH− construct (Table 1), this indicates that this additional repressive element probably resides between the downstream HinfI site and the EcoRI site (Fig. 1B). Schöler and Gruss (25) noted evidence of yet another repressive element localized 3' to the EcoRI site in competition experiments in an in vitro transcription system. The presence of multiple negative regulatory elements in the heavy-chain enhancer may play a concerted role in the maintenance of cell-type-specific repression. The multiple nature of these elements could make this type of regulation quite important despite the relative weakness of an individual negative element. Experiments in which gene constructs driven by a heavy-chain enhancer containing multiple mutations in negative elements are introduced into a mouse germ line will be necessary to assess the relative importance of this strategy of control of tissue specificity.

A limited number of examples of mammalian sequences directing cell-type-specific repression has been reported. For two liver-specific genes, α-fetoprotein (22) and the retinol-binding protein (7), liver-specific transcription in transient transfection experiments is maintained in part by repressive elements that are active only in nonhepatic cells. Pituitary-specific expression of plasmids containing growth hormone transcriptional control elements also depends upon a cell-type-specific silencer (19). Taken together with data reported



FIG. 2. RNA analysis of CAT gene expression in stably transfected fibroblasts. (A) Cytoplasmic RNA was isolated from the indicated pools of stably transfected 3T3 cells. The EcoRI-PvuII fragment containing the transcription initiation region was subcloned into pBS. By using a universal primer, a ³²P-labeled single-stranded DNA probe was synthesized (5). The ³²P-labeled DNA probe was annealed overnight to 30 μg of cytoplasmic RNA (40°C in the presence of 80% formamide). The S1 nuclease reaction and analysis were performed as previously described (15). The SV40 early-region promoter has a heterogeneous set of start sites (32), accounting for the thickness of the band corresponding to the appropriately initiated transcripts (arrow). In addition to the accurately initiated transcripts, a significant amount of full-length probe was protected under conditions in which the probe was completely digested when annealed to tRNA (lane C). This reflects readthrough transcription from initiation at sites upstream of the promoter. Lane M, Size markers (MspI-cleaved pBR322, with the lengths in base pairs specified on the left). (B) Slot blot analysis of cytoplasmic RNA. Cytoplasmic RNA (3 μg) was denatured and blotted to nitrocellulose. The filter was probed with a random primer labeled mouse β-actin plasmid (30).

VOL. 8, 1988

here, these results indicate that cell-type-specific repression is probably one mechanism used concomitantly with cell-type-specific positive regulation in the complex control of genes during development.

Regulation of immunoglobulin genes is probably typical of that of other developmentally regulated genes. In all the cell types of the body except B cells or progenitors of B cells, these genes are not expressed. This lack of transcription in non-B cells is probably not due to the activities of repressive enhancer elements since factors are not bound to these sequences in most non-B cells (6, 8). It is likely that in cells such as fibroblasts, the immunoglobulin genes are set aside in compacted chromatin as methylated sequences which are not accessible to positive or negative transcriptional factors. The repressive elements detected in the present study are probably important in the regulation of immunoglobulin genes during the embryonic cell→stem cell→pre-B cell differentiation pathway. Heavy-chain genes are expressed early in this lineage, before light-chain genes. It will be of interest in this regard to determine whether repressive elements are also associated with the light-chain genes.

It is possible that a repressive transcriptional mechanism may be especially important in B-cell ontogeny. Blackwell et al. (2) have suggested that transcription through the region containing the D and J elements promotes site-specific DNA rearrangement in a pre-B cell. This region is downstream of the immunoglobulin promoter and thus under the transcriptional control of the μ enhancer. Stringent control of even low levels of enhancer-mediated transcription may be critical for accurate control of DNA rearrangement events in B-cell development. Thus, perhaps a composite of both repressive and stimulatory elements is necessary to produce the fine transcriptional control required by this developmental pathway.

Finally, the relationship of the repressive element described here to those described for other systems requires further investigation. There may be a multitude of factors which negatively regulate transcription. Examples have been suggested in which negative regulation is not a cell-type-specific phenomenon (17, 23, 24). Transcriptional regulation of rapidly inducible genes such as interferon genes may involve a repressive activity in the noninduced state (11). Similarly, it has been shown that repressive activities play a major role in cell cycle control of some yeast genes (4). The range of phenomena in which negative-acting enhancer elements have been implicated suggests that this type of regulation is equally complex in nature and number to positive-enhancer activities.

We thank A. Baldwin, J. LeBowitz, and H. Singh for helpful comments, D. Moore for providing the HGH plasmid, J. Hensold for the β-actin probe, and Margarita Siafaca for preparation of the manuscript.

This work was supported by National Institutes of Health Clinical Investigator Award HC01633 to J.W., by Public Health Service grant P01-CA42063 from the National Institutes of Health, by grants DCB-8502718 and CDR-8500003 from the National Science Foundation, and partially by National Cancer Institute Cancer Center core grant P30-CA14051 to P.A.S.

## LITERATURE CITED

1. Banerji, J., L. Olson, and W. Schaffner. 1983. A lymphocyte-specific cellular enhancer is located downstream of the joining region in immunoglobulin heavy chain genes. Cell 33:729–740.
2. Blackwell, T. K., M. W. Moore, G. C. Yancopoulos, H. Suh, S. Lutzker, E. Selsing, and F. W. Alt. 1986. Recombination between immunoglobulin variable region gene segments is enhanced by transcription. Nature (London) 324:585–589.
3. Borelli, E., R. Hen, B. Wasylyk, and P. Chambon. 1986. The immunoglobulin heavy chain enhancer is stimulated by adenovirus type 2 E1A products in mouse fibroblasts. Proc. Natl. Acad. Sci. USA 83:2846–2849.
4. Brand, A. H., L. Breeden, J. Abraham, R. Sternglanz, and K. Nasmyth. 1985. Characterization of a "silencer" in yeast: a DNA sequence with properties opposite to those of transcriptional enhancer. Cell 41:41–48.
5. Burke, J. F. 1984. High-sensitivity S1 mapping with single-stranded [$^{32}$P] DNA probes synthesized from bacteriophage M13mp templates. Gene 30:63–68.
6. Church, G., A. Ephrussi, W. Gilbert, and S. Tonegawa. 1985. Cell type specific contacts to immunoglobulin enhancers in nuclei. Nature (London) 313:798–801.
7. Colantuoni, V., A. Pirozzi, C. Blanco, and R. Cortese. 1987. Negative control of liver-specific gene expression: cloned human retinol-binding protein gene is repressed in HeLa cells. EMBO J. 6:631–636.
8. Ephrussi, A., G. M. Church, S. Tonegawa, and W. Gilbert. 1985. B lineage-specific interactions of an immunoglobulin enhancer with cellular factors in vivo. Science 227:134–140.
9. Gerster, T., P. Matthias, M. Thali, J. Jiricny, and W. Schaffner. 1987. Cell type-specificity elements of the immunoglobulin heavy chain gene enhancer. EMBO J. 6:1323–1330.
10. Gillies, S. D., S. L. Morrison, V. T. Oi, and S. Tonegawa. 1983. A tissue-specific transcription enhancer element is located in the major intron of a rearranged immunoglobulin heavy chain gene. Cell 33:717–728.
11. Goodburn, S., H. Burstein, and T. Maniatis. 1986. The human β-interferon gene enhancer is under negative control. Cell 45:601–610.
12. German, C. M., L. F. Moffat, and B. H. Howard. 1982. Recombinant genomes which express chloramphenicol acetyltransferase in mammalian cells. Mol. Cell. Biol. 2:1044–1051.
13. Graham, F., and A. van der Eb. 1973. A new technique for the assay of infectivity of human adenovirus 5 DNA. Virology 52:456–467.
14. Grosschedl, R., and D. Baltimore. 1985. Cell-type specificity of immunoglobulin gene expression is regulated by at least three DNA sequence elements. Cell 41:885–897.
15. Israel, A., A. Kimura, A. Fournier, M. Fellous, and P. Kourilsky. 1986. Interferon response sequence potentiates activity of an enhancer in the promoter region of a mouse H-2 gene. Nature (London) 322:743–748.
16. Kadesch, T., P. Zervos, and D. Ruzinsky. 1986. Functional analysis of the murine IgH enhancer: evidence for negative control of cell-free specificity. Nucleic Acids Res. 14:8209–8221.
17. Laimins, L., M. Holmgren-Konig, and G. Khoury. 1986. Transcriptional "silencer" element in rat repetitive sequences associated with rat insulin 1 locus. Proc. Natl. Acad. Sci. USA 83:3151–3155.
18. Landolfi, N. F., J. D. Capra, and P. W. Tucker. 1986. Interaction of cell-type-specific nuclear proteins with immunoglobulin V$_H$ promoter region sequences. Nature (London) 323:548–560.
19. Larsen, P. R., J. W. Harney, and D. D. Moore. 1986. Repression mediates cell-type-specific expression of rat growth hormone gene. Proc. Natl. Acad. Sci. USA 83:8283–8287.
20. Lenardo, M., J. W. Pierce, and D. Baltimore. 1987. Protein-binding sites in Ig gene enhancers determine transcriptional activity and inducibility. Science 236:1573–1577.
21. Maniatis, T., E. F. Fritsch, and J. Sambrook. 1982. Molecular cloning: a laboratory manual. Cold Spring Harbor Laboratory, Cold Spring Harbor, N.Y.
22. Muglia, L., and L. B. Rothman-Denes. 1986. Cell type-specific negative regulatory element in the control region of the α-fetoprotein gene. Proc. Natl. Acad. Sci. USA 83:7653–7657.
23. Nir, U., M. D. Walker, and W. J. Rutter. 1986. Regulation of rat insulin 1 gene expression: evidence for negative regulation in non-pancreatic cells. Proc. Natl. Acad. Sci. USA 83:3180–3184.
24. Sassone-Corsi, P., and I. M. Verma. 1987. Modulation of c-fos

MOL. CELL. BIOL.

gene transcription by negative and positive cellular factors. Nature (London) 326:507–510.

25. Schöler, H. R., and P. Gruss. 1985. Cell type-specific transcriptional enhancement in vitro requires the presence of trans-acting factors. EMBO J. 4:3004–3013.

26. Selden, R. F., K. B. Howie, M. E. Rowe, H. M. Goodman, and D. D. Moore. 1986. Human growth hormone as a reported gene in regulation studies employing transient gene expression. Mol. Cell. Biol. 6:3173–3179.

27. Sen, R., and D. Baltimore. 1986. Multiple nuclear factors interact with the immunoglobulin enhancer sequences. Cell 46:705–716.

28. Singh, H., R. Sen, D. Baltimore, and P. A. Sharp. 1986. A nuclear factor that binds to a conserved sequence motif in transcriptional control elements of immunoglobulin genes. Nature (London) 319:154–158.

29. Sompayrac, L. M., and K. L. Danna. 1981. Efficient infection of monkey cells with DNA of simian virus 40. Proc. Natl. Acad. Sci. USA 78:7575–7578.

30. Spiegelman, B., M. Frank, and H. Green. 1983. Molecular cloning of mRNA from 3T3 adipocytes. J. Biol. Chem. 258:10083–10089.

31. Staudt, L. M., H. Singh, R. Sen, T. Wirth, P. A. Sharp, and D. Baltimore. 1986. A lymphoid-specific protein binding to the octamer motif of immunoglobulin genes. Nature (London) 323:640–642.

32. Takahashi, K., M. Vigneron, H. Mattes, A. Wildeman, M. Zenke, and P. Chambon. 1986. Requirements of stereospecific alignment for initiation from the simian virus 40 early promoter. Nature (London) 319:121–126.

33. Wasylyk, C., and B. Wasylyk. 1986. The immunoglobulin heavy-chain B-lymphocyte enhancer efficiently stimulates transcription in non-lymphoid cells. EMBO J. 5:553–560.

34. Weinberger, J., D. Baltimore, and P. A. Sharp. 1986. Distinct factors bind to the homologous sequence in the immunoglobulin heavy chain enhancer. Nature (London) 322:846–848.