# Immunoglobulin gene expression only in the right cells at the right time

LAUREL A. ECKHARDT

Department of Biological Sciences, Columbia University, New York, New York 10027, USA

**ABSTRACT** Study of immunoglobulin gene transcriptional control has disclosed a complexity that rivals that of the antibody repertoire itself. Although some DNA sequences that regulate transcription of these genes were identified almost a decade ago, additional regulatory sequences continue to be discovered, some in regions far removed (as much as 200 kb) from the actual site of transcription. This has invoked models of regulation in which the higher-order structure of chromatin must be taken into account. Within the regulatory DNA sequences themselves, there is a bewildering array of sites that bind proteins and a growing catalog of proteins that can bind each of those sites. The proteins are believed to be the physical link between the regulatory DNA sequences and the protein machinery actually carrying out transcription. Specific interactions among proteins that can bind the same site and among proteins that bind different sites have been described. A challenge remaining is to identify those interactions that occur in vivo and that lead to progressively more efficient Ig production in the developing B cell, but which disallow Ig production in non-B cells. — Eckhardt, L. A. Immunoglobulin gene expression only in the right cells at the right time. *FASEB J.* 6: 2553–2560; 1992.

*Key Words: enhancer · octamer · transcription factor · negative regulation*

THE FOCUS OF THIS REVIEW WILL be the transcriptional control of Ig heavy chain genes, primarily as examined in the murine system. However, if the transcriptional control of these genes is to be fully understood, it must be considered within the context of the other regulatory mechanisms that influence expression of these genes.

The transcription units encoding Ig heavy and light chains do not exist in most cells. As a result, control of these genes' expression begins with the process of their creation. The variable region-encoding portions of the light and heavy chain genes must be assembled by DNA rearrangement from two (V-J) or three (V-D-J) gene segments, respectively (**Fig. 1**). Because any of numerous V, D, and J gene segments can be joined together in a given B cell, this assembly process, as well as postassembly mutation of the variable regions, contributes substantially to the variable region diversity seen among B cells (reviewed in ref 1).

This unusual means for generating a diverse repertoire of Ig molecules simultaneously serves to limit Ig expression to particular cells. The recombinational machinery required for V region assembly is restricted to lymphoid cells (pre-B and pre-T lymphocytes). Apparently "locus accessibility" also plays a role in regulating this process, as T lymphocytes that possess the requisite recombinational machinery nevertheless do not assemble either Ig light or heavy chain genes (reviewed in ref 3). Similarly, in B cells the onset of V region assembly at the Ig light chain loci lags behind that of the Ig heavy chain locus.

In the early 1980s, it became clear that lack of the appropriate recombinational machinery was not the only factor prohibiting Ig gene expression in non-B cells. When a fully assembled Ig gene was introduced into cultured non-B cell lines, the cells were unable to express it. In Ig transgenic mice, where all body tissues now harbored an assembled Ig gene, Ig expression remained limited to lymphoid cells (B and T cell lineages). Both kinds of experiment led to the identification of tissue-specific enhancers and promoters within the heavy and light chain genes (reviewed in ref 4).

There are additional controls on Ig genes that modulate their expression over the course of B cell development. For example, splenic B lymphocytes produce a moderate amount of Ig that is displayed on the cell surface as antigen receptor. When induced by antigen and helper T cells to differentiate into plasmacytes, these cells begin to produce and secrete copious amounts of Ig. The change from predominantly membrane to secreted Ig results from differential use of the heavy chain exons encoding membrane anchors for the Ig molecule. The increased production of Ig results partly from a change in mRNA stability (greater in the plasmacyte), although there may be some change in the rate of Ig gene transcription as well.

In summary, controls on gene rearrangement, rate of transcription, and mRNA stability all contribute to the tissue specificity of Ig gene expression and also to the regulated expression of these genes within the B cell lineage.

## THE IgH INTRON ENHANCER

The first cellular (as distinct from viral) eukaryotic enhancer to be identified was that of the murine Ig heavy chain gene (reviewed in ref 4). This enhancer, originally identified as a 1 kb XbaI fragment, lies between the $J_H$ gene segment cluster and $\mu$ constant region coding sequences ($C\mu$; see Fig. 1). Upon V region assembly, a V region promoter comes to lie near the IgH intron enhancer (EIgH) and thereby becomes subject to its control. In cells that switch from $\mu$ to another heavy chain class, a second DNA rearrangement results in deletion of the DNA between the assembled V gene and the newly expressed constant region gene (see Fig. 1). In most cases, the deletion does not include the IgH enhancer. Some exceptions to that rule will be discussed below.

Discovery of the IgH intron enhancer proved of particular interest because of the enhancer's tissue specificity. Like the viral enhancers, the IgH intron enhancer could function in either orientation or at any of several positions relative to the

---

[1]Abbreviations: HLH, helix-loop-helix motif.

0892-6638/92/0006-2553/$01.50. © FASEB



Figure 1. The murine immunoglobulin heavy chain locus. Heavy chain production begins by assembly of variable-region coding sequences upstream of the coding sequences for the $\mu$ constant region. Assembly involves splicing of three gene segments ($V_H$, $D_H$, $J_H$) and deletion of the intervening DNA. A $\mu$-producing cell can maintain the same antigen specificity (V region) but switch to production of another class of heavy chain by a second DNA rearrangement with deletion (heavy-chain class switch) (reviewed in ref 2). The IgH locus is not drawn to scale but shows the relative locations of the coding sequences (filled and open boxes above line) and enhancer regions (hatched boxes above line). EIgH identifies the IgH intron enhancer, and 3'$\alpha$E, the 3' enhancer. Due to incomplete information and space limitations, long regions of DNA that include additional V and D gene segments have been eliminated from the map (signified by slash marks between the coding segments shown; see ref 1 for more complete mapping of this region of the IgH chromosome). The tandem arrangement of the coding sequences for the eight heavy chain classes is shown, with the relative distances between them indicated (see ref 2 for actual distances). In a $\mu$-producing cell, the distance between the heavy chain gene promoter and the 3' enhancer (3'$\alpha$E) is about 200 kb (26).

promoter. However, the IgH enhancer was active only in cells of the B lineage and not in non-B cells, such as fibroblasts. It was suggested, therefore, that it might function through the action of *trans*-acting factors present only in B cells (reviewed in ref 4).

Over fifteen sites within the 1 kb XbaI fragment comprising this enhancer have now been shown to bind protein (see Fig. 2 and Table 1). cDNAs encoding many of these DNA-binding proteins have been cloned and a number of the proteins have been shown to serve as transcriptional activators. Although the assays differ in many cases, most of these sites have been shown to contribute in some measure to the transcriptional activity of the IgH intron enhancer. An exception is the cluster of SV40 "core" enhancer motifs (refs in ref 5).

At present, two enhancer-binding proteins have been shown to be B lineage-restricted (the $\mu$B-binding protein and oct2, see below); the remainder appear ubiquitous. One model of IgH enhancer function might be, therefore, that the motifs binding B cell-restricted factors are essential to the enhancer's activity. The other motifs (binding ubiquitous factors) supply an amplifying, or synergistic, function when the B cell-restricted factor (or factors) is present. However, many studies have shown this model to be an oversimplification.

Mutagenesis of any of the individual protein-binding sites (motifs) within the IgH enhancer has a relatively small effect on the enhancer's overall activity. Nor does mutagenesis of both the $\mu$B and octamer sites (which bind B lineage-restricted factors) completely remove the enhancer's tissue specificity. Rather, like other transcriptional enhancers, the IgH enhancer consists of a constellation of motifs, not any one of which is essential, but of which each contributes to the enhancer's activity. It has also become clear that the tissue specificity of the IgH enhancer is not due solely to a requirement for B cell-limited factors. Rather, there are negative elements within the enhancer that ensure its inactivity in non-B cells.

## Motifs that bind ubiquitous proteins

The $\mu$E1-$\mu$E4 sites were initially identified as protected regions in an in vivo footprinting assay (reviewed in ref 4). Footprints, suggesting protein-bound DNA, were seen at these sites in chromatin from B cells but not in chromatin from other cell-types. A consensus sequence (CAGGTGGC) was noted for these four sites, and three sites with similar sequence were also found within the $x$ light-chain intron enhancer ($x$E1-$x$E3). A fifth site within the IgH intron enhancer that fits the consensus sequence, $\mu$E5, has been identified more recently.

Although their sequences are related, the $\mu$E1, $\mu$E3, and $\mu$E5 sites have been shown to bind distinct proteins (see Table 1). No protein has been shown to bind $\mu$E4 in vitro. The $x$E2 site of the $x$ light chain enhancer binds some of the same proteins as $\mu$E5 with similar, if not identical, affinity.

TABLE 1. *Protein-binding motifs within the immunoglobulin heavy-chain gene intron enhancer*

| Site | Sequence | Position[a] | Binding factors[b] |
|---|---|---|---|
| S&C | AT-rich | 176-200 | ? |
| | | 285-333 | |
| | | 732-753 | |
| | | 788-826 | |
| E | TGAATTGAGCAATGT | 324-338 | $\mu$EBP-1 |
| $\mu$E1 | CAAGATGGC | 349-357 | $\mu$E1-BP, CF-1 |
| $\mu$E5 | CACCTGC | 373-379 | E12,E47,ITF-1,ITF-2 |
| $\mu$E2 | CAGCTGGC | 382-389 | (Same as $\mu$E5?) |
| $\mu$E3 | CATGTGGC | 401-408 | TFE3, TFEB, USF |
| ✓$\mu$B | TATTTGGGGAAGGG | 414-427 | PU.1? (tissue-specific) |
| Cores | TAAAACCAC | 432-440 | ? |
| | GTGGTTTGAA | 458-467 | ? |
| | AGTGGTTTTTGAA | 470-481 | $\mu$EBP-1 |
| $\mu$E4 | ACCACCTGGG | 529-538 | In vivo footprint |
| ✓Octamer | ATTTGCAT | 541-548 | Oct1 (ubiquitous)[c] |
| | | | Oct2a/b (tissue-specific) |

[a]Nucleotide position within the 1kb XbaI enhancer fragment; the first nucleotide in the XbaI recognition site is position #1. [b]Purified or cloned factors that have been shown to bind the site. [c]Many additional octamer-binding proteins have been identified, but most are expressed either only in early embryogenesis or in restricted areas of the nervous system (16). References are provided in the text.

µE2 does as well, but probably with lower affinity (ref 6 and refs therein).

The structure of the µE1-binding protein or proteins is not yet known (7). A shared feature of the µE3-binding and the µE5/xE2(µE2)-binding factors is that they contain structural motifs that allow homo- and hetero-oligomerization. For example, analysis of the structure of µE5/xE2-binding proteins led to the definition of a DNA-binding and protein dimerization motif now known as the helix-loop-helix motif (HLH;[1] reviewed in ref 8). Preceding the HLH region of these proteins is a highly basic region. Studies of another HLH protein, the myogenic transcription factor MyoD, have shown that the HLH region is necessary and sufficient for dimerization/oligomerization of these proteins, and that both the HLH and basic regions are required for sequence-specific DNA binding (8, 9). Basic regions also contribute to the specific transcriptional functions of HLH proteins. That is, the basic regions of two different HLH proteins may mediate their binding to the same DNA site. However, the resultant effect on transcription may differ enormously for the two proteins. For example, the basic region of MyoD is specifically required for muscle-specific gene activation (8).

The µE3-binding proteins, like those that bind µE5, have an HLH and a basic region. In addition, they have a leucine zipper motif, also known to facilitate protein-protein interactions (e.g., TFE3; ref 10). Another leucine zipper protein, Ig/EBP-1, binds the "E" site in the IgH intron enhancer (see Fig. 2; ref 11).

The µE3, µE5/µE2, and E-site binding proteins have all proved, as yet, to be ubiquitous. This is in puzzling contrast to the findings of the in vivo footprint analyses which suggested that the µE motifs were bound by protein only in B-lineage cells. However, as it emerges that oligomerization of these proteins can serve to modulate both their DNA-binding and their transcriptional properties, this apparent conflict is moving toward resolution. For example, some HLH proteins that can bind µE5 as part of heterocomplexes are unable to do so as homodimers/homo-oligomers (reviewed in ref 8). This suggests that the lack of a suitable partner can prohibit factor binding to a particular site. Similarly, an exchange of available protein partners could serve to sequester a potential binding factor into an oligomer that either cannot bind DNA at all or will bind an entirely new site. An example of the former is the Id protein. Id is an HLH-protein that lacks the adjacent basic region, and it inhibits the ability of other HLH proteins to bind DNA when heterocomplexed with them (reviewed in ref 8). Id mRNA is produced in varying levels in all cell types tested, making unlikely a simple correlation between Id's presence and inactivity of enhancer motifs dependent on HLH-proteins. Rather, it is more likely that positive and negative control of these enhancer sequences is achieved in part through a fine-tuning of the ratio of Id-like proteins to positively acting HLH transcription factors. These ratios may not be preserved during the preparation of nuclear extracts, perhaps explaining why only the in vivo binding analyses and not the in vitro showed B cell-restricted occupancy of the µE motifs. Consistent with this hypothesis, it has been difficult to demonstrate the tissue-specific activity of the IgH intron enhancer by in vitro transcription assay.

An exchange of oligomerization partners can also modify function without modifying DNA-binding specificity. This has been directly demonstrated for MyoD proteins with mutations in the basic region (8). Positioning the target DNA site near other protein-binding sites, as in an enhancer, adds to the potential for oligomer-mediated modulations in function. Protein-protein interactions are then possible not only between proteins that bind the same DNA site but also between those that bind different sites. The functional outcome of such an interaction between µE5 and µE3-binding proteins is described below (see Negative Regulation of IgH Genes).

### Motifs binding B cell-limited factors

The µB site within the mouse IgH intron enhancer was initially identified by homology to a site within the human IgH intron enhancer and was shown by mutational analysis to contribute to the murine enhancer's activity and tissue specificity (refs 12, 13 and refs therein). In vitro footprinting experiments with nuclear extracts prepared from lymphoid cell lines showed a strong footprint on the µB element. Nuclear extracts from nonlymphoid cells left either no footprint or an altered one over this element (12, 13). There is some suggestion that the B cell and macrophage-restricted PU.1 transcription factor might bind this site (14).

The octamer is probably the most widely studied motif within the murine IgH intron enhancer. It was initially identified as a conserved sequence common to all Ig heavy and light chain promoters (reviewed in ref 4). The octamer is bound by two factors, one ubiquitous (Oct1), and the other largely B-lineage restricted (Oct2).

A 51 bp subfragment of the IgH enhancer that contains the octamer becomes a potent and tissue-specific enhancer when multimerized to three or more copies (15). By comparison, four tandem copies of a µB-containing fragment (39 bp) has no detectable enhancer activity (12). This suggests that the µB site (and associated binding factor) must cooperate with one or more other sites/factors within the IgH enhancer to achieve its effect.

Mutation of both the µB and octamer elements within the 700 bp IgH enhancer fragment (XbaI/EcoRI) led to a significant reduction in activity in B cells (20–30% residual enhancer activity), demonstrating the importance of both elements to this enhancer's function in B cells. However, the same mutated fragment showed no enhancer activity in fibroblasts, indicating that additional elements within this fragment contribute to its tissue specificity.

### The octamer paradox

Although the upstream regions of individual Ig light and heavy chain promoters have been shown to bind multiple proteins, it was suggested some years ago that the octamer element was responsible for these promoters' tissue specificity (for refs, see ref 16). Construction of a minimal promoter consisting of only the octamer and a TATA element



**Figure 2.** A diagram of the protein-binding regions identified within the 1 kb IgH intron enhancer. S&C refers to the negative elements described by Scheuermann and Chen (35). Cores refer to the sequences with homology to the SV40 enhancer core element; they have not been shown to contribute to the functioning of the IgH enhancer in B cells. Oct, octamer element. Other motifs are as listed in Table 1 and discussed in text. Xba, XbaI restriction enzyme recognition site.

resulted in a B cell-specific promoter (reviewed in ref 4). Because it was functional only in B cells, it was suggested that this promoter (and by analogy, other natural Ig promoters) required Oct2 for activity.

As mentioned previously, the octamer element is also bound by the ubiquitous factor, Oct1, and the octamer serves as an essential element in the promoters of other genes whose activity is not restricted to B cells (e.g., histone H2b, snRNAs, viral regulatory proteins) (for refs, see ref 16). Why, then, was the octamer/TATA minimal promoter specifically dependent on Oct2? A hallmark of this promoter, compared with octamer-dependent promoters active in many cell types, was that it lacked any additional protein-binding motifs. It was suggested that Oct2 might be uniquely capable of functioning in the absence of other, cooperating factors whereas Oct1 could not (for refs, see ref 16).

A number of investigators have used *trans*-activation assays to test this hypothesis and to try to identify the functional difference or differences between Oct1 and Oct2. For most of the experiments, plasmids capable of expressing Oct2 or Oct1 have been introduced into non-B cells, along with a second plasmid that carries a reporter gene with any of several different promoter configurations. At least one promoter construction that normally functioned only in B cells was shown to be *trans*-activated by Oct2 and not by Oct1 when activator and promoter were simultaneously transfected into non-B (Hela) cells (17). The functional difference between the two Oct proteins, as measured by this assay, mapped to their COOH-terminal regions (17). It was also found that in all Oct1/Oct2 hybrid proteins constructed, presence of the COOH-terminal region of Oct2 correlated not only with transcriptional activity but also with a unique phosphorylation pattern. It was suggested that posttranslational modifications of the Oct proteins might be important to their activity. Although the $NH_2$-terminal region was also required for transcriptional activity in these experiments, the $NH_2$-terminal region of Oct1 was functionally equivalent to that of Oct2 (17).

The Oct2 gene gives rise to many different-sized RNA transcripts and to at least two alternate protein products, Oct2a (60 kDa) and Oct2b (75 kDa). Both Oct2a and Oct2b are restricted to lymphoid cells (18). A cDNA encoding Oct2a was used in the transactivation experiments cited previously. There is as yet no evidence of a functional difference between Oct2a and Oct2b (19), but it is interesting that they differ most extensively in their COOH-terminal regions.

Although these *trans*-activation experiments are provocative, not all octamer promoters with B cell-specific activity can be *trans*-activated in non-B cells upon addition of Oct2 (ref 20 and refs therein). In some cases where they can, added Oct1 is equally effective. Some of the nonresponsive promoters are the natural IgH and Igx promoters. A comparison of the synthetic octamer promoters that have been used in these assays suggests that the closer the octamer lies to the TATA element, the more likely it will respond to one or both of the Oct factors. For example, when two genes were compared in which an octamer-dependent enhancer was placed either close to or several kilobases from the promoter, both were active in B cells, but only the former could be activated in non-B cells when Oct2 was added (17).

In interpreting these experiments, it is important to note that the *trans*-activation assays have generally allowed only a comparison of promoter activity in non-B cells before and after addition of the Oct1 and/or Oct2a-producing plasmids. It has generally been difficult to compare the resulting level of transcriptional activity with that characteristic of B cells.

Although a promoter may be responsive, therefore, it is not clear whether the added factor results in as efficient transcription in the non-B cell as is achieved in the B cell.

In any case, neither Oct1 nor Oct2, when added to non-B cells, is able to assemble a DNA/protein complex that can function over long distances, as is required of an enhancer. The presence or absence of Oct2 alone cannot explain, therefore, the tissue-specific activity of octamer-dependent enhancers (nor, as noted previously, that of some natural Ig promoters). Possible explanations for this are that the non-B cell contains repressive factors that influence octamer-mediated transcriptional activities and/or that non-B cells lack another B cell-limited factor or factors that augments those activities.

Evidence for repressive factors acting through the octamer motif will be discussed below (see section on Negative Regulation). There is also evidence for interactions between Oct1/Oct2 and other transcriptional factors that result in a positive transcriptional effect, reminiscent of the heterocomplex-regulated effects on transcription already discussed for proteins binding the $\mu$E motifs (ref 21 and refs therein). A structural motif common to the Oct1 and Oct2 proteins and with a probable role in such heterocomplex formation is the POU-homeo domain. The POU domain is a region of sequence similarity shared by a number of putative transcription factors, the first identified being *Pit*-1, *Oct*1 and *Oct*2, and *Unc*-86 (reviewed in ref 22). The POU domain is required by both the Oct1 and Oct2 factors for DNA binding, and consistent with their close homology in this region (87% amino acid identity), they bind the same DNA sequence (the octamer) with identical footprints. The POU domain is also involved in the Oct factor/viral transcription factor interaction cited above (21).

## THE IgH 3' ENHANCER

Soon after discovery of the IgH intron enhancer, we and others (ref 23 and refs therein) reported that endogenous IgH genes could function without it. For example, in a cell line that switched from $\gamma$2b to $\gamma$2a production, the class switch rearrangement resulted in deletion of the intron enhancer. Nevertheless, the outcome was a $\gamma$2a-producing cell that produced heavy chain at levels equal to that of its $\gamma$2b-producing parent. The $\gamma$2a gene cloned from this cell line, however, was not itself enhancer-independent. When reintroduced into myeloma cells, the cloned $\gamma$2a gene was inactive before reinsertion of the IgH intron enhancer.

One explanation for these results was that another enhancer lay outside the range of our $\gamma$2a gene constructs. Because it would remain linked to the endogenous but not the cloned $\gamma$2a gene, it could functionally replace the intron enhancer in the former but not the latter case. Because we could find no evidence for such an enhancer within 32 kb of the expressed IgH gene, we also offered an alternate hypothesis. We suggested that endogenous IgH genes might require the intron enhancer only for their initial activation; another mechanism (change in chromatin structure; stable transcription complex; DNA modifications, etc.) might be responsible for maintaining these genes in an active state. Were this true, transfected genes would, by their nature, always require the components essential to gene activation; genes that were already active in the cell might not have the same requirements.

In tests of the latter hypothesis, we and another group designed experimental systems that would allow us to ask whether the enhancer dependence of a transfected gene

changed after activation (23, 24). In both cases, it was found that transfected genes, unlike the endogenous IgH genes, required the continual presence of the IgH intron enhancer to maintain expression. For technical reasons, these experiments were performed in pre-B cells. We were comparing, therefore, the behavior of endogenous IgH genes in myelomas with that of transfected IgH genes in pre-B cells. That IgH expression was independent of the IgH intron enhancer in one case, but not in the other, could reflect B cell stage-specific differences and/or differences in the genes' chromosomal contexts. It is likely that both play a role.

For example, there is evidence to suggest that enhancer independence is a status achieved only by the Ig genes of later-stage B cells. Although the endogenous IgH genes of myeloma cells are impervious to intron enhancer deletion, instances have been reported in which similar deletions in pre-B cells resulted in loss of IgH expression (refs in ref 23).

It is intuitively sensible for B cells to experience a progressive change in the controls affecting expression of their Ig genes. B lymphocyte differentiation begins with the pre-B cell and terminates in the plasmacyte. Irreversible commitment to Ig expression may not take place nor is it likely to be desirable at the earliest stages in differentiation — a time when mechanisms for eliminating or inactivating autoreactive cells are probably operating. Full commitment to Ig production may be achieved only after a cell has been selected by antigen and appropriate helper T cells to proliferate, differentiate, and form memory B cell and plasmacyte pools.

Whether the intron enhancer is dispensable only to the IgH genes of late-stage B cells or is also dispensable to earlier-stage B cells, there remains the question of how the enhancerless gene maintains high-level expression. A transcriptional enhancer has recently been found 3' of the rat IgH locus (25), and we and others have mapped an analogous enhancer (3' αE) 3' of the mouse IgH locus (see Fig. 1; refs 26, 27). There is some suggestion that 3'αE is active in plasmacytomas and not in earlier-stage B lymphomas, but this will require further analysis for confirmation (27). Indirect evidence for a role for 3'αE in endogenous IgH gene expression is provided by a mouse myeloma variant. In this variant, a large DNA deletion that included loss of 3'αE resulted in a decrease in heavy chain transcription (28). However, the deletion (29 kb) was much larger than the 3'αE region (600 bp), and the possibility that a negative element was introduced into the locus by the same deletion cannot be excluded (28).

The rat 3' IgH enhancer was reported to equal the mouse IgH intron enhancer in strength, but the comparable mouse 3' enhancer (3'αE) is much weaker (26). It remains to be determined, therefore, whether 3'αE can nevertheless function equivalently to the intron enhancer within the context of the endogenous IgH locus. It would be necessary that it do so over very great distances. For one of the intron enhancer-deficient cell lines, it would be acting over 70 kb of DNA; for μ heavy chain genes, it would be acting over a distance of as much as 200 kb (see Fig. 1). Transcriptional enhancers have also recently been identified 3' of the two Ig light chain loci (8.5 kb 3' of Cκ, ref 29; 8.4 and 35 kb 3' of Cλ, refs 30, 31).

Control regions acting over very great distances have been described in other systems. For example, an analysis of naturally occurring deletion mutants (γδβ thalassemias) and the mapping of erythroid-specific DNaseI hypersensitive sites led to the identification of a regulatory region 6–18 kb upstream of the 55 kb β-like globin gene cluster (reviewed in ref 32). This has been termed a dominant control or locus-activating region (DCR/LAR) and has some transcriptional enhancer activity associated with it. However, the DCR/LAR functions differently from the more gene-proximal enhancers within the β-like globin locus (reviewed in ref 32). By analogy, it might be something more like a locus-organizing unit than like the IgH intron enhancer that we should be looking for here. Such a unit, which could include 3'αE, might maintain the IgH locus in an open and active configuration even in the absence of the more promoter-proximal enhancer. Perhaps the shift to this open and active configuration is developmentally controlled within the B cell lineage.

How might a control region over 12 kb 3' of Cα communicate with gene promoters at the opposite end of this 200 kb locus? It has been suggested that the IgH locus can be divided into at least four looped DNA domains on the basis of nuclear matrix attachment sites (MARS; 33). Although it has not yet been determined whether an attachment site lies in or near 3'αE, it is possible that MARS provide the scaffolding necessary for bringing control regions at remote regions of the chromosome into proximity. Undoubtedly, a complete understanding of Ig gene control will require functional analysis of *cis*-acting sequences within the context of the natural chromosomal locus.

In addition to the issue of distance in considering the function of a flanking enhancer sequence like 3'αE, there is the issue of direction. Will the effects of such elements be limited to only one of the two possible directions along the chromosome? Another genetically defined locus distal to the IgH constant region cluster encodes T lymphocyte-specific surface antigens (IgT-C). The IgT-C locus and the centromere-proximal IgH V genes (V$_H$) are roughly equidistant from Cα and might be equally likely to come under the control of this putative control sequence.

## NEGATIVE REGULATION OF IgH GENES

There have been two types of evidence supporting the notion that Ig genes are actively repressed in non-B cells and are not inactive simply for want of a B cell-restricted activating factor. One approach has been to fragment the IgH enhancer in search of a subfragment that is equally active in non-B and B cells. For example, it was shown that although the 1 kb XbaI fragment containing the IgH intron enhancer was inactive in nonlymphoid cells, a 135 bp fragment within it (nucleotides #386-521) was equally effective as an enhancer in both lymphoid and nonlymphoid cells (34). As flanking regions were added back to this core enhancer, it became an increasingly strong enhancer in B cells, but a less and less effective enhancer in nonlymphoid cells. This suggested that the flanking regions not only contained sequences that could augment enhancer activity in B cells, but that they also carried sequences that could repress core enhancer activity in nonlymphoid cells.

One study of this kind mapped repressive sequences to two regions (nucleotides 117-251 and 667-825) within the IgH intron enhancer (S&C motifs in Table 1 and Fig. 2; ref 34). A subsequent study showed that nuclear extracts from nonlymphoid cells often generated footprints in these two regions whereas nuclear extracts from most Ig-producing B cell lines did not (35). The suggestion was that the footprints were those of repressive factors, but nothing more is known yet about these factors.

In similar studies, it was found that deletion or mutation of the region between nucleotides 376 and 383 led to an increase of enhancer activity for an IgH enhancer subfragment

(#345-566), but only when assayed in nonlymphoid cells (ref 6 and refs therein). Again, this suggested the presence of a negative element repressing IgH enhancer activity in non-lymphoid cells. It has subsequently been shown that $\mu$E5, which maps to the deleted region, is largely responsible for this activity. This has been shown by analysis of a subregion of the IgH enhancer that includes the $\mu$E5 site.

A site adjacent to $\mu$E5, $\mu$E3 is itself a rather strong enhancer element that, when multimerized to four or more copies, is active in both B and non-B cells. Addition of the $\mu$E5 and $\mu$E2 sites to $\mu$E3 (as is found in the natural IgH enhancer) results in a slightly more powerful transcriptional enhancer in B cells, but one that is entirely inactive in non-B cells (6). The addition of $\mu$E5 alone (and not of $\mu$E2 alone) to the $\mu$E3 multimer is sufficient to achieve this repressive effect in non-B cells. In an effort to correlate the functional interplay between these motifs with an interplay of their respective binding factors, the activities of several $\mu$E5/$\mu$E2/$\mu$E3 synthetic enhancers were assayed in the presence of differing concentrations of $\mu$E5 and $\mu$E3-binding factors (6). Overproduction of ITF-1 (a $\mu$E5-binding factor) overcame the repressive effect of $\mu$E5 on $\mu$E3-mediated enhancer activity, demonstrating that ITF-1 itself was not intrinsically repressive (6). In fact, excess ITF-1 could convert $\mu$E5 (when multimerized) into an enhancer that was active in all cell types. Overproduction of the $\mu$E3-binding factor (TFE3; 10), on the other hand, did not overcome the repressive effect of $\mu$E5 in non-B cells.

These results suggest that $\mu$E5-binding proteins can influence the enhancer activity of the neighboring $\mu$E3 site. The $\mu$E5-binding protein ITF-1 has a positive effect, augmenting the enhancer activity of the $\mu$E3 site. The further implication is that in non-B cells, ITF-1, although present, is in a repressed or inactive state and is supplanted by a $\mu$E5-binding activity that represses $\mu$E3 enhancer function. Several possibilities warrant consideration. ITF-1 may be modified in some way that precludes its activity, for example by phosphorylation and/or by dimerization with an inhibitory protein (another HLH-protein?). A modified form of ITF-1 (or ITF-1-containing heterocomplex) may itself serve as the repressor for both $\mu$E5 and $\mu$E3-mediated enhancer activities, or the repressor may be another $\mu$E5-binding protein or proteins that displaces ITF-1 from the $\mu$E5 site.

### Ig gene extinction in somatic cell hybrids

Another type of evidence for Ig-specific repressor factors in non-B cells comes from studies of somatic cell hybrids. We have shown that the murine T cell line BW5147 extinguishes Ig heavy and light chain expression upon fusion to Ig-expressing myeloma lines. In these hybrid lines, transcription of the Ig heavy chain gene has ceased and the gene has become newly methylated. Both the IgH intron enhancer and the IgH promoter are capable of mediating this effect on a reporter gene (36).

An element common to the IgH intron enhancer and the Ig promoters is the octamer motif. The octamer motif within the IgH enhancer is contained within a 51 bp fragment that, when multimerized to three or more copies, functions as a strong and tissue-specific enhancer (15). We found that a gene activated in B cells under the influence of this 51 bp multimer would become inactivate in T × B hybrid cells (37). This was not due to loss of the B cell-specific octamer-binding factor, Oct-2, as both this and the Oct-1 protein were present in hybrid cells. This suggests that the octamer element can act as positive and negative regulator, depending on cell environment. As with $\mu$E5-mediated negative control, this negative effect might be mediated through a novel octamer-binding factor present in BW5147, through a modified form of either the Oct1 or Oct2 factors, or perhaps through another protein that is not itself DNA-binding but that interacts specifically with Oct1 and/or Oct2. A repressive POU-domain protein that inhibits the activity of another POU-protein has recently been described in the nervous system of *Drosophila* (38).

Fibroblasts, when fused to myelomas, also extinguish Ig genes, and it has been shown that Ig light chain promoters, as well as the IgH intron enhancer, mediate this extinction. Unlike T × myeloma hybrids, it was found that the B cell-specific, octamer-binding factor Oct-2 was absent in fibroblast × myeloma hybrid cells (refs 39, 40 and refs therein). Consistent with the hypothesis that loss of Oct-2 might explain Ig gene extinction in the latter hybrids, transient transfection of an Oct-2 expression vector into the fibroblast × myeloma hybrids induced transcription of the formerly extinguished reporter gene (a gene under the control of an Ig$\kappa$ promoter; 39). However, the experimental conditions did not allow comparison of the reporter gene's expression levels before and after introduction of Oct-2, leaving open the possibility that providing Oct-2 to these cells might only partially overcome the block to Ig gene expression. The effect of Oct-2 on expression of the endogenous Ig genes in these hybrids was not tested.

It might be concluded from these studies that the fibroblast and the T cell use different means for prohibiting Ig gene expression as one but not the other extinguished Oct-2 expression. However, in either system it would seem unlikely that the lack of Oct2 could explain extinction as mediated through the IgH intron enhancer. Mutation of the octamer motif within the IgH intron enhancer has only a modest effect on enhancer activity (5). It should follow that loss of the factor or factors binding this site would have a similarly small effect on enhancer activity. However, introduction of a strong down-regulator operating through this site (and/or through another site, e.g., $\mu$E5) might have a pronounced effect.

Additional evidence speaks against the hypothesis that extinction, at least in T × myeloma hybrids, is merely due to the loss of a necessary positive regulator. We have constructed genes in which both the tissue-specific IgH intron enhancer and the SV40 enhancer are present. Whereas an SV40 enhancer-driven gene is normally not extinguished in the T × myeloma hybrids, a gene with both the IgH intron enhancer and the SV40 enhancer is. Had the IgH enhancer been merely rendered nonfunctional in the hybrid cell, we would have expected continued expression of the gene under SV40 enhancer control. Instead, the gene was silent in hybrid lines. We have interpreted this to suggest that the IgH enhancer plays an active role in preventing transcription of an associated gene and can override the transcription-enhancing activity of the non-tissue-specific SV40 enhancer (37).

### Transcriptional control of the IgH locus in T cells

As noted previously, fibroblast and T cell-mediated Ig gene extinction differ in some respects (although there is likely some overlap between the two systems). Some differences might have been expected. The T and B lymphocyte lineages are much more closely related than are the B cell and fibroblast lineages. Differential control of the T and B cell genetic programs, which include many genes expressed in common, therefore, might require greater precision. Consistent with this idea, it has been found that the IgH locus is not silent

in all T cells. Low levels of nonfunctional, or sterile, $c\mu$-transcripts are detectable in thymic tissue (e.g., 41); it has not been established whether these are the product of all or of a subset of thymocytes. Similarly, IgH transgenic mice often show thymic expression of IgH transgenes (reviewed in ref 42). It is not clear what determines whether, and at what levels, such a transgene will be expressed in thymus. For example, in studies of mice carrying a single copy of an IgH intron enhancer-controlled gene, the transgenes were expressed only in B cells and not in thymus or splenic T cells (43, 44). The mice that have shown IgH transgene expression in thymus have usually carried the transgene at much higher copy numbers (> 20). In one study of such animals, it was further shown that transgene expression was limited to a subset of thymocytes (45).

In any case, both the sterile $C\mu$ transcripts of normal mouse thymocytes and the transgenic mouse studies suggest that the IgH locus is transcriptionally active in at least some thymocytes, albeit at relatively low levels. Consistent with this, we have found that not all T cell lines extinguish Ig genes when fused to myelomas. This is true of the two sterile $C\mu$-producing T lymphomas we have examined (B. Porton, S. Manak, and L. Eckhardt, unpublished results). We would suggest that activity at the IgH locus in some T cells reflects overlap between the transcriptional machinery of T and B lymphocytes for at least a portion of their developmental histories. If IgH locus activity marks a stage in T cell development, silencing the same locus (acquisition of Ig extinction activity) may become necessary at some subsequent stage. For example, upon activation of the recombinational machinery involved in assembly of the T cell antigen-receptor (TcR) genes, it may become necessary to silence the Ig loci in order to prohibit simultaneous assembly of the B cell antigen receptor (the Ig genes). Alternatively, IgH locus activity and inactivity may reflect differences in the transcriptional makeup of different T cell functional subsets.

## SUMMARY

There is an expanding catalog of proteins and DNA sequences that is being established as a result of research on the transcriptional control of IgH genes. The interplay among these proteins and between the proteins and DNA is clearly complex. As yet, most hints as to the nature of these interactions has come from analysis of synthetic promoters and/or enhancers that retain only a small subset of the motifs present in the natural control sequences. Similarly, the levels of DNA-binding factors have generally been grossly modified to allow for detectable effects on gene function. The challenge of the future is to apply the information gained to direct analysis of the more finely balanced conditions in the living cell. The same challenge applies to our present understanding of the IgH enhancer and promoter sequences as a whole. We are learning how they work when linked to reporter genes and when introduced either transiently into cells or stably into random locations within the genome of recipient cells. The ultimate goal, however, is to know how and when they function when in their natural location within the IgH chromosome and within the normal, developing tissues of the animal. FJ

The author wishes to thank Dr. Diane Robins and Dr. Sherie Morrison for helpful discussions and critical readings of the manuscript.

## REFERENCES

1. Rathbun, G., Berman, J., Yancopoulos, G., and Alt, F. (1989) Organization and expression of the mammalian heavy chain variable-region locus. In *Immunoglobulin Genes* (Honjo, T., Alt, F. W., and Rabbitts, T. H., eds) pp. 63–90, Academic, New York
2. Honjo, T., Shimizu, A., and Yaoita, Y. (1989) $C_H$ gene arrangement: constant-region genes of the immunoglobulin heavy-chain and the molecular mechanism of class switching. In *Immunoglobulin Genes* (Honjo, T., Alt, F. W., and Rabbitts, T. H., eds) pp. 123–149, Academic, New York
3. Alt, F., Blackwell, K., DePinho, R., Reth, M., and Yancopoulos, G. (1986) Regulation of genome rearrangement events during lymphocyte differentiation. *Immunol. Rev.* 89, 5–30
4. Sen, R., and Baltimore, D. (1989) Factors regulating immunoglobulin-gene transcription. In: *Immunoglobulin Genes* (Honjo, T., Alt, F. W., and Rabbitts, T. H., eds) pp. 327–342, Academic, New York
5. Kiledjian, M., Su, L., and Kadesch, T. (1988) Identification and characterization of two functional domains within the murine heavy-chain enhancer. *Mol. Cel. Biol.* 8, 145–152
6. Ruezinsky, D., Beckmann, H., and Kadesch, T. (1991) Modulation of the IgH enhancer's cell type specificity through a genetic switch. *Genes Dev* 5, 29–37
7. Riggs, K., Merrell, K., Wilson, G., and Calame, K. (1991) Common Factor 1 is a transcriptional activator which binds in the c-myc promoter, the skeletal alpha-actin promoter, and the immunoglobulin heavy-chain enhancer. *Mol. Cell. Biol.* 11, 1765–1769
8. Weintraub, H., Davis, R., Tapscott, S., Thayer, M., Krause, M., Benezra, R., Blackwell, T., Turner, D., Rupp, R., Hollenberg, S., Zhuang, Y., and Lassar, A. (1991) The myoD gene family: nodal point during specification of the muscle cell lineage. *Science* 251, 761–766
9. Murre, C., Schonleber McCaw, P., and Baltimore, D. (1989) A new DNA binding and dimerization motif in immunoglobulin enhancer binding, *daughterless*, *MyoD*, and *myc* proteins. *Cell* 56, 777–783
10. Beckmann, H., Su, L.-K., and Kadesch, T. (1990) TFE3: A helix-loop-helix protein that activates transcription through the immunoglobulin enhancer $\mu$E3 motif. *Genes Dev.* 4, 167–179
11. Roman, C., Platero, J., Shuman, J., and Calame, K. (1990) Ig/EBP-1: a ubiquitously expressed immunoglobulin enhancer binding protein that is similar to C/EBP and heterodimerizes with C/EBP. *Genes Dev.* 4, 1404–1415
12. Libermann, T., Lenardo, M., and Baltimore, D. (1990) Involvement of a second lymphoid-specific enhancer element in the regulation of immunoglobulin heavy-chain gene expression. *Mol. Cell. Biol.* 10, 3155–3162
13. Nelsen, B., Kadesch, T., and Sen, R. (1990) Complex regulation of the immunoglobulin $\mu$-heavy-chain gene enhancer: $\mu$B, a new determinant of enhancer function. *Mol. Cell. Biol.* 10, 3145–3154
14. Pongubala, J., and Atchison, M. (1991) Functional characterization of the developmentally controlled immunoglobulin kappa 3' enhancer: regulation by Id, a repressor of helix-loop-helix transcription factors. *Mol. Cell. Biol.* 11, 1040–1047
15. Gerster, T., Matthias, P., Thali, M., Jiricny, J., and Schaffner, W. (1987) Cell type-specificity elements of the immunoglobulin heavy chain gene enhancer. *EMBO J.* 6, 1323–1330
16. Schöler, H., Hatzopoulos, A., Balling, R., Suzuki, N., and Gruss, P. (1989) A family of octamer-specific proteins present during mouse embryogenesis: evidence for germline-specific expression of an oct factor. *EMBO J.* 8, 2543–2550
17. Tanaka, M., and Herr, W. (1990) Differential transcriptional activation by Oct-1 and Oct-2: interdependent activation domains induce Oct-2 phosphorylation. *Cell* 60, 375–386
18. Hatzopoulos, A., Stoykova, A., Erselius, J., Goulding, M., Neuman, T., and Gruss, P. (1990) Structure and expression of the mouse Oct2a and Oct2b, two differentially spliced products of the same gene. *Development* 109, 349–362

19. Wirth, T., Priess, A., Annweiler, A., Zwilling, S., and Oeler, B. (1990) Multiple Oct2 isoforms are generated by alternative splicing. *Nucleic Acids Res.* 19, 43–51
20. Kemler, I., Bucher, E., Seipel, K., Muller-Immergluck, M., and Schaffner, W. (1991) Promoters with the octamer DNA motif (ATGCAAAT) can be ubiquitous or cell type-specific depending on binding affinity of the octamer site and Oct-factor concentration. *Nucl. Acids Res.* 19, 237–242
21. Kristie, T., LeBowitz, J., and Sharp, P. (1989) The octamer-binding proteins form multi-protein-DNA complexes with the HSV αTIF regulatory protein. *EMBO J.* 8, 4229–4238
22. Rosenfeld, M. (1991) POU-domain transcription factors: pou-er-ful developmental regulators. *Genes & Devel.* 5, 897–907
23. Porton, B., Zaller, D., Lieberson, R., and Eckhardt, L. (1990) Immunoglobulin heavy chain enhancer is required to maintain transfected γ2a gene expression in a pre-B cell line. *Mol. Cell. Biol.* 10, 1076–1083
24. Grosschedl, R., and Marx, M. (1988) Stable propagation of the active transcriptional state of an immunoglobulin μ gene requires continuous enhancer function. *Cell* 55, 645–654
25. Pettersson, S., Cook, G. P., Bruggemann, M., Williams, G. T., and Neuberger, M. S. (1990) A second B cell-specific enhancer 3' of the immunoglobulin heavy-chain locus. *Nature (London)* 344, 165–168
26. Lieberson, R., Giannini, S., Birshtein, B., and Eckhardt, L. (1991) An enhancer at the 3' end of the mouse immunoglobulin heavy chain locus. *Nucleic Acids Res.* 19, 933–937
27. Dariavach, P., Williams, G., Campbell, K., Pettersson, S., and Neuberger, M. (1991) The mouse IgH 3'-enhancer. *Eur. J. Immunol.* 21, 1499–1504
28. Gregor, P., and Morrison, S. (1986) Myeloma mutant with a novel 3' flanking region: loss of normal sequence and insertion of repetitive elements leads to decreased transcription but normal processing of the alpha heavy-chain gene products. *Mol. Cell. Biol.* 6, 1903–1916
29. Meyer, K., and Neuberger, M. (1989) The immunoglobulin x locus contains a second, stronger B-cell-specific enhancer which is located downstream of the constant region. *EMBO J.* 8, 1959–1964
30. Hagman, J., Rudin, C., Haasch, D., Chaplin, D., and Storb, U. (1990) A novel enhancer in the immunoglobulin λ locus is duplicated and functionally independent of NFxB. *Genes Dev.* 4, 978–992
31. Eccles, S., Sarner, N., Vidal, M., Cox, A., and Grosveld, F. (1990) Enhancer sequences located 3' of the mouse immunoglobulin lambda locus specify high-level expression of an immunoglobulin lambda gene in B cells of transgenic mice. *New Biol* 2, 801–811
32. Townes, T., and Behringer, R. (1990) Human globin locus activation region (LAR): role in temporal control. *Trends Genet.* 6, 219–223
33. Cockerill, P. (1990) Nuclear matrix attachment occurs in several regions of the IgH locus. *Nucleic Acids Res.* 18, 2643–2648
34. Imler, J-L., Lemaire, C., Wasylyk, C., and Wasylyk, B. (1987) Negative regulation contributes to tissue specificity of the immunoglobulin heavy-chain enhancer. *Mol. Cell. Biol.* 7, 2558–2567
35. Scheuermann, R., and Chen, U. (1989) A developmental-specific factor binds to suppressor sites flanking the immunoglobulin heavy-chain enhancer. *Genes and Dev.* 3, 1255–1266
36. Zaller, D., Yu, H., and Eckhardt, L. (1988) Genes activated in the presence of an immunoglobulin enhancer or promoter are negatively regulated by a T-lymphoma cell line. *Mol. Cell. Biol.* 8, 1932–1939
37. Yu, H., Porton, B., Shen, L., and Eckhardt, L. (1989) Role of the octamer motif in hybrid cell extinction of immunoglobulin gene expression; extinction is dominant in a two enhancer system. *Cell* 58, 441–448
38. Treacy, M., He, X., and Rosenfeld, M. (1991) I-POU: a POU-domain protein that inhibits neuron-specific gene activation. *Nature (London)* 350, 577–584
39. Junker, S., Pedersen, S., Schreiber, E., and Matthias, P. (1990) Extinction of an immunoglobulin x promoter in cell hybrids is mediated by the octamer motif and correlates with suppression of Oct-2 expression. *Cell* 61, 467–474
40. Bergman, Y., Strich, B., Sharir, H., Ber, R., and Laskov, R. (1990) Extinction of Ig genes expression in myeloma × fibroblast somatic cell hybrids is accompanied by repression of the oct-2 gene encoding a B-cell specific transcription factor. *EMBO J.* 9, 849–855
41. Kemp, D., Harris, A., Cory, S., and Adams, J. (1980) Expression of the immunoglobulin Cμ gene in mouse T and B lymphoid and myeloid cell lines. *Proc. Natl. Acad. Sci. USA* 77, 2876–2880
42. Storb, U. (1989) Immunoglobulin gene analysis in transgenic mice. In *Immunoglobulin Genes* (Honjo, T., Alt, F. W., and Rabbitts, T. H., eds) pp. 303–326, Academic, New York
43. Reik, W., Williams, G., Barton, S., Norris, M., Neuberger, M., and Surani, M. (1987) Provision of the immunoglobulin heavy chain enhancer downstream of a test gene is sufficient to confer lymphoid-specific expression in transgenic mice. *Eur. J. Immunol.* 17, 465–469
44. Gerlinger, P., LeMeur, M., Irrmann, C., Renard, P., Wasylyk, C., and Wasylyk, B. (1986) B-lymphocyte targeting of gene expression in transgenic mice with the immunoglobulin heavy-chain enhancer.
45. Storb, U., Pinkert, C., Arp, B., Engler, P., Gollahon, K., Manz, J., Brady, W., and Brinster, R. (1986) Transgenic mice with μ and x genes encoding antiphosphorylcholine antibodies. *J. Exp. Med.* 164, 627–641