# THE EMBO JOURNAL

Volume 5 number 4 April 1986

Published monthly for
the European Molecular Biology Organization
by IRL Press

ISSN 0261-4189 Coden EMJODG




MIGGE EISBAD

# KURT MIGGE GMBH

Your world-wide supplier of scientific laboratory equipment, instruments, glass and plasticware, ice boxes etc.

You see our products in Institutes of Biochemistry, Biology and Medicine.

KURT MIGGE GMBH,
AM TAUBENFELD 31,
D-6900 HEIDELBERG
TELEX: 461734 MIGGE D
TEL: 06221-81068

Circle no 4 on reader enquiry card

## SUBSCRIPTIONS

A subscription to *The EMBO Journal* comprises 13 issues, with an Annual Author and Subject Index. Subscriptions are entered on a calendar year basis only.
**Annual subscription rates (Volume 5, 1986).** All subscription rates include handling and delivery, by air beyond Europe.

|  | Libraries etc. | EMBO members | Personal rate* |
|---|---|---|---|
| The Americas | US $375.00 | US $80.00 | US $100.00 |
| Japan | Yen 100 000 | – | Yen 40 000 |
| UK and Rest of the World | £195.00 | £40.00 | £58.00 |

*Available only to individuals who declare in writing that the journal is for their personal use only (1986 and subsequent subscriptions only).*

**Back volumes** are available in hard copy, microfiche and microfilm. Contact the publisher for details.

**Orders.** Orders and payments from, or on behalf of, subscribers in the various geographical areas shown below should be sent to IRL Press Ltd, or their nearest agent, with payment made in the currency indicated.
*The Americas.* Payment in US dollars to IRL Press Inc., PO Box Q, McLean, VA 22101–0850, USA.
*Japan.* Payment in Yen to sole agents, USACO Corporation, Tsutsumi Building, 13–12 Shimbashi 1-chome, Minato-ku, Tokyo 105, Japan.
*India.* Payment in local currency or sterling to sole agents, Universal Subscription Agency Pvt. Ltd, 101–102 Comm. Centre, PB No. 8, Malviya Nagar Extn, Saket, New Delhi-110 017, India.

*Rest of the World.* Payment in sterling to the main office for subscriptions: IRL Press Ltd, PO Box 1, Eynsham, Oxford OX8 1JJ, UK.
Telephone: (0865) 882283, Telex: 8950511 (IRL) or 83147 (IRL).

**Advertising.** To advertise in *The EMBO Journal* contact IRL Press Inc. in The Americas or IRL Press Ltd in the Rest of the World (see addresses above).

©1986 EMBO/IRL Press Ltd. All rights reserved by the publisher.

Authorization to photocopy items for internal or personal use, or the internal or personal use of specific clients, is granted by IRL Press Ltd for libraries and other users registered with the Copyright Clearance Center (CCC) Transactional Reporting Service, provided that the base fee of $2.00 per copy is paid directly to CCC, 21 Congress St., Salem, MA 01970. 0261-4189/86 $2.00 + 0. Special requests, such as copying for general distribution, or for advertising or promotional purposes, should be addressed to the Production Editor, *The EMBO Journal*, IRL Press Ltd, PO Box 1, Eynsham, Oxford OX8 1JJ, UK.
*The EMBO Journal* (ISSN 0261-4189) is published monthly, with two issues in December, for US $375.00 per year in 1986 by IRL Press Ltd, PO Box 1, Eynsham, Oxford, UK. Second class postage paid at Jamaica, NY 11431, USA. US Postmaster: send address changes to *The EMBO Journal*, Publications Expediting Inc., 200 Meacham Avenue, Elmont, LI NY 11003, USA. Airfreight and mailing in the USA by Publications Expediting Inc.

Printed by Information Printing Ltd, Oxford, England.
Papers set in 10 pt and 8 pt Compugraphic Times.

# The lysozyme enhancer: cell-specific activation of the chicken lysozyme gene by a far-upstream DNA element

Manfred Theisen, Aribert Stief and Albrecht E. Sippel

Zentrum für Molekulare Biologie der Universität Heidelberg (ZMBH), Im Neuenheimer Feld 282, D-6900 Heidelberg 1, FRG

Communicated by Peter Gruss

The chicken lysozyme gene is constitutively expressed in macrophages and controlled by steroid hormones in the oviduct. We have investigated the influence of the 5' non-coding region of this gene on its cell-specific transcriptional activation. In transient transfection experiments we have identified a far-upstream cell-specific enhancer element 6.1 kb 5' to the transcriptional start site of the lysozyme gene. Transcription from the lysozyme gene promoter is induced by this element in a position- and orientation-independent manner in lysozyme-producing myeloid cells (HBCI), but not in non-producing chicken embryo fibroblasts (CEF-38). The enhancer region correlates with a DNase-hypersensitive chromatin site which is only detectable in cells of tissues in which the lysozyme gene is transcribed. We suggest that this far-upstream element is involved in the tissue-specific control of lysozyme gene activity.
*Key words:* chicken lysozyme gene/cell-specific expression/far upstream cellular enhancer/DNase hypersensitivity/transient expression experiments

## Introduction

One of the key problems in understanding differentiation is the regulation of tissue-specific expression of eukaryotic genes. The regulation of the cell-specific activity of the chicken lysozyme gene is an attractive model for the study of differential expression of genes in different tissues of the same organism. In tubular gland cells of the chicken oviduct the lysozyme gene is transcribed only when induced by steroid hormones (Schütz *et al.*, 1978), whereas in macrophages it is constitutively expressed and not dependent on steroid hormones (Hauser *et al.*, 1981; Sippel *et al.*, 1986a). Although the level of lysozyme mRNA molecules per cell differs by two orders of magnitude (Hauser *et al.*, 1981), initiation of transcription occurs at the same multiple start sites with identical relative proportions (Sippel *et al.*, 1986a, b and Figure 1a). The various modes of regulation of the lysozyme gene correlate with the appearance of different sets of DNase I-hypersensitive sites in the 5' chromatin of the gene domain (Fritton *et al.*, 1983, 1984; Sippel *et al.*, 1986a, b). It is generally believed that DNase-hypersensitive sites mark the position of regulatory elements in the chromatin domain of eukaryotic genes where *trans* acting protein factors interact with the DNA (recent review; Lübbe and Schaffner, 1985). A correlation between viral or cellular enhancer elements and DNase-hypersensitive chromatin regions has for example been demonstrated for the SV40 enhancer (Saragosti *et al.*, 1980; Jongstra *et al.*, 1984), the immunoglobulin kappa gene enhancer (Parslow and Granner, 1982) and the glucocorticoid-dependent enhancer element of MMTV (Zaret and Yamamoto, 1984). A well-understood example that demonstrates the correlation between differences in chromatin structure and the action of cell-specific DNA binding proteins is the chicken β-globin gene. In this case the DNase-hypersensitive structure can be restored *in vitro* by incubation of DNA with extracts from erythrocytes that contain a specific *trans*-acting factor (Emerson and Felsenfeld, 1984).

Gene transfer experiments have become an important tool to test the function of regulatory sequences in cell-specific activation of eukaryotic genes *in vivo*. With this method enhancer sequences in the immunoglobulin genes (Queen and Balitmore, 1983; Banerji *et al.*, 1983; Gillies *et al.*, 1983; Picard and Schaffner, 1984) have been identified. Regulatory sequences within the first several hundred nucleotides of the 5' non-coding region, that are responsible for tissue-specific and developmentally regulated expression have been found in the case of the insulin and chymotrypsin genes (Walker *et al.*, 1983, Edlund *et al.*, 1985), the rat albumin gene (Ott *et al.*, 1984), the muscle actin gene (Melloul *et al.*, 1984) and the mouse immunoglobulin genes (Foster *et al.*, 1985; Mason *et al.*, 1985; Grosschedl and Baltimore, 1985; Picard and Schaffner, 1985).

Previous DNA microinjection experiments had shown that the lysozyme promoter region itself is inactive when introduced into chicken bone marrow derived macrophages (Renkawitz *et al.*, 1982). We have therefore examined the influence of 5' upstream sequences of the chicken lysozyme gene on the cell-specific transcriptional activation of its promoter in a transient expression system. With these experiments we are able to demonstrate that, in contrast to what has been found in many other eukaryotic genes, a control element involved in the cell-specific activation of transcription is located in the far-upstream gene region. The activating DNA element, which is located 6.1 kb 5' to the transcriptional start site, correlates with a tissue-specific DNase-hypersensitive site in chromatin (Fritton *et al.*, 1983; Sippel *et al.*, 1986a, b), which contains two binding sites for the TGGCA protein, a ubiquitous nuclear DNA-binding protein (Nowock and Sippel, 1982; Borgmeyer *et al.*, 1984; Nowock *et al.*, 1985).

## Results

*Influence of the 5'-flanking region on the cell-specific activation of the chicken lysozyme promoter*

Transient expression of the chloramphenicol-acetyl-transferase (CAT) gene fused to the lysozyme promoter was measured in the two chicken cell lines HBCI (Beug *et al.*, 1979) and CEF-38 (LSCC-H32, Kaaden *et al.*, 1982). HBCI is a myeloid cell transformed by the retrovirus MC29. CEF-38 was established from spontaneously transformed embryo fibroblasts. Figure 1 shows an S1 mapping analysis (Weaver and Weissman, 1979) of total cellular RNA extracted from both cell lines. Approximately 100 lysozyme-specific transcripts can be detected per HBCI cell, that is one-third the amount found in mature macrophages (compare Figure 1, lanes 3, 5 and 6). In contrast no lysozyme-specific transcripts could be detected by S1 mapping analysis of excess total cellular RNA from CEF-38 cells (Figure 1, lane 7). In

M. Theisen, A. Stief and A.E. Sippel





Fig. 1. S1 mapping analysis of lysozyme gene specific transcripts. Total cellular RNA was hybridized to a 5'-labelled BstNI fragment spanning the promoter region of the lysozyme gene (b) and digested with 250 units S1 nuclease at 30°C for 2.5 h. (a) S1-resistant DNA fragments were separated on a 16% polyacrylamide 8 M urea sequencing gel after hybridization with 0.1 µg laying hen oviduct total cellular RNA (lane 2), 20 µg RNA from blood-derived chicken macrophages (lane 3), 30 µg HBCI RNA (lane 5), 60 µg HBCI RNA (lane 6) and 150 µg CEF-38 RNA (lane 7). Lane 1 is without RNA. Numbers in parenthesis indicate the position of the multiple start sites of lysozyme transcripts (Grez et al., 1981). Lane 4 contains radioactively labelled HpaII restricted pBR322 DNA (fragment lengths indicated in bp at the left margin). (b) Diagram of the promoter region of the chicken lysozyme gene. The open box indicates the first exon (E). Arrows indicate start site and direction of promoter specific transcripts and the numbers give bp of respective restriction enzyme cutting sites.



Fig. 2. Map of pLYSCAT plasmids. (a) Shows the 5' region of the chicken lysozyme gene. Positions of DNase I-hypersensitive sites (HS) are indicated by vertical arrows. The numbers refer to their positions in kb relative to the transcriptional start site at Exon 1 (E). The 562-bp BamHI–Sau3A fragment covering HS −6.1 is indicated as a thick black arrow. The wavy arrow shows the direction of transcription. Only those restriction sites relevant for cloning are indicated: BamHI (B), BglII (Bg), HinfI (Hf), RsaI (R), SacI (S) and Sau3A (Sa). (b) is a schematic representation of pLYSCAT plasmids. The CAT gene is symbolized by an open arrow; sequences derived from the lysozyme gene region appear as open bars. Numbers indicate the 5' end of the lysozyme inserts in bp relative to the transcriptional start site. The black arrow symbolizes the position and orientation of the 562-bp BamII–Sau3A fragment covering sequences of HS −6.1. The BK virus HaeIII enhancer fragment (Rosenthal et al., 1983) is indicated by a black box in pLYSCAT2500. Vector DNA is shown as a thin line.

a first approach we have generated a series of plasmids containing different lengths of 5' flanking DNA sequences of the lysozyme gene fused to the promoterless CAT gene of pCAT 3M (Böhnlein et al., 1985) (Figure 2b). A RsaI fragment covering the lysozyme gene promoter region from position −161 to +14 (Figure 2a) was cloned into the unique BglII site of pCAT 3M. This plasmid was named pLYSCAT1000. In plasmids pLYSCAT2000, 3000 and 4000 the lysozyme gene upstream DNA sequences were extended to positions −579, −1206 and −6400 respectively.

Logarithmically growing cultures of HBCI and CEF-38 cells were transfected with these plasmids. Figure 3 shows the time course of [14C]choramphenicol conversion by extracts from transfected HBCI and CEF-38 cells. As a positive control pSV2CAT (Gorman et al., 1982a), that contains the SV40 early promoter/enhancer region, and which efficiently stimulates CAT activity in both cell lines was used. pLYSCAT4000, which contains 6.4 kb of lysozyme gene upstream DNA, is the only plasmid that significantly enhances CAT activity, while pLYSCAT1000, 2000 and 3000 which contain 161, 579 and 1206 bp of 5' DNA,

do not stimulate conversion of chloramphenicol as compared to pCAT 3M. The enhancement of CAT activity by pLYSCAT4000 is specific for the lysozyme-producing cell line HBCI. This indicates that cell-specific activating sequences are located more than 1200 bp 5' to the transcriptional start site of the gene.

*DNA sequences covering a hypersensitive region 6.1 kb 5' to the gene are responsible for the cell-specific enhancement of lysozyme promoter activity*

Since pLYSCAT4000 is the only plasmid containing DNA sequences covering the DNase hypersensitive site at −6.1 kb (HS −6.1, Figure 2a) that is strictly correlated with the active state of the lysozyme gene (Sippel et al., 1986a, b), we tested whether this far-upstream DNA region by itself is able to enhance lysozyme promoter CAT activity. For this purpose we have constructed plasmids pLYSCAT2100, 2200, 2300 and 2400 (Figure 2b). A 562-bp BamHI–Sau3A fragment covering HS −6.1 was ligated in sense and antisense orientation either into the BglII site at position −579 of pLYSCAT2000 to generate pLYSCAT2100 and pLYSCAT2200, or into the unqiue BamHI site of pLYSCAT2000, downstream of the CAT gene to generate pLYSCAT2300 and pLYSCAT2400. In the circular molecules used for transfection this corresponds to a position approximately 3.3 kb 5' to the lysozyme promoter. To test whether lysozyme promoter-derived expression of the CAT gene can generally be stimulated by enhancer sequences, we have constructed plasmid pLYSCAT2500, containing the 216-bp HaeIII enhancer fragment of BK virus (Rosenthal et al., 1983) cloned into the BglII site at position −579 of pLYSCAT2000.

Transfection with pLYSCAT2500 leads to the same high level of stimulation of CAT activity in both HBCI and CEF-38 cells (Figure 3). This general enhancement of CAT activity occurs

I 50643



Fig. 3 Cell-specific enhancement of CAT gene expression after transfection with pLYSCAT plasmids. The time course is shown for conversion of chloramphenicol by extracts from HBCI and CEF-38 cells transfected with the indicated plasmids. Cell extracts were prepared 48 h after transfection. 20 μl aliquots were incubated in a total volume of 180 μl as described in Materials and methods. The incubations were terminated after 15, 30 or 45 min by extraction with ethyl acetate. The indicated values of chloramphenicol conversion represent an average of at least two independent transfections.

irrespective of the activity of the endogenous lysozyme gene in the two transfected cell types and demonstrates the absence of tissue specificity for the lysozyme promoter function in these cells. In contrast, transfection of both cell lines with the −6.1-kb lysozyme DNA-containing plasmids pLYSCAT2100, 2200, 2300 and 2400 leads to a stimulation of CAT activity only in the HBCI cells, the cell type which naturally transcribes the lysozyme gene. The enhancement is relatively independent of orientation and position of the 562-bp insert, even though pLYSCAT2300 and 2400, which contain the insert 2.7 kb further upstream to the promoter, are less active than pLYSCAT2100 and 2200.

To ascertain whether the cell-specific stimulation of CAT activity by the 562-bp BamHI−Sau3A fragment is due to enhanced transcription from the lysozyme promoter, we analysed total cellular RNA from transfected HBCI cells by S1 mapping. A 1490-bp HindIII−EcoRI fragment (Figure 4b), labelled at the EcoRI site of pLYSCAT3000 was used as probe for specific transcripts derived from transfected lysozyme promoter−CAT gene constructs. A 280 nucleotides-long S1-resistant DNA fragment can be detected with RNA from HBCI cells transfected with pLYSCAT2500, 2100 and 2200 (Figure 4a, lanes 5−7). This band corresponds to CAT-specific transcripts initiated at positions +1/−2 of the lysozyme promoter. No CAT-specific band can be detected after transfection with pLYSCAT2000, which lacks the upstream element (Figure 4a, lane 4). Endogenous lysozyme gene-specific transcripts were mapped as an internal control (Figure 4a). The simultaneous S1 mapping results prove that the stimulation of CAT activity by the 562-bp BamHI−Sau3A fragment, as well as the BK enhancer control, is due to cis-activation of transcription from the transfected lysozyme promoter. From this we conclude that DNA sequences covering the DNase-hypersensitive chromatin site at −6.1 kb function as a tissue-specific cellular enhancer.

*Cell-specific and position-independent stimulation of the SV40 early promoter by the lysozyme enhancer*

Enhancers are able to stimulate transcription not only from homologous but also from heterologous promoters (Yaniv, 1982; Banerji et al., 1983; Khoury and Gruss, 1983). We have examined the influence of the lysozyme enhancer on the SV40 early promoter fused to the CAT gene. The 562-bp cellular enhancer fragment was cloned into pA10CAT2 (Laimins et al., 1983) to replace the SV40 72-bp enhancer at various positions and orientations (Figure 5a). pLE1CAT and pLE2CAT contain the lysozyme enhancer fragment ligated into the unique BglII site of pA10CAT2 close to the SV40 early promoter in sense and antisense orientation. pLE3CAT and pLE4CAT contain the enhancer fragment in sense and antisense orientation in the BamHI site of pA10CAT2, downstream of the CAT gene. Since we have transfected circular molecules, this is equivalent to a position of the enhancer 3.8 kb 5′ to the SV40 promoter. Figure 5b summarises the results obtained after transfection of HBCI and CEF-38 cells. The lysozyme enhancer stimulates SV40 promoter-derived expression of the CAT gene in the same orientation-, and position-independent and cell-specific way, as demonstrated with the lysozyme promoter.

Discussion

We have identified a far-upstream cellular enhancer element in the chicken lysozyme gene region by transient gene transfer experiments. The enhancer is necessary to stimulate transcription from the homologous lysozyme promoter or the heterologous SV40 early promoter in lysozyme-producing myeloid cells. It is completely inactive in chicken fibroblasts, which do not express the lysozyme gene, and in mouse Ltk⁻ cells (data not shown).

150644

M.Theisen, A.Stief and A.E.Sippel

Case 1:04-cv-10884-RGS   Document 210-7   Filed 07/26/2007   Page 6 of 8

M.Theisen, A.Stief and A.E.Sippel



Fig. 4. S1 mapping analysis of CAT gene specific transcripts in total cellular RNA of HBCI cells transfected with pLYSCAT plasmid DNA. (a) CAT gene specific transcripts were mapped in HBCI RNA 48 h after transfection with pLYSCAT2000 (lane 4), pLYSCAT2500 (lane 5), pLYSCAT2100 (lane 6) and pLYSCAT2200 (lane 7). 150 μg of RNA were hybridized to a 1490-bp HindIII−EcoRI fragment (see b) labeled at the EcoRI site that had been isolated from pLYSCAT3000 (Figure 2b). Hybrids were digested with 100 units S1 nuclease at 25°C for 3 h. Endogenous lysozyme-specific transcripts were determined simultaneously as an internal control using in addition the BstNI hybridization probe (Figure 1b). After separation on a 7% polyacrylamide 8 M urea sequencing gel an S1-resistant DNA fragment of 280 nucleotides in length indicates the CAT gene-specific transcripts that are initiated at position +1/−2 of the transfected lysozyme gene promoter. The S1-resistant DNA bands corresponding to the endogenous lysozyme gene specific transcripts are indicated as in Figure 1a. Lanes 1 and 2 show aliquots of the labelled BstNI and the HindIII−EcoRI fragments used as hybridization probes, respectively. Lane 3 contains pBR322 DNA digested with HpaII as a size marker, with fragment lengths indicated at the left margin. (b) Diagram of the 5' region on the lysozyme promoter−CAT fusion gene. The open box indicates the CAT gene part of the construct. Arrows indicate the direciton of transcription from the lysozyme promoter and the numbers give bp of the respective restriction enzyme sites.

722

As could be shown for other enhancer elements (Parslow and Granner, 1982; Jongstra et al., 1984; Zaret and Yamamoto, 1984; Saragosti et al., 1980), the lysozyme enhancer correlates with a DNase-hypersensitive site, which is present only in chromatin of cells naturally expressing the lysozyme gene (Sippel et al., 1986a, b). This indicates the interaction of regulatory factors with these sequences. Our group identified a nuclear DNA-binding protein, the TGGCA protein, that specifically binds to two symmetrical DNA sites within this region (Nowock and Sippel, 1982; Borgmeyer et al., 1984). The chicken TGGCA protein, which is functionally related to HeLa cell nuclear factor I (Leegwater et al., 1986) is present in all chicken cells tested (Borgmeyer et al., 1984; Nowock et al., 1985) including HBCI and CEF-38 cells (A.W.Püschel and A.E.Sippel, unpublished results). The ubiquitous presence of this factor indicates that the binding of only this protein is insufficient to explain the tissue specificity of the lysozyme enhancer. On the other hand the TGGCA protein recognizes DNA sequences within several viral enhancers, for example the enhancers of BK virus (Nowock et al., 1985), JC virus and simian cytomegalovirus (Hennighausen et al., 1985). In this respect it is also worth mentioning that the NFI/TGGCA protein is a DNA binding protein which functions as stimulating factor of in vitro adenovirus DNA replication (Nagata et al., 1984; Rawlins et al., 1984; Guggenheimer et al., 1984; Leegwater et al., 1985).

The lysozyme enhancer appears as an open chromatin structure in all cell types transcribing the lysozyme gene (Sippel et al., 1986a, b), independent of the level of RNA detectable in them. We therefore suggest that it is a far-upstream control element which has the general function of determining the active state of the chromatin domain. Steroid regulation, as in chicken oviduct cells (Renkawitz et al., 1984) and modulation of the transcriptional rate in mature macrophages, as compared with myeloid HBCI cells, could then be associated with other DNase-hypersensitive sites (Figure 2a) in the lysozyme gene region (Fritton et al., 1984).

In the case of the immunoglobulin genes (Foster et al., 1985; Mason et al., 1985; Grosschedl and Baltimore, 1985; Picard and Schaffner, 1985) it has been demonstrated that promoter sequences display cell-type specificity independent of the cell-specific enhancer. The chicken lysozyme promoter region, which appears in an open chromatin structure in all cells and in which the lysozyme gene is naturally transcribed (Fritton et al., 1983, 1984; Sippel et al., 1986b), does not seem to have this type of specificity in the cells used for our gene transfer experiments. The combination of a 579-bp DNA fragment of the lysozyme promoter region with the BK virus enhancer in pLYSCAT2500 leads to comparable CAT gene activities in both lysozyme-producing HBCI and non-producing CEF-38 cells.

Our results strengthen the view that stage and cell-specific expression of eukaryotic genes rests on the action of cellular control elements which can be well separated from the promoter region. Up to now this concept has been based on results from a very few examples (Banerji et al., 1983; Picard and Schaffner, 1984; Brent and Ptashne, 1984; Prochownik, 1985; Edlund et al., 1985). The control elements regulating cell specificity of transcription are located in the promoter proximal or internal regions of these genes. In contrast to that, cell-specific expression of the lysozyme gene is determined by an enhancer element located approximately 6 kb upstream from the promoter region of the gene. This result indicates, that at least for some genes,

150645



Fig. 5. Cell-specific and position-independent activation of the SV40 early promoter by the lysozyme enhancer. (a) Gives a schematic representation of the pLECAT plasmids. The lysozyme enhancer fragment (black arrow, compare Figure 2) was ligated into the unique BglII site 130 bp or the BamHI site 3.8 kb 5' to the SV40 early promoter of pA10CAT2 (Laimins et al., 1983) in either orientation. Since we have transfected circular plasmid molecules the latter is equivalent to a position 160 bp 3' of the poly(A) point of the indicator gene. The SV40 promoter region is indicated as an open box. The SV40 72-bp enhancer repeats in pSV2CAT (Gorman et al., 1982a) are indicated by a black box. Cell-specific enhancement by the lysozyme enhancer is demonstrated in (b). The indicated plasmids were introduced into HBCl cells (H) and CEF-38 cells (C). CAT activity was determined by a 60 min incubation of cell extracts as described in Figure 3 and Materials and methods. The indicated values of conversion of chloramphenicol represent an average of at least two independent transfections.

larger parts of gene-flanking DNA must be considered for gene transfer experiments in order to ensure correct cell- and stage-specific expression.

## Materials and methods

### Construction of plasmids and DNA preparation

All plasmids were constructed and isolated by standard recombinant DNA techniques (Maniatis et al., 1982) using subcloned DNA fragments of the chicken lysozyme gene region containing recombinant phages λlys30 and λlys31 (Lindenmaier et al., 1979).

*pLYSCAT1000.* A RsaI fragment covering the lysozyme gene promoter region from position −161 to +14 was isolated from plasmid pBRP0.8 (Jung et al., 1980) and ligated into the unique BglII site of pCAT 3M (Böhnlein et al., 1985) using BglII linkers. The correct integration of the insert was tested by sequencing the plasmid DNA (Maxam and Gilbert, 1977).

*pLYSCAT2000.* To construct pLYSCAT2000, pLYSCAT1000 was digested with EcoRI and HinfI and the 335-bp EcoRI−HinfI fragment covering 260 bp of CAT gene sequence and lysozyme promoter sequences to position −55 was isolated and ligated to a BglII−HinfI fragment containing sequences from position −579 to −55 of the lysozyme gene region. Ligated fragments were then inserted into the pCAT 3M vector DNA that was linearized by a partial digest with EcoRI and recut with BglII.

*pLYSCAT3000.* pLYSCAT2000 was linearized by a partial digest with BglII and a BglII fragment covering positions −1206 to −579 of the lysozyme gene region was inserted into the BglII site at position −579.

*pLYSCAT4000.* A 5570-bp SacI fragment from position −6400 to −830 of the lysozyme gene region was cloned into the SacI site at position −830 of pLYSCAT3000.

*pLYSCAT2100, 2200.* A 562-bp BamHI−Sau3A fragment covering HS −6.1 was isolated from plasmid pHB596 (Borgmeyer et al., 1984) and cloned into the BglII site at position −579 of pLYSCAT2000, that had been linearized by a partial digest with BglII. pLYSCAT2100 contained the insert in sense, whilst pLYSCAT2200 contained it in antisense orientation. The orientation of the insert was determined by restriction enzyme mapping.

*pLYSCAT2300, 2400.* The 562-bp BamHI−Sau3A fragment was ligated to pLYSCAT2000 that had been linearized with BamHI. The insert is in sense orientation in pLYSCAT2300 and in antisense orientation in pLYSCAT2400.

*pLYSCAT2500.* The 216-bp HaeIII enhancer fragment of BK virus (Rosenthal et al., 1983) was ligated to pLYSCAT2000 that had been linearized at the BglII site at position −579.

*pLE1CAT, pLE2CAT.* pA10CAT2 (Laimins et al., 1983) was linearized at its BglII site. The 562-bp BamHI−Sau3A fragment was ligated into this vector in sense orientation (pLE1CAT) and antisense orientation (pLE2CAT).

*pLE3CAT, pLE4CAT.* The BamHI−Sau3A enhancer fragment was cloned into the unique BamHI site of pA10CAT2 in sense (pLE3CAT) and antisense (pLE4CAT) orientation.

DNA samples for transfection experiments were purified by centrifugation in two successive CsCl gradients.

### Cell growth

HBCl cells (Beug et al., 1979) and CEF-38 cells (Kaaden et al., 1982) were grown in 150 cm$^2$ tissue culture flasks (Costar) in Iscove's Modified Dulbecco's Medium (IMDM, Gibco) supplemented with 8% FCS and 2% chicken serum at 37°C, 5% $CO_2$. In continuous culture, cells were harvested by trypsinization, diluted 1:5 and fed with 30 ml of fresh medium twice a week.

Primary macrophage cultures were obtained from cultured white blood cells. Blood was collected by heart puncture and the buffy coat was separated by centrifugation at 800 g for 10 min through lymphocyte separation medium, density 1.077 (Flow). 1 × 10$^8$ cells per 150 cm$^2$ flask were kept in IMDM, 8% FCS, 2% chicken serum at 5% $CO_2$, 40°C. The adherent cell fraction was used for RNA preparation after 5 days.

### Cell transfection and CAT assay

DNA was introduced into the cells by the calcium phosphate co-precipitation method (Graham and van der Eb, 1973; Gorman et al., 1982a, b) with the following modifications: 24 h before transfection 3 × 10$^6$ HBCl cells or 1.5 × 10$^5$ CEF-38 cells were plated on a 10 cm tissue culture dish (Falcon) with 10 ml IMDM. 4 h before transfection cells were fed with 10 ml fresh medium. 25 µg of plasmid DNA were suspended in 438 µl 10 mM Tris−HCl, pH 7.6, followed by the addition of 62 µl of 2 M $CaCl_2$. After mixing, the DNA−$CaCl_2$ solution was added dropwise to 500 µl of 2 × HBS (2 × HBS = 280 mM NaCl, 1.5 mM $Na_2HPO_4 \cdot 2H_2O$, 50 mM Hepes, pH 7.13). 30 min later the DNA−$CaPO_4$ suspension was added to the cells. Cells were incubated for 4 h at 37°C, 5% $CO_2$. Thereafter cells were shocked with 3 ml 15% glycerol, 140 mM NaCl, 0.75 mM $Na_2HPO_4 \cdot 2H_2O$, 25 mM Hepes, pH 7.13 for 2.5 min (Schöler and Gruss, 1984), supplemented with fresh medium and incubated for 48 h at 37°C, 5% $CO_2$. Fresh medium was added after 24 h. Cells were harvested in 40 mM Tris−HCl, pH 7.5, 1 mM EDTA, 150 mM NaCl, resuspended in 150 µl 0.25 M Tris−HCl, pH 7.8 and lysed by sonication. The lysate was cleared in an Eppendorf centrifuge and the cell extract was stored at −20°C.

CAT activity was measured by incubating 20 µl of extract in a total volume of 180 µl containing 0.25 M Tris−HCl, pH 7.8, 4 mM acetyl-CoA, 0.2 µCi [$^{14}$C]chloramphenicol (sp. act. 58 mCi/mmol). The reaction was terminated by extraction of chloramphenicol with ethyl acetate and the acetylated derivatives were separated from unmodified chloramphenicol by t.l.c. on silica gel (Machery and Nagel) with chloroform−methanol (95:5). The conversion value was calculated after determining the portion of acetylated and unmodified chloramphenicol by scintillation counting.

### Preparation of RNA and S1 mapping analysis

Total cellular RNA was prepared by lysis of HBCl cells, CEF-38 cells and chicken

723

macrophages in 5 M guanidinium thiocyanate, 50 mM Tris–HCl, pH 7.6, 10 mM EDTA, 5% β-mercaptoethanol (Chirgwin et al., 1979). Oviduct tissue was homogenized in the same buffer using a Polytron homogenizer (Kinematica GmbH). RNA was pelleted through a cushion of 5.7 M CsCl, 0.1 M EDTA in a Beckman SW40 rotor at 29 000 r.p.m., 20°C for 22 h (Kaplan et al., 1979). RNA pellets were resuspended in diethylpyrocarbonate-treated double-distilled sterile water, EtOH precipitated and stored as aqueous solutions at −20°C.

For S1 mapping analysis (Weaver and Weissman, 1979), RNA samples were hybridized to an at least 40-fold molar excess of the appropriate DNA probe, that had been 5′ end-labelled with polynucleotide kinase (Maniatis et al., 1982) in 10 µl of 400 mM NaCl, 40 mM Pipes, pH 6.4, 1 mM EDTA, 80% formamide at 43°C for 12 h. After hybridization, probes were diluted with 250 µl of 300 mM NaCl, 30 mM sodium acetate, pH 4.5, 3 mM $ZnSO_4$, 100 µg/ml denatured and sonified salmon sperm DNA and digested with 250 units S1 nuclease (Sigma) at 30°C for 2.5 h to analyse endogenous lysozyme gene-specific transcripts, or with 100 units S1 nuclease at 25°C for 3 h to analyse CAT gene-specific transcripts. S1-resistant DNA fragments were analysed on polyacrylamide urea sequencing gels (Maniatis et al., 1982). Gels were exposed to Kodak XAR-5 films using intensifier screens (Dr Goos, Suprema).

## Acknowledgements

We thank H.Beug and T.Graf for the cell lines HBC1 and CEF-38, P.Gruss for plasmids pSV2CAT, pA10CAT2, pCAT3M and pBKVCAT and U.Strech-Jurk for helping to prepare the macrophage cultures. This work was supported by grants from the Deutsche Forschungsgemeinschaft (Si 165/4-1) and the Fonds der Chemischen Industrie.

## References

Banerji,J., Olson,L. and Schaffner,W. (1983) Cell, 33, 729–740.
Beug,H., von Kirchbach,A., Döderlein,G., Conscience,J.F. and Graf,T. (1979) Cell, 18, 375–390.
Böhnlein,E., Chowdhury,K. and Gruss,P. (1985) Nucleic Acids Res., 13, 4789–4809.
Borgmeyer,U., Nowock,J. and Sippel,A.E. (1984) Nucleic Acids Res., 12, 4295–4311.
Brent,R. and Ptashne,M. (1984) Nature, 312, 612–615.
Chirgwin,J.M., Przybyla,A.E., MacDonald,R.J., Rutter,J.M. (1979) Biochemistry, 18, 5294–5299.
Edlund,T., Walker,M.D., Barr,P.J. and Rutter,W.J. (1985) Science, 230, 912–916.
Emerson,B.M. and Felsenfeld,G. (1984) Proc. Natl. Acad. Sci. USA, 81, 95–99.
Foster,J., Stafford,J. and Queen,C. (1985) Nature, 315, 423–425.
Fritton,H.P., Sippel,A.E. and Igo-Kemenes,T. (1983) Nucleic Acids Res., 11, 3467–3485.
Fritton,H.P., Igo-Kemenes,T., Nowock,J., Strech-Jurk,U., Theisen,M. and Sippel,A.E. (1984) Nature, 311, 163–165.
Gillies,S.D., Morrison,S.L., Oi,V.T. and Tonegawa,S. (1983) Cell, 33, 717–728.
Gorman,C.M., Moffat,C.-F. and Howard,B.H. (1982a) Mol. Cell. Biol., 2, 1044–1051.
Gorman,C.M., Merlino,G.T., Willingham,M.C., Pastan,I. and Howard,B.H. (1982b) Proc. Natl. Acad. Sci. USA, 79, 6777–6781.
Graham,F.L. and van der Eb,A.J. (1973) Virology, 52, 456–457.
Grez,M., Land,H., Gisecke,K., Schütz,G., Jung,A. and Sippel,A.E. (1981) Cell, 25, 743–752.
Grosschedl,R. and Baltimore,D. (1985) Cell, 41, 885–897.
Guggenheimer,R.A., Stillman,B.W., Nagata,K., Tamanoi,F. and Hurwitz,J. (1984) Proc. Natl. Acad. Sci. USA, 81, 3069–3073.
Hauser,H., Graf,T., Beug,H., Geiser-Wilke,I., Lindenmaier,W., Grez,M., Land,H., Giesecke,K. and Schütz,G. (1981) In Neth,R., Gallo,R.C., Graf,T., Mannweiler,K. and Winkler,K. (eds), Haematology and Blood Transfusion. Springer, Berlin, Vol. 26, pp. 175–178.
Hennighausen,L., Siebenlist,U., Danner,D., Leder,P., Rawlins,D., Rosenfeld,P. and Kelly,T. (1985) Nature, 314, 289–292.
Jongstra,J., Reudelhuber,T.L., Oudet,P., Benoist,C., Chae,C.-B., Jeltsch,J.-M., mathis,D.J. and Chambon,P. (1984) Nature, 307, 708–714.
Jung,A., Sippel,A.E., Grez,M. and Schütz,G. (1980) Proc. Natl. Acad. Sci. USA, 77, 5759–5763.
Kaaden,O.R., Lange,S. and Stiburek,B. (1982) In Vitro, 18, 827–834.
Kaplan,B.B., Berstein,S.L. and Giaio,A.E. (1979) Biochem. J., 183, 181–184.
Khoury,G. and Gruss,P. (1983) Cell, 33, 313–314.
Laimins,L.A., Khoury,G., Gorman,C.M., Howard,B. and Gruss,P. (1983) Proc. Natl. Acad. Sci. USA, 79, 6453–6457.
Leegwater,P.A.J., van Driel,W. and van der Vliet,P.C. (1985) EMBO J., 4, 1515–1521.
Leegwater,P.A.J., van der Vliet,P.C., Rupp,R.A.W., Nowock,J. and Sippel,A.E. (1986) EMBO J., 5, 381–386.
Lindenmaier,W., Nguyen-Huu,C., Lurz,R., Stratmann,M., Wurtz,T., Hauser, H.J., Sippel,A.E. and Schütz,G. (1979) Proc. Natl. Acad. Sci. USA, 76, 6196–6200.
Lübbe,A. and Schaffner,W. (1985) Trends Neurosci., 8, 100–104.
Mason,J.O., Williams,G.T. and Neuberger,M.S. (1985) Cell, 41, 479–487.
Maniatis,T., Fritsch,E.F. and Sambrook,J. (1982) Molecular Cloning. A Laboratory Manual. Cold Spring Harbor Laboratory Press, Cold Spring Harbor, NY.
Maxam,A. and Gilbert,W. (1977) Proc. Natl. Acad. Sci. USA, 74, 560–564.
Melloul,D., Aloni,B., Calvo,J., Yaffe,D. and Nudel,U. (1984) EMBO J., 3, 983–990.
Nagata,K., Guggenheimer,R.A. and Hurwitz,J. (1984) Proc. Natl. Acad. Sci. USA, 80, 6177–6181.
Nowock,J. and Sippel,A.E. (1982) Cell, 30, 607–615.
Nowock,J., Borgmeyer,U., Püschel,A.W., Rupp,R.A.W. and Sippel,A.E. (1985) Nucleic Acids Res., 13, 2045–2061.
Ott,M.-O., Sperling,L., Herbomel,P., Yaniv,M. and Weiss,M.C. (1984) EMBO J., 3, 2502–2510.
Parslow,T.G. and Granner,D.K. (1982) Nature, 299, 449–451.
Picard,D. and Schaffner,W. (1984) Nature, 307, 80–82.
Picard,D. and Schaffner,W. (1985) EMBO J., 4, 2831–2838.
Prochownik,E.V. (1985) Nature, 316, 845–848.
Queen,C. and Baltimore,D. (1983) Cell, 33, 741–748.
Rawlins,D.R., Rosenfeld,P.J., Wides,R.J., Challberg,M.D. and Kelly,T.J.,Jr. (1984) Cell, 37, 309–319.
Renkawitz,R., Beug,H., Graf,T., Matthias,P., Grez,M. and Schütz,G. (1982) Cell, 31, 167–176.
Renkawitz,R., Schütz,G., von der Ahe,D. and Beato,M. (1984) Cell, 37, 503–510.
Rosenthal,N., Kreiss,M., Gruss,P. and Khoury,G. (1983) Science, 222, 749–754.
Saragosti,S., Mayne,G. and Yaniv,M. (1980) Cell, 20, 65–73.
Schöler,H.R. and Gruss,P. (1984) Cell, 36, 403–411.
Schütz,G., Nguyen-Huu,M.C., Giesecke,K., Hynes,N.E., Groner,B., Wurtz,T. and Sippel,A.E. (1978) Cold Spring Harbor Symp. Quant. Biol., 42, 617–624.
Sippel,A.E., Nowock,J., Theisen,M., Borgmeyer,U., Strech-Jurk,U., Bonifer,C., Igo-Kemenes,T. and Fritton,H.P. (1986a) In Clayton,R.M. and Truman,D.E.S. (eds), Co-ordinated Regulation of Gene Expression. Plenum, New York, London, in press.
Sippel,A.E., Fritton,H.P., Theisen,M., Borgmeyer,U., Strech-Jurk,U. and Igo-Kemenes,T. (1986b) In Grodzicker,T., Sharp,P.A. and Botchan,M.R. (eds), DNA Tumor Viruses: Gene Expression and Replication. Cancer Cells 4/1986. Cold Spring Harbor Laboratory, Cold Spring Harbor, NY, in press.
Walker,M.D., Edlund,T., Boulet,A.M. and Rutter,W.J. (1983) Nature, 306, 557–561.
Weaver,R.F. and Weissman,C. (1979) Nucleic Acids Res., 7, 1175–1193.
Yaniv,M. (1982) Nature, 297, 17–18.
Zaret,K.S. and Yamamoto,K.R. (1984) Cell, 38, 29–38.

Received on 11 December 1985; revised on 27 January 1985

I 50647