Cell, Vol. 44, 261–272, January 31, 1986, Copyright © 1986 by Cell Press

NOTICE: This material may be protected by copyright law (Title 17 U.S. Code)

# Detailed Analysis of the Mouse H-2Kb Promoter: Enhancer-like Sequences and Their Role in the Regulation of Class I Gene Expression

Akinori Kimura, Alain Israël, Odile Le Bail, and
Philippe Kourilsky
Unité de Biologie Moléculaire du Gène
Unité INSERM U 277 associée au CNRS (UA 535)
Institut Pasteur
25 rue du Dr. Roux
75724 Paris Cédex 15, France

## Summary

Sequencing and deletion analyses of the H-2Kb promoter have suggested that several regions may be important for expression and regulation of this gene. Two of these regions are conserved inside the promoter of several genes coding for classical transplantation antigens, but not in the promoter of class I genes located in the Qa region. They display enhancer-like activity in cells that express H-2 genes, but show some tissue specificity in that they function very poorly in undifferentiated embryonal carcinoma cells in which H-2 genes are not expressed. They also have been shown not to be the target of the adenovirus-12 induced repression of class I gene expression recently demonstrated by Schrier et al. The promoter of the β2-microglobulin gene also contains a sequence with enhancer-like activity, but shares no homology with the H-2Kb promoter region.

## Introduction

The major class I transplantation antigens specified by class I genes of the major histocompatibility complex play a key role in a number of immunological processes, for example in the recognition of foreign antigens by cytotoxic T cells of the host (Zinkernagel and Doherty, 1980). These molecules (H-2K, D, and L in mouse) have been extensively studied at the protein and at the DNA level (Hood et al., 1982). They are composed of a glycosylated heavy chain, which spans the cellular membrane, associated with a smaller nonglycosylated polypeptide, known as β2-microglobulin (β2-m).

Although the major transplantation antigens are expressed on most somatic cells of the adult organism, they are undetectable on the surface of the nonfertilized egg. Certain lines of embryonal carcinoma (EC) cells can be induced to differentiate in vitro and mimic to some extent embryonic development. Class I antigens are not expressed in the undifferentiated state (Morello et al., 1978), whereas induction of differentiation is accompanied by their appearance at the cell surface (Gachelin, 1978). This regulation involves activation of both the β2-m and H-2 genes, is likely to operate at the transcriptional level (Croce et al., 1981; Morello et al., 1982), and has been reproduced after transfection of EC cells by a cloned H-2 gene (Rosenthal et al., 1984). The expression of the major transplantation antigens is otherwise modulated under

several circumstances. It is activated by interferons that stimulate transcription of both the β2-m and the H-2 (or HLA) genes (Rosa et al., 1983). It is repressed in primary rat and mouse cells transformed by the oncogenic adenovirus-12 (Ad12) (Schrier et al., 1983; Van der Eb et al., 1984; and our unpublished results). During acute infection of mouse cells by Ad12, on the contrary, H-2Kb expression is increased (Rosenthal et al., 1985). Transformation of mouse cells by SV40 (Brickell et al., 1983) also leads to an increased expression of at least some class I genes.

It is of considerable interest to understand these various types of regulation, and one approach is to analyze the promoter region of regulated genes. Several promoter elements are crucial to the accuracy and efficiency of transcription by RNA polymerase II (reviewed in Breathnach and Chambon, 1981). The cap site identifies the point at which transcription starts. The Goldberg-Hogness or TATA box is usually located some 30 base pairs (bp) upstream. In the −50 to −90 region (+1 refers to the cap site), a sequence of the CAAT type (Dierks et al., 1983) or a GC-rich region (McKnight and Kingsbury, 1982), also important for transcription, has been found and characterized. Finally, sequences located even farther upstream, or sometimes within the gene, and known as enhancer sequences have been shown to stimulate transcription from homologous or heterologous promoters in a manner relatively independent of their distance and orientation with regard to these promoters (Gluzman and Shenk, 1983). Enhancers found in cellular genes have been implicated in their tissue-specific expression (Banerji et al., 1983; Gillies et al., 1983, 1984).

We describe the detailed analysis of the promoter region of the H-2Kb gene (i.e. the H-2K gene in the H-2b haplotype) as an approach to decipher the way in which this gene is regulated. We sought confirmation of the identification of important sequences in the H-2Kb gene by comparison with other genes of the H-2 class I multigene family. We have also drawn parallels with the β2-m gene, the expression of which is usually correlated with that of H-2K, D, and L genes (Croce et al., 1981; Morello et al., 1982). The major result of these studies is the identification, in the H-2Kb promoter region, of sequences with properties similar to those of previously described enhancers. We further show that these enhancer sequences function poorly in undifferentiated EC cells, but are not the target of the inhibition of H-2 expression observed in Ad12 transformed primary cells (Schrier et al., 1983).

## Results

### Sequence of the H-2Kb Promoter Region: Salient Features and Comparison with Promoters of Other Class I Genes

We first determined the nucleotide sequence of the H-2Kb promoter in a 2 kb region delineated by the Hind III and Nru I restriction sites (−2015 to +12). We also sequenced

Cell
262

```
                                      -700                                            -650
Kᵇ   ATCCTTGTTTCAAATACACACACACACACACATACACACACACACACACACACACACACACACTTCCAGCCCACAGACTTTTCATCTAGGAAT
                        ----------------------                                   VI
Kᵏ                      -----------------------                                  C        CC
27.1   TC -AAAA   A A A A A A A A ACC A G ACG A   A   A  A   A   A   A AT C        T   - C   A      CG


      -550  Kᵇ
Kᵇ   TAACACAAGGAATCTGTGTCTCAGCACAGGGCTGAGAAGACAGATCCTCAGGGGGACAGCCAAAGTCTACACTTAACACATGAGAGTCCTGCACTCAGGCT
Kᵏ                                                          G                    --
27.1                     --------------------               G  A                T


                    --500                                           -450
Kᵇ   TGGCACTGTGACCCCGCCCATTGCAGGTGAACAGAGCCTGGTCTCTGTGCGGTCCCTGTGGGCTTGCAGCCCAGCCCCTTGACTTTAAGCAAAAGCCTCT
                     II                             III
Kᵏ                  A                     A         .         G                 A  C       G
Lᵈ                                                                               A  CTG     A  G       --
Q10    A            CA T                           T  G                     G T  CTG       C   --
27.1            T                                  A  A                     T   T  CTG       G   --


                              -400                                       -350
Kᵇ   CTCTCCACTGCATCCCTAAGCGCTTGTGTGGCCATTGTATTCCCGGAAGAGGCCTTTCTTCCTAGAAGACTCCCAGGGTCTGACTTCTCGAACAGAAGAAGAA
                                                                              VII
Kᵏ                  G             A                                     T            G
Lᵈ                                                    T A C              T   G        G
Q10                 C  C C       ACT                  TA A               T  T         G
27.1   A  T         C  T         T                    A  T  A            A   A        G


                           -300                                        -250
Kᵇ   AGAGGAAGAGTGGAAGACAGGACACAGAGAGTCTCGGCCTGCGGGTCTCTCCTGGTGTTTTGAGAGTTTCTGGATCAAGACTCGGAC-----ACGA------
     V
Kᵏ                                                                                                ----      -----
Lᵈ       G        G TT   A  T . G  T  T          A  A C  C  C      G                    TCACC    CAAAC
Q10      G        G            T  ---------- C   CC  C  C      G T                      ACACC    CAAAC
27.1     T        G  T  G      G                  CC  C  CA                             ACACC T  CAAAC


                                                  -200                                       VIII
Kᵇ   ------------CAGCACAGGGTTCAGGCAAAGTCTTAGTCGGCCAGGCAGTCAGGTCAGGGGTGGGGAAGCCCAGGGCTGGGGATTCCCCATCTGCACA
Kᵏ   ------------                                   T   G                       IV
Lᵈ   TGCTCTCTGTCTG                                 G T  A  G                                               T
Q10  AGCTCTCTGTCCA CAG   T       A                   T  C  G                                A  C            T
27.1 AGCTCTCTCTCCC G                              A  T           A   A          T            T       T      C


      -150                            -100
Kᵇ   GTTTCACTTCTGCACCTAACCTGGGTCAGGTCCCTTCTCTGTCTCCCGCACACTGTTGACCGGCGACTCAGGTCTTTACCCCCATTGGCTGCCGCGATCACCAAGAAC
                                                                                   I
Kᵏ            T                     C                                  C G     A     T C   G C TAT       A  T-   G  G
Lᵈ                                                                     C CT CTCGG    A TGA GCT - G  C     - A      T  CTCGG
Q10          T            C     A   C CT CTCGG       A TGA GCT - G  C     - A      T  CTCGG
27.1     -   T            T A   C A     A   T T -A   CCA  T        AG T  T - CC


      -30                                             +1
Kᵇ   CAATCACTGTCGCCCGCCGACGCCTGGATATAAAAGTCCCACCCAGCCCCGCAGAACTCAGAAGTCGCCCAATCGCCGACGAGTCGCCATGGTACCGTGCACCGTGC
Kᵏ                         C                    G            T             C  C  T
Lᵈ      - C                T -         A   C C       CAC CG C  C A  TG C        C  C  T
Q10  C A C        - C A    T          A        AG G        C C C G  C A  TG  C     CG  C
27.1        CG    C    CA G T C       T    A  C G     TC A CG     C  C GG  A  A   CT  TAACA TC
```

H-2K⁰ Promoter: Enhancer Sequences and Gene Regulation
263

```
    10        20        30        40        50        60
GGTCACTTAG TTTACCAATG GCCCTGTTCT AAGAAAGTAC TACTAAGACA ATGGACCAGG

    70        80        90       100       110       120
AAACCCAGCT AAGCCATTGG TTCTTCCCCA AAACCCATGG ACAGAACAAA GAAAATTACC

   130       140       150       160       170       180
TAAATTTTTC AAGGGTACCC GATTAAGTTC TCCATCCAAA GCTCTAAAAG GAGAAACCTG

   190       200       210       220       230       240
CTAGAAGCAA GGTCAGAAAT CCTCTCAGTT GCCTTTAGGA CAGGAGGGTC TTTTTACACA

   250       260       270       280       290       300
CGGAATCCTG AAACTGCCTT TGTATTTCTG GGCTGAGATT ATAAACTAAG GGTTGAGTTC

   310       320       330       340       350       360
TGCCAGTTAA TGCTCTTAAT TGTCCTGGCT TTAGTTTTCA AGAATGCAAA CTTCAGCTCC

   370       380       390       400       410       420
TAAGTCCTTT TCTGAGTGGG ATATTGTCAG CAATTGAATA AATGAGGCGG TCCCAGGCTG

   430       440       450       460       470       480
AACGACCAGA TACACCAAAC TCAAGAGCAC ACCCTAGATA GTAGGGCACC AAGGGTCCAG

   490       500       510       520       530       540
CCCAGGCTGT TTGAAATATC ACGGGACTTT ATAAGAACAT GAAACTGAAA ATGGGAAAGT

   550       560       570       580       590       600
CCCTTTGTAA CCTAGTTCAG CATTAACAGC TAGGAGACTG GTGACGACCT CCGGATCTGA

   610       620       630       640       650       660
GTCCGGATTG GCTGTGAGTT CAGGAACTAT ATAAGAGCGC GCGCCCTAGC TGGTCTCTCA

   670       680       690       700       710       720
TTTCAGTGGC TGCTACTCGG CGCTTCAGTC GCGGTCGCTT CAGTCGTCAG CATGCCTCGC
```

Figure 2. Sequence of the β₂-Microglobulin Promoter

TATA box and ATG are underlined, as well as the 225 bp fragment exhibiting enhancer activity (Figure 5C). Because the exact position of the transcription start site is not known, the sequence is numbered from 0 to 720 starting from the most upstream nucleotide determined.

about 500 bp of the promoter regions of the H-2L⁰ gene, and of the Q10 gene specifically expressed in the liver (Devlin et al., 1985). Sequences of the various class I gene promoters are shown aligned in Figure 1, including the published sequence of H-2Kᵏ (Arnold et al., 1984) and that of another gene located, like Q10, in the Qa region, called 27.1 (Steinmetz et al., 1981). Seven hundred base pairs of the β2-m gene promoter region were determined, as shown in Figure 2. The following features have been observed:

—In the H-2Kᵇ sequence, two imperfect 11 bp inverted repeats, starting at positions −76 and −516 (underlined with arrows in Figure 1) will be referred to as sequences I and II respectively. They display some homology with the GC-rich region found upstream of the TATA box in a number of genes (Figure 3A): a CCGCCC sequence is repeated six times in the 21 bp repeats located in the −47 to −110 region of the SV40 early promoter (Everett and Chambon, 1983). A similar sequence, or its inverted version, is found in the HSV tk gene promoter (CCGCCC at −100 and GGGCGG at −50; McKnight and Kingsbury, 1982) and in the β-globin gene family in the −100 region (CACCC; Dierks et al., 1983). Interestingly, sequence I is well conserved in H-2Kᵏ and in the middle of numerous substitutions in H-2L⁰, but not in genes from the Qa region (Q10 and 27.1).

—Two juxtaposed 11 bp direct repeats (−487 to −466) will be referred to as sequence III.

—A 35 bp region (−193 to −159 in H-2Kᵇ), composed of two overlapping 18 bp repeats, and simultaneously of 11 bp inverted repeats, is referred to as sequence IV. It is perfectly conserved in H-2Kᵏ and H-2Lᵈ, is conserved to a lesser extent in Q10 and 27.1, and shows limited homology with the SV40 enhancer (Figure 3B) (Weiher et al., 1983). It also contains, like sequence I, a GGGTGG sequence (Figure 3A).

—A purine-rich region (−341 to −297), where the sequence GAAGA is repeated five times, will be referred to as sequence V. It contains the sequence GGAAGAGTG-GAAGAGA, which is an imperfect repeat form of the consensus sequence in one of the adenovirus E1a enhancers (GGAAGTGA) (Hearing and Shenk, 1983).

—Sequence VI (−714 to −657) contains a distinctive alternation of purines and pyrimidines (AC)₂₉ which could confer the potential to adopt a Z conformation.

—A 14 bp sequence (−367 to −354) is similar to the consensus sequence found in the promoters of genes coding for heat shock proteins in a variety of organisms (Pelham, 1982; Figure 3C). This sequence VII is remarkably conserved in all class I genes shown in Figure 1.

—Sequence VIII is a 29 bp sequence (−165 to −137) closely homologous to a consensus sequence found by

Figure 1. Sequence and Alignment of the Promoter Regions of H-2Kᵇ, H-2Kᵏ, H-2Lᵈ, Q10, and 27.1 Genes

The cap site is +1 and the coordinates given are those of Kᵇ. Positions of nucleotide insertions are indicated by interrupted vertical lines. Sequences I to VIII are underlined, as well as the ATG, the TATA box, and the CAAT box. Repeats are indicated by arrows. Dashed lines indicate missing nucleotides. Sequences for Kᵇ, Lᵈ, and Q10 have been determined by the Maxam and Gilbert (1980) chemical degradation technique. Sequence of the Kᵏ promoter is from Arnold et al. (1984); sequence of the 27.1 promoter is from Steinmetz et al. (1981).

Cell
264

```
A    -66   GCCACCCAATG    -76    K^b
     -516  CCCCCCCATTG    -506   K^b
           CCCGCCC               HSV TK upstream
           CCGCCC                SV40 21 bp
           CC-CACCC- TG          Globin upstream consensus sequence
     -183  CCCCACCCC TG   -194


B    -192  GGGGTGGGGAAGCCC   -177   K^b
      175  GGTGTGG AAAGTCC    188   SV40 enhancer


C    -340  CTAGAAGACTCCAG   -327   K^b
           CT-GAA--TTC-AG          Heat shock consensus sequence
      120  CTAAATTTTCAAG     133   Beta-2-microglobulin


D    -164  TTCCCCATCTCCACAGTTTCACTTCTGCA    -135   K^b
                 G
           TTC-C--ACCTC-GCAGTTTCTCCTCT-CT          IFN consensus sequence
      144  TTAATTACAAATCCAGTTTCTAATATGCT     173   Beta-2-microglobulin
```

Figure 3. Homologies Found in the H-2K^b and β2-Microglobulin Promoters with Known Regulatory Sequences

(A) Homology of sequences I, II, and IV with GC- rich sequences in the promoter of the tk and globin gene family and in the 21 bp repeats of SV40.

(B) Homology of sequence IV with part of the 72 bp repeats of SV40.

(C) Heat shock consensus sequence: sequence VII.

(D) Alpha interferon response sequence: sequence VIII.

Points indicate homologous nucleotides. Coordinates are given relative to the cap site (+1) for K^b, according to Figure 2 for β2-microglobulin in C, and taking the last nucleotide of the translation stop codon as +1 for β2-microglobulin in D. Coordinates of SV40 are according to Tooze (1981).

Friedman and Stark (1985) in the promoters of human genes stimulated by alpha interferon (Figure 3D). It is present in all class I genes shown in Figure 1.

The β2-m and H-2K^b upstream sequences are too different to be aligned, and no peculiar common feature was found. A degenerate heat shock response sequence is present between 120 and 133 in the β2-m gene (see Figure 3C and Discussion).

## Deletion Analysis of the H-2K^b Promoter

To attempt to delineate which of the sequences described above might be important, we proceeded with a 5' deletion analysis, using hybrid genes in which various portions of the 5'-flanking region of H-2K^b were fused to the coding sequence of the herpes simplex virus thymidine kinase (tk) gene or that of the APH(3')II gene, which confers resistance to the antibiotic G418 (Colbère-Garapin et al., 1981) (see Experimental Procedures). We transfected these hybrid constructs into mouse L tk⁻ cells and compared the efficiencies of transformation of the various deletion mutants (Table 1). Deletions of the hybrid K^b-tk gene suggest that no sequences upstream of −536 are necessary for full expression of the H-2K^b promoter, and that sequences between −536 and −423 may have some importance. Deletions of the hybrid K^b-APH(3')II gene further indicate that regions between −365 and −99 (region A), and between −99 and −61 (region B) are both important. The construct pK^b-neo-del61 retains only the TATA and CAAT boxes; removal of these boxes and of the cap site by a deletion that extends to +14 in pK^b-neo-del destroys all promoting activity.

These experiments suggest the presence of two important regions, between −365 and −99 (A) and between −99 and −61 (B), in addition to the TATA and CAAT boxes. They also point to a possibly relevant region between −536 and −423 (C).

## Deletion Analysis of the K2CAT Construct

To get a more direct picture of the transcriptional activity of the H-2K^b promoter, we constructed a set of fusions with the coding region of the chloramphenicol acetyl transferase (CAT) gene (see Experimental Procedures) and tested these constructs in a short-term transfection assay (Gorman et al., 1982). For normalization, we added the plasmid pCH110 (Hall et al., 1983), which contains the E. coli lacZ gene under control of the SV40 early promoter. We assayed CAT and β-galactosidase activities in the same extracts and used the ratio of CAT activity to β-galactosidase activity as a normalized measure.

Various deletion mutants, described in Table 1C, were assayed, but the normalized CAT activities were altogether inconsistent with the results obtained by the long-term transformation assay. Using an S1 mapping analysis, we found that, besides bona fide initiation in the K^b promoter, some transcripts were initiated in the vector pML2 (Figure 4). We therefore performed a quantitative S1 analysis and normalized the amount of correctly initiated RNA with the β-galactosidase activity. Results were consistent with those obtained in the long-term transfection assay (Table 1C). They confirm the existence of important elements localized in the regions defined above. We were thus prompted to examine directly whether some of these sequences could stimulate a heterologous promoter, in a way similar to viral and cellular enhancer sequences (Gluzman and Shenk, 1983).

## Enhancer Activity of Various Subfragments of the H-2K^b Promoter Region

To assay for enhancer activity, we modified a preexisting vector and constructed pconaCAT (Figure 5A), in which the CAT gene is under the control of the weak chicken conalbumin promoter (−102 to +62), which can be activated by exogenous enhancers over a very low back-

H-2K⁰ Promoter: Enhancer Sequences and Gene Regulation
265

Table 1. Deletion Analysis of the H-2K⁰ Promoter

| A | Plasmid | Relative Transformation Efficiency |
|---|---|---|
| | pK⁰-tk1: −2015[a] | 1.00 |
| | pK⁰-tk2: −1788 | 0.97 |
| | pK⁰-tk3: −737 | 0.94 |
| | pK⁰-tk4: −536 | 1.04 |
| | pK⁰-tk5: −423 | 0.78 |

| B | Plasmid | Relative Transformation Efficiency |
|---|---|---|
| | pK⁰-neo-dl585[b] | 1.00 |
| | pK⁰-neo-dl365 | 0.92 |
| | pK⁰-neo-dl99 | 0.31 |
| | pK⁰-neo-dl61 | 0.16 |
| | pK⁰-neo-del | <0.001 |

| C | Plasmid | Relative Transcriptional Activity |
|---|---|---|
| | dl1420[c] | 1.0 |
| | dl948 | 0.9 |
| | dl605 | 1.1 |
| | dl393 | 0.9 |
| | dl122 | 0.4 |
| | dl61 | 0.1 |
| | dl0 | Undetectable |

A: Relative transformation efficiency (RTE) of deletion mutants of the hybrid H-2K⁰-tk gene. Construction of the hybrid gene and the deletion mutants is described in Experimental procedures. L tk⁻ cells were transfected with 50 ng of individual plasmids and tk⁺ colonies were counted after 2 weeks. pK⁰-tk1 was given arbitrarily an RTE of 1 (corresponding to about 50 colonies). Average of two experiments is given. The ratios of transformation efficiencies obtained with the different constructs in the same experiment were relatively constant and the variations did not exceed 20%. In each experiment a plasmid carrying the entire tk gene (pAG0; Colbère-Garapin et al., 1979) was used as an external standard: 50 ng of this plasmid yielded about 15 colonies under the same conditions.
B: Relative transformation efficiency (RTE) of deletion mutants of the hybrid H-2K⁰-APH(3')II gene. L tk⁻ cells were transfected with 200 ng of individual plasmids and G418 resistant colonies were counted after 2 weeks. pK⁰-neo-dl585 was given arbitrarily an RTE of 1 (corresponding to about 200 colonies). Average of at least four experiments is given, variations in RTE did not exceed 20% between individual experiments. pAG60 containing the tk promoter in front of the APH(3')II gene was included as an external control in each experiment: it gave an RTE of 0.30.
C: Relative transcriptional activity of deletion mutants derived from the H-2CAT hybrid gene. Specific initiation for each construct was measured by quantitative S1 mapping analysis, as shown in Figure 4, and the intensity of the specific band was measured by densitometric scanning of the autoradiograms. A value of 1 for the normalized transcription efficiency of the dl1420 construct was taken arbitrarily. The values given are the average of three experiments. Variations between individual experiments never exceeded 30%.

a All promoter sequences upstream of −2015 have been deleted.
b All promoter sequences upstream of −585 have been deleted.
c All promoter seqences upstream of −1420 have been deleted.



Figure 4. Deletion Analysis of the H-2K⁰ Promoter

Ten micrograms of each plasmid was transfected into 3T6 cells together with 250 ng of pCH110. Forty hours after transfection, total RNA was extracted. An aliquot of the cell suspension was saved for β-galactosidase measurement. The amount of total RNA used in each lane was normalized according to β-galactosidase activity. The probe was derived from pdl61 (see Experimental Procedures) and detects both specific initiation (SI) and upstream initiation (UI). Upstream initiation, in the case of pdl61 (lane 3: UI), indicates that the entire probe is protected (except the sequence specific to M13 included in the probe) and suggests that initiation takes place in the vector pML2. The exact starting point of UI has not been determined. Lane 1: mock transfected cells, 30 μg. Lane 2: pdl61, 50 μg. Lane 3: pdl122, 18 μg. Lane 4: pdl393, 30 μg. Lane 5: pdl605, 14 μg. Lane 6: pdl948, 25 μg. Lane 7: pdl1420, 40 μg.

given plasmid to that of the pconaCAT vector was taken as the enhancement factor of the cloned subfragment.

Of several fragments tested, a 193 bp Sau 3A fragment (−254 to −61), encompassing region B and part of region A identified above, was able to stimulate CAT expression (Figure 5). This fragment could be further dissected into two smaller ones, a 48 bp Dde I–Hinf I fragment (−213 to −165) and a 59 bp Ava II–Sau 3A fragment (−120 to −61), both having a stimulating activity. The stimulating activity is less when the orientation of these fragments is reversed and falls to marginal values when the fragment is cloned at the Sal I site 376 bp upstream of the cap site, or at the Bam HI site 3' to the CAT gene. Subfragments containing sequences II, III, V, or VI showed no stimulating effect.

We verified that the observed enhancement was due to the stimulation of transcription starting at the conalbumin promoter by S1 mapping analysis. We used as a probe the −102 to +62 fragment spanning the conalbumin cap site. Results in Figure 7 show that the only detectable transcription product made from constructs which display enhancer activity starts from the conalbumin cap site, and

ground (Wasylyk et al., 1983). Fragments of the H-2K⁰ sequence were cloned at the Bam HI site 102 bp upstream of the conalbumin cap site, or at the Bam HI site 1730 bp downstream, or at the Sal I site 376 bp upstream (Figure 5A). CAT activity was assayed and normalized as described above. The ratio of the normalized activity of a

Cell
266







Figure 5. Enhancer Activity of Various Subfragments of H-2K$^b$ and $\beta_2$Microglobulin Genes

(A) Map of the pconaCAT "enhancer test" vector. The three possible cloning sites are boxed and their coordinates relative to the conalbumin cap site are indicated. The position of transcriptional initiation from the conalbumin promoter is indicated.

(B) I: Enhancer activity of large subfragments of the entire H-2K$^b$ gene. Bam 5.0 means that the Bam HI fragment is 5 kb long. Exons are indicated by black boxes.

II: Enhancer activity of subfragments of the H-2K$^b$ promoter. Regions A and B and sequences II, III, IV, V, VI are indicated. Plus or minus under the three cloning sites indicates the natural or opposite orientation of the fragment relative to the transcription start site. The Dde I–Hinf I fragment was first cloned with Hind III linkers in a pBR vector, then in pconaCAT using Bam HI or Sal I linkers.

Values given are the average of at least four experiments and are compared to an arbitrary value of 1 for the pconaCAT vector, included in each experiment. Variations in enhancement factors never exceeded 30% between individual experiments.

(C) Enhancer activity of subfragments of the $\beta_2$-microglobulin gene promoter. The Dde I–Dde I fragment is underlined in Figure 2.

H-2Kᵇ Promoter: Enhancer Sequences and Gene Regulation
257

```
                                                           sequence IV
                                               -186              -169 -165 -161
                                        -193   CAGGGGTGGGGAAGCCCAGGGCTGGGGATTCCCCA   -159
```

| gene | fragment | region | linkers | activity + | activity − | −186 | −169 | −165 | −161 |
|------|----------|--------|---------|------------|-----------|------|------|------|------|
| Kᵇ | DdeI–HinfI | −213 to −165 | H/B | 30.2 | 20.3 | | | | A |
| | HinfI–HinfI | −297 to −165 | H/B | 28.1 | 10.2 | | | | A |
| | Sau3A–HinfI | −254 to −165 | B | 3.4 | 3.0 | | | | GG |
| Lᵈ | HinfI–HinfI | −263 to −163 (Kᵇ:−242 to −165) | H/B | 30.5 | 14.4 | | | | A |
| Q10 | HinfI–HinfI | −314 to −167 (Kᵇ:−297 to −165) | H/B | 5.8 | − | T | | A | C A |
| | HpaII–HaeIII | −303 to −128 (Kᵇ:−275 to −110) | B | 6.0 | − | T | | A | C |

Figure 6. Effect of Mutations in Sequence IV in Relation to Enhancer Activity

The enhancement factors of various subfragments cloned in pconaCAT at the Bam HI site at −102 are shown. The linkers used for cloning are indicated: H/B denotes the successive addition of Hind III and Bam HI linkers. Bam HI liners have the sequence CCGGATCCGG; Hind III linkers, CCCAAGCTTGGG. The structure of the sequence IV of Kᵇ is indicated, and base substitutions in sequence IV in the various cloned subfragments are shown. The structures of the various constructs have been confirmed by sequence analysis. The coordinates given for sequence IV are those of the Kᵇ promoter.

Direct and inverted repeats in sequence IV are indicated. The Hinf I site used for subcloning is underlined.

In the "activity" column, plus indicates a fragment cloned in its natural orientation while minus indicates the opposite orientation. A dash indicates not done.

In the "region" column, the coordinates of the fragments derived from the Lᵈ and Q10 genes are followed by the coordinates of the homologous sequences in the Kᵇ promoter as given in Figure 1.

that the amounts of RNA made correlate with the data obtained with the CAT assay.

## Sequence Requirement for Enhancer Activity of Sequence IV

In the course of these experiments, we found that a Sau 3A–Hinf I fragment (−254 to −165) cloned with Bam HI linkers in both orientations at the Bam HI site 5′ to the CAT gene had less enhancer activity than the Dde I–Hinf I fragment. This prompted us to compare several constructions (Figure 6): the Dde I–Hinf I fragment cloned with Hind III and Bam HI linkers; the Hinf I–Hinf I fragment cloned with Hind III and Bam HI linkers; and the Sau 3A–Hinf I fragment cloned with Bam HI linkers.

The two former fragments show similar activities when assayed in pconaCAT while the latter's activity is almost 10-fold less (Figure 6). The 5′ ends of the fragments used do not appear important to the activity. (In particular, comparison of these three fragments indicates that the −297 to −213 sequence has no inhibitory effect; besides, the −297 to −254 region is also contained in an Xba I–Sau 3A fragment, −365 to −255, which has no enhancer activity as shown in Figure 5B.) Therefore, the important nucleotide substitutions are those located 3′, close to the Hinf I site, modified by the addition of linkers. The C to A transversion at position −160 has no effect, but the two C to G transversions at positions −160 and −168 considerably reduce the enhancer activity. These data demonstrate that sequence IV is part of the H-2Kᵇ enhancer.

## Enhancer Activity in Other Class I Genes and in the β2-Microglobulin Gene Promoter Regions

As can be seen in Figure 1, sequence IV is well conserved in H-2Kᵏ and H-2Lᵈ but not in Q10 and 27.1. This prompted us to test the enhancer activity of sequence IV (or its equivalent) from other genes. A Hinf I–Hinf I fragment (−263 to −163) from H-2Lᵈ and a Hinf I–Hinf I fragment (−314 to −167) from Q10 were tested, using Hind III + Bam HI linkers. A Hpa II–Hae III fragment from Q10 (−303 to −128) was also cloned using Bam HI linkers. As can be seen in Figure 6, the H-2Lᵈ fragment has a stimulating activity similar to that of the H-2Kᵇ Hinf I or Dde I–Hinf I fragment while the Hpa II–Hae III and Hinf I–Hinf I fragments from Q10 show much weaker activity. This suggests that the three mismatches in sequence IV of the Q10 gene (G to T at −186, G to A at −169, and T to C at −165) strongly decrease its stimulating activity, when compared to that of H-2Kᵇ in mouse fibroblasts.

Like sequence IV, sequence I is well conserved in H-2Kᵏ and H-2Lᵈ but not in Q10 and 27.1 (Figure 1 and see Discussion). It is included in the Hinf I–Sau 3A (−164 to −61) and Ava II–Sau 3A (−120 to −61) fragments that show enhancer activity (Figure 5B) and may well belong to the enhancer.

Although no sequence homology was found between the β2-m and the H-2Kᵇ 5′-flanking regions, it was of interest to search for enhancer activity in the β2-m gene. Among several fragments tested, in about 2 kb of 5′-flanking region, only one, a 225 bp Dde I–Dde I fragment,



Figure 7. S1 Nuclease Analysis of Transcription Induced from the Conalbumin Promoter by Various Fragments from the H-2K^b Promoter in 3T6 Cells

Details of the S1 assay are given in Experimental Procedures. The amount of RNA in each lane has been normalized with respect to β-galactosidase activity. The arrow indicates the fragment protected by a correctly initiated transcript. Lane 1: mock transfected. Lane 2: pconaCAT. Lane 3: pconaCAT (Sau^+) corresponding to the 193 bp Sau 3A fragment (−254 to −61) cloned in its natural orientation into the Bam HI site at −102 from the conalbumin cap site. Lane 4: pconaCAT (Sau^−), reverse orientation of the Sau 3A fragment. Lane 5: pconaCAT (DH^+), 48 bp Dde I-Hinf I (−213 to −165) fragment cloned at the −102 Bam HI site. Lane 6: pconaCAT (HS^+), 104 bp Hinf I-Sau 3A fragment (−165 to −61) cloned at the −102 Bam HI site.

displayed enhancer activity, with the same characteristics demonstrated for H-2K^b (Figure 5C).

**Activity of the H-2K^b Enhancer Sequence in EC Cells**

The H-2K gene is weakly, if at all, transcribed in EC cells, while differentiation of these cells is correlated with the progressive synthesis of H-2K antigen at the cell surface. We therefore assayed the activity of the H-2K^b promoter and of the 193 bp Sau 3A fragment (thereafter denoted the enhancer fragment) in a nondifferentiated EC cell line (PCC3-Aza-RI) and in a differentiated line derived from it (3A1D3). The H-2K^b enhancer fragment was cloned in its original orientation at the Bam HI site 102 bp upstream of the conalbumin promoter, pconaCAT (Sau^+). The H-2K^b pro-

| Table 2. Activity of Various Promoters and Enhancers in PCC3 Cells and Their Differentiated Derivative 3A1D3 | | | | |
|---|---|---|---|---|
| | pconaCAT | pH2CAT | pconaCAT (Sau^+) | pTKCAT |
| PCC3 | 1 | 2 | 2 | 1 |
| 3A1D3 | 1 | 13 | 10 | 5 |

The CAT activities were determined in a transient assay as described in Experimental Procedures. The internal control was pTK β-gal where the lacZ gene is under the control of the HSV tk promoter (−198 to +52). pH2CAT contains the H-2K^b promoter (−2015 to +12) linked to the CAT gene. pconaCAT (Sau^+) is as in Figure 7. The normalized CAT activity of pconaCAT in each cell line is arbitrarily taken as 1.

moter was cloned upstream of the CAT gene (Daniel-Vedele et al., 1985) to yield the plasmid pH2CAT. The data shown in Table 2 include results obtained with pTKCAT, in which the CAT gene is under the control of the HSV tk promoter (−198 to +52). It is difficult to compare promoter efficiencies in different cell types; however, as the ratio of the activity of the tk promoter (a housekeeping one) to that of the conalbumin promoter was similar in PCC3 and 3A1D3 cells, it can be concluded with confidence that the H-2K^b promoter, as well as enhancer, are about five times less active in PCC3 than in 3A1D3 cells (Table 2).

**Effect of Ad5 and Ad12 on the H-2K^b Promoter and Enhancer**

Rat and mouse cells transformed by the E1 region of the oncogenic Ad12 show a strong decrease in class I gene expression while the nononcogenic Ad5 has no effect (Van der Eb et al., 1984). To test for involvement of the H-2K^b enhancer in this phenomenon, we have transfected several of our constructs in primary mouse kidney cells (H-2^b or H-2^d haplotypes) transformed by the E1 region of Ad5 or Ad12. Results in Table 3 show that the H-2K^b promoter is repressed about eight to ten times more efficiently by Ad12 than by Ad5, pconaCAT being used as an external control. Although weaker, the activating effect of the enhancer fragment on the conalbumin promoter was detectable. It showed similar levels in Ad5 transformed and Ad12 transformed cells, suggesting that the enhancer is not the target of the Ad12 mediated inhibition of H-2 expression. In Ad5 transformed cells, the H-2 K^b promoter shows an activity similar to that induced by the conalbumin promoter, and weaker than the activity of the H-2K^b enhancer. This is different from what is found in normal differentiated cells (see Table 2) and suggests that the conalbumin promoter is transactivated by the products of the E1a region, or that the H-2K^b promoter is also inhibited by these products, or that the two phenomena take place concomitantly.

**Discussion**

**Enhancers in the H-2K^b Promoter Region**

Comparisons of sequences of class I gene promoters has led to the identification of several notable sequences (I to VIII) that may be important for expression of the H-2K^b gene. Deletion analyses with three types of hybrid genes,

Table 3. Activity of the H-2K^b Promoter and Enhancer in
Adenovirus Transformed Mouse Cells

| | pconaCAT | pH2CAT | pconaCAT (Sau^+) |
|---|---|---|---|
| B + Ad5 | 1 | 1.3 | 5 |
| B + Ad12 | 1 | 0.15 | 3.5 |
| D + Ad5 | 1 | 1.2 | 7 |
| D + Ad12 | 1 | 0.12 | 4 |

Transient activity of CAT constructs transfected into mouse primary
kidney cells of the b haplotype (B+) or d haplotype (D+) transformed
by the E1 region of Ad5 or Ad12.

The internal control is pTK β-gal where the *lacZ* gene is under the
control of the tk promoter (−198 to +52). pH2CAT and pconaCAT
(Sau^+) are described in the legend to Table 2. The normalized CAT ac-
tivity of pconaCAT in each cell line is arbitrarily taken as 1.

H-2K^b-tk, H-2K^b-APH(3')II, and H-2K^b-CAT, have sug-
gested the existence of at least two, and possibly three,
important regions: A (−365 to −99), B (−99 to −61), and
C (−536 to −423); including sequences IV and V, I, and
II and III, respectively (Table 1). We then showed that se-
quence IV (as part of a 48 bp fragment, −213 to −165) and
a 59 bp fragment (−120 to −61) containing sequence I dis-
play enhancer activity: both stimulate transcription from
the conalbumin promoter in a transient assay. The acti-
vation is lower when their orientation is reversed, and
decreases further when they are moved 276 bp farther up-
stream, in contrast to bona fide enhancers such as the 72
bp repeats of SV40, which display less sensitivity to varia-
tion in distance and orientation.

The activity of these fragments is also reminiscent of
that of one of the E1a enhancers (Hen et al., 1983) as well
as of the GC-rich repeats found upstream of the HSV tk
gene and in the 21 bp repeats of SV40, when can be
inverted or displaced to a certain extent (McKnight et al.,
1984; Everett and Chambon, 1983). A precise discrimina-
tion between these various elements awaits the identifica-
tion of specific factors that bind one or the other type of
sequence.

Involvement of the H-2K^b Enhancers
in the Regulation of the H-2K^b Gene
We have analyzed the possible involvement of the H-2K^b
enhancers (carried together in a 193 bp Sau 3A fragment,
−254 to −61) in two distinct regulatory phenomena.

First, experiments using EC cells and their differen-
tiated derivatives indicate that both the H-2K^b promoter
and enhancer are much less active in the former cells
than in the latter. This strongly suggests that the enhancer
sequences are involved in the lack of expression of the
H-2K^b gene in the pCC3 cell line. However, as discussed
in Daniel-Vedele et al. (1985), this gives no clue whether
nonexpression of H-2 genes in EC cells is due to repres-
sion by a transacting molecule, lack of an inducing factor,
or both.

Second, we investigated the possible involvement of
the H-2K^b enhancers in the repression of H-2K gene tran-
scription in mouse cells transformed by the E1 region of
the oncogenic virus Ad12. Ad5, which is not oncogenic,
causes no repression, suggesting a relationship between

H-2 repression and oncogenicity (Bernards et al., 1983;
Schrier et al., 1983; Van der Eb et al., 1984). We found that
the H-2K^b promoter is more severely inhibited in primary
cells transformed by the E1 region of Ad12 than by that of
Ad5. The H-2K^b enhancer, on the other hand, is equally
active in both types of cells, although we cannot rule out
the possibility that the H-2K^b enhancer is inhibited in
both Ad5 transformed and Ad12 transformed cells. Never-
theless, our results clearly indicate that the enhancer is
not the sole target of the Ad12 mediated inhibition of H-2
expression. These experiments reproduce, in a transient
assay, what with the H-2K^b promoter alone, what is ob-
served in vivo with the endogenous H-2 genes. In the lat-
ter case, the E1a region has been involved. During acute
infection by Ad5 and Ad12 (a biological situation quite
different from oncogenic transformation) H-2K^b transcrip-
tion is, to the contrary, stimulated (Rosenthal et al., 1985).
The relationships between H-2 genes and products of the
E1 region of adenovirus are thus likely to be complex, and
will not be explained solely by a direct inhibitory effect of
E1a protein such as that found by Borelli et al. (1984) on
several viral enhancers.

Potential Regulatory Signals in the Promoter
Regions of H-2 and β_2-Microglobulin Genes
The sequence analyses presented here allow certain
predictions and suggestions to be made. As noted above,
the two enhancer fragments experimentally delineated in
the H-2K^b promoter include sequences I and IV. These
sequences are well conserved in H-2K^k and H-2L^d, but
multiple differences can be found in their surroundings
(Figure 1). Two C to G transversions at −160 and −161, in
sequence IV, almost abolish the stimulating activity while
a C to A transversion at position −160 has no effect. Other
point mutations in the region equivalent to sequence IV in
the Q10 promoter also decrease the activity. In addition,
we found that the promoter itself of the Q10 gene functions
poorly in 3T6 cells (data not shown).

Sequence I is also present in the promoter of the human
HLA-A3 and HLA-CW3 genes (Strachan et al., 1984;
Sodoyer et al., 1984). In contrast, the 27.1 and Q10 genes,
both located in the Qa region, do not show sequence con-
servation in this region. We propose that sequences I and
IV are part of the H-2K^b enhancer. It is noteworthy that an
imperfect inverted copy of sequence I is present farther
upstream (−516 to −506: sequence II) in a region that dis-
plays no enhancer activity in our tests.

We find no sequence homology with sequences I and
IV in the β_2-m 5'-flanking region, which, however, displays
enhancer activity. It has long been believed that the β2-m
gene and class I genes coding for the major transplanta-
tion antigens are coordinately regulated (Croce et al.,
1981). This notion is challenged by several lines of evi-
dence (Sawicki et al., 1981; Morello et al., 1985). The lack
of homology between the H-2K^b and the β2-m promoter
and enhancer sequences might reflect differentially regu-
lated expression during early embryonic development.

The alternating purine-pyrimidine sequence VI dis-
played no enhancer activity (Figure 5B), in contradiction
with other situations where natural or synthetic (AC)n

Cell
270

sequences—which can adopt a Z conformation—acted as enhancers (Hamada et al., 1984). The direct repeats found in sequence III as well as sequence II did not exhibit enhancer activity either, but may be relevant to promoter function since deletions in this region slightly reduced expression in two different assays. We have found no role for the heat shock sequence VII, the conservation of which among class I genes remains intriguing (Figures 1 and 3), but our preliminary data indicate that the consensus interferon response sequence (sequence VIII) is necessary for stimulation of transcription by alpha interferon.

In the β2-m gene, only a degenerated version of sequence VII can be found (120 to 133) (see Figure 3C). As for sequence VIII, it is not found upstream of the cap site, but a related sequence is found in the 3' noncoding region (Figure 3D).

In conclusion, the present studies have shown the existence of enhancer-like sequences in the H-2K^b promoter region, which may be taken as tissue specific, inasmuch as they function poorly in EC cells. In addition these sequences are not involved in Ad12 mediated inhibition of H-2 genes expression. The sequence and deletion analyses suggest the existence of several other putative expression or regulatory signals. Further characterization will require the identification of protein factors involved in the expression and regulation of class I genes.

## Experimental Procedures

### Genes and Plasmids

The K^b gene inserted in the cosmid cH2-2 has been described in Daniel-Vedele et al. (1984). The cβ2m2 cosmid carries the gene coding for the acidic form of β2-m and is described in Daniel et al. (1983).

The 5' region of the L^d gene has been kindly provided by Dr. J. G. Seidman as a 6.5 kb Bgl II fragment cloned in pBR322 (Evans et al., 1982). pCaCAT has been provided by Ph. Herbomel and is described in Herbomel et al. (1984), pCH110 is described in Hall et al. (1983), and pTCT in Wasylyk et al. (1983). Gene 8 in the cosmid library of Steinmetz et al. (1982), cosmid 36.2 in cluster 9, is equivalent to the Q10 gene described by Devlin et al. (1985) and encodes a liver-specific secreted product. This gene is nonpolymorphic and is also expressed in the d haplotype (Lalanne et al., 1985). It is referred here as Q10.

### DNA Sequencing of Promoter Regions

We have subcloned a 4 kb Hind III–Bam HI fragment that contains 2 kb of the promoter region of the H-2K^b gene (Daniel-Vedele et al., 1985) linked to the structural gene for the thymidine kinase (tk) of herpes simplex virus, into pUR250 (Rüther, 1982). Starting from this subclone, named pK^btk1, we have isolated several 5' deletion mutants (pK^btk2, 3, 4 and 5; see Table 1A) with DNAase I and Hind III linkers (CCCAAGCTTGGG), according to the method of Frischauf et al. (1980). About 2 kb 5' to the Nru I site of H-2K^b gene were sequenced according to Maxam and Gilbert (1980) using these 5' deletion mutants and also overlapping restriction fragments. The DNA sequences of about 500 bp 5' to the cap site of the H-2L^d and Q10 genes and 700 bp 5' to the ATG of the β2-m gene were also determined.

### Cells

L tk^− cells were used for long-term transformation with the hybrid H-2K^b tk genes and the hybrid H-2K^b-APH(3')II genes. Mouse 3T6 (a gift from Ph. Herbomel) cells were used for transient expression assays. PCC3 EC cells (Jakob et al., 1973) were obtained from J. F. Nicolas. Their undifferentiated state was confirmed periodically by sero-

logical analysis (Daniel-Vedele et al., 1985). Primary mouse kidney cells of the d haplotype (Balb/c) or b haplotype (C57Bl/6) transformed with either Ade5 or Ade12 E1 region were obtained from R. Vaessen (Leiden, Netherlands).

All these cells were grown in Dulbecco's modified Eagle's medium (Flow Laboratories) supplemented with 10% fetal calf serum.

### Plasmid Constructions

CAT derivative pH2CAT was constructed by isolating the 2027 bp Hind III–Nru I fragment of the H-2K^b promoter (coordinates −2015 to +12), filling in the ends, adding Hind III linkers, and cloning this fragment between the two Hind III sites of pCaCAT (Herbomel et al., 1984).

pH2CAT was digested with Sal I (at the 5' end of the promoter) and treated with Bal 31 to generate a set of deletion mutants. Sal I linkers were added to the ends of the Bal 31 treated DNA and a Sal I–Hind III fragment (representing the deleted promoter) was cloned in the corresponding sites of pCaCAT. The 5' endpoints of the deletions were determined by restriction analysis followed by DNA sequencing. pdi61 was constructed by cloning of the Sau 3A–Hind III fragment (−61 to +12) from pH2CAT between the Bam HI and Hind III sites of pconaCAT. pdio was constructed by removing the Hind III fragment containing the promoter of α-collagen gene from pCaCAT; this construct contains no known eukaryotic promoter in front of the CAT gene.

pconaCAT was obtained by subcloning the Sal I–Hind III fragment of pTCT (Wasylyk et al., 1983), which contains, starting from the Sal I sites, 276 bp of pBR322 (between Sal I and Bam HI), followed by a 164 bp fragment from the chicken conalbumin promoter (−102 to +62), between the Sal I and Hind III sites of pCaCAT. A map of this plasmid is shown in Figure 5A. Two Bam HI sites are available 5' and 3' to the CAT gene. Two derivatives were constructed by destroying either the 5' or the 3' Bam HI sites (by partial digestion with Bam HI, filling in with the Klenow polymerase, and re-ligation), allowing directed cloning before or after the CAT gene.

The various subfragments shown in Figure 5 were cloned through Bam HI linkers (CCGGATCCGG) in either of the two Bam HI sites, or through Sal I linkers (GGTCGACC) in the unique Sal I site located 376 bp upstream of the conalbumin cap site.

### Construction of H-2K^b-APH(3')II Hybrid Gene and Its Derivatives

The 600 bp Xho II fragment of the H-2K^b promoter (−585 to +14) was prepared from pK^btk1 and ligated to the 4.7 kb Bam HI–Bgl II fragment from pAG60 (Colbère-Garapin et al., 1981) which contains the coding region for APH(3')II, to generate pK^b-neo-di585. The pK^b-neo-di365 was constructed by digestion of pK^b-neo-di585 with Bam HI + Xba I, filling in the ends with the Klenow polymerase, and recircularization of the deleted plasmids.

pK^b-neo-di99 was obtained by removal of the Bam HI–Hinc II fragments of the K^b promoter (−585 to −99) from pK^b-neo-di585 followed by recircularization after filling in the ends with the Klenow polymerase.

pK^b-neo-di61 was constructed by cloning a Sau 3A fragment of 75 bp (−61 to +14) including the K^b CAAT box, TATA box, and cap site, between the Bam HI and Bgl II sites of pAG60.

### Long-Term Transformation

Long-term transformations were performed according to a modification of the method of Wigler et al. (1979). Briefly, 50 ng for the hybrid H-2K^b-tk plasmids or 200 ng for the hybrid H-2K^b-APH(3')II plasmids, and 10 μg of L tk^− DNA were added to 10^6 L tk^− cells as a calcium phosphate coprecipitate. After 6–8 hr, the cells were exposed to 10% DMSO for 30 sec at room temperature and cultured for a further 36 hr in nonselective medium. HAT medium for H-2K^b-tk plasmids or selective medium containing G418 at a final concentration of 350 μg/ml for H-2K^b-APH(3')II plasmids was refed each 3 to 4 days, and resultant colonies were scored after 2 weeks.

### Transient Expression Assays

For transient assays, between 1.5 × 10^5 and 2.5 × 10^5 cells were plated in 5 cm dishes on day 1. On day 2, 5 μg of the CAT derivative plus 0.2 μg of pCH110 were added per plate as a 0.5 ml calcium phosphate coprecipitate. After 16–20 hr the precipitate was removed, and the cells were rinsed once and refed with fresh medium; 24 hr later, the cells were processed for enzymatic assays.

H-2K[b] Promoter: Enhancer Sequences and Gene Regulation
271

## Assay of Chloramphenicol Acetyl Transferase (CAT) and β-Galactosidase Activities

Forty hours after transfection, the cells were washed with PBS, dislodged from plates using a rubber policeman, and resuspended in 150 μl of 0.25 M Tris-HCl (pH 7.9), 5 mM DTT, 10% glycerol containing 0.2% NP40. After 10 min in ice, followed by three cycles of freezing and thawing, the nuclei were spun down and the supernatant was assayed for β-galactosidase and CAT activities. For β-galactosidase assay 10 μl aliquots were assayed in 190 μl of Z buffer (Miller, 1972) containing 0.9 mg/ml of orthonitrophenyl-β-D-galactopyranoside (ONPG, Sigma, St. Louis, Missouri). Incubation was at 37°C until a yellow color was clearly visible. The reaction was stopped with 100 μl of 1 M $Na_2CO_3$ and the optical density at 420 nm was measured. The activity was expressed as $OD_{420} \times 1000$ for 1 hr of incubation and 10 μl of extract.

To assay for CAT activity, 25 μl of the cytoplasmic extract was assayed in 170 μl containing 0.25 M Tris (pH 7.8), 0.5 mM acetyl coenzyme A, and 0.5 μCi of $^{14}$C-chloramphenicol (50 mCi/mmol, New England Nuclear). After incubation at 37°C, the chloramphenicol was extracted with 1 ml ethylacetate. The solvent was dried out, and the pellet was redissolved in 20 μl of ethylacetate and spotted on a silica gel plate. Migration was for 2 hr in chloroform:methanol (19:1). After autoradiography, the spots corresponding to chloramphenicol and its 3-acetyl form were cut out and counted. Activity was measured as the percentage of conversion of chloramphenicol into its 3-acetyl form by 25 μl of extract in 1 hr. For each experiment described, the CAT assay was carried out for long enough to obtain about 5000 cpm (1% conversion) in the 3-acetyl form, using the plasmid that gives the lowest activity (i.e. pconaCAT in Figure 5). This was obtained by addition of fresh acetyl-CoA every 45 min, as described by Herbomel et al., 1984.

## S1 Mapping Experiments

When assaying the steady state level of specific mRNA derived from the pconaCAT constructs by S1 mapping, we used as a probe the coding strand of the −102 to +62 fragment of the conalbumin gene, isolated from pTCT (Wasylyk et al., 1983) and labeled at its 5' end.

The probe used to analyze the H2CAT deletion mutants was a Eco RI–Hinc II 600 bp fragment derived from pdl61 and containing part of the CAT gene, 75 bp of the K[b] promoter (−63 to +12), and part of the pML2 plasmid (between Bam HI and Sal VHinc II): this fragment was cloned between the Eco RI and Sma I sites of M13 mp9 and a single-stranded uniformly labeled probe was prepared according to Burke (1984). Total RNA was extracted 40 hr after transfection, as described by Scherrer (1969). An average of 30 μg of RNA (see legend to Figure 4) was hybridized with $2 \times 10^4$ cpm (conalbumin probe) or $10^6$ cpm (pdl61 probe) for 15 hr at 42°C in 30 μl of 80% formamide, 0.4 M NaCl, 1 mM EDTA, and 40 mM Pipes buffer (pH 6.5). Then the volume was brought up to 330 μl with S1 mixture (0.28 M NaCl, 30 mM acetate buffer [pH 4.5], 3 mM $ZnSO_4$), and 3000 units of S1 nuclease (Boehringer) was added per tube. After 2 hr at 37°C, the reaction was stopped by ethanol precipitation. The pellet was redissolved in 3 μl of formamide dye, heated for 3 min at 85°C, and loaded on a 6% acrylamide 7 M urea sequencing gel.

## Acknowledgments

We thank Ph. Herbomel for the gift of the 3T6 cells and the pCₐCAT plasmid, J. F. Nicolas for the PCC3 and 3A1D3 cells, and R. Vaessen for adenovirus transformed mouse kidney cells. We thank G. Ringold for the gift of the plasmid pCH110, C. Gorman for the plasmid pSV2CAT, J. G. Seidman for providing the L[d] gene, and M. Steinmetz for the cosmid carrying the Q10 gene. We thank F. Candido for subcloning of the Q10 gene and editing this manuscript. We thank F. Daniel-Vedele, E. Borelli, R. Hen, and P. Chambon for help and suggestions in the initial part of this work.

The work reported in this paper was undertaken during the tenure of a Research Training Fellowship awarded to A. K. by the International Agency for Research on Cancer. He then received an FRMF fellowship.

This work was supported by INSERM. (U.277 allied to CNRS, U.A. 535) and FRMF.

The costs of publication of this article were defrayed in part by the payment of page charges. This article must therefore be hereby marked "advertisement" in accordance with 18 U.S.C. Section 1734 solely to indicate this fact.

Received May 20, 1985; revised October 24, 1985.

## References

Arnold, B., Burgert, H. G., Archibald, A. L., and Kvist, S. (1984). Complete nucleotide sequence of the murine H-2K[b] gene. Comparison of three H-2K locus alleles. Nucl. Acids Res. 12, 9473–9487.

Banerji, J., Olson, L., and Schaffner, W. (1983). A lymphocyte specific cellular enhancer is located downstream of the joining region in immunoglobulin heavy chain genes. Cell 33, 729–740.

Bernards, R., Schrier, P. I., Houweling, A., Bos, J. L., Van der Eb, A. J., Zijlstra, M., and Mellef, C. J. M. (1983). Tumorigenicity of cells transformed by adenovirus type 12 by evasion of T-cell immunity. Nature 305, 776–779.

Borrelli, E., Hen, R., and Chambon, P. (1984). Adenovirus-2 E1a products repress enhancer-induced stimulation of transcription. Nature 312, 608–612.

Breathnach, R., and Chambon, P. (1981). Organization and expression of eukaryotic split genes coding for proteins. Ann. Rev. Biochem. 50, 349–383.

Brickell, P. M., Latchman, D. S., Murphy, D., Willison, K., and Rigby, W. J. (1983). Activation of a Qa/Tla class I major histocompatibility antigen gene is a general feature of oncogenesis in the mouse. Nature 306, 756–760.

Burke, J. F. (1984). High-sensitivity S1 mapping with single-stranded [$^{32}$P]DNA probes synthesized from bacteriophage M13mp templates. Gene 30, 63–68.

Colbère-Garapin, F., Chousterman, S., Horodniceanu, F., Kourilsky, P., and Garapin, A. C. (1979). Cloning of the active thymidine kinase gene of herpes simplex virus type IN E. coli K12. Proc. Natl. Acad. Sci. USA 76, 3755–3759.

Colbère-Garapin, F., Horodniceanu, F., Kourilsky, P., and Garapin, A. C. (1981). A new dominant hybrid selective marker for higher eukaryotic cells. J. Mol. Biol. 150, 1–14.

Croce, C. M., Linnenbach, A., Huebner, K., Parnas, J. R., Margulies, D. H., Appella, E., and Seidman, J. G. (1981). Control of expression of histocompatibility antigens (H-2) and β2-microglobulin in F9 teratocarcinoma stem cells. Proc. Natl. Acad. Sci. USA 78, 5754–5758.

Daniel, F., Morello, D., Le Bail, O., Chambon, P., Cayre, Y., and Kourilsky, P. (1983). Structure and expression of the mouse β2-microglobulin gene isolated from somatic and non-expressing teratocarcinoma cells. EMBO J. 2, 1061–1065.

Daniel-Vedele, F., Morello, D., Benicourt, C., Transy, C., Le Bail, O., Plata, F., and Kourilsky, P. (1984). Functional expression of a mouse H-2K[b] gene isolated from non-expressing teratocarcinoma cells. EMBO J. 3, 597–601.

Daniel-Vedele, F., Israël, A., Benicourt, C., and Kourilsky, P. (1985). Functional analysis of the mouse H-2K[b] gene promoter in embryonal carcinoma cells. Immunogenetics 21, 601–611.

Devlin, J. J., Lew, A. M., Flavell, R. A., and Coligan, J. E. (1985). Secretion of a soluble class I molecule encoded by the Q10 gene of the C57Bl/10 mouse. EMBO J. 4, 369–374.

Dierks, P., Van Ooyen, A., Cochran, M. D., Dobkin, C., Reiser, J., and Weissmann, C. (1983). Three regions upstream from the cap site are required for efficient and accurate transcription of the rabbit β-globin gene in mouse 3T6 cells. Cell 32, 695–706.

Evans, G. A., Margulies, D. H., Camerini-Otero, R. D., Ozato, K., and Seidman, J. G. (1982). Structure and expression of a mouse major histocompatibility antigen gene H-2L[d]. Proc. Natl. Acad. Sci. USA 79, 1994–1998.

Everett, R. D., and Chambon, P. (1983). The repeated GC-rich motifs upstream from the TATA box are important elements of the SV40 early promoter. Nucl. Acids Res. 11, 2447–2464.

Friedman, R. L., and Stark, G. R. (1985). Alpha interferon induces transcription of HLA and metallothionein genes which have homologous upstream sequences. Nature 314, 637–639.

Cell
272

Frischauf, A. M., Garoff, H., and Lehrach, H. (1980). A subcloning strategy for DNA sequence analysis. Nucl. Acids Res. 8, 5541–5549.

Gachelin, G. (1976). The cell-surface antigens of mouse embryonal carcinoma cells. Biochim. Biophys. Acta 516, 27–60.

Gillies, S. D., Morrison, S. L., Oi, V. T., and Tonegawa, S. (1983). A tissue-specific transcription enhancer element is located in the major intron of a rearranged immunoglobulin heavy chain gene. Cell 33, 717–728.

Gillies, S. D.; Falsam, V., and Tonegawa, S. (1984). Cell type specific enhancer element associated with a mouse MHC gene, $E_\beta$. Nature 310, 594–597.

Gluzman, Y., and Shenk, T., eds. (1983). Enhancers and Eukaryotic Gene Expression. (Cold Spring Harbor, New York: Cold Spring Harbor Laboratory).

Gorman, C. M., Moffat, L. F., and Howard, B. (1982). Recombinant genomes which express chloramphenicol acetyl transferase in mammalian cells. Mol. Cell. Biol. 2, 1044–1051.

Hall, C., Jacob, E., Ringold, G., and Lee, F. (1983). Expression and regulation of E. coli lacZ gene fusions in mammalian cells. J. Mol. Appl. Genet. 2, 101–109.

Hamada, H., Seidman, M., Howard, B. H., and Gorman, C. (1984). Enhanced gene expression by the poly(dT-dG)–poly(dC-dA) sequence. Mol. Cell. Biol. 4, 2622–2630.

Hearing, P., and Shenk, T. (1983). The adenovirus type 5 E1a transcriptional control region contains a duplicated enhancer element. Cell 33, 695–703.

Hen, R., Borrelli, E., Sassone-Corsi, P., and Chambon, P. (1983). An enhancer element is located 340 bp upstream from the adenovirus-2 E1A capsite. Nucl. Acids Res. 11, 8747–8760.

Herbomel, P., Bourachot, B., and Yaniv, M. (1984). Two distinct enhancers with different cell specificities coexist in the regulatory region of polyoma. Cell 39, 653–662.

Hood, L., Steinmetz, M., and Malissen, B. (1982). Genes of the MHC of the mouse. Ann. Rev. Immunol. 1, 529–568.

Jakob, H., Boon, T., Gaillard, J., Nicolas, J. F., and Jacob, F. (1973). Tératocarcinome de la souris: isolement, culture et propriétés de cellules à potentialités multiples. Ann. Microbiol. (Inst. Pasteur) 124B, 269–282.

Lalanne, J. L., Transy, C., Guerin, S., Darche, S., Meulien, P., and Kourilsky, P. (1985). Expression of class I genes in the MHC: identification of eight distinct mRNAs in DBA/2 mouse liver. Cell 41, 469–478.

Maxam, A. M., and Gilbert, W. (1980). Sequencing end-labeled DNA with base-specific chemical cleavages. Meth. Enzymol. 65, 499–560.

McKnight, S. L., and Kingsbury, R. (1982). Transcriptional control signals of a eukaryotic protein coding gene. Science 217, 316–325.

McKnight, S. L., Kingsbury, R., Spence, A., and Smith, M. (1984). The distal transcription signals of the herpes virus tk gene share a common hexanucleotide control sequence. Cell 37, 253–262.

Miller, J. H. (1972). Experiments in Molecular Genetics. (Cold Spring Harbor, New York: Cold Spring Harbor Laboratory), pp. 352–355.

Morello, D., Gachelin, G., Dubois, P., Tonigaki, N., Pressman, D., and Jacob, F. (1978). Absence of reaction of xenogenic anti-H-2 serum with mouse embryonal carcinoma cells. Transplantation 26, 119–125.

Morello, D., Daniel, F., Baldacci, P., Cayre, Y., Gachelin, G., and Kourilsky, P. (1982). Absence of significant H-2 and $\beta_2$-microglobulin mRNAs expression by mouse embryonal carcinoma cells. Nature 296, 260–262.

Morello, D., Duprey, P., Israël, A., and Babinet, C. (1985). Asynchronous regulation of mouse H-2D and $\beta_2$-microglobulin RNA transcripts. Immunogenetics 22, 441–452.

Pelham, H. R. B. (1982). A regulatory upstream promoter element in the Drosophila hsp 70 heat-shock gene. Cell 30, 517–528.

Rosa, F., Le Bouteiller, D., Abadie, A., Mishal, Z., Lemonnier, F. A., Bourrel, D., Lamotte, M., Kalil, J., Jordan, B. R., and Fellous, M. (1983). HLA class I genes integrated into murine cells are inducible by interferon. Eur. J. Immunol. 13, 495–499.

Rosenthal, A., Wright, S., Cedar, H., Flavell, R., and Grosveld, F. (1984). Regulated expression of an introduced MHC H-2K$^{bm1}$ gene in murine embryonal carcinoma cells. Nature 310, 415–418.

Rosenthal, A., Wright, S., Quade, K., Gallimore, P., Cedar, H., and Grosveld, F. (1985). Increased MHC H-2K gene transcription in cultured mouse embryo cells after adenovirus infection. Nature 315, 579–581.

Rüther, U. (1982). pUR250 allows rapid chemical sequencing of both DNA strands of its inserts. Nucl. Acids Res. 10, 5765–5772.

Sawicki, J. A., Magnuson, T., and Epstein, C. J. (1981). Evidence for expression of the paternal genome in the two-cell mouse embryo. Nature 294, 450–452.

Scherrer, K. (1969). Isolation and sucrose gradient analysis of RNA. In Fundamental Techniques in Virology, K. Habel and N. P. Salzman, eds. (New York: Academic Press), pp. 413–432.

Schrier, P. I., Bernards, R., Vaessen, R. T. M. J., Houweling, A., and Van der Eb, A. J. (1983). Expression of class I major histocompatibility antigens switched off by highly oncogenic adenovirus 12 in transformed rat cells. Nature 305, 771–775.

Sodoyer, R., Damotte, M., Delovitch, T. L., Trucy, J., Jordan, B. R., and Strachan, T. (1984). Complete nucleotide sequence of a gene encoding a functional human class I histocompatibility antigen (HLA-CW3). EMBO J. 3, 879–885.

Steinmetz, M., Moore, K. W., Frelinger, J. G., Sher, B. T., Shen, F. W., Boyse, E. A., and Hood, L. (1981). A pseudogene homologous to mouse transplantation antigens: transplantation antigens are encoded by eight exons that correlate with protein domains. Cell 25, 683–692.

Steinmetz, M., Winoto, A., Minard, K., and Hood, L. (1982). Clusters of genes encoding mouse transplantation antigens. Cell 28, 489–498.

Strachan, T., Sodoyer, R., Damotte, M., and Jordan, B. R. (1984). Complete nucleotide sequence of a functional class I HLA gene, HLA-A3: implications for the evolution of HLA genes. EMBO J. 3, 887–894.

Tooze, J. (1981). Molecular Biology of Tumor Viruses. Second edition, part 2, revised, DNA Tumor Virus. (Cold Spring Harbor, New York: Cold Spring Harbor Laboratory).

Van der Eb, A. J., Bernards, R., Schrier, P. I., Bos, J. L., Vaessen, R. T. M. J., Jachemsen, A. G., and Melief, C. J. M. (1984). Altered expression of cellular genes in adenovirus transformed cells. In Cancer Cells 2, Oncogenes and Viral Genes. Cold Spring Harbor Symp. Quant. Biol., pp. 501–510.

Wasylyk, B., Wasylyk, P., Augereau, P., and Chambon, P. (1983). The SV40 72 bp repeat preferentially potentiates transcription starting from proximal natural or substitute promoter elements. Cell 32, 503–514.

Weiher, H., König, M., and Gruss, P. (1983). Multiple point mutations affecting the simian virus 40 enhancer. Science 219, 626–631.

Wigler, M., Sweet, R., Sim, G. K., Wold, B., Pellicer, A., Lacy, E., Maniatis, T., Silverstein, S., and Axel, R. (1979). Transformation of mammalian cells with genes from prokaryotes and eukaryotes. Cell 16, 777–785.

Zinkernagel, R. M., and Doherty, P. C. (1980). MHC restricted cytotoxic T-cells: studies on the biological role of polymorphic major transplantation antigens determining T-cell restriction specificity. Adv. Immunol. 27, 51–177.