Case 4:04-cv-10884-RGS Document 210-11 Filed 07/26/2007 Page 1 of 7

by copyright law (Title 17 U.S. Code)

# Regulation of Human Interleukin-2 Gene: Functional DNA Sequences in the 5' Flanking Region for the Gene Expression in Activated T Lymphocytes

Takashi Fujita, Hiroshi Shibuya, Tetsuo Ohashi,
Kiyofumi Yamanishi, and Tadatsugu Taniguchi
Institute for Molecular and Cellular Biology
Osaka University
Yamadaoka 1-3, Suita-shi
Osaka 565 Japan

## Summary

Interleukin-2 (IL-2) is a lymphokine that plays a crucial role in the immune system, especially in the growth control of T lymphocytes. Expression of this lymphokine is restricted to activated T lymphocytes. Here we demonstrate the presence of unique DNA sequences in the 5' flanking region of the human IL-2 gene that control induced T-cell-specific gene expression. We also show that the DNA sequences function in an orientation-independent manner and activate a heterologous promoter which is otherwise inert in induced T cells. The DNA, which spans about 200 bp, contains regions with sequence homology to LTR sequences of HTLV-III (or LAV) and the 5' upstream region of the IL-2 receptor and interferon-γ genes.

## Introduction

One of the most important events following lymphocyte activation by antigens is the production and secretion of interleukin-2 (IL-2), a major growth regulatory factor for T lymphocytes (Morgan et al., 1976; Smith, 1980; Taniguchi et al., 1986). In general, antigen-specific clonal growth of T lymphocytes is mediated by IL-2 bound to its homologous receptor (IL-2R) on the cell surface. In addition, IL-2 also appears to deliver different signals, such as growth inhibition (Hatakeyama et al., 1985; Sugamura et al., 1985), differentiation (Wagner et al., 1980; Kishi et al., 1985), and activation of a variety of IL-2R-bearing cells (Henny et al., 1981; Mingari et al., 1984). Hence, expression of this lymphokine is crucial to the function of the immune system.

Studies have proved that production of IL-2 is strictly controlled; with few exceptions, only the thymus-derived mature T cells produce IL-2 upon antigenic or mitogenic stimulation (Smith, 1980). A number of studies on the IL-2 mRNA synthesis in peripheral blood lymphocytes (PBL) and cloned T lymphocytes indicate that production of IL-2 is controlled at the transcriptional level (Taniguchi et al., 1983; Efrat et al., 1982). Additionally, there has been evidence indicating the presence of posttranscriptional regulatory mechanisms (Efrat and Kaempfer, 1984). We previously cloned and analyzed both human and mouse IL-2 genes (Fujita et al., 1983; Fuse et al., 1934). Within those genes, we noted the presence of well-conserved DNA sequences within their 5' flanking region.

In order to elucidate the molecular mechanism of IL-2 gene regulation, we attempted to localize the functional

DNA sequences which mediate IL-2 gene expression in activated T cells. The strategy was to excise possible regulatory DNA sequences from the human IL-2 chromosomal gene and to fuse them to the chloramphenicol acetyltransferase (CAT) structural gene. Using this transient expression system, functional properties of given DNA sequences were investigated by expression of the CAT activity (Gorman et al., 1982a) or by S1 mapping analysis of the transcripts or both. With this expression system, we report here on both the delimitation and functional properties of unique DNA sequences of about 200 bp within the 5' flanking region that are responsible for the cell type and induction-specific expression of the IL-2 gene.

## Results

### Construction of Human IL-2–CAT Fusion Genes and Transfection into Various Host Cells

In order to study the function of the 5' flanking DNA sequences in IL-2 gene expression, the following plasmids were constructed. A piece of DNA containing the 5' flanking region (584 bp) and a part of the first exon containing the initiator ATG (52 bp) were inserted into the HindIII site of pSVOcat (Gorman et al., 1982a) yielding pIL2cat. In this construct, translation of CAT protein would begin with the initiator codon of the IL-2. pIL2cat was further manipulated to yield pIL2Ecat. The pIL2Ecat contains the SV40 enhancer sequence in the NdeI site, located upstream of the IL-2 sequences (Figure 1; see Experimental Procedures for details). As a control gene, pMTcat was constructed in which the 5' flanking DNA of the mouse metallothionein I (MT-I; Brinster et al., 1981) gene is linked to the CAT gene.

We introduced the IL-2 gene-CAT recombinant (pIL2cat) and other CAT recombinants such as pSV2cat (Gorman et al., 1982a) and pRSVcat (Gorman et al., 1982b) into the human amnion derived cell line FL, the human Burkitt's B lymphoma cell line Raji, the human leukemic T cell line Jurkat-111, and the mouse thymoma cell line EL-4. Jurkat-111 and EL-4 cells have the specific marker for helper T cells (i.e., OKT-4 and L3T4, respectively) and are known to produce IL-2 in response to concanavalin A (ConA) (Taniguchi et al., 1983) and 12-o-Tetradecanoylphorbol 13 acetate (TPA) (Farrar et al., 1982), respectively. As summarized in Table 1, the IL-2 gene 5' flanking DNA functions by directing the distal CAT gene expression only in those T cell lines. Evidently, the induction of those T cells, either by ConA or by TPA, is absolutely required for gene expression. As compared to the 5' flanking DNA of the IL-2 gene, no significant stimulation of MT-I promoter and RSV LTR occurred in ConA-treated Jurkat cells (Table 1). In EL-4 cells, RSV, MT-I, and SV40 sequences are stimulated to a certain extent (3- to 4-fold) whereas the IL-2 sequences are stimulated constantly over 10- to more than 67-fold (see also Figures 2 and 3). The results thus demonstrate that the controlled IL-2 gene expression is mediated at



**Figure 1. Structure of Various Promoter–CAT Fusion Genes**

The plasmid pSVOcat was manipulated to yield pIL2cat, pIL2Ecat, and pMTcat as described in Experimental Procedures. The transcription initiation site in each gene is indicated by an arrow. Dotted block: first and second exons of the human IL-2 gene. Hatched block: a 200 bp fragment from SV40 early region which contains the enhancer sequences (Banerji et al., 1981). Shaded box: a DNA segment containing the 5′ flanking regions and the cap site of the mouse metallothionein I (MT-I) gene (Brinster et al., 1981).

least in part by the 5′ flanking DNA present in pIL2cat. The induction level of the IL-2-CAT gene is notably higher in TPA-induced EL-4 cells compared to ConA-induced Jurkat cells as measured by CAT activity. Probably this observation reflects the different efficiency of endogenous IL-2 gene induction by those cells. Indeed, the IL-2-specific mRNA level in the TPA-induced EL-4 cells is higher than that of the ConA-induced Jurkat cells (unpublished observation). The specific mRNA transcript of pIL2cat, which is totally absent in uninduced EL-4 cells, contains the correct 5′ termini as measured by S1 mapping analysis. It is worth noting that SV40 enhancer linked to the upstream of the IL-2 5′ flanking sequences (pIL2Ecat) did not result in constitutive expression in all the cells tested. Thus, SV40 enhancer per se cannot override the control mechanism of the IL-2 gene in uninduced T cells. However, the enhancer dramatically increased the CAT expression promoted by IL-2 5′ flanking sequence in induced Jurkat and EL-4 cells. This observation is explained by the recent finding that the SV40 enhancer increases the rate of transcription by augmenting the polymerase density on a given template without changing the specificity of the gene (Trisman and Maniatis, 1985; Weber and Schaffner, 1985). In contrast to pIL2cat, the CAT induction level in pIL2Ecat became higher in Jurkat than in EL-4 cells, probably because the SV40 enhancer functions better in primate than in rodent cells (Laimins et al., 1982).

In transfected EL-4 cells, levels of both endogenous IL-2 mRNA and CAT activity were detectable as early as 4 hr and reached a maximum level 8–10 hr after TPA induction (Figure 2). Similar results were obtained using Jurkat cells (data not shown). Thus the induction kinetics of the IL-2–CAT recombinant gene seem to parallel the endogenous IL-2 gene in this transient expression system. Since a higher level of pIL2cat gene expression was observed in EL-4 cells than in Jurkat cells, the remainder of the study was carried out using EL-4 cells.

**Delimitation of DNA Sequences Required for IL-2 Gene Expression**

To determine the location of functionally important sequences within the 5′ flanking region for controlled IL-2 gene expression, we prepared a series of deletions in the 5′ ends of the IL-2 gene. The newly created ends were joined to the identical sequence derived from the plasmid pSVOcat (see Experimental Procedures). The deletion mutants were introduced into EL-4 and Jurkat cells and the induced, or the mock-induced CAT activities measured. As summarized in Table 2, the 5′ boundary of the functional sequence was located between −319 and −264 from the cap or transcription start site. This conclusion was further verified by S1 mapping analysis of the transcript. The mRNA transcript containing the correct 5′ terminus was observed only in induced cells and the level of mRNA was drastically reduced when the deletion was extended to −264 (Figure 3).

Other deletions were created in order to examine the

**Table 1. Expression of Various CAT Fusions in T Cell and Non T Cell Lines**

| Cell | Stimulation | CAT Activity[a] (Fold Induction)[b] | | | | | | | | | |
| | | Exp. 1 | | | | Exp. 2 | | | Exp. 3 | | |
| | | pSV2cat | pSVOcat | pIL2cat | pIL2Ecat | pMTcat | pRSVcat | pIL2cat | pMTcat | pRSVcat | pIL2cat |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Jurkat | none | ND | ND | <0.1 | <0.1 | 6 | 94 | 0.6 | ND | ND | ND |
| | ConA | ND | ND | 1.2 (>12) | 41 (>410) | 6 (1) | 94 (1) | 4 (7) | ND | ND | ND |
| EL-4 | none | 3.3 | 0.2 | <0.1 | 0.3 | 1 | 16 | 0.9 | 4 | 25 | 0.3 |
| | TPA | 11 (3.3) | 0.5 (2.5) | 6.7 (>67) | 14 (47) | 3 (3) | 20 (1.3) | 9 (10) | 16 (4) | 72 (2.9) | 6.5 (22) |
| FL | none | 31 | 0.4 | <0.1 | <0.1 | ND | ND | ND | ND | ND | ND |
| | ConA | 30 (1) | 0.3 (0.7) | <0.1 (1) | <0.1 (1) | ND | ND | ND | ND | ND | ND |
| | TPA | 38 (1.2) | 0.5 (1.3) | <0.1 (1) | <0.1 (1) | ND | ND | ND | ND | ND | ND |
| Raji | none | 20 | 0.4 | <0.1 | 0.6 | ND | ND | ND | ND | ND | ND |
| | ConA | 13 (0.7) | 0.1 (0.3) | <0.1 (1) | 0.2 (0.4) | ND | ND | ND | ND | ND | ND |
| | TPA | 24 (1.2) | 0.3 (0.8) | <0.1 (1) | 1.5 (2.6) | ND | ND | ND | ND | ND | ND |

[a] DNA transfected cells were treated with indicated reagents and CAT activity was determined as percent of acetylation.
[b] The ratio of cat activity (induced/uninduced) is indicated in parentheses.
ND: not determined.



**Figure 2. Time Course of Endogenous Mouse IL-2 mRNA Accumulation and CAT Activity in EL-4 Cells Transfected by pIL2cat**

EL-4 cells were transfected by pIL2cat and, after cultivation for 48 hr, were treated with TPA. At the indicated times after the TPA treatment, cells were harvested for determination of endogenous mouse IL-2 mRNA (A) and CAT activity (B). For mouse IL-2 mRNA quantitation, the total cytoplasmic RNA extracted was subjected to Northern analysis (10 μg/lane; Thomas, 1980) using mouse IL-2 cDNA as the probe (Kashima et al., 1985)



**Figure 3. S1 Mapping Analysis of IL-2–CAT-Specific mRNA in Transfected EL-4 Cells**

EL-4 cells transfected by the 5′ deletion mutant–CAT fusion genes were either treated with TPA (+) or mock-treated (−). Cells were harvested 6 hr after TPA treatment and total cytoplasmic RNA (40 μg/lane) was subjected to S1 mapping analysis. Arrow indicates position of protected probe corresponding to correctly initiated mRNA (205 nucleotides). Probe: probe used for the analysis (286 nucleotides). Size markers: $^{32}$P-labeled HaeIII digested pBR322 (267, 234, 213, 192, and 184 nucleotides)

functional importance of the internal region between −319 and the cap site. DNA segments of different lengths from −319 were prepared by trimming back from the HindIII site of pIL2–319cat and they were reintroduced into the XbaI site of pIL2–81cat (see Experimental Procedures). Thus, each mutant contained an XbaI linker sequence at the −81 border and all of the mutants contained the same 5′ border; that is, −319 (Figure 4). As shown in Figure 4, a deletion extending from −81 to −127 did not abolish the inducibility of CAT gene expression in EL-4 cells, although the level of induction went down to approximately 40% of that of the intact gene (see Discussion). However, inducibility was completely abrogated when the deletion was extended from −81 to −145.

**Functional Properties of the DNA Sequences Located in the 5′ Flanking Region**

The above results demonstrate the presence of the functional, unique DNA sequences consisting of about 200 bp in the 5′ flanking region of the IL-2 gene. In order to study further the properties of the DNA sequences, we linked the DNA fragment which extends from −127 to −319 to promoter sequences with either orientation and examined distal CAT gene expression. As shown in Figure 5, the

Table 2. Effect of 5′ Deletion on the Expression of IL-2–CAT Fusion Gene

| Cell | Induction[c] | Relative CAT Activity[a] (Fold Induction)[b] | | | | | | | | |
|------|-----------|------------------------------------------|---|---|---|---|---|---|---|---|
| | | Deletion End Point (bp from cap site) | | | | | | | | |
| | | −551 | −380 | −319 | −264 | −222 | −138 | −107 | −81 | −8 |
| Jurkat | none | 4 | 4 | <3 | <3 | <3 | <3 | 4 | 4 | <3 |
| | ConA | 100 (25) | 138 (35) | 151 (>50) | 9 (>3) | <3 (1) | <3 (1) | 4 (1) | 5 (0.8) | <3 (1) |
| EL-4 | none | 9 | 9 | <4 | <4 | 9 | 7 | <4 | <4 | <4 |
| | TPA | 100 (11) | 98 (11) | 107 (>27) | 35 (>9) | <4 (<2) | <4 (2) | <4 (1) | <4 (1) | <4 (1) |

[a] Relative CAT activity (pIL2-551cat as 100%) was determined as in Table 1.
[b] The relative ratio of CAT activity (induced/uninduced) is indicated in parentheses.
[c] Reagents used for induction are ConA and TPA for Jurkat and EL-4, respectively.



Figure 4. Effect of Internal Deletion on TPA-Induced Expression of the IL-2–CAT Fusion Gene

EL-4 cells transfected by various IL-2–CAT fusion genes (left) were either treated with TPA (+) or mock-treated (−). CAT activities were determined 12 hr after induction.



Figure 5. Effect of Inversion of Upstream Sequences and Replacement of TATA Cap Region

EL-4 cells transfected by IL-2–CAT fusions and IL-2–IFN-β–CAT fusion (left) were either treated with (+) or without (−) TPA. CAT activities were determined as in Figure 4.

DNA sequence appears to function in either orientation (pIL2–319/–127cat and pIL2–127/–319cat) and it activates a heterologous promoter of the human interferon-β gene (pIL2-IFNcat).

Next, properties of the DNA sequences downstream of −81 were examined. A DNA segment (−105 to −41; Ohno and Taniguchi, 1981) derived from the IFN-β upstream sequences and containing virus-inducible enhancer elements (Fujita et al., 1985; Goodbourn et al., 1985; our unpublished observation) was linked in the Xbal site of pIL2–81cat and the resulting plasmid was transfected into mouse L929 cells of fibroblast origin. As shown in Figure 6, expression of the CAT gene is observed in Newcastle disease virus (NDV)-induced L929 cells. In another set of experiments, we confirmed that NDV-induced mRNA in L929 cells contains the 5′ termini corresponding to the cap site of the IL-2 gene (unpublished observation). Thus, this

region of the IL-2 gene appears to contain promoter sequences (including TATA box) whose functions are not restricted to T cells.

Discussion

In this study, the performance of 5′ flanking DNA sequences of the human IL-2 gene was determined by quantitating the level of distally linked bacterial CAT gene expression. Our results demonstrate that unique 5′ flanking sequences mediate the T-cell-specific expression of the CAT gene upon induction. In addition, the kinetics of this CAT expression appear to parallel endogenous IL-2 gene expression. Therefore, the transient expression system described here seems to reflect the expression machinery operating for the endogenous gene. As the correctly initiated mRNA transcripts become detectable only after in-



| | cat activity (% conversion) | |
|---|---|---|
| pIL2-81cat | − | <0.1 |
| | + | <0.1 |
| pIFN-IL2cat | − | <0.1 |
| | + | 2.0 |

Figure 6. Expression IL-2–CAT Fusion Gene under the Control of IFN-β Enhancer Sequences

Mouse L929 cells transfected by pIL2 – 81cat or pIFN – IL2cat were infected by NDV (+) or mock-treated (−). CAT activities were determined 12 hr after induction.

duction, the upstream sequences seemingly function in the activation of mRNA transcription rather than in the stabilization of preexisting mRNA. Indeed, when the LTR sequence of RSV or the mouse MT-I promoter sequences was linked to the CAT gene and transfected into EL-4 or Jurkat cells, the corresponding CAT activities became detectable independent of induction (Table 1).

It has been well documented that activation of normal T lymphocytes requires the delivery of two biochemical signals necessary for the IL-2 gene expression, intracellular $Ca^{++}$ mobilization and activation of protein kinase C (Weiss et al., 1984a; Truneh et al., 1985). In the EL-4 and Jurkat cells used in this study, only one signal seems to suffice for the induction. EL-4 requires TPA, a potent C-kinase activator, and Jurkat-111 cells require ConA, which mediates intracellular $Ca^{++}$ mobilization via the T cell antigen receptor-T3 complex (Weiss et al., 1984b). Whatever the reasons, the results obtained in this study using deletion mutants indicate that the same DNA sequences are required for controlled IL-2 gene expression in those two cell lines. It is not surprising to find that the human IL-2 gene functions well in mouse EL-4 cells in light of our finding that the essential region of the 5′ flanking DNA shows about 90% sequence homology between the human and mouse IL-2 gene (Fuse et al., 1984).

Are there other cis-acting DNA sequences around the IL-2 gene that also influence gene expression? Recent studies on the regulation of various mammalian gene expressions revealed the existence of such sequences not only in the 5′ upstream region but also downstream of the transcription initiation site of the genes encoding immunoglobulins and β-globin (Gillis et al., 1983; Banerji et al., 1983; Wright et al., 1984; F. Grosveld, personal communication). We have studied the enhancer activities of some DNA segments generated from the cloned 8.0 kb IL-2 gene, which includes a segment containing the "enhancer-core"-like sequence (Fujita et al., 1983), by linking them to pA10cat2 (Rosenthal et al., 1983) and pIL2cat. Thus far we have failed to identify any functional DNA sequences among them (unpublished observations).

Analysis of the 5′ as well as the 3′ deletion mutants revealed that the minimal length of DNA required for controlled IL-2 gene expression is between 192 bp (−319 to −127) and 119 bp (−264 to −145). On the other hand, our data also demonstrates that sequences between −81 and −127 somehow contribute to the maximal activation of the IL-2 gene 5′ flanking region, as the deletion of this region leads to a diminished level of CAT gene expression (Figure 4). Thus, our results suggest the presence of additional sequence element(s) in this region. Alternatively, such a region is important for the maintenance of an appropriate distance between the regulatory (−127 to −319) and promoter (−81 to downstream) sequences.

Functional study of this DNA (−319 to −127) segment, linked to heterologous promoter sequences such as that of human IFN-β (Figure 5) and SV40 (unpublished data), demonstrates that it can solely confer the specificity of IL-2 gene expression. Moreover, this DNA functions in an orientation-independent manner (Figure 4). Taken together, the results indicate that we may be dealing with a regulatory enhancer whose function is restricted to activated T lymphocytes. The presence of an inducible enhancer element has been demonstrated in the upstream region of the human IFN-β gene (Fujita et al., 1985; Goodbourn et al., 1985; our unpublished data) and metallothionein genes (Serfling et al., 1985). At present, however, it seems premature to define the DNA segment reported here as an enhancer, since we do not know if it functions over distances, a property which many if not all other enhancers display.

Recently, Edlund et al. (1985) reported the presence of two distinct 5′ flanking elements in the rat insulin I gene, both of which play a role in the tissue-specific expression of the gene. One of the elements, as reported here, shows the properties of an enhancer while the other, located more proximal to the cap site, mimics the regulatory promoter. We think it unlikely that the 5′ flanking sequences of the IL-2 gene, which is proximal to the TATA sequence (i.e., −81 to downstream), contain T cell and/or induction-specific elements, since the proximal sequence can function in directing distal CAT gene expression in nonlymphoid cells. For example, when the virus-inducible enhancer element(s) derived from the human IFN-β gene is linked to this sequence extending only to −81, it functions in virus-induced L929 cells (Figure 6).

It is worth noting that the above identified regulatory DNA sequences contain repetitious purine-rich regions at their 5′ and 3′ boundary of functional DNA and that they are homologous to other genes whose expression also shows T cell tropism (Figure 7). Such sequences may be recognized by a common protein factor(s) whose presence and/or function is restricted to T cells. Requirement of a considerably long piece of DNA (minimum, 119 bp; maximum, 192 bp) would indicate the involvement of multiple factors. Work is in progress to identify such factors and we wish to elucidate the functional relationship between the above-identified DNA sequences and such factors.

## Experimental Procedures

### Construction of Plasmids

All constructions were made essentially following the general procedures (Maniatis et al., 1982).

The 5′ flanking sequence of human IL-2 gene (Fujita et al., 1983) was excised by RsaI digestion (−584 to +51, with respect to the cap site) and inserted into the HindIII site of pSVOcat (Gorman et al., 1982a) to



| Human IL-2 (distal) | | AGAAAGGAGGAAAAACTG | |
| Human IL-2 (proximal) | | AGAA- - GAGGAAAAA - TG | |
| Mouse IL-2 (distal) - | | c c AAAG - AGGAAAAT T TG | |
| Mouse IL-2 (proximal) | | AGAA- - GAGGAAAAAC A A | |
| Human γ - IFN | | A - AAAc T T GT G AAAAC - G | |
| Human IL-2 receptor . | | AGAAAGGA T T AAAA - - TG · | |
| HTLV-III/LAV | | A T AAAGGAGGAA c A c C A G | |

| CONSENSUS | | A $\frac{G}{C}$ AAA $\frac{G}{C}$ GAGGAAAAACTG |

Figure 7. Homologous Nucleotide Sequences Found in the 5' Flank-
ing Region of IL-2 and Other T-Cell-Specific Genes

Nucleotides identical to the human IL-2 "distal" sequence are indicated
as large letters. Gaps (–) are introduced to maximize homology.
Nucleotide positions from the respective cap site (+1) are indicated
at left and right of the sequences. Possible consensus sequence is
indicated at the bottom of the figure.

yield pIL2cat. SV40 enhancer sequence (200 bp XhoI fragment, a kind
gift from W. Schaffner; Banerji et al., 1981) was inserted into the NdeI
site (located in pSVOcat) of pIL2cat to yield pIL2Ecat. A series of 5' de-
letion mutants were constructed as follows. The 5' upstream DNA was
trimmed back from the NdeI site of pIL2cat by Bal31 exonuclease and
an XbaI linker DNA was then linked to the deletion ends. The 5' deletion
DNA fragments were each excised by HindIII and then inserted be-
tween the XbaI (converted from the original NdeI site) and HindIII sites
of pSVOcat. After cloning in E. coli, pIL2–551cat, pIL2–473cat,
pIL2–380cat, pIL2–319cat, pIL2–264cat, pIL2–222cat, pIL2–138cat,
pIL2–107cat, pIL2–81cat, and pIL2–8cat were obtained. To prepare
the internal deletions, pIL2–319cat was first cut by HindIII and then
digested with Bal31. DNA containing the 5' flanking sequence was
excised and inserted into the XbaI site of pIL2–81, thus pIL2–
319/–127cat, pIL2–319/–145cat, pIL2–319/–169cat, and pIL2–127/
–319cat were obtained. The deletion endpoint of each mutant was
determined by sequencing (Sanger et al., 1977).

A chimeric gene (pIL2-IFNcat) was constructed by replacing the
TATA cap region of pIL2–319/–127cat (–61 to +51, with respect to the
cap site) with a corresponding region of human IFN-β gene (–66 to
+19, with respect to the cap site, Ohno and Taniguchi, 1981). Another
chimera pIFN-IL2cat was made by inserting the regulatory sequence
of the IFN-β gene (–105 to –41, with respect to the cap site; Fujita et
al., 1985) into the XbaI site of pIL2–81cat.

To obtain pMTcat, the MT-I promoter/regulator region was excised
from pMK (Brinster et al., 1981) by BglII and KpnI digestion. After con-
verting the 5' and 3' sides of the promoter/regulator fragment into the
SalI and HindIII sites, respectively, the fragment was inserted into SalI
and HindIII-digested pA10cat2 (Rosenthal et al., 1983).

### DNA Transfection and Induction for Gene Expression
DNA transfection was performed by the calcium phosphate coprecipi-
tation method (Wigler et al., 1979) for FL cells. For L929, Raji, Jurkat-
111 (Taniguchi et al., 1983), and EL-4 cells, DNA was transfected by
the DEAE dextran method (Banerji et al., 1983). Cells (2 × 10⁶ cells
for L929 cell, which had been suspended by trypsinization of the
monolayer, or 5 × 10⁶ cells for Raji and Jurkat cells, or 1.5 × 10⁷ cells
for EL-4 cells) were incubated in 1 ml of TBS (25 mM Tris-Cl [pH 7.4],
137 mM NaCl, 5 mM KCl, 0.6 mM Na₂HPO₄, 0.7 mM CaCl₂, 0.5 mM
MgCl₂) containing 10 μg of plasmids and 500 μg/ml DEAE dextran for
30 min at room temperature, then unadsorbed DNA was washed with
TBS and cultivated for 48 hr.

For IL-2 gene induction, the DNA transfected cells were treated ei-
ther with ConA (25 μg/ml) or TPA (10 ng/ml) or culture medium for the
indicated time period. The procedure for interferon induction was de-
scribed elsewhere (Fujita and Kohno, 1981).

### CAT Enzyme Assay
Cell extract for CAT enzyme assay was prepared by freezing and thaw-
ing three times in 60 μl of extraction buffer (0.5 mM phenylmethylsul-
phonylfluoride, 250 mM Tris-Cl [pH 7.5]). CAT reaction was carried out
in 150 μl of the reaction mixture containing: 20 μl of cell extract, 0.1
μCi ¹⁴C-chloramphenicol, Amersham, 0.1 μCi, 53 mCi/mmole; 470
mM Tris-Cl [pH 7.5], 0.53 mM acetyl coenzyme A at 37°C, for 5 hr. After
the reaction, the products were separated from unacetylated chloram-
phenicol by thin-layer chromatography and enzyme activity was deter-
mined as percentage of acetylation (Gorman et al., 1982a).

### S1 Mapping Analysis
S1 analysis was performed essentially as described previously (Fujita
et al., 1985). For detection of mRNA transcribed from the IL-2-CAT fu-
sion gene, the DNA fragment derived from pIL2–81cat (from the XbaI
site at –81 to PvuII site, which is located within the CAT structural
gene) was subcloned between the XbaI and SmaI sites of M13mp11.
For an analysis of IFN-CAT mRNA, a portion of IFN-CAT fusion gene
(from the BamHI site at –55 to the PvuII site located within the CAT
structural gene) was also subcloned between the BamHI and HincII
sites of M13mp10.

For the synthesis of radioactive probes, reaction was carried out
in 45 μl of reaction mixture: template single-stranded phage DNA,
1.9 μg; 17 mer sequencing primer, Amersham, 2 ng; 7 mM Tris-Cl
[pH 8.5]; 7 mM MgCl₂; 28 μM dATP; 28 μM dGTP; 28 μM dTTP; 116
μCi α³²P-dCTP (specific activity, 600 Ci/mmole); 10 units Klenow en-
zyme. The enzyme reaction was for 15 min at 25°C. The reaction was
chased by adding 20 μl of dNTP (each 0.5 mM) for 15 min at 25°C. The
synthesized DNA was subjected to single restriction enzyme digestion
(XbaI and BamHI digestion for IL-2-CAT and IFN-CAT fusion genes,
respectively) and the resulting probe was isolated by polyacrylamide
electrophoresis under denaturing conditions.

### Acknowledgments

We thank Drs. B. Howard, R. Palmiter, and W. Schaffner for supplying
a series of cat plasmids, an MT-I gene, and SV40 enhancer DNA,
respectively. We also thank Dr. T. Kishimoto and E. L. Barsoumian for
valuable comments and Ms. M. Nagatsuka for her excellent as-
sistance. This work was supported in part by a grant-in-aid for Special
Project Research, Cancer-Bioscience, from the Ministry of Education,
Science and Culture of Japan.

The costs of publication of this article were defrayed in part by the
payment of page charges. This article must therefore be hereby
marked "advertisement" in accordance with 18 U.S.C. Section 1734
solely to indicate this fact.

Received March 17, 1986; revised April 28, 1986.

### References

Banerji, J., Rusconi, S., and Schaffner, W. (1981). Expression of a
β-globin gene is enhanced by remote SV40 DNA sequences. Cell 27,
299–308.

Banerji, J., Olson, L., and Schaffner, W. (1983). A lymphocyte-specific
cellular enhancer is located downstream of the joining region in im-
munoglobulin heavy chain genes. Cell 33, 729–740.

Brinster, R. L., Chen, H. Y., Trumbauer, M., Senear, A. W., Warren, R.,
and Palmiter, R. D. (1981). Somatic expression of Herpes thymidine ki-
nase in mice following injection of a fusion gene into eggs. Cell 27,
223–231.

Edlund, T., Walker, M. D., Barr, P. J., and Rutter, W. (1985). Cell-specific
expression of the rat insulin gene: evidence for role of two distinct 5'
flanking elements. Science 230, 912–916.

Efrat, S., and Kaempfer, R. (1984). Control of biologically active
interleukin-2 messenger RNA formation in induced human lympho-
cytes. Proc. Natl. Acad. Sci. USA 81, 2601–2605.

Efrat, S., Pilo, S., and Kaempfer, R. (1982). Kinetics of induction and
molecular size of mRNAs encoding human interleukin-2 and γ-inter-
feron. Nature 297, 236–239.

Farrar, J. J., Benjamin, W., Hilfiker, M. L., Howard, M., Farrar, W. L., and
Fuller-Farrar, J. (1982). The biochemistry, biology, and role of interleu-
kin-2 in the induction of cytotoxic T cell and antibody-forming B cell re-
sponses. Immunol. Rev. 63, 129–166.

Fujita, T., and Kohno, S. (1981). Studies of interferon priming: cellular

IL-2 Gene Expression
407

response to viral and nonviral inducers and requirement of protein synthesis. Virology *112*, 62–69.

Fujita, T., Takaoka, C., Matsui, H., and Taniguchi, T. (1983). Structure of the human interleukin-2 gene. Proc. Natl. Acad. Sci. USA *80*, 7437–7441.

Fujita, T., Ohno, S., Yasumitsu, H., and Taniguchi, T. (1985). Delimitation and properties of DNA sequences required for the regulated expression of human interferon-β gene. Cell *41*, 489–496.

Fuse, A., Fujita, T., Yasumitsu, H., Kashima, N., Hasegawa, K., and Taniguchi, T. (1984). Organization and structure of the mouse interleukin-2 gene. Nucl. Acids Res. *12*, 9323–9331.

Gillis, S. D., Morrison, S. L., Oi, V. T., and Tonegawa, S. (1983). A tissue-specific transcription enhancer element is located in the major intron of a rearranged immunoglubulin heavy chain gene. Cell *33*, 717–728.

Goodbourn, S., Zinn, K., and Maniatis, T. (1985). Human β-interferon gene expression is regulated by an inducible enhancer element. Cell *41*, 509–520.

Gorman, C. M., Moffat, L. F., and Howard, B. H. (1982a). Recombinant genomes which express chloramphenicol acetyltransferase in mammalian cells. Mol. Cell. Biol. *2*, 1044–1051.

Gorman, C. M., Merlino, G. T., Willingham, M. C., Pastan, I., and Howard, B. (1982b). The Rous sarcoma virus long terminal repeat is a strong promoter when introduced into a variety of eukaryotic cells by DNA-mediated transfection. Proc. Natl. Acad. Sci. USA *79*, 6777–6781.

Hatakeyama, M., Minamoto, S., Uchiyama, T., Hardy, R. R., Yamada, G., and Taniguchi, T. (1985). Reconstitution of functional receptor for human interleukin-2 in mouse cells. Nature *318*, 467–470.

Henny, C. S., Kuribayashi, K., Kern, D. E., and Gillis, S. (1981). Interleukin-2 augments natural killer cell activity. Nature *291*, 335–338.

Kashima, N., Nishi-Takaoka, C., Fujita, T., Taki, S., Yamada, G., Hamuro, J., and Taniguchi, T. (1985). Unique structure of murine interleukin-2 as deduced from cloned cDNA. Nature *313*, 402–404.

Kishi, H., Inui, S., Muraguchi, A., Hirano, T., Yamamura, Y., and Kishimoto, T. (1985). Induction of IgG secretion in a human B cell clone with recombinant IL-2. J. Immunol. *134*, 3104–3107.

Laimins, L., Khoury, G., Gorman, C., Howard, B. H., and Gruss, P. (1982). Host-specific activation of transcription by tandem repeats from simian virus 40 and Moloney murine sarcoma virus. Proc. Natl. Acad. Sci. USA *79*, 6453–6457.

Maniatis, T., Fritsch, E. F., and Sambrook, J. (1982). Molecular Cloning (Cold Spring Harbor, New York: Cold Spring Harbor Laboratory).

Mingari, M. C., Gerosa, F., Carra, G., Accalia, R. S., Moretta, A., Zubler, R. H., Waldmann, T. A., and Moretta, L. (1984). Human interleukin-2 promotes proliferation of activated B cells via surface receptors similar to those of activated T cells. Nature *312*, 641–643.

Morgan, D. A., Ruscetti, F. W., and Gallo, R. (1976). Selective in vitro growth of T lymphocytes from normal human bone marrows. Science *193*, 1007–1008.

Ohno, S., and Taniguchi, T. (1981). Structure of a chromosomal gene for human interferon β. Proc. Natl. Acad. Sci. USA *78*, 5305–5309.

Rosenthal, N., Kress, M., Gruss, P., and Khoury, G. (1983). BK viral enhancer element and a human cellular homolog. Science *222*, 749–755.

Sanger, T., Nicklas, S., and Coulson, A. R. (1977). DNA sequencing with chain-terminating inhibitors. Proc. Natl. Acad. Sci. USA *74*, 5463–5467.

Serfling, E., Lubbe, A., Dorsch-Hasler, K., and Schaffner, W. (1985). Metal-dependent SV40 virus containing inducible enhancers from the upstream region of metallothionein genes. EMBO J. *4*, 3851–3859.

Smith, K. A. (1980). T-cell growth factor. Immunol. Rev. *51*, 337–357.

Sugamura, K., Nakai, S., Fujii, M., and Hinuma, Y. (1985). Interleukin-2 inhibits in vitro growth of human T cell lines carrying retrovirus. J. Exp. Med. *161*, 1243–1248.

Taniguchi, T., Matsui, H., Fujita, T., Takaoka, C., Kashima, N., Yoshimoto, R., and Hamuro, J. (1983). Structure and expression of a cloned cDNA for human interleukin-2. Nature *302*, 305–310.

Taniguchi, T., Matsui, H., Fujita, T., Hatakeyama, H., Kashima, N., Fuse, A., Hamuro, J., Nishi-Takaoka, C., and Yamada, G. (1986). Molecular analysis of the interleukin-2 system. Immunol. Rev. *92*, 121–129.

Thomas, P. S. (1980). Hybridization of denatured RNA and small DNA fragments transferred to nitrocellulose. Proc. Natl. Acad. Sci. USA *77*, 5201–5205.

Trisman, R., and Maniatis, T. (1985). Simian virus 40 enhancer increases number of RNA polymerase II molecules on linked DNA. Nature *315*, 72–75.

Truneh, A., Albert, F., Golstein, P., and Schmitt-Verhulst, A. (1985). Early steps of lymphocyte activation bypassed by synergy between calcium ionophores and phorbol ester. Nature *313*, 318–320.

Wagner, H., Hardt, C., Heeg, K., Pfizenmaier, K., Solbach, W., Barthett, R., Stockinger, H., and Rollinghoff, M. (1980). T-T cell interactions during cytotoxic T lymphocyte (CTL) responses: T cell derived helper factor (interleukin-2) as a probe to analyze CTL responsiveness and thymic maturation of CTL progenitors. Immunol. Rev. *51*, 215–255.

Weber, F., and Schaffner, W. (1985). Simian virus 40 enhancer increases RNA polymerase density within the linked gene. Nature *315*, 75–77.

Weiss, A., Wiskocil, R. L., and Stobo, J. D. (1984a). The role of T3 surface molecules in the activation of human T cells: a two stimulus requirement for IL-2 production reflects events occurring at a pretranslational level. J. Immunol. *133*, 123–128.

Weiss, A., Imboden, J., Shoback, D., and Stobo, J. (1984b). Role of T3 surface molecules in human T cell activation: T3-dependent activation results in an increase in cytoplasmic-free calcium. Proc. Natl. Acad. Sci. USA *81*, 4169–4173.

Wigler, M., Sweet, R., Sim, G. K., Wold, B., Pellicer, A., Lacy, E., Maniatis, T., Silverstein, S., and Axel, R. (1979). Transformation of mammalian cells with genes from procaryotes and eucaryotes. Cell *16*, 777–785.

Wright, S., Rosenthal, A., Flavell, R., and Grosveld, F. (1984). DNA sequences required for regulated expression of β-globin genes in murine erythroleukemia cells. Cell *38*, 265–273.