Cell, Vol. 45, 859–867, June 20, 1986, Copyright © 1986 by Cell Press

NOTICE: This material may be protected by copyright law (Title 17 U.S. Code)

# A Tissue-Specific Transcription Enhancer from the Drosophila Yolk Protein 1 Gene

Michael J. Garabedian, Barbara M. Shepherd, and Pieter C. Wensink
Department of Biochemistry
Brandeis University
Waltham, Massachusetts 02254
The Rosenstiel Center
Brandeis University
Waltham, Massachusetts 02254

## Summary

The yolk protein 1 gene (yp1) of Drosophila melanogaster is expressed only in the ovarian follicle cells and the fat bodies of adult females. We have previously shown that a different cis-acting DNA region is required for each of these tissue specificities. In this paper we use germ line transformation to localize and characterized one of these tissue-specific regulatory regions. We demonstrate that a 125 bp segment of DNA located 196 bp upstream of the yp1 cap site is sufficient to determine the sex-, stage-, and fat body–specific expression of the yp1 gene. We also find that this region can confer yp1-specific expression on a heterologous Drosophila promoter. This specificity is retained when the region is in different orientations and at different distances from the heterologous promoter. Thus a small regulatory region acts in vivo as a positive enhancer to determine the fat body expression pattern of yp1.

## Introduction

Analysis of a variety of genes has given some insight into mechanisms regulating the expression patterns of eukaryotic genes (Chambon, 1984; Schaffner, 1985; Yamamoto, 1985). A major result of these studies has been the identification and partial characterization of cis-acting regulatory regions. Some of these determine tissue-specific patterns of expression and have been characterized for genes introduced into cultured cells (Banerji et al., 1983; Gillies et al., 1983; Neuberger, 1983; Queen and Baltimore, 1983; Walker et al., 1983) and for genes introduced into organisms (Garabedian et al., 1985; Hanahan, 1985). Regulatory regions influencing tissue-specific expression in cultured cells have been shown to have the characteristics of viral enhancers, that is, their influence is partially independent of their orientation and position. In transgenic organisms two cis-acting regulatory regions act on the same gene with each region determining expression in a different cell type (Garabedian et al., 1985; Cohen and Meselson, 1985).

This paper focuses on a cis-acting region that controls expression of the Drosophila yolk protein 1 (yp1) gene. This region is necessary for yp1 expression in adult female fat bodies located throughout the head, thorax, and abdomen. Another DNA region is necessary for yp1 expression in the ovarian follicle cells (Garabedian et al., 1985), the only other tissue in which yp1 transcripts have been found (Barnett and Wensink, 1981; Brennan et al., 1982; Garabedian et al., 1985). The single-copy yp1 gene is located on the X chromosome and is adjacent to another single-copy yolk protein gene, yp2 (Barnett et al., 1980; Postlethwait and Jowett, 1980). The two genes are divergently transcribed with their 5′ ends separated by 1225 bp (Hung and Wensink, 1981, 1983).

In this paper we describe the analysis of a number of Drosophila lines that have been transformed with deletion and substitution variants of yp1. This analysis localizes the fat body regulatory region to a 125 bp segment located upstream of the yp1 cap site. We demonstrate that this regulatory region acts in vivo as a transcriptional enhancer to determine the tissue, sex, and stage specificities of yp1 gene expression in fat bodies.

## Results

### The 5′ Boundary of the Region Necessary for Expression in Fat Bodies Is Between −321 and −89

A series of deletions were made in the yp1 gene in order to localize the 5′ boundary of the region necessary for expression in fat bodies. The altered genes (Figure 1) differ only in the amount of yp1 DNA remaining upstream of the yp1 cap site. Each construct retains the entire transcription unit that has been interrupted near its 3′ end by insertion of a sequence from bacteriophage M13. This M13 sequence allows the altered gene and its transcripts to be distinguished from the endogenous yp1 gene and transcripts.

The reconstructed yp1 genes were placed in a P element vector and introduced into the Drosophila germ line. DNA from each of the resulting transformed fly lines was analyzed by southern blot to determine the copy number and structure of the introduced yp1 genes. The results (data not shown) indicated that each transformant has a single, unrearranged copy of the introduced gene.

To determine the expression pattern of the 5′ deletions, RNA isolated from different tissues of the transformants was examined for the presence of transcripts from the introduced gene. For each of the 5′ deletions, we examined expression in at least two independently transformed lines. In all cases, independent lines transformed with the same altered gene gave similar results.

Sex specificity of transcription was determined by hybridizing an M13 probe to northern blots of electrophoretically separated poly(A)+ RNA from males and from females. As can be seen in Figure 2a, deletions up to −321 do not change the normal female specificity of yp1 transcription. However, the −89 deletion produces no stable transcripts in males or females (Figure 2a). To demonstrate that poly(A)+ RNA was present in lanes lacking a hybridization signal, the M13 probe was removed and the same blot was then rehybridized to an α-tubulin 1 gene probe. Transcripts from this tubulin gene occur at similar





Figure 1. The Structure of *yp1* and *yp2* and the 5' Deletions of *yp1*

(a) Diagrams the normal genomic arrangement of *yp1* and *yp2*. Transcripts and the direction of transcription are indicated by horizontal arrows. The caret (^) symbols in the arrows show the introns. Locations are given relative to the cap site of *yp1*. (b) Diagrams four 5' deletions of *yp1* DNA. The M13 DNA segment introduced into *yp1* and *yp2* is indicated by open boxes.



Figure 2. Transcripts from the 5' Deletions of the *yp1-M13* Gene

In each panel there are two autoradiographs of a gel blot hybridized to radiolabeled M13 DNA or Tα1/M13 DNA. The multiple transcripts from the introduced *yp-M13* genes are due to transcript termination at several AATAAA sequences within the inserted M13 fragment (Garabedian et al., 1985). Between autoradiography and the next hybridization, radiolabeled DNA was eluted from the blot. (a) Shows the sex-specific pattern of transcription. Poly(A)⁺RNA (0.2 μg) from nontransformed (*ry⁻*) or from male (M) or female (F) adults transformed with 5' deletions were electrophoresed through formaldehyde–agarose gels and blotted onto nitrocellulose paper. (b) Shows the developmental pattern of transcription. Total RNA (5 μg) from embryos (E), larvae (L), pupae (P), or adults (A) was electrophoresed and blotted as in (a). (c) Shows the tissue-specific pattern of transcription. Total RNA (2 μg) from the head (H), thorax (T), abdomen (A), and ovary (O) was electrophoresed and blotted as described in (a).

concentrations in males and females (Kalfayan and Wensink, 1982). As can be seen in the lower panel of Figure 2a, all lanes contain approximately the same amount of RNA. Since fat bodies are present in both males and females, we conclude that the 5' boundary of DNA sequences necessary for the sex-specific expression of *yp1* in fat bodies lies between −321 and −89.

Additional transcript analyses were performed to determine the 5' boundaries of the region necessary for the stage and tissue specificity of *yp1* expression. To test for the stage specificity, RNAs from embryos, larvae, pupae, and adults were examined. In RNA samples from transformants with deletions up to −321, only adult RNA showed hybridization to the M13 probe (Figure 2b). However, in the next deletion, −89, transcripts from the introduced gene are not observed at any stage of development (Figure 2b). Autoradiography of the same blot after hybridization to the α-tubulin 1 probe demonstrates that RNA was present in all lanes of this gel blot (Figure 2b). These results indicate that the 5' boundary for stage specificity also lies between

A Tissue-Specific Transcription Enhancer from *yp1*
861



Figure 3. Constructions Joining *yp1* DNA to an *hsp70*–lacZ Fusion Gene

The arrangement of *yp1* and its transcripts is diagrammed. Below this are diagrams of the structures of seven *yp1* (heavy black line)–*hsp 70* (diagonally hatched line)–*lacZ* (stippled line) fusion genes constructed and introduced into the Drosophila genome. The numbers indicate the DNA break points relative to the cap site of the genes in that DNA.

−321 and −89. To test for effects on tissue specificity, we examined RNA from isolated tissues. As described elsewhere (Garabedian et al., 1985) and shown in Figure 2c, deletion to −886 eliminates ovarian transcripts of *yp1*. Deletion to −321 has no effect on fat body expression, but deletion to −89 eliminates expression in this tissue (data not shown). We conclude that the 5′ boundaries of DNA sequences necessary for the tissue, sex, and stage specificities of the *yp1* fat body expression pattern all lie between −321 and −89.

### A 125 bp Region Located Between −321 and −196 Controls the Fat Body Expression Pattern

A second set of deletions was constructed to determine the 3′ boundary of the region necessary for normal *yp1* expression in fat bodies. In all of these deletions we removed the *yp1* DNA upstream of −886 so that expression would be limited to fat bodies. The 3′ deletions (Figures 3a–3c) were made by replacing the *yp1* gene and promoter with the Drosophila *hsp70* heat-shock gene fused in frame to the E. coli β-galactosidase (*lacZ*) gene (Lis et al., 1983). This construction design allows testing of not only the location of the 3′ boundary of the regulatory region, but also of the region's ability to direct transcription from a heterologous promoter. The design also allows histochemical staining for β-galactosidase activity to provide a rapid assay for the stage and tissue specificity of gene expression (Lis et al., 1983).

As in the case of the 5′ deletion series, DNA from transformed fly lines was examined to determine the structure and copy number of the introduced gene. Each had only a single, unrearranged genomic copy of the introduced gene (data not shown).

Figure 4 shows the expression pattern of the introduced 3′ deletion mutants. For each 3′ deletion, independently transformed lines gave results that were indistinguishable. This figure is a gallery of both male and female adults that have been dissected and stained for β-galactosidase activity. Blue color indicates β-galactosidase activity. In the absence of heat shock, the constructs having the *hsp70*–*lacZ* gene deleted to −195 (Figure 4a, and Lis et al., 1983) are weakly expressed in only a few small regions of the digestive system. However, if the same transformed line is heat shocked, the gene is expressed in almost all tissues of the male and female (Figure 4b, and Lis et al., 1983). These results demonstrate that without heat induction, the background activity of the β-galactosidase is low and that upon heat shock, the fusion gene is expressed and produces substantial β-galactosidase activity in nearly all tissues.

A region upstream of *yp1* causes the fusion gene to be expressed without heat shock. A construct which fuses −47 of *yp1* to −43 of *hsp70*–*lacZ* is active without heat shock and produces an intense blue staining in adult female fat bodies, but no staining in ovaries or adult males (Figure 4c). The same staining pattern is observed when *yp1* is deleted to −196 (Figure 4d), but not when it is deleted to −321 (Figure 4e). In all cases staining is not observed at earlier stages in development. Therefore, the *yp1* region from −886 to −196 can confer the *yp1* fat body expression pattern on a heat-shock promoter, whereas the −886 to −321 region can not. We conclude that the 3′ boundary of a region sufficient for fat body regulation is between −196 and −321.

The analysis of both the 5′ and 3′ deletions suggests that DNA between −321 and −196 is sufficient for the fat body expression pattern. To test this hypothesis, the −321 to −196 region of *yp1* was placed at position −195 of *hsp70*–*lacZ* (Figure 3d). This results in β-galactosidase activity exclusively in adult female fat bodies (Figure 4f). Expression is not observed in ovaries or males (Figure 4f) or at inappropriate developmental stages (data not shown). Greater detail of the expression pattern is shown in Figure 5. Body parts containing fat bodies, (head parts and the thoracic and abdominal regions) are stained and those not containing fat bodies (the eye, flight muscle, abdominal cutical, rectum, malpighian tubules, ventriculus, and ovary) are unstained. Several of the latter tissues were examined to determine whether they could sustain β-galactosidase activity. Heat induction demonstrates that the gene can produce β-galactosidase activity in the ovary, ventriculus, malpighian tubules, and rectum (Figure 5). The same pattern of specificity was observed in fly lines containing the other 3′ deletions. We conclude that the 125 bp region is sufficient to determine the sex, stage,



Figure 4. β-Galactosidase Activity in Flies Transformed by *yp1–hsp70–lacZ* Genes

Shown are pairs of flies with the male on the left and the female on the right. Above each photograph is a diagram of the gene fusion introduced into the fly. Except where indicated, the flies were not heat shocked. Flies were hand-dissected and then stained with X-gal for 2 hr (a–f) or for 12 hr (g–l) prior to photography. Arrows locate the ovaries. Fat body cells are throughout the head, thorax, and abdomen.

and tissue specificities of the *yp1* fat body expression pattern. Moreover, this region can confer these transcriptional specificities on a heterologous promoter.

### The Fat Body Regulatory Region Shares Properties with Enhancer Elements

We next tested whether the fat body regulatory region has properties of a transcriptional enhancer, that is, whether its influence is partially independent of its location and orientation. To test its orientation dependence, the 125 bp regulatory region was inverted upstream of the *hsp70–lacZ* gene and the resulting construct (Figure 3e) was introduced into the germ line. In this orientation the pattern and intensity of β-galactosidase activity was the same as in the normal orientation (Figures 4f and 4g). We conclude that the tissue- and sex-specific regulation by this region does not depend on its orientation.

To test the position dependence of this regulatory re-





Figure 5. Expression Pattern Caused by the 125 bp Regulatory Region

The adult regions containing fat bodies (represented by small circles) are drawn in the upper portion of the figure and body parts stained for β-galactosidase activity are pictured below. Parts of flies transformed by the construct diagrammed in Figure 3d, a separated head, thorax, and abdomen (shown in reverse orientation), as well as hand-dissected digestive system and ovary, were stained with X-gal. The flight muscle (fm), cuticle (c), abdominal fat body tissue (f), rectum (r), malphighian tubule (m), and ventriculus (v) are marked.



Figure 6. Transcripts from a *yp1–hsp70–lacZ* Gene Fusion

(a) Shows the tissue specificity of RNAs from a gene fusion. Total RNA (10 μg) from adult females (F) or males (M), from female fat body–containing tissues (fb), or from ovaries (o) were electrophoresed and blotted onto nitrocellulose. These RNAs were from nontransformed flies (ry⁻), or from flies transformed with the *yp1* (−886 to −47)–*hsp70–lacZ* fusion gene (+yp1) or the −195 *hsp70–lacZ* fusion gene (−yp1). RNA from flies that were heat shocked (+HS) or were not heat shocked (−HS) are indicated. The blot was then hybridized to a mixture of $^{32}$P-labeled pDMTα1 and *lacZ* DNA. (b) Locates the 5′ end of transcripts from a gene fusion. A diagram of our interpretation of this transcript-mapping experiment is shown. The probe DNA is represented by a heavy line with a closed circle marking its 5′ end radiolabel. It is a 2.8 kb ClaI–BglII fragment from *yp1*(−886 to −47)–*hsp70–lacZ*, $^{32}$P-labeled at the ClaI site. The S1 nuclease–resistant DNA fragments produced after S1 digestion of hybrids between this DNA and transcripts from the *yp1–hsp70–lacZ* gene (−886 to −47; not heat shocked) and from the *hsp70–lacZ* gene (heat shocked) are indicated by the hatched lines. The autoradiograph is of an alkaline-agarose electrophoresis gel containing the labeled DNA fragment (lane 5) and the S1 digestion products of this fragment that had been denatured and hybridized without RNA (lane 1), with RNA from nontransformed ry⁻ flies (lane 2), or with RNA from non–heat shocked flies transformed with *yp1*(−886 to −47)–*hsp70–lacZ* (lane 3) or with RNA from heat shocked flies transformed with −195 *hsp70–lacZ* (lane 4).

gion, we placed it and some neighboring DNA (−886 to −196) at a site 8 kb downstream from the *hsp70–lacZ* gene cap site (Figures 3f and 3g). In each orientation, this regulatory region directs fat body expression of the *hsp70–lacZ* gene (Figures 4h and 4i). Since the flies in Figures 4g–4i were raised under the same conditions, were the same age, and were stained under the same conditions, the intensities of the staining patterns should be an approximate measure of the relative amount of enzymatic activity produced by the different gene constructs. Thus, moving the fat body regulatory region 8 kb downstream, but keeping it in the normal orientation, appears to weaken its influence (compare Figures 4g and 4h). When the regulatory region is at this downstream location, but in the opposite orientation, its influence is even weaker. Thus, like the viral enhancers (Moreau et al., 1981; de Villiers et al., 1982; Wasylyk et al., 1983), changes in position and orientation can weaken this region's influence. However, our general conclusion from these experiments is that the fat body regulatory region influences the expression of a heterologous promoter when at different positions and in different orientations.

**As Expected, the yp1 Enhancer Influences RNA Levels**

We examined transcripts from a yp1–hsp70–lacZ gene to determine whether the pattern of enzymatic activities detected in transformed flies is due to transcriptional control of the hsp70 promoter. Samples of total RNA from adult males and females as well as from ovaries and female fat bodies were prepared and examined by northern blots. The blots were hybridized to a mixture of radiolabeled lacZ and α-tubulin 1 genes. The resulting autoradiogram (Figure 6a) clearly shows that lacZ RNA is present at high concentrations in females and in their fat body–containing tissues (the head, thorax, and abdomen). Furthermore, the yp1-directed transcripts from the hsp70–lacZ gene have the same electrophoretic mobility as transcripts from the heat shocked −195 hsp70–lacZ gene. Such yp1-directed transcripts were not detected in RNA from males or ovaries (Figure 6a). We conclude that the staining patterns reflect the transcriptional activity of the introduced genes.

S1 mapping established that the enhancer-directed transcripts are from the correct strand and have 5′ ends corresponding to the hsp70 cap site. A 5′-end-labeled DNA fragment beginning within the lacZ gene and extending through the hsp70 promoter and into the yp1 regulatory region (diagrammed in Figure 6b) was used to detect and map transcripts from the introduced genes. Heteroduplexes were formed between this fragment and transcripts from an introduced gene (see diagram in Figure 6b). Note that this introduced gene does not have the regions necessary for heat induction of hsp70 (Pelham, 1982; Parker and Topol, 1984; Wu, 1984). The S1-insensitive portion of these heteroduplexes maps the 5′ end of the transcript to the hsp70 cap site (Figure 6b, lanes 3 and 4). This result implies that transcription initiates at the hsp70 promoter and not within the yp1 upstream sequence. This implication is confirmed by our detection of fat body–specific transcripts when the yp1 regulatory region is placed downstream of the hsp–lacZ gene (transcript data not shown, but see Figures 4h and 4i for the protein products). We conclude that the yp1 fat body enhancer causes transcription initiation at the hsp70 cap site.

**Discussion**

**A Tissue-Specific Regulatory Region That Exerts Positive Transcriptional Control**

This paper describes germ line transformation experiments that localize and define some characteristics of a regulatory region from the yp1 gene. This region determines one of the tissue specificities of yp1 gene expression. Since all experiments analyzed gene expression in organisms that had received a single copy of the altered gene, it is likely that the normal transcriptional effects of this regulatory region were examined. In particular, experiments of this type avoid the possibility of artifacts caused by introducing many copies of the altered gene or by assaying gene activity in cultured cells that may have aberrant versions of normal developmental control.

The principal observation of this paper is that a 125 bp region located between nucleotides −196 and −321 upstream of the yp1 gene is sufficient to direct the normal fat body expression pattern. The experiments demonstrate that this small region can direct a heterologous heat-shock gene promoter to be transcribed with the sex, stage, and tissue specificities of the yp1 fat body pattern. From these results we conclude that the region acts positively and that it can act on more than its normal promoter. It seems reasonable to presume that this regulatory region also controls yp1. However, sequences outside of this region may also influence yp1 transcription in fat bodies. This possibility is strengthened by an indication (Figures 4c and 4f) of greater gene activity when a larger region (−47 to −886) including the 125 bp is used to control the hsp70–lacZ gene. The apparent increase in activity does not appear to be due to a duplication of the 125 bp region because, by itself, the additional upstream DNA (−321 to −886) had no observable effect on fat body expression (Figure 4e) and adding the downstream DNA (−47 to −196) did not appear to increase the activity in fat bodies (Figure 4c and 4d). We conclude that the 125 bp region acts positively to determine transcription initiation of the yp1 promoter in fat bodies and is able to confer this transcription pattern on a promoter that does not normally have this pattern.

**The Regulatory Region Has Properties Similar to Transcription Enhancers**

DNA regions have been found that have positive, although often weaker, transcriptional effects when moved hundreds of base pairs from their normal position and when reoriented (reviewed in Chambon, 1984; Schaffner, 1985; Yamamoto, 1985). These regulatory regions, termed enhancers, have different influences on transcription, ranging from a general stimulatory effect (for example, McKnight et al., 1984) to specific induction or repression in response to regulatory effectors (for example, Chandler et al., 1983). In this paper we describe a regulatory region that when reoriented or moved 8 kb, still acts positively on a heterologous promoter to produce transcripts in the yp1 fat body pattern. We conclude that this small regulatory region acts in vivo as a positive enhancer to determine the stage, sex, and tissue specificities of the yp1 gene expression in fat bodies.

**Experimental Procedures**

**DNA Constructions**

The yolk protein DNAs used for these constructions were from two subclones (pYP1-M13$_{678}$ and pYP2-M13$_{678}$) of the yp1+2 gene region in which both genes were marked by insertion of a DNA segment from M13 bacteriophage (Garabedian et al., 1985). The pYP(1+2)-M13 plasmid was formed by several steps: inserting a SalI linker into the 3′ HindIII site downstream of the yp2 gene in pYP2-M13$_{678}$; inserting a XbaI linker into the EcoRI site within the pBR322 portion of the same plasmid to facilitate subsequent insertion of yolk protein DNA into a Drosophila transformation vector; and inserting the 4.8 kb HindIII fragment from pYP1-M13$_{678}$ into the HindIII site of the modified pYP2-M13$_{678}$, thereby rejoining the yp1 and yp2 genes and maintaining the normal yp1+2 sequence changed only by the M13 insertions.

The 5′ deletions were formed from pYP(1+2)-M13 and from pYP1-M13$_{678}$ by using appropriate restriction enzymes sites found in the complete sequence of this region (Hung and Wensink, 1981, 1983). These deletions were placed into either the pRPL (Garabedian et al., 1985) or the CP20.1 (Simon et al., 1985) transformation vectors by

forced cloning or by the partial filling (Hung and Wensink, 1984) of two different complementary restriction enzyme-generated ends.

The 3' deletions constructions used two plasmids (gifts from J. Lis and colleagues) containing a hybrid gene that fuses the upstream region and the 5' end of the Drosophila hsp70 gene to the protein coding portion of the E. coli lacZ gene (Lis et al., 1983). One of these plasmids has a XhoI site 195 bp upstream of the hsp70 cap site, while the other has a XhoI site 43 bp upstream of the hsp70 cap site. The plasmid pYP1-5' (Barnett et al., 1980) was digested with BamHI at a site near the 5' end of the gene. This DNA was digested with Bal31, and the newly formed ends were modified by addition of XhoI linkers. The resulting plasmids had XhoI linkers at different locations upstream of the yp1 cap site. The desired structures were subcloned into a modified pUC9 vector (pXUC9, which has a XhoI site placed in-frame within the polylinker region). Sequencing of both the yp1 and the hsp70-lacZ deletions determined the exact location of the break points and the introduced XhoI sites. We then joined upstream regions of yp1 to the appropriate hsp70-lacZ fusion via the XhoI sites and inserted the products into pCP20.1. The methodology of constructions are described elsewhere (Garabedian et al., 1985; Maniatis et al., 1982; Schleif and Wensink, 1981).

### Germ Line Transformation

Transformation was carried out essentially according to Spradling and Rubin (1982). Embryos from a ry⁻ strain of Drosophila (ry$^{\Delta 509}$) were injected with the yp1 constructs at 350 μg/ml and a defective P element helper, pπ25.7wc. (Karess and Rubin, 1984) at 150 μg/ml. Adults derived from the injected embryos (G0) were mated to ry⁻ flies. The ry⁺ progeny from this cross were mated to ry⁻ flies. The ry⁺ (G1) progeny were mated to ry⁻ flies. The ry⁺ (G2) progeny from this mating were parents of the resulting transformed lines.

### Analysis of Germ Line Transformants

Total and poly(A)⁺RNA was prepared (Barnett et al., 1980) from 3 to 5 day old adults, from hand-dissected tissues, or from the developmental stages described in the Results. DNA and RNA electrophoresis, blotting, hybridization, probes, radiolabeling of nucleic acids, and autoradiography have been described elsewhere (Kalfayan and Wensink, 1982; Garabedian et al., 1985). The X-gal assay for β-galactosidase activity has been described by Lis et al. (1983).

### Acknowledgments

We thank Bob Schleif, Mike Wormington, and Paul Mitsis for their helpful criticism of the manuscript. We also thank John Lis and his colleagues for gifts of hsp70 constructs before the constructs had been described in a publication. Naomi Schmidt generously helped us to make Thunderscan images for figures. We are grateful to the NIH (GM21626) and to EMBO (to B. M. S.) for support.

The costs of publication of this article were defrayed in part by the payment of page charges. This article must therefore be hereby marked "advertisement" in accordance with 18 U.S.C. Section 1734 solely to indicate this fact.

Received January 6, 1986; revised April 9, 1986.

### References

Banerji, J., Olson, L., and Schaffner, W. (1983). A lymphocyte-specific cellular enhancer is located downstream of the joining region of the immunoglobulin heavy chain genes. Cell 33, 729–740.

Barnett, T., Pachl, C., Gergen, J. P., and Wensink, P. C. (1980). The isolation and characterization of Drosophila yolk protein genes. Cell 21, 729–738.

Barnett, T., and Wensink, P. C. (1981). Transcription and translation of yolk protein mRNA in the fat bodies of Drosophila. In Developmental Biology Using Purified Genes. UCLA-ICN Symposium, Vol. 23, D. D. Brown and C. F. Fox, eds. (Berkeley, California: University of California Press), pp. 97–106.

Brennan, M. D., Weiner, A. J., Goralski, T. J., and Mahowald, A. P. (1982). The follicle cells are a major site of vitellogenin synthesis in Drosophila melanogaster. Dev. Biol. 89, 225–236.

Chambon, P., Dierich, A., Gaub, M.-P., Jakowlew, S., Jonstra, J., Kurst, A., Lepennec, J.-P., Oudet, P., and Reudelhuber, T. (1984). Promoter elements of genes coding for proteins and modulation of transcription by estrogens and progesterone. Rec. Prog. Hormone Res. 40, 1–42.

Chandler, V. L., Maler, B. A., and Yamamoto, K. R. (1983). DNA sequences bound specifically by glucocorticoid receptor in vitro render a heterologous promoter hormone responsive in vivo. Cell 33, 489–499.

Cohen, R. S., and Meselson, M. (1985). Separate regulatory elements for the heat-inducible and ovarian expression of the Drosophila hsp26 gene. Cell 43, 737–746.

de Villiers, J., Olson, L., Banerji, J., and Schaffner, W. (1982). Analysis of the transcriptional enhancer effect. Cold Spring Harbor Symp. Quant. Biol. 47, 911–919.

Garabedian, M. J., Hung, M.-C., and Wensink, P. C. (1985). Independent control elements that determine yolk protein gene expression in alternative Drosophila tissues. Proc. Natl. Acad. Sci. USA 82, 1396–1400.

Gillies, S. D., Morrison, S. L., Oi, V. T., and Tonegawa, S. (1983). A tissue-specific transcription enhancer element is located in the major intron of a rearranged immunoglobulin heavy chain gene. Cell 33, 717–728.

Hanahan, D. (1985). Heritable formation of pancreatic β-cell tumors in transgenic mice expressing recombinant insulin/simian virus 40 oncogenes. Nature 315, 115–122.

Hung, M.-C., and Wensink, P. C. (1981). The sequence of the Drosophila melanogaster gene for yolk protein 1. Nucl. Acids Res., 9, 6407–6419.

Hung, M.-C., and Wensink, P. C. (1983). Sequence and structure conservation in yolk proteins and their genes. J. Mol. Biol. 164, 481–492.

Hung, M.-C., and Wensink, P. C. (1984). Different restriction enzyme-generated sticky ends can be joined in vitro. Nucl. Acids Res. 12, 1863–1874.

Kalfayan, L., and Wensink, P. C. (1982). Developmental regulation of Drosophila α-tubulin genes. Cell 29, 91–98.

Karess, R. E., and Rubin, G. M. (1984). Analysis of P transposable element functions in Drosophila. Cell 38, 135–146.

Lis, J. T., Simon, J. A., and Sutton, C. A. (1983). New heat shock puffs and β-galactosidase activity resulting from transformation of Drosophila with an hsp70-lacZ hybrid gene. Cell 35, 403–410.

Maniatis, T., Fritsch, E. F., and Sambrook, J. (1982). Molecular Cloning: A Laboratory Manual (Cold Spring Harbor, New York: Cold Spring Harbor Laboratory).

McKnight, S. L., Kingsbury, R. C., Spence, A., and Smith, M. (1984). The distal transcription signals of the herpesvirus tk gene share a common hexanucleotide control sequence. Cell 37, 253–262.

Moreau, P., Hen, R., Wasylyk, B., Everitt, R., Gaub, M., and Chambon, P. (1981). The SV40 72 base pair repeat has a striking effect on gene expression both in SV40 and other chimeric recombinants. Nucl. Acids Res. 9, 6047–6068.

Neuberger, M. S. (1983). Expression and regulation of immunoglobulin heavy chain gene transfected into lymphoid cells. EMBO J. 2, 1373–1378.

Parker, C. S., and Topol, J. (1984). A Drosophila RNA polymerase II transcription factor binds to the regulatory site of an hsp 70 gene. Cell 37, 273–283.

Pelham, H. R. B. (1982). A regulatory upstream promoter element in the Drosophila hsp 70 heat-shock gene. Cell 30, 517–528.

Postlethwait, J. H., and Jowett, T. (1980). Genetic analysis of the hormonally regulated yolk polypeptide genes in D. melanogaster. Cell 20, 671–678.

Queen, C., and Baltimore, D. (1983). Immunoglobulin gene transcription is activated by downstream sequence elements. Cell 33, 741–748.

Schaffner, W. (1985). Introduction. In Current Communications in Molecular Biology: Eukaryotic Transcription, The Role of Cis- and Trans-Acting Elements in Initiation, Y. Gluzman, ed. (Cold Spring Harbor, New York: Cold Spring Harbor Laboratory), pp. 1–17.

Schleif, R. F., and Wensink, P. C. (1981). Practical Methods in Molecular Biology, (New York: Springer-Verlag).

Simon, J. A., Sutton, C. A., Lobell, R. B., Glaser, R. L., and Lis, J. T. (1985). Determinants of heat shock-induced chromosome puffing. Cell *40*, 805-817.

Spradling, A., and Rubin, G. M. (1982). Transposition of cloned P elements into Drosophila germ line chromosomes. Science *218*, 341-373.

Walker, M. D., Edlund, T., Boulet, A. M., and Rutter, W. J. (1983). Cell-specific expression controlled by the 5'-flanking region of insulin and chymotrypsin genes. Nature *306*, 557-561.

Wasylyk, B., Wasylyk, C., Augereau, P., and Chambon, P. (1983). The SV40 72 bp repeat preferentially potentiates transcription starting from proximal natural or substitute promoter elements. Cell *32*, 503-514.

Wu, C. (1984). Activating protein factor binds *in vitro* to upstream control sequences in heat shock gene chromatin. Nature *317*, 81-84.

Yamamoto, K. R. (1985). Steroid receptor regulated transcription of specific genes and gene networks. Ann. Rev. Genet. *19*, 209-252.