Cell, Vol. 41, 531–540, June 1985, Copyright © 1985 by MIT    0092-8674/85/060531-10 $02.00/0

# Cell-Specific Expression of a Transfected Human $\alpha_1$-Antitrypsin Gene

NOTICE: This material may be protected by copyright law (Title 17 U.S. Code).

Gennaro Ciliberto, Luciana Dente, and
Riccardo Cortese
European Molecular Biology Laboratory
Meyerhofstrasse 1 6900
Heidelberg, Federal Republic of Germany, and
Istituto di Scienze Biochimiche
II Facoltà di Medicina
University of Naples
Naples, Italy

## Summary

We have cloned the human $\alpha_1$-antitrypsin ($\alpha_1$-AT) gene and identified the promoter and the transcription initiation point. The cloned gene, following transfection, is expressed in a cell-specific manner, being transcribed in a human hepatoma cell line (Hep3B) but not in HeLa cells. We show that the 5' flanking region of the $\alpha_1$-AT gene contains DNA sequences sufficient for efficient transcription in Hep3B but not in HeLa cells. This DNA sequence also activates, in a cell-specific manner, heterologous promoters such as that of SV40; however, the effect is only obtained in one orientation, suggesting that this cis-acting cell-specific element does not share all the features generally associated with enhancers. By cotransfection–competition experiments we also show the existence of a limiting trans-acting factor, essential for the expression of the $\alpha_1$-AT gene in Hep3B cells.

## Introduction

In the hepatocyte, the characteristic repertoire of gene expression leads to the abundant synthesis of a large number of well characterized proteins. Genes coding for these proteins constitute a set sharing the property of being selectively or preferentially expressed in the hepatocyte at various transcriptional rates. In humans, there is an enormous amount of information on the structure and function of many of the proteins synthesized in this cell. Furthermore, as a result of medical interest, screening has been performed on a very large scale, leading to the discovery and classification of many human mutants. There is a wealth of information concerning the physiology and pathology of the hepatocyte, as well as the biochemistry and genetics of its specific gene products (Putnam, 1975). For these reasons we have chosen the human hepatocyte for a study aimed at the characterization of the cis-acting DNA sequences and the trans-acting transcriptional factors responsible for cell-specific gene expression.

We present a study concerning the structure and expression of a cloned human $\alpha_1$-antitrypsin gene. $\alpha_1$-Antitrypsin is the major serum protease inhibitor. It is a glycoprotein with a molecular weight of about 54,000 and consists of a single polypeptide chain of 394 amino acid residues. Its carbohydrate content is 12% of the molecular weight. $\alpha_1$-Antitrypsin occurs in at least 20 different forms in the human population, distinguishable by gel electrophoresis; all alleles presently known appear to act as a single locus. It is preferentially synthesized in the liver and secreted in the plasma (for a review, see Laurell and Jeppsson, 1975). Plasma concentrations are relatively high: 200–400 mg/100 ml, suggesting an abundant concentration of $\alpha_1$-antitrypsin mRNA in the hepatocyte. We have observed that the concentration is not much less than albumin mRNA (Costanzo et al., 1983). A human hepatoma cell line, called Hep3B, synthesizes several plasma proteins, including relatively large amounts of $\alpha_1$-antitrypsin (Knowles et al., 1980). In this paper we show that the cloned $\alpha_1$-antitrypsin gene introduced by transfection is transcribed in Hep3B but not in HeLa cells. We also show that DNA sequences located in the 5' flanking region contain sufficient information for cell-specific transcription. Furthermore, cotransfection–competition experiments indicate that in Hep3B hepatoma cells there is a trans-acting factor essential for transcription of the $\alpha_1$-antitrypsin gene.

## Results

### Isolation and Sequencing of a Full-Length cDNA Clone for Human $\alpha_1$-Antitrypsin

We have previously reported the isolation of a clone, called R33 and carrying a cDNA insert from human liver poly(A)$^+$ mRNA, that corresponds to a region of the human $\alpha_1$-antitrypsin protein sequence from amino acid residue 238 to 283 (Costanzo et al., 1983). The cDNA insert from R33 was used as a probe to screen a human liver cDNA library (Woods et al., 1982). Among the several clones that gave a strong hybridization signal, p$\alpha$1-5 was chosen because it contained the longest insert, and was analyzed in further detail. The Pst I–Pst I insert, about 1400 bp long, was subcloned in M13 vectors mp8 and mp9, and its sequence was determined with the dideoxy chain-terminator method (Sanger et al., 1977). The complete sequence of the human $\alpha_1$-antitrypsin insert is shown in Figure 1 together with its translation in amino acids. It corresponds to the M species of $\alpha_1$-AT (Carrell et al., 1982).

### Cloning of the Human $\alpha_1$-Antitrypsin Gene

The Pst I–Pst I insert from p$\alpha$1-5 was used as a probe to screen a human DNA genomic library in lambda vector EMBL3. In the 1 × 10$^6$ plaques that were analyzed, two positives were identified: $\lambda_{\alpha 2}$AT73 and $\lambda_{\alpha 1}$AT141. The structure of these two clones was analyzed in detail by restriction map analysis and Southern hybridization to different segments of the human cDNA clone p$\alpha$1-5. The gene structure of our human $\alpha_1$-antitrypsin $\lambda$ clones (Figure 2) corresponds to that previously reported by Kidd et al. (1983) and confirms the existence of a discontinuous gene consisting of five exons and four introns. The sequence at the 5' end of our cDNA insert diverges between positions 10 and 11 from the sequence of the genomic

Cell
532



Figure 1. Sequence of the α₁-Antitrypsin Insert in Clone pα1-5



Figure 2. Restriction Map of the α₁-Antitrypsin Gene Clones
Hatched boxes are vector sequences. Lines indicate 5' and 3' flanking sequences. Black boxes indicate exons, open boxes indicate intronic sequences. Distances are in kilobases.

clones upstream of the initiator AUG codon, indicating the existence of an exon coding for most of the 5' untranslated region of the human α₁-antitrypsin mRNA. To identify the region of the gene where the first exon is located, we used different restriction enzyme fragments coming from the DNA region upstream of the initiator AUG coding triplet as probes on Northern blot analysis with poly(A)⁺ liver RNA (data not shown). The only DNA fragment that gave a positive signal was a Bam HI–Pst I fragment located about 5 kb upstream of the second exon. DNA sequence analysis of this restriction fragment (Figure 3) showed the same decanucleotide ACAGTGAATC present at the 5' end of the cDNA insert. In the genomic DNA this decanucleotide is followed by a perfect consensus sequence for an acceptor splice site (Breathnach and Chambon, 1981).

Determination of the Transcription Start Point in Human α₁-Antitrypsin mRNA
To determine the initiation point of transcription for human α₁-antitrypsin mRNA we used a combination of primer elongation and S1 mapping analysis. In the primer elongation experiment we used as primer a Hae III–Bam HI DNA fragment 38 bases long from the cDNA clone pα1-5 corresponding to bases 53 to 90. This fragment hybridizes to exon 2 of the human gene (data not shown). The Bam HI site was 5'-end-labeled with γ-$^{32}$P-ATP in the presence



Figure 3. Sequence of the Region around the Human $\alpha_1$-AT CAP Site

The sequence was obtained by separately subcloning and sequencing, with the dideoxy chain-termination method (Sanger et al., 1977), the two genomic fragments from Hinf I (−133) to Bam HI (−32) and from Bam HI (−36) to the Pst I site located in the first intron. The vertical bar indicates the junction between the first exon and first intron. Underlined is the decanucleotide also found at the 5′ end of the cDNA insert.



Figure 4. Determination of the Start Point of Transcription for Human $\alpha_1$-AT mRNA

TBE 7M urea, 6% polyacrylamide gel electrophoresis of the products of primer extension and S1 mapping analysis. Experimental details are in the Results and Experimental Procedures. Lanes 1, 2, and 3: primer extension analysis. Lane 1, molecular weight marker, pBR322 partially digested with Hinf I; lane 2, primer alone; lane 3, primer + 2 μg human liver poly(A)⁺ RNA. Lanes 4, 5, and 6: S1 mapping analysis. Lane 4, molecular weight marker, pBR322 digested with Hpa II; lane 5, input DNA; lane 6, DNA probe + 2 μg human liver poly(A)⁺ RNA.

of T4 polynucleotide kinase, strands were separated, and the 38 base single-stranded DNA fragment was hybridized to poly(A)⁺ liver RNA and used as primer for AMV reverse transcriptase. A DNA molecule 125 bases long was obtained (Figure 4A). Since the distance from the Bam HI site to the beginning of the second exon is 80 bp this experiment defines the length of the first exon to be 45 bp (Figure 4). This conclusion was confirmed by S1 mapping. In this experiment we used a 219 bp DNA fragment Hinf I–Hinf I from $\lambda_{\alpha_1}$AT141 whose sequence is shown in Figure 3. The 3′ end of this fragment carries the nonanucleotide ACAGTGAAT that corresponds, as shown in the previous paragraph, to the 3′ end of the first exon. The result, shown in Figure 4B, reveals a protected fragment 44–45 bases long. Together, these results indicate that the most likely initiation point is at the level of the G residue shown in Figure 3 as +1. At position −25 to −20 we found an almost canonical TATA box, whereas no homology to the upstream CAAT consensus sequence was found (Dierks et al., 1983).

### Hep3B as a Model System for the Study of Liver-Specific Gene Expression

We were interested in the identification of the sequences responsible for specific transcription of $\alpha_1$-antitrypsin in liver. We chose as a model system for this study the well characterized human hepatoma cell line Hep3B (Knowles et al., 1980). Hep3B grows well in culture, has a duplication time of 24–30 hr, and is a differentiated cell line still able to produce large amounts of several plasma proteins.

Northern analysis on total RNA from Hep3B shows the existence of mRNA coding for albumin and $\alpha_1$-antitrypsin at a steady state level comparable to that found in total RNA extracted from human liver (Costanzo et al., 1983). Northern analysis on total RNA from HeLa cells shows no specific mRNA for $\alpha_1$-antitrypsin (see Figure 5, lane 3). We therefore chose to use these two cell lines as positive and negative recipients of transfected human $\alpha_1$-antitrypsin gene in order to identify possible cis-acting elements responsible for the tissue-specific expression of this gene.

### A Human $\alpha_1$-Antitrypsin Minigene Is Efficiently Transcribed in Hep3B but Not in HeLa Cells

We have constructed an $\alpha_1$-antitrypsin minigene ($\alpha_1$-AT MIG) missing part of the internal structure of the normal gene, i.e., the second and third exons and some intron sequences. The structure is depicted in Figure 5. The rationale for this construction is as follows: the shorter gene can be easily subcloned into a small plasmid vector and efficiently transfected into recipient cells; the absence of two exons should give rise, if the gene is going to be tran-



Figure 5. Structure and Expression of the $\alpha_1$-AT Minigene

Left: restriction map of the $\alpha_1$-AT minigene compared to that of the wild-type gene. The construction is described in the Experimental Procedures. Right: Northern blot analysis of RNA from HeLa and Hep3B cells. In all cases 20 µg of total RNA were used. Lane 1, RNA from nontransfected Hep3B cells; lane 2, RNA from Hep3B cells transfected with $\alpha_1$-AT MIG; lane 3, RNA from HeLa cells transfected with $\alpha_1$-AT MIG. The whole nick-translated pα1-5 plasmid was used as probe.





Figure 6. Structure and Expression of pSV$\alpha_1$ MIG

Left: structure of pSV$\alpha_1$ MIG.
Right: Northern blot analysis of RNA from Hep3B cells transfected with $\alpha_1$-AT MIG (10 µg) and of RNA from HeLa cells transfected with pSV$\alpha_1$ MIG (25 µg). The two RNAs were run on parallel agarose–formaldehyde gels. The probe was the same as in Figure 5.

scribed and normally spliced upon transfection, to an mRNA shorter than that coming from the transcription of the endogenous gene and detectable with the same probe; and, the alteration of the overall gene structure is not very dramatic, the minigene still carrying more than 2 kb of 5' and 3' flanking sequences and part of the normal intronic sequences. The $\alpha_1$-AT MIG was transfected by the calcium phosphate precipitation technique (Graham and Van der Eb, 1973) into Hep3B and HeLa cells. After 48 hr, total RNA was extracted and subjected to Northern blot analysis. The result (Figure 5, right) shows that $\alpha_1$-AT MIG is efficiently transcribed only in the Hep3B cell line. The size of the transcribed RNA is about 500 bases and, as expected, shorter than that of the normal $\alpha_1$-AT mRNA for approximately the same number of bases as the length of the excised exons (Tanaka et al., 1984). In parallel experiments (also see below), HeLa cells were capable of efficient transcription from introduced SV40 templates.

Lack of a detectable RNA from $\alpha_1$-AT MIG upon transfection in HeLa cells is not a result of instability of the corresponding RNA in these cells with respect to Hep3B cells. This was demonstrated by construction of a minigene derivative carrying the same coding region but with the SV40 enhancer and early promoter (pSV-$\alpha_1$-MIG) (Figure 6) substituted for the $\alpha_1$-AT 5' flanking sequence. This substitution should allow transcription of the minigene in all cells in which the SV40 enhancer is active, including HeLa. The promoter pSV$\alpha_1$-MIG transfected into HeLa cells is in fact efficiently transcribed and gives rise to a transcript of a size similar to that obtained with the intact minigene (Figure 6, right). Therefore, the minigene RNA, once synthesized in HeLa cells, is a relatively stable species, and the absence of any corresponding transcript in these cells, when $\alpha_1$-AT MIG is used, can only be because of transcriptional control.

### Human $\alpha_1$-MIG RNA Is Correctly Initiated and Spliced in Hep3B Cells

Hep3B cells transfected with the $\alpha_1$-antitrypsin minigene synthesize high levels of both normal $\alpha_1$-AT mRNA and $\alpha_1$-MIG RNA. In order to distinguish between the two transcripts and to determine the transcriptional start site for $\alpha_1$-MIG RNA, we constructed a synthetic oligonucleotide 22 bases long spanning the junction between the first and the fourth exons of $\alpha_1$-antitrypsin (Figure 7): the first five nucleotides at the 3' end are complementary to the 3' end of the first exon and the remaining 17 nucleotides closest to the 5' end are complementary to the 5' end of the fourth exon. If the $\alpha_1$-MIG RNA is spliced properly, i.e., the new intron created with the fusion of the first half of the first intron and the second half of the third intron is removed using the same donor and acceptor sites as used for normal $\alpha_1$-AT mRNA splicing, then the oligonucleotide should be colinear only to the $\alpha_1$-MIG RNA. The 22-mer was 5'-end-labeled with $\gamma$-$^{32}$P-ATP and used for primer elongation on total RNA extracted from human liver and

Cell-Specific Expression of $\alpha_1$-Antitrypsin Gene
535





Figure 7. Determination of the Start Point of Transcription of $\alpha_1$ MIG RNA

Top: TBE, 7M urea, 6% polyacrylamide gel electrophoresis of the products of primer elongation. M: molecular weight marker pBR322 digested with Hinf I; lane 1, no RNA; lane 2, 22-mer elongated in presence of 20 μg of total RNA from Hep3B cells transfected with the minigene; lane 3, 22-mer elongated in presence of 2 μg of human liver poly(A)⁺ RNA.
Bottom: sequence of the new junction between first and fourth exons in the minigene (upper line) and of the complementary 22-mer oligonucleotide (lower line).

from Hep3B cells transfected with $\alpha_1$-MIG. The results are shown in Figure 7. As expected, no primer elongated species is obtained when mRNA from liver is used (lane 3). A DNA species 62 bases long is obtained only when $\alpha_1$-MIG Hep3B RNA is used (lane 2), proving that the $\alpha_1$-MIG RNA is correctly spliced. Furthermore, initiation of tran-



Figure 8. Structure and Expression of $\alpha_1$-AT-CAT Fusions

The construction of the plasmids is described in the Experimental Procedures. Lines indicate vector sequences; open boxes, CAT coding sequences; hatched boxes, $\alpha_1$-AT derived sequences. In every case 4 μg of plasmid DNA/4 × 10⁵ cells was used. pSV2 CAT was transfected into HeLa cells.

scription takes place at the same site as in $\alpha_1$-AT mRNA: the oligonucleotide used as primer has its 3' end complementary to nucleotide 41 of the normal mRNA, and in the primer elongation reaction it gives rise to a DNA species elongated +40 nucleotides.

### Cell-Specific Cis-Acting Sequences Are Located in the 5' Flanking Region

We predicted that sequences conferring cell-specific transcription would be located in the 5' flanking region; therefore, we used the chloramphenicol acetyltransferase (CAT) assay described by Gorman et al. (1982). Plasmid pA10 CAT-Sma, a derivative of pA10 CAT-2 described by Laimins et al., (1982), and shown in Figure 8, carries the coding sequence of the CAT gene without eukaryotic promoter. This plasmid is transcribed neither in HeLa nor in Hep3B cells (data not shown); by contrast, if the SV40 enhancer-promoter cassette is inserted upstream of the CAT coding sequence as in the plasmid pSV2 CAT (Gorman et al., 1982), then there is efficient transcription in both cell types, giving rise to abundant CAT activity (see Figure 11). We have constructed two new plasmids, called pH$\alpha_1$-AT-CAT-r and pH$\alpha_1$-AT-CAT-i, by inserting in the Sma site of pA10 CAT-Sma a segment derived from the human $\alpha_1$-antitrypsin gene, containing part of the 5' flanking region and the first exon, from nucleotides −1200 to +44. Transfection experiments show that neither plasmid is expressed in HeLa cells (Figure 8). In contrast, efficient expression is obtained in Hep3B cells, but only when the 5' flanking sequence of the $\alpha_1$-AT gene is cloned in the physiological orientation with respect to the TATA box and the CAP site (plasmid pH$\alpha_1$-AT-CAT-r, Figure 8). We conclude that the 5' flanking sequence and first exon DNA segment



Figure 9. Structure and Expression of α₁-AT-CAT Fusions Carrying Progressive Deletion of the 5' Flanking Sequence

Top: Schematic structure of the 5' flanking deletions. Details about their construction are in the Experimental Procedures. Continuous lines indicate α₁-AT gene sequences. Boxes represent CAT coding sequences. Dotted lines represent pBR322 vector derived sequences. Bottom: The plasmid carrying the longer 5' flanking sequence (−1200 bp long, pHα₁-AT-CAT-r, see Figure 8) was assumed to give 100% CAT activity. This corresponds to about 47,000 counts in the acetylated ¹⁴C-chloramphenicol forms. The results shown for each deletion are the average of three different experiments. Deletion −721 gave 45,700, 47,000, and 44,500 counts. Deletion −229 gave 18,310, 19,300, and 13,150 counts. Deletions −131 and −37 always gave about 1000 counts. These last values are similar to the background levels given by plasmid pA10 CAT-Sma carrying the CAT coding sequence without promoter (Figure 8).

of the human α₁-antitrypsin gene contain information sufficient for cell-specific expression.

In a subsequent series of experiments we constructed four new α₁-antitrypsin-CAT fusion plasmids differing in the length of the α₁-AT 5' flanking sequence upstream of the CAT coding sequence (Figure 9). Transcriptional-translational analysis of these constructs in Hep3B cells is also shown in Figure 9. Removal of 480 base pairs from −1200 to −721 does not affect CAT expression. Larger deletions cause a drop in the CAT activity, apparently in a stepwise fashion. Deletion from −721 to −229 results in a 70% drop in CAT activity. The residual activity is completely lost when only 135 bp of the α₁-AT 5' flanking region are left. It is highly unlikely that the reduction of activity results from inhibitory effects exerted by vector sequences (pBR322), which, as a consequence of the deletion, are brought closer to the putative α₁-AT promoter. Similar constructs with the same pBR322 region in proximity to the SV40 enhancer–promoter sequence, or in between SV40 enhancer and SV40 early promoter, do not interfere with transcription (data not shown). The data presented in Figure 9 constitute a preliminary indication that the controlling region of the α₁-AT gene has a rather complex structure, perhaps consisting of multiple elements.

## α₁-Antitrypsin 5' Flanking Region Confers Cell-Specific Transcription to the SV40 Promoter

We have shown that transcription of the α₁-antitrypsin gene in human liver starts at nucleotide +1 (see Figure



Figure 10. Structure of α₁-AT/SV40 Early Promoter/CAT Fusions

pA10 CAT-2 has been described by Laimins et al. (1982). pA10 CAT-2 was digested with Bgl II and the −1200 to −32 bp α₁-AT 5' flanking region was cloned as Bam HI-Bam HI segment in both directions.

3), which is also the initiation point of the transfected minigene (see Figure 7). This indicates that the TATA box of the α₁-antitrypsin promoter is the one shown in the box in Figure 3. To test the possibility that the 5' flanking region of the α₁-antitrypsin gene contained cell-specific information independent of promoter activity, we constructed two new plasmids, called p5'AT-CATa and p5'AT-CATb. This was done by inserting an α₁-antitrypsin DNA segment (from nucleotide −1200 to −34) containing most of the 5' flanking region, but not the TATA box and the CAP site, in front of the SV40 promoter in plasmid pA10 CAT-2, in both orientations, as shown in Figure 10. We tested the ability of these two plasmids to direct the synthesis of CAT by transfection into HeLa and Hep3B cells. As the results in Figure 11 illustrate, the two plasmids are not able to support CAT synthesis in HeLa cells. In contrast, the α₁-antitrypsin upstream region is able to induce CAT activity production only in the hepatoma cell line, and only when cloned in its physiological orientation with respect to the SV40 early promoter (plasmid p5'AT-CATa). In order to determine the starting point of transcription from plasmid p5'AT-CATa in Hep3B, we performed a primer elongation experiment using as primer a 30 base long synthetic oligodeoxynucleotide complementary to the first 30 bases of the CAT mRNA coding sequence (Alton and Vapnek, 1979). In a parallel experiment we transfected Hep3B cells with plasmid pSV2 CAT carrying a complete SV40 enhancer–promoter as positive control, plasmid pA10 CAT-2 containing only the SV40 early promoter without enhancer as a negative control, and plasmid p5'AT-CATa. RNA was extracted and subjected to primer elongation analysis. The results are shown in Figure 12. Initiation of transcription from p5'AT-CATa (lane 4) occurs exactly at the same positions as in pSV2 CAT (lane 1). The longer elongation

Case 1:04-cv-10884-RGS   Document 210-13   Filed 07/26/2007   Page 7 of 10
Cell-Specific Expression of α₁-Antitrypsin Gene
537



Figure 11. Expression of α₁-AT/SV40 Early Promoter/CAT Fusions

Figure 12. Determination of the Start Point of Transcription in Plasmid p5'AT-CATa

TBE 7M urea, 6% polyacrylamide gel electrophoresis of the products of primer elongation with a synthetic deoxynucleotide 30 bases long complementary to the CAT coding region, and starting at the level of the initiator methionine codifying triplet. Lane 1, 5 μg of total RNA from Hep3B cells transfected with plasmid pSV2 CAT; lane 2, marker DNA pBR322 digested with Hinf I; lane 3, 15 μg of total RNA from Hep3B cells transfected with plasmid pA10 CAT-2; lane 4, 15 μg of total RNA from Hep3B cells transfected with plasmid p5'AT-CATa; lane 5, marker DNA pBR322 digested with Hpa II.

products correspond to elongations of 96, 97, and 90 nucleotides respectively, thus establishing that the initiation points are the three G residues, 21, 22, and 28 bases



Figure 13. Cotransfection–Competition Assay

As competed DNA we used p5'AT-CATa at the concentration of 0.2 pmol/4 × 10⁵ cells. As competitor we used either an sp6 derivative carrying the early promoter and TATA box from SV40 (gift from Dr. M. Renz, open circles) or plasmid pUC5'HAT (black circles) carrying the −1200 to −32 bp region in plasmid pUC8 (black circles). Single points are the average of the results obtained in two different experiments. ¹⁴C-chloramphenicol acetylated spots were cut and counted, and the results were converted in percentage of the counts obtained with 0.2 pmol of the uncompeted template. In two distinct experiments, 0.2 pmol of uncompeted plasma gave incorporation of 19,520 and 17,500 counts in the ¹⁴C-chloramphenicol acetylated forms. Competition with the early promoter and TATA box for SV40 always gave values ranging from 17,000 to 20,000 incorporated counts. Competition with plasmid pUC5'CAT gave the following values: 0.2 pmol, 16,700 and 17,300 counts; 0.4 pmol, 11,000 and 14,300 counts; 3.8 pmol, 680 and 2367 counts. Plasmid pA10 CAT-Sma gave in this set of experiments background values of about 600 incorporated counts.

downstream of the SV40 TATA box; this position corresponds to the early-early initiation of transcription from the SV40 promoter in infected simian cells (Tooze, 1981). Primer elongation of RNA from Hep3B cells transfected with plasmid pA10 CAT-2 gives no detectable products (lane 3).

Cell-Specific *Trans*-Acting Factors

The most likely explanation for these results is that transcriptional factors are present in the Hep3B nuclei, but not in HeLa cells, which specifically interact with DNA sequences present on the α₁-antitrypsin gene and thus promote initiation of transcription. The existence of positive *trans*-acting factors can be shown in competition experiments, such as those performed by Schöler and Gruss (1984). In this case the transcriptional activity of a plasmid, carrying an SV40 enhancer and transfected into a recipient cell, can be drastically reduced by cotransfection of increasing amounts of a competitor DNA, carrying the same enhancer element, fused to a different gene. Plasmid p5'AT-CATa was cotransfected with variable amounts of plasmid pUC5'HAT. The former is the template for transcription and translation of CAT, whereas the latter, carrying the same 5' flanking region from the α₁-antitrypsin gene cloned in the plasmid pUC8, is used as a competitor for *trans*-activating molecules. The concentration of p5'AT-CATa was calibrated so as to be well within the DNA-concentration-dependent transcription–translation curve. Results are shown in Figure 13. They clearly indicate inhibition of transcription of the template by increased amounts of cotransfected competitor. Over 80% inhibition

can be obtained by a 20-fold excess of competitor over template. Control experiments with an SV40 promoter carrying plasmid show no inhibition. This indicates that the *trans*-acting positive activator necessary for transcription from plasmid p5'AT-CAT is not a general transcription factor, such as the TATA box binding factor, but that it has some degree of specificity.

## Discussion

Regulation of gene expression in liver is probably very complex. The hepatocyte synthesizes a large number of proteins in a cell-specific manner; these include the majority of plasma proteins (Putnam, 1975), a set of enzymes responsible for glycolysis and gluconeogenesis (Seifter and Englard, 1982), the enzymes of the urea cycle (Powers and Meister, 1982), and a large number of detoxifying enzymes (Alvares, 1982). Regulatory mechanisms must exist to establish the physiological intracellular concentration and balance among the various gene products. In addition to the constitutive gene expression, there are numerous induction and repression mechanisms mediated by hormones (Chan, 1982), by dietary uptake (Greengard, 1971), or by pathological conditions (Kushner, 1982) that may dramatically change the pattern of gene expression. Only the adult liver expresses the complete repertoire of functions acquired at various stages during development. Some genes are turned on only at birth, and some only after weaning (Gitlin and Gitlin, 1975). There are also genes expressed only in the fetal liver, for instance, $\alpha$-fetoprotein (Scott et al., 1984). It is likely that multiple regulatory factors exist, perhaps defining sets of genes coordinately regulated during development and differentiation.

Not much is known about the molecular mechanism of cell-specific expression in liver cells or in any other cell type. In any case it appears that the main control is at the level of initiation of transcription (Derman et al., 1981). Recently, it has been possible to obtain in simple experimental systems; for example cultured lymphoblasts (Gillies et al., 1983; Banerji et al., 1983; Queen and Baltimore, 1983) and pancreatic cells (Walker et al., 1983), cell-specific transcription of cloned genes reproducing the selectivity of gene expression observed in vivo. This constitutes an important step toward understanding the molecular basis of differential gene expression because it suggests that, at least in some cases, DNA sequences necessary and sufficient for transcriptional selectivity are close to or within structural sequences, and can therefore be present in the same cloned DNA fragment. This is the case with the cloned human $\alpha_1$-antitrypsin gene studied in this work: in transient expression assay it is efficiently transcribed in Hep3B cells but not in HeLa cells. The same effect is also obtained if only the $\alpha_1$-antitrypsin 5' flanking region (about 700 bp) is present in the template tested. There is, of course, the possibility that other DNA sequences important for hepatocyte-specific transcription are located elsewhere along the gene, perhaps in introns.

The cell-specific *cis*-acting DNA sequence is also active on a heterologous promoter like that of SV40; however, its effect is exerted only in one orientation. This polar effect, to be confirmed with a better characterized and smaller DNA segment, suggests a mechanism different from those postulated for classical enhancer elements.

In general, cell-specific transcription could be a result of the presence in the active cell of a positive trans-acting factor, the existence, in the inactive cell, of a negative trans-acting factor, or of a combination of both. The competition experiment described in this work shows that a limiting positive factor, essential for transcription of the $\alpha_1$-antitrypsin gene, is present in the Hep3B cells. During the preparation of this manuscript we have learned that rat hepatoma-specific expression was also observed with a transfected rat serum albumin promoter fused to CAT (Ott et al., 1984).

### Experimental Procedures

#### Bacterial Strains, Plasmids, and Phage Vectors
E. coli k12 (strain 71/18) was used for transformation (Gronenborn and Messing, 1978). The M13 derivatives mp8, mp9, mp18, and mp19, and the plasmid vectors pUC8 and pUC9 (Messing, 1983) were used as vectors for subcloning and sequencing. Phage EMBL3 (Frischauf et al., 1983) was used in the construction of the genomic library. Transformations and preparations of double-stranded single-stranded DNAs were as described by Cortese et al. (1978, 1980). Large scale preparations of EMBL3 recombinant phages were done according to Frischauf et al. (1983).

#### Enzymes
Restriction endonucleases, T4 polynucleotide kinase, T4 DNA ligase, DNA polymerase I holoenzyme, and Klenow fragment were purchased from B. R. L. and Biolabs. The $^{32}$P-labeled compounds were purchased from Amersham Buchler. AMV reverse transcriptase was from Boehringer, Mannheim.

#### Screening of cDNA and Genomic Libraries
The human liver cDNA library was kindly provided by Dr. Woods (Woods et al., 1982). The probe used was the nick-translated Sau IIIA–Sau IIIA DNA insert from clone R33 (Costanzo et al., 1983). The human genomic library was kindly provided by Dr. G. Bensi (Bensi et al., 1985) and screened according to Frischauf et al. (1983).

#### Restriction Mapping, Blot Hybridization, and Nucleotide Sequence Analysis
Restriction maps of the lambda recombinant phages were obtained with the method described by Rackwitz et al. (1984). Southern and Northern analyses were performed as previously described (Raugei et al., 1983).

#### Construction of $\alpha_1$-AT MIG and pSV $\alpha_1$-MIG
$\alpha_1$-AT MIG
The 4.6 kb Eco RI–Eco RI segment carrying the $\alpha_1$-AT upstream region, the first exon, and part of the first intron from $\lambda$ $\alpha_1$-AT 73 was subcloned into pUC8 vector. This plasmid (pUC8-73-RI/RI) was digested with Hind III, which cuts twice within the first intron, and the Hind III–Hind III fragment was substituted with the 3 kb Hind III–Hind III fragment carrying IV and V exons from $\lambda$ $\alpha_1$-AT-141. The right orientation was determined by restriction map analysis.
pSV $\alpha_1$ MIG
$\alpha_1$-AT MIG was digested with Eco RI and Bam HI to remove the $\alpha_1$-AT 5' flanking sequence. This was substituted with an Eco RI–Hind III fragment from plasmid pBW11 (Wasylyk et al., 1984) containing one copy of the 72 bp enhancer from SV40, and the early promoter and CAP site from SV40 up to base 5171 (Tooze, 1980).

#### Construction of CAT Derivatives
pA10 CAT-Sma
pA10 CAT-2 (Laimins et al., 1982) was digested with Bgl II and Hind III, the ends were filled in with DNA polymerase I and Klenow enzyme in

the presence of deoxynucleotides. Linear plasmid was isolated from agarose gel and was blunt end ligated in the presence of Sma I linkers.

**p$H\alpha_1$-AT-CAT-r and p$H\alpha_1$-CAT-i**

The Bam HI–Hinf I fragment from base −35 to +44 (Figure 3) was cloned in plasmid pUC8 between the Bam HI and the Sma I sites (plasmid pUC-BHinf). The 5′ flanking region of human $\alpha_1$-AT was cloned into pUC-BHinf in the Bam HI site in both orientations (plasmids pUC-H$\alpha_1$-AT-r and pUC-H$\alpha_1$-AT-i). The $\alpha_1$-AT insert from these plasmids was cut with partial Bam HI digestion and Eco RI digestion, filled in with Klenow enzyme, and cloned into the Sma I site of pA10 CAT-Sma. The correct orientation was determined by restriction map analysis.

**$\alpha_1$-AT-CAT Fusions Carrying Progressive Deletions of the 5′ Flanking Sequence**

These deletions were generated starting from plasmid p$\alpha_1$-AT-CAT-r (−1200 bp), exploiting the existence of unique restriction sites within the $\alpha_1$-AT 5′ flanking sequence. The DNA sequence of this segment will be published elsewhere (G. Ciliberto, manuscript in preparation).

**Oligonucleotide Synthesis**

Oligonucleotides were synthesized following the phosphite–amidite method (Winnacker and Dorper, 1982).

**Primer Elongations and $S_1$ Mapping**

Primer elongation experiments were performed according to Luse et al. (1981). As primer we used the 38 base Bam HI–Hae III segment from the cDNA clone pα1-5 corresponding to bases 53 to 90, and labeled at the 5′ end with γ-$^{32}$P-ATP and T4 polynucleotide kinase. Specific activity was $1 \times 10^8$ dpm/μg; $3 \times 10^4$ counts/assay were used. The gel was exposed at −80°C for 12 hr. For the S1 analysis we used as probe the Hinf I–Hinf I DNA segment 219 bp long, whose sequence is shown in Figure 3. DNA was end-labeled at the 5′ end with γ-$^{32}$P-ATP and T4 polynucleotide kinase. Specific activity was $6 \times 10^7$ dpm/μg; $2 \times 10^4$ counts/assay were used. The gel was exposed 18 hr at −80°C. Conditions for formation of DNA–RNA hybrids and for digestion with S1 were chosen according to Berk and Sharp (1977).

**Mammalian Cell Transfections and CAT Assays**

DNA transfections into mammalian cells with the calcium phosphate method and CAT assays were done according to Gorman et al. (1982). Competition assays by DNA cotransfections were done as described by Schöler and Gruss (1984).

**Acknowledgments**

We thank Petra Stevenson for technical assistance, Karen Cortese for revising the manuscript, and Heide Seifert for typing it. We are also thankful to Dr. B. Wasylyk for the gift of plasmid pBW11, to Dr. P. Gruss for the gift of plasmids pSV2 CAT and pA10 CAT-2, and to Dr. R. Frank for the synthesis of the oligonucleotides used in this work. The work done in Italy was supported by a grant from Progetto Finalizzato Ingegneria Genetica e basi molecolari delle Malattie ereditarie, CNR, Rome, Italy.

The costs of publication of this article were defrayed in part by the payment of page charges. This article must therefore be hereby marked "*advertisement*" in accordance with 18 U.S.C. Section 1734 solely to indicate this fact.

Received November 13, 1984; revised March 27, 1985

**References**

Alton, N., and Vapnek, D. (1979). Nucleotide sequence analysis of the chloramphenicol resistance transposon Tn9. Nature 282, 864–869.

Alvares, A. P. (1982). Oxidative biotransformation of drugs. In The Liver. Biology and Pathobiology, I. M. Arias, H. Popper, D. Schachter, D. A. Shafritz, eds. (New York: Raven Press), pp. 265–280.

Banerji, J., Olson, L., and Schaffner, W. (1983). A lymphocyte-specific cellular enhancer is located downstream of the joining region in immunoglobulin heavy chain genes. Cell 33, 729–740.

Bensi, G., Raugei, G., Klefenz, H., and Cortese, R. (1985). Structure and expression of the human haptoglobin locus. EMBO J., in press.

Berk, A. J., and Sharp, P. A. (1977). Sizing and mapping of early adenovirus mRNAs by gel electrophoresis of S1 endonuclease-digested hybrids. Cell 12, 721–732.

Breathnach, R., and Chambon, P. (1981). Organization and expression of eukaryotic split genes coding for proteins. Ann. Rev. Biochem. 50, 249–383.

Carrell, R. W., Jeppsson, J.-O., Laurell, C. B., Brennen, S. O., Owen, M. C., Vaugan, L., and Boswell, D. R. (1982). Structure and variation of human α₁-antitrypsin. Nature 298, 329–334.

Chan, L. (1982). Hormonal control of gene expression. In The Liver. Biology and Pathobiology, I. M. Arias, H. Popper, D. Schachter, and D. A. Shafritz, eds. (New York: Raven Press), pp. 169–184.

Cortese, R., Melton, D., Tranquilla, T., and Smith, J. D. (1978). Cloning of nematode tRNA genes and their expression in the frog oocyte. Nucl. Acids Res. 5, 4593–4611.

Cortese, R., Harland, R., and Melton, D. (1980). Transcription of tRNA genes *in vivo*: single-stranded compared to double-stranded templates. Proc. Natl. Acad. Sci. USA 77, 4147–4151.

Costanzo, F., Castagnoli, L., Dente, L., Arcari, P., Smith, M., Costanzo, P., Raugei, G., Izzo, P., Pietropaolo, T. C., Bougueleret, L., Cimino, F., Salvatore, F., and Cortese, R. (1983). Cloning of several cDNA segments coding for human liver proteins. EMBO J. 2, 57–61.

Derman, E., Krauter, K., Walling, L., Weinberger, C., Ray, M., and Darnell, J. E., Jr. (1981). Transcriptional control in the production of liver-specific mRNAs. Cell 23, 731–739.

Dierks, P., van Ooyen, A., Cochran, M. D., Dobkin, C., Reiser, J., and Weissmann, C. (1983). Three regions upstream from the cap site are required for efficient and accurate transcription of the rabbit β-globin gene in mouse 3T6 cells. Cell 32, 695–706.

Frischauf, A. M., Lehrach, H., Poustka, A. M., and Murray, N. (1983). Lambda replacement vectors carrying polylinker sequences. J. Mol. Biol. 170, 827–842.

Gillies, S. D., Morrison, S. L., Oi, V. T., and Tonegawa, S. (1983). A tissue-specific transcription enhancer element is located in the major intron of a rearranged immunoglobulin heavy chain gene. Cell 33, 717–728.

Gitlin, D., and Gitlin, J. D. (1975). Fetal and neonatal development of human plasma proteins. In The plasma proteins Volume II, F. W. Putnam ed. (New York: Academic Press), pp. 264–319.

Gorman, C. M., Moffat, L. F., and Howard, B. H. (1982). Recombinant genomes which express chloramphenicol acetyltransferase in mammalian cells. Mol. Cell. Biol. 2, 1044–1051.

Graham, F., and van der Eb, A. (1973). A new technique for the assay of infectivity of human adenovirus 5 DNA. Virology 52, 456–457.

Greengard, O. (1971). Enzyme differentiation in mammalian tissues. In Essays in biochemistry Volume 7. P. N. Campbell and F. Dickens, eds. (New York: Academic Press), pp. 195–205.

Gronenborn, B., and Messing, J. (1978). Methylation of single-stranded DNA *in vitro* introduces new restriction endonuclease cleavage sites. Nature 272, 375–377.

Khoury, G., and Gruss, P. (1983). Enhancer elements. Cell 33, 313–314.

Kidd, W. J., Wallace, R. B., Itakura, K., and Woo, S. L. C. (1983). α₁-antitrypsin analysis of the mutation in the gene. Nature 304, 230–234.

Knowles, B. B., Howe, C. C., and Aden, D. P. (1980). Human hepatocellular carcinoma cell lines secrete the major plasma proteins and hepatitis B surface antigen. Science 209, 497–499.

Kushner, I. (1982). The phenomenon of the acute-phase response. Ann. N.Y. Acad. Sci. 389, 39–48.

Laimins, L., Khoury, G., Gorman, C., Howard, B. H., and Gruss, P. (1982). Host-specific activation of transcription by tandem repeats from simian virus 40 and Moloney murine sarcoma virus. Proc. Natl. Acad. Sci. USA 79, 6453–6457.

Laurell, C. B., and Jeppsson, J.-O. (1975). Protease inhibitors in plasma. In The plasma proteins Volume I, F. W. Putnam, ed. (New York: Academic Press), pp. 229–264.

Luse, D. S., Haynes, J. R., Van Leeuwen, D., Schon, E. A., Cleary, M. L., Shapiro, S. G., Lingrel, J. B., and Roeder, R. G. (1981). Transcription of the β-like globin genes and pseudogenes of the goat in cell-free system. Nucl. Acids Res. 9, 4339–4354.

Messing, J. (1983). New M13 vectors for cloning. Methods in Enzymol. *101*, 28–78.

Ott, M.-O., Sperling, L., Herbomel, P., Yaniv, M., and Weiss, M. C. (1984). Tissue-specific expression is conferred by a sequence from the 5′ end of the rat albumin gene. EMBO J. *3*, 2505–2510.

Powers, S. G., and Meister, A. (1982). Urea synthesis and ammonia metabolism. In The liver. Biology and Pathobiology, J. M. Arias, H. Popper, D. Schachter, and D. A. Shafritz, eds. (New York: Raven Press), pp. 251–263.

Putnam, F. W. (1975). Perspectives—past, present and future. In The plasma proteins Volume I, F. W. Putnam, ed. (New York: Academic Press), pp. 1–55.

Queen, C., and Baltimore, D. (1983). Immunoglobulin gene transcription is activated by downstream sequence elements. Cell *33*, 741–748.

Rackwitz, H. R., Zehetner, G., Frischauf, A. M., and Lehrach, H. (1984). Rapid restriction mapping of DNA cloned in lambda phage vectors. Gene *30*, 195–200.

Raugei, G., Bensi, G., Colantuoni, V., Romano, V., Santoro, C., Costanzo, F., and Cortese, R. (1983). Sequence of human haptoglobin cDNA: evidence that the $\alpha$ and $\beta$ subunits are coded by the same mRNA. Nucl. Acids Res. *11*, 5811–5819.

Sanger, F., Nicklen, S., and Coulson, A. R. (1977). DNA sequencing with chain-terminator inhibitors. Proc. Natl. Acad. Sci. USA *74*, 5463–5467.

Schöler, H. R., and Gruss, P. (1984). Specific interaction between enhancer-containing molecules and cellular components. Cell *36*, 403–411.

Scott, R. W., Vogt, T. F., Croke, M. E., and Tilghman, S. (1984). Tissue-specific activation of a cloned $\alpha$-fetoprotein gene during differentiation of a transfected embryonal carcinoma cell line. Nature *310*, 562–567.

Seifter, S., and Englard, S. (1982). Energy metabolism. In The liver. Biology and Pathobiology, I. M. Arias, H. Popper, D. Schachter, and D. A. Shafritz, eds. (New York: Raven Press), pp. 219–249.

Tanaka, T., Ohkubo, H., and Nakanishi, S. (1984). Common structural organization of the angiotensinogen and the $\alpha_1$-antitrypsin genes. J. Mol. Biol. *259*, 8063–8065.

Tooze, J. (1980). DNA tumor viruses (Cold Spring Harbor, New York: Cold Spring Harbor Laboratory).

Walker, M. D., Edlund, T., Boulet, A. M., and Rutter, M. J. (1983). Cell-specific expression controlled by the 5′ flanking region of insulin and chymotrypsin genes. Nature *300*, 557–561.

Wasylyk, B., Wasylyk, C., and Chambon, P. (1984). Short and long range activation by the SV40 enhancer. Nucl. Acids Res. *12*, 5589–5608.

Winnacker, E. L., and Dorper, T. (1982). Solid-phase synthesis of oligonucleotides using the phosphoramidite method. In Chemical and Enzymatic Synthesis of Gene Fragments. Gassen and Lang, eds. (Weinheim: Verlag Chemie), pp. 97–102.

Woods, D. E., Markam, A. F., Ricker, A. T., Goldberg, G., and Colten, H. R. (1982). Isolation of cDNA clones for the human complement protein factor B, a class III major histocompatibility complex gene product. Proc. Natl. Acad. Sci. USA *79*, 5661–5665.