DuaneMorris®

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
SINGAPORE
LOS ANGELES
CHICAGO
HOUSTON
HANOI
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
BALTIMORE
BOSTON
WASHINGTON, DC
LAS VEGAS
ATLANTA
MIAMI
PITTSBURGH
NEWARK
WILMINGTON
PRINCETON
LAKE TAHOE
HO CHI MINH CITY

ANTHONY J. FITZPATRICK
DIRECT DIAL: 857.488.4220
E-MAIL: ajfitzpatrick@duanemorris.com

www.duanemorris.com

July 27, 2007

FILED VIA ECF;
COURTESY COPY BY HAND

The Honorable Richard G. Stearns
United States District Court
United States District Court, District of Massachusetts
J. Joseph Moakley Courthouse
1 Courthouse Way
Boston, MA 02210

Re: **Massachusetts Institute of Technology, et al. v. ImClone Systems, Inc.**
    **Case No. 04-10884-RGS**

Dear Judge Stearns:

Enclosed is a complete set of the slides presented on behalf of ImClone Systems, Inc. at yesterday's *Markman* hearing in the above-referenced matter. As you Honor may recall, the slides presented in the courtroom included two slides, concerning Dr. Stuart Aaronson's deposition testimony, that were not in the hard-copy set that was handed to the Court. The enclosed set includes those two slides, which appear at the end of the presentation.

For the Court's convenience, in addition to filing the slides via ECF, we are forwarding a courtesy hard-copy set printed in color.

Thank you.

Very truly yours,

Anthony J. Fitzpatrick

AJF/kmf
cc:   Counsel of record (via ECF, with enclosure)