

# ImClone's *Markman* Presentation

MIT/Repligen
v.
ImClone Systems Inc.
1:04-cv-10884-RGS

July 26, 2007

- The Erbitux Segment is a subset of the '281 patent Fig. 10 Larger Segment
- Dr. Gillies did not create the Erbitux Segment to infringe – does not remember why he used only a subset of Fig. 10
- Overwhelming peer-reviewed literature demonstrates <u>Erbitux Segment is not tissue-specific</u> (including MIT Nobel Prize Winner Dr. Phil Sharp).
- Plaintiffs' construction seeks to avoid peer-reviewed conclusions with arbitrary cherry-picked test.

# Plaintiffs Wrongfully Try To Create Irrebuttable Infringement Presumption

- Dr. Gillies's cannot remember why the Erbitux Segment was a subset cut from the Larger Segment disclosed in the patent

Q. Do you recall considering how long a sequence to use for the enhancing element for the vector in the C225 cell line?

A. I don't remember that moment, no, not specifically.

Q. Can you think of reason why you used a shorter sequence than that depicted in Figure 10 of the '281 patent as the enhancing element for the C225 cell line?

A. No. I don't remember that exact moment.

# Plaintiffs Seek An "Any One" Test Construction

- **Plaintiffs' Position:** Enhancer can work in many tissues as long as can find a <u>single</u> non-functional non-specific
- **Plaintiffs' expert:** Need to do "infinite" testing to establish tissue non-specific
- **Plaintiffs' expert:** Even after "infinite" testing, still could not conclude not infringing
- **Cannot be correct because infringement varies with arbitrary test**

**Plaintiffs' "Any One" Construction Seeks To Avoid Overwhelming Peer-reviewed Literature Showing "Erbitux Segment" Is Not Tissue Specific**

Eckhart: (386-521) = "(nucleotides #386-521) was equally effective as an enhancer in both lymphoid and nonlymphoid cells" at 2557.

Erbitux: (385-687)

Scheuermann: (exact Erbitux core) = "the enhancer core was functional in all of these cell lines" [lymphoid and non-lymphoid]" at 1258.

```
                                                                              50
TCTAGAGAGG TCTGGGTGGAG CCTGCAAAAG AGAAGGAACAC AGAAGTATGT GTATGGAATA TTAGAAGATG TTGCTTTTAC TCTTAAGTTG
                                                                              150
GTTCCTAGGA AAAATAGTTA AATACTGTGA CTTTAAAATG TGAGAGGGTT TTCAAGTACT CATTTTTTTA AATGTCCAAA ATTTTTGTCA ATCAATTTGA
                                                                              250
GGTCTGTGTT GTGTAGAACT GACATTACTT AAAGTTTAAC CGAGGAATGG GAGTGAGGCT CTCTCATACC CTGACTTTA ACAATAATAA
                                              Hinf I          350
ATTAAGTTTA AAATATTTTT AAATGAATTG AGCAAATGTTG AGTTGAGTCA AGATGGCCGA TCAGAACCAG AACACCTGCA GCAGCTGGCA GGAAGCAGGT
                                                                    Pvu II
CAATGTGGCAA GGCTATTTGG GGAAGGGAAA ATAAAACCAC TAGGTAAACT TGTAGCTGTG GTTTGAAGAA AACACTCTGT CCAGCCCCAC
                                                         Hinf I          600
CAAACCGAAA GTCCAGGCTG AGCAAAACAC CACCTGGGTA ATTTGCATT CTAAAATAAG TTGAGGATTC AGCCGAAACT GGAGAGGTCC TCTTTTAACT
      Dde I                                                               EcoR I      700
TATTGAGTTC AACCTTTTAA TTTTAGCTTG AGTAGTTCTA GTTTCCCAA ACTTAAGTT ATCGACTTCT AAAATGTATT TAGAATTCAT TTTCAAAATT
                                ∆1     650
AGGTTATGTA AGAAATTGAA GGACTTTAGT GTCTTTAATT TCTAATATAT TTAGAAAACT ACTCTATTAT TCTTCCCTCT GATTATTGGT
  ∆2                    750                                                           800
CTCCATTCAA TTATTTCCA ATACCCGAAG TCTTTACAGT GACTTTGTTC ATGATCTTTT TTAGTTGTTT GTTTTGCCTT ACTATTAAGA CTTTGACATT
                    Dde I     850                                                     900
CTGGTCAAAA CGGCTTCACA AATCTTTTTC AAGACCACTT TCTGAGTTAT CATTTTAGGA GAAATATTTT TTTTTAAAT GAATGCAATT ATCTAGA
                              950                                             Xba I
```

FIG. 10

Perez-Mutal: (376-518) = "a central fragment of the IgH can stimulate transcription in non-lymphoid cells such as mouse fibroblasts ... [and] stimulated transcription in fibroblasts" at 6092, 6090 (Fig. 4).

Wasylyk: (exact Erbitux core) = "can efficiently stimulate transcription in non-lymphoid cells" at 553; a "surprisingly efficient stimulation of transcription." Id. at 554;

# Tissue Specificity Of '281 Patent "Larger Segment" Due To Inhibitor Elements Not Present In "Erbitux Segment"

```
Xba I
TCTAGAGAGG TCTGGTGGAG CCTGCAAAAG TCCAGCTTTC AAAGGAACAC AGAAGTATGT GTATGGAATA TTAGAAGATG TTGCTTTTAC TCTTAAGTTG
            |          |          |          |          |          |          |          |          |
           50                               100                                                      200

GTTCCTAGGA AAAATA...                                                                    ...AATGTCCAAA ATTTTGTCA ATCAATTGA
                                                                                         |          |         |
                                                                                        300

ATTAAGTTTA AAATATTTTT AAATGAATTG AGCAATGTTG AGTTC...                      ...TGG GAGTGAGGCT CTCTCATACC CTATCCAGAA CTGACTTTTA ACAATAATAA
                                  Hinf I                                      |          |          |          |          |
                                           350                      Δ2    250                      400                    Pvu II

CATGTGGCAA GGCTATTTGG GGAAGGGAAA ATAAAACCAC TAGGTAAACT TGTAGCTGTG GTTTGAAGAA GTGGTTTTGA AACACTCTGT CCAGCCCCAC TGCA GCAGCTGGCA GGAAGCAGGT
         Dde I                                                                                                         500
                                   450

CAAACCGAAA GTCCAGGCTG AGCAAAACAC CACCTGGGTA ATTTGCATTT CTAAAATAAG TTGAGGATTC AGCCGAAACT GGAGAGGTCC TCTTTTAACT
                                                              Hinf I                                       |
                                   550                                                                    600

TATTGAGTTC AACCTTTTAA TTTTAGCTTG AGTAGTTCTA GTTTCCCCAA ACTTAAGTTT ATCGACT...
                                                       Δ1  650                                            700
                                                                                                          EcoRI

     ...GAAG TCTTTACAGT GACTTTGTTC ATGATCTTTT TTAGTTGTTT GTTTTGCCTT ACTATTAAGA CTTTGACATT
  Δ1                                                                                    |
 850                              Dde I                                                 900
                                   950                                                 Xba I

CTGGTCAAAA CGGCTTCACA AATCTTTTC AAGACCACTT TCTGAGTATT CATTTAGGA GAAATATTTT TTTTTAAAT GAATGCAATT ATCTAGA
```

Tissue Specific Inhibitors: Wasylyk IN1 (117-250) and IN2 (650-825):

Tissue Specific Inhibitor: Sharp (345-375)

Erbitux Segment: (384-687) Non-specific enhancer that does not contain Wasylyk or Sharp tissue specific inhibitor sequences

FIG. 10



# Plaintiffs Cannot Use Claim Construction To Set Up Wrongful Presumption Based On Inappropriate Cherry-Picked Testing

# Plaintiffs Wrongly Use Claim Construction To Promote An Unknown Cherry-Picked Test

One direct dispute is over the appropriate test cells:

- '281 Patent and peer-reviewed literature use:

  **Lymphoid v. Fibroblasts**

- Plaintiffs' Cherry-picked Litigation Test uses:

  **Lymphoid v. 293 Cells**



# Plaintiffs Wrongly Use Claim Construction To Promote An Unknown Cherry-Picked Test

Plaintiffs' Lymphoid v. 293 cell test:

- Not found in '281 patent
- Not found in peer-reviewed literature
- Uses a cell (293) containing foreign viral element known to unpredictably impact enhancement (raises in some tissues and lowers in others)

# "Tissue Specific" Dispute



| ImClone Construction | MIT/Repligen Construction |
|---|---|
| The enhancer sequences function to greatly increase transcription, but only in a specific tissue-type **in which transcription is normally active**; the enhancer function of the sequences is greatly diminished or totally absent in other types of cells **in which transcription is not normally active.** | "DNA sequences in a mammalian cell that function to greatly increase transcription, but only in a specific tissue-type or cell-type; the enhancer function of the sequences is greatly diminished or totally absent in other tissue or cell types." |

- Only ImClone's construction gives the proper significance and guidance to the type of "tissue" to which an enhancer might be "specific."