UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-10884-RGS

MASSACHUSETTS INSTITUTE OF TECHNOLOGY and
REPLIGEN CORPORATION

v.

IMCLONE SYSTEMS, INC.

ORDER REGARDING TRIAL TIME LIMITS

August 1, 2007

STEARNS, D.J.

    It is the court's practice to impose reasonable, but strictly enforced time limits in any civil matter expected to exceed one week's trial time. To that end, the parties are directed to file within seven (7) days of the date of this Order their best estimate of the time that each side believes will be required to present its case, exclusive of jury empanelment, opening statements and closing arguments, but inclusive of direct and cross examination. The court will consider sitting full days, if necessary, to accommodate the ultimate time allocation and the court's trial schedule.

                              SO ORDERED.

                              /s/ Richard G. Stearns

                              _____
                              UNITED STATES DISTRICT JUDGE