UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MASSACHUSETTS INSTITUTE OF
TECHNOLOGY and REPLIGEN
CORPORATION,

                        Plaintiffs,

                v.

IMCLONE SYSTEMS INC.,

                    Defendant.

Civil Action No. 04 10884 RGS

**NOTICE OF APPEARANCE**

In connection with the above-captioned action, please enter the appearance of Mark A. Pacella as counsel for Defendant, ImClone Systems, Inc.  This appearance is in addition to counsel who have already entered appearances for ImClone Systems, Inc. in this matter.

For the purposes of electronic notification Mark A. Pacella's email address is: MPacella@wileyrein.com.

Dated: August 7, 2007

*/s/ Mark A. Pacella*
Mark A. Pacella (BBO# 600255)
WILEY REIN LLP
1776 K Street, NW
Washington DC  20006
Phone: (202) 719-7398
Fax: (202) 719-7049

AND

Michael R. Gottfried (BBO# 542156)
Anthony J. Fitzpatrick (BBO# 564324)
Christopher S. Kroon (BBO# 660286)
DUANE MORRIS LLP
470 Atlantic Avenue, Suite 500
Boston, Massachusetts 02210
Phone: (857) 488-4200
Fax: (857) 488-4201

2

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on August 7, 2007.

*/s/ Mark A. Pacella*
Mark A. Pacella