## UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

MASSACHUSETTS INSTITUTE OF
TECHNOLOGY and REPLIGEN
CORPORATION,

        Plaintiffs,

    v.

IMCLONE SYSTEMS, INC.,

        Defendant.

Civil Action No. 04-10884-RGS

---

### PLAINTIFFS' ESTIMATE OF TIME REQUIRED TO PRESENT THEIR CASE

---

On August 1, 2007, the Court issued an order requiring the parties to submit their best estimate of the time that they believe will be required to present their cases, exclusive of jury empanelment, opening statements, and closing arguments, but inclusive of direct and cross examination. Plaintiffs believe that they will need five half-days for the direct and any redirect examination of their witnesses (including any rebuttal) and the cross-examination of those witnesses that Plaintiffs anticipate ImClone will call at trial.

Dated:  August 8, 2007

FISH & RICHARDSON P.C.

/s/ William R. Woodford
William R. Woodford (*pro hac vice*)
3300 Dain Rauscher Plaza
60 South Sixth Street
Minneapolis, MN 55402
Telephone:  (612) 335-5070
Facsimile:  (612) 288-9696

*Of Counsel*:

| | | |
|---|---|---|
| Gregory A. Madera | Jonathan E. Singer | Juanita Brooks |
| FISH & RICHARDSON P.C. | Michael J. Kane | FISH & RICHARDSON P.C. |
| 225 Franklin Street | John C. Adkisson | 12390 El Camino Real |
| Boston, MA 02110-2804 | FISH & RICHARDSON P.C. | San Diego, CA 92130 |
| Telephone:  (617) 542-5070 | 3300 Dain Rauscher Plaza | Telephone:  (858) 678-5070 |
| Facsimile:  (617) 542-8906 | 60 South Sixth Street | |
| | Minneapolis, Minnesota 55402 | |
| | Telephone:  (612) 335-5070 | |
| | Facsimile:  (612) 288-9696 | |

*Attorneys for Plaintiffs Massachusetts Institute of Technology & Repligen Corporation*

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants identified on the Notice of Electronic Filing (NEF), which includes an attorney for each other party.

/s/ William R. Woodford
William R. Woodford

60445435.doc