## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS INSTITUTE OF TECHNOLOGY and REPLIGEN CORPORATION,<br><br>                Plaintiffs,<br><br>     v.<br><br>IMCLONE SYSTEMS INC.,<br><br>                Defendant. | Civil Action No. 04 10884 RGS |

## STATEMENT OF IMCLONE SYSTEMS, INC. REGARDING ESTIMATED TRIAL TIME

Pursuant to the Court's August 1, 2007 Order [D.E. 212], Defendant ImClone Systems, Inc. ("ImClone") states that it estimates that it will require 30 hours to present its case, inclusive of ImClone's direct examination of its witnesses and cross examination of Plaintiffs' witnesses, but exclusive of jury empanelment, opening statements and closing arguments.

                                                   Respectfully Submitted,

                                                   IMCLONE SYSTEMS, INC.

Dated: August 8, 2007                        By Its Attorneys,

                                                   /s/ Michael R. Gottfried
                                                   Michael R. Gottfried (BBO #542156)
                                                   Anthony J. Fitzpatrick (BBO #564324)
                                                   Christopher S. Kroon (BBO #660286)
                                                   DUANE MORRIS LLP
                                                   470 Atlantic Avenue, Suite 500
                                                   Boston, MA 02210
                                                   Phone: 857.488.4200
                                                   Fax: 857.488.4201

2

        James H. Wallace, Jr. *(pro hac vice)*
        Robert J. Scheffel *(pro hac vice)*
        Kevin P. Anderson *(pro hac vice)*
        WILEY REIN LLP
        1776 K Street, NW
        Washington, DC  20006
        Phone: 202.719.7240
        Fax: 202.719.7049

.

## **CERTIFICATE OF SERVICE**

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on August 8, 2007.

        /s/ Michael R. Gottfried
        Michael R. Gottfried (BBO# 542156)