UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS INSTITUTE OF TECHNOLOGY and REPLIGEN CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>IMCLONE SYSTEMS INC.,<br><br>Defendant. | Civil Action No. 04 10884 RGS |

## NOTICE OF CHANGE OF FIRM NAME

In connection with the above-captioned action, please correct the law firm name for attorney James H. Wallace Jr., counsel for the defendant ImClone System, Inc. The correct firm name is as follows:

James H. Wallace, Jr.
Wiley Rein LLP
1776 K Street, N.W.
Washington, DC 20006

Respectfully submitted by:

Dated: August 17, 2007

/s/ Anthony J. Fitzpatrick
Michael R. Gottfried (BBO# 542156)
Anthony J. Fitzpatrick (BBO# 564324)
Christopher S. Kroon (BBO# 660286)
DUANE MORRIS LLP
470 Atlantic Avenue, Suite 500
Boston, Massachusetts 02110
Phone: (857) 488-4200
Fax: (857) 488-4201

AND

DM1\1171142.1

Mark A. Pacella (BBO# 600255)
James H. Wallace, Jr. (*pro hac vice*)
Robert A. Scheffel (*pro hac vice*)
Kevin P. Anderson (*pro hac vice*)
WILEY REIN LLP
1776 K Street, NW
Washington DC  20006
Phone: (202) 719-7000
Fax: (202) 719-7049

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on August 17, 2007.

*/s/ Anthony J. Fitzpatrick*
Anthony J. Fitzpatrick

DM1\1171142.1