UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-10884-RGS

MASSACHUSETTS INSTITUTE OF TECHNOLOGY and
REPLIGEN CORPORATION

v.

IMCLONE SYSTEMS, INC.

ORDER SETTING TRIAL TIME

August 21, 2007

STEARNS, D.J.

After review of the parties' submissions, the court will allow each side twenty-two (22) hours for the presentation of their respective cases, inclusive of cross-examination, but not to include empanelment, opening statements, and closing arguments. To assist the parties in scheduling witnesses, trial times will be as follows:

| Day | Morning | Afternoon |
|---|---|---|
| Mon., September 10 | 9:30 a.m. - 1:00 p.m. | 2:00 p.m. - 4:00 p.m. |
| Tues., September 11 | 9:30 a.m. - 1:00 p.m. | 2:00 p.m. - 4:00 p.m. |
| Wed., September 12 | no morning session | 12:30 - 4:00 p.m. |
| Thurs., September 13 | 9:30 a.m. - 1:00 p.m. | 2:00 p.m. - 4:00 p.m. |
| Fri., September 14 | 9:30 a.m. - 1:00 p.m. | 2:00 p.m. - 4:00 p.m. |
| Mon., September 17 | 9:30 a.m. - 1:00 p.m. | 2:00 p.m. - 4:00 p.m. |
| Tues., September 18 | 9:30 a.m. - 1:00 p.m. | 2:00 p.m. - 4:00 p.m. |
| Wed., September 19 | 9:30 a.m. - 1:00 p.m. | no afternoon session |

| | | |
|---|---|---|
| Thurs., September 20 | 9:30 a.m. - 1:00 p.m. | 2:00 p.m. - 4:00 p.m. |
| Fri., September 21 | 9:30 a.m. - 1:00 p.m. | 2:00 p.m. - 4:00 p.m. |
| Mon., September 24 | Changing conference, closing arguments | |

Jury deliberations to continue from day to day to verdict.

The parties are given notice that the time limits will be strictly enforced.

SO ORDERED.

/s/ Richard G. Stearns

_____
UNITED STATES DISTRICT JUDGE