UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS INSTITUTE OF TECHNOLOGY and REPLIGEN CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>IMCLONE SYSTEMS INC.,<br><br>Defendant. | Civil Action No. 04 10884 RGS |

**MOTION OF IMCLONE SYSTEMS, INC. FOR LEAVE TO
CALL THIRD-PARTY WITNESSES MICHAEL HOWERTON AND DR. HAMANTI
DORAI OUT OF ORDER, IF NECESSARY**

Defendant ImClone Systems, Inc. ("ImClone") hereby respectfully moves for leave to call third-party witnesses Michael Howerton and Dr. Hamanti Dorai out of order, if necessary. In support thereof, ImClone asserts as follows:

1.  On Wednesday, August 22, 2007, the parties conducted a telephonic pretrial meet and confer. At that time, counsel for ImClone informed counsel for Plaintiffs that one of ImClone's third-party witnesses who ImClone expects to call at trial, Michael Howerton, is not available during the second week of the scheduled trial period.[1] Because Mr. Howerton is a third-party witness who resides beyond the Court's subpoena power, and ImClone does not assert control over him, ImClone requested that Plaintiffs assent to Mr. Howerton being called to

---

[1] Mr. Howerton has informed ImClone's trial counsel that he is not available after September 10, 2007 due to previously-scheduled overseas travel.

testify out of order, if necessary. In response, Plaintiffs indicated that they would need to confer regarding this issue.

2.  On Friday, August 24, 2007, ImClone sent a letter to counsel for Plaintiffs following-up on its request to accommodate Mr. Howerton's schedule, if necessary, and advising Plaintiffs that ImClone did not expect his direct testimony to last more than about an hour. *See* letter to Michael J. Kane attached hereto as Exhibit A. In addition, ImClone requested that Plaintiffs assent to calling a second third-party witness, Dr. Hamanti Dorai, during the first week of trial due to a separate scheduling conflict also arising during the second week of the scheduled trial period.[2] Dr. Dorai is also beyond the Court's subpoena power. Dr. Dorai is expected to testify about her role as an employee of Damon Biotech, the company that made the C225 cell line under a contract with the National Cancer Institute.

3.  ImClone's August 24 letter informed Plaintiffs that it anticipated that Dr. Dorai's direct testimony should not last more than about 30 minutes. ImClone requested that Plaintiffs provide a response by noon on Monday, August 27, of their best estimate of when Plaintiffs' case-in-chief will conclude so that ImClone could determine whether Mr. Howerton and Dr. Dorai might have to be called to testify out of order during the first week of the scheduled trial period. ImClone requested that, in any event, Plaintiffs confirm by noon on Monday that Plaintiffs do not object to taking these third-party witnesses' testimony on Friday, September 14. Plaintiffs did not respond.

---

[2] ImClone's trial counsel promptly informed Plaintiffs counsel upon learning that Dr. Dorai is not available during the second week of trial due to previously-scheduled overseas travel.

3

4.      Finally, on Monday, August 27, 2007, ImClone sent a second follow-up letter to Mr. Kane seeking, *inter alia*, a response with respect to the above-mentioned scheduling issues. *See* August 27, 2007 letter to Mr. Kane attached hereto as Exhibit B.  To date, however, Plaintiffs continue to provide no response and have ignored ImClone's repeated requests.

5.      Accordingly, ImClone respectfully requests leave of the Court to call Mr. Howerton and Dr. Dorai to testify during the first week of the scheduled trial period and out-of-order, if necessary, in order that the Court and the jury may have the benefit of their important testimony in this matter.

WHEREFORE, it is respectfully requested that the Court grant the Motion of ImClone Systems, Inc. for Leave to Call Third-Party Witnesses Michael Howerton and Dr. Hamanti Dorai Out of Order, If Necessary.

**Certification Pursuant to Local Rule 7.1(A)(2)**

Undersigned counsel certifies that, before filing this motion, counsel for the parties conferred regarding the subject of this motion. Counsel for Plaintiffs have provided no response.

Respectfully Submitted,

IMCLONE SYSTEMS, INC.

By Its Attorneys,

Dated: August 28, 2007

/s/ Michael R. Gottfried
Michael R. Gottfried (BBO #542156)
Anthony J. Fitzpatrick (BBO #564324)
Christopher S. Kroon (BBO #660286)
DUANE MORRIS LLP
470 Atlantic Avenue, Suite 500
Boston, MA 02210
Phone: 857.488.4200
Fax: 857.488.4201

James H. Wallace, Jr. *(pro hac vice)*
Mark A. Pacella (BBO #600255)
Robert J. Scheffel *(pro hac vice)*
Kevin P. Anderson *(pro hac vice)*
WILEY REIN LLP
1776 K Street, NW
Washington, DC 20006
Phone: 202.719.7240
Fax: 202.719.7049

.

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on August 28, 2007.

/s/ Michael R. Gottfried
Michael R. Gottfried (BBO# 542156)