UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS INSTITUTE OF TECHNOLOGY and REPLIGEN CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>IMCLONE SYSTEMS INC.,<br><br>Defendant. | Civil Action No. 04 10884 RGS |

# EXHIBIT A

to

**MOTION OF IMCLONE SYSTEMS, INC. FOR LEAVE TO CALL THIRD-PARTY WITNESSES MICHAEL HOWERTON AND DR. HAMANTI DORAI OUT OF ORDER, IF NECESSARY**



1776 K STREET NW
WASHINGTON, DC 20006
PHONE   202.719.7000
FAX     202.719.7049

7925 JONES BRANCH DRIVE
McLEAN, VA 22102
PHONE   703.905.2800
FAX     703.905.2820

www.wileyrein.com

August 24, 2007

Mark A. Pacella
202.719.7398
mpacella@wileyrein.com

**VIA E-MAIL**

Michael J. Kane
Fish & Richardson
3300 Dain Rauscher Plaza
60 South Sixth Street
Minneapolis, MN 55402

Re: *MIT v. ImClone* - Trial Witness Scheduling

Dear Mike:

As we discussed in the parties' pretrial meet and confer on Wednesday, one of the third-party witnesses who ImClone expects may be called to testify at trial (Michael Howerton) is not available during the scheduled trial period after September 14. We have also just learned that Dr. Hamanti Dorai also is available to testify only during the first week of the trial schedule. We presently anticipate that Dr. Dorai's direct testimony should not last more than about 30 minutes, and that Mr. Howerton's direct testimony should last no more than about an hour.

Based on the Court's August 21, 2007 Order setting aside 20 hours of trial time through the close of session on Thursday, September 13, it would appear that plaintiffs will close their case-in-chief sometime before Friday the 14th. Nevertheless, so that we can better inform these third-party witnesses when they should expect to appear and determine whether it will be necessary to call them out of order, please provide by noon on Monday, August 27, your best estimate of when plaintiffs' case-in-chief will conclude. In any event, if you believe plaintiffs' case-in-chief might extend past Thursday, September 13, please also confirm by noon on Monday that plaintiffs do not object to taking these third-party witnesses on Friday the 14th.

Sincerely,

Mark A. Pacella