UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS INSTITUTE OF TECHNOLOGY and REPLIGEN CORPORATION,<br><br>      Plaintiffs,<br><br>  v.<br><br>IMCLONE SYSTEMS INC.,<br><br>      Defendant. | Civil Action No. 04 10884 RGS |

# EXHIBIT B

to

**MOTION OF IMCLONE SYSTEMS, INC. FOR LEAVE TO CALL THIRD-PARTY WITNESSES MICHAEL HOWERTON AND DR. HAMANTI DORAI OUT OF ORDER, IF NECESSARY**



1776 K STREET NW
WASHINGTON, DC 20006
PHONE   202.719.7000
FAX     202.719.7049

7925 JONES BRANCH DRIVE
McLEAN, VA 22102
PHONE   703.905.2800
FAX     703.905.2820

www.wileyrein.com

August 27, 2007

Mark A. Pacella
202.719.7398
mpacella@wileyrein.com

**VIA E-MAIL**

Michael J. Kane
Fish & Richardson
3300 Dain Rauscher Plaza
60 South Sixth Street
Minneapolis, MN 55402

Re: *MIT v. ImClone* - Trial Witness Scheduling

Dear Mike:

This is further to my August 24 email regarding deposition scheduling, and my August 24 letter requesting confirmation that plaintiffs do not object to ImClone's calling Mr. Howerton and Dr. Dorai out of order on September 14 if plaintiffs have not completed their case-in-chief by then. We have not received a response to either communication.

Regarding deposition scheduling, Dan Velez is available for deposition on Thursday, September 6. Please let us know by COB today when Mr. Herlihy is available for deposition.

Regarding Mr. Howerton and Dr. Dorai, we had asked for a response by noon today. Since we have received no response, we will move forward by requesting the Court's permission to call these otherwise unavailable third-party witnesses out of order, if necessary.

Sincerely,

Mark A. Pacella