UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS INSTITUTE OF TECHNOLOGY and REPLIGEN CORPORATION,<br><br>                    Plaintiffs,<br><br>      v.<br><br>IMCLONE SYSTEMS INC.,<br><br>                    Defendant. | Civil Action No. 04 10884 RGS |

**NOTICE OF WITHDRAWAL
OF THE MOTION OF IMCLONE SYSTEMS, INC. FOR LEAVE TO CALL THIRD-PARTY WITNESSES MICHAEL HOWERTON AND DR. HAMANTI DORAI OUT OF ORDER, IF NECESSARY**

Defendant ImClone Systems, Inc. ("ImClone") hereby withdraws the Motion Of ImClone Systems, Inc. For Leave To Call Third-Party Witnesses Michael Howerton And Dr. Hamanti Dorai Out of Order, If Necessary [Docket Entry 219] ("Motion for Leave"). Counsel for Plaintiffs have indicated that they will likely be finished with their case in chief by Friday, September 14 at noon. Moreover, counsel for Plaintiffs have agreed that ImClone may present Mr. Howerton and/or Dr. Dorai out of order on the afternoon of Friday, September 14. Accordingly, ImClone hereby respectfully withdraws its Motion for Leave as moot.

DM1\1183167.1

Respectfully Submitted,

IMCLONE SYSTEMS, INC.

By Its Attorneys,

Dated:  August 29, 2007

/s/ Michael R. Gottfried
Michael R. Gottfried (BBO #542156)
Anthony J. Fitzpatrick (BBO #564324)
Christopher S. Kroon (BBO #660286)
DUANE MORRIS LLP
470 Atlantic Avenue, Suite 500
Boston, MA 02210
Phone: 857.488.4200
Fax: 857.488.4201

James H. Wallace, Jr. *(pro hac vice)*
Robert J. Scheffel *(pro hac vice)*
Kevin P. Anderson *(pro hac vice)*
WILEY REIN LLP
1776 K Street, NW
Washington, DC  20006
Phone: 202.719.7240
Fax: 202.719.7049

.

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on August 29, 2007.

/s/ Michael R. Gottfried
Michael R. Gottfried (BBO# 542156)

2

DM1\1183167.1