UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS INSTITUTE OF TECHNOLOGY and REPLIGEN CORPORATION,<br><br>　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>IMCLONE SYSTEMS INC.,<br><br>　　　　　　　　　Defendant. | Civil Action No. 04 10884 RGS |

**ASSENTED-TO MOTION OF IMCLONE SYSTEMS INC. FOR LEAVE TO FILE ITS MOTIONS IN LIMINE NOS. 1-3 & 5-8 AND ITS OPPOSITIONS TO THREE OF <u>PLAINTIFFS' MOTIONS IN LIMINE UNDER SEAL</u>**

Pursuant to Local Rule 7.2, Defendant ImClone Systems Inc. ("ImClone") hereby respectfully moves, with the assent of Plaintiffs Massachusetts Institute of Technology and Repligen Corporation ("Plaintiffs"), for leave to file ImClone's Motions in Limine Nos. 1-3 and 5-8, the Declaration of Mark A. Pacella that accompanies the motions, ImClone's oppositions to three of Plaintiffs' Motions in Limine as identified below, and the Declaration of Mark A. Pacella that accompanies the oppositions under seal.

ImClone respectfully requests permission to file these documents under seal because they contain information that has been designated by the parties as confidential under the Stipulated Protective Order entered in this case. In addition, ImClone's motions and oppositions refer to information submitted in papers that have been previously sealed by the Court. Accordingly, ImClone requests permission to file the following documents under seal:

1. ImClone's Motion in Limine No. 1 To Preclude Damages From Imclone's 2002 "Making" of a Working Cell Bank Barred by Congress' Safe Harbor in 35 U.S.C. § 271(e)(1);

2. ImClone's Motion in Limine No. 2 To Preclude Damages Barred by Congress' Safe Harbor in 35 U.S.C. § 271(e)(1) for Actions at Facilities Not Approved by the FDA Until After Patent Expiration;

3. ImClone's Motion in Limine No. 3 To Preclude Damages Testimony Regarding Post-Patent Expiration Activities;

4. ImClone's Motion In Limine No. 5 to Exclude Irrelevant Inflammatory Evidence and Arguments at Trial;

5. ImClone's Motion In Limine No. 6 to Exclude Irrelevant and Misleading Damages Evidence Relating to Product Distribution Agreements;

6. ImClone's Motion In Limine No. 7 to Preclude Evidence Relating to ImClone's Opinions of Counsel Pertaining to Non-Infringement and Invalidity;

7. ImClone's Motion In Limine No. 8 to Preclude Evidence Relating to ImClone's "Plasmid Rescue";

8. Declaration of Mark A. Pacella supporting ImClone's Motions in Limine;

9. ImClone's Opposition to Plaintiffs' Motion in Limine for the Court To Conduct An In Camera Review of Defendant's Redacted and Undisclosed Opinions of Counsel;

10. ImClone's Opposition to Plaintiffs' Motion In Limine to Exclude Any Evidence or Argument that Defendant's Stockpiling of Erbitux® or the the C225 Cell Line to Make Erbitux® For Commercial Sale Falls Within the "Safe harbor" of 35 U.S.C. § 271(e)(1); and

11. ImClone's Opposition to Plaintiffs' Motion in Limine to Prohibit ImClone From Introducing Any Evidence or Argument Concerning a Cell Bank of the C225 Cell Line Not Disclosed During Discovery; and

12. Second Declaration of Mark A. Pacella supporting ImClone's Oppositions to Plaintiffs' Motions in Limine.[1]

---

[1] Counsel for both ImClone and Plaintiffs have conferred regarding the scope of this motion in an effort to reduce the number of documents required to be filed under seal. Respective counsel for the parties have agreed that in addition to the above-listed documents, and with the Court's permission, Plaintiffs' corresponding Motions in Limine and Oppositions will be filed under seal.

In accordance with Local Rule 7.2, ImClone requests that these documents should be impounded until the final resolution of this litigation between the parties, at which time they will be retrieved by ImClone.

WHEREFORE, it is respectfully requested that the Court grant this assented-to motion for leave to file the above-described documents under seal.

### Certification Pursuant to Local Rule 7.1(A)(2)

Undersigned counsel certifies that, before filing this motion, counsel for the parties conferred regarding the subject of this motion. As a result, counsel for Plaintiffs has advised that Plaintiffs assent to this motion.

Respectfully Submitted,

IMCLONE SYSTEMS INC.

By Its Attorneys,

Dated: August 30, 2007

/s/ Michael R. Gottfried
Michael R. Gottfried (BBO #542156)
Anthony J. Fitzpatrick (BBO #564324)
Christopher S. Kroon (BBO #660286)
DUANE MORRIS LLP
470 Atlantic Avenue, Suite 500
Boston, MA 02210
Phone: 857.488.4200
Fax: 857.488.4201

James H. Wallace, Jr. *(pro hac vice)*
Mark A. Pacella (BBO #60255)
Robert J. Scheffel *(pro hac vice)*
Kevin P. Anderson *(pro hac vice)*
WILEY REIN LLP
1776 K Street, NW
Washington, DC 20006
Phone: 202.719.7240
Fax: 202.719.7049

.

**CERTIFICATE OF SERVICE**

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on August 30, 2007.

                                                /s/ Michael R. Gottfried
                                               Michael R. Gottfried (BBO# 542156)