**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| MASSACHUSETTS INSTITUTE OF TECHNOLOGY and REPLIGEN CORPORATION,<br><br>        Plaintiffs,<br><br>    v.<br><br>IMCLONE SYSTEMS, INC.,<br><br>        Defendant. | Civil Action No. 04-10884-RGS |

**ASSENTED-TO MOTION TO FILE PLAINTIFFS' TRIAL MEMORANDUM UNDER SEAL**

Pursuant to Local Rule 7.2, Plaintiffs Massachusetts Institute of Technology and Repligen Corporation hereby move, with the assent of Defendant ImClone Systems, Inc., to file the following documents under seal:

- Plaintiffs' Trial Memorandum

Plaintiffs respectfully request permission to file this document under seal because it contains information that has been designated as confidential under the Stipulated Protective Order entered in this case.  In accordance with Local Rule 7.2, Plaintiffs request that this document should be impounded until the final resolution of this litigation between the parties, at which time they will be retrieved by Plaintiffs.

WHEREFORE, it is respectfully requested that the Court grant this assented-to motion to file the above-described documents under seal.

### Certification Pursuant to Local Rule 7.1(A)(2)

Undersigned counsel certifies that, before filing this motion, counsel for the parties have conferred by e-mail correspondence regarding the subject of this motion. As a result, counsel for ImClone has advised that ImClone assents to this motion.

| | |
|---|---|
| Dated: August 30, 2007 | /s/ John C. Adkisson |
| | John C. Adkisson (*pro hac vice*) |
| | 3300 Dain Rauscher Plaza |
| | 60 South Sixth Street |
| | Minneapolis, MN 55402 |
| | Telephone: (612) 335-5070 |
| | Facsimile: (612) 288-9696 |

*Of Counsel*:

| | | |
|---|---|---|
| Gregory A. Madera | Jonathan E. Singer | Juanita Brooks |
| FISH & RICHARDSON P.C. | Michael J. Kane | FISH & RICHARDSON P.C. |
| 225 Franklin Street | William R. Woodford | 12390 El Camino Real |
| Boston, MA 02110-2804 | FISH & RICHARDSON P.C. | San Diego, CA 92130 |
| Telephone: (617) 542-5070 | 3300 Dain Rauscher Plaza | Telephone: (858) 678-5070 |
| Facsimile: (617) 542-8906 | 60 South Sixth Street | |
| | Minneapolis, Minnesota 55402 | |
| | Telephone: (612) 335-5070 | |
| | Facsimile: (612) 288-9696 | |

*Attorneys for Plaintiffs Massachusetts Institute of Technology & Repligen Corporation*

### CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on this 30th day of August, 2007.

/s/ John C. Adkisson
John C. Adkisson

21722620.doc