UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS INSTITUTE OF TECHNOLOGY and REPLIGEN CORPORATION,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>IMCLONE SYSTEMS, INC.,<br><br>　　　　　Defendant. | Civil Action No. 04-10884-RGS |

## ASSENTED-TO MOTION TO FILE DOCUMENTS UNDER SEAL

Pursuant to Local Rule 7.2, Plaintiffs Massachusetts Institute of Technology and Repligen Corporation hereby move, with the assent of Defendant ImClone Systems, Inc., to file the following documents under seal:

- Plaintiffs' Motion in Limine for the Court to Conduct an In Camera Review of Defendant's Redacted and Undisclosed Opinions of Counsel

- Plaintiffs' Motion in Limine to Exclude Any Evidence or Argument that Defendant's Stockpiling of the C225 Cell Line to Make Erbitux® for Commercial Sale Falls Within the "Safe Harbor" of 35 U.S.C. § 271(e)(1)

- Plaintiffs' Motion In Limine to Prohibit ImClone from Introducing Any Evidence or Argument Concerning a Cell Bank of the C225 Cell Line Not Disclosed During Discovery

- Declaration of William R. Woodford In Support of Plaintiffs' Motions in Limine

- Supplemental Declaration of William R. Woodford In Support of Plaintiffs' Motions in Limine

- Plaintiffs' Opposition to Defendant's Motion in Limine (No. 1) to Preclude Damages from ImClone's 2002 "Making" of a Working Cell Bank Barred by Congress' Safe Harbor in 35 U.S.C. § 271(e)(1)

- Plaintiffs' Opposition to Defendant's Motion in Limine (No. 2) to Preclude Damages Barred by Congress' Safe Harbor in 35 U.S.C. § 271(e)(1) for Actions at Facilities Not Approved by the FDA Until After Patent Expiration

- Plaintiffs' Opposition to Defendant's Motion in Limine (No. 3) to Preclude Damages Testimony Regarding Post-Patent Expiration Activities

- Plaintiffs' Opposition to Defendant's Motion in Limine (No. 5) to Exclude Irrelevant Inflammatory Evidence and Argument at Trial
- Plaintiffs' Opposition to Defendant's Motion in Limine (No. 6) to Exclude Evidence Relating to the BMS Agreement and Other Commercial Dealing Concerning Erbitux®
- Plaintiffs' Opposition to Defendant's Motion in Limine (No. 7) to Preclude Evidence Relating to ImClone's Opinions of Counsel Pertaining to Non-Infringement and Invalidity
- Plaintiffs' Opposition to Defendant's Motion in Limine (No. 8) to Preclude Evidence Relating to ImClone's "Plasmid Rescue"
- Declaration of John C. Adkisson In Opposition to ImClone's Motions in Limine

Plaintiffs respectfully request permission to file these documents under seal because they contain information and/or documents that have been designated as confidential under the Stipulated Protective Order entered in this case. In accordance with Local Rule 7.2, Plaintiffs request that these documents should be impounded until the final resolution of this litigation between the parties, at which time they will be retrieved by Plaintiffs.

WHEREFORE, it is respectfully requested that the Court grant this assented-to motion to file the above-described documents under seal.

**Certification Pursuant to Local Rule 7.1(A)(2)**

Undersigned counsel certifies that, before filing this motion, counsel for the parties have conferred by e-mail correspondence regarding the subject of this motion. As a result, counsel for ImClone has advised that ImClone assents to this motion.

| | |
|---|---|
| Dated: August 30, 2007 | /s/ John C. Adkisson |
| | John C. Adkisson (*pro hac vice*) |
| | 3300 Dain Raurscher Plaza |
| | 60 South Sixth Street |
| | Minneapolis, MN 55402 |
| | Telephone: (612) 335-5070 |
| | Facsimile: (612) 288-9696 |

*Of Counsel*:

| | | |
|---|---|---|
| Gregory A. Madera | Jonathan E. Singer | Juanita Brooks |
| FISH & RICHARDSON P.C. | Michael J. Kane | FISH & RICHARDSON P.C. |
| 225 Franklin Street | William R. Woodford | 12390 El Camino Real |
| Boston, MA 02110-2804 | FISH & RICHARDSON P.C. | San Diego, CA 92130 |
| Telephone: (617) 542-5070 | 3300 Dain Rauscher Plaza | Telephone: (858) 678-5070 |
| Facsimile: (617) 542-8906 | 60 South Sixth Street | |
| | Minneapolis, Minnesota 55402 | |
| | Telephone: (612) 335-5070 | |
| | Facsimile: (612) 288-9696 | |

*Attorneys for Plaintiffs Massachusetts Institute of Technology & Repligen Corporation*

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on this 30th day of August, 2007.

/s/ John C. Adkisson
John C. Adkisson

21717874.doc