## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

MASSACHUSETTS INSTITUTE OF
TECHNOLOGY and REPLIGEN
CORPORATION,

       Plaintiffs,

      v.

IMCLONE SYSTEMS INC.,

       Defendant.

Civil Action No.:  04-10884-RGS

### NOTICE OF MANUAL FILING

Notice is hereby given that Defendant ImClone's Motion In Limine No. 5 to Exclude

Irrelevant Inflammatory Evidence and Arguments at Trial has been filed manually with the Court

under seal on this 31st day of August, 2007.

Respectfully Submitted,

IMCLONE SYSTEMS INC.

By Its Attorneys,

Dated:  August 31, 2007

/s/ Michael R. Gottfried
  Michael R. Gottfried (BBO #542156)
  Anthony J. Fitzpatrick (BBO #564324)
  Christopher S. Kroon (BBO #660286)
  DUANE MORRIS LLP
  470 Atlantic Avenue, Suite 500
  Boston, MA 02210
  Phone: 857.488.4200
  Fax: 857.488.4201

  James H. Wallace, Jr. *(pro hac vice)*
  Mark A. Pacella (BBO #60255)
  Robert J. Scheffel *(pro hac vice)*
  Kevin P. Anderson *(pro hac vice)*
  WILEY REIN LLP
  1776 K Street, NW
  Washington, DC  20006

DM1\1183881.1

2

Phone: 202.719.7240
Fax: 202.719.7049

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent

electronically to the registered participants as identified on the Notice of Electronic Filing and

paper copies will be sent to those indicated as non-registered participants on August 31, 2007.

/s/ Michael R. Gottfried
Michael R. Gottfried (BBO# 542156)

DM1\1183881.1