UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS INSTITUTE OF TECHNOLOGY and REPLIGEN CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>IMCLONE SYSTEMS INC.,<br><br>Defendant. | Civil Action No.: 04-10884-RGS |

**IMCLONE'S PROPOSED VOIR DIRE**

Pursuant to the Court's June 11, 2007 Order and the agreement between the parties, Defendant-Counterclaim Plaintiff ImClone Systems Inc. ("ImClone") identifies the following questions for voir dire:

1. Does any member of the jury panel know any of the lawyers who were introduced to you?

2. Has any member of the jury panel or any member of your family ever been represented by any of the lawyers or their law firms in this case?

3. If you have heard of or are familiar with Massachusetts Institute of Technology, Repligen Corporation, or ImClone Systems Incorporated, and have you formed an opinion about any of them?

4. Has any member of the jury panel, or any member of your family, either now or in the past, ever been employed by, or attended, or conducted business with or

owned any stock of Massachusetts Institute of Technology, Repligen Corporation, or ImClone Systems Incorporated?

5. Has any member of the jury panel or any member of your immediate family, either now or in the past, ever been employed by a pharmaceutical company?

6. Has any member of the jury panel ever heard of Erbitux® or has any member of the jury panel or any member of your immediate family ever taken Erbitux®?

7. Does any member of the jury panel or any member of your family know any of the following people, who may offer testimony in this case:

Christopher Barry
Stuart Aaronson
Howard Bremer
William Dlouhy
Hamanti Dorai
Irving Feit
Thomas Gallagher
Alice Gast
Stephen Gillies
John Gilly
Walt Herlihy
Michael Howerton
John Landes
Dale Lincoln Ludwig
Lita Nelsen
Edmund Pitcher
Karin Rivard
Marion Stewart
Kevin Struhl
Susumu Tonegawa
Dan Velez
Harlan Waksal
Samuel Waksal
B. Jean Weidemier
Daniel Witt

8. Has any member of the jury panel or any member of your immediate family ever been involved in a lawsuit, either as a plaintiff or defendant?

9. It is possible that this case will take two weeks to complete. Is there any member of the jury panel who has a specific hardship that would make it impossible to commit this amount of time?

10. Does any member of the jury panel have any special physical disability or problem that would make it difficult or impossible for you to serve as a juror?

11. Does any member of the jury panel harbor any prejudice or bias which would prevent you from sitting as a fair and impartial juror in this case?

Respectfully Submitted,

IMCLONE SYSTEMS, INC.

By Its Attorneys,

Dated: August 31, 2007

/s/ Michael R. Gottfried
Michael R. Gottfried (BBO #542156)
Anthony J. Fitzpatrick (BBO #564324)
Christopher S. Kroon (BBO #660286)
DUANE MORRIS LLP
470 Atlantic Avenue, Suite 500
Boston, MA 02210
Phone: 857.488.4200
Fax: 857.488.4201

James H. Wallace, Jr. *(pro hac vice)*
Mark A. Pacella (BBO #60255)
Robert J. Scheffel *(pro hac vice)*
Kevin P. Anderson *(pro hac vice)*
WILEY REIN LLP
1776 K Street, NW
Washington, DC 20006
Phone: 202.719.7240
Fax: 202.719.7049

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the Electronic Case Filing (ECF) system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants, on August 31, 2007.

/s/ Michael R. Gottfried
Michael R. Gottfried