UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS INSTITUTE OF TECHNOLOGY and REPLIGEN CORPORATION,<br><br>            Plaintiffs,<br><br>      v.<br><br>IMCLONE SYSTEMS, INC.,<br><br>            Defendant. | Civil Action No. 04-10884-RGS |

**IMCLONE'S RESPONSE TO PLAINTIFFS' MOTION IN LIMINE TO PROHIBIT ANY REFERENCE TO THEIR CONTINGENCY FEE ARRANGEMENT WITH THEIR COUNSEL AT TRIAL**

ImClone agrees that issues which are irrelevant, prejudicial, and confusing to the jury should not be mentioned at trial. ImClone submitted several motions *in limine* to the same effect, namely: to exclude evidence relating to sanctions (ImClone's motion *in limine* No. 4); to exclude irrelevant inflammatory evidence and arguments at trial (ImClone's motion *in limine* No. 5); to exclude irrelevant and misleading damages evidence relating to product distribution agreements (ImClone's motion *in limine* No. 6); to preclude evidence relating to ImClone's "plasmid rescue" (ImClone's motion *in limine* No. 8); to exclude the irrelevant and confusing testimony of Mr. Howard Bremer, Esq. (ImClone's motion *in limine* No. 9); to exclude the Court's Memorandum and Order on cross-motions for summary judgment (ImClone's motion *in limine* No. 10); and to exclude arguments or testimony misleadingly suggesting a nexus between Dr. Tonegawa's Nobel prize and the invention claimed in the '281 patent (ImClone's motion *in*

*limine* No. 12). Thus, ImClone agrees that Plaintiffs' contingency fee arrangement with Fish & Richardson and these other irrelevant, prejudicial, and confusing issues not be presented at trial.

          Respectfully Submitted,

          IMCLONE SYSTEMS, INC.

          By Its Attorneys,

Dated: August 31, 2007      /s/ Michael R. Gottfried
          Michael R. Gottfried (BBO #542156)
          Anthony J. Fitzpatrick (BBO #564324)
          Christopher S. Kroon (BBO #660286)
          DUANE MORRIS LLP
          470 Atlantic Avenue, Suite 500
          Boston, MA 02210
          Phone: 857.488.4200
          Fax: 857.488.4201

          James H. Wallace, Jr. *(pro hac vice)*
          Mark A. Pacella (BBO #60255)
          Robert J. Scheffel *(pro hac vice)*
          Kevin P. Anderson *(pro hac vice)*
          WILEY REIN LLP
          1776 K Street, NW
          Washington, DC 20006
          Phone: 202.719.7240
          Fax: 202.719.7049

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true copy of the foregoing document was served, by hand, upon the attorneys of record for the plaintiffs on August 31, 2007.

          /s/ Michael R. Gottfried
          Michael R. Gottfried