UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS INSTITUTE OF TECHNOLOGY and REPLIGEN CORPORATION,<br><br>    Plaintiffs,<br><br>    v.<br><br>IMCLONE SYSTEMS, INC.,<br><br>    Defendant. | Civil Action No. 04-10884-RGS |

## NOTICE OF MANUAL FILING

Notice is hereby given that the following document has been manually filed with the Court under seal:

- Plaintiffs' Opposition to Defendant's Motion in Limine (No. 8) to Preclude Evidence Relating to ImClone's "Plasmid Rescue"

Dated: August 31, 2007         /s/ John C. Adkisson
                               John C. Adkisson (*pro hac vice*)
                               FISH & RICHARDSON P.C.
                               3300 Dain Rauscher Plaza
                               60 South Sixth Street
                               Minneapolis, MN 55402
                               Telephone: (612) 335-5070
                               Facsimile: (612) 288-9696

*Of Counsel*:

| | | |
|---|---|---|
| Gregory A. Madera | Jonathan E. Singer | Juanita Brooks |
| FISH & RICHARDSON P.C. | Michael J. Kane | FISH & RICHARDSON P.C. |
| 225 Franklin Street | William R. Woodford | 12390 El Camino Real |
| Boston, MA 02110-2804 | FISH & RICHARDSON P.C., P.A. | San Diego, CA 92130 |
| Telephone: (617) 542-5070 | 3300 Dain Rauscher Plaza | Telephone: (858) 678-5070 |
| Facsimile: (617) 542-8906 | 60 South Sixth Street | |
| | Minneapolis, Minnesota 55402 | |
| | Telephone: (612) 335-5070 | |
| | Facsimile: (612) 288-9696 | |

*Attorneys for Plaintiffs Massachusetts Institute of Technology & Repligen Corporation*

CERTIFICATE OF SERVICE

     I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on this 31st day of August, 2007.

                                                /s/ John C. Adkisson
                                                John C. Adkisson

Manual Filing Opp MIL 8.doc