UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS INSTITUTE OF TECHNOLOGY and REPLIGEN CORPORATION,<br><br>   Plaintiffs,<br><br>  v.<br><br>IMCLONE SYSTEMS INC.,<br><br>   Defendant. | Civil Action No.: 04-10884-RGS |

NOTICE OF MANUAL FILING

Notice is hereby given that Defendant ImClone's Opposition to Plaintiffs' Motion in Limine to Prohibit ImClone From Introducing Any Evidence or Argument Concerning a Cell Bank of the C225 Cell Line Not Disclosed During Discovery has been filed manually with the Court under seal on this 31st day of August, 2007.

                Respectfully Submitted,

                IMCLONE SYSTEMS INC.

                By Its Attorneys,

Dated: August 31, 2007

               /s/ Michael R. Gottfried
                Michael R. Gottfried (BBO #542156)
                Anthony J. Fitzpatrick (BBO #564324)
                Christopher S. Kroon (BBO #660286)
                DUANE MORRIS LLP
                470 Atlantic Avenue, Suite 500
                Boston, MA 02210
                Phone: 857.488.4200
                Fax: 857.488.4201

                James H. Wallace, Jr. *(pro hac vice)*
                Mark A. Pacella (BBO #60255)
                Robert J. Scheffel *(pro hac vice)*
                Kevin P. Anderson *(pro hac vice)*
                WILEY REIN LLP

2

1776 K Street, NW  
Washington, DC  20006  
Phone: 202.719.7240  
Fax: 202.719.7049

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on August 31, 2007.

/s/ Michael R. Gottfried  
Michael R. Gottfried (BBO# 542156)