UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS INSTITUTE OF TECHNOLOGY and REPLIGEN CORPORATION,<br><br>    Plaintiffs,<br><br>    v.<br><br>IMCLONE SYSTEMS INC.,<br><br>    Defendant. | Civil Action No.:  04-10884-RGS |

NOTICE OF MANUAL FILING

Notice is hereby given that Defendant ImClone's Opposition to Plaintiffs' Motion in Limine for the Court To Conduct An In Camera Review of Defendant's Redacted and Undisclosed Opinions of Counsel has been filed manually with the Court under seal on this 31st day of August, 2007.

Respectfully Submitted,

IMCLONE SYSTEMS INC.

By Its Attorneys,

Dated:  August 31, 2007

/s/ Michael R. Gottfried
  Michael R. Gottfried (BBO #542156)
  Anthony J. Fitzpatrick (BBO #564324)
  Christopher S. Kroon (BBO #660286)
  DUANE MORRIS LLP
  470 Atlantic Avenue, Suite 500
  Boston, MA 02210
  Phone: 857.488.4200
  Fax: 857.488.4201

  James H. Wallace, Jr. *(pro hac vice)*
  Mark A. Pacella (BBO #60255)
  Robert J. Scheffel *(pro hac vice)*
  Kevin P. Anderson *(pro hac vice)*
  WILEY REIN LLP

DM1\1183886.1

2

1776 K Street, NW  
Washington, DC 20006  
Phone: 202.719.7240  
Fax: 202.719.7049

### **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on August 31, 2007.

/s/ Michael R. Gottfried  
Michael R. Gottfried (BBO# 542156)