UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS INSTITUTE OF TECHNOLOGY and REPLIGEN CORPORATION,<br><br>      Plaintiffs,<br><br>  v.<br><br>IMCLONE SYSTEMS, INC.,<br><br>      Defendant. | Civil Action No. 04-10884-RGS |

## PLAINTIFFS' WITNESS LIST

| **PRESIDING JUDGE**<br>Honorable Richard J. Stearns | **PLAINTIFFS' ATTORNEY**<br>Juanita Brooks | **DEFENDANT'S ATTORNEY**<br>James Wallace |
|---|---|---|
| **TRIAL DATE**<br>September 10, 2007 | **COURT REPORTER** | **COURTROOM DEPUTY** |

| Pltf. No. | Date Offered | Admitted | Description of Witnesses |
|---|---|---|---|
| 1 | | | **Christopher Barry**<br>PricewaterhouseCoopers LLP<br>125 High Street<br>Boston, MA 02109<br><br>Mr. Barry will provide testimony consistent with his expert report regarding damages. |
| 2 | | | **Howard Bremer**<br>1106 Brookwood Road<br>Madison, WI  53711<br><br>Mr. Bremer may provide rebuttal testimony consistent with his expert report. |

| Pltf. No. | Date Offered | Admitted | Description of Witnesses |
|---|---|---|---|
| 3 | | | **William Dlouhy**<br>15 Oakridge Road<br>Allendale, NJ<br><br>Mr. Dlouhy may testify as to the matters discussed in the portions of his deposition designated by Plaintiffs. |
| 4 | | | **Irving Feit**<br>6900 Jericho Turnpike<br>Syosset, NY 11791<br><br>Mr. Feit may testify by deposition as to the matters discussed in the portions of his depositions designated by Plaintiffs. |
| 5 | | | **Thomas Gallagher**<br>450 North End Avenue<br>New York, NY 10282<br><br>Mr. Gallagher may testify as to the matters discussed in the portions of his depositions and in the portions of the September 27, 2006 evidentiary hearing designated by Plaintiffs. |
| 6 | | | **Stephen Gillies, Ph.D.**<br>EMD Lexigen Research Center<br>Bedford Campus<br>45 A Middlesex Turnpike<br>Billerica, MA 01821-13936<br><br>Dr. Gillies will testify as to his invention, his creation of the C225 cell line, and Defendants' use of both. |
| 7 | | | **John Gilly**<br>1055 Shun Pike Road<br>Cape May, NJ<br><br>Mr. Gilly may testify as to the matters discussed in the portions of his deposition designated by Plaintiffs. |
| 8 | | | **Michael Howerton**<br>808 Broadway<br>New York, NY<br><br>Mr. Howerton may testify by deposition as to the matters discussed in the portions of his depositions designated by Plaintiffs. |

| Pltf. No. | Date Offered | Admitted | Description of Witnesses |
|---|---|---|---|
| 9 | | | **John Landes**<br>39 Ivy Lane<br>Englewood, NJ<br><br>Mr. Landes may testify by deposition as to the matters designated in the portions of his deposition designated by Plaintiffs. |
| 10 | | | **Dale Lincoln Ludwig**<br>180 Variek Street<br>New York, NY 10014<br><br>Mr. Ludwig may testify as to the matters designated in the portions of his deposition designated by Plaintiffs. |
| 11 | | | **Lita Nelsen, Ph.D**<br>Massachusetts Institute of Technology<br>Five Cambridge Center, Kendall Square<br>Room NE25-230<br>Cambridge, MA 02142-1493<br><br>Dr. Nelsen will testify as to MIT and Plaintiffs' license of the technology, MIT's dealings with ImClone, MIT's dealings with the NIH and ImClone's infringement. |
| 12 | | | **Kevin Struhl**<br>Harvard Medical School<br>Department of Biological Chemistry and Molecular Pharmacology<br>Building C1, Room 315<br>240 Longwood Avenue<br>Boston, MA 02115<br><br>Dr. Struhl will provide testimony consistent with his expert reports and deposition regarding infringement and validity. |
| 13 | | | **Susumu Tonegawa, Ph.D.**<br>Massachusetts Institute of Technology<br>Director, Center for Learning and Memory<br>43 Vassar Street<br>Building 46, Room 5295<br>Cambridge, MA 02139-4308<br><br>Dr. Tonegawa will testify as to his invention. |
| 14 | | | **Harlan W. Waksal**<br>85 Stonebridge Road<br>Montclair, NJ 07042<br><br>Mr. Waksal will testify as to the matters discussed in the portions of his deposition designated by Plaintiffs. |

| Pltf. No. | Date Offered | Admitted | Description of Witnesses |
|---|---|---|---|
| 15 | | | **Samuel Waksal**<br>Two and a Half Mile Drive<br>Otisville, NY<br><br>Mr. Waksal will testify as to the matters discussed in the portions of his deposition designated by Plaintiffs. |
| 16 | | | **Daniel Witt**<br>Repligen Corporation<br>41 Seyon Street<br>Building #1, Suite 100<br>Waltham, MA 02453<br><br>Mr. Witt may testify as to Repligen's license, ImClone's infringement and willfulness. |

Dated: August 31, 2007

/s/ John C. Adkisson
John C. Adkisson (pro hac vice)
3300 Dain Rauscher Plaza
60 South Sixth Street
Minneapolis, MN 55402
Telephone: (612) 335-5070
Facsimile: (612) 288-9696

*Of Counsel*:

| | | |
|---|---|---|
| Gregory A. Madera | Jonathan E. Singer | Juanita Brooks |
| FISH & RICHARDSON P.C. | Michael J. Kane | FISH & RICHARDSON P.C. |
| 225 Franklin Street | William R. Woodford | 12390 El Camino Real |
| Boston, MA 02110-2804 | FISH & RICHARDSON P.C. | San Diego, CA 92130 |
| Telephone: (617) 542-5070 | 3300 Dain Rauscher Plaza | Telephone: (858) 678-5070 |
| Facsimile: (617) 542-8906 | 60 South Sixth Street | |
| | Minneapolis, Minnesota 55402 | |
| | Telephone: (612) 335-5070 | |
| | Facsimile: (612) 288-9696 | |

*Attorneys for Plaintiffs Massachusetts Institute of Technology & Repligen Corporation*

CERTIFICATE OF SERVICE

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on this 31st day of August, 2007.

                                          /s/ John C. Adkisson
                                          John C. Adkisson

60443916.doc