UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS INSTITUTE OF TECHNOLOGY and REPLIGEN CORPORATION,<br><br>      Plaintiffs,<br><br>  v.<br><br>IMCLONE SYSTEMS, INC.,<br><br>      Defendant. | Civil Action No. 04-10884-RGS |

## PLAINTIFFS' PROPOSED VERDICT FORM

The following is the Verdict in the case of Plaintiffs Massachusetts Institute of Technology and Repligen Corporation (MIT and Repligen) versus Defendant ImClone Systems, Inc. (ImClone) for infringement of United States Patent No. 4,663,281 (the '281 patent).

### INFRINGEMENT

1.    Do you find that MIT and Repligen have proven that it is more likely than not that ImClone has infringed the following claims of the '281 patent? ("Yes" is a finding for MIT and Repligen; "No" is a finding for ImClone.)

    Claim 10    Yes: _____    No: _____
    Claim 11    Yes: _____    No: _____
    Claim 12    Yes: _____    No: _____
    Claim 13    Yes: _____    No: _____
    Claim 15    Yes: _____    No: _____
    Claim 17    Yes: _____    No: _____
    Claim 18    Yes: _____    No: _____
    Claim 19    Yes: _____    No: _____
    Claim 20    Yes: _____    No: _____
    Claim 21    Yes: _____    No: _____
    Claim 22    Yes: _____    No: _____

**IF YOU ANSWERED "YES" TO ANY PART OF QUESTION 1, ANSWER QUESTION 2. OTHERWISE, GO TO QUESTION 3.**

2. Do you find that MIT and Repligen have proven by clear and convincing evidence that ImClone's infringement of the '281 patent was willful? ("Yes" is a finding for MIT and Repligen; "No" is a finding for ImClone.)

Yes: \_\_\_\_\_    No: \_\_\_\_\_

## **VALIDITY**

3. Do you find that ImClone has proven by clear and convincing evidence that the following claims of the '281 patent are invalid due to anticipation? ("Yes" is a finding for ImClone; "No" is a finding for MIT and Repligen.)

|  |  |  |
|---|---|---|
| Claim 10 | Yes: \_\_\_\_\_ | No: \_\_\_\_\_ |
| Claim 11 | Yes: \_\_\_\_\_ | No: \_\_\_\_\_ |
| Claim 12 | Yes: \_\_\_\_\_ | No: \_\_\_\_\_ |
| Claim 13 | Yes: \_\_\_\_\_ | No: \_\_\_\_\_ |
| Claim 15 | Yes: \_\_\_\_\_ | No: \_\_\_\_\_ |
| Claim 17 | Yes: \_\_\_\_\_ | No: \_\_\_\_\_ |
| Claim 18 | Yes: \_\_\_\_\_ | No: \_\_\_\_\_ |
| Claim 19 | Yes: \_\_\_\_\_ | No: \_\_\_\_\_ |
| Claim 20 | Yes: \_\_\_\_\_ | No: \_\_\_\_\_ |
| Claim 21 | Yes: \_\_\_\_\_ | No: \_\_\_\_\_ |
| Claim 22 | Yes: \_\_\_\_\_ | No: \_\_\_\_\_ |

4. Do you find that ImClone has proven by clear and convincing evidence that the following claims of the '281 patent are invalid due to obviousness? ("Yes" is a finding for ImClone; "No" is a finding for MIT and Repligen.)

    Claim 10    Yes: \_\_\_\_\_    No: \_\_\_\_\_
    Claim 11    Yes: \_\_\_\_\_    No: \_\_\_\_\_
    Claim 12    Yes: \_\_\_\_\_    No: \_\_\_\_\_
    Claim 13    Yes: \_\_\_\_\_    No: \_\_\_\_\_
    Claim 15    Yes: \_\_\_\_\_    No: \_\_\_\_\_
    Claim 17    Yes: \_\_\_\_\_    No: \_\_\_\_\_
    Claim 18    Yes: \_\_\_\_\_    No: \_\_\_\_\_
    Claim 19    Yes: \_\_\_\_\_    No: \_\_\_\_\_
    Claim 20    Yes: \_\_\_\_\_    No: \_\_\_\_\_
    Claim 21    Yes: \_\_\_\_\_    No: \_\_\_\_\_
    Claim 22    Yes: \_\_\_\_\_    No: \_\_\_\_\_

5. Do you find that ImClone has proven by clear and convincing evidence that the following claims of the '281 patent are invalid due to indefiniteness? ("Yes" is a finding for ImClone; "No" is a finding for MIT and Repligen.)

    Claim 10    Yes: \_\_\_\_\_    No: \_\_\_\_\_
    Claim 11    Yes: \_\_\_\_\_    No: \_\_\_\_\_
    Claim 12    Yes: \_\_\_\_\_    No: \_\_\_\_\_
    Claim 13    Yes: \_\_\_\_\_    No: \_\_\_\_\_
    Claim 15    Yes: \_\_\_\_\_    No: \_\_\_\_\_
    Claim 17    Yes: \_\_\_\_\_    No: \_\_\_\_\_
    Claim 18    Yes: \_\_\_\_\_    No: \_\_\_\_\_
    Claim 19    Yes: \_\_\_\_\_    No: \_\_\_\_\_
    Claim 20    Yes: \_\_\_\_\_    No: \_\_\_\_\_
    Claim 21    Yes: \_\_\_\_\_    No: \_\_\_\_\_
    Claim 22    Yes: \_\_\_\_\_    No: \_\_\_\_\_

6. Do you find that ImClone has proven by clear and convincing evidence that the following claims of the '281 patent are invalid due to lack of enablement? ("Yes" is a finding for ImClone; "No" is a finding for MIT and Repligen.)

| Claim | Yes | No |
|---|---|---|
| Claim 10 | _____ | _____ |
| Claim 11 | _____ | _____ |
| Claim 12 | _____ | _____ |
| Claim 13 | _____ | _____ |
| Claim 15 | _____ | _____ |
| Claim 17 | _____ | _____ |
| Claim 18 | _____ | _____ |
| Claim 19 | _____ | _____ |
| Claim 20 | _____ | _____ |
| Claim 21 | _____ | _____ |
| Claim 22 | _____ | _____ |

7. Do you find that ImClone has proven by clear and convincing evidence that the following claims of the '281 patent are invalid due to lack of written description? ("Yes" is a finding for ImClone; "No" is a finding for MIT and Repligen.)

| Claim | Yes | No |
|---|---|---|
| Claim 10 | _____ | _____ |
| Claim 11 | _____ | _____ |
| Claim 12 | _____ | _____ |
| Claim 13 | _____ | _____ |
| Claim 15 | _____ | _____ |
| Claim 17 | _____ | _____ |
| Claim 18 | _____ | _____ |
| Claim 19 | _____ | _____ |
| Claim 20 | _____ | _____ |
| Claim 21 | _____ | _____ |
| Claim 22 | _____ | _____ |

8. Do you find that ImClone has proven that it is more likely than not that plaintiffs' claim for damages should be barred by the doctrine of laches? ("Yes" is a finding for ImClone; "No" is a finding for MIT and Repligen.)

    Yes: _____   No: _____

9. Do you find that ImClone has proven that it is more likely than note that plaintiffs' claim in this lawsuit should be barred by the doctrine of equitable estoppel?

    Yes: _____   No: _____

**IF YOU HAVE FOUND THAT ANY CLAIM OF THE '281 PATENT IS INFRINGED IN QUESTION 1 (ANSWERED "YES") AND YOU HAVE NOT FOUND THAT CLAIM INVALID IN EITHER QUESTIONS 3, 4, 5, 6 OR 7 (ANSWERED "NO") , GO ON TO QUESTION 10. OTHERWISE, STOP HERE.**

## DAMAGES

10. What is the reasonable royalty rate that would have resulted from a hypothetical negotiation to compensate MIT and Repligen for the Erbitux® stockpile and what is the royalty base to which the royalty rate should be applied?

    Royalty Rate   _____%

    Erbitux® Stockpile   $ _____

11. What is the reasonable royalty rate that would have resulted from a hypothetical negotiation to compensate MIT and Repligen for the C225 Cell Bank and what is the royalty base to which the royalty rate should be applied?

    Royalty Rate   _____%

    C225 Cell Bank    $ _____

12.    What is the up-front payment that would have resulted from a hypothetical negotiation to compensate MIT and Repligen for the infringement of the '281 patent?

    Up-Front Payment    $ _____

    DATED:   _____    BY:  _____,
                                                                                           Jury Foreperson

Dated: August 31, 2007                     /s/ John C. Adkisson_____
                                                    John C. Adkisson (*pro hac vice*)
                                                    FISH & RICHARDSON P.C.
                                                    3300 Dain Rauscher Plaza
                                                    60 South Sixth Street
                                                    Minneapolis, MN 55402
                                                    Telephone: (612) 335-5070
                                                    Facsimile: (612) 288-9696

*Of Counsel*:

| | | |
|---|---|---|
| Gregory A. Madera | Jonathan E. Singer | Juanita Brooks |
| FISH & RICHARDSON P.C. | Michael J. Kane | FISH & RICHARDSON P.C. |
| 225 Franklin Street | William R. Woodford | 12390 El Camino Real |
| Boston, MA 02110-2804 | FISH & RICHARDSON P.C., P.A. | San Diego, CA 92130 |
| Telephone: (617) 542-5070 | 3300 Dain Rauscher Plaza | Telephone: (858) 678-5070 |
| Facsimile: (617) 542-8906 | 60 South Sixth Street | |
| | Minneapolis, Minnesota 55402 | |
| | Telephone: (612) 335-5070 | |
| | Facsimile: (612) 288-9696 | |

*Attorneys for Plaintiffs Massachusetts Institute of Technology & Repligen Corporation*

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on this 31st day of August, 2007.

/s/ John C. Adkisson
John C. Adkisson

60444433.doc