# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

MASSACHUSETTS INSTITUTE OF
TECHNOLOGY and REPLIGEN
CORPORATION,

        Plaintiffs,

   v.

IMCLONE SYSTEMS, INC.,

        Defendant.

Civil Action No. 04-10884-RGS

## JOINT EXHIBIT LIST

| PRESIDING JUDGE<br>Honorable Judge Stearns | PLAINTIFFS'<br>ATTORNEY<br>Juanita Brooks | DEFENDANT'S<br>ATTORNEY<br>James Wallace |
|---|---|---|
| TRIAL DATE<br>September 10, 2007 | COURT REPORTER | COURTROOM DEPUTY<br>Mary Johnson |

| Joint No. | Date Offered | Marked | Admitted | Description of Exhibits |
|---|---|---|---|---|
| 1 | | | | U.S. Patent No. 4,663,281 to Gillies et al. (Gillies004; Struhl003; Aaronson003) |
| 2 | | | | File History to U.S. Patent No. 4,663281 to Gillies et al. |
| 3 | | | | Cited references to U.S. Patent No. 4,663,281 to Gillies et al. |
| 4 | | | | US Patent # 4,349,629: Plasmid Vectors, Production and Use Thereof (MIT000179-MIT000201) |
| 5 | | | | US Patent # 4,371,625: Vectors for the insertion therein of foreign DNA fragments, according to any translation phase (MIT000202-MIT000212) |
| 6 | | | | US Patent # 4,374,927: Extrachromosomal Regulation of Expression (MIT000213-MIT000220) |
| 7 | | | | US Patent # 4,339,216: Processes for Inserting DNA into Eukaryotic Cells and for Producing Proteinaceous Materials (MIT000221-MIT000248) |
| 8 | | | | US Patent # 4,405,712: LTR-Vectors (MIT000249-MIT000258) |
| 9 | | | | US Patent # 4,418,149: Fused Hybrid Gene (MIT000259-MIT000262) |

| Joint No. | Date Offered | Marked | Admitted | Description of Exhibits |
|---|---|---|---|---|
| 10 | | | | European Patent Office: Publication # 0011562: Saccharomyces transformees par un plamid (MIT000263-MIT000274) |
| 11 | | | | European Patent Application # 0052002: Plasmid vectors, production and use thereof (MIT000275-MIT000356) |
| 12 | | | | European Patent Office: document related to Application # 0064681: Novel Recombinant DNA (MIT000357-MIT000378) |
| 13 | | | | European Patent Office: European Patent Specification, Publication Number 0067540: Microbial Gene Promoter/Operators (MIT000379-MIT000406) |
| 14 | | | | European Patent Specification, Publication Number 0072925: T4 DNA Fragment as a Stabilizer for Proteins Expressed as Cloned DNA (MIT000407-MIT000417) |
| 15 | | | | European Patent Office: European Patent Specification, Publication Number 0076037: Amplified Expression of DNA Sequences (MIT000418-MIT000433) |
| 16 | | | | European Patent Office: European Patent Specification, Publication Number 0077689: Method of Gene Manipulation Using a Eukaryotic Cell as the Host (MIT000434-MIT000481) |
| 17 | | | | WIPO International Patent Application, Publication # WO 81/02425: The Use of Eukaryotic Promoter Sequences in the Production of Proteinaceous Materials (MIT000482-MIT000586) |
| 18 | | | | WIPO International Patent Application, Publication # WO 82/00158: System for Amplification of Eukaryotic Genes (MIT000587-MIT000601) |
| 19 | | | | WIPO International Patent Application, Publication # WO 83/00702: Enhancement of Expression of Protein Synthesis in E. Coli (MIT000602-MIT000622) |
| 20 | | | | UK Patent Application GB2100738A: Recombinant DNA cloning vectors and the eukaryotic and prokaryotic transformants thereof (MIT000623-MIT000650) |
| 21 | | | | UK Patent Application GB2105344A: Preparation of polypeptides in vertebrate cell culture (MIT000653-MIT000672) |
| 22 | | | | Laimins et al., "Host specific activation of transcription by tandem repeats from simian virus 40 and moloney murine sarcoma virus" (MIT000673-MIT000678) |
| 23 | | | | Krueger et al., "Mud(Ap, 1ac)-Generated Fusions in Studies of Gene Expression" (MIT000679-MIT000684) |
| 24 | | | | Bentvelzen et al., "Interaction between host and viral genomes in mouse mammary tumors" (MIT000685-MIT000709) |

| Joint No. | Date Offered | Marked | Admitted | Description of Exhibits |
|---|---|---|---|---|
| 25 | | | | De Villiers et al., "A small segment of polyoma virus DNA enhances the expression of a cloned b-globin gene over a distance of 1400 base pairs" Nucleic Acids Research, Vol. 9:23, pp. 6251-6264, November 5, 1981. (MIT000710-MIT000719) |
| 26 | | | | Conrad et al., "Isolation and Characterization of Human DNA Fragments with Nucleotide Sequence homologies with the Simian Virus 40 Regulatory Region" Molecular and Cellular Biology, Vol. 2:8, pp. 949-965, 1982. (MIT000720-MIT000738) |
| 27 | | | | Weiher et al., "Multiple Point Mutations Affecting the Simian Virus 40 Enhancer" Science Vol. 219, pp. 626-631, 1983. (MIT000739-MIT000745) |
| 28 | | | | Banerji et al., "A lymphocyte-specific cellular enhancer is located downstream of the joining region in Immunoglobulin heavy chain genes" (MIT000746-MIT000758) |
| 29 | | | | Gillies et al. "A tissue-specific transcription enhancer element is located in the major intron of a rearranged immunoglobulin heavy chain gene" (REP000187-REP000198) |
| 30 | | | | Marx, "Immunoglobulin Genes Have Enhancers" Science, Vol. 221, pp. 735-737, 1983. (I03693-I03696) |
| 31 | | | | Banerji et al., "Expression of a B-Globin Gene is Enhanced by Remote SV40 DNA Sequences" Cell, Vol. 27, pp. 299-308, 1981. (I03697-I03707) |
| 32 | | | | Moreau, "The SV40 72 Base Repair Repeat has a Striking Effect on the Gene Expression both in SV40 and Other Chimeric Recombinants" Nucleic Acid Research, Vol. 9:22, pp. 6047, 1981. (I003708-I003731) |
| 33 | | | | Clinical Trials Agreement Between ImClone and the Division of Cancer Treatment, NCI for the Clinical Development of Chimeric Monoclonal Antibody 225 (I04233-I04238) |
| 34 | | | | License Agreement between the Regents of the University of California and ImClone Systems, Inc. dated April 9, 1993 (I04392-I04409) |
| 35 | | | | 3-17-88 Damon Proposal for Chimerization of C225 (I05084-I05130) |
| 36 | | | | Centocor License Effective Date January 24, 2005 (I10333-I10349) |
| 37 | | | | Cabilly Patent License between Genentech, Inc and ImClone; Effective Date January 25, 2005 (I10380-I10402) |
| 38 | | | | License Agreement between Rhone-Poulenc Rorer and ImClone Systems Inc (I007487-I007500) |
| 39 | | | | Development and License Agreement between ImClone Systems and Merck (I10417-I10490) |
| 40 | | | | Amendment #1 to BMS Agreement (I11885-I11896) |

| Joint No. | Date Offered | Marked | Admitted | Description of Exhibits |
|---|---|---|---|---|
| 41 | | | | Development, Promotion, Distribution and Supply Agreement Among E.R. Squibb & Sons, LLC, Bristol-Myers Squibb Company, and ImClone Systems Incorporated  (I11993-I12111) |
| 42 | | | | 2004 MIT Exclusive Patent License Agreement between Repligen and MIT (MIT001405-MIT001425) |
| 43 | | | | Damon MAO - NCI contract titled Production of Chimeric Monoclonal Antibody 225 for Treatment of Human Disease, September 30, 1989 (NIH000478-NIH000497) |
| 44 | | | | Damon MAO Technical Proposal - Production of Chimeric Monoclonal Antibody 225 for Treatment of Human Disease (NIH000669-NIH000734) |
| 45 | | | | Damon MAO Business Proposal - Production of Chimeric Monoclonal Antibody 225 for Treatment of Human Disease (NIH001089-NIH001124) |
| 46 | | | | MAO RFP for Production of C225 (NIH001126-NIH001162) |
| 47 | | | | ImClone-NCI Clinical Trials Agreement (I004233-I004238) (same as NIH002163-2168) |
| 48 | | | | Master Agreement Announcement (MAA) No. NCICM-87253-48 Title: Production of Chimeric Monoclonal Antibodies For Treatment of Human Disease submitted by Damon Biotech dated March 17, 1988 (REP000234-REP000310) |
| 49 | | | | Technical Proposal, Production of Chimeric Monoclonal Antibodies for Treatment of Human Disease, March 17, 1988 excerpts (REP000234-REP000263) |
| 50 | | | | NCI Award/Contract to Damon Biotech, Inc. (REP000360-REP000380) |
| 51 | | | | License Agreement between Damon Corporation and MIT (REP000435-REP000449) |
| 52 | | | | Sublicense agreement between Damon Corp. and Damon Biotech (REP001248-REP001252) |
| 53 | | | | First amendment to Damon / MIT agreement dated 1987 (REP001675-REP001675) |
| 54 | | | | 281 License from MIT to Damon 1984 (REP003570-REP003596) |
| 55 | | | | Abbott-Damon Merger Agreement, January 16, 1990 (REP003978-REP004042) (DTX634 has typo in bates range) |
| 56 | | | | Amendment No. 3 to Damon-MIT License Agreement, Feb. 9, 1989 (MIT000923-MIT000925) |
| 57 | | | | Amendment to the Licensing Agreement between Damon Corp. and MIT (MIT000928-MIT000928) |
| 58 | | | | License Agreement between MIT and Damon Corp., May 18, 1987 (MIT000930-MIT000944) |
| 59 | | | | License Agreement between MIT and Damon Biotech, Inc. (MIT001151-MIT001167) |

| Joint No. | Date Offered | Marked | Admitted | Description of Exhibits |
|---|---|---|---|---|
| 60 | | | | RepliGen's 1997 license offer to ImClone (REP000517-REP000531) |
| 61 | | | | Non-Exclusive Hudziak License Agreement (I10311-I10332) |
| 62 | | | | Form 10-K Filed March 15, 2004 (period: December 31, 2003) (I02105-I02253) |
| 63 | | | | Form 10K for the period ending December 31, 2004 (I18897-I19119) |
| 64 | | | | Form 10-K for the fiscal year ended March 31, 2004 (REP003756-REP003807) |
| 65 | | | | Form 10-K Filed March 31, 1998 (period: December 31, 1997) (I00584-I00698) |
| 66 | | | | Form 10-K Filed April 2, 2001 (period: December 31, 2000) (I00730-I00812) (same as I018664-18747) |
| 67 | | | | Form 10-K Filed April 1, 2002 (period: December 31, 2001) (I00911-I01180) |
| 68 | | | | Form 10-K Filed June 23, 2003 (period: December 31, 2002) (I01622-I01816) |
| 69 | | | | 10 K period ending Dec. 31, 1998 (I05534-I05656) |
| 70 | | | | 10 K period ending Dec. 31, 1999 (I05775-I05993) |
| 71 | | | | SEC Docs Form 10-K March 30, 2000 (period: Dec 31, 1999) (I15241-I15460) |
| 72 | | | | SEC Docs Form 10-K March 31, 1999 (period: Dec 31, 1998) (I16768-I16891) |
| 73 | | | | 10 K period ending Dec. 31, 2005 (I54220-I54311) |
| 74 | | | | 10 K period ending Dec. 31, 2006 (I54405-I054574) |
| 75 | | | | ImClone 10-Qs for quarter ended March 31, 2002. (I018391-I018663) |
| 76 | | | | Immunomedics, Inc. 10-K for fiscal year ended December 31, 1997 |
| 77 | | | | Press Release (Feb. 12, 2004) ERBITUX -Cetuximab- receives DFA approval (2000-2004) (I02828-I02831) |
| 78 | | | | Not Used |
| 79 | | | | Press Release: ImClone Initiates Phase Ibiza Clinical Trials for Lean Cancer Therapeutic, C225 dated May 24, 1995   (I004446-I004447) |
| 80 | | | | Press Release (Nov. 1, 2001) Announce completion of rolling biologics license application filing for ERBITUX (I02579-I02580) |
| 81 | | | | Press Release (Aug. 14, 2001) Second Quarter 2001 Financial Results (I02586-I02589) |
| 82 | | | | Press Release (Jun. 28, 2001) Initiates Filing of rolling biologic license application with the FDA for IMC-C225 (I02592-I02593) |
| 83 | | | | Press Release (May 11, 2001) Reports First Quarter 2001 financial results (I02610-I02612) |
| 84 | | | | Press Release (March 26, 2001) presents preclinical data on anti-tumor activity of IMC-C225 (I02627-I02628) |

| Joint No. | Date Offered | Marked | Admitted | Description of Exhibits |
|---|---|---|---|---|
| 85 | | | | Press Release (Feb. 1, 2001) Receives fast track designation for IMC-C225 from FDA (I02635-I02635) |
| 86 | | | | Molecular Cloning: A Laboratory Manual, Second Edition (REP012001-REP012114) |
| 87 | | | | Shulman et al., "A better cell line for making hybridomas secreting specific antibodies" (REP012138-REP012141) |
| 88 | | | | Cook et al., "Somatic mutation in cultured mouse myeloma cell affects antigen binding" (REP015232-REP015236) |
| 89 | | | | Fromm et al., "Deletion mapping of DNA regions required for SV40 early region promoter function in vivo" (REP015237-REP015262) |
| 90 | | | | Fromm et al., "Transcription in vivo from SV40 early deletion mutants without repression by large T antigen" (REP015263-REP015272) |
| 91 | | | | Picard et al., "Correct Transcription of a cloned mouse immunoglobulin gene in vivo" Biochemistry, Vol. 10, pp. 417-421, Jan. 1983 |
| 92 | | | | Alt et al., "Immunoglobulin heavy-chain expression and class switching in a murine leukaemia cell line," Nature vol. 296, March 25, 1982 |
| 93 | | | | Fujita et al., "Regulation of Human Interleukin-2 Gene: Functional DNA Sequences in the 5' Flanking Region for the Gene Expression in Activated T Lymphocytes" Cell, Vol. 46, pp. 401-407, Aug. 1, 1986. (I050426-I050433) |
| 94 | | | | Boss, "Enhancer Elements in Immunoglobulin Genes" Nature, Vol. 303, pp. 281-282, 1983. (I07467-I07468) |
| 95 | | | | Gillies et al., "Cell type-specific enhancer element associated with a mouse MHC gene, Eb" (I07435-I07438) |
| 96 | | | | Oi et al., "Immunoglobulin Gene Expression in Transformed Lymphoid Cells" 1983 (MIT000852-MIT000856) |
| 97 | | | | Naramura, Gillies, et al., "Therapeutic potential of chimeric and murine antI (epidermal growth factor antibodies in a metastsis model for human melanoma" (REP000146-REP000154) |
| 98 | | | | Miller et al., "Guanine Phosphoribosyltransferase from Escherichia coli Specificity and Properties" (REP015273-REP015282) |
| 99 | | | | Page et al., "The location of purine phosphoribosyltransferase activities in Escheria Coli" (REP015283-REP015292) |
| 100 | | | | Not used. |
| 101 | | | | Final Report: Production of Chimeric Monoclonal Antibody 225 For Treatment of Human Disease by Steven Gillies (I05299-I05315) |
| 102 | | | | 1-11-94 ImClone check request for Steven Gillies (I07309-I07310) |

| Joint No. | Date Offered | Marked | Admitted | Description of Exhibits |
|---|---|---|---|---|
| 103 | | | | ImClone License to Schlessinger patent from Rhone-Polenc Rorer (I07487-I07500) |
| 104 | | | | Bulk Material Log (I23276-I23277) |
| 105 | | | | Not used. |
| 106 | | | | Not used. |
| 107 | | | | Not used. |
| 108 | | | | Cloning and Expression of Chimeric Antibodies by Gillies and Lo (REP011820-REP011864) |
| 109 | | | | Letter from Gilly to Gillies dated August 16, 1993 (I012156) |
| 110 | | | | Letter from Gilly to Gillies dated August 27, 1993 (I012155) |
| 111 | | | | Letter from Gillies to Gilly dated September 1, 1993 (I012145) |
| 112 | | | | 1999 Annual Report (I02482-I02489) |
| 113 | | | | Letter from the General Counsel, Arthur Smith to Leroy Randall at the Department of Health, Education and Welfare, Oct. 16, 1984  (MIT000902-MIT000905) |
| 114 | | | | Letter from Damon Corporation to the Patent, Copyright and Licensing Office at MIT, July 1, 1987 (MIT000926-MIT000927) |
| 115 | | | | Letter from MIT to Abbott concerning Abbott's possible default of the Licensing Agreement for the 281 patent, April 21, 2004 (MIT000945-MIT000945) |
| 116 | | | | Letter from MIT to Abbott Labs, March 12, 2004 (MIT000946-MIT000947) |
| 117 | | | | Letter from Abbott to MIT regarding royalty sales, may 20, 1993 (MIT000956-MIT000956) |
| 118 | | | | 4-21-87 Letter from Nutter, McClennan & Fish re Licensing Agreement with Damon Biotech, Inc. (MIT001033-MIT001036) |
| 119 | | | | 03/10/1987 Letter from Damon to MIT re royalty report (MIT001070-MIT001070) |
| 120 | | | | 05/25/1984 Letter from MIT to Damon (MIT001101-MIT001101) |
| 121 | | | | Email from Witt to Nelsen re Enhancer Technology dated 16 July 1997 (MIT001191-MIT001191) |
| 122 | | | | Letter including $10,000 check from Repligen dated 08/26/1997 (MIT001195-MIT001195) |
| 123 | | | | 02/10/1992 Letter from MIT to Jarvis (MIT001394-MIT001395) |
| 124 | | | | 01/10/1995 Internal MIT Email re exclusive patent license (MIT001433-MIT001433) |
| 125 | | | | Original Tonegawa grant notice (MIT001463-MIT001482) |
| 126 | | | | 05/05/1983 Letter from Tonegawa to Oi re article publication (MIT001670-MIT001670) |

| Joint No. | Date Offered | Marked | Admitted | Description of Exhibits |
|---|---|---|---|---|
| 127 | | | | Letter from Daniel Witt, the Vice President of Business Development at RepliGen to Dr. Al Gray, the Director of Technology and Assessment at Abbott Laboratories (REP000231-REP000232) |
| 128 | | | | Fax from D. Wit to Dr. Hans Hansen (?) re: Gillies Patent (REP000511-REP000511) |
| 129 | | | | Letter from Daniel Witt, the Vice President of Business Development at RepliGen, to John Landes, the Vice President of Business Development at ImClone Systems (REP000512 -REP000515) |
| 130 | | | | Not used. |
| 131 | | | | Not used. |
| 132 | | | | Letter from MIT to Damon with executed copy of second amendment (REP001221-REP001223) |
| 133 | | | | Response to the outstanding rejection to DBH-466-MIT Case 3832-U.S. Serial No. 592,231- Gilllies et al Enhanced Production of Proteinaceous Materials in Eukaryotic Cells  (REP001309-REP001315) |

Date:  August 31, 2007

s/ John C. Adkisson
John C. Adkisson (*pro hac vice*)
3300 Dain Rauscher Plaza
60 South Sixth Street
Minneapolis, MN 55402
Telephone:  (612) 335-5070
Facsimile:  (612) 288-9696

*Of Counsel*:

| | | |
|---|---|---|
| Gregory A. Madera | Jonathan E. Singer | Juanita Brooks |
| FISH & RICHARDSON P.C. | Michael J. Kane | FISH & RICHARDSON P.C. |
| 225 Franklin Street | John C. Adkisson | 12390 El Camino Real |
| Boston, MA 02110-2804 | FISH & RICHARDSON P.C. | San Diego, CA 92130 |
| Telephone:  (617) 542-5070 | 3300 Dain Rauscher Plaza | Telephone:  (858) 678-5070 |
| Facsimile:  (617) 542-8906 | 60 South Sixth Street | |
| | Minneapolis, Minnesota 55402 | |
| | Telephone:  (612) 335-5070 | |
| | Facsimile:  (612) 288-9696 | |

*Attorneys for Plaintiffs Massachusetts Institute of Technology & Repligen Corporation*

Dated:  August 31, 2007

s/ Mark A. Pacellla_____
James H. Wallace, Jr.
Mark A. Pacella
Robert J. Scheffel
Kevin P. Anderson
WILEY REIN LLP
1776 K Street, NW
Washington DC  20006
Phone: 202.719.7240
Fax: 202.719.7049

Michael R. Gottfried (BBO # 542156)
Anthony J. Fitzpatrick (BBO # 564324)
Christopher S. Kroon (BBO # 660286)
DUANE MORRIS LLP
470 Atlantic Avenue, Suite 500
Boston, MA 02210
Phone: 857.488.4200
Fax: 857.488.4201

*Attorneys for Defendant*

*ImClone Systems Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that this document was served on attorneys for ImClone Systems, Inc. on August 31, 2007 via email pursuant to the parties' service agreement.

s/ John C. Adkisson
John C. Adkisson