UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS INSTITUTE OF TECHNOLOGY and REPLIGEN CORPORATION,<br><br>       Plaintiffs,<br><br>       v.<br><br>IMCLONE SYSTEMS INC.,<br><br>       Defendant. | Civil Action No.:  04-10884-RGS |

## IMCLONE'S WITNESS LIST

Pursuant to the Court's June 11, 2007 Order, Fed. R. Evid. 26(a)(3)(A), and the agreement between the parties, Defendant-Counterclaim Plaintiff ImClone Systems Inc. ("ImClone") identifies the following witnesses whom ImClone expects to present, or who may testify, at trial.

The identification of these witnesses is not to be deemed a representation that the witness will be brought to trial or made available for trial, and the fact that a witness was identified may not be used in seeking to compel his or her attendance at trial.  Additionally, the identification of witnesses that may be called live, does not preclude ImClone from calling these witnesses by deposition, to the extent they are beyond the subpoena power of the Court.  ImClone reserves the right to call additional witnesses, to call as a live witness any witness brought to trial by plaintiffs, and to rely on plaintiffs' live or designated testimony.

WITNESSES EXPECTED TO TESTIFY IN PERSON

| **Name & City or Town of Residence and State or Business Institutional Address** |
|---|
| Stuart Aaronson, M.D.<br>Department of Oncological Sciences<br>Mt. Sinai School of Medicine |

| |
|---|
| One Gustave L. Levy Place<br>Box 1130<br>New York, NY 10029 |
| Marion Stewart<br>NERA Economic Consulting<br>50 Main Street<br>White Plains, NY 10606 |

## WITNESSES WHO MAY BE CALLED TO TESTIFY IN PERSON

| **Name & City or Town of Residence and State or Business Institutional Address** |
|---|
| William Dloughy<br>ImClone Systems Inc.<br>33 ImClone Drive<br>Branchburg, NJ 08876 |
| Dr. Hamanti Dorai<br>Centocor, Inc.<br>800/850 Ridgeview Drive<br>Horsham, PA 19044 |
| Irving Feit, Esq.<br>Hoffman & Baron LLP<br>6900 Jericho Turnpike<br>Syosset, NY 11791 |
| Thomas C. Gallagher, Esq.<br>New York, NY |
| Dr. John Alexander Gilly<br>Cape May, NJ |
| Michael Howerton<br>Fernandina Beach, FL |
| John Landes, Esq.<br>Sag Harbor, NY |
| Dale Lincoln Ludwig<br>ImClone Systems Inc. |

| |
|---|
| 33 ImClone Drive<br>Branchburg, NJ 08876 |
| Dan Velez<br>ImClone Systems Inc.<br>33 ImClone Drive<br>Branchburg, NJ 08876 |
| Samuel David Waksal<br>Milan, MI |
| Harlan Waksal<br>Montclair, NJ |

## WITNESSES WHO MAY TESTIFY BY DEPOSITION

| **Name & City or Town of Residence and State or Business Institutional Address** |
|---|
| William Dlouhy<br>ImClone Systems Inc.<br>33 ImClone Drive<br>Branchburg, NJ 08876 |
| Dr. Hamanti Dorai<br>Centocor, Inc.<br>800/850 Ridgeview Drive<br>Horsham, PA 19044 |
| Irving Feit, Esq.<br>Hoffman & Baron LLP<br>6900 Jericho Turnpike<br>Syosset, NY 11791 |
| Thomas C. Gallagher, Esq.<br>New York, NY |
| Dr. John Alexander Gilly<br>Cape May, NJ |
| Michael Howerton<br>Fernandina Beach, FL |
| John Landes, Esq.<br>Sag Harbor, NY |

| |
|---|
| Dale Lincoln Ludwig<br>ImClone Systems Inc.<br>33 ImClone Drive<br>Branchburg, NJ 08876 |
| Samuel David Waksal<br>Milan, MI |
| Harlan Waksal<br>Montclair, NJ |
| Dr. Stephen D. Gillies<br>Carlisle, MA |
| Dr. Susumu Tonegawa<br>Massachusetts Institute of Technology<br>77 Massachusetts Avenue<br>Cambridge, MA 02139-4307 |
| Dr. Daniel Witt<br>Repligen Corporation<br>41 Seyon Street<br>Building #1, Suite 100<br>Waltham, MA 02453 |
| Edmund Pitcher, Esq.<br>Flagship Ventures<br>150 Cambridgepark Drive<br>10th Floor<br>Cambridge, MA 02140 |
| Dr. Alice Gast<br>President<br>Lehigh University<br>27 Memorial Drive West<br>Bethlehem, PA 18015 |
| Lita Nelsen<br>Director of the Technology License Office<br>Massachusetts Institute of Technology<br>97 Cambridge Street<br>Winchester, MA 01890 |
| Karin Rivard, Esq.<br>Goulsston & Storrs |

| |
|---|
| 400 Atlantic Ave.<br>Boston, MA 02110-3333 |
| B. Jean Weidemier<br>Sherborn, MA |

|  |  |
|---|---|
|  | Respectfully Submitted, |
|  | IMCLONE SYSTEMS, INC. |
|  | By Its Attorneys, |
| Dated: August 31, 2007 | /s/ Michael R. Gottfried<br>Michael R. Gottfried (BBO #542156)<br>Anthony J. Fitzpatrick (BBO #564324)<br>Christopher S. Kroon (BBO #660286)<br>DUANE MORRIS LLP<br>470 Atlantic Avenue, Suite 500<br>Boston, MA 02210<br>Phone: 857.488.4200<br>Fax: 857.488.4201 |
|  | James H. Wallace, Jr. *(pro hac vice)*<br>Mark A. Pacella (BBO #60255)<br>Robert J. Scheffel *(pro hac vice)*<br>Kevin P. Anderson *(pro hac vice)*<br>WILEY REIN LLP<br>1776 K Street, NW<br>Washington, DC 20006<br>Phone: 202.719.7240<br>Fax: 202.719.7049 |

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that a true copy of the foregoing document was served, by hand, upon the attorneys of record for the plaintiffs on August 31, 2007.

/s/ Michael R. Gottfried
Michael R. Gottfried