## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS INSTITUTE OF TECHNOLOGY and REPLIGEN CORPORATION,<br><br>      Plaintiffs,<br><br>      v.<br><br>IMCLONE SYSTEMS INC.,<br><br>      Defendant. | Civil Action No.: 04-10884-RGS |

### NOTICE OF MANUAL FILING

Notice is hereby given that ImClone's Trial Memorandum has been filed manually with the Court under seal on this 31st day of August, 2007.

                                          Respectfully Submitted,

                                          IMCLONE SYSTEMS INC.

                                          By Its Attorneys,

Dated: August 31, 2007

                                        /s/ Michael R. Gottfried
                                          Michael R. Gottfried (BBO #542156)
                                          Anthony J. Fitzpatrick (BBO #564324)
                                          Christopher S. Kroon (BBO #660286)
                                          DUANE MORRIS LLP
                                          470 Atlantic Avenue, Suite 500
                                          Boston, MA 02210
                                          Phone: 857.488.4200
                                          Fax: 857.488.4201

                                          James H. Wallace, Jr. *(pro hac vice)*
                                          Mark A. Pacella (BBO #60255)
                                          Robert J. Scheffel *(pro hac vice)*
                                          Kevin P. Anderson *(pro hac vice)*
                                          WILEY REIN LLP
                                          1776 K Street, NW
                                          Washington, DC  20006
                                          Phone: 202.719.7240
                                          Fax: 202.719.7049

DM1\1184216.1

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on August 31, 2007.

/s/ Michael R. Gottfried
Michael R. Gottfried (BBO# 542156)

DM1\1184216.1