UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MASSACHUSETTS INSTITUTE OF
TECHNOLOGY and REPLIGEN
CORPORATION,

        Plaintiffs,

  v.

IMCLONE SYSTEMS, INC.,

        Defendant.

Civil Action No. 04-10884-RGS

**IMCLONE'S PROFFERED STIPULATION AS TO COMMERCIAL VIAL SHIPMENTS**

      ImClone proffers the stipulation attached as Exhibit 16 to the Second Declaration of Mark Pacella regarding vials of Erbitux produced from C225 cells accused of infringement by Plaintiffs' various theories.  This stipulation will reduce or eliminate the need for the damages experts to present extensive evidence such as inventory reports which would otherwise require presentation and testimony to the jury.

      The stipulation is largely based on Plaintiffs' own Supplement Expert Report served on August 10, 2007.  Plaintiffs have not identified any inaccuracies in the stipulation.  However, Plaintiffs refuse to adopt the stipulation because they assert the ability to include Erbitux from cells produced after patent expiration that their expert previously identified as non-infringing.

      Plaintiffs filed a motion in limine on post-expiration cell banks and ImClone responded. To the extent Plaintiffs' motion is denied, this stipulation should significantly reduce the time testimony needed by both parties' damages experts.

                                              Respectfully Submitted,

                                              IMCLONE SYSTEMS, INC.

                                              By Its Attorneys,

Dated: August 31, 2007                 /s/ Michael R. Gottfried
                                              Michael R. Gottfried (BBO #542156)
                                              Anthony J. Fitzpatrick (BBO #564324)
                                              Christopher S. Kroon (BBO #660286)
                                              DUANE MORRIS LLP
                                              470 Atlantic Avenue, Suite 500
                                              Boston, MA 02210
                                              Phone: 857.488.4200
                                              Fax: 857.488.4201

                                              James H. Wallace, Jr. *(pro hac vice)*
                                              Mark A. Pacella (BBO #60255)
                                              Robert J. Scheffel *(pro hac vice)*
                                              Kevin P. Anderson *(pro hac vice)*
                                              WILEY REIN LLP
                                              1776 K Street, NW
                                              Washington, DC 20006
                                              Phone: 202.719.7240
                                              Fax: 202.719.7049

### **CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that a true copy of the foregoing document was served, by hand, upon the attorneys of record for the plaintiffs on August 31, 2007.

                                              /s/ Michael R. Gottfried
                                              Michael R. Gottfried