UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MASSACHUSETTS INSTITUTE OF
TECHNOLOGY and REPLIGEN
CORPORATION,

       Plaintiffs,

  v.

IMCLONE SYSTEMS, INC.,

       Defendant.

Civil Action No. 04-10884-RGS

### IMCLONE'S OBJECTIONS TO PLAINTIFFS' WITNESS LIST

    ImClone objects to Plaintiffs' designation of the following witness:

1.    Mr. Howard Bremmer, Esq.

                              Respectfully Submitted,

                              IMCLONE SYSTEMS, INC.

                              By Its Attorneys,

Dated: August 31, 2007        /s/ Michael R. Gottfried
                                        Michael R. Gottfried (BBO #542156)
                                        Anthony J. Fitzpatrick (BBO #564324)
                                        Christopher S. Kroon (BBO #660286)
                                        DUANE MORRIS LLP
                                        470 Atlantic Avenue, Suite 500
                                        Boston, MA 02210
                                        Phone: 857.488.4200
                                        Fax: 857.488.4201

                                        James H. Wallace, Jr. *(pro hac vice)*
                                        Mark A. Pacella (BBO #60255)
                                        Robert J. Scheffel *(pro hac vice)*
                                        Kevin P. Anderson *(pro hac vice)*
                                        WILEY REIN LLP
                                        1776 K Street, NW
                                        Washington, DC 20006
                                        Phone: 202.719.7240
                                        Fax: 202.719.7049

## **CERTIFICATE OF SERVICE**

      I, the undersigned, hereby certify that a true copy of the foregoing document was served, by hand, upon the attorneys of record for the plaintiffs on August 31, 2007.

                                          /s/ Michael R. Gottfried
                                          Michael R. Gottfried