UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS INSTITUTE OF TECHNOLOGY and REPLIGEN CORPORATION,<br><br>       Plaintiffs,<br><br>       v.<br><br>IMCLONE SYSTEMS, INC.,<br><br>       Defendant. | Civil Action No. 04-10884-RGS |

**PLAINTIFFS' INITIAL DEPOSITION DESIGNATIONS**

Plaintiffs Massachusetts Institute of Technology and Repligen Corporation respectfully submit their initial deposition designations.  Plaintiffs reserve the right to use additional deposition testimony.  Plaintiffs also reserve the right to designate additional testimony as rebuttal to ImClone Systems, Inc.'s deposition designations.  Plaintiffs also reserve the right to designate additional testimony from this Court's September 26, 2006 evidentiary hearing.

| DEPONENT | DATE | PAGE/LINE RANGE |
|---|---|---|
| William Dlouhy | July 21, 2005 | 6:13-14; 17-20 |
| | | 7:10-18 |
| | | 7:23-8:6 |
| | | 11:13-24 |
| | | 12:1-15 |
| | | 184:5-186:2 |
| | | 190:4-12 |
| | | 190:24-191:11 |
| | | |
| Irving N. Feit | April 5, 2005 | 11:8-13 |
| | | 20:2-21:8 |
| | | 22:21-23:10; 23:14-20 |
| | | 24:3-12 |
| | | 35:22-36:15 |
| | | 38:9-39:25 |
| | | 41:17-42:4 |
| | | 42:19-43:3 |
| | | 43:24-44:2 |
| | | 54:24-55:1; 55:5-16 |
| | | 65:10-13 |
| | | 66:1-13 |
| | | 71:10-22 |
| | | 77:3-15 |
| | | 78:24-79:4; 79:8-14 |
| | | 98:24-99:8 |
| | | 100:5-11; 100:18-101:9 |
| | | 105:3-11 |
| | | 106:8-12 |
| | | 107:1-2 |
| | | 109:21-111:23 |
| | | 124:7-125:9 |
| | | 126:9-25 |
| | | 127:2-128:6 |
| | | 128:22-129:25 |
| | | 131:4-132:10 |
| | | 133:23-134:5 |
| | | 136:21-137:23 |
| | | |
| Irving N. Feit | February 22, 2006 | 157:3-6 |
| | | 166:4-6; 10-12; 22-25 |
| | | 177:7-22 |
| | | 178:10-17 |
| | | 181:17-183:19 |
| | | 186:24-187:13 |
| | | 193:1-10 |
| | | 197:5-15 |
| | | 205:15-208:3 |
| | | 210:5-8 |

| DEPONENT | DATE | PAGE/LINE RANGE |
|---|---|---|
| | | 215:11-16 |
| | | 215:23-217:1 |
| | | 221:3-20 |
| | | 222:3-14 |
| | | 223:5-11 |
| | | 223:24-224:2 |
| | | 227:23-229:3 |
| | | 230:11-21 |
| | | 233:18-25 |
| | | 235:12-23 |
| | | 236:18-237:4 |
| | | 241:9-14 |
| | | 253:17-254:4 |
| | | 261:21-262:18 |
| | | 263:17-264:4 |
| | | 269:15-21 |
| | | 274:22-275:8; 275:19-22 |
| | | 277:8-278:1 |
| | | 279:19-280:1 |
| | | |
| Thomas Gallagher | September 28, 2005 | 6:9-7:15 |
| | | 9:5-10:13 |
| | | 11:6-7 |
| | | 12:10-13:8 |
| | | 13:14-25 |
| | | 14:12-19 |
| | | 15:2-11 |
| | | 24:6-17 |
| | | 25:17-26:12 |
| | | 29:12-25 |
| | | 33:18-35:1 |
| | | 36:24-38:6 |
| | | 38:22-39:9 |
| | | 39:19-40:8 |
| | | 41:3-12 |
| | | 42:10-44:11 |
| | | 44:15-46:5 |
| | | 46:9-47:11 |
| | | 47:19-50:2 |
| | | 51:12-54:9 |
| | | 54:19-55:7 |
| | | 56:22-57:4 |
| | | 59:22-60:5 |
| | | 60:20-61:1 |
| | | 61:6-62:9 |
| | | 63:19-22 |
| | | 64:5-8 |
| | | 64:24-65:3 |
| | | 66:4-13 |

| DEPONENT | DATE | PAGE/LINE RANGE |
|---|---|---|
| | | 66:21-67:7 |
| | | 67:11-68:2 |
| | | 68:19-69:7 |
| | | 69:14-17 |
| | | 77:25-78:14 |
| | | 112:15-19 |
| | | 112:25-113:10 |
| | | 113:19-22 |
| | | 114:7-15 |
| | | 115:8-14 |
| | | 121:17-20 |
| | | 122:24-25 |
| | | 128:21-23 |
| | | 143:12-14 |
| | | 146:6-16 |
| | | 147:4-16 |
| | | 147:22-148:8 |
| | | 157:17-158:6 |
| | | 195:19-196:15 |
| Thomas Gallagher | November 16, 2005 | 8:1-3 |
| | | 9:22-10:3 |
| | | 10:15-11:16 |
| | | 21:23-22:13 |
| | | 22:22-23 |
| | | 26:2-11 |
| | | 27:18-28:5 |
| | | 28:13-22 |
| | | 29:10-22 |
| | | 40:23-41:1 |
| | | 41:16-22 |
| | | 47:1-12 |
| | | 47:21-48:1 |
| | | 48:18-49:2 |
| | | 49:13-20 |
| | | 50:7-15 |
| | | 53:2-21 |
| | | 56:11-57:12 |
| | | 67:19-68:1 |
| | | 69:1-14 |
| | | 72:14-23 |
| | | 91:23-92:9 |
| | | 92:13-15 |
| | | 93:18-25 |
| | | 106:23-107:5 |
| | | 107:19-25 |
| | | 110:18-24 |
| | | 111:12-17 |
| | | 121:19-122:13 |

| DEPONENT | DATE | PAGE/LINE RANGE |
|---|---|---|
| | | 123:3-31 |
| | | 130:20-131:1 |
| | | 131:24-132:4 |
| | | 132:8-12; 17-22 |
| Thomas Gallagher | September 26, 2006 (Sanctions Hearing) | 105:20-107:10 |
| | | 107:23-108:4 |
| | | 108:14-21 |
| | | 109:9-12 |
| | | 112:10-20 |
| | | 113:19-25 |
| | | 114:2-117:2 |
| | | 117:13-129:21 |
| | | 130:3-17 |
| | | 132:15-133:3 |
| | | 134:22-135:17 |
| John Gilly | July 28, 2005 | 7:9-15 |
| | | 9:12-16 |
| | | 10:11-23 |
| | | 62:20-63:9 |
| | | 66:7-8 |
| | | 67:12-22 |
| | | 69:15-18 |
| | | 70:1-6 |
| | | 73:24-74:5 |
| | | 74:23-75:2 |
| | | 75:9-13 |
| | | 77:8-12 |
| | | 78:11-19 |
| | | 79:17-23 |
| | | 82:4-10 |
| | | 82:20-83:10 |
| | | 83:12-15 |
| | | 84:11-20 |
| | | 84:23-85:2 |
| | | 85:16-86:6 |
| | | 97:23-98:21 |
| | | 99:8-10 |
| | | 99:17-18 |
| | | 99:20-100:12 |
| | | 102:4-18 |
| | | 109:14-110:4 |
| | | 111:13-112:9 |
| | | 120:4-11 |
| | | 123:8-22 |
| | | 124:12-18 |

| DEPONENT | DATE | PAGE/LINE RANGE |
|---|---|---|
| John B. Landes | March 30, 2005 | 10:2-8 |
| | | 14:8-10 |
| | | 14:15-15:4 |
| | | 15:24-16:2 |
| | | 17:11-25 |
| | | 19:9-17 |
| | | 25:9-17 |
| | | 25:24-26:11 |
| | | 27:13-28:10 |
| | | 29:10-12 |
| | | 31:4-32:6 |
| | | 39:8-41:9 |
| | | 53:22-54:3 |
| | | 61:22-64:16 |
| | | 66:4-21 |
| | | 68:3-15 |
| | | 69:12-16 |
| | | 69:24-70:18 |
| | | 71:4-8 |
| | | 72:5-16 |
| | | 76:19-77:8 |
| | | 79:4-12 |
| | | 81:2-10 |
| | | 82:8-18 |
| | | 82:22-83:12 |
| | | 86:9-87:22 |
| | | 87:25-89:6 |
| | | 95:15-97:12 |
| | | 103:23-104:2 |
| | | 106:1-21 |
| | | 107:15-24 |
| | | 109:2-5; 10-24 |
| | | 111:18-112:2 |
| | | 115:15-116:13 |
| | | 118:20-119:1 |
| | | 120:19-121:2 |
| | | 122:17-123:4 |
| | | 125:17-126:8 |
| | | 127:16-22 |
| | | 128:2-5 |
| John B. Landes | February 23, 2006 | 138:10-13 |
| | | 145:2-16 |
| | | 145:23-146:4 |
| | | 147:3-24 |
| | | 148:19-149:6 |
| | | 149:10-17 |
| | | 149:19-150:12 |
| | | 151:4-13 |

| DEPONENT | DATE | PAGE/LINE RANGE |
|---|---|---|
| | | 151:21-152:4 |
| | | 152:10-16 |
| | | 155:21-158:12 |
| | | 158:14-159:18 |
| | | 160:7-13 |
| | | 161:18-163:9 |
| | | 167:19-21 |
| | | 168:17-170:5; 170:13-19 |
| | | 171:11-16 |
| | | 172:9-21 |
| | | 175:13-176:4 |
| | | 176:10-177:6 |
| | | 182:3-183:11 |
| | | 183:16-18 |
| | | 185:7-9 |
| | | 186:5-187:22 |
| | | 188:12-190:5 |
| | | 191:3-23 |
| | | 193:1-8 |
| | | 197:15-16 |
| | | 198:3-10 |
| | | 199:19-22 |
| | | 200:6-17 |
| | | 201:5-10 |
| | | 205:12-18 |
| | | 206:15-207:1 |
| | | 208:3-7 |
| | | 209:21-210:14 |
| | | 213:5-214:15 |
| | | 214:22-24 |
| | | 217:8-23 |
| | | 218:15-220:21 |
| | | 228:1-7 |
| | | 230:9-231:1 |
| | | 232:1-15 |
| | | 234:12-16 |
| | | 234:18-235:3 |
| | | 235:23-236:18 |
| | | 238:6-239:14; 21-240:3 |
| | | 240:24-241:11 |
| | | 243:5-245:18 |
| | | 246:14-247:25 |
| | | 249:7-250:5 |
| | | 250:19-251:14 |
| | | 254:1-255:5 |
| | | 261:9-262:4 |
| | | 267:22-268:12 |
| | | 270:11-271:20 |
| | | 277:19-278:9 |

| DEPONENT | DATE | PAGE/LINE RANGE |
|---|---|---|
| Dale Lincoln Ludwig | July 29, 2005 | 6:11-7:10 |
| | | 14:23-16:11 |
| | | 16:18-22 |
| | | 18:8-24 |
| | | 31:8-32:3 |
| | | 47:22-25 |
| | | 48:2-10 |
| | | 50:20-25 |
| | | 52:2-57:7 |
| | | 57:13-18 |
| | | 58:1-64:6 |
| | | 66:20-67:9 |
| | | 73:13-19 |
| | | 78:7-17 |
| | | 86:8-18 |
| | | 87:25-89:3 |
| | | 97:11-98:6 |
| | | 98:16-21 |
| | | 102:2-25 |
| | | 103:5-14 |
| | | 111:14-112:25 |
| | | 114:22-25 |
| | | 115:2-23 |
| | | 118:20-120:8 |
| Harlan Waksal | July 14, 2005 | 8:11-15 |
| | | 9:17-23 |
| | | 10:10-19 |
| | | 14:21-15:1 |
| | | 17:20-18:17 |
| | | 19:6-10 |
| | | 25:9-21 |
| | | 26:9-16 |
| | | 29:18-30:14 |
| | | 31:12-32:4 |
| | | 34:10-35:2 |
| | | 35:11-36:2 |
| | | 36:11-37:22 |
| | | 40:7-10 |
| | | 68:6-69:16 |
| | | 87:12-88:22 |
| | | 89:2-22 |
| | | 91:3-92:11 |
| | | 94:2-12 |
| | | 97:1-99-16 |
| | | 108:1-13 |
| | | 123:16-124:23 |
| | | 125:13-127:15 |

| DEPONENT | DATE | PAGE/LINE RANGE |
|---|---|---|
| | | 136:1-137:22 |
| | | 139:1-10; 16-18 |
| | | 140:5-15 |
| | | 141:5-12 |
| | | 162:7-23 |
| | | 162:25-164:3 |
| | | 165:21-69:19 |
| | | 171:3-17 |
| | | 171:24-172:1 |
| | | 172:23-174:2 |
| | | 175:9-25 |
| | | 176:23-177:1 |
| | | 177:9-178:2 |
| | | 178:20-21 |
| | | 178:24-179:21 |
| | | 182:7-183:1 |
| | | 183:25-184:8 |
| | | 188:14-17 |
| | | 190:15-18 |
| | | 191:2-14 |
| | | 202:1-3 |
| | | 203:6-10 |
| | | 210:9-15 |
| | | |
| Samuel Waksal | August 30, 2005 | 5:17-18 |
| | | 18:10-19:5 |
| | | 20:9-21:4 |
| | | 22:10-13 |
| | | 31:12-32:8 |
| | | 32:22-25 |
| | | 36:19-39:14 |
| | | 39:21-40:6 |
| | | 43:13-44:17 |
| | | 46:16-47:13 |
| | | 49:4-19 |
| | | 52:8-9 |
| | | 52:17-55:2 |
| | | 58:22-59:3 |
| | | 59:16-60:8 |
| | | 60:13-14 |
| | | 60:20-61:16 |
| | | 63:7-20 |
| | | 63:24-64:9 |
| | | 65:12-18 |
| | | 66:11-68:7 |
| | | 71:5-15 |
| | | 76:17-77:5 |
| | | 77:8-78:7 |
| | | 82:7-22 |

| DEPONENT | DATE | PAGE/LINE RANGE |
|---|---|---|
| | | 83:20-85:21 |
| | | 87:11-88:15 |
| | | 89:4-90:3 |
| | | 90:6-91:12 |
| | | 92:25-93:6 |
| | | 94:13-22 |
| | | 95:17-96:24 |
| | | 98:4-17 |
| | | 101:10-15 |
| | | 103:24-104:17 |
| | | 105:14-107:13 |
| | | 107:19-21 |
| | | 108:5-109:18 |
| | | 111:12-24 |
| | | 112:21-25 |
| | | 113:2-8 |
| | | 116:20-118:5 |
| | | 127:2-4 |
| | | 137:10-139:2 |
| | | 140:8-141:3 |
| | | 149:25-150:10 |
| Michael Howerton | August 5, 2005 | 6:25-7:2 |
| | | 9:24-10:1 |
| | | 11:10-21 |
| | | 12:3-20 |
| | | 15:4-16 |
| | | 15:22-16:11 |
| | | 30:5-32:20 |
| | | 51:24-53:14 |
| | | 61:24-67:6 |
| | | 182:18-183:6 |
| | | 185:20-187:4 |
| | | 232:8-233:10 |

Dated:  August 31, 2007

/s/ John C. Adkisson
John C. Adkisson (*pro hac vice*)
3300 Dain Rauscher Plaza
60 South Sixth Street
Minneapolis, MN 55402
Telephone:  (612) 335-5070
Facsimile:  (612) 288-9696

*Of Counsel*:

| | | |
|---|---|---|
| Gregory A. Madera | Jonathan E. Singer | Juanita Brooks |
| FISH & RICHARDSON P.C. | Michael J. Kane | FISH & RICHARDSON P.C. |
| 225 Franklin Street | William R. Woodford | 12390 El Camino Real |
| Boston, MA 02110-2804 | FISH & RICHARDSON P.C. | San Diego, CA 92130 |
| Telephone: (617) 542-5070 | 3300 Dain Rauscher Plaza | Telephone: (858) 678-5070 |
| Facsimile: (617) 542-8906 | 60 South Sixth Street | |
| | Minneapolis, Minnesota 55402 | |
| | Telephone: (612) 335-5070 | |
| | Facsimile: (612) 288-9696 | |

*Attorneys for Plaintiffs Massachusetts Institute of Technology & Repligen Corporation*

CERTIFICATE OF SERVICE

    I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on this 31st day of August, 2007..

/s/ John C. Adkisson
John C. Adkisson

60443316.doc