## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS INSTITUTE OF TECHNOLOGY and REPLIGEN CORPORATION,<br><br>        Plaintiffs,<br><br>    v.<br><br>IMCLONE SYSTEMS, INC.,<br><br>        Defendant. | Civil Action No. 04-10884-RGS |

## PLAINTIFFS' OBJECTIONS TO IMCLONE'S COUNTER-DESIGNATIONS

Pursuant to the Court's June 11, 2007 Order, Rule 26(a)(3) of the Federal Rules of Civil Procedure, the Local Rules for the District of Massachusetts, and the agreement of the parties regarding pretrial disclosures, Plaintiffs submit the following objections to the deposition designations identified in ImClone's initial deposition designations. Plaintiffs also submit their counter deposition designations.

### OBJECTIONS TO IMCLONE'S DEPOSITION DESIGNATIONS AND COUNTER DESIGNATIONS

In the tables below, Plaintiffs provide its objections to the portions of the deposition transcripts designated by ImClone on August 3, 2007. Plaintiffs also maintain any objections that were specifically raised in the designated depositions. Plaintiffs also provide their counter deposition designations in the tables below. These counter designations are an addition to those portions of the depositions designated by Plaintiffs on August 3, 2007.

## DEPOSITION OF IRVING N. FEIT

February 22, 2006

| IMCLONE'S DESIGNATION | PLAINTIFFS' OBJECTION | PLAINTIFFS' COUNTER-DESIGNATION | IMCLONE'S OBJECTIONS |
|---|---|---|---|
| 11:6-13 | | | |
| 20:2-21:10 | | 22:21-23:17 | |
| 187:8-17 | | | |
| 189:23-192:25 | F.R.E. 402, 403 191:20-192:5 atty colloquy | 193:1-10 | |
| 195:18-21 | | | |
| 196:10-18 | | | |
| 196:21-197:2 | | | |
| 211:5-14 | F.R.E. 602 | 211:18-25 | |
| 215:23-216:13 | | 216:14-217:1 | |
| 218:3-14 | | | |
| 234:1-235:6 | F.R.E. 402, 403 | | |
| 243:3-245:23 | F.R.E. 402, 403 | | |
| 247:16-249:1 | | | |
| 250:22-251:12 | | 251:13-24 | |

## DEPOSITION OF THOMAS GALLAGHER

30(b)(6) for ImClone
September 28, 2005

| IMCLONE'S DESIGNATION | PLAINTIFFS' OBJECTION | PLAINTIFFS' COUNTER-DESIGNATION | IMCLONE'S OBJECTIONS |
|---|---|---|---|
| 6:7-16 | | | |
| 6:17-21 | | | |
| 7:5-10 | | | |
| 8:14-19 | | | |
| 8:24-9:2 | | | |
| 9:8-11:7 | | 9:5-7 | |
| 12:10-15:18 | | | |
| 18:25-19:2 | | | |
| 19:4-7 | | | |
| 19:11-19:25 | | | |
| 20:3-10 | | 20:11-14 | |
| 21:2-3 | | | |
| 21:5-7 | | | |
| 21:9-11 | | | |
| 21:13-16 | | | |
| 112:15-19 | | | |
| 112:25-113:2 | | | |
| 113:19-22 | | | |
| 114:7-115:7 | | | |
| 115:21-116:9 | | 115:8-20 | |
| 117:4-6 | | | |
| 117:24 | | | |
| 118:5-119:9 | 118:5-14 atty colloquy | | |
| 119:21-120:1 | | | |
| 120:13-24 | | | |
| 121:17-20 | | | |
| 122:24-25 | | | |
| 123:1-123:10 | | | |
| 161:23-162:24 | 162:20-24 nonsequitur | | |
| 170:21-25 | | 170:17-20 | |
| 171:1-173:16 | 171:6-14 F.R.E. 602 172:17-173:11 foundation | | |
| 173:17-25 | 173:18-25 F.R.E. 602 | 174:1-5 | |
| 176:2-18 | F.R.E. 602 | | |
| 180:19-20 | | 179:20-180:18 | |
| 180:24-181:15 | | | |
| 195:14-21 | | | |
| 196:8-15 | | | |

## DEPOSITION OF THOMAS GALLAGHER

30(b)(6) for ImClone
November 16, 2005

| IMCLONE'S DESIGNATION | PLAINTIFFS' OBJECTION | PLAINTIFFS' COUNTER-DESIGNATION | IMCLONE'S OBJECTIONS |
|---|---|---|---|
| 8:1-17 | | 9:22-10:3 11:1-16 | |
| 14:15-16:4 | | 17:15-18:1 | |
| 26:8-22 | | | |
| 30:10 | nonsequitur | | |
| 35:24-36:8 | | | |
| 37:23-38:18 | | | |
| 42:14-43-5 | | 45:24-46:17 48:18-49:12 | |
| 49:14-17 | | 49:17-20 | |
| 51:23-52:7 | | 52:7-17 | |
| 52:18-53:22 | | | |
| 64:25-65:10 | | | |
| 65:17-66:2 | | | |
| 66:6-22 | | | |
| 85:4-86:11 | 86:2-10 F.R.E. 602 | | |
| 89:14-90:12 | | | |
| 94:8-96:1 | | 96:12-25 | |
| 101:4-24 | | | |
| 104:16-106:1 | | 106:4 | |
| 106:5-12 | | | |
| 106:13-107:19 | | | |
| 107:20-22 | | 107:23-25 | |

## DEPOSITION OF ALICE P. GAST

August 3, 2005

| IMCLONE'S DESIGNATION | PLAINTIFFS' OBJECTION | PLAINTIFFS' COUNTER-DESIGNATION | IMCLONE'S OBJECTIONS |
|---|---|---|---|
| 4:13-18 | | | |
| 5:2-19 | | 5:20-22 | |
| 6:14-7:6 | | | |
| 34:15-35:17 | | | |
| 41:19-42:6 | F.R.E. 402, 403 | 42:8-22 | |
| 42:23-43:22 | F.R.E. 402, 403 | 43:23-44:3 | |
| 44:4-5 | F.R.E. 402, 403 | 44:6-12 | |

## DEPOSITION OF STEPHEN D. GILLIES

July 29, 2005

| IMCLONE'S DESIGNATION | PLAINTIFFS' OBJECTION | PLAINTIFFS' COUNTER-DESIGNATION | IMCLONE'S OBJECTIONS |
|---|---|---|---|
| 8:9-12 | | | |
| 27:1-11 | | 33:1-34:17<br>38:6-39:8<br>47:3-12<br>54:2-12<br>70:13-17<br>71:3-19 | |
| 75:12-25 | | 74:25-75:11 | |
| 76:1-77:19 | | | |
| 88:3-102:23 | F.R.E. 402, 403 | 103:1-105:25 | |
| 106:18-108:15 | | | |
| 114:21-115:18 | | | |
| 116:2-116:25 | | | |
| 118:7-14 | | | |
| 119:8-11 | | | |
| 120:21-121:6 | | | |
| 121:24-128:1 | | | |
| 129:13-130:2 | | | |
| 144:7-146:3 | | 146:4-11 | |
| 147:23-148:5 | | 146:21-147:4<br>147:7<br>148:6-7 | |
| 161:24-162:2 | | 162:3-12 | |
| 162:22-163:8 | | | |
| 233:19-234:19 | | | |
| 235:19-24 | | 235:25-236:3 | |
| 236:4-13 | | 236:17-237:12 | |
| 237:13-16 | | 237:17-19 | |
| 241:7-15 | | | |
| 257:17-19 | | 255:22-256:6<br>271:17-272:3<br>276:23-277:11<br>277:15-24<br>278:20-23; 25<br>279:2-13<br>279:15-27<br>279:19-22<br>280:14-281:5<br>281:7-11<br>281:13-16<br>281:19-20<br>281:22-282:7 | |

## DEPOSITION OF STEPHEN D. GILLIES

August 17, 2005

| IMCLONE'S DESIGNATION | PLAINTIFFS' OBJECTION | PLAINTIFFS' COUNTER-DESIGNATION | IMCLONE'S OBJECTIONS |
|---|---|---|---|
| 374:2-375:13 | | | |

## DEPOSITION OF JOHN ALEXANDER GILLY

July 28, 2005

| IMCLONE'S DESIGNATION | PLAINTIFFS' OBJECTION | PLAINTIFFS' COUNTER-DESIGNATION | IMCLONE'S OBJECTIONS |
|---|---|---|---|
| 7:9-15 | | | |
| 9:12-10:10 | | | |
| 10:11-11:4 | | | |
| 12:22-13:2 | | | |
| 17:23-18:5 | | | |
| 28:16-29:2 | | | |
| 50:5-17 | | | |
| 51:5-52:16 | 51: 14-25:52:16 F.R.E. 402, 403 | | |
| 56:15-57:3 | | 59:8-14 | |
| 60:19-61:17 | | 61:18-19 | |
| 62:20-63:7 | | 63:8-9 | |
| 64:6-10 | | | |
| 72:8-9 | | 72:2-6 | |
| 74:3-25 | 74:3-9 F.R.E. 602 | | |
| 75:8-77:12 | 75:17-20 atty colloquy 75:22-25 atty colloquy 76:14-15 atty colloquy | | |
| 78:11-82:1 | | | |
| 82:3-83:10 | | | |
| 83:11-86:21 | 84:1-10 atty colloquy | 87:3-88:3 | |
| 91:15-17 | | 91:4-14 | |
| 91:18-92:17 | | | |
| 92:18-93:21 | | | |
| 96:2-97:22 | | | |
| 97:23-99:18 | 98:19-21 F.R.E. 602 | | |
| 99:19-100:12 | | | |
| 100:12-102:24 | | | |
| 102:25-106:11 | | | |
| 106:13-109:13 | | | |

6

| IMCLONE'S DESIGNATION | PLAINTIFFS' OBJECTION | PLAINTIFFS' COUNTER-DESIGNATION | IMCLONE'S OBJECTIONS |
|---|---|---|---|
| 109:14-112:19 | 112:10-21 atty colloquy | | |
| 112:20-113:20 | | | |
| 113:21-114:19 | | | |
| 114:20-115:15 | | | |
| 115:16-116:22 | | | |
| 118:13-119:13 | | | |
| 119:14-120:3 | | | |
| 120:4-121:11 | | | |
| 121:12-22 | | | |
| 121:23-122:2 | | 122:3-16 125:5-23 | |
| 129:2-24 | | | |
| 129:25-132:18 | | | |
| 132:19-135:8 | | | |
| 136:8-137:3 | | | |
| 138:12-139:1 | | | |
| 137:5-138:11 | | | |
| 139:2-140:9 | | | |
| 143:16-144:17 | | | |

## DEPOSITION OF MICHAEL HOWERTON

August 5, 2005

| IMCLONE'S DESIGNATION | PLAINTIFFS' OBJECTION | PLAINTIFFS' COUNTER-DESIGNATION | IMCLONE'S OBJECTIONS |
|---|---|---|---|
| 6:25-7:6 | | | |
| 10:2-5 | | 10:6-13 | |
| 11:10-11:21 | | | |
| 12:3-12:20 | | | |
| 14:24-15:2 | | | |
| 15:17-21 | | | |
| 15:22-16:11 | | | |
| 17:24-18:5 | | | |
| 19:20-21:3 | | | |
| 21:21-22:7 | | | |
| 23:7-23:19 | | 23:20-24:3 | |
| 24:4-24:12 | | 24:13-25:13 | |
| 25:14-26:12 | | | |
| 26:14-19 | | | |
| 26:20-25 | | | |
| 27:1-8 | | | |
| 29:3-30:4 | | 30:5-16 | |
| 32:21-33:21 | | | |
| 54:17-22 | | | |

| | | | |
|---|---|---|---|
| 55:6-8 | | | |
| 61:23-62:2 | | | |
| 63:2-5 | | | |
| 63:7-17 | | | |
| 63:19-64:4 | | 64:5-12 | |
| 65:7-10 | | | |
| 65:12-66:10 | | | |
| 99:9-100:2 | | | |
| 167:3-12 | | | |
| 167:15-22 | | | |
| 168:3-15 | | | |
| 168:22-169:12 | | | |
| 187:16-24 | | 187:25-188:5 | |
| 188:6-192:4 | | | |
| 210:14-21 | | 210:22-211:5 | |
| 211:22-212:4 | | | |
| 212:8-18 | | 212:22-25 | |
| 212:20-21 | | 213:7-8 | |
| 213:22-214:13 | | | |
| 216:24-217:5 | | | |

## DEPOSITION OF JOHN B. LANDES

March 30, 2005

| IMCLONE'S DESIGNATION | PLAINTIFFS' OBJECTION | PLAINTIFFS' COUNTER-DESIGNATION | IMCLONE'S OBJECTIONS |
|---|---|---|---|
| 10:2-8 | | | |
| 17:14-17:25 | | | |
| 19:9-19:20 | | | |
| 42:11-42:17 | | | |
| 55:6:16 | | | |
| 61:22-64:16 | | | |
| 66:4-11 | | | |
| 87:23-89:20 | | | |
| 89:21-92:16 | | 93:8-15 | |
| 99:6-99:17 | | | |
| 100:18-102:15 | | | |
| 104:3-104:21 | | | |
| 104:22-105:25 | F.R.E. 402, 403 | | |
| 106:1-106:3 | 106:1-2 F.R.E. 402, 403 | | |
| 107:2-107:24 | | | |
| 109:7-109:8 | | | |
| 109:25-111:2 | | | |
| 119:18-121:13 | | 121:14-122:6 | |
| 125:17-126:11 | | | |
| 127:14 -128:16 | 128:6-16 F.R.E. 402, 403 | | |

8

**DEPOSITION OF JOHN B. LANDES**

February 23, 2006

| IMCLONE'S DESIGNATION | PLAINTIFFS' OBJECTION | PLAINTIFFS' COUNTER-DESIGNATION | IMCLONE'S OBJECTIONS |
|---|---|---|---|
| 140:4-140:25 | | | |
| 142:10-142:22 | | 142:23-143:1 | |
| 143:22-145:1 | | 145:2-16 | |
| 145:17-146:4 | | 146:5-20 | |
| 147:3-148:10 | | | |
| 148:19-149:9 | | 149:10-25 | |
| 150:1-150:12 | | 150:13-21 | |
| 155:21-155:25 | | | |
| 157:7-157:17 | | | |
| 157:23-159:1 | | | |
| 163:10-164:19 | 163:18-25-164:19 F.R.E. 402, 403 | | |
| 167:17-167:22 | | | |
| 170:13-170:19 | | | |
| 180:23-181:21 | | | |
| 184:17-184:22 | | | |
| 185:7-185:11 | | 186:5-22 | |
| 186:23-187:22 | | | |
| 198:11-201:17 | | | |
| 212:6-212:11 | | | |
| 235:23-236:18 | | 234:15-235:22 | |
| 238:6-238:25 | | | |
| 256:14-256:21 | nonsequitur | 256:11-13 | |
| 261:9-262:4 | | | |
| 267:22-269:1 | | | |
| 273:8-274:17 | | | |

**DEPOSITION OF LITA L. NELSEN**

May 3, 2005

| IMCLONE'S DESIGNATION | PLAINTIFFS' OBJECTION | PLAINTIFFS' COUNTER-DESIGNATION | IMCLONE'S OBJECTIONS |
|---|---|---|---|
| 8:7-12 | | 9:10-18 | |
| 8:23-9:1 | | | |
| 14:6-8 | | 13:8-14:5 | |
| 15:10-24 | | 15:25-16:9 | |
| 16:10-18 | | | |
| 28:12-22 | F.R.E. 402, 403 | | |
| 29:4-15 | F.R.E. 402, 403 | | |
| 30:6-12 | F.R.E. 402, 403 | | |
| 30:23-31:4 | F.R.E. 402, 403 | | |

| IMCLONE'S DESIGNATION | PLAINTIFFS' OBJECTION | PLAINTIFFS' COUNTER-DESIGNATION | IMCLONE'S OBJECTIONS |
|---|---|---|---|
| 31:13-32:19 | | 32:20-33:23 | |
| 35:9-21 | | | |
| 37:1-10 | F.R.E. 402, 403 | | |
| 37:4-20 | F.R.E. 402, 403 | | |
| 38:14-39:7 | F.R.E. 402, 403 | | |
| 41:1-20 | F.R.E. 402, 403 | | |
| 42:2-43:2 | F.R.E. 402, 403 | 43:3-44-3 | |
| 52:18-53:5 | | 51:12-52:17 | |
| 53:17-54:7 | | | |
| 56:18-57:1 | | 57:2-9 | |
| 57:10-20 | | | |
| 58:10-15 | | 58:16-19 | |
| 63:8-18 | F.R.E. 602 | 63:19-24 | |
| 63:25-64:14 | F.R.E. 602 | 64:15-65:1 | |
| 65:2-13 | F.R.E. 402, 403 | | |
| 66:21-67:8 | F.R.E. 402, 403 | | |
| 67:10-23 | F.R.E. 402, 403 | 67:24-68:1 | |
| 73:6-18 | F.R.E. 402, 403 | 73:19-25 | |
| 74:1-16 | F.R.E. 402, 403 | | |
| 86:11-20 | | 86:21-87:8 | |
| 87:9-13 | | | |
| 87:22-23 | | 87:24-88:5 | |
| 88:6-18 | | | |
| 89:12-24 | | 89:25-90:19 | |
| 91:12-92:16 | | | |
| 94:1-95:15 | 95:4-7 F.R.E. 602 | | |
| 107:12-108:9 | | 108:10-24; 109:10-15 | |
| 122:15-24 | | | |
| 125:1-4 | F.R.E. 402, 403 | | |
| 138:11-18 | F.R.E. 402, 403 | | |
| 139:12-140:5 | F.R.E. 402, 403 | | |
| 140:15-21 | F.R.E. 402, 403 | | |
| 147:13-148:2 | | | |
| 149:25-150:15 | F.R.E. 402, 403 | 150:16-23 | |
| 150:24-151:5 | F.R.E. 402, 403 | | |
| 151:24-152:5 | F.R.E. 402, 403 | 152:6-153:5 | |
| 155:8-156:2 | F.R.E. 402, 403 | | |
| 160:11-14 | | 160:15-20 | |
| 161:15-20 | F.R.E. 402, 403, 602 | | |
| 162:21-163:12 | F.R.E. 402, 403 | | |
| 163:22-24 | F.R.E. 402, 403 | | |
| 172:16-20 | F.R.E. 402, 403 | 172:21-173:7 | |
| 173:8-24 | F.R.E. 402, 403 | | |

## DEPOSITION OF LITA L. NELSEN

(30(b)(6) Designee of MIT)
July 28, 2005

| IMCLONE'S DESIGNATION | PLAINTIFFS' OBJECTION | PLAINTIFFS' COUNTER-DESIGNATION | IMCLONE'S OBJECTIONS |
|---|---|---|---|
| 5:21-6:1 | | | |
| 8:7-9:7 | F.R.E. 402, 403 | 9:8-15 | |
| 9:16-24 | F.R.E. 402, 403 | | |
| 17:6-11 | F.R.E. 402, 403 | | |
| 17:12-18:16 | | 21:14-22:13 | |
| 22:14-18 | F.R.E. 402, 403 | | |
| 23:24-24:22 | | | |
| 25:20-26:8 | | | |
| 28:3-24 | | | |
| 31:1-7 | | | |
| 31:8-32:18 | | | |
| 39:1-19 | | | |
| 49:18-51:4 | 51:1-4 F.R.E. 602 | | |
| 52:9-53:7 | | 53:8; 15-18 | |
| 53:19-23 | | | |
| 53:19-54:11 | | | |
| 55:23-56:12 | | | |
| 66:8-67:11 | | | |

## DEPOSITION OF EDMUND R. PITCHER

June 8, 2005

| IMCLONE'S DESIGNATION | PLAINTIFFS' OBJECTION | PLAINTIFFS' COUNTER-DESIGNATION | IMCLONE'S OBJECTIONS |
|---|---|---|---|
| 10:11-14 | | | |
| 16:2-10 | | | |
| 85:11-18 | | 84:18-85:10<br>85:19-86:8<br>87:7-88:1<br>88:13-89:17 | |
| 162:10-163:25 | | | |

## DEPOSITION OF KARIN K. RIVARD

(individually and at times, as 30(b)(6) for MIT)
June 23, 2005

| IMCLONE'S DESIGNATION | PLAINTIFFS' OBJECTION | PLAINTIFFS' COUNTER-DESIGNATION | IMCLONE'S OBJECTIONS |
|---|---|---|---|
| 6:6-7:23 | | | |
| 11:1-22 | | | |
| 28:5-29:10 | F.R.E. 402, 403 | | |
| 29:15-30:12 | F.R.E. 402, 403 | 30:13-20 | |
| 31:15-32:5 | F.R.E. 402, 403 | 31:11-14 | |
| 33:6-34:1 | F.R.E. 402, 403 | 34:2-4 | |
| 35:20-36:11 | F.R.E. 402, 403 | 36:12-13; 20-24 | |
| 36:25-37:21 | F.R.E. 402, 403 | | |
| 38:15-39:24 | 39:2-24 F.R.E. 402, 403 | | |
| 40:10-14 | F.R.E. 402, 403 | | |
| 41:23-42:13 | F.R.E. 402, 403 | | |
| 56:13-57:2 | | 57:3 | |
| 62:10-63:4 | | | |
| 63:5-64:2 | | | |

## DEPOSITION OF SUSUMU TONEGAWA

April 31, 2005

| IMCLONE'S DESIGNATION | PLAINTIFFS' OBJECTION | PLAINTIFFS' COUNTER-DESIGNATION | IMCLONE'S OBJECTIONS |
|---|---|---|---|
| 8:12-15 | | | |
| 9:22-10:25 | | 11:1-12 12:4-10 | |
| 13:13-14:1 | | 12:25-13:5 14:2-4 | |
| 16:2-16 | | 15:5-16:1 18:12-19:1 | |
| 30:16-17 | | 29:16-30:9 | |
| 46:21-47:19 | | 45:20-46:20 | |
| 48:10-18 | | 47:20-48:9 50:17-51:10 54:5-23 | |
| 83:1-22 | | | |
| 83:23-84:3 | | | |
| 84:4-14 | | 149:7-150:11 | |
| 215:6-217:22 | | 217:23-218:10 | |
| 219:20-220:3 | | 221:18-222:23 | |
| 225:14-226:25 | | | |
| 227:4-228:23 | | 228:24-229:11 | |

## DEPOSITION OF HARLAN W. WAKSAL

July 14, 2005

| IMCLONE'S DESIGNATION | PLAINTIFFS' OBJECTION | PLAINTIFFS' COUNTER-DESIGNATION | IMCLONE'S OBJECTIONS |
|---|---|---|---|
| 8:9-15 | | 15:6-15 | |
| 10:20-11:1 | | | |
| 14:21-15:5 | | | |
| 16:14-17:12 | | | |
| 17:20-18:17 | | | |
| 19:3-10 | 19:6-10 F.R.E. 402, 403 | | |
| 20:6-14 | F.R.E. 402, 403 | | |
| 22:5-20 | F.R.E. 402, 403 | | |
| 25:3-21 | | | |
| 27:11-21 | | | |
| 29:18-31:4 | | | |
| 31:12-32:25 | | | |
| 34:10-35:2 | | | |
| 35:11-36:2 | | | |
| 46:10-17 | F.R.E. 402, 403 | | |
| 49:9-50:8 | | | |
| 55:5-16 | F.R.E. 602 | | |
| 55:24-56:4 | | | |
| 69:18-70:17 | | | |
| 75:21-76:7 | | | |
| 76:16-77:1 | | | |
| 77:15-78:5 | | 78:6-15 | |
| 91:3-24 | | | |
| 98:19-99:7 | | 99:8-16 | |
| 99:22-100:7 | | | |
| 111:21-112:8 | | | |
| 178:20-179:14 | | | |
| 182:7-183:7 | | | |
| 198:11-199:23 | | | |
| 203:6-204:15 | | 204:25-205:9 | |

## DEPOSITION OF SAMUEL D. WAKSAL

30(b)(6) for Imclone
08/30/2005

| IMCLONE'S DESIGNATION | PLAINTIFFS' OBJECTION | PLAINTIFFS' COUNTER- DESIGNATION | IMCLONE'S OBJECTIONS |
|---|---|---|---|
| 5:15-20 | | | |
| 12:8-13:22 | | 13:23-24 14:17-24 | |
| 16:5-13 | | | |
| 18:10-19:9 | | | |
| 22:6-15 | | | |
| 22:16-23:2 | | | |
| 24:12-25:19 | | | |
| 26: 17-27:14 | | | |
| 31:21-32:8 | | | |
| 33:1-5 | | | |
| 33:6-15 | 35:7-36:7 F.R.E. 802 | | |
| 36:25-37:11 | | 36:21-24 | |
| 34:25-36:20 | | | |
| 40:16-41:5 | | | |
| 43:13-44:13 | | 44:14-17 | |
| 46:19-23 | | 46:16-18 | |
| 49:11-19 | | | |
| 52:8-9 | | | |
| 52:15-18 | | 52:19-20 | |
| 52:25-54:15 | | 54:16-55:2 | |
| 56:2-57:25 | | | |
| 64:15-65:11 | | 65:12-21 | |
| 69:21-70:17 | | | |
| 82:7-83:8 | | 83:9-19 | |
| 135:6-136:24 | 135:14-21 F.R.E. 802 | | |
| 136:25-137:9 | | | |
| 137:10-138:13 | | | |
| 141:13-143:22 | | 143:23-144:1 | |

## DEPOSITION OF B. JEAN WEIDEMIER

July 28, 2005

| IMCLONE'S DESIGNATION | PLAINTIFFS' OBJECTION | PLAINTIFFS' COUNTER- DESIGNATION | IMCLONE'S OBJECTIONS |
|---|---|---|---|
| 4:11-23 | | | |
| 48:20-50:6 | | | |

**DEPOSITION OF DANIEL P. WITT**

April 13, 2005

| IMCLONE'S DESIGNATION | PLAINTIFFS' OBJECTION | PLAINTIFFS' COUNTER-DESIGNATION | IMCLONE'S OBJECTIONS |
|---|---|---|---|
| 6:8-14 | | 8:19-9:4<br>9:15-24 | |
| 14:8-13 | | | |
| 16:11-17:8 | 16:11-20; F.R.E. 402, 403<br>17:2-8; F.R.E. 402, 403 | | |
| 22:14-25:23 | | | |
| 25:1-3 | | | |
| 25:15-25 | | | |
| 27:10-28:13 | F.R.E. 402, 403 | | |
| 30:13-31:9 | F.R.E. 402, 403 | | |
| 31:17-32:7 | F.R.E. 402, 403 | 32:10-18 | |
| 33:5-23 | | | |
| 47:11-25 | F.R.E. 402, 403 | | |
| 52:23-53:10 | | | |
| 55:4-56:13 | F.R.E. 402, 403 | | |
| 60:13-61:22 | F.R.E. 402, 403 | | |
| 62:19-63:5 | F.R.E. 402, 403 | | |
| 63:21-64:16 | F.R.E. 402, 403 | | |
| 78:4-9 | | | |
| 81:10-82:13 | F.R.E. 402, 403 | | |
| 88:11-24 | | | |
| 98:24-99:11 | | | |
| 100:1-101:7 | | | |
| 108:12-109:8 | F.R.E. 402, 403 | | |
| 128:14-16 | F.R.E. 402, 403 | | |
| 146:14-148:7 | F.R.E. 402, 403 foundation | | |
| 148:15-149:5 | F.R.E. 402, 403, foundation | | |
| 151:16-22 | F.R.E. 402, 403, foundation | | |
| 187:9-188:5 | F.R.E. 402, 403, foundation | | |
| 188:23-190:14 | 189:1-23 F.R.E. 402, 403, foundation | | |
| 202:24-203:19 | | | |
| 210:21-211:6 | | | |
| 212:17-213:3 | | | |
| 218:21-219:4 | | | |
| 219:19-220:1 | | | |
| 220:12-221:1 | | | |
| 222:2-15 | | | |

## DEPOSITION OF DANIEL P. WITT

30(b)(6) for Repligen
August 11, 2005

| IMCLONE'S DESIGNATION | PLAINTIFFS' OBJECTION | PLAINTIFFS' COUNTER-DESIGNATION | IMCLONE'S OBJECTIONS |
|---|---|---|---|
| 31:7-25 | | | |
| 32:14-33:2 | | 32:1-8 | |
| 34:14-17 | | | |
| 41:3-11 | | | |
| 51:18-52:9 | 402, 403 | | |
| 87:9-88:16 | | | |

Date:  August 31, 2007

/s/ John C. Adkisson
John C. Adkisson (*pro hac vice*)
3300 Dain Rauscher Plaza
60 South Sixth Street
Minneapolis, MN 55402
Telephone:  (612) 335-5070
Facsimile:  (612) 288-9696

16

***Of Counsel*:**

| | | |
|---|---|---|
| Gregory A. Madera | Jonathan E. Singer | Juanita Brooks |
| FISH & RICHARDSON P.C. | Michael J. Kane | FISH & RICHARDSON P.C. |
| 225 Franklin Street | William R. Woodford | 12390 El Camino Real |
| Boston, MA 02110-2804 | FISH & RICHARDSON P.C. | San Diego, CA 92130 |
| Telephone:  (617) 542-5070 | 3300 Dain Rauscher Plaza | Telephone:  (858) 678-5070 |
| Facsimile:  (617) 542-8906 | 60 South Sixth Street | |
| | Minneapolis, Minnesota 55402 | |
| | Telephone:  (612) 335-5070 | |
| | Facsimile:  (612) 288-9696 | |

***Attorneys for Plaintiffs Massachusetts Institute of Technology & Repligen Corporation***

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on this 31st day of August, 2007..

/s/ John C. Adkisson
John C. Adkisson

60445659.doc

17