UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS INSTITUTE OF TECHNOLOGY and REPLIGEN CORPORATION,<br><br>        Plaintiffs,<br><br>  v.<br><br>IMCLONE SYSTEMS, INC.,<br><br>        Defendant. | Civil Action No. 04-10884-RGS |

**PLAINTIFFS' COUNTER DESIGNATIONS AND OBJECTIONS TO IMCLONE'S COUNTER-DESIGNATIONS**

Pursuant to the Court's June 11, 2007 Order, Rule 26(a)(3) of the Federal Rules of Civil Procedure, the Local Rules for the District of Massachusetts, and the agreement of the parties regarding pretrial disclosures, Plaintiffs submit the following objections to the counter deposition designations identified by ImClone. Plaintiffs also submit their counter deposition designations.

    1.    **OBJECTIONS TO IMCLONE'S COUNTER DESIGNATIONS**

In the tables below, Plaintiffs provide their objections to the portions of the deposition transcripts designated by ImClone on August 10, 2007. Plaintiffs also maintain any objections that were specifically raised in the designated depositions. Plaintiffs also provide their counter deposition designations in the tables below. These counter designations are an addition to those portions of the depositions previously designated by Plaintiffs.

| Deponent | Date of Deposition | Plaintiffs' Designation | Imclone's Objection | Imclone's Counter-Designation | Plaintiffs' Counter Designation and/or Objections to Imclone's Counter-Designation |
|---|---|---|---|---|---|
| William Dloughy | July 21, 2005 | 6:13-14; 17-20 | | | |
| | | 7:10-18 | | | |
| | | 7:23-8:6 | | | |
| | | 11:13-24 | | | |
| | | 12:1-15 | | | |
| | | 190:4-12 | | | |
| | | 190:24-191:11 | | | |
| Irving N. Feit | April 5, 2005 | 11:8-13 | | | |
| | | 20:2-21:8 | | | |
| | | 22:21-23:10; 23:14-20 | | | |
| | | 24:3-12 | | | |
| | | 35:22-36:15 | L, F, X | | |
| | | 38:9-39:25 | P, V | | |
| | | 41:17-42:4 | | | |
| | | 42:19-43:3 | V, U, Y | | |
| | | 43:24-44:2 | V, U, F | | |
| | | 54:24-55:1; 55:5-16 | F, I, L, R | 55:2-4 | |
| | | 65:10-13 | | | |
| | | 66:1-13 | | | |
| | | 71:10-22 | | | |
| | | 77:3-15 | I | 77:16-18 | |
| | | 78:24-79:4; 79:8-14 | F, I, LC, P, R | 79:15-18 | |
| | | 98:24-99:8 | | | |
| | | 100:5-11; 100:18-101:9 | L, M | | |
| | | 105:3-11 | | | |
| | | 106:8-12 | L, P | | |
| | | 107:1-2 | L, P, | | |
| | | 109:21-111:23 | F, P, L, V, U | | |
| | | 124:7-125:9 | F, R, U | | |
| | | 126:9-25 | F, I, L, R, U | | |
| | | 127:2-128:6 | F, I, R, U | 127:1 | |
| | | 128:22-129:25 | F, R, U | | |
| | | 131:4-132:10 | R, U | | |
| | | 133:23-134:5 | P, L, R, U, X | | |
| | | 136:21-137:23 | R, U | | |

2

| Deponent | Date of Deposition | Plaintiffs' Designation | Imclone's Objection | Imclone's Counter-Designation | Plaintiffs' Counter Designation and/or Objections to Imclone's Counter-Designation |
|---|---|---|---|---|---|
| Irving N. Feit | February 22, 2006 | 157:3-6 | | | |
| | | 166:4-6; 10-12; 22-25 | | | |
| | | 177:7-22 | I | 177:23-178:9 | 178:18-179:1 |
| | | 178:10-17 | | | |
| | | 181:17-183:19 | S | | |
| | | 186:24-187:13 | | | |
| | | 193:1-10 | | | |
| | | 197:5-15 | | | |
| | | 205:15-208:3 | | | |
| | | 210:5-8 | | | |
| | | 215:11-16 | | | |
| | | 215:23-217:1 | | | |
| | | 221:3-20 | R | | |
| | | 222:3-14 | | | |
| | | 223:5-11 | | | |
| | | 223:24-224:2 | | | |
| | | 227:23-229:3 | P, R, U | | |
| | | 230:11-21 | | | |
| | | 233:18-25 | P, R, U | | |
| | | 235:12-23 | | | |
| | | 236:18-237:4 | | | |
| | | 241:9-14 | I | 238:14-241:8 | 241:15-242:7 |
| | | 253:17-254:4 | | | |
| | | 261:21-262:18 | I, P, V, F | 262:20-263:16 | 262:19 |
| | | 263:17-264:4 | X | | |
| | | 269:15-21 | V | | |
| | | 274:22-275:8; 275:19-22 | I | 275:23-276:1 | |
| | | 277:8-278:1 | | | |
| | | 279:19-280:1 | V | | |
| | | | | | |
| Thomas Gallagher | September 28, 2005 | 6:9-7:15 | | | |
| | | 9:5-10:13 | | | |
| | | 11:6-7 | | | |
| | | 12:10-13:8 | | | |
| | | 13:14-25 | I | 14:1-11 | |
| | | 14:12-19 | I | 14:20-15:1 | |
| | | 15:2-11 | I | 15:12-18 | |
| | | 24:6-17 | R | | |
| | | 25:17-26:12 | R | | |
| | | 29:12-25 | V | | |
| | | 33:18-35:1 | V, LC | | |
| | | 36:24-38:6 | | | |
| | | 38:22-39:9 | | | |

3

| Deponent | Date of Deposition | Plaintiffs' Designation | Imclone's Objection | Imclone's Counter-Designation | Plaintiffs' Counter Designation and/or Objections to Imclone's Counter-Designation |
|---|---|---|---|---|---|
| | | 39:19-40:8 | | | |
| | | 41:3-12 | | | |
| | | 42:10-44:11 | | | |
| | | 44:15-46:5 | I, L, LC | 44:12-44:14; 46:6-8 | |
| | | 46:9-47:11 | | | |
| | | 47:19-50:2 | L | | |
| | | 51:12-54:9 | | | |
| | | 54:19-55:7 | | | |
| | | 56:22-57:4 | | | |
| | | 59:22-60:5 | | | |
| | | 60:20-61:1 | V, I | 61:2-5 | |
| | | 61:6-62:9 | R | | |
| | | 63:19-22 | | | |
| | | 64:5-8 | | | |
| | | 64:24-65:3 | A, F, H, V, L, X | | |
| | | 66:4-13 | A, F, H | | |
| | | 66:21-67:7 | A, F, H | | |
| | | 67:11-68:2 | V, I | 69:8-13 | |
| | | 68:19-69:7 | | | |
| | | 69:14-17 | V | | |
| | | 77:25-78:14 | R | | |
| | | 112:15-19 | | | |
| | | 112:25-113:10 | V, I | 113:11-18 | |
| | | 113:19-22 | P | | |
| | | 114:7-15 | I, P | 114:16-115:7 | |
| | | 115:8-14 | | | |
| | | 121:17-20 | | | |
| | | 122:24-25 | I | 123:1-10 | |
| | | 128:21-23 | R | | |
| | | 143:12-14 | | | |
| | | 146:6-16 | | | |
| | | 147:4-16 | | | |
| | | 147:22-148:8 | | | |
| | | 157:17-158:6 | | | |
| | | 195:19-196:15 | V, P, I | 195:14-18 | |
| | | | | | |
| Thomas Gallagher | November 16, 2005 | 8:1-3 | | | |
| | | 9:22-10:3 | | | |
| | | 10:15-11:16 | | | |
| | | 21:23-22:13 | I | 22:14-21 | |
| | | 22:22-23 | | | |
| | | 26:2-11 | | | |
| | | 27:18-28:5 | I | 28:6 | |

4

| Deponent | Date of Deposition | Plaintiffs' Designation | Imclone's Objection | Imclone's Counter-Designation | Plaintiffs' Counter Designation and/or Objections to Imclone's Counter-Designation |
|---|---|---|---|---|---|
| | | 28:13-22 | | | |
| | | 29:10-22 | | | |
| | | 40:23-41:1 | | | |
| | | 41:16-22 | | | |
| | | 47:1-12 | | | |
| | | 47:21-48:1 | | | |
| | | 48:18-49:2 | | | |
| | | 49:13-20 | | | |
| | | 50:7-15 | I | 51:22-52:6 | 50:22-51:13 |
| | | 53:2-21 | I | 53:22-54:4 | 54:5-23 |
| | | 56:11-57:12 | | | |
| | | 67:19-68:1 | | | |
| | | 69:1-14 | R, H | | |
| | | 72:14-23 | I | 70:9-16 | 72:7-13 |
| | | 91:23-92:9 | F, S | | |
| | | 92:13-15 | | | |
| | | 93:18-25 | | | |
| | | 106:23-107:5 | I | 107:6-18 | |
| | | 107:19-25 | | | |
| | | 110:18-24 | | | |
| | | 111:12-17 | | | |
| | | 121:19-122:13 | A, F, H, S | | |
| | | ==123:3-31== | A, F, H, S, I | | |
| | | 130:20-131:1 | | | |
| | | 131:24-132:4 | A, F, H, R, S | | |
| | | 132:8-12; 17-22 | A, H, R, S | | |
| | | | | | |
| Thomas Gallagher | September 26, 2006 (Sanctions Hearing) | 105:20-107:10 | R, U | | |
| | | 107:23-108:4 | R, U, I | 108:5-7 | |
| | | 108:14-21 | R, U | | |
| | | 109:9-12 | R, U, I | 109:1-8; 109:13 | |
| | | 112:10-20 | P. R, U | | |
| | | 113:19-25 | P, R, U | | |
| | | 114:2-117:2 | R, U | 117:3 | |
| | | 117:13-129:21 | R, U | | |
| | | 130:3-17 | R, U, I | 130:18-132:8 | |
| | | 132:15-133:3 | R, U | | |
| | | 134:22-135:17 | R, U | | |
| | | | | | |
| John Gilly | July 28, 2005 | 7:9-15 | | | |
| | | 9:12-16 | I | 9:17-10:10 | |

5

| Deponent | Date of Deposition | Plaintiffs' Designation | Imclone's Objection | Imclone's Counter-Designation | Plaintiffs' Counter Designation and/or Objections to Imclone's Counter-Designation |
|---|---|---|---|---|---|
| | | 10:11-23 | | | |
| | | 62:20-63:9 | | | |
| | | 66:7-8 | | | |
| | | 67:12-22 | F, H | | |
| | | 69:15-18 | | | |
| | | 70:1-6 | I | 69:19-25 | 70:1 |
| | | 73:24-74:5 | F, H | | |
| | | 74:23-75:2 | | | |
| | | 75:9-13 | | | |
| | | 77:8-12 | | | |
| | | 78:11-19 | | | |
| | | 79:17-23 | S | | |
| | | 82:4-10 | | | |
| | | 82:20-83:10 | F, H, S, V | | |
| | | 83:12-15 | | | |
| | | 84:11-20 | | | |
| | | 84:23-85:2 | | | |
| | | 85:16-86:6 | F, S, H, I | 86:7-8 | |
| | | 97:23-98:21 | F, H, S | | |
| | | 99:8-10 | | | |
| | | 99:17-18 | | | |
| | | 99:20-100:12 | F, H | | |
| | | 102:4-18 | S, I, V | 102:19-23 | |
| | | 109:14-110:4 | H, R | | |
| | | 111:13-112:9 | I, F, H, R, S | 110:5-111:12 | |
| | | 120:4-11 | A, F, H, R | | |
| | | 123:8-22 | F, H, R | | |
| | | 124:12-18 | F, H, R | | |
| | | | | | |
| John B. Landes | March 30, 2005 | 10:2-8 | | | |
| | | 14:8-10 | I | 14:11-14 | |
| | | 14:15-15:4 | I | 15:5-23 | |
| | | 15:24-16:2 | I | 16:3-17:10 | |
| | | 17:11-25 | | | |
| | | 19:9-17 | I | 19:18-20 | |
| | | 25:9-17 | | | |
| | | 25:24-26:11 | | | |
| | | 27:13-28:10 | | | |
| | | 29:10-12 | | | |
| | | 31:4-32:6 | I | 32:7-9 | |
| | | 39:8-41:9 | V | | |
| | | 53:22-54:3 | | | |
| | | 61:22-64:16 | | | |
| | | 66:4-21 | | | |

6

| Deponent | Date of Deposition | Plaintiffs' Designation | Imclone's Objection | Imclone's Counter-Designation | Plaintiffs' Counter Designation and/or Objections to Imclone's Counter-Designation |
|---|---|---|---|---|---|
| | | 68:3-15 | | | |
| | | 69:12-16 | H, I | 69:17-23 | |
| | | 69:24-70:18 | | | |
| | | 71:4-8 | S, V | | |
| | | 72:5-16 | | | |
| | | 76:19-77:8 | A | | |
| | | 79:4-12 | A, H, I | 78:13-14 | Object – incomplete passage |
| | | 81:2-10 | A, H | | |
| | | 82:8-18 | A, H | | |
| | | 82:22-83:12 | A, H | | |
| | | 86:9-87:22 | | | |
| | | 87:25-89:6 | | | |
| | | 95:15-97:12 | F, R, I | 97:13-98:5 | Object – F.R.E. 602 |
| | | 103:23-104:2 | I | 104:3-10; 104:16-21 | |
| | | 106:1-21 | | | |
| | | 107:15-24 | | | |
| | | 109:2-5; 10-24 | I, X | 109:6 | |
| | | 111:18-112:2 | X, P | | |
| | | 115:15-116:13 | X, I, P | 116:14-117:1 | |
| | | 118:20-119:1 | | | |
| | | 120:19-121:2 | | | |
| | | 122:17-123:4 | F, V, S | | |
| | | 125:17-126:8 | V, Q | | |
| | | 127:16-22 | | | |
| | | 128:2-5 | F, S, V | | |
| John B. Landes | February 23, 2006 | 138:10-13 | | | |
| | | 145:2-16 | | | |
| | | 145:23-146:4 | I | 145:17-20 | |
| | | 147:3-24 | I | 146:5-147:2 | |
| | | 148:19-149:6 | | | |
| | | 149:10-17 | I | 149:18 | |
| | | 149:19-150:12 | I | 150:13-18 | 150:19-21 |
| | | 151:4-13 | | | |
| | | 151:21-152:4 | I | 151:14-20 | |
| | | 152:10-16 | | | |
| | | 155:21-158:12 | | | |
| | | 158:14-159:18 | | | |
| | | 160:7-13 | | | |
| | | 161:18-163:9 | I | 160:14-161:17 | |
| | | 167:19-21 | | | |
| | | 168:17-170:5; | V, I | 170:24-171:10 | Object–F.R.E. 602 |

7

| Deponent | Date of Deposition | Plaintiffs' Designation | Imclone's Objection | Imclone's Counter-Designation | Plaintiffs' Counter Designation and/or Objections to Imclone's Counter-Designation |
|---|---|---|---|---|---|
| | | 170:13-19 | | | |
| | | 171:11-16 | | | |
| | | 172:9-21 | I, V | 172:22-175:12 | |
| | | 175:13-176:4 | I | 176:5-176:9 | |
| | | 176:10-177:6 | | | |
| | | 182:3-183:11 | | | |
| | | 183:16-18 | I | 183:19-185:6 | Object to 184:4-16 F.R.E. 602, 801 |
| | | 185:7-9 | | | |
| | | 186:5-187:22 | I | 187:23-188:11 | |
| | | 188:12-190:5 | I | 190:11-21 | |
| | | 191:3-23 | | | |
| | | 193:1-8 | I | 191:24-192:25 | |
| | | 197:15-16 | | | |
| | | 198:3-10 | I | | |
| | | 199:19-22 | I | 198:11-199:18; 199:23-200:5 | |
| | | 200:6-17 | I | 200:18-201:4 | |
| | | 201:5-10 | I, V | 201:11-17 | |
| | | 205:12-18 | | | |
| | | 206:15-207:1 | P, R, U | | |
| | | 208:3-7 | P, R, U | | |
| | | 209:21-210:14 | P, I, R, U | 210:15-211:16 | |
| | | 213:5-214:15 | | | |
| | | 214:22-24 | | | |
| | | 217:8-23 | | | |
| | | 218:15-220:21 | P, R, U | | |
| | | 228:1-7 | V | | |
| | | 230:9-231:1 | | | |
| | | 232:1-15 | | | |
| | | 234:12-16 | | | |
| | | 234:18-235:3 | | | |
| | | 235:23-236:18 | I | 235:4-22 | |
| | | 238:6-239:14; 21-240:3 | | | |
| | | 240:24-241:11 | | | |
| | | 243:5-245:18 | R, U | | |
| | | 246:14-247:25 | R, U | | |
| | | 249:7-250:5 | R, U | | |
| | | 250:19-251:14 | R, U | | |
| | | 254:1-255:5 | R, U | | |
| | | 261:9-262:4 | F, S, R, U | | |
| | | 267:22-268:12 | F, S, R, U, I | 273:8-274:17 | Object–F.R.E. 801 |
| | | 270:11-271:20 | F, S, R, U, I | 273:8-274:17 | Object–F.R.E. 801 |

| Deponent | Date of Deposition | Plaintiffs' Designation | Imclone's Objection | Imclone's Counter-Designation | Plaintiffs' Counter Designation and/or Objections to Imclone's Counter-Designation |
|---|---|---|---|---|---|
| | | 277:19-278:9 | | | |
| Dale Lincoln Ludwig | July 29, 2005 | 6:11-7:10 | | | |
| | | 14:23-16:11 | | | |
| | | 16:18-22 | I | 16:17-21 | Object–designation in error |
| | | 18:8-24 | I | 18:7 | |
| | | 31:8-32:3 | I | 32:4-33:1 | |
| | | 47:22-25 | | | |
| | | 48:2-10 | I | 48:11-16 | 48:17-25 |
| | | 50:20-25 | | | |
| | | 52:2-57:7 | V, X, U | | |
| | | 57:13-18 | | | |
| | | 58:1-64:6 | | | |
| | | 66:20-67:9 | | | |
| | | 73:13-19 | | | |
| | | 78:7-17 | | | |
| | | 86:8-18 | | | |
| | | 87:25-89:3 | F, S, V, U | | |
| | | 97:11-98:6 | F, S, I | 98:7-15 | |
| | | 98:16-21 | V, I | 98:22-24 | |
| | | 102:2-25 | | | |
| | | 103:5-14 | | | |
| | | 111:14-112:25 | | | |
| | | 114:22-25 | V, F, S | | |
| | | 115:2-23 | I | 115:1 | |
| | | 118:20-120:8 | | | |
| Harlan Waksal | July 14, 2005 | 8:11-15 | | | |
| | | 9:17-23 | | | |
| | | 10:10-19 | I | 10:20-11:1 | |
| | | 14:21-15:1 | | | |
| | | 17:20-18:17 | I | 19:3-5 | |
| | | 19:6-10 | I | 20:6-14; 22:5-20 | |
| | | 25:9-21 | I | 25:3-8 | |
| | | 26:9-16 | I | 27:11-21 | |
| | | 29:18-30:14 | I | 30:15-31:4 | |
| | | 31:12-32:4 | I | 32:5-32:24 | |
| | | 34:10-35:2 | | | |
| | | 35:11-36:2 | | | |
| | | 36:11-37:22 | | | |
| | | 40:7-10 | I | 38:14-39:7 | Object-F.R.E. 801 |
| | | 68:6-69:16 | | | |
| | | 87:12-88:22 | | | |

9

| Deponent | Date of Deposition | Plaintiffs' Designation | Imclone's Objection | Imclone's Counter-Designation | Plaintiffs' Counter Designation and/or Objections to Imclone's Counter-Designation |
|---|---|---|---|---|---|
| | | 89:2-22 | | | |
| | | 91:3-92:11 | | | |
| | | 94:2-12 | I | 93:6-94:1 | |
| | | 97:1-99:16 | I | 99:17-100:7; 111:21-112:8 | 111:14-20 |
| | | 108:1-13 | | | |
| | | 123:16-124:23 | | | |
| | | 125:13-127:15 | | | |
| | | 136:1-137:22 | I | 137:23-138:24 | Object-F.R.E. 402, 403 |
| | | 139:1-10; 16-18 | I, R | 139:11-15; 139:10-140:4 | |
| | | 140:5-15 | I, R | | |
| | | 141:5-12 | I, R | 141:13-24 | Object-F.R.E. 402, 403 |
| | | 162:7-23 | | | |
| | | 162:25-164:3 | I | 164:4-7 | |
| | | 165:21-69:19 | I | 165:20 | |
| | | 171:3-17 | | | |
| | | 171:24-172:1 | | | |
| | | 172:23-174:2 | | | |
| | | 175:9-25 | F, P, R, U | | |
| | | 176:23-177:1 | I | 176:14-26 | |
| | | 177:9-178:2 | I | 177:6-8 | |
| | | 178:20-21 | | | |
| | | 178:24-179:21 | F | | |
| | | 182:7-183:1 | I | 183:2-7 | |
| | | 183:25-184:8 | F, R, U | | |
| | | 188:14-17 | I | 188:18-190:14 | |
| | | 190:15-18 | | | |
| | | 191:2-14 | I, S | 191:15-25; 203:11-204:15 | 192:1-13 |
| | | 202:1-3 | I | 202:4-7 | |
| | | 203:6-10 | | | |
| | | 210:9-15 | R, U | | |
| | | | | | |
| Samuel Waksal | August 30, 2005 | 5:17-18 | | | |
| | | 18:10-19:5 | I | 19:6-9 | |
| | | 20:9-21:4 | | | |
| | | 22:10-13 | | | |
| | | 31:12-32:8 | | | |
| | | 32:22-25 | | | |
| | | 36:19-39:14 | I | 39:15-18 | |
| | | 39:21-40:6 | | | |
| | | 43:13-44:17 | | | |

10

| Deponent | Date of Deposition | Plaintiffs' Designation | Imclone's Objection | Imclone's Counter-Designation | Plaintiffs' Counter Designation and/or Objections to Imclone's Counter-Designation |
|---|---|---|---|---|---|
| | | 46:16-47:13 | | | |
| | | 49:4-19 | | | |
| | | 52:8-9 | | | |
| | | 52:17-55:2 | I | 52:15-16; 55:3-22 | 55:23-56:1 |
| | | 58:22-59:3 | | | |
| | | 59:16-60:8 | | | |
| | | 60:13-14 | | | |
| | | 60:20-61:16 | I | 61:17-63:6 | |
| | | 63:7-20 | | | |
| | | 63:24-64:9 | I | 63:21-23; 64:15-65:11 | 65:19-21 |
| | | 65:12-18 | | | |
| | | 66:11-68:7 | | | |
| | | 71:5-15 | F, S, R, U | | |
| | | 76:17-77:5 | F, H, I, R, U | 77:6-7 | |
| | | 77:8-78:7 | | | |
| | | 82:7-22 | I, R, U | 82:23-83:8 | 83:9-19 |
| | | 83:20-85:21 | R, U | | |
| | | 87:11-88:15 | R, U | | |
| | | 89:4-90:3 | R, U, I | 88:24-89:3 | |
| | | 90:6-91:12 | R, U | | |
| | | 92:25-93:6 | R, U | | |
| | | 94:13-22 | R, U | | |
| | | 95:17-96:24 | | | |
| | | 98:4-17 | R, U | | |
| | | 101:10-15 | R, U | | |
| | | 103:24-104:17 | R, U | | |
| | | 105:14-107:13 | R, U | | |
| | | 107:19-21 | R, U | | |
| | | 108:5-109:18 | R, U | | |
| | | 111:12-24 | R, U | | |
| | | 112:21-25 | R, U | | |
| | | 113:2-8 | R, U | | |
| | | 116:20-118:5 | R, U, I | 118:6-18 | |
| | | 127:2-4 | I | 127:5-7; 127:25-128:16 | |
| | | 137:10-139:2 | I | 135:6-137:9 | Object-F.R.E. 402, 403, 801 |
| | | 140:8-141:3 | I | 141:4-12 | |
| | | 149:25-150:10 | R, U | | |
| | | | | | |
| Michael Howerton | August 5, 2005 | 6:25-7:2 | | | |
| | | 9:24-10:1 | I | 10:2-5 | |

11

| Deponent | Date of Deposition | Plaintiffs' Designation | Imclone's Objection | Imclone's Counter-Designation | Plaintiffs' Counter Designation and/or Objections to Imclone's Counter-Designation |
|---|---|---|---|---|---|
| | | 11:10-21 | | | |
| | | 12:3-20 | | | |
| | | 15:4-16 | I | 15:17-21 | |
| | | 15:22-16:11 | | | |
| | | 30:5-32:20 | I | 29:3-30:4 | |
| | | 51:24-53:14 | | | |
| | | 61:24-67:6 | | | |
| | | 182:18-183:6 | H, R | | |
| | | 185:20-187:4 | H, R, U | | |
| | | 232:8-233:10 | R, U | | |

| | |
|---|---|
| Date:  August 31, 2007 | /s/ John C. Adkisson<br>John C. Adkisson (*pro hac vice*)<br>3300 Dain Rauscher Plaza<br>60 South Sixth Street<br>Minneapolis, MN 55402<br>Telephone:  (612) 335-5070<br>Facsimile:  (612) 288-9696 |

*Of Counsel*:

| | | |
|---|---|---|
| Gregory A. Madera<br>FISH & RICHARDSON P.C.<br>225 Franklin Street<br>Boston, MA 02110-2804<br>Telephone:  (617) 542-5070<br>Facsimile:  (617) 542-8906 | Jonathan E. Singer<br>Michael J. Kane<br>William R. Woodford<br>FISH & RICHARDSON P.C.<br>3300 Dain Rauscher Plaza<br>60 South Sixth Street<br>Minneapolis, Minnesota 55402<br>Telephone:  (612) 335-5070<br>Facsimile:  (612) 288-9696 | Juanita Brooks<br>FISH & RICHARDSON P.C.<br>12390 El Camino Real<br>San Diego, CA 92130<br>Telephone:  (858) 678-5070 |

*Attorneys for Plaintiffs Massachusetts Institute of Technology & Repligen Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that this document was filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this 31st day of August, 2007.

/s/ John C. Adkisson
John C. Adkisson

60447211.doc