UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MASSACHUSETTS INSTITUTE OF TECHNOLOGY and REPLIGEN CORPORATION,

      Plaintiffs,

  v.

IMCLONE SYSTEMS, INC.,

      Defendant.

Civil Action No. 04-10884-RGS

### IMCLONE'S INTERROGATORY COUNTER-DESIGNATIONS

| INTERROGATORY SET | DATE | PLAINTIFFS' INTERROGATORY DESIGNATION | IMCLONE'S OBJECTIONS AND COUNTER-DESIGNATIONS |
|---|---|---|---|
| ImClone Systems Inc.'s Supplemental Responses to Interrogatories | June 29, 2005 | Supplemental Response to Interrogatory No. 1 | Second Supplemental Response to Interrogatory No. 2.<br><br>Third Supplemental Response to Interrogatory No. 2.<br><br>Third Supplemental Response to Interrogatory No. 1 |
| ImClone Systems Inc.'s Supplemental Objections and Responses to Plaintiff's First Set of Interrogatories | November 23, 2004 | Supplemental Response to Interrogatory No. 1 | ImClone objects to this designation as being untimely and counter-desginates:<br><br>Second Supplemental Response to Interrogatory No. 2.<br><br>Third Supplemental Response to Interrogatory No. 2.<br><br>Third Supplemental Response to Interrogatory No. 1 |

| ImClone Systems Inc.'s Objections and Responses to Plaintiffs' Second Set of Interrogatories | May 4, 2005 | Interrogatory No. 10 and Response to Interrogatory No. 10 | ImClone objects to this designation as being untimely. |

 

                                      Respectfully Submitted,

                                      IMCLONE SYSTEMS, INC.

                                      By Its Attorneys,

Dated: August 31, 2007            /s/ Michael R. Gottfried
                                      Michael R. Gottfried (BBO #542156)
                                      Anthony J. Fitzpatrick (BBO #564324)
                                      Christopher S. Kroon (BBO #660286)
                                      DUANE MORRIS LLP
                                      470 Atlantic Avenue, Suite 500
                                      Boston, MA 02210
                                      Phone: 857.488.4200
                                      Fax: 857.488.4201

                                      James H. Wallace, Jr. *(pro hac vice)*
                                      Mark A. Pacella (BBO #600255)
                                      Robert J. Scheffel *(pro hac vice)*
                                      Kevin P. Anderson *(pro hac vice)*
                                      WILEY REIN LLP
                                      1776 K Street, NW
                                      Washington, DC 20006
                                      Phone: 202.719.7240
                                      Fax: 202.719.7049

## CERTIFICATE OF SERVICE

      I, the undersigned, hereby certify that a true copy of the foregoing document was served, by hand, upon the attorneys of record for the plaintiffs on August 31, 2007.

                                      /s/ Michael R. Gottfried
                                      Michael R. Gottfried