**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| MASSACHUSETTS INSTITUTE OF TECHNOLOGY and REPLIGEN CORPORATION, | |
| Plaintiffs, | |
| v. | Civil Action No.:  04-10884-RGS |
| IMCLONE SYSTEMS INC., | |
| Defendant. | |

**IMCLONE'S INITIAL DEPOSITION DESIGNATIONS**

Pursuant to the Court's June 11, 2007 Order and the agreement between the parties, Defendant-Counterclaim Plaintiff ImClone Systems Inc. ("ImClone") designates the following deposition testimony that may be used at trial attached as Exhibit A.  That a witness's testimony is designated is not meant as a representation that the witness will not be called at trial nor is it meant as a representation that ImClone will use each and every portion designated at trial.  ImClone reserves the right to call additional witnesses in accordance with the Court's June 11 Order and the agreement between the parties. ImClone further reserves the right to rely on plaintiffs' designated testimony.

Respectfully Submitted,

IMCLONE SYSTEMS, INC.

By Its Attorneys,

Dated: August 31, 2007

/s/ Michael R. Gottfried
Michael R. Gottfried(BBO #542156)
Anthony J. Fitzpatrick (BBO #564324)
Christopher S. Kroon (BBO #660286)
DUANE MORRIS LLP
470 Atlantic Avenue, Suite 500
Boston, MA 02210
Phone: 857.488.4200
Fax: 857.488.4201

James H. Wallace, Jr. *(pro hac vice)*
Mark A. Pacella (BBO #600255)
Robert J. Scheffel *(pro hac vice)*
Kevin P. Anderson *(pro hac vice)*
WILEY REIN LLP
1776 K Street, NW
Washington, DC  20006
Phone: 202.719.7240
Fax: 202.719.7049

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true copy of  the foregoing document was served, by hand, upon the attorneys of record for the plaintiffs on August 31, 2007.

/s/ Michael R. Gottfried
Michael R. Gottfried

# EXHIBIT   A

## DEPOSITION OF IRVING N. FEIT

April 5, 2005

| ImClone's Designations |
| --- |
| 11:6-13 |
| 20:2-21:10 |

# DEPOSITION OF IRVING N. FEIT

February 22, 2006

| ImClone's Designations |
| --- |
| 187:8-17 |
| 189:23-192:25 |
| 195:18-21 |
| 196:10-18 |
| 196:21-197:2 |
| 211:5-14 |
| 215:23-216:13 |
| 218:3-14 |
| 234:1-235:6 |
| 243:3-245:23 |
| 247:16-249:1 |
| 250:22-251:12 |

## DEPOSITION OF THOMAS GALLAGHER

30(b)(6) for ImClone

September 28, 2005

| ImClone's Designations |
|---|
| 6:7-16 |
| 6:17-21 |
| 7:5-10 |
| 8:14-19 |
| 8:24-9:2 |
| 9:8-11:7 |
| 12:10-15:18 |
| 18:25-19:2 |
| 19:4-7 |
| 19:11-19:25 |
| 20:3-10 |
| 21:2-3 |
| 21:5-7 |
| 21:9-11 |
| 21:13-16 |
| 112:15-19 |
| 112:25-113:2 |
| 113:19-22 |
| 114:7-115:7 |
| 115:21-116:9 |
| 117:4-6 |
| 117:24 |
| 118:5-119:9 |
| 119:21-120:1 |
| 120:13-24 |
| 121:17-20 |
| 122:24-25 |
| 123:1-123:10 |
| 161:23-162:24 |
| 170:21-25 |
| 171:1-173:16 |
| 173:17-25 |
| 176:2-18 |
| 180:19-20 |
| 180:24-181:15 |
| 195:14-21 |
| 196:8-15 |

## DEPOSITION OF THOMAS GALLAGHER

30(b)(6) for ImClone

November 16, 2005

| ImClone's Designations |
|---|
| 8:1-17 |
| 14:15-16:4 |
| 26:8-22 |
| 30:10 |
| 35:24-36:8 |
| 37:23-38:18 |
| 42:14-43-5 |
| 49:14-17 |
| 51:23-52:7 |
| 52:18-53:22 |
| 64:25-65:10 |
| 65:17-66:2 |
| 66:6-22 |
| 85:4-86:11 |
| 89:14-90:12 |
| 94:8-96:1 |
| 101:4-24 |
| 104:16-106:1 |
| 106:5-12 |
| 106:13-107:19 |
| 107:20-22 |

## <u>DEPOSITION OF ALICE P. GAST</u>

August 3, 2005

| ImClone's Designations |
|---|
| 4:13-18 |
| 5:2-19 |
| 6:14-7:6 |
| 34:15-35:17 |
| 41:19-42:6 |
| 42:23-43:22 |
| 44:4-5 |

## DEPOSITION OF STEPHEN D. GILLIES

July 29, 2005

| ImClone's Designations |
|---|
| 8:9-12 |
| 27:1-11 |
| 75:12-25 |
| 76:1-77:19 |
| 88:3-102:23 |
| 106:18-108:15 |
| 114:21-115:18 |
| 116:2-116:25 |
| 118:7-14 |
| 119:8-11 |
| 120:21-121:6 |
| 121:24-128:1 |
| 129:13-130:2 |
| 144:7-146:3 |
| 147:23-148:5 |
| 161:24-162:2 |
| 162:22-163:8 |
| 233:19-234:19 |
| 235:19-24 |
| 236:4-13 |
| 237:13-16 |
| 241:7-15 |
| 257:17-19 |

# DEPOSITION OF STEPHEN D. GILLIES

August 17, 2005

| ImClone's Designations |
|---|
| 374:2-375:13 |

## DEPOSITION OF JOHN ALEXANDER GILLY

July 28, 2005

| ImClone's Designations |
| --- |
| 7:9-15 |
| 9:12-10:10 |
| 10:11-11:4 |
| 12:22-13:2 |
| 17:23-18:5 |
| 28:16-29:2 |
| 50:5-17 |
| 51:5-52:16 |
| 56:15-57:3 |
| 60:19-61:17 |
| 62:20-63:7 |
| 64:6-10 |
| 72:8-9 |
| 74:3-25 |
| 75:8-77:12 |
| 78:11-82:1 |
| 82:3-83:10 |
| 83:11-86:21 |
| 91:15-17 |
| 91:18-92:17 |
| 92:18-93:21 |
| 96:2-97:22 |
| 97:23-99:18 |
| 99:19-100:12 |
| 100:12-102:24 |
| 102:25-106:11 |
| 106:13-109:13 |
| 109:14-112:19 |
| 112:20-113:20 |
| 113:21-114:19 |
| 114:20-115:15 |
| 115:16-116:22 |
| 118:13-119:13 |
| 119:14-120:3 |
| 120:4-121:11 |
| 121:12-22 |
| 121:23-122:2 |
| 129:2-24 |
| 129:25-132:18 |
| 132:19-135:8 |
| 136:8-137:3 |
| 138:12-139:1 |
| 137:5-138:11 |
| 139:2-140:9 |
| 143:16-144:17 |

# DEPOSITION OF MICHAEL HOWERTON

August 5, 2005

| ImClone's Designations |
|---|
| 6:25-7:6 |
| 10:2-5 |
| 11:10-11:21 |
| 12:3-12:20 |
| 14:24-15:2 |
| 15:17-21 |
| 15:22-16:11 |
| 17:24-18:5 |
| 19:20-21:3 |
| 21:21-22:7 |
| 23:7-23:19 |
| 24:4-24:12 |
| 25:14-26:12 |
| 26:14-19 |
| 26:20-25 |
| 27:1-8 |
| 29:3-30:4 |
| 32:21-33:21 |
| 54:17-22 |
| 55:6-8 |
| 61:23-62:2 |
| 63:2-5 |
| 63:7-17 |
| 63:19-64:4 |
| 65:7-10 |
| 65:12-66:10 |
| 99:9-100:2 |
| 167:3-12 |
| 167:15-22 |
| 168:3-15 |
| 168:22-169:12 |
| 187:16-24 |
| 188:6-192:4 |
| 210:14-21 |
| 211:22-212:4 |
| 212:8-18 |
| 212:20-21 |
| 213:22-214:13 |
| 216:24-217:5 |

## DEPOSITION OF JOHN B. LANDES

March 30, 2005

| ImClone's Designations |
| --- |
| 10:2-8 |
| 17:14-17:25 |
| 19:9-19:20 |
| 42:11-42:17 |
| 55:6:16 |
| 61:22-64:16 |
| 66:4-11 |
| 87:23-89:20 |
| 89:21-92:16 |
| 99:6-99:17 |
| 100:18-102:15 |
| 104:3-104:21 |
| 104:22-105:25 |
| 106:1-106:3 |
| 107:2-107:24 |
| 109:7-109:8 |
| 109:25-111:2 |
| 119:18-121:13 |
| 125:17-126:11 |
| 127:14 -128:16 |

## DEPOSITION OF JOHN B. LANDES

February 23, 2006

| ImClone's Designations |
| --- |
| 140:4-140:25 |
| 142:10-142:22 |
| 143:22-145:1 |
| 145:17-146:4 |
| 147:3-148:10 |
| 148:19-149:9 |
| 150:1-150:12 |
| 155:21-155:25 |
| 157:7-157:17 |
| 157:23-159:1 |
| 163:10-164:19 |
| 167:17-167:22 |
| 170:13-170:19 |
| 180:23-181:21 |
| 184:17-184:22 |
| 185:7-185:11 |
| 186:23-187:22 |
| 198:11-201:17 |
| 212:6-212:11 |
| 235:23-236:18 |
| 238:6-238:25 |
| 256:14-256:21 |
| 261:9-262:4 |
| 267:22-269:1 |
| 273:8-274:17 |

## DEPOSITION OF LITA L. NELSEN

May 3, 2005

| ImClone's Designations |
|---|
| 8:7-12 |
| 8:23-9:1 |
| 14:6-8 |
| 15:10-24 |
| 16:10-18 |
| 28:12-22 |
| 29:4-15 |
| 30:6-12 |
| 30:23-31:4 |
| 31:13-32:19 |
| 35:9-21 |
| 37:1-10 |
| 37:4-20 |
| 38:14-39:7 |
| 41:1-20 |
| 42:2-43:2 |
| 52:18-53:5 |
| 53:17-54:7 |
| 56:18-57:1 |
| 57:10-20 |
| 58:10-15 |
| 63:8-18 |
| 63:25-64:14 |
| 65:2-13 |
| 66:21-67:8 |
| 67:10-23 |
| 73:6-18 |
| 74:1-16 |
| 86:11-20 |
| 87:9-13 |
| 87:22-23 |
| 88:6-18 |
| 89:12-24 |
| 91:12-92:16 |
| 94:1-95:15 |
| 107:12-108:9 |
| 122:15-24 |
| 125:1-4 |
| 138:11-18 |
| 139:12-140:5 |
| 140:15-21 |
| 147:13-148:2 |
| 149:25-150:15 |
| 150:24-151:5 |
| 151:24-152:5 |
| 155:8-156:2 |

| |
|---|
| 160:11-14 |
| 161:15-20 |
| 162:21-163:12 |
| 163:22-24 |
| 172:16-20 |
| 173:8-24 |

## DEPOSITION OF LITA L. NELSEN

### (30(b)(6) Designee of MIT)

July 28, 2005

| ImClone's Designations |
| --- |
| 5:21-6:1 |
| 8:7-9:7 |
| 9:16-24 |
| 17:6-11 |
| 17:12-18:16 |
| 22:14-18 |
| 23:24-24:22 |
| 25:20-26:8 |
| 28:3-24 |
| 31:1-7 |
| 31:8-32:18 |
| 39:1-19 |
| 49:18-51:4 |
| 52:9-53:7 |
| 53:19-23 |
| 53:19-54:11 |
| 55:23-56:12 |
| 66:8-67:11 |

## DEPOSITION OF EDMUND R. PITCHER

June 8, 2005

| ImClone's Designations |
|---|
| 10:11-14 |
| 16:2-10 |
| 85:11-18 |
| 162:10-163:25 |

## DEPOSITION OF KARIN K. RIVARD

(individually and at times, as 30(b)(6) for MIT)

June 23, 2005

| ImClone's Designations |
| --- |
| 6:6-7:23 |
| 11:1-22 |
| 28:5-29:10 |
| 29:15-30:12 |
| 31:15-32:5 |
| 33:6-34:1 |
| 35:20-36:11 |
| 36:25-37:21 |
| 38:15-39:24 |
| 40:10-14 |
| 41:23-42:13 |
| 56:13-57:2 |
| 62:10-63:4 |
| 63:5-64:2 |

**DEPOSITION OF SUSUMU TONEGAWA**

August 31, 2005

| ImClone's Designations |
| --- |
| 8:12-15 |
| 9:22-10:25 |
| 13:13-14:1 |
| 16:2-16 |
| 30:16-17 |
| 46:21-47:19 |
| 48:10-18 |
| 83:1-22 |
| 83:23-84:3 |
| 84:4-14 |
| 215:6-217:22 |
| 219:20-220:3 |
| 225:14-226:25 |
| 227:4-228:23 |

### DEPOSITION OF HARLAN W. WAKSAL

July 14, 2005

| ImClone's Designations |
|---|
| 8:9-15 |
| 10:20-11:1 |
| 14:21-15:5 |
| 16:14-17:12 |
| 17:20-18:17 |
| 19:3-10 |
| 20:6-14 |
| 22:5-20 |
| 25:3-21 |
| 27:11-21 |
| 29:18-31:4 |
| 31:12-32:25 |
| 34:10-35:2 |
| 35:11-36:2 |
| 46:10-17 |
| 49:9-50:8 |
| 55:5-16 |
| 55:24-56:4 |
| 69:18-70:17 |
| 75:21-76:7 |
| 76:16-77:1 |
| 77:15-78:5 |
| 91:3-24 |
| 98:19-99:7 |
| 99:22-100:7 |
| 111:21-112:8 |
| 178:20-179:14 |
| 182:7-183:7 |
| 198:11-199:23 |
| 203:6-204:15 |

## <u>DEPOSITION OF SAMUEL D. WAKSAL</u>

30(b)(6) for Imclone

08/30/2005

| ImClone's Designations |
|---|
| 5:15-20 |
| 12:8-13:22 |
| 16:5-13 |
| 18:10-19:9 |
| 22:6-15 |
| 22:16-23:2 |
| 24:12-25:19 |
| 26: 17-27:14 |
| 31:21-32:8 |
| 33:1-5 |
| 33:6-15 |
| 36:25-37:11 |
| 34:25-36:20 |
| 40:16-41:5 |
| 43:13-44:13 |
| 46:19-23 |
| 49:11-19 |
| 52:8-9 |
| 52:15-18 |
| 52:25-54:15 |
| 56:2-57:25 |
| 64:15-65:11 |
| 69:21-70:17 |
| 82:7-83:8 |
| 135:6-136:24 |
| 136:25-137:9 |
| 137:10-138:13 |
| 141:13-143:22 |

## DEPOSITION OF B. JEAN WEIDEMIER

August 2, 2005

| ImClone's Designations |
|---|
| 4:11-23 |
| 48:20-50:6 |

**DEPOSITION OF DANIEL P. WITT**

April 13, 2005

| ImClone's Designations |
| --- |
| 6:8-14 |
| 14:8-13 |
| 16:11-17:8 |
| 22:14-25:23 |
| 25:1-3 |
| 25:15-25 |
| 27:10-28:13 |
| 30:13-31:9 |
| 31:17-32:7 |
| 33:5-23 |
| 47:11-25 |
| 52:23-53:10 |
| 55:4-56:13 |
| 60:13-61:22 |
| 62:19-63:5 |
| 63:21-64:16 |
| 78:4-9 |
| 81:10-82:13 |
| 88:11-24 |
| 98:24-99:11 |
| 100:1-101:7 |
| 108:12-109:8 |
| 128:14-16 |
| 146:14-148:7 |
| 148:15-149:5 |
| 151:16-22 |
| 187:9-188:5 |
| 188:23-190:14 |
| 202:24-203:19 |
| 210:21-211:6 |
| 212:17-213:3 |
| 218:21-219:4 |
| 219:19-220:1 |
| 220:12-221:1 |
| 222:2-15 |

<u>**DEPOSITION OF DANIEL P. WITT**</u>

30(b)(6) for Repligen

August 11, 2005

| ImClone's Designations |
| --- |
| 31:7-25 |
| 32:14-33:2 |
| 34:14-17 |
| 41:3-11 |
| 51:18-52:9 |
| 87:9-88:16 |