# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| MASSACHUSETTS INSTITUTE OF TECHNOLOGY and REPLIGEN CORPORATION, <br><br> Plaintiffs, <br><br> v. <br><br> IMCLONE SYSTEMS, INC., <br><br> Defendant. | Civil Action No. 04-10884-RGS |

## IMCLONE'S OBJECTIONS TO PLAINTIFFS' DEPOSITION COUNTER-DESIGNATIONS

ImClone Systems Inc. ("ImClone") reserves the right to raise the following objections to Plaintiffs' Deposition Counter-Designations.

ImClone notes objections to plaintiffs' counter-designations using the following symbols to refer to each objection and the Federal Rule of Evidence in support of each objection:

A  -    Not authenticated.  Rule 901

AC -   Attorney Colloquy

B  -    Not the best evidence.  Rule 1002

C  -    Incompetent. Rules 602 and/or 701-703

F  -    Lack of Foundation

H  -    Hearsay.  Rules 801(c) and H

I  -    Incomplete.  Rule 106

L  -    Leading

LC -   Calls for legal conclusion.

M  -    Mischaracterizes Prior Testimony

N  -    Narrative

NR -   Non-responsive to ImClone's designation

NS -   Nondequitur

O  -    Outside Scope of Direct

P  -    Privilege

Q  -    Compound Question

R  -    Irrelevant.  Rules 401-402

S  -    Speculative, lacking in a reasonable base of actual or logical support.  Rule 403

U  -    Unfairly prejudicial, confusing or inaccurate.  Rule 403

V  -    Vague

X  -    Assumes facts not in evidence

Y  -    Argumentative

## DEPOSITION OF IRVING N. FEIT

April 5, 2005

| IMCLONE'S DESIGNATION | PLAINTIFFS' OBJECTION | PLAINTIFFS' COUNTER-DESIGNATION | IMCLONE'S OBJECTIONS |
|---|---|---|---|
| 11:6-13 | | | |
| 20:2-21:10 | | 22:21-23:17 | |

## DEPOSITION OF IRVING N. FEIT

February 22, 2006

| IMCLONE'S DESIGNATION | PLAINTIFFS' OBJECTION | PLAINTIFFS' COUNTER-DESIGNATION | IMCLONE'S OBJECTIONS |
|---|---|---|---|
| 187:8-17 | | | |
| 189:23-192:25 | F.R.E. 402, 403 191:20-192:5 atty colloquy | 193:1-10 | |
| 195:18-21 | | | |
| 196:10-18 | | | |
| 196:21-197:2 | | | |
| 211:5-14 | F.R.E. 602 | 211:18-25 | |
| 215:23-216:13 | | 216:14-217:1 | |
| 218:3-14 | | | |
| 234:1-235:6 | F.R.E. 402, 403 | | |
| 243:3-245:23 | F.R.E. 402, 403 | | |
| 247:16-249:1 | | | |
| 250:22-251:12 | | 251:13-24 | |

## DEPOSITION OF THOMAS GALLAGHER

30(b)(6) for ImClone
September 28, 2005

| IMCLONE'S DESIGNATION | PLAINTIFFS' OBJECTION | PLAINTIFFS' COUNTER-DESIGNATION | IMCLONE'S OBJECTIONS |
|---|---|---|---|
| 6:7-16 | | | |
| 6:17-21 | | | |
| 7:5-10 | | | |
| 8:14-19 | | | |
| 8:24-9:2 | | | |
| 9:8-11:7 | | 9:5-7 | |
| 12:10-15:18 | | | |
| 18:25-19:2 | | | |
| 19:4-7 | | | |
| 19:11-19:25 | | | |
| 20:3-10 | | 20:11-14 | |
| 21:2-3 | | | |
| 21:5-7 | | | |
| 21:9-11 | | | |
| 21:13-16 | | | |
| 112:15-19 | | | |
| 112:25-113:2 | | | |
| 113:19-22 | | | |
| 114:7-115:7 | | | |
| 115:21-116:9 | | 115:8-20 | |
| 117:4-6 | | | |
| 117:24 | | | |
| 118:5-119:9 | 118:5-14 atty colloquy | | |
| 119:21-120:1 | | | |
| 120:13-24 | | | |
| 121:17-20 | | | |
| 122:24-25 | | | |
| 123:1-123:10 | | | |
| 161:23-162:24 | 162:20-24 nonsequitur | | |
| 170:21-25 | | 170:17-20 | |
| 171:1-173:16 | 171:6-14 F.R.E. 602 172:17-173:11 foundation | | |
| 173:17-25 | 173:18-25 F.R.E. 602 | 174:1-5 | |
| 176:2-18 | F.R.E. 602 | | |
| 180:19-20 | | 179:20-180:18 | R, S, P, U, NR |
| 180:24-181:15 | | | |
| 195:14-21 | | | |
| 196:8-15 | | | |

4

## DEPOSITION OF THOMAS GALLAGHER

30(b)(6) for ImClone
November 16, 2005

| IMCLONE'S DESIGNATION | PLAINTIFFS' OBJECTION | PLAINTIFFS' COUNTER-DESIGNATION | IMCLONE'S OBJECTIONS |
|---|---|---|---|
| 8:1-17 | | 9:22-10:3 11:1-16 | R, NR |
| 14:15-16:4 | | 17:15-18:1 | |
| 26:8-22 | | | |
| 30:10 | nonsequitur | | |
| 35:24-36:8 | | | |
| 37:23-38:18 | | | |
| 42:14-43:5 | | 45:24-46:17 48:18-49:12 | R, U, AC, NR |
| 49:14-17 | | 49:17-20 | |
| 51:23-52:7 | | 52:7-17 | NS |
| 52:18-53:22 | | | |
| 64:25-65:10 | | | |
| 65:17-66:2 | | | |
| 66:6-22 | | | |
| 85:4-86:11 | 86:2-10 F.R.E. 602 | | |
| 89:14-90:12 | | | |
| 94:8-96:1 | | 96:12-25 | |
| 101:4-24 | | | |
| 104:16-106:1 | | 106:4 | |
| 106:5-12 | | | |
| 106:13-107:19 | | | |
| 107:20-22 | | 107:23-25 | |

## DEPOSITION OF ALICE P. GAST

August 3, 2005

| IMCLONE'S DESIGNATION | PLAINTIFFS' OBJECTION | PLAINTIFFS' COUNTER-DESIGNATION | IMCLONE'S OBJECTIONS |
|---|---|---|---|
| 4:13-18 | | | |
| 5:2-19 | | 5:20-22 | |
| 6:14-7:6 | | | |
| 34:15-35:17 | | | |
| 41:19-42:6 | F.R.E. 402, 403 | 42:8-22 | |
| 42:23-43:22 | F.R.E. 402, 403 | 43:23-44:3 | |
| 44:4-5 | F.R.E. 402, 403 | 44:6-12 | |

## DEPOSITION OF STEPHEN D. GILLIES

July 29, 2005

| IMCLONE'S DESIGNATION | PLAINTIFFS' OBJECTION | PLAINTIFFS' COUNTER-DESIGNATION | IMCLONE'S OBJECTIONS |
|---|---|---|---|
| 8:9-12 | | | |
| 27:1-11 | | 33:1-34:17 | NR, R, U |
| | | 38:6-39:8 | NR, R, U |
| | | 47:3-12 | NR, R, U |
| | | 54:2-12 | NR, R, U |
| | | 70:13-17 | NR, R, U |
| | | 71:3-19 | NR, R, U |
| 75:12-25 | | 74:25-75:11 | |
| 76:1-77:19 | | | |
| 88:3-102:23 | F.R.E. 402, 403 | 103:1-105:25 | NR, R, U |
| 106:18-108:15 | | | |
| 114:21-115:18 | | | |
| 116:2-116:25 | | | |
| 118:7-14 | | | |
| 119:8-11 | | | |
| 120:21-121:6 | | | |
| 121:24-128:1 | | | |
| 129:13-130:2 | | | |
| 144:7-146:3 | | 146:4-11 | R, U |
| 147:23-148:5 | | 146:21-147:4 | R, U |
| | | 147:7 | R, U |
| | | 148:6-7 | |
| 161:24-162:2 | | 162:3-12 | R, U |
| 162:22-163:8 | | | |
| 233:19-234:19 | | | |
| 235:19-24 | | 235:25-236:3 | R, U |
| 236:4-13 | | 236:17-237:12 | NR, R, U |
| 237:13-16 | | 237:17-19 | NR, R, U |
| 241:7-15 | | | |

## DEPOSITION OF STEPHEN D. GILLIES

July 29, 2005 (Continued)

| IMCLONE'S DESIGNATION | PLAINTIFFS' OBJECTION | PLAINTIFFS' COUNTER-DESIGNATION | IMCLONE'S OBJECTIONS |
|---|---|---|---|
| 257:17-19 | | 255:22-256:6 | NR, R, U |
| | | 271:17-272:3 | NR, R, U |
| | | 276:23-277:11 | NR, R, U |
| | | 277:15-24 | NR, R, U |
| | | 278:20-23; 25 | NR, R, U |
| | | 279:2-13 | NR, R, U |
| | | 279:15-27 | NR, R, U |
| | | | Also there is no 279:26-27 |
| | | 279:19-22 | NR, R, U duplicative |
| | | 280:14-281:5 | NR, R, U |
| | | 281:7-11 | NR, R, U |
| | | 281:13-16 | NR, R, U |
| | | 281:19-20 | NR, R, U |
| | | 281:22-282:7 | NR, R, U |

## DEPOSITION OF STEPHEN D. GILLIES

August 17, 2005

| IMCLONE'S DESIGNATION | PLAINTIFFS' OBJECTION | PLAINTIFFS' COUNTER-DESIGNATION | IMCLONE'S OBJECTIONS |
|---|---|---|---|
| 374:2-375:13 | | | |

7

## DEPOSITION OF JOHN ALEXANDER GILLY

July 28, 2005

| IMCLONE'S DESIGNATION | PLAINTIFFS' OBJECTION | PLAINTIFFS' COUNTER-DESIGNATION | IMCLONE'S OBJECTIONS |
|---|---|---|---|
| 7:9-15 | | | |
| 9:12-10:10 | | | |
| 10:11-11:4 | | | |
| 12:22-13:2 | | | |
| 17:23-18:5 | | | |
| 28:16-29:2 | | | |
| 50:5-17 | | | |
| 51:5-52:16 | 51: 14-25:52:16 F.R.E. 402, 403 | | |
| 56:15-57:3 | | 59:8-14 | NR, R, U |
| 60:19-61:17 | | 61:18-19 | |
| 62:20-63:7 | | 63:8-9 | |
| 64:6-10 | | | |
| 72:8-9 | | 72:2-6 | NR, R, U, NS |
| 74:3-25 | 74:3-9 F.R.E. 602 | | |
| 75:8-77:12 | 75:17-20 atty colloquy 75:22-25 atty colloquy 76:14-15 atty colloquy | | |
| 78:11-82:1 | | | |
| 82:3-83:10 | | | |
| 83:11-86:21 | 84:1-10 atty colloquy | 87:3-88:3 | NR, R, U |
| 91:15-17 | | 91:4-14 | |
| 91:18-92:17 | | | |
| 92:18-93:21 | | | |
| 96:2-97:22 | | | |
| 97:23-99:18 | 98:19-21 F.R.E. 602 | | |
| 99:19-100:12 | | | |
| 100:12-102:24 | | | |
| 102:25-106:11 | | | |
| 106:13-109:13 | | | |
| 109:14-112:19 | 112:10-21 atty colloquy | | |
| 112:20-113:20 | | | |
| 113:21-114:19 | | | |
| 114:20-115:15 | | | |
| 115:16-116:22 | | | |
| 118:13-119:13 | | | |
| 119:14-120:3 | | | |
| 120:4-121:11 | | | |

## DEPOSITION OF JOHN ALEXANDER GILLY

July 28, 2005 (Continued)

| 121:12-22 | | | |
|---|---|---|---|
| 121:23-122:2 | | 122:3-16 | NR, R, U |
| | | 125:5-23 | NR, R, U |
| 129:2-24 | | | |
| 129:25-132:18 | | | |
| 132:19-135:8 | | | |
| 136:8-137:3 | | | |
| 138:12-139:1 | | | |
| 137:5-138:11 | | | |
| 139:2-140:9 | | | |
| 143:16-144:17 | | | |

**DEPOSITION OF MICHAEL HOWERTON**

August 5, 2005

| IMCLONE'S DESIGNATION | PLAINTIFFS' OBJECTION | PLAINTIFFS' COUNTER-DESIGNATION | IMCLONE'S OBJECTIONS |
|---|---|---|---|
| 6:25-7:6 | | | |
| 10:2-5 | | 10:6-13 | NR, R, U |
| 11:10-11:21 | | | |
| 12:3-12:20 | | | |
| 14:24-15:2 | | | |
| 15:17-21 | | | |
| 15:22-16:11 | | | |
| 17:24-18:5 | | | |
| 19:20-21:3 | | | |
| 21:21-22:7 | | | |
| 23:7-23:19 | | 23:20-24:3 | |
| 24:4-24:12 | | 24:13-25:13 | |
| 25:14-26:12 | | | |
| 26:14-19 | | | |
| 26:20-25 | | | |
| 27:1-8 | | | |
| 29:3-30:4 | | 30:5-16 | |
| 32:21-33:21 | | | |
| 54:17-22 | | | |
| 55:6-8 | | | |
| 61:23-62:2 | | | |
| 63:2-5 | | | |
| 63:7-17 | | | |
| 63:19-64:4 | | 64:5-12 | |
| 65:7-10 | | | |
| 65:12-66:10 | | | |
| 99:9-100:2 | | | |
| 167:3-12 | | | |
| 167:15-22 | | | |
| 168:3-15 | | | |
| 168:22-169:12 | | | |
| 187:16-24 | | 187:25-188:5 | |
| 188:6-192:4 | | | |
| 210:14-21 | | 210:22-211:5 | NR, R, U |
| 211:22-212:4 | | | |
| 212:8-18 | | 212:22-25 | NR, R, U, NS |
| 212:20-21 | | 213:7-8 | NR, R, U |
| 213:22-214:13 | | | |
| 216:24-217:5 | | | |

## DEPOSITION OF JOHN B. LANDES

March 30, 2005

| IMCLONE'S DESIGNATION | PLAINTIFFS' OBJECTION | PLAINTIFFS' COUNTER-DESIGNATION | IMCLONE'S OBJECTIONS |
|---|---|---|---|
| 10:2-8 | | | |
| 17:14-17:25 | | | |
| 19:9-19:20 | | | |
| 42:11-42:17 | | | |
| 55:6:16 | | | |
| 61:22-64:16 | | | |
| 66:4-11 | | | |
| 87:23-89:20 | | | |
| 89:21-92:16 | | 93:8-15 | NR, U, R, P |
| 99:6-99:17 | | | |
| 100:18-102:15 | | | |
| 104:3-104:21 | | | |
| 104:22-105:25 | F.R.E. 402, 403 | | |
| 106:1-106:3 | 106:1-2 F.R.E. 402, 403 | | |
| 107:2-107:24 | | | |
| 109:7-109:8 | | | |
| 109:25-111:2 | | | |
| 119:18-121:13 | | 121:14-122:6 | NR, R, U |
| 125:17-126:11 | | | |
| 127:14 -128:16 | 128:6-16 F.R.E. 402, 403 | | |

## DEPOSITION OF JOHN B. LANDES

February 23, 2006

| IMCLONE'S DESIGNATION | PLAINTIFFS' OBJECTION | PLAINTIFFS' COUNTER-DESIGNATION | IMCLONE'S OBJECTIONS |
|---|---|---|---|
| 140:4-140:25 | | | |
| 142:10-142:22 | | 142:23-143:1 | |
| 143:22-145:1 | | 145:2-16 | NR, R, U |
| 145:17-146:4 | | 146:5-20 | |
| 147:3-148:10 | | | |
| 148:19-149:9 | | 149:10-25 | NR, R, U |
| 150:1-150:12 | | 150:13-21 | NR, R, U |
| 155:21-155:25 | | | |
| 157:7-157:17 | | | |
| 157:23-159:1 | | | |
| 163:10-164:19 | 163:18-25-164:19 F.R.E. 402, 403 | | |
| 167:17-167:22 | | | |
| 170:13-170:19 | | | |
| 180:23-181:21 | | | |
| 184:17-184:22 | | | |
| 185:7-185:11 | | 186:5-22 | NR, R, U |
| 186:23-187:22 | | | |
| 198:11-201:17 | | | |
| 212:6-212:11 | | | |
| 235:23-236:18 | | 234:15-235:22 | |
| 238:6-238:25 | | | |
| 256:14-256:21 | nonsequitur | 256:11-13 | |
| 261:9-262:4 | | | |
| 267:22-269:1 | | | |
| 273:8-274:17 | | | |

## DEPOSITION OF LITA L. NELSEN

May 3, 2005

| IMCLONE'S DESIGNATION | PLAINTIFFS' OBJECTION | PLAINTIFFS' COUNTER-DESIGNATION | IMCLONE'S OBJECTIONS |
|---|---|---|---|
| 8:7-12 | | 9:10-18 | |
| 8:23-9:1 | | | |
| 14:6-8 | | 13:8-14:5 | NR, R, U |
| 15:10-24 | | 15:25-16:9 | |
| 16:10-18 | | | |
| 28:12-22 | F.R.E. 402, 403 | | |
| 29:4-15 | F.R.E. 402, 403 | | |
| 30:6-12 | F.R.E. 402, 403 | | |
| 30:23-31:4 | F.R.E. 402, 403 | | |
| 31:13-32:19 | | 32:20-33:23 | NR, R, U |
| 35:9-21 | | | |
| 37:1-10 | F.R.E. 402, 403 | | |
| 37:4-20 | F.R.E. 402, 403 | | |
| 38:14-39:7 | F.R.E. 402, 403 | | |
| 41:1-20 | F.R.E. 402, 403 | | |
| 42:2-43:2 | F.R.E. 402, 403 | 43:3-44-3 | NR |
| 52:18-53:5 | | 51:12-52:17 | |
| 53:17-54:7 | | | |
| 56:18-57:1 | | 57:2-9 | |
| 57:10-20 | | | |
| 58:10-15 | | 58:16-19 | |
| 63:8-18 | F.R.E. 602 | 63:19-24 | |
| 63:25-64:14 | F.R.E. 602 | 64:15-65:1 | |
| 65:2-13 | F.R.E. 402, 403 | | |
| 66:21-67:8 | F.R.E. 402, 403 | | |
| 67:10-23 | F.R.E. 402, 403 | 67:24-68:1 | NS |
| 73:6-18 | F.R.E. 402, 403 | 73:19-25 | |
| 74:1-16 | F.R.E. 402, 403 | | |
| 86:11-20 | | 86:21-87:8 | |
| 87:9-13 | | | |
| 87:22-23 | | 87:24-88:5 | |
| 88:6-18 | | | |
| 89:12-24 | | 89:25-90:19 | NR, R, U |
| 91:12-92:16 | | | |
| 94:1-95:15 | 95:4-7 F.R.E. 602 | | |
| 107:12-108:9 | | 108:10-24<br>109:10-15 | NR, R, U<br>NR, R, U |
| 122:15-24 | | | |
| 125:1-4 | F.R.E. 402, 403 | | |
| 138:11-18 | F.R.E. 402, 403 | | |
| 139:12-140:5 | F.R.E. 402, 403 | | |
| 140:15-21 | F.R.E. 402, 403 | | |

## DEPOSITION OF LITA L. NELSEN

May 3, 2005 (Continued)

| IMCLONE'S DESIGNATION | PLAINTIFFS' OBJECTION | PLAINTIFFS' COUNTER-DESIGNATION | IMCLONE'S OBJECTIONS |
|---|---|---|---|
| 147:13-148:2 | | | |
| 149:25-150:15 | F.R.E. 402, 403 | 150:16-23 | |
| 150:24-151:5 | F.R.E. 402, 403 | | |
| 151:24-152:5 | F.R.E. 402, 403 | 152:6-153:5 | NR, R, U |
| 155:8-156:2 | F.R.E. 402, 403 | | |
| 160:11-14 | | 160:15-20 | |
| 161:15-20 | F.R.E. 402, 403, 602 | | |
| 162:21-163:12 | F.R.E. 402, 403 | | |
| 163:22-24 | F.R.E. 402, 403 | | |
| 172:16-20 | F.R.E. 402, 403 | 172:21-173:7 | |
| 173:8-24 | F.R.E. 402, 403 | | |

## DEPOSITION OF LITA L. NELSEN

(30(b)(6) Designee of MIT)
July 28, 2005

| IMCLONE'S DESIGNATION | PLAINTIFFS' OBJECTION | PLAINTIFFS' COUNTER-DESIGNATION | IMCLONE'S OBJECTIONS |
|---|---|---|---|
| 5:21-6:1 | | | |
| 8:7-9:7 | F.R.E. 402, 403 | 9:8-15 | |
| 9:16-24 | F.R.E. 402, 403 | | |
| 17:6-11 | F.R.E. 402, 403 | | |
| 17:12-18:16 | | 21:14-22:13 | NR, R, U |
| 22:14-18 | F.R.E. 402, 403 | | |
| 23:24-24:22 | | | |
| 25:20-26:8 | | | |
| 28:3-24 | | | |
| 31:1-7 | | | |
| 31:8-32:18 | | | |
| 39:1-19 | | | |
| 49:18-51:4 | 51:1-4 F.R.E. 602 | | |
| 52:9-53:7 | | 53:8; 15-18 | |
| 53:19-23 | | | |
| 53:19-54:11 | | | |
| 55:23-56:12 | | | |
| 66:8-67:11 | | | |

## DEPOSITION OF EDMUND R. PITCHER

June 8, 2005

| IMCLONE'S DESIGNATION | PLAINTIFFS' OBJECTION | PLAINTIFFS' COUNTER-DESIGNATION | IMCLONE'S OBJECTIONS |
|---|---|---|---|
| 10:11-14 | | | |
| 16:2-10 | | | |
| 85:11-18 | | 84:18-85:10<br>85:19-86:8<br>87:7-88:1<br>88:13-89:17 | NR, R, U |
| 162:10-163:25 | | | |

## DEPOSITION OF KARIN K. RIVARD

(individually and at times, as 30(b)(6) for MIT)
June 23, 2005

| IMCLONE'S DESIGNATION | PLAINTIFFS' OBJECTION | PLAINTIFFS' COUNTER-DESIGNATION | IMCLONE'S OBJECTIONS |
|---|---|---|---|
| 6:6-7:23 | | | |
| 11:1-22 | | | |
| 28:5-29:10 | F.R.E. 402, 403 | | |
| 29:15-30:12 | F.R.E. 402, 403 | 30:13-20 | |
| 31:15-32:5 | F.R.E. 402, 403 | 31:11-14 | |
| 33:6-34:1 | F.R.E. 402, 403 | 34:2-4 | |
| 35:20-36:11 | F.R.E. 402, 403 | 36:12-13; 20-24 | |
| 36:25-37:21 | F.R.E. 402, 403 | | |
| 38:15-39:24 | 39:2-24 F.R.E. 402, 403 | | |
| 40:10-14 | F.R.E. 402, 403 | | |
| 41:23-42:13 | F.R.E. 402, 403 | | |
| 56:13-57:2 | | 57:3 | |
| 62:10-63:4 | | | |
| 63:5-64:2 | | | |

## DEPOSITION OF SUSUMU TONEGAWA

April 31, 2005

| IMCLONE'S DESIGNATION | PLAINTIFFS' OBJECTION | PLAINTIFFS' COUNTER-DESIGNATION | IMCLONE'S OBJECTIONS |
|---|---|---|---|
| 8:12-15 | | | |
| 9:22-10:25 | | 11:1-12 | |
| | | 12:4-10 | NR, R, U |
| 13:13-14:1 | | 12:25-13:5 | NR, R, U |
| | | 14:2-4 | NR, R, U |
| 16:2-16 | | 15:5-16:1 | NR, R, U |
| | | 18:12-19:1 | NR, R, U |
| 30:16-17 | | 29:16-30:9 | NR, R, U |
| 46:21-47:19 | | 45:20-46:20 | |
| 48:10-18 | | 47:20-48:9 | |
| | | 50:17-51:10 | NR, R, U |
| | | 54:5-23 | NR, R, U |
| 83:1-22 | | | |
| 83:23-84:3 | | | |
| 84:4-14 | | 149:7-150:11 | NR, R, U |
| 215:6-217:22 | | 217:23-218:10 | |
| 219:20-220:3 | | 221:18-222:23 | NR, R, U |
| 225:14-226:25 | | | |
| 227:4-228:23 | | 228:24-229:11 | |

## DEPOSITION OF HARLAN W. WAKSAL

July 14, 2005

| IMCLONE'S DESIGNATION | PLAINTIFFS' OBJECTION | PLAINTIFFS' COUNTER-DESIGNATION | IMCLONE'S OBJECTIONS |
|---|---|---|---|
| 8:9-15 | | 15:6-15 | |
| 10:20-11:1 | | | |
| 14:21-15:5 | | | |
| 16:14-17:12 | | | |
| 17:20-18:17 | | | |
| 19:3-10 | 19:6-10 F.R.E. 402, 403 | | |
| 20:6-14 | F.R.E. 402, 403 | | |
| 22:5-20 | F.R.E. 402, 403 | | |
| 25:3-21 | | | |
| 27:11-21 | | | |
| 29:18-31:4 | | | |
| 31:12-32:25 | | | |
| 34:10-35:2 | | | |
| 35:11-36:2 | | | |
| 46:10-17 | F.R.E. 402, 403 | | |
| 49:9-50:8 | | | |
| 55:5-16 | F.R.E. 602 | | |
| 55:24-56:4 | | | |
| 69:18-70:17 | | | |
| 75:21-76:7 | | | |
| 76:16-77:1 | | | |
| 77:15-78:5 | | 78:6-15 | |
| 91:3-24 | | | |
| 98:19-99:7 | | 99:8-16 | |
| 99:22-100:7 | | | |
| 111:21-112:8 | | | |
| 178:20-179:14 | | | |
| 182:7-183:7 | | | |
| 198:11-199:23 | | | |
| 203:6-204:15 | | 204:25-205:9 | NR, R, U, X, C, F, V |

## DEPOSITION OF SAMUEL D. WAKSAL

08/30/2005

| IMCLONE'S DESIGNATION | PLAINTIFFS' OBJECTION | PLAINTIFFS' COUNTER-DESIGNATION | IMCLONE'S OBJECTIONS |
|---|---|---|---|
| 5:15-20 | | | |
| 12:8-13:22 | | 13:23-24 | NR, R, U |
| | | 14:17-24 | NR, R, U |
| 16:5-13 | | | |
| 18:10-19:9 | | | |
| 22:6-15 | | | |
| 22:16-23:2 | | | |
| 24:12-25:19 | | | |
| 26: 17-27:14 | | | |
| 31:21-32:8 | | | |
| 33:1-5 | | | |
| 33:6-15 | 35:7-36:7 F.R.E. 802 | | |
| 36:25-37:11 | | 36:21-24 | |
| 34:25-36:20 | | | |
| 40:16-41:5 | | | |
| 43:13-44:13 | | 44:14-17 | |
| 46:19-23 | | 46:16-18 | |
| 49:11-19 | | | |
| 52:8-9 | | | |
| 52:15-18 | | 52:19-20 | |
| 52:25-54:15 | | 54:16-55:2 | |
| 56:2-57:25 | | | |
| 64:15-65:11 | | 65:12-21 | NR, R, U |
| 69:21-70:17 | | | |
| 82:7-83:8 | | 83:9-19 | |
| 135:6-136:24 | 135:14-21 F.R.E. 802 | | |
| 136:25-137:9 | | | |
| 137:10-138:13 | | | |
| 141:13-143:22 | | 143:23-144:1 | |

## DEPOSITION OF B. JEAN WEIDEMIER

August 2, 2005

| IMCLONE'S DESIGNATION | PLAINTIFFS' OBJECTION | PLAINTIFFS' COUNTER-DESIGNATION | IMCLONE'S OBJECTIONS |
|---|---|---|---|
| 4:11-23 | | | |
| 48:20-50:6 | | | |

### DEPOSITION OF DANIEL P. WITT

April 13, 2005

| IMCLONE'S DESIGNATION | PLAINTIFFS' OBJECTION | PLAINTIFFS' COUNTER-DESIGNATION | IMCLONE'S OBJECTIONS |
|---|---|---|---|
| 6:8-14 | | 8:19-9:4<br>9:15-24 | NR<br>NR, R, U |
| 14:8-13 | | | |
| 16:11-17:8 | 16:11-20; F.R.E. 402, 403<br>17:2-8; F.R.E. 402, 403 | | |
| 22:14-25:23 | | | |
| 25:1-3 | | | |
| 25:15-25 | | | |
| 27:10-28:13 | F.R.E. 402, 403 | | |
| 30:13-31:9 | F.R.E. 402, 403 | | |
| 31:17-32:7 | F.R.E. 402, 403 | 32:10-18 | |
| 33:5-23 | | | |
| 47:11-25 | F.R.E. 402, 403 | | |
| 52:23-53:10 | | | |
| 55:4-56:13 | F.R.E. 402, 403 | | |
| 60:13-61:22 | F.R.E. 402, 403 | | |
| 62:19-63:5 | F.R.E. 402, 403 | | |
| 63:21-64:16 | F.R.E. 402, 403 | | |
| 78:4-9 | | | |
| 81:10-82:13 | F.R.E. 402, 403 | | |
| 88:11-24 | | | |
| 98:24-99:11 | | | |
| 100:1-101:7 | | | |
| 108:12-109:8 | F.R.E. 402, 403 | | |
| 128:14-16 | F.R.E. 402, 403 | | |
| 146:14-148:7 | F.R.E. 402, 403<br>foundation | | |
| 148:15-149:5 | F.R.E. 402, 403, foundation | | |
| 151:16-22 | F.R.E. 402, 403, foundation | | |
| 187:9-188:5 | F.R.E. 402, 403, foundation | | |
| 188:23-190:14 | 189:1-23 F.R.E. 402, 403, foundation | | |
| 202:24-203:19 | | | |
| 210:21-211:6 | | | |
| 212:17-213:3 | | | |
| 218:21-219:4 | | | |
| 219:19-220:1 | | | |
| 220:12-221:1 | | | |
| 222:2-15 | | | |

## DEPOSITION OF DANIEL P. WITT

30(b)(6) for Repligen
August 11, 2005

| IMCLONE'S DESIGNATION | PLAINTIFFS' OBJECTION | PLAINTIFFS' COUNTER-DESIGNATION | IMCLONE'S OBJECTIONS |
|---|---|---|---|
| 31:7-25 | | | |
| 32:14-33:2 | | 32:1-8 | |
| 34:14-17 | | | |
| 41:3-11 | | | |
| 51:18-52:9 | 402, 403 | | |
| 87:9-88:16 | | | |

Respectfully Submitted,

IMCLONE SYSTEMS, INC.

By Its Attorneys,

Dated: August 31, 2007

/s/ Michael R. Gottfried
Michael R. Gottfried(BBO #542156)
Anthony J. Fitzpatrick (BBO #564324)
Christopher S. Kroon (BBO #660286)
DUANE MORRIS LLP
470 Atlantic Avenue, Suite 500
Boston, MA 02210
Phone: 857.488.4200
Fax: 857.488.4201

James H. Wallace, Jr. *(pro hac vice)*
Mark A. Pacella (BBO #600255)
Robert J. Scheffel *(pro hac vice)*
Kevin P. Anderson *(pro hac vice)*
WILEY REIN LLP
1776 K Street, NW
Washington, DC  20006
Phone: 202.719.7240
Fax: 202.719.7049

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true copy of  the foregoing document was served,

by hand, upon the attorneys of record for the plaintiffs on August 31, 2007.

/s/ Michael R. Gottfried
Michael R. Gottfried