**UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| MASSACHUSETTS INSTITUTE OF TECHNOLOGY and REPLIGEN CORPORATION,<br><br>        Plaintiffs,<br><br>        v.<br><br>IMCLONE SYSTEMS, INC.,<br><br>        Defendant. | Civil Action No. 04-10884-RGS |

**IMCLONE'S OBJECTIONS TO PLAINTIFFS' AUGUST 17, 2007 COUNTER-COUNTER DEPOSITION DESIGNATIONS**

       ImClone Systems Inc. ("ImClone") reserves the right to raise the following objections to Plaintiffs' August 17, 2007 counter-counter-designations to ImClone's objections and counter-designations of Plaintiffs' deposition designations. To the extent that any designations identified as incomplete are allowed over any other applicable objections, ImClone specifically objects to such testimony unless the counter designations set forth below are also introduced in accordance with Fed. R. Civ. P. 32(a)(4).

       In addition to the cross/counter designations made by ImClone, if Plaintiffs narrow or withdraw the designations they actually intend to use at trial, ImClone reserves the right to cross designate any of Plaintiffs' initial designations or otherwise rely on such designations.

       ImClone reserves the right to amend and/or supplement these objections and counter/cross designations based upon Plaintiffs' presentation of evidence at trial.

ImClone notes objections to plaintiffs' deposition designations using the following symbols to refer to each objection and the Federal Rule of Evidence in support of each objection:

  A - Not authenticated.  Rule 901

  B - Not the best evidence.  Rule 1002

  C - Incompetent. Rules 602 and/or 701-703

  F - Lack of Foundation

  H - Hearsay.  Rules 801(c) and H

  I - Incomplete.  Rule 106

  L - Leading

  LC - Calls for legal conclusion.

  M - Mischaracterizes Prior Testimony

  N - Narrative

  O - Outside Scope of Direct

  P - Privilege

  Q - Compound Question

  R - Irrelevant.  Rules 401-402

  S - Speculative, lacking in a reasonable base of actual or logical support.  Rule 403

  U - Unfairly prejudicial, confusing or inaccurate.  Rule 403

  V - Vague

  X - Assumes facts not in evidence

  Y - Argumentative

| Deponent | Date of Deposition | Plaintiffs' Designation | Imclone's Objection | Imclone's Counter-Designation | Plaintiffs' Counter Designation and/or Objections to Imclone's Counter-Designation | ImClone's C.D.s / Objections to Plaintiffs' C.D.s/ Objections to ImClone's C.D.' |
|---|---|---|---|---|---|---|
| William Dloughy | July 21, 2005 | 6:13-14; 17-20 | | | | |
| | | 7:10-18 | | | | |
| | | 7:23-8:6 | | | | |
| | | 11:13-24 | | | | |
| | | 12:1-15 | | | | |
| | | 190:4-12 | | | | |
| | | 190:24-191:11 | | | | |
| Irving N. Feit | April 5, 2005 | 11:8-13 | | | | |
| | | 20:2-21:8 | | | | |
| | | 22:21-23:10; 23:14-20 | | | | |
| | | 24:3-12 | | | | |
| | | 35:22-36:15 | L, F, X | | | |
| | | 38:9-39:25 | P, V | | | |
| | | 41:17-42:4 | | | | |
| | | 42:19-43:3 | V, U, Y | | | |
| | | 43:24-44:2 | V, U, F | | | |
| | | 54:24-55:1; 55:5-16 | F, I, L, R | 55:2-4 | | |
| | | 65:10-13 | | | | |
| | | 66:1-13 | | | | |
| | | 71:10-22 | | | | |
| | | 77:3-15 | I | 77:16-18 | | |
| | | 78:24-79:4; 79:8-14 | F, I, LC, P, R | 79:15-18 | | |
| | | 98:24-99:8 | | | | |
| | | 100:5-11; 100:18-101:9 | L, M | | | |
| | | 105:3-11 | | | | |
| | | 106:8-12 | L, P | | | |
| | | 107:1-2 | L, P, | | | |
| | | 109:21-111:23 | F, P, L, V, U | | | |
| | | 124:7-125:9 | F, R, U | | | |
| | | 126:9-25 | F, I, L, R, U | | | |
| | | 127:2-128:6 | F, I, R, U | 127:1 | | |
| | | 128:22-129:25 | F, R, U | | | |
| | | 131:4-132:10 | R, U | | | |
| | | 133:23-134:5 | P, L, R, U, X | | | |
| | | 136:21-137:23 | R, U | | | |

3

| Deponent | Date of Deposition | Plaintiffs' Designation | Imclone's Objection | Imclone's Counter-Designation | Plaintiffs' Counter Designation and/or Objections to Imclone's Counter-Designation | ImClone's C.D.s / Objections to Plaintiffs' C.D.s/ Objections to ImClone's C.D.' |
|---|---|---|---|---|---|---|
| Irving N. Feit | February 22, 2006 | 157:3-6 | | | | |
| | | 166:4-6; 10-12; 22-25 | | | | |
| | | 177:7-22 | I | 177:23-178:9 | 178:18-179:1 | |
| | | 178:10-17 | | | | |
| | | 181:17-183:19 | S | | | |
| | | 186:24-187:13 | | | | |
| | | 193:1-10 | | | | |
| | | 197:5-15 | | | | |
| | | 205:15-208:3 | | | | |
| | | 210:5-8 | | | | |
| | | 215:11-16 | | | | |
| | | 215:23-217:1 | | | | |
| | | 221:3-20 | R | | | |
| | | 222:3-14 | | | | |
| | | 223:5-11 | | | | |
| | | 223:24-224:2 | | | | |
| | | 227:23-229:3 | P, R, U | | | |
| | | 230:11-21 | | | | |
| | | 233:18-25 | P, R, U | | | |
| | | 235:12-23 | | | | |
| | | 236:18-237:4 | | | | |
| | | 241:9-14 | I | 238:14-241:8 | 241:15-242:7 | |
| | | 253:17-254:4 | | | | |
| | | 261:21-262:18 | I, P, V, F | 262:20-263:16 | 262:19 | |
| | | 263:17-264:4 | X | | | |
| | | 269:15-21 | V | | | |
| | | 274:22-275:8; 275:19-22 | I | 275:23-276:1 | | |
| | | 277:8-278:1 | | | | |
| | | 279:19-280:1 | V | | | |
| Thomas Gallagher | September 28, 2005 | 6:9-7:15 | | | | |
| | | 9:5-10:13 | | | | |
| | | 11:6-7 | | | | |
| | | 12:10-13:8 | | | | |
| | | 13:14-25 | I | 14:1-11 | | |
| | | 14:12-19 | I | 14:20-15:1 | | |

| Deponent | Date of Deposition | Plaintiffs' Designation | Imclone's Objection | Imclone's Counter-Designation | Plaintiffs' Counter Designation and/or Objections to Imclone's Counter-Designation | ImClone's C.D.s / Objections to Plaintiffs' C.D.s/ Objections to ImClone's C.D.' |
|---|---|---|---|---|---|---|
| | | 15:2-11 | I | 15:12-18 | | |
| | | 24:6-17 | R | | | |
| | | 25:17-26:12 | R | | | |
| | | 29:12-25 | V | | | |
| | | 33:18-35:1 | V, LC | | | |
| | | 36:24-38:6 | | | | |
| | | 38:22-39:9 | | | | |
| | | 39:19-40:8 | | | | |
| | | 41:3-12 | | | | |
| | | 42:10-44:11 | | | | |
| | | 44:15-46:5 | I, L, LC | 44:12-44:14; 46:6-8 | | |
| | | 46:9-47:11 | | | | |
| | | 47:19-50:2 | L | | | |
| | | 51:12-54:9 | | | | |
| | | 54:19-55:7 | | | | |
| | | 56:22-57:4 | | | | |
| | | 59:22-60:5 | | | | |
| | | 60:20-61:1 | V, I | 61:2-5 | | |
| | | 61:6-62:9 | R | | | |
| | | 63:19-22 | | | | |
| | | 64:5-8 | | | | |
| | | 64:24-65-3 | A, F, H, V, L, X | | | |
| | | 66:4-13 | A, F, H | | | |
| | | 66:21-67:7 | A, F, H | | | |
| | | 67:11-68:2 | V, I | 69:8-13 | | |
| | | 68:19-69:7 | | | | |
| | | 69:14-17 | V | | | |
| | | 77:25-78:14 | R | | | |
| | | 112:15-19 | | | | |
| | | 112:25-113:10 | V, I | 113:11-18 | | |
| | | 113:19-22 | P | | | |
| | | 114:7-15 | I, P | 114:16-115:7 | | |
| | | 115:8-14 | | | | |
| | | 121:17-20 | | | | |
| | | 122:24-25 | I | 123:1-10 | | |
| | | 128:21-23 | R | | | |
| | | 143:12-14 | | | | |
| | | 146:6-16 | | | | |
| | | 147:4-16 | | | | |
| | | 147:22-148:8 | | | | |

| Deponent | Date of Deposition | Plaintiffs' Designation | Imclone's Objection | Imclone's Counter-Designation | Plaintiffs' Counter Designation and/or Objections to Imclone's Counter-Designation | ImClone's C.D.s / Objections to Plaintiffs' C.D.s/ Objections to ImClone's C.D.' |
|---|---|---|---|---|---|---|
| | | 157:17-158:6 | | | | |
| | | 195:19-196:15 | V, P, I | 195:14-18 | | |
| | | | | | | |
| Thomas Gallagher | November 16, 2005 | 8:1-3 | | | | |
| | | 9:22-10:3 | | | | |
| | | 10:15-11:16 | | | | |
| | | 21:23-22:13 | I | 22:14-21 | | |
| | | 22:22-23 | | | | |
| | | 26:2-11 | | | | |
| | | 27:18-28:5 | I | 28:6 | | |
| | | 28:13-22 | | | | |
| | | 29:10-22 | | | | |
| | | 40:23-41:1 | | | | |
| | | 41:16-22 | | | | |
| | | 47:1-12 | | | | |
| | | 47:21-48:1 | | | | |
| | | 48:18-49:2 | | | | |
| | | 49:13-20 | | | | |
| | | 50:7-15 | I | 51:22-52:6 | 50:22-51:13 | |
| | | 53:2-21 | I | 53:22-54:4 | 54:5-23 | |
| | | 56:11-57:12 | | | | |
| | | 67:19-68:1 | | | | |
| | | 69:1-14 | R, H | | | |
| | | 72:14-23 | I | 70:9-16 | 72:7-13 | |
| | | 91:23-92:9 | F, S | | | |
| | | 92:13-15 | | | | |
| | | 93:18-25 | | | | |
| | | 106:23-107:5 | I | 107:6-18 | | |
| | | 107:19-25 | | | | |
| | | 110:18-24 | | | | |
| | | 111:12-17 | | | | |
| | | 121:19-122:13 | A, F, H, S | | | |
| | | 123:3-31 | A, F, H, S, I | | | |
| | | 130:20-131:1 | | | | |
| | | 131:24-132:4 | A, F, H, R, S | | | |
| | | 132:8-12; 17-22 | A, H, R, S | | | |
| | | | | | | |
| Thomas Gallagher | September 26, 2006 (Sanctions | 105:20-107:10 | R, U | | | |

6

| Deponent | Date of Deposition | Plaintiffs' Designation | Imclone's Objection | Imclone's Counter-Designation | Plaintiffs' Counter Designation and/or Objections to Imclone's Counter-Designation | ImClone's C.D.s / Objections to Plaintiffs' C.D.s/ Objections to ImClone's C.D.' |
|---|---|---|---|---|---|---|
| | Hearing) | | | | | |
| | | 107:23-108:4 | R, U, I | 108:5-7 | | |
| | | 108:14-21 | R, U | | | |
| | | 109:9-12 | R, U, I | 109:1-8; 109:13 | | |
| | | 112:10-20 | P. R, U | | | |
| | | 113:19-25 | P, R, U | | | |
| | | 114:2-117:2 | R, U | 117:3 | | |
| | | 117:13-129:21 | R, U | | | |
| | | 130:3-17 | R, U, I | 130:18-132:8 | | |
| | | 132:15-133:3 | R, U | | | |
| | | 134:22-135:17 | R, U | | | |
| | | | | | | |
| John Gilly | July 28, 2005 | 7:9-15 | | | | |
| | | 9:12-16 | I | 9:17-10:10 | | |
| | | 10:11-23 | | | | |
| | | 62:20-63:9 | | | | |
| | | 66:7-8 | | | | |
| | | 67:12-22 | F, H | | | |
| | | 69:15-18 | | | | |
| | | 70:1-6 | I | 69:19-25 | 70:1 | |
| | | 73:24-74:5 | F, H | | | |
| | | 74:23-75:2 | | | | |
| | | 75:9-13 | | | | |
| | | 77:8-12 | | | | |
| | | 78:11-19 | | | | |
| | | 79:17-23 | S | | | |
| | | 82:4-10 | | | | |
| | | 82:20-83:10 | F, H, S, V | | | |
| | | 83:12-15 | | | | |
| | | 84:11-20 | | | | |
| | | 84:23-85:2 | | | | |
| | | 85:16-86:6 | F, S, H, I | 86:7-8 | | |
| | | 97:23-98:21 | F, H, S | | | |
| | | 99:8-10 | | | | |
| | | 99:17-18 | | | | |
| | | 99:20-100:12 | F, H | | | |
| | | 102:4-18 | S, I, V | 102:19-23 | | |
| | | 109:14-110:4 | H, R | | | |
| | | 111:13-112:9 | I, F, H, R, S | 110:5-111:12 | | |

7

| Deponent | Date of Deposition | Plaintiffs' Designation | Imclone's Objection | Imclone's Counter-Designation | Plaintiffs' Counter Designation and/or Objections to Imclone's Counter-Designation | ImClone's C.D.s / Objections to Plaintiffs' C.D.s/ Objections to ImClone's C.D.' |
|---|---|---|---|---|---|---|
| | | 120:4-11 | A, F, H, R | | | |
| | | 123:8-22 | F, H, R | | | |
| | | 124:12-18 | F, H, R | | | |
| | | | | | | |
| John B. Landes | March 30, 2005 | 10:2-8 | | | | |
| | | 14:8-10 | I | 14:11-14 | | |
| | | 14:15-15:4 | I | 15:5-23 | | |
| | | 15:24-16:2 | I | 16:3-17:10 | | |
| | | 17:11-25 | | | | |
| | | 19:9-17 | I | 19:18-20 | | |
| | | 25:9-17 | | | | |
| | | 25:24-26:11 | | | | |
| | | 27:13-28:10 | | | | |
| | | 29:10-12 | | | | |
| | | 31:4-32:6 | I | 32:7-9 | | |
| | | 39:8-41:9 | V | | | |
| | | 53:22-54:3 | | | | |
| | | 61:22-64:16 | | | | |
| | | 66:4-21 | | | | |
| | | 68:3-15 | | | | |
| | | 69:12-16 | H, I | 69:17-23 | | |
| | | 69:24-70:18 | | | | |
| | | 71:4-8 | S, V | | | |
| | | 72:5-16 | | | | |
| | | 76:19-77:8 | A | | | |
| | | 79:4-12 | A, H, I | 78:13-14 | Object – incomplete passage | |
| | | 81:2-10 | A, H | | | |
| | | 82:8-18 | A, H | | | |
| | | 82:22-83:12 | A, H | | | |
| | | 86:9-87:22 | | | | |
| | | 87:25-89:6 | | | | |
| | | 95:15-97:12 | F, R, I | 97:13-98:5 | Object – F.R.E. 602 | |
| | | 103:23-104:2 | I | 104:3-10; 104:16-21 | | |
| | | 106:1-21 | | | | |
| | | 107:15-24 | | | | |
| | | 109:2-5; 10-24 | I, X | 109:6 | | |
| | | 111:18-112:2 | X, P | | | |
| | | 115:15-116:13 | X, I, P | 116:14- | | |

8

| Deponent | Date of Deposition | Plaintiffs' Designation | Imclone's Objection | Imclone's Counter-Designation | Plaintiffs' Counter Designation and/or Objections to Imclone's Counter-Designation | ImClone's C.D.s / Objections to Plaintiffs' C.D.s/ Objections to ImClone's C.D.' |
|---|---|---|---|---|---|---|
| | | | | 117:1 | | |
| | | 118:20-119:1 | | | | |
| | | 120:19-121:2 | | | | |
| | | 122:17-123:4 | F, V, S | | | |
| | | 125:17-126:8 | V, Q | | | |
| | | 127:16-22 | | | | |
| | | 128:2-5 | F, S, V | | | |
| | | | | | | |
| John B. Landes | February 23, 2006 | 138:10-13 | | | | |
| | | 145:2-16 | | | | |
| | | 145:23-146:4 | I | 145:17-20 | | |
| | | 147:3-24 | I | 146:5-147:2 | | |
| | | 148:19-149:6 | | | | |
| | | 149:10-17 | I | 149:18 | | |
| | | 149:19-150:12 | I | 150:13-18 | 150:19-21 | FRCP 32(a)(4), I, M, R, S, U, V, not repsonsive: 150:22-151:3 |
| | | 151:4-13 | | | | |
| | | 151:21-152:4 | I | 151:14-20 | | |
| | | 152:10-16 | | | | |
| | | 155:21-158:12 | | | | |
| | | 158:14-159:18 | | | | |
| | | 160:7-13 | | | | |
| | | 161:18-163:9 | I | 160:14-161:17 | | |
| | | 167:19-21 | | | | |
| | | 168:17-170:5; 170:13-19 | V, I | 170:24-171:10 | Object– F.R.E. 602 | |
| | | 171:11-16 | | | | |
| | | 172:9-21 | I, V | 172:22-175:12 | | |
| | | 175:13-176:4 | I | 176:5-176:9 | | |
| | | 176:10-177:6 | | | | |
| | | 182:3-183:11 | | | | |
| | | 183:16-18 | I | 183:19-185:6 | Object to 184:4-16 F.R.E. 602, 801 | |
| | | 185:7-9 | | | | |
| | | 186:5-187:22 | I | 187:23- | | |

9

| Deponent | Date of Deposition | Plaintiffs' Designation | Imclone's Objection | Imclone's Counter-Designation | Plaintiffs' Counter Designation and/or Objections to Imclone's Counter-Designation | ImClone's C.D.s / Objections to Plaintiffs' C.D.s/ Objections to ImClone's C.D.' |
|---|---|---|---|---|---|---|
| | | | | 188:11 | | |
| | | 188:12-190:5 | I | 190:11-21 | | |
| | | 191:3-23 | | | | |
| | | 193:1-8 | I | 191:24-192:25 | | |
| | | 197:15-16 | | | | |
| | | 198:3-10 | I | | | |
| | | 199:19-22 | I | 198:11-199:18; 199:23-200:5 | | |
| | | 200:6-17 | I | 200:18-201:4 | | |
| | | 201:5-10 | I, V | 201:11-17 | | |
| | | 205:12-18 | | | | |
| | | 206:15-207:1 | P, R, U | | | |
| | | 208:3-7 | P, R, U | | | |
| | | 209:21-210:14 | P, I, R, U | 210:15-211:16 | | |
| | | 213:5-214:15 | | | | |
| | | 214:22-24 | | | | |
| | | 217:8-23 | | | | |
| | | 218:15-220:21 | P, R, U | | | |
| | | 228:1-7 | V | | | |
| | | 230:9-231:1 | | | | |
| | | 232:1-15 | | | | |
| | | 234:12-16 | | | | |
| | | 234:18-235:3 | | | | |
| | | 235:23-236:18 | I | 235:4-22 | | |
| | | 238:6-239:14; 21-240:3 | | | | |
| | | 240:24-241:11 | | | | |
| | | 243:5-245:18 | R, U | | | |
| | | 246:14-247:25 | R, U | | | |
| | | 249:7-250:5 | R, U | | | |
| | | 250:19-251:14 | R, U | | | |
| | | 254:1-255:5 | R, U | | | |
| | | 261:9-262:4 | F, S, R, U | | | |
| | | 267:22-268:12 | F, S, R, U, I | 273:8-274:17 | Object–F.R.E. 801 | |
| | | 270:11-271:20 | F, S, R, U, I | 273:8-274:17 | Object–F.R.E. 801 | |
| | | 277:19-278:9 | | | | |

| Deponent | Date of Deposition | Plaintiffs' Designation | Imclone's Objection | Imclone's Counter-Designation | Plaintiffs' Counter Designation and/or Objections to Imclone's Counter-Designation | ImClone's C.D.s / Objections to Plaintiffs' C.D.s/ Objections to ImClone's C.D.' |
|---|---|---|---|---|---|---|
| Dale Lincoln Ludwig | July 29, 2005 | 6:11-7:10 | | | | |
| | | 14:23-16:11 | | | | |
| | | 16:18-22 | I | 16:17-21 | Object–designation in error | |
| | | 18:8-24 | I | 18:7 | | |
| | | 31:8-32:3 | I | 32:4-33:1 | | |
| | | 47:22-25 | | | | |
| | | 48:2-10 | I | 48:11-16 | 48:17-25 | |
| | | 50:20-25 | | | | |
| | | 52:2-57:7 | V, X, U | | | |
| | | 57:13-18 | | | | |
| | | 58:1-64:6 | | | | |
| | | 66:20-67:9 | | | | |
| | | 73:13-19 | | | | |
| | | 78:7-17 | | | | |
| | | 86:8-18 | | | | |
| | | 87:25-89:3 | F, S, V, U | | | |
| | | 97:11-98:6 | F, S, I | 98:7-15 | | |
| | | 98:16-21 | V, I | 98:22-24 | | |
| | | 102:2-25 | | | | |
| | | 103:5-14 | | | | |
| | | 111:14-112:25 | | | | |
| | | 114:22-25 | V, F, S | | | |
| | | 115:2-23 | I | 115:1 | | |
| | | 118:20-120:8 | | | | |
| Harlan Waksal | July 14, 2005 | 8:11-15 | | | | |
| | | 9:17-23 | | | | |
| | | 10:10-19 | I | 10:20-11:1 | | |
| | | 14:21-15:1 | | | | |
| | | 17:20-18:17 | I | 19:3-5 | | |
| | | 19:6-10 | I | 20:6-14; 22:5-20 | | |
| | | 25:9-21 | I | 25:3-8 | | |
| | | 26:9-16 | I | 27:11-21 | | |
| | | 29:18-30:14 | I | 30:15-31:4 | | |
| | | 31:12-32:4 | I | 32:5-32:24 | | |
| | | 34:10-35:2 | | | | |

11

| Deponent | Date of Deposition | Plaintiffs' Designation | Imclone's Objection | Imclone's Counter-Designation | Plaintiffs' Counter Designation and/or Objections to Imclone's Counter-Designation | ImClone's C.D.s / Objections to Plaintiffs' C.D.s/ Objections to ImClone's C.D.' |
|---|---|---|---|---|---|---|
| | | 35:11-36:2 | | | | |
| | | 36:11-37:22 | | | | |
| | | 40:7-10 | I | 38:14-39:7 | Object-F.R.E. 801 | |
| | | 68:6-69:16 | | | | |
| | | 87:12-88:22 | | | | |
| | | 89:2-22 | | | | |
| | | 91:3-92:11 | | | | |
| | | 94:2-12 | I | 93:6-94:1 | | |
| | | 97:1-99:16 | I | 99:17-100:7; 111:21-112:8 | 111:14-20 | |
| | | 108:1-13 | | | | |
| | | 123:16-124:23 | | | | |
| | | 125:13-127:15 | | | | |
| | | 136:1-137:22 | I | 137:23-138:24 | Object-F.R.E. 402, 403 | |
| | | 139:1-10; 16-18 | I, R | 139:11-15; 139:10-140:4 | | |
| | | 140:5-15 | I, R | | | |
| | | 141:5-12 | I, R | 141:13-24 | Object-F.R.E. 402, 403 | |
| | | 162:7-23 | | | | |
| | | 162:25-164:3 | I | 164:4-7 | | |
| | | 165:21-69:19 | I | 165:20 | | |
| | | 171:3-17 | | | | |
| | | 171:24-172:1 | | | | |
| | | 172:23-174:2 | | | | |
| | | 175:9-25 | F, P, R, U | | | |
| | | 176:23-177:1 | I | 176:14-26 | | |
| | | 177:9-178:2 | I | 177:6-8 | | |
| | | 178:20-21 | | | | |
| | | 178:24-179:21 | F | | | |
| | | 182:7-183:1 | I | 183:2-7 | | |
| | | 183:25-184:8 | F, R, U | | | |
| | | 188:14-17 | I | 188:18-190:14 | | |
| | | 190:15-18 | | | | |
| | | 191:2-14 | I, S | 191:15-25; 203:11- | 192:1-13 | |

12

| Deponent | Date of Deposition | Plaintiffs' Designation | Imclone's Objection | Imclone's Counter-Designation | Plaintiffs' Counter Designation and/or Objections to Imclone's Counter-Designation | ImClone's C.D.s / Objections to Plaintiffs' C.D.s/ Objections to ImClone's C.D.' |
|---|---|---|---|---|---|---|
| | | | | 204:15 | | |
| | | 202:1-3 | I | 202:4-7 | | |
| | | 203:6-10 | | | | |
| | | 210:9-15 | R, U | | | |
| | | | | | | |
| Samuel Waksal | August 30, 2005 | 5:17-18 | | | | |
| | | 18:10-19:5 | I | 19:6-9 | | |
| | | 20:9-21:4 | | | | |
| | | 22:10-13 | | | | |
| | | 31:12-32:8 | | | | |
| | | 32:22-25 | | | | |
| | | 36:19-39:14 | I | 39:15-18 | | |
| | | 39:21-40:6 | | | | |
| | | 43:13-44:17 | | | | |
| | | 46:16-47:13 | | | | |
| | | 49:4-19 | | | | |
| | | 52:8-9 | | | | |
| | | 52:17-55:2 | I | 52:15-16; 55:3-22 | 55:23-56:1 | |
| | | 58:22-59:3 | | | | |
| | | 59:16-60:8 | | | | |
| | | 60:13-14 | | | | |
| | | 60:20-61:16 | I | 61:17-63:6 | | |
| | | 63:7-20 | | | | |
| | | 63:24-64:9 | I | 63:21-23; 64:15-65:11 | 65:19-21 | |
| | | 65:12-18 | | | | |
| | | 66:11-68:7 | | | | |
| | | 71:5-15 | F, S, R, U | | | |
| | | 76:17-77:5 | F, H, I, R, U | 77:6-7 | | |
| | | 77:8-78:7 | | | | |
| | | 82:7-22 | I, R, U | 82:23-83:8 | 83:9-19 | |
| | | 83:20-85:21 | R, U | | | |
| | | 87:11-88:15 | R, U | | | |
| | | 89:4-90:3 | R, U, I | 88:24-89:3 | | |
| | | 90:6-91:12 | R, U | | | |
| | | 92:25-93:6 | R, U | | | |
| | | 94:13-22 | R, U | | | |
| | | 95:17-96:24 | | | | |
| | | 98:4-17 | R, U | | | |
| | | 101:10-15 | R, U | | | |

| Deponent | Date of Deposition | Plaintiffs' Designation | Imclone's Objection | Imclone's Counter-Designation | Plaintiffs' Counter Designation and/or Objections to Imclone's Counter-Designation | ImClone's C.D.s / Objections to Plaintiffs' C.D.s/ Objections to ImClone's C.D.' |
|---|---|---|---|---|---|---|
| | | 103:24-104:17 | R, U | | | |
| | | 105:14-107:13 | R, U | | | |
| | | 107:19-21 | R, U | | | |
| | | 108:5-109:18 | R, U | | | |
| | | 111:12-24 | R, U | | | |
| | | 112:21-25 | R, U | | | |
| | | 113:2-8 | R, U | | | |
| | | 116:20-118:5 | R, U, I | 118:6-18 | | |
| | | 127:2-4 | I | 127:5-7; 127:25-128:16 | | |
| | | 137:10-139:2 | I | 135:6-137:9 | Object- F.R.E. 402, 403, 801 | |
| | | 140:8-141:3 | I | 141:4-12 | | |
| | | 149:25-150:10 | R, U | | | |
| Michael Howerton | August 5, 2005 | 6:25-7:2 | | | | |
| | | 9:24-10:1 | I | 10:2-5 | | |
| | | 11:10-21 | | | | |
| | | 12:3-20 | | | | |
| | | 15:4-16 | I | 15:17-21 | | |
| | | 15:22-16:11 | | | | |
| | | 30:5-32:20 | I | 29:3-30:4 | | |
| | | 51:24-53:14 | | | | |
| | | 61:24-67:6 | | | | |
| | | 182:18-183:6 | H, R | | | |
| | | 185:20-187:4 | H, R, U | | | |
| | | 232:8-233:10 | R, U | | | |

Respectfully Submitted,

IMCLONE SYSTEMS, INC.

By Its Attorneys,

Dated: August 31, 2007        /s/ Michael R. Gottfried
                              Michael R. Gottfried (BBO #542156)
                              Anthony J. Fitzpatrick (BBO #564324)
                              Christopher S. Kroon (BBO #660286)

14

DUANE MORRIS LLP  
470 Atlantic Avenue, Suite 500  
Boston, MA 02210  
Phone: 857.488.4200  
Fax: 857.488.4201  

James H. Wallace, Jr. *(pro hac vice)*  
Mark A. Pacella (BBO #600255)  
Robert J. Scheffel *(pro hac vice)*  
Kevin P. Anderson *(pro hac vice)*  
WILEY REIN LLP  
1776 K Street, NW  
Washington, DC  20006  
Phone: 202.719.7240  
Fax: 202.719.7049  

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that a true copy of the foregoing document was served, by hand, upon the attorneys of record for the plaintiffs on August 31, 2007.

/s/ Michael R. Gottfried  
Michael R. Gottfried