UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MASSACHUSETTS INSTITUTE OF
TECHNOLOGY and REPLIGEN
CORPORATION,

        Plaintiffs,

  v.

IMCLONE SYSTEMS, INC.,

        Defendant.

Civil Action No. 04-10884-RGS

## PLAINTIFFS' INTERROGATORY DESIGNATIONS

| INTERROGATORY SET | DATE | INTERROGATORY |
|---|---|---|
| ImClone Systems Inc.'s Objections and Responses to Plaintiffs' First of Interrogatories | September 23, 2004 | Response to Interrogatory No. 8 |
| ImClone Systems Inc.'s Supplemental Objections and Responses to Plaintiffs' First of Interrogatories | November 23, 2004 | Supplemental Response to Interrogatory No. 1 |
| ImClone Systems Inc.'s Objections and Responses to Plaintiffs' Second Set of Interrogatories | May 4, 2005 | Interrogatory No. 10 and Response to Interrogatory No. 10<br><br>Interrogatory No. 11 and Response to Interrogatory No. 11 |
| ImClone Systems Inc.'s Supplemental Responses to Interrogatories | June 29, 2005 | Supplemental Response to Interrogatory No. 1<br><br>Supplemental Response to Interrogatory No.9<br><br>Second Supplemental Response to Interrogatory No. 9 |
| ImClone Systems Inc.'s Objections and Responses to Plaintiffs' Third Set of Interrogatories | July 6, 2005 | Response to Interrogatory No. 17<br><br>Response to Interrogatory No. 18<br><br>Response to Interrogatory No. 20 |

| INTERROGATORY SET | DATE | INTERROGATORY |
|---|---|---|
| | | Response to Interrogatory No. 21 |
| | | Response to Interrogatory No. 22 |
| | | Response to Interrogatory No. 23 |
| | | Response to Interrogatory No. 24 |

Dated:  August 31, 2007

/s/ John C. Adkisson
 John C. Adkisson (*pro hac vice*)
3300 Dain Rauscher Plaza
60 South Sixth Street
Minneapolis, MN 55402
Telephone:  (612) 335-5070
Facsimile:  (612) 288-9696

*Of Counsel*:

Gregory A. Madera
FISH & RICHARDSON P.C.
225 Franklin Street
Boston, MA 02110-2804
Telephone:  (617) 542-5070
Facsimile:  (617) 542-8906

Jonathan E. Singer
Michael J. Kane
William R. Woodford
FISH & RICHARDSON P.C.
3300 Dain Rauscher Plaza
60 South Sixth Street
Minneapolis, Minnesota 55402
Telephone:  (612) 335-5070
Facsimile:  (612) 288-9696

Juanita Brooks
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, CA 92130
Telephone:  (858) 678-5070

*Attorneys for Plaintiffs Massachusetts Institute of Technology & Repligen Corporation*

CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on this 31st day of August, 2007.

/s/ John C. Adkisson
John C. Adkisson

60443317.doc

2