UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MASSACHUSETTS INSTITUTE OF
TECHNOLOGY and REPLIGEN
CORPORATION,

      Plaintiffs,

      v.

IMCLONE SYSTEMS, INC.,

      Defendant.

Civil Action No. 04-10884-RGS

**PLAINTIFFS' PROPOSED VOIR DIRE**

1. What town do you currently live in?

2. How long have you resided at your current residence?

3. Do your rent or own your residence?

4. What is your last level of education completed?

5. If you have attended college, what was (is) your area of specialization in college, post-graduate or technical school?

6. What is your present occupation and by whom are you employed?

7. How long have you been at your present job?

8. Is your present employment full-time or part-time?

9. If you have been at your present job less than 5 years please describe your previous job and employer?

10. For each employer that you have worked for during the past ten years, please describe what type of company it was (is) for example, was (is) it a small, large, or start-up company, a government agency, an academic institution or were (are) you self-employed?

11. Have you or any close family member ever started a business? What kind of business was (is) it?

12. What is (was) your spouse's or significant other's occupation and by whom is (was) your spouse or significant other employed during the last 10 years?

13. Have you ever served on a jury before? If yes, when, and was the trial civil or criminal? Did you reach a verdict?

14. Have you ever been sued, been a party to a lawsuit, filed a disability claim or worker's compensation claim, had your deposition taken or been a witness in court? If so, please explain. Do you have any strong feelings regarding the experience or the outcome?

15. Have you, a relative, or a close friend ever invented anything? If so, please explain.

16. Have you or anyone close to you ever worked for a company that patents inventions or ideas? If so, please explain.

17. Have you, a relative or close personal friend ever applied for or received a patent, trademark, or copyright? If so, please explain.

18. Does your current employer own any U.S. Patents?

19. Have your formed any impressions or opinions about patents or the process by which patents are obtained?

20. Have you formed any impressions or opinions about the business ethics of corporations? If so, please explain.

21. This is a patent infringement lawsuit. The plaintiffs are the Massachusetts Institute of Technology and Repligen Corporation. The defendant is ImClone Systems Inc. Have you read or heard of this lawsuit before today? If yes, please describe what you have read or heard.

22. Have you, any family member, or close friend ever been employed by or had any affiliation with 1) MIT, 2) Repligen Corporation, 3) ImClone Systems Inc.

23. Have you, a close friend or family member ever been treated with Erbitux?

24. Do you know anyone in the courtroom?

25. Now I am going to read a list of witnesses who may appear in this case. If you are familiar with any of these witnesses, pleas raise your hand.

26. Is there anything in your background or experience that would prevent you from being fair and impartial in this case?

Date: August 31, 2007

/s/ John C. Adkisson
John C. Adkisson (*pro hac vice*)
3300 Dain Rauscher Plaza
60 South Sixth Street
Minneapolis, MN 55402
Telephone: (612) 335-5070
Facsimile: (612) 288-9696

*Of Counsel*:

| | | |
|---|---|---|
| Gregory A. Madera | Jonathan E. Singer | Juanita Brooks |
| FISH & RICHARDSON P.C. | Michael J. Kane | FISH & RICHARDSON P.C. |
| 225 Franklin Street | William R. Woodford | 12390 El Camino Real |
| Boston, MA 02110-2804 | FISH & RICHARDSON P.C. | San Diego, CA 92130 |
| Telephone: (617) 542-5070 | 3300 Dain Rauscher Plaza | Telephone: (858) 678-5070 |
| Facsimile: (617) 542-8906 | 60 South Sixth Street | |
| | Minneapolis, Minnesota 55402 | |
| | Telephone: (612) 335-5070 | |
| | Facsimile: (612) 288-9696 | |

*Attorneys for Plaintiffs Massachusetts Institute of Technology & Repligen Corporation*

## CERTIFICATE OF SERVICE

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Eelectronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on this 31st day of August, 2007.

                                      /s/ John C. Adkisson
                                      John C. Adkisson

60447258.doc