# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

MASSACHUSETTS INSTITUTE OF
TECHNOLOGY and REPLIGEN
CORPORATION,

       Plaintiffs,

    v.

IMCLONE SYSTEMS INC.,

       Defendant.

Civil Action No.:  04-10884-RGS

## NOTICE OF *IN CAMERA* SUBMISSION

Notice is hereby given that, in accordance with the Court's Order dated September 5,

2007, Defendant ImClone Systems Inc.'s Redacted and Undisclosed Opinions of Counsel have

been delivered under seal for *in camera review* to the Court on this 7th day of September, 2007.

Respectfully Submitted,

IMCLONE SYSTEMS INC.

By Its Attorneys,

/s/ Christopher S. Kroon
Michael R. Gottfried (BBO #542156)
Anthony J. Fitzpatrick (BBO #564324)
Christopher S. Kroon (BBO #660286)
DUANE MORRIS LLP
470 Atlantic Avenue, Suite 500
Boston, MA 02210
Phone: 857.488.4200
Fax: 857.488.4201

James H. Wallace, Jr. *(pro hac vice)*
Mark A. Pacella (BBO #600255)
Robert J. Scheffel *(pro hac vice)*
Kevin P. Anderson *(pro hac vice)*
WILEY REIN LLP
1776 K Street, NW
Washington, DC  20006

Dated:  September 7, 2007

Phone: 202.719.7240
Fax: 202.719.7049

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent

electronically to the registered participants as identified on the Notice of Electronic Filing and

paper copies will be sent to those indicated as non-registered participants on September 7, 2007.

/s/ Christopher S. Kroon
Christopher S. Kroon (BBO #660286)

DM1\1188373.1