## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS INSTITUTE OF TECHNOLOGY and REPLIGEN CORPORATION,<br><br>                Plaintiffs,<br><br>        v.<br><br>IMCLONE SYSTEMS INC.,<br><br>                Defendant. | Civil Action No. 04 10884 RGS |

### ASSENTED-TO MOTION FOR ADMISSION PRO HAC VICE FOR DEFENDANTS

Defendant, ImClone Systems Inc., respectfully requests, under LR 83.5.3(b), that this Court admit *pro hac vice* Swati A. Kabaria of the Washington D.C. firm Wiley Rein LLP.

ImClone submits the Certificate of Swati A. Kabaria in support of this Motion (attached hereto as exhibit A). As stated in the accompanying Certificate, she is in good standing in every jurisdiction in which she has been admitted, has no disciplinary proceedings pending against her, and is familiar with the Local Rules of this Court.

Counsel for Plaintiffs have assented to this motion.

WHEREFORE, it is respectfully requested that Swati A. Kabaria be admitted to the bar of this Court *pro hac vice*.

DM2\1247955.1

## CERTIFICATE OF SERVICE

  I hereby certify that this document, filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of electronic filing and paper copies will be sent to those indicated as non-registered participants on September 7, 2007.

                /s/ Anthony J. Fitzpatrick

2

DM2\1247955.1