# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS INSTITUTE OF TECHNOLOGY and REPLIGEN CORPORATION,<br><br>Plaintiffs<br><br>v.<br><br>IMCLONE SYSTEMS, INC.,<br><br>Defendants. | Civil Action No.: 04-10884-RGS |

**CERTIFICATION FOR ADMISSION TO PRACTICE BEFORE THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS PURSUANT TO LOCAL RULE 83.5.3**

I, Swati A. Kabaria certify as follows:

1. I am an associate with the law firm Wiley Rein LLP, and maintain my principal office in the firm's Washington, D.C. office, which is located at 1776 K Street, NW, Washington, D.C. 20006, telephone number 202-719-7000.

2. I am a member in good standing of the Bar of the State of Maryland and am a member of the bar in good standing in every jurisdiction in which I have been admitted.

3. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

4. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

5. I seek to be admitted *pro hac vice* for defendant, ImClone Systems, Inc.

I certify the foregoing is true and correct.

Dated: September 7, 2007      */s/ Swati A. Kabaria*
                                                        Swati A. Kabaria

2

DM2\1247964.1