

1776 K STREET NW
WASHINGTON, DC 20006
PHONE   202.719.7000
FAX     202.719.7049

7925 JONES BRANCH DRIVE
McLEAN, VA 22102
PHONE   703.905.2800
FAX     703.905.2820

www.wileyrein.com

Mark A. Pacella
202.719.7398
mpacella@wileyrein.com

September 7, 2007

**VIA ECF AND HAND DELIVERY**

Chambers of the Honorable Richard G. Stearns
United States District Court For the District of Massachusetts
One Courthouse Way
Boston, MA 02210

Re:   Repligen and MIT v. ImClone Systems Inc.
      Civil Action No. 04-10884-RGS

Dear Judge Stearns:

ImClone hereby responds to Plaintiffs' September 7, 2007 letter to the Court. Plaintiffs misstates their offer to ImClone regarding the deposition testimony of Samuel Waksal as well ImClone's response to that offer. Plaintiffs fail to mention that in their email proposal (attached) they offered to withdraw their designation of testimony relating to the witness's conviction on the condition that ImClone "forego counterdesignating any deposition testimony from Mr. Waksal."

Plaintiffs also incorrectly assert that ImClone's counterdesignations do not "relate to the testimony [being] offered." Even a cursory review of ImClone's counterdesignations shows that those portions "ought in fairness to be considered with the [portions]" sought to be introduced by Plaintiffs. Fed. R. Civ. P. 32(a)(4). In fact, several excerpts counterdesignated by ImClone are the very same testimony Plaintiffs themselves had designated in their initial designations and then withdrew in their "narrowed" ones (see, e.g., 39:15-18, 43:13-44:13, 49:11-19, and 82:7-22). Further, while Plaintiffs complain that ImClone supplemented its previous counterdesignations in response to Plaintiffs' "narrowed" designations, several portions of ImClone's counterdesignations were included in ImClone's initial counterdesignations (see, e.g., 39:15-18 and 118:6-18). In any event, all of the testimony counterdesignated by ImClone in response to Plaintiffs' "narrowed" designations fairly places Plaintiffs' designated testimony into context. Thus, pursuant to Federal Rule of Civil Procedure 32(a)(4), Plaintiffs are "require[d] . . . to introduce [these] other part[s]" in the presentation of their case-in-chief.

Plaintiffs' attempt to prevent ImClone from putting this witness's testimony into context as a justification for admitting bad acts evidence should be rejected.



Chambers of the Honorable Richard G. Stearns
September 7, 2007
Page 2


Plaintiffs should be required to present ImClone's couterdesignated testimony, and should not be allowed to present their proposed testimony relating to the witness's conviction.

Respectfully submitted,



/s/ Mark A. Pacella
Mark A. Pacella

cc:  Gregory A. Madera (via hand delivery)

Enclosure

**From:** Gerstenblith, Bart
**Sent:** Thursday, September 06, 2007 8:27 PM
**To:** 'John Adkisson'; Pacella, Mark
**Cc:** Anderson, Kevin; Scheffel, Robert; Jonathan Singer; Michael Kane; William Woodford
**Subject:** RE: MIT/ImClone: Updated Sam Waksal Deposition Designations

John:

As was clearly and unambiguously stated in my previous email "ImClone represents that it will not call Mr. Waksal at trial." Accordingly, we trust that plaintiffs will not represent otherwise to the Court as indicated in your message below. With respect to your objection to ImClone's designations pursuant to Fed. R. Civ. P. 32(a)(4), it is improper for plaintiffs to revise their own designations by deleting previously designated testimony while seeking to deprive ImClone of using that same testimony which puts the designated testimony in context. ImClone maintains its objection to plaintiffs' attempt to offer Mr. Waksal's conviction and offered a reasonable compromise to avoid further burdening the Court with this issue.

Sincerely,
Bart Gerstenblith

-----Original Message-----
From: John Adkisson [mailto:Adkisson@fr.com]
Sent: Thursday, September 06, 2007 7:46 PM
To: Gerstenblith, Bart; Pacella, Mark
Cc: Anderson, Kevin; Scheffel, Robert; Jonathan Singer; Michael Kane; William Woodford
Subject: RE: MIT/ImClone: Updated Sam Waksal Deposition Designations

Bart:

These are not the counterdesignations that you gave us on August 10; rather, most of the below designations have little to do with the testimony that we have designated and are instead taken from your initial affirmative deposition designations of Sam Waksal.

We intend to submit the parties' respective designations to the Court tomorrow, and we intend to inform the Court that ImClone is affirmatively calling Mr. Waksal as a witness. Given that, we continue to believe we have the right to impeach Mr. Waksal under F.R.E. 609.

Please let me know if you have any questions.

Sincerely,
John Adkisson


-----Original Message-----
From: Gerstenblith, Bart [mailto:BGerstenblith@wileyrein.com]
Sent: Thursday, September 06, 2007 5:47 PM
To: John Adkisson; Pacella, Mark
Cc: Anderson, Kevin; Scheffel, Robert; Jonathan Singer; Michael Kane; William Woodford
Subject: RE: MIT/ImClone: Updated Sam Waksal Deposition Designations

John,

ImClone represents that it will not call Mr. Waksal at trial. ImClone continues to object, as stated in its motion in limine, to any attempt by Plaintiffs to read any prejudicial portion of Samuel Waksal's deposition including portions relating to his criminal conviction.
Nevertheless, if plaintiffs call him by deposition, ImClone insists that Plaintiffs read the portions identified in the right-hand column of the attached chart into the record pursuant to Rule 32(a)(4) of the Federal Rules of Civil Procedure. Alternatively, if

1

Plaintiffs agree not to read any of Mr. Waksal's testimony, ImClone agrees not do so either.

Please let us know how you wish to proceed.

Thanks,
Bart

NOTICE: This message (including any attachments) from Wiley Rein LLP may constitute an attorney-client communication and may contain information that is PRIVILEGED and CONFIDENTIAL and/or ATTORNEY WORK PRODUCT. If you are not an intended recipient, you are hereby notified that any dissemination of this message is strictly prohibited. If you have received this message in error, please do not read, copy or forward this message. Please permanently delete all copies and any attachments and notify the sender immediately by sending an e-mail to Information@wileyrein.com.
-----Original Message-----

From: John Adkisson [mailto:Adkisson@fr.com]
Sent: Thursday, September 06, 2007 6:15 PM
To: Pacella, Mark
Cc: Anderson, Kevin; Scheffel, Robert; Gerstenblith, Bart; Jonathan Singer; Michael Kane; William Woodford
Subject: RE: MIT/ImClone: Updated Sam Waksal Deposition Designations

Mark:

We would appreciate a response to the inquiry below by the end of the evening.  Please let me know if you have any questions.  Thanks.

John

-----Original Message-----
From: John Adkisson
Sent: Wednesday, September 05, 2007 5:51 PM
To: Pacella, Mark
Cc: Anderson, Kevin; Scheffel, Robert; 'Gerstenblith, Bart'; Jonathan Singer; Michael Kane; William Woodford
Subject: MIT/ImClone: Updated Sam Waksal Deposition Designations

Mark:

Further to Judge Stearns' comments at today's pretrial conference, we have narrowed our designations of Sam Waksal's deposition testimony to the following:

Page 5, lines 17-18
Page 18, line 10 through Page 19, line 5 Page 20, line 9 through Page 21, line 4 Page 22, lines 10-13 Page 31, line 12, through Page 32, line
8 Page 32, lines 22-25 Page 36, line 19, through Page 39, line 14 Page 65, lines 12-18 Page 66, line 11, through Page 68, line 7 Page 90, line 24, through Page 91, line 12 Page 98, lines 4-17 Page 101, lines 10-15 Page 103, line 24, through Page 104, line 17 Page 105, lines 14, through Page 107, line 13 Page 107, lines 19-21 Page 108, line 5, through Page 109, line 18 Page 111, lines 12-24 Page 116, line 20, through Page 118, line 5

To the extent that Defendants are willing to forego calling Mr. Waksal as a witness and to forego counterdesignating any deposition testimony from Mr. Waksal, Plaintiffs are willing to drop their designation of Pages 149:25 through Page 150, line 10.

Please let us know ImClone's position on this by the end of the day on Thursday so we can apprise the court on this issue by Friday.

Sincerely,

John C. Adkisson
Fish & Richardson, P.C.
3300 Dain Rauscher Plaza

2

```
60 South Sixth Street
Minneapolis, MN  55402
Phone (612) 337-2533
Fax (612) 288-9696
```

*********************************************************************
****************************************************

This email message is for the sole use of the intended recipient(s) and may contain
confidential and privileged information. Any unauthorized use or disclosure is prohibited.
If you are not the intended recipient, please contact the sender by reply email and
destroy all copies of the original message.

IRS CIRCULAR 230 DISCLOSURE: Any U.S. tax advice contained in this communication
(including any attachments) is not intended or written to be used, and cannot be used, for
the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting,
marketing or recommending to another party any transaction or matter addressed herein.

*********************************************************************
****************************************************