UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS INSTITUTE OF TECHNOLOGY and REPLIGEN CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>IMCLONE SYSTEMS, INC.,<br><br>Defendant. | Civil Action No. 04-10884-RGS |

## STIPULATION FOR DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), Plaintiffs Massachusetts Institute of Technology and Repligen Corporation and Defendant Imclone Systems, Inc. stipulate to the dismissal of this action, including all claims and counterclaims, with prejudice, with each party to bear its own costs and attorneys' fees.

The parties have settled this case pursuant to a Settlement Agreement and request that the Court retain jurisdiction for the purposes of resolving any disputes arising under the Settlement Agreement.

Dated: September __, 2007

James H. Wallace, Jr.
Mark A. Pacella
Kevin P. Anderson
Robert J. Scheffel
WILEY REIN LLP
1776 K Street, NW
Washington DC 20006
Phone: 202.719.7000
Fax: 202.719.7049

Michael R. Gottfried (BBO # 542156)
Anthony J. Fitzpatrick (BBO # 564324)

       Christopher S. Kroon (BBO # 660286)
       DUANE MORRIS LLP
       470 Atlantic Avenue, Suite 500
       Boston, MA 02210
       Phone: 857.488.4200
       Fax: 857.488.4201

*Attorneys for Defendant
ImClone Systems Inc.*

Dated: September 10, 2007

       _/s/ Gregory A. Madera_
       Gregory A. Madera (BBO #313,020)
       FISH & RICHARDSON P.C.
       225 Franklin Street
       Boston, MA 02110-2804
       Telephone: (617) 542-5070
       Facsimile: (617) 542-8906

       Jonathan E. Singer
       Michael J. Kane
       John C. Adkisson
       William R. Woodford
       FISH & RICHARDSON P.C.
       3300 Dain Rauscher Plaza
       60 South Sixth Street
       Minneapolis, MN 55402
       Telephone: (612) 335-5070
       Facsimile: (612) 288-9696

       Juanita R. Brooks
       FISH & RICHARDSON P.C.
       12390 El Camino Real
       San Diego. CA 92130
       Telephone: (858) 678-5070
       Facsimile: (858) 678-509
       Attorneys for Plaintiffs
       MASSACHUSETTS INSTITUTE OF
       TECHNOLOGY AND REPLIGEN
       CORPORATION

21730161.doc