UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS INSTITUTE OF TECHNOLOGY and REPLIGEN CORPORATION,<br><br>        Plaintiffs,<br><br>    v.<br><br>IMCLONE SYSTEMS, INC.,<br><br>        Defendant. | Civil Action No. 04-10884-RGS |

## IMCLONE'S MOTION TO AMEND PROTECTIVE ORDER

ImClone Systems, Inc. ("ImClone") moves to amend the Protective Order entered in this action with respect to the disposition of materials upon termination. Specifically, Paragraph 17 of the Protective Order requires that:

> Within sixty (60) days of the termination of this action, all "CONFIDENTIAL" and "RESTRICTED CONFIDENTIAL" material and all copies thereof shall either be returned to the party which produced same or destroyed, at the election of the producing party. If copies of "CONFIDENTIAL" or "RESTRICTED CONFIDENTIAL" material are destroyed, the destroying party shall certify in writing that said documents have been destroyed within the sixty (60) day time period.

On September 13, 2007, this action was terminated as a result of the parties' settlement of their dispute. *See* Doc. No. 291. However, Abbott Laboratories ("Abbott") has requested -- in the case of *Abbott Laboratories v. ImClone Systems, Inc.*, C.A. No. 07-10216 (RGS), pending before this Court -- that ImClone produce various production documents, discovery requests, pleadings, deposition transcripts, and other documents from this action that are subject to Paragraph 17 on the grounds that such documents may be relevant to issues in the *Abbott* action. ImClone requested on September 21, 2007, and again on September 25, 2007, that counsel for

MIT/Repligen advise whether MIT/Repligen would stipulate to the requested amendment. As of the filing of this motion MIT/Repligen have not provided a substantive response to that inquiry or indicated when such a response would be provided.

Accordingly, without waiver of its rights to object to the production of documents requested by Abbott pursuant to the Federal Rules of Civil Procedure and/or the Federal Rules of Evidence, in order to prevent the destruction of documents that may be deemed discoverable in the *Abbott* action, ImClone respectfully requests this Court enter an order that the requirements set forth in Paragraph 17 of the Protective Order be delayed until 60 days after the termination of *Abbott Laboratories v. ImClone Systems, Inc.*, C.A. No. 07-10216 (RGS); that is, Paragraph 17 of the Protective Order be amended to read:

> Within sixty (60) days of the termination of *Abbott Laboratories v. ImClone Systems, Inc.*, C.A. No. 07-10216 (RGS), including any appeals, all "CONFIDENTIAL" and "RESTRICTED CONFIDENTIAL" material and all copies thereof shall either be returned to the party which produced same or destroyed, at the election of the producing party. If copies of "CONFIDENTIAL" or "RESTRICTED CONFIDENTIAL" material are destroyed, the destroying party shall certify in writing that said documents have been destroyed within the sixty (60) day time period.

ImClone is providing notice of this motion to each third-party that produced documents pursuant to the Protective Order by letter enclosing a copy of this motion.

Respectfully Submitted,

IMCLONE SYSTEMS, INC.

By Its Attorneys,

Dated: September 26, 2007

/s/ Anthony J. Fitzpatrick
Michael R. Gottfried (BBO #542156)
Anthony J. Fitzpatrick (BBO #564324)
Christopher S. Kroon (BBO #660286)
DUANE MORRIS LLP
470 Atlantic Avenue, Suite 500
Boston, MA 02210
Phone: 857.488.4200
Fax: 857.488.4201

James H. Wallace, Jr. *(pro hac vice)*
Mark A. Pacella (BBO #60255)
Robert J. Scheffel *(pro hac vice)*
Kevin P. Anderson *(pro hac vice)*
WILEY REIN LLP
1776 K Street, NW
Washington, DC 20006
Phone: 202.719.7240
Fax: 202.719.7049

**SO ORDERED:**

Dated: September ____, 2007
          Boston, Massachusetts

_____
United States District Judge

**CERTIFICATE PURSUANT TO LOCAL RULE 7.1**

I certify that counsel for Defendants requested on September 21, 2007, and again on September 25, 2007, that counsel for Plaintiffs advise whether Plaintiffs would stipulate to the requested amendment. As of the filing of this motion, Plaintiffs have not provided a substantive response to that inquiry or indicated when such a response would be provided.

/s/ Anthony J. Fitzpatrick
Anthony J. Fitzpatrick

CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on this 26th day of September 2007.

/s/ Anthony J. Fitzpatrick
Anthony J. Fitzpatrick

60438680.doc