UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS INSTITUTE OF TECHNOLOGY and REPLIGEN CORPORATION, <br><br> Plaintiffs, <br><br> v. <br><br> IMCLONE SYSTEMS, INC., <br><br> Defendant. | Civil Action No. 04-10884-RGS |

## PLAINTIFFS' RESPONSE TO IMCLONE'S MOTION TO AMEND PROTECTIVE ORDER

Plaintiffs Massachusetts Institute of Technology and Repligen Corporation take no

position on Imclone's Motion to Amend Protective Order.


Dated:  September 27, 2007

/s/ Gregory A. Madera
Gregory A. Madera (BBO #313,020)
FISH & RICHARDSON P.C.
225 Franklin Street
Boston, MA  02110-2804
Telephone:  (617) 542-5070
Facsimile:  (617) 542-8906

Jonathan E. Singer
Michael J. Kane
John C. Adkisson
William R. Woodford
FISH & RICHARDSON P.C.
3300 Dain Rauscher Plaza
60 South Sixth Street
Minneapolis, MN 55402
Telephone:  (612) 335-5070
Facsimile:  (612) 288-9696

Juanita R. Brooks
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego. CA  92130
Telephone:  (858) 678-5070
Facsimile:  (858) 678-509
Attorneys for Plaintiffs
MASSACHUSETTS INSTITUTE OF
TECHNOLOGY AND REPLIGEN
CORPORATION


CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on this 27th day of September, 2007.


/s/ Gregory A. Madera
Gregory A. Madera

21746686.doc